**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Richard W. Johnson Jr.<br>Alyse M. Johnson<br>Debtor(s) | CHAPTER 11<br><br>BKY. NO. 21-10054 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of The Bancorp Bank and index same on the master mailing list.

                            Respectfully submitted,

                         /s/ *Rebecca Solarz*
                         Rebecca Solarz
                         25 Jan 2021, 15:52:31, EST

                         KML Law Group, P.C.
                         701 Market Street, Suite 5000
                         Philadelphia, PA 19106-1532
                         (215) 627-1322