# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| RICHARD W. JOHNSON, JR. and | : | |
| ALYSE M. JOHNSON | : | Case No. 21-10054 (AMC) |
| | : | |
| Debtors | : | |

### CERTIFICATE OF SERVICE

I, David B. Smith, Esquire, do hereby certify that on January 28, 2021, I caused a true and correct copy of the ORDER SETTING DEADLINES FOR FILING PROOFS OF CLAIM, together with a copy of PROOF OF CLAIM FORM NO. B410 to be served first-class mail, postage prepaid, as set forth upon the attached service list.


/s/David B. Smith
David B. Smith, Esquire

**SERVICE LIST**

Allegro Credit
1111 Bayhill Drive
Suite 450
San Bruno, CA 94066

Gregory Deega
Claims Administrator
c/o Allegro Credit
Becket and Lee LLP
PO Box 3002
Malvern, PA 19355

AmeriCredit/GM Financial
Attn:  Bankruptcy
P.O. Box 183853
Arlington, TX 76096

AmeriCredit/GM Financial
Attn: Bankruptcy
Po Box 183853
Arlington, TX 76096

Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193

Internal Revenue Service
600 Arch Street
Philadelphia, PA 19106-1611

Mercedes-Benz Financial Services
Attn:  Bankruptcy
P.O. Box 685
Roanoke, TX 76262

Mercedes-Benz Financial Services
Attn: Bankruptcy
Po Box 685
Roanoke, TX 76262

Navient
Attn: Bankruptcy
Po Box 9640
Wiles-Barr, PA 18773

Pennsylvania Dept. of Revenue
Bankruptcy Division
Dept. 280946
Harrisburg, PA 17128

PNC Bank, NA
222 Delaware Avenue
Wilmington, DE 19801

Syncb/PPC
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

TDRCS/Ethan Allen
Ethan Allen Drive
Danbury, CT 06811

The Bancorp Bank
PO Box 77404
Ewing, NJ 08628

Volkswagen Credit, Inc
Attn: Bankruptcy
Po Box 3
Hillsboro, OR 97123

Volkswagen Credit, Inc.
Attn:  Bankruptcy
P.O. Box 3
Hillsboro, OR 97123

Wrightown Township
c/o Keystone Collections Group
PO Box 529
Irwin, PA 15642-0529

Jami B. Nimeroff, Esquire
Brown Mcgarry Nimeroff
Subchapter V Trustee
Two Penn Center, Suite
Philadelphia, PA 19102

George M. Conway, Esquire
United States Trustee
200 Chestnut Street
Suite 502, U S Customs House
Philadelphia, PA 19106

United States Trustee
Office of United States Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

Commonwealth of Pennsylvania
Department of Revenue
c/o Carol E. Momjian, Esquire
The Phoenix Building.
1600 Arch Street, Suite 300
Philadelphia, PA 191

Richard and Alyse Johnson, Jr.
5 Sarah Drive
Newtown, PA 18940

ACAR Leasing Ltd. d/b/a GM Financial Leasing
PO Box 183853
Arlington, TX 76096

Rebecca Ann Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532