United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                          Case No. 21-10054-amc

Richard W. Johnson, Jr.                                          Chapter 11

Alyse M. Johnson

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                      User: admin                      Page 1 of 2

Date Rcvd: Jan 28, 2021           Form ID: pdf900             Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/db | + Richard W. Johnson, Jr., Alyse M. Johnson, 5 Sarah Drive, Newtown, PA 18940-4129 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2021                        Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CAROL E. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue cmomjian@attorneygeneral.gov |
| DAVID B. SMITH | on behalf of Debtor Richard W. Johnson  Jr. dsmith@skhlaw.com, b.dr70286@notify.bestcase.com |
| DAVID B. SMITH | on behalf of Debtor Alyse M. Johnson dsmith@skhlaw.com  b.dr70286@notify.bestcase.com |
| GEORGE M. CONWAY | on behalf of U.S. Trustee United States Trustee george.m.conway@usdoj.gov |
| JAMI B. NIMEROFF, ESQ. | jnimeroff@bmnlawyers.com  cjones@bmnlawyers.com |
| REBECCA ANN SOLARZ | |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jan 28, 2021 | Form ID: pdf900 | Total Noticed: 1

on behalf of Creditor The Bancorp Bank bkgroup@kmllawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| | : | |
| In re: | : | CHAPTER 11 |
| | : | |
| RICHARD W. JOHNSON, JR. and | : | |
| ALYSE M. JOHNSON | : | Case No. 21-10054 (AMC) |
| | : | |
| Debtors | : | |
| | : | |

**<u>ORDER SETTING DEADLINES FOR FILING PROOFS OF CLAIM</u>**

AND NOW, this _____ day of _____, 2021, upon consideration of the
DEBTORS' MOTION TO ESTABLISH A DEADLINE FOR FILING PROOFS OF
CLAIM AND APPROVING PROCEDURE, FORM AND NOTICE THEREOF
PURSUANT TO BANKRUPTCY RULE 3003(c) AND LBR 9014-2(a)(7) (the
"Motion"), and the Court being satisfied that the relief sought in the Motion is in best
interests of the bankruptcy estate and creditors and other parties in interest, and that
sufficient cause appearing therefore, it is hereby **ORDERED** that

1. *March 5, 2021* is the **DEADLINE for the filing of all CLAIMS and
   INTERESTS** by creditors and equity security holders **(the "Bar Date")
   EXCEPT** for those persons and entities described in **Paragraphs 2, 5, 6 and 7
   below**.

2. *July 7, 2021* is the **DEADLINE for the filing of all CLAIMS and
   INTERESTS OF GOVERNMENTAL UNITS.**

## PLEASE TAKE NOTE:

## THE FAILURE TO TIMELY FILE A PROOF OF CLAIM OR INTEREST MAY RESULT IN THE LOSS OF

· **THE RIGHT TO VOTE ON ANY PROPOSED PLAN OF REORGANIZATION**

· **THE RIGHT TO SHARE IN ANY DISTRIBUTION OF MONEY OR PROPERTY FROM THE BANKRUPTCY ESTATE OF THE DEBTORS**

3. **Proofs of Claims or Interests shall be filed with**:

Office of the Clerk
U.S. Bankruptcy Court
900 Market Street – 4th Floor
Philadelphia, PA 19107

4. **Proofs of Claim mailed or delivered to the Office of the Clerk** (the" Clerk")

   **will be deemed timely filed <u>only if actually received</u> by the Clerk on or before**

   **the Bar Date.**

5. **THE FOLLOWING PERSONS OR ENTITIES ARE *<u>NOT REQUIRED</u>***

   **TO FILE A PROOF OF CLAIM ON OR BEFORE THE BAR DATE:**

   a. any person or entity;
      i. that has <u>already properly filed a Proof of Claim</u> against the Debtor with the Clerk of the Court for the United States Bankruptcy Court for the Eastern District of Pennsylvania; **or**

      ii. whose <u>claim is listed in the Debtor's schedules</u> of assets and liabilities, list of equity holders, and statement of financial affairs (collectively, the "Schedules") or any amendments thereto, and

         (a) whose claim is <u>NOT described therein as "disputed,"</u> <u>"contingent," or "unliquidated,"</u> **and**

         (b) <u>who does **NOT** dispute the amount or classification of its claim as set forth in the Schedules;</u>

b. any person or entity <u>whose claim against the Debtors has been allowed by an Order of the Court</u> entered before the Bar Date or has been paid with court authorization before the Bar Date;

c. any person or entity that <u>asserts and administrative expense claim</u> against the Debtor pursuant to section 503(b) of the Bankruptcy Code;

d. <u>professionals retained by the Debtors pursuant to Orders of this Court</u> who assert administrative claims for fees and expenses subject to the Court's approval pursuant to sections 330, 331 and 53(b) of the Bankruptcy Code;

6. **ANY CLAIM ARISING FROM THE REJECTION OF AN EXECUTORY CONTRACT OR REJECTION OF AN UNEXPIRED LEASE SHALL BE FILED ON OR BEFORE <u>THE LATER OF</u>:**

a. **March 5, 2021*; or***

b. **thirty-five (35) days after the effective date of the rejection as set forth in the order of rejection.**

7. **IF THE DEBTORS AMEND THE SCHEDULES AFTER THE DATE OF THIS ORDER,** to designate any claim as contingent, unliquidated or disputed, or amends the Schedule to reduce the amount or classification of a Claim previously listed:

a. The Debtors shall **forthwith** provide notice (the "Amendment Notice") to the Claimant of the amendment(s), describing with particularity the prior classification and amount of the claim originally set forth in the Schedules and the changes thereto resulting from the amendment;

b. the Claimant shall have **until the later of the Bar Date or thirty-five (35) days after service of the Amendment Notice** in which to file a proof of claim.

8. **On or before** __January 29, 2021__**,** the Debtor shall serve on all creditors, interest holders and other parties in interest, including all persons and entities who have filed an entry of appearance or a request for notices under <u>Fed. R. Bankr. P. 2002</u> and all entities that may be entitled to notice under <u>Fed. R. Bankr. P. 2002(j)</u>, copies of:

      a.  **this Order**; and

      b.  **a Proof of Claim Form** that conforms substantially to Official Form no. 410.

9.  For purposes of Paragraph 8, the date of the Order shall be the "**Record Holder Date**" i.e., the date used to determine which holders of claims and interests shall be entitled to receive notice of the Bar Date and to vote on the Plan.

10.  Promptly after complying with the service requirements of Paragraph 8 above, the Debtor shall file a Certification of Service therefor.

BY THE COURT:

**Date: January 28, 2021**

_____
Honorable Ashely M. Chan,
United States Bankruptcy Judge