```
                    UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA
                              2/8/2021


To: DAVID B. SMITH
Smith Kane Holman, LLC
112 Moores Road, Suite 300
Malvern, PA 19355

                         In re: Richard W. Johnson, Jr.
                         Bankruptcy No.  21-10054-amc
                         Adversary No.
                         Chapter 11


     Re:_Application to Employ Smith Kane Holman, LLC as Counsel

The above pleading was filed in this office on 1/9/2021.
Please be advised that the following document(s) has (have) not
been filed as required pursuant to the Federal Rules of
Bankruptcy Procedure and/or the Local Rules of this court:

          ()  Affidavit
          ()  Certificate of Service
          (xx) Certification of no response
          ()  Notice pursuant to Rule 9019
          ()  Notice pursuant to Rule 2002
          ()  Notice pursuant to Rule 3007.1
          ()  Proof of Claim number not noted on
                  objection pursuant to Rule 3007.1(a)
          ()  Proposed Order
          ()  Stipulation
          ()  Certification of Default
          ()  Other


In order for this matter to proceed to disposition, please submit
the above noted item(s) to this office within fourteen (14) days
from the date of this notice.  Otherwise, the matter will be
referred to the Court.


                         Timothy B. McGrath
                         Clerk



                         By: _____C. Wagner_____
                              Deputy Clerk

status.frm
(rev. 11/26/2018)
```