UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 21-10054

Richard W. Johnson, Jr.  Chapter 11

    Debtor(s)

## REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), Daimler Trust hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

>Daimler Trust
>c/o BK Servicing, LLC
>PO Box 131265
>Roseville, MN  55113-0011

>BK Servicing, LLC

>By /s/ Ed Gezel

>Ed Gezel, Agent
>BK Servicing, LLC
>PO Box 131265
>Roseville, MN  55113-0011
>651-366-6390
>notices@bkservicing.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on February 9, 2021 :

David B. Smith
Smith Kane Holman, LLC
112 Moores Road, Suite 300
Malvern, PA 19355

Jami B. Nimeroff, Esq.
Brown Mcgarry Nimeroff
Subchapter V Trustee
Two Penn Center, Suite 610
Philadelphia, PA  19102

By  /s/ Ed Gezel, Agent
    Ed Gezel

517096