**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

|                                    |   |                   |
|------------------------------------|---|-------------------|
|                                    | : |                   |
| In re:                             | : | CHAPTER 11        |
|                                    | : |                   |
| RICHARD W. JOHNSON, JR. and        | : |                   |
| ALYSE M. JOHNSON                   | : | Case No. 21-10054 |
|                                    | : |                   |
| Debtors                            | : |                   |

_____:

**ORDER GRANTING APPLICATION TO EMPLOY SMITH KANE HOLMAN,**
**LLC AS DEBTORS' COUNSEL PURSUANT TO SECTION 327 OF THE**
**UNITED STATES BANKRUPTCY CODE AND BANKRUPTCY RULE 2014**

AND NOW, this __ day of _____, 2021, upon consideration of the

Application To Employ Smith Kane Holman, LLC As Debtors' Counsel Pursuant To

Section 327 Of The United States Bankruptcy Code And Bankruptcy Rule 2014 (the

"Application"), the Court having concluded that the employment of Smith Kane Holman,

LLC is necessary and is in the best interest of the Debtor, the Court being satisfied that

Smith Kane Holman, LLC represents no interest adverse to the estate with respect to

matters as to which it is to be engaged, that Smith Kane Holman, LLC is disinterested

under Sections 101 and 327 of the United States Bankruptcy Code, and sufficient cause

appearing therefor, it is

ORDERED AND DECREED that

1.      The Application is APPROVED.

2.      The Debtors are hereby authorized to employ Smith Kane Holman, LLC

effective as of the date of the filing of the Application, pursuant to the terms more fully

set forth in the Application, and Smith Kane Holman, LLC may receive such

compensation as is approved by this Court upon application after notice and opportunity

for hearing.

**Date: February 9, 2021**

_____

United States Bankruptcy Judge