UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     RICHARD W. JOHNSON, JR. :     Chapter 11
ALYSE M. JOHNSON
           Debtor    :     Bankruptcy No. 21-10054-AMC

## SUBCHAPTER V STATUS REPORT

*Note: If necessary to fully complete, attach additional pages*

Date of order for relief: January 8, 2021

Trustee: Jami Nimeroff

Has the debtor attended an initial debtor interview?    Yes [X]    No [ ]

If no, please explain:

Has the trustee concluded the 341 meeting?    Yes [ ]    No [X]

If no, please explain: Scheduled for 2/25/21

Has the debtor filed all postpetition financial reports?    Yes [X]    No [ ]

If no, please explain:

Has the debtor filed all monthly operating reports?    Yes [X]    No [ ]

If no, please explain: January report is not yet done, but will be filed timely

Is all relevant insurance in place and current?    Yes [X]    No [ ]

If no, please explain:

# APPENDIX A

2

Has the debtor filed all applicable tax returns?     Yes [X]    No [ ]

If no, please explain: _____

Has the debtor paid all taxes entitled to administrative expense priority?    Yes [X]    No [ ]

If no, please explain: _____

Please detail the efforts the debtor has undertaken and will undertake to attain a consensual plan of reorganization: The Debtors have engaged in preliminary discussions with the Internal Revenue Service and PA Department of Revenue, which, in addition to the Debtors' mortgage lender, collectively hold the largest claims in the case. Upon completion of the Debtors' cash flow projections, the Debtors anticipate advancing discussions with the foregoing taxing authorities and the Debtors' mortgage lender with the goal of achieving a consensual plan.

Other relevant information:

Note: **Debtor must file a plan not later than 90 days after entry of order for relief.** Unless the court extends the deadline upon a finding that extension is "attributable to circumstances for which the debtor should not justly be held accountable." See, 11 U.S.C. § 1189(b).

This status report must be served on the trustee and all parties in interest.

Date: 2/16/21                                     _____
                                                  Attorney for Debtors

3