**Fill in this information to identify the case:**

Debtor Name  Richard and Alyse Johnson

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number: 21-10054

☐ Check if this is an
amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month:  February

Date report filed:  _____
MM / DD / YYYY

Line of business:  Attorney

NAISC code:  _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:  Richard W. Johnson, Jr.

Original signature of responsible party  _____

Printed name of responsible party  RICHARD W. JOHNSON, JR

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.* | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.* | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Richard and Alyse Johnson          Case number  21-10054

17.  Have you paid any bills you owed before you filed bankruptcy?          ☐  ☑  ☐

18.  Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?          ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19.  **Total opening balance of all accounts**                                                                $ 15,726.88

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20.  **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.                                                $ 30,414.83

21.  **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.                                            – $ 38,231.90

22.  **Net cash flow**                                                                            + $ -7,817.07

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23.  **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.                                        = $ 7,909.81

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24.  Total payables                                                                              $ 1,472.50

     *(Exhibit E)*

Debtor Name  Richard and Alyse Johnson _____    Case number 21-10054 _____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you
have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*.
Identify who owes you money, how much is owed, and when payment is due. Report the total from
*Exhibit F* here.

25. **Total receivables**                                                                 $ _____0.00

(Exhibit F)

## 5. Employees

|  | |
|---|---|
| 26. What was the number of employees when the case was filed? | 0 |
| 27. What is the number of employees as of the date of this monthly report? | 0 |

## 6. Professional Fees

| | |
|---|---|
| 28. How much have you paid this month in professional fees related to this bankruptcy case? | $ 0.00 |
| 29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? | $ 0.00 |
| 30. How much have you paid this month in other professional fees? | $ 0.00 |
| 31. How much have you paid in total other professional fees since filing the case? | $ 0.00 |

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month.
Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A<br>**Projected** | − | Column B<br>**Actual** | = | Column C<br>**Difference** |
|---|---|---|---|---|---|
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 35,000.00 | − | $ 30,414.83 | = | $ 4,585.17 |
| 33. **Cash disbursements** | $ 34,000.00 | − | $ 38,231.90 | = | $ -4,231.90 |
| 34. **Net cash flow** | $ 1,000.00 | − | $ -7,817.07 | = | $ 8,817.07 |

| | |
|---|---|
| 35. Total projected cash receipts for the next month: | $ 35,000.00 |
| 36. Total projected cash disbursements for the next month: | − $ 34,000.00 |
| 37. Total projected net cash flow for the next month: | = $ 1,000.00 |

Debtor Name  Richard and Alyse Johnson                    Case number 21-10054

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

## EXHIBIT A

1.   **Allegro Credit:**  Allegro has refused to accept payment directly from debtors. Allegro requested to speak with debtors' counsel first.  Counsel is addressing.

**EXHIBIT  B**

10.    Husband is an attorney who maintains an active IOLTA account in PA and an Attorney Trust
        Account in NJ.

# EXHIBIT C

Transaction - Last month
2/1/2021 through 2/28/2021

3/13/2021                                                                                    Page 1

| Date | Account | Num | Description | Memo | Category | Amount |
|------|---------|-----|-------------|------|----------|--------|
| 2/2/2021 | TD Checking | DEP | Deposit | | Income (RWJ) | 8,007.00 |
| 2/12/2021 | TD Checking | DEP | Deposit | | Paycheck (AMJ) | 845.85 |
| 2/16/2021 | TD Checking | DEP | Deposit | | Income (RWJ) | 353.00 |
| 2/18/2021 | TD Checking | DEP | Deposit | | Income (RWJ) | 18,500.00 |
| 2/19/2021 | TD Checking | DEP | Deposit | | Income (RWJ) | 400.00 |
| 2/22/2021 | TD Checking | DEP | Deposit | | Income (RWJ) | 955.26 |
| 2/26/2021 | TD Checking | DEP | Deposit | | Income (RWJ) | 467.00 |
| 2/26/2021 | TD Checking | DEP | Deposit | | Paycheck (AMJ) | 886.72 |
| **2/1/2021 - 2/28/2021** | | | | | | **30,414.83** |

|  |  |
|--|--|
| **TOTAL INFLOWS** | **30,414.83** |
| **TOTAL OUTFL...** | **0.00** |
| **NET TOTAL** | **30,414.83** |

# EXHIBIT D

Transaction - Last month
2/1/2021 through 2/28/2021

3/13/2021

Page 1

| Date | Account | Num | Description | Memo | Category | Amount |
|---|---|---|---|---|---|---|
| 2/1/2021 | TD Checking | ATM | Riehls Baked Goods | | Groceries | -26.84 |
| 2/1/2021 | TD Checking | ATM | Lukoil | | Auto:Fuel | -40.00 |
| 2/1/2021 | TD Checking | ATM | Giant | | Groceries | -182.67 |
| 2/1/2021 | TD Checking | ATM | Exxon/Mobil | | Auto:Fuel | -48.50 |
| 2/1/2021 | TD Checking | ATM | Acme | | Groceries | -84.34 |
| 2/1/2021 | TD Checking | ATM | McCaffreys | | Groceries | -137.29 |
| 2/2/2021 | TD Checking | EFT | Audi Financial | | Auto:Lease | -783.31 |
| 2/2/2021 | TD Checking | EFT | Northwesten Mutual Life | | Life Insurance | -398.41 |
| 2/2/2021 | TD Checking | EFT | Verizon | | Phone | -109.78 |
| 2/3/2021 | TD Checking | ATM | Lukoil | | Auto:Fuel | -38.00 |
| 2/4/2021 | TD Checking | EFT | John Hancock | | Life Insurance | -348.26 |
| 2/4/2021 | TD Checking | EFT | Independence Blue Cross | | Health Insurance | -2,526.99 |
| 2/5/2021 | TD Checking | ATM | Parcel Place | | Postage and Delivery (Bus... | -39.43 |
| 2/5/2021 | TD Checking | ATM | Wawa | | Food | -4.58 |
| 2/5/2021 | TD Checking | ATM | Acme | | Groceries | -96.13 |
| 2/5/2021 | TD Checking | 101 | Alexa Johnson | | College Expenses | -1,000.00 |
| 2/5/2021 | TD Checking | 102 | Richard W. Johnson, III | | College Expenses | -1,000.00 |
| 2/5/2021 | TD Checking | 100 | Villa Joseph Marie High Schoo; Drama Fee | Tuition | | -100.00 |
| 2/8/2021 | TD Checking | EFT | GM Financial | | Auto:Lease | -1,274.87 |
| 2/8/2021 | TD Checking | EFT | AT&T Wireless | | Cell Phone | -863.03 |
| 2/8/2021 | TD Checking | ATM | Bed, Bath & Beyond | | Housewares | -345.50 |
| 2/8/2021 | TD Checking | ATM | Target | | Housewares | -120.60 |
| 2/8/2021 | TD Checking | ATM | McCaffreys | | Groceries | -96.99 |
| 2/8/2021 | TD Checking | ATM | David J. Witchell Salon | | Personal Care:Hair | -75.00 |
| 2/8/2021 | TD Checking | EFT | BFM Alarm Systems | | Home:Services - Maintena... | -69.00 |
| 2/8/2021 | TD Checking | ATM | Moish & Itzy's | | Food | -49.77 |

Transaction - Last month
2/1/2021 through 2/28/2021

3/13/2021

Page 2

| Date | Account | Num | Description | Memo | Category | Amount |
|------|---------|-----|-------------|------|----------|--------|
| 2/8/2021 | TD Checking ATM | | Acme | | Groceries | -37.18 |
| 2/9/2021 | TD Checking ATM | | Lukoil | | Auto:Fuel | -44.00 |
| 2/9/2021 | TD Checking ATM | | Target | | Housewares | -32.48 |
| 2/9/2021 | TD Checking ATM | | CVS Pharmacy | | Pharmacy | -15.88 |
| 2/9/2021 | TD Checking ATM | | VJMHS Cafeteria | | Food | -9.25 |
| 2/11/2021 | TD Checking EFT | | PECO | | Electric | -401.75 |
| 2/11/2021 | TD Checking ATM | | Lukoil | | Auto:Fuel | -73.60 |
| 2/11/2021 | TD Checking ATM | | Meglio's Pizza | | Food | -62.81 |
| 2/11/2021 | TD Checking ATM | | Bed, Bath & Beyond | | Housewares | -43.19 |
| 2/12/2021 | TD Checking EFT | | Comcast | | Cable And Internet | -309.61 |
| 2/14/2021 | TD Checking ATM | | Cheesecake Factory | | Food | -139.42 |
| 2/15/2021 | TD Checking | 103 | PA Dept. Of Revenue | | State Tax:2021 Estimated | -650.00 |
| 2/16/2021 | TD Checking EFT | | AT&T Wireless | | Cell Phone | -481.54 |
| 2/16/2021 | TD Checking ATM | | La Stalla | | Food | -119.49 |
| 2/16/2021 | TD Checking ATM | | Newtown VIsion Associates | | Medical Care | -100.00 |
| 2/16/2021 | TD Checking ATM | | Acme | | Groceries | -98.83 |
| 2/16/2021 | TD Checking ATM | | McCaffreys | | Groceries | -59.35 |
| 2/16/2021 | TD Checking ATM | | Falls Road CF | | Auto:Fuel | -42.20 |
| 2/16/2021 | TD Checking ATM | | Chick Fil A | | Food | -25.71 |
| 2/16/2021 | TD Checking ATM | | McCaffreys | | Groceries | -21.56 |
| 2/16/2021 | TD Checking ATM | | VJMHS Cafeteria | | Food | -16.00 |
| 2/16/2021 | TD Checking EFT | | Adobe | | Office Expenses (Business) | -15.89 |
| 2/16/2021 | TD Checking ATM | | Homegoods | | Housewares | -15.89 |
| 2/16/2021 | TD Checking ATM | | McDonald's | | Food | -14.18 |
| 2/16/2021 | TD Checking ATM | | Roland Park Bagel | | Groceries | -7.15 |
| 2/17/2021 | TD Checking ATM | | Liberty Propane | | Propane | -1,376.83 |
| 2/17/2021 | TD Checking ATM | | ATM Withdrawal | | Cash | -100.00 |

Transaction - Last month
2/1/2021 through 2/28/2021

3/13/2021                                                                                              Page 3

| Date | Account | Num | Description | Memo | Category | Amount |
|------|---------|-----|-------------|------|----------|--------|
| 2/17/2021 | TD Checking | ATM | Oishi | | Food | -94.44 |
| 2/17/2021 | TD Checking | ATM | Petsmart | | Pet Food and Supplies | -37.97 |
| 2/17/2021 | TD Checking | ATM | Blue Mercury | | Personal Care | -24.38 |
| 2/17/2021 | TD Checking | ATM | VJMHS Cafeteria | | Food | -7.50 |
| 2/18/2021 | TD Checking | ATM | Acme | | Groceries | -79.92 |
| 2/18/2021 | TD Checking | ATM | Chick Fil A | | Food | -8.09 |
| 2/19/2021 | TD Checking | ATM | CVS Pharmacy | | Pharmacy | -20.00 |
| 2/19/2021 | TD Checking | EFT | AOL | | Internet Service | -7.99 |
| 2/19/2021 | TD Checking | 104 | Richard W. Johnson, III | | College Expenses | -500.00 |
| 2/19/2021 | TD Checking | 105 | Alexa Johnson | | College Expenses | -500.00 |
| 2/22/2021 | TD Checking | EFT | Comcast | | Cable And Internet | -300.00 |
| 2/22/2021 | TD Checking | ATM | La Stalla | | Business Meals | -197.05 |
| 2/22/2021 | TD Checking | ATM | Acme | | Groceries | -160.61 |
| 2/22/2021 | TD Checking | ATM | McCaffreys | | Groceries | -156.21 |
| 2/22/2021 | TD Checking | EFT | PA EZ Pass | | Auto & Transport:Tolls | -113.90 |
| 2/22/2021 | TD Checking | EFT | Jefferson Health System | | Medical Care | -80.00 |
| 2/22/2021 | TD Checking | EFT | Verizon | | Phone | -73.86 |
| 2/22/2021 | TD Checking | ATM | Moish & Itzy's | | Food | -48.98 |
| 2/22/2021 | TD Checking | ATM | Lukoil | | Auto:Fuel | -46.00 |
| 2/22/2021 | TD Checking | ATM | Speedway | | Auto:Fuel | -10.00 |
| 2/22/2021 | TD Checking | ATM | Lukoil | | Auto:Supplies | -3.91 |
| 2/22/2021 | TD Checking | EFT | The Bancorp Bank | | Home:Mortgage | -17,097.36 |
| 2/23/2021 | TD Checking | ATM | Harvest | | Food | -107.66 |
| 2/23/2021 | TD Checking | ATM | Faulkner Cadillac | | Auto:Repair | -85.35 |
| 2/23/2021 | TD Checking | ATM | Lukoil | | Auto:Fuel | -61.00 |
| 2/24/2021 | TD Checking | EFT | MBFS | | Auto:Lease | -843.00 |
| 2/24/2021 | TD Checking | ATM | Saks Off 5th | | Clothing | -172.95 |

Transaction - Last month
2/1/2021 through 2/28/2021

3/13/2021

Page 4

| Date | Account | Num | Description | Memo | Category | Amount |
|------|---------|-----|-------------|------|----------|--------|
| 2/24/2021 | TD Checking | ATM | Kenrich Mechanical | | Home:Services - Maintena... | -125.00 |
| 2/24/2021 | TD Checking | ATM | Acme | | Groceries | -12.17 |
| 2/24/2021 | TD Checking | ATM | Sunoco | | Auto:Fuel | -8.00 |
| 2/24/2021 | TD Checking | ATM | VJMHS Cafeteria | | Food | -7.50 |
| 2/25/2021 | TD Checking | EFT | Northwestern Mutual | | Life Insurance | -398.41 |
| 2/26/2021 | TD Checking | ATM | Acme | | Groceries | -89.17 |
| 2/26/2021 | TD Checking | ATM | Cramer's Bakery | | Groceries | -45.95 |
| 2/26/2021 | TD Checking | EFT | VJMHS Cafeteria | | Food | -7.50 |
| 2/26/2021 | TD Checking | EFT | Independence Blue Cross | | Health Insurance | -2,526.99 |

**2/1/2021 - 2/28/2021**                                                     **-38,231.90**

**TOTAL INFL...**          **0.00**

**TOTAL OUTF...**   **-38,231.90**

**NET TOTAL**      **-38,231.90**

**EXHIBIT E**

1. **$1,472.50  Allegro Credit:   $736.25 due 2/28/21 (also January payment due).** Allegro has refused to accept payment directly from debtors. Allegro requested to speak with debtors' counsel first.  Counsel is addressing so that payments can resume.

# EXHIBIT F – not applicable

 **Bank**

America's Most Convenient Bank®          E          STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA
5 SARAH DRIVE
NEWTOWN PA 18940

| | |
|---|---|
| Page: | 1 of 9 |
| Statement Period: | Feb 08 2021-Mar 07 2021 |
| Cust Ref #: | 4378031383-039-E-*** |
| Primary Account #: | |

## Chapter 11 Checking

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Account # 437-8031383

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 16,104.64 | Average Collected Balance | 13,797.52 |
| Deposits | 23,475.26 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 4,372.57 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 18,847.36 | Days in Period | 28 |
| Electronic Payments | 17,846.64 | | |
| Ending Balance | 7,258.47 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/16 | DEPOSIT | 353.00 |
| 02/18 | DEPOSIT | 18,500.00 |
| 02/19 | DEPOSIT | 400.00 |
| 02/22 | DEPOSIT | 955.26 |
| 02/26 | DEPOSIT | 467.00 |
| 03/01 | DEPOSIT | 2,800.00 |
| | Subtotal: | 23,475.26 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/12 | ACH DEPOSIT, VILLA JOSEPH MAR PAYROLL ****9900044056X | 845.85 |
| 02/26 | ACH DEPOSIT, VILLA JOSEPH MAR PAYROLL ****5100025025X | 886.72 |
| 03/04 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 030421 ATM CHECK DEPOSI<br>90 UPPER SILVER LAKE ROA   NEWTOWN      * PA | 1,840.00 |
| 03/05 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 030521 ATM CHECK DEPOSI<br>1 WEST ROAD          NEWTOWN      * PA | 800.00 |
| | Subtotal: | 4,372.57 |

**Checks Paid**   No. Checks: 5          *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 02/26 | 1 | 17,097.36 | 02/19 | 104 | 500.00 |
| 02/09 | 100* | 100.00 | 02/19 | 105 | 500.00 |
| 03/02 | 103* | 650.00 | | | |
| | | | | Subtotal: | 18,847.36 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender ⌂

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic with-drawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶ Ending Balance _____ 7,258.47

❷ Total Deposits + _____

❸ Sub Total _____

❹ Total Withdrawals _____

❺ Adjusted Balance _____

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Deposits** |  | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Withdrawals** |  | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 3 of 9 |
| Statement Period: | Feb 08 2021-Mar 07 2021 |
| Cust Ref #: | 4378031383-039-E-*** |
| Primary Account #: | ████████ |

---

DAILY ACCOUNT ACTIVITY

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/08 | ACH DEBIT, GM FINANCIAL GMF PYMT ****2026576796 | 1,274.87 |
| 02/08 | ELECTRONIC PMT-WEB, ATT PAYMENT ****38003MYW9Q | 863.03 |
| 02/08 | DEBIT CARD PURCHASE, *****30088417644, AUT 020621 VISA DDA PUR BED BATH  BEYOND 336   NEWTOWN   * PA | 345.50 |
| 02/08 | DEBIT POS, *****30088417969, AUT 020621 DDA PURCHASE TARGET T  2331 E LINCO   LANGHORNE   * PA | 120.60 |
| 02/08 | DEBIT CARD PURCHASE, *****30088471644, AUT 020621 VISA DDA PUR MCCAFFREYS NEWTOWN   NEWTOWN   * PA | 96.99 |
| 02/08 | DEBIT CARD PURCHASE, *****30088417969, AUT 020621 VISA DDA PUR DAVID J WITCHELL   NEWTOWN   * PA | 75.00 |
| 02/08 | DEBIT CARD PURCHASE, *****30088471644, AUT 020521 VISA DDA PUR BFM ALARM SYSTEMS INC   215 364 7160 * PA | 69.00 |
| 02/08 | DEBIT CARD PURCHASE, *****30088471644, AUT 020621 VISA DDA PUR MOISH AND ITZYS   LANGHORNE   * PA | 49.77 |
| 02/08 | DEBIT CARD PURCHASE, *****30088471644, AUT 020621 VISA DDA PUR ACME 4913   NEWTOWN   * PA | 37.18 |
| 02/09 | DEBIT CARD PURCHASE, *****30088471644, AUT 020821 VISA DDA PUR LUKOIL 69722   NEWTOWN   * PA | 44.00 |
| 02/09 | DEBIT CARD PURCHASE, *****30088417969, AUT 020921 VISA DDA PUR TARGET COM   800 591 3869 * MN | 32.48 |
| 02/09 | DEBIT CARD PURCHASE, *****30088471644, AUT 020821 VISA DDA PUR CVS PHARMACY 07189   NEWTOWN   * PA | 26.45 |
| 02/09 | DEBIT CARD PURCHASE, *****30088417969, AUT 020721 VISA DDA PUR TARGET COM   800 591 3869 * MN | 24.26 |
| 02/09 | DEBIT CARD PURCHASE, *****30088471644, AUT 020821 VISA DDA PUR CVS PHARMACY 07189   NEWTOWN   * PA | 15.88 |
| 02/09 | DEBIT CARD PAYMENT, *****30088417969, AUT 020821 VISA DDA PUR VJMHS CAFETERIA   HEATHLANDHOSP * PA | 9.25 |
| 02/11 | DEBIT CARD PURCHASE, *****30088471644, AUT 021021 VISA DDA PUR PECO ENERGY COMPANY   215 841 4000 * PA | 401.75 |
| 02/11 | DEBIT CARD PURCHASE, *****30088471644, AUT 021021 VISA DDA PUR LUKOIL 69722   NEWTOWN   * PA | 73.60 |
| 02/11 | DEBIT CARD PURCHASE, *****30088471644, AUT 021021 VISA DDA PUR MEGLIOS PIZZA   NEWTOWN   * PA | 62.81 |
| 02/11 | DEBIT CARD PURCHASE, *****30088417969, AUT 020721 VISA DDA PUR BED BATH  BEYOND 651   973 785 4333 * NJ | 43.19 |
| 02/12 | DEBIT CARD PURCHASE, *****30088471644, AUT 021021 VISA DDA PUR COMCAST   800 COMCAST * NJ | 309.61 |
| 02/16 | DEBIT CARD PURCHASE, *****30088471644, AUT 021321 VISA DDA PUR PECO ENERGY COMPANY   215 841 4000 * PA | 651.75 |
| 02/16 | ELECTRONIC PMT-WEB, ATT PAYMENT ****98001MYW9X | 481.54 |
| 02/16 | DEBIT CARD PURCHASE, *****30088471644, AUT 021321 VISA DDA PUR CHEESECAKE 145 ONLINE   OLO COM   * MD | 139.42 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 4 of 9 |
| Statement Period: | Feb 08 2021-Mar 07 2021 |
| Cust Ref #: | 4378031383-039-E-*** |
| Primary Account #: | ~~[redacted]~~ |

---

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/16 | DEBIT CARD PURCHASE, *****30088471644, AUT 021121 VISA DDA PUR<br>LA STALLA RESTAURANT    NEWTOWN    * PA | 119.49 |
| 02/16 | DEBIT CARD PURCHASE, *****30088417969, AUT 021221 VISA DDA PUR<br>NEWTOWN VISION ASSOCIATE   NEWTOWN ROAD * PA | 100.00 |
| 02/16 | DEBIT POS, *****30088471644, AUT 021521 DDA PURCH W/CB<br>ACME 4913        NEWTOWN    * PA | 98.83 |
| 02/16 | DEBIT POS, *****30088471644, AUT 021221 DDA PURCH W/CB<br>MCCAFFREYS NEWTOWN MARKE   NEWTOWN    * PA | 59.35 |
| 02/16 | DEBIT POS, *****30088417969, AUT 021421 DDA PURCHASE<br>HOMEGOODS FOUNDRY ROW     OWINGS MILLS * MD | 54.98 |
| 02/16 | DEBIT CARD PURCHASE, *****30088471644, AUT 021421 VISA DDA PUR<br>MCCAFFREYS NEWTOWN       NEWTOWN    * PA | 54.70 |
| 02/16 | DEBIT CARD PURCHASE, *****30088471644, AUT 021521 VISA DDA PUR<br>MCCAFFREYS NEWTOWN       NEWTOWN    * PA | 54.43 |
| 02/16 | DEBIT CARD PURCHASE, *****30088471644, AUT 021421 VISA DDA PUR<br>FALLS RD CF      BALTIMORE    * MD | 42.20 |
| 02/16 | DEBIT CARD PURCHASE, *****30088471644, AUT 021321 VISA DDA PUR<br>CHICK FIL A  01411       NEWTOWN    * PA | 25.71 |
| 02/16 | DEBIT CARD PURCHASE, *****30088471644, AUT 021521 VISA DDA PUR<br>MCCAFFREYS NEWTOWN       NEWTOWN    * PA | 21.56 |
| 02/16 | DEBIT CARD PURCHASE, *****30088417969, AUT 021221 VISA DDA PUR<br>VILLA JOSEPH MARIE    888 955 5455 * PA | 16.00 |
| 02/16 | DEBIT CARD PURCHASE, *****30088471644, AUT 021521 VISA DDA PUR<br>ADOBE INC        800 8336687  * CA | 15.89 |
| 02/16 | DEBIT POS, *****30088417969, AUT 021421 DDA PURCHASE<br>HOMEGOODS 10220 MILL R    OWINGS MILLS * MD | 15.89 |
| 02/16 | DEBIT CARD PURCHASE, *****30088417969, AUT 021221 VISA DDA PUR<br>MCDONALD S F5247       RICHBORO    * PA | 14.18 |
| 02/16 | DEBIT CARD PURCHASE, *****30088471644, AUT 021421 VISA DDA PUR<br>TST ROLAND PARK BAGEL    BALTIMORE   * MD | 7.15 |
| 02/17 | DEBIT CARD PURCHASE, *****30088471644, AUT 021621 VISA DDA PUR<br>LIBERTY PROPANE       610 847 6000 * PA | 1,376.83 |
| 02/17 | TD ATM DEBIT, *****30088417969, AUT 021721 DDA WITHDRAW<br>1 WEST ROAD       NEWTOWN    * PA | 100.00 |
| 02/17 | DEBIT CARD PURCHASE, *****30088471644, AUT 021521 VISA DDA PUR<br>OISHI JAPANESE THAI  KO  NEWTOWN    * PA | 94.44 |
| 02/17 | DEBIT POS, *****30088417969, AUT 021721 DDA PURCHASE<br>PETSMART  1479       NEWTOWN    * PA | 37.97 |
| 02/17 | DEBIT CARD PURCHASE, *****30088471644, AUT 021521 VISA DDA PUR<br>BLUEMERCURY 172123      NEWTOWN    * PA | 24.38 |
| 02/17 | DEBIT CARD PAYMENT, *****30088417969, AUT 021621 VISA DDA PUR<br>VJMHS CAFETERIA      HEATHLANDHOSP * PA | 7.50 |
| 02/18 | DEBIT POS, *****30088471644, AUT 021821 DDA PURCH W/CB<br>ACME 4913        NEWTOWN    * PA | 79.92 |

---

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 5 of 9 |
| Statement Period: | Feb 08 2021-Mar 07 2021 |
| Cust Ref #: | 4378031383-039-E-*** |
| Primary Account #: | |

---

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/18 | DEBIT CARD PURCHASE, *****30088417969, AUT 021621 VISA DDA PUR CHICK FIL A 01411      NEWTOWN      * PA | 8.09 |
| 02/19 | DEBIT CARD PURCHASE, *****30088471644, AUT 021821 VISA DDA PUR CVS PHARMACY 07189      NEWTOWN      * PA | 20.00 |
| 02/19 | DEBIT CARD PAYMENT, *****30088471644, AUT 021821 VISA DDA PUR AOL SERVICE      800 827 6364 * VA | 7.99 |
| 02/22 | ELECTRONIC PMT-WEB, COMCAST CABLE 0424299 | 300.00 |
| 02/22 | DEBIT CARD PURCHASE, *****30088471644, AUT 021921 VISA DDA PUR LA STALLA RESTAURANT      NEWTOWN      * PA | 197.05 |
| 02/22 | DEBIT POS, *****30088471644, AUT 022121 DDA PURCH W/CB ACME 4913      NEWTOWN      * PA | 160.61 |
| 02/22 | DEBIT POS, *****30088471644, AUT 022121 DDA PURCH W/CB MCCAFFREYS NEWTOWN MARKE   NEWTOWN      * PA | 156.21 |
| 02/22 | DEBIT CARD PURCHASE, *****30088471644, AUT 022021 VISA DDA PUR PTC EZPASS CSC WEB IVR      STATE PA US  * PA | 113.90 |
| 02/22 | DEBIT CARD PURCHASE, *****30088471644, AUT 021921 VISA DDA PUR JEFF HLTH 215 955 1042    251 955 1042 * PA | 80.00 |
| 02/22 | ELECTRONIC PMT-WEB, VERIZON VZ BILLPAY ****306840001 | 73.86 |
| 02/22 | DEBIT CARD PURCHASE, *****30088471644, AUT 022021 VISA DDA PUR MOISH AND ITZYS      LANGHORNE    * PA | 48.98 |
| 02/22 | DEBIT CARD PURCHASE, *****30088471644, AUT 022121 VISA DDA PUR LUKOIL 69722      NEWTOWN      * PA | 46.00 |
| 02/22 | DEBIT CARD PURCHASE, *****30088471644, AUT 021921 VISA DDA PUR SPEEDWAY 06788      PHILADELPHIA  * PA | 10.00 |
| 02/22 | DEBIT CARD PURCHASE, *****30088471644, AUT 022121 VISA DDA PUR LUKOIL 69722      NEWTOWN      * PA | 3.91 |
| 02/23 | DEBIT CARD PURCHASE, *****30088471644, AUT 022221 VISA DDA PUR HARVEST SEASONAL      NEWTOWN      * PA | 107.66 |
| 02/23 | DEBIT CARD PURCHASE, *****30088471644, AUT 022221 VISA DDA PUR FAULKNER CADILLAC      TREVOSE      * PA | 85.35 |
| 02/23 | DEBIT CARD PURCHASE, *****30088471644, AUT 022221 VISA DDA PUR LUKOIL 69722      NEWTOWN      * PA | 61.00 |
| 02/24 | ELECTRONIC PMT-TEL, MBFS - 0.00 D000008938 ****242345001 | 843.00 |
| 02/24 | DEBIT CARD PURCHASE, *****30088471644, AUT 022221 VISA DDA PUR SAKSOFF5TH COM 789      866 601 5105 * PA | 172.95 |
| 02/24 | DEBIT CARD PURCHASE, *****30088471644, AUT 022321 VISA DDA PUR KENRICH MECHANICAL INC    215 675 5040 * PA | 125.00 |
| 02/24 | DEBIT CARD PURCHASE, *****30088471644, AUT 022221 VISA DDA PUR SAKSOFF5TH COM 789      866 601 5105 * PA | 99.99 |
| 02/24 | DEBIT CARD PURCHASE, *****30088471644, AUT 022221 VISA DDA PUR ACME 4913      NEWTOWN      * PA | 12.17 |
| 02/24 | DEBIT CARD PURCHASE, *****30088471644, AUT 022221 VISA DDA PUR SUNOCO 0363137105      PHILADELPHIA * PA | 8.00 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 6 of 9 |
| Statement Period: | Feb 08 2021-Mar 07 2021 |
| Cust Ref #: | 4378031383-039-E-*** |
| Primary Account #: | ~~4378031383~~ |

---

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/24 | DEBIT CARD PAYMENT, *****30088417969, AUT 022321 VISA DDA PUR<br>VJMHS CAFETERIA       HEATHLANDHOSP * PA | 7.50 |
| 02/25 | ELECTRONIC PMT-WEB, NORTHWESTERN MU REQST WEB ****423-02 | 398.41 |
| 02/26 | DEBIT POS, *****30088471644, AUT 022621 DDA PURCH W/CB<br>ACME 4913       NEWTOWN     * PA | 89.17 |
| 02/26 | DEBIT CARD PURCHASE, *****30088471644, AUT 022521 VISA DDA PUR<br>CRAMER S BAKERY INC      YARDLEY    * PA | 45.95 |
| 02/26 | DEBIT CARD PAYMENT, *****30088417969, AUT 022521 VISA DDA PUR<br>VJMHS CAFETERIA       HEATHLANDHOSP * PA | 7.50 |
| 03/01 | CCD DEBIT, IBC EDI PAYMTS PRMAX****759831 | 2,526.99 |
| 03/01 | DEBIT CARD PURCHASE, *****30090709940, AUT 022621 VISA DDA PUR<br>VILLA JOSEPH MARIE HIGH   HOLLAND    * PA | 1,000.00 |
| 03/01 | DEBIT CARD PURCHASE, *****30090709940, AUT 022621 VISA DDA PUR<br>DESIGN FOR VISION     NEW HOPE    * PA | 510.00 |
| 03/01 | DEBIT CARD PURCHASE, *****30090709940, AUT 022721 VISA DDA PUR<br>BLUEMERCURY 172123     NEWTOWN    * PA | 167.59 |
| 03/01 | DEBIT CARD PURCHASE, *****30088471644, AUT 022521 VISA DDA PUR<br>ROCCOS AT THE BRICK     NEWTOWN    * PA | 160.82 |
| 03/01 | DEBIT CARD PURCHASE, *****30088471644, AUT 022821 VISA DDA PUR<br>CHEESECAKE 145 ONLINE    OLO COM    * MD | 128.64 |
| 03/01 | DEBIT POS, *****30088471644, AUT 030121 DDA PURCH W/CB<br>MCCAFFREYS NEWTOWN MARKE   NEWTOWN    * PA | 59.44 |
| 03/01 | DEBIT CARD PURCHASE, *****30088471644, AUT 022721 VISA DDA PUR<br>BACCO CENTRO       RICHBORO    * PA | 29.86 |
| 03/01 | DEBIT CARD PURCHASE, *****30088471644, AUT 022721 VISA DDA PUR<br>CRAMER S BAKERY INC      YARDLEY    * PA | 17.85 |
| 03/01 | DEBIT CARD PURCHASE, *****30088471644, AUT 022621 VISA DDA PUR<br>MCCAFFREYS NEWTOWN      NEWTOWN    * PA | 6.70 |
| 03/02 | ELECTRONIC PMT-WEB, ATT PAYMENT ****76001MYW9C | 418.46 |
| 03/02 | DEBIT CARD PURCHASE, *****30088471644, AUT 030121 VISA DDA PUR<br>BFM ALARM SYSTEMS INC   215 364 7160 * PA | 69.00 |
| 03/02 | DEBIT CARD PURCHASE, *****30088471644, AUT 022821 VISA DDA PUR<br>EXXONMOBIL  47869508   BALTIMORE    * MD | 62.00 |
| 03/02 | DEBIT CARD PURCHASE, *****30088471644, AUT 030121 VISA DDA PUR<br>LUKOIL 69722      NEWTOWN    * PA | 45.00 |
| 03/02 | DEBIT POS, *****30090709940, AUT 030221 DDA PURCHASE<br>WAWA 8121       RICHBORO    * PA | 6.55 |
| 03/03 | DEBIT CARD PURCHASE, *****30088471644, AUT 030221 VISA DDA PUR<br>STATE FARM INSURANCE    800 956 6310 * IL | 528.67 |
| 03/03 | DEBIT CARD PURCHASE, *****30088471644, AUT 030121 VISA DDA PUR<br>ROCCOS AT THE BRICK     NEWTOWN    * PA | 100.12 |
| 03/03 | DEBIT POS, *****30090709940, AUT 030321 DDA PURCHASE<br>TARGET T 2331 E LINCO   LANGHORNE   * PA | 89.17 |

---

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 7 of 9 |
| Statement Period: | Feb 08 2021-Mar 07 2021 |
| Cust Ref #: | 4378031383-039-E-*** |
| Primary Account #: | |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/03 | DEBIT CARD PURCHASE, *****30088471644, AUT 030221 VISA DDA PUR<br>CVS PHARMACY 07189      NEWTOWN      * PA | 75.43 |
| 03/03 | DEBIT POS, *****30088471644, AUT 030321 DDA PURCH W/CB<br>ACME 4913      NEWTOWN      * PA | 75.21 |
| 03/03 | DEBIT POS, *****30088471644, AUT 030321 DDA PURCH W/CB<br>MCCAFFREYS NEWTOWN MARKE  NEWTOWN      * PA | 56.15 |
| 03/03 | DEBIT CARD PURCHASE, *****30088471644, AUT 030221 VISA DDA PUR<br>LA STALLA MARKET      NEWTOWN      * PA | 53.39 |
| 03/03 | DEBIT CARD PURCHASE, *****30088471644, AUT 030221 VISA DDA PUR<br>SPARKLE SOFT CLOTH      NEWTOWN      * PA | 21.00 |
| 03/04 | ACH DEBIT, COMCAST 8499102 050017305 2451051 | 322.61 |
| 03/04 | TD ATM DEBIT, *****30088471644, AUT 030421 DDA WITHDRAW<br>90 UPPER SILVER LAKE ROA  NEWTOWN      * PA | 100.00 |
| 03/04 | DEBIT CARD PURCHASE, *****30088471644, AUT 030321 VISA DDA PUR<br>LUKOIL 69722      NEWTOWN      * PA | 68.00 |
| 03/04 | DEBIT POS, *****30090709940, AUT 030321 DDA PURCHASE<br>HOMESENSE 2424 E LINCO  LANGHORNE      * PA | 49.79 |
| 03/04 | DEBIT CARD PURCHASE, *****30090709940, AUT 030321 VISA DDA PUR<br>TARGET      00011353      LANGHORNE      * PA | 33.84 |
| 03/04 | DEBIT POS, *****30090709940, AUT 030321 DDA PURCHASE<br>HOMEGOODS 2424 E LINCO  LANGHORNE      * PA | 27.50 |
| 03/04 | DEBIT POS, *****30090709940, AUT 030321 DDA PURCHASE<br>MICHAELS STORES 1586 2      LANGHORNE      * PA | 19.25 |
| 03/04 | DEBIT POS, *****30090709940, AUT 030321 DDA PURCHASE<br>MICHAELS STORES 1586 2      LANGHORNE      * PA | 16.95 |
| 03/05 | DEBIT CARD PURCHASE, *****30088471644, AUT 030421 VISA DDA PUR<br>MEGLIOS PIZZA      NEWTOWN      * PA | 24.12 |
| 03/05 | DEBIT CARD PURCHASE, *****30088471644, AUT 030421 VISA DDA PUR<br>SLICE GIOVANISBARGRILL      SLICELIFE COM * NY | 16.96 |

Subtotal:    17,846.64

---

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 02/07 | 16,104.64 | 02/23 | 26,908.81 |
| 02/08 | 13,172.70 | 02/24 | 25,640.20 |
| 02/09 | 12,920.38 | 02/25 | 25,241.79 |
| 02/11 | 12,339.03 | 02/26 | 9,355.53 |
| 02/12 | 12,875.27 | 03/01 | 7,547.64 |
| 02/16 | 11,255.20 | 03/02 | 6,296.63 |
| 02/17 | 9,614.08 | 03/03 | 5,297.49 |

---

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 8 of 9 |
| Statement Period: | Feb 08 2021-Mar 07 2021 |
| Cust Ref #: | 4378031383-039-E-*** |
| Primary Account #: | |

---

DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 02/18 | 28,026.07 | 03/04 | 6,499.55 |
| 02/19 | 27,398.08 | 03/05 | 7,258.47 |
| 02/22 | 27,162.82 | | |

---

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 9 of 9 |
| Statement Period: | Feb 08 2021-Mar 07 2021 |
| Cust Ref #: | 4378031383-039-E-*** |
| Primary Account #: | |

#1    02/26    $17,097.36

#100    02/09    $100.00

#103    03/02    $650.00

#104    02/19    $500.00

#105    02/19    $500.00