**Fill in this information to identify the case:**

Debtor Name: Richard W. Johnson, Jr. and Alyse M. Johnson

United States Bankruptcy Court for the Eastern District of Pennsylvania

Case number: 21-10054

___ Check if this is an amended filing

Official Form 425A

# Plan of Reorganization for Small Business Under Chapter 11    02/20

## Richard W. Johnson, Jr. and Alyse M. Johnson's (the "Debtors") Plan of Reorganization, Dated April 8, 2021 (the "Plan")

### Background for Cases Filed Under Subchapter V

**A. Description and History of the Debtor's Business**

The Debtors have been married since 1997. Mr. Johnson is an attorney licensed to practice since 1993. Since 1996, Mr. Johnson has conducted his law practice as a sole proprietorship, which is affiliated with a law firm that compensates Mr. Johnson for recoveries achieved by Mr. Johnson on files (mainly in the nature of personal injury) on which he works. Although Mrs. Johnson is employed, the majority of the marital income is generated by Mr. Johnson.

For some time, the Debtors have been addressing their unpaid tax liabilities in arrears until calendar year 2020, when the Covid-19 pandemic had a catastrophic effect on Mr. Johnson's law practice due to the closure of the various court systems. Unable to litigate cases and generate his regular contingency income therefrom, the Debtors' income in 2020 sharply declined by about 40% from the prior year's income. With increased pressure from the taxing authorities for payments, which the Debtors were unable to make, the Debtors filed the within chapter 11, Subchapter V case for the primary purpose of providing a more orderly way to pay their taxes in arrears and other obligations.

**B. Liquidation Analysis**

To confirm the Plan, the Court must find that all creditors and equity interest holders who do not accept the Plan will receive at least as much under the Plan as such claim and equity interest holders would receive in a chapter 7 liquidation. The mortgage balance on the Debtors' residence exceeds the value of the residence, and their remaining assets are fully secured and encumbered by a purchase money lien, six federal tax liens and three Pennsylvania Department of Revenue liens. Accordingly, if the Debtors' assets were to be liquidated, unsecured creditors would receive nothing because the Debtors have no equity in their assets.

**C. Ability to make future plan payments and operate without further reorganization**

The Debtors must also show that they will have enough cash over the life of the Plan to make the required Plan payments and operate their business.

The Debtors has provided projected financial information as attached Exhibit "A," which projections assume that the "Effective Date" (as defined in Section 8.02 below) will occur in July of 2021.

The Debtors' financial projections show that the Debtors will have projected "Disposable Income" (as defined by § 1191(d) of the Bankruptcy Code) for the selected five-year period described in § 1191(c)(2) of $677,050.

The final Plan payment is expected to be paid on the sixtieth month after the Effective Date.

**You should consult with your accountant or other financial advisor if you have any questions pertaining to these projections**

## Article 1: Summary

This Plan under chapter 11 of the Bankruptcy Code (the "Code") proposes to pay creditors of the Debtors from Disposable Income as more fully set forth in this Plan.

| This Plan provides for: | 0 | classes of priority claims; |
| | 2 | classes of secured claims; |
| | 1 | classes of non-priority unsecured clams; and |
| | 2 | classes of equity security holders. |

Non-priority unsecured creditors holding allowed claims will receive distributions, which the proponent of this Plan has valued at approximately 11.6% cents on the dollar. This Plan also provides for the payment of administrative and priority claims.

All creditors and equity security holders should refer to Articles 3 through 6 of this Plan for information regarding the precise treatment of their claim. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

## Article 2: Classification of Claims and Interests

2.01 **Class 1** ............................. There are no allowed claims entitled to priority under § 507(a) of the Code (except administrative expense claims under § 507(a)(2) and priority tax claims under § 507(a)(8)) and, thus, no creditors in Class 1.

2.02 **Class 2** ............................. Class 2 consists of the following claims, to the extent allowed as a secured claim under § 506 of the Code:

Class 2A consists of the allowed secured claim of The Bancorp Bank ("Bancorp), which has a valid and properly secured first priority mortgage on the Debtors' residence.

Class 2B consists of the allowed secured claim of Allegro Credit ("Allegro"), which is secured by a first priority, purchase money security interest in the Debtors' piano.

2.03 **Class 3** ............................. Class 3 consists of all non-priority unsecured claims allowed under § 502 of the Code.

2.04 **Class 4** ............................. Equity interests of the individual Debtors in property of the estate.

## Article 3: Treatment of Administrative Expense Claims, Priority Tax Claims, and Quarterly and Court Fees

| | |
|---|---|
| 3.01 **Unclassified claims** | Under section § 1123(a)(1), administrative expense claims and priority tax claims are not in classes. |
| 3.02 **Administrative expense claims** | "Administrative Expense Claims" shall consist of the allowed claims of the Debtors' court-employed professionals, along with the Subchapter V Trustee. The Debtors estimate that the aggregate amount of allowed administrative expense claims (exclusive of post-petition alimony) shall not exceed $20,000. Each holder of an administrative expense claim allowed under § 503 of the Code will be paid pro rata from the Debtor's Disposable Income based upon their claims as allowed by this Court starting on the Effective Date of the Plan and continuing each month thereafter until paid in full. As projected, the Debtors believe that all Administrative Expense Claims shall be paid in full in monthly payments through December of 2021. |
| 3.03 **Priority tax claims** | Each holder of a priority tax claim, with interest that accrues thereon at the annual rate of 3%, will be paid each calendar quarter from the Debtor's Disposable Income pro rata starting in the fourth month following payment in full of all Administrative Expense Claims (presently projected to be April of 2022) and continuing until paid in full by December of 2025, which is 60 months from the Petition Date. Holders of priority tax claims consist of the Internal Revenue Service (the "IRS") and Pennsylvania Department of Revenue ("Revenue"), which shall apply payments received first towards their allowed secured claim, if any, and then to their allowed priority tax claim. The taxing authorities with an allowed secured claim shall retain their lien until their secured claim is paid in full.<br><br>Based upon the Debtors' anticipated 2020 federal tax liability, which will not be quantified until their 2020 return is filed, the Debtors believe that the IRS will have a combined secured and priority tax claim in the amount of $450,000 (consisting of approximately $55,000 secured and approximately $395,000 priority taxes), all of which, for purposes of this Plan, shall be treated as a priority tax claim.<br><br>The Debtors believe that Revenue has no secured claim under Bankruptcy Code § 506(a) and a priority claim of approximately $68,000, which includes an anticipated 2020 state tax liability of approximately $10,000.<br><br>For purposes of the Plan, the Debtors have amortized each taxing authorities claim over a five-year period with annual interest at 3%, but payable in equal quarterly payments over a four-year period starting in April of 2022 and ending in December of 2025. |
| 3.04 **Statutory fees** | Not applicable. |
| 3.05 **Prospective quarterly fees** | Not applicable. |

## Article 4: Treatment of Claims and Interests Under the Plan

4.01 Claims and interests shall be treated as follows under this Plan:

| Class | Impairment | Treatment |
|---|---|---|
| Class 1 - **Priority claims** excluding those in Article 3 | ☐ Impaired<br>☐ Unimpaired | There are no priority claims and, accordingly, this Class and its proposed treatment are inapplicable. |
| Class 2 – **Secured claims** | ☑ Impaired<br>☐ Unimpaired | Class 2A consists of the allowed secured claim of Bancorp, which is impaired. Bancorp has a valid and properly recorded first priority mortgage lien on the Debtors' residence. The Debtors will pay Bancorp its regular monthly mortgage payments (along with any applicable escrow) current post-petition. With respect to the prepetition arrearages owed to Bancorp, the arrearage claim shall be paid upon the natural maturity of the loan.<br><br>Class 2B consists of the allowed secured claim of Allegro, which is impaired. Allegro has a valid and properly perfected, first priority security interest in the Debtors' piano. The Debtors will pay Allegro its regular monthly loan payments current post-petition. With respect to the prepetition arrearages owed to Allegro in the filed amount of $3,365.10, the arrearage claim shall be paid by the Debtors in 12 equal monthly installments starting on the Effective Date. |
| Class 3 – **Non-priority unsecured creditors** | ☑ Impaired<br>☐ Unimpaired | Class 3 consists of the claims of non-priority unsecured creditors, which are impaired. The Debtors believe that there is approximately $903,000 in unsecured claims in their case consisting of the following: (1) IRS - $746,000; (2) Revenue - $76,000; (3) student loans - $45,000; and (4) general unsecured claims - $36,000.<br><br>Each holder of a Class 3 Claim will be paid from the Debtors' Disposable Income, in cash, pro rata beginning on the first month after the following Classes/Claims have been paid in full: (1) Administrative Expense Claims; and (2) Priority Tax Claims. Payments shall end upon the five-year anniversary of the Plan.<br><br>According to the Debtors' cash flow projection, payments to unsecured creditors shall begin on January of 2026 and end in June of 2026. |
| Class 4 - **Equity security holders of the Debtor** | ☐ Impaired<br>☑ Unimpaired | The Debtors will retain their interests in property of the estate. |

## Article 5: Allowance and Disallowance of Claims

5.01 **Disputed claim**  A disputed claim is a claim that has not been allowed or disallowed by a final non-appealable order, and as to which either:

(i)  a proof of claim has been filed or deemed filed, and the Debtors or another party in interest has filed an objection; or

(ii)  no proof of claim has been filed, and the Debtors have scheduled such claim as disputed, contingent, or unliquidated.

5.02 **Delay of distribution on a disputed claim**  No distribution will be made on account of a disputed claim unless such claim is allowed by a final non-appealable order.

5.03 **Settlement of disputed claim**  The Debtors will have the power and authority to settle and compromise a disputed claim with court approval and compliance with Rule 9019 of the Federal Rules of Bankruptcy Procedure.

## Article 6: Provisions for Executory Contracts and Unexpired Leases

6.01 **Assumed executory contracts and unexpired leases**  (a) The Debtor assumes the following executory contracts and unexpired leases as of the Effective date: (1) automobile lease with Americredit/GM Financial; (2) automobile lease with Mercedes-Benz Financial Services; and (3) automobile lease with Volkswagen Credit, Inc.

(b) Except for executory contracts and unexpired leases that have been assumed before the Effective Date or under section 6.01(a) of this Plan, or that are the subject of a pending motion to assume, the Debtors will be conclusively deemed to have rejected all executory contracts and unexpired leases as of the Effective Date.

A proof of a claim arising from the rejection of an executory contract or unexpired lease under this section must be filed no later than 30 days after the date of the order confirming this Plan.

## Article 7: Means for Implementation of the Plan

The Plan will be implemented as more fully set forth on the Debtors' cash flow projections attached as Exhibit A.  More specifically, the Debtors project generating the aggregate sum of $677,050 that will be distributed to creditors on account of their allowed claims in the following statutory order of priority: (1) administrative expense claims; (2) priority tax claims; and (3) the claims of unsecured creditors.

The Debtors shall have the exclusive right, but shall be under no obligation, to pursue causes of action allowed under applicable law or under the Bankruptcy Code ("Causes of Action"). Although the Debtors

are not aware of any Causes of Action, if they do exist, the Debtors shall prosecute them diligently so as to conclude such actions as soon as practicable, with the proceeds therefrom being included in their Disposable Income and paid to creditors in accordance with this Plan.

From and after the Effective Date, the reorganized Debtors may, in the ordinary course and without the necessity of any approval by the Bankruptcy Court, pay the reasonable fees and expenses of professional persons thereafter incurred, including, without limitation, those fees and expenses incurred in connection with the implementation and consummation of the Plan.

## Article 8 : General Provisions

**8.01 Definitions and rules of construction** Capitalized terms shall have the meaning ascribed to them in this Plan. The definitions and rules of construction set forth in §§ 101 and 102 of the Code shall apply when terms defined or construed in the Code are used in this Plan.

**8.02 Effective date** The "Effective Date" of this Plan is the first day of the month following the date that is 14 days after the entry of the confirmation order. If, however, a stay of the confirmation order is in effect on that date, the Effective Date will be the first business day after the date on which the stay expires or is otherwise terminated.

**8.03 Severability** If any provision in this Plan is determined to be unenforceable, the determination will in no way limit or affect the enforceability and operative effect of any other provision of this Plan.

**8.04 Binding effect** The rights and obligations of any entity named or referred to in this Plan will be binding upon, and will inure to the benefit of the successors or assigns of such entity.

**8.05 Captions** The headings contained in this Plan are for convenience of reference only and do not affect the meaning or interpretation of this Plan.

**8.06 Controlling effect** Unless a rule of law or procedure is supplied by federal law (including the Code or the Federal Rules of Bankruptcy Procedure), the laws of the Commonwealth of Pennsylvania govern this Plan and any agreements, documents, and instruments executed in connection with this Plan, except as otherwise provided in this Plan.

**8.07 Corporate governance** Not applicable.

**8.08 Retention of Jurisdiction** The Court shall retain jurisdiction of this Case after the Confirmation Date for the following purposes:

(a)    To take any action with respect to the subordination, allowance, disallowance, validity, perfection, enforcement or avoidance of Claims and liens, including, determination of objections to the allowance of claims and amendments to schedules;

(b)    To classify the Claim of any Claimant and to re-examine Claims which have been allowed for purposes of voting, and to determine such objections as may be filed to Claim;

(c)    To determine any and all disputes arising under or the Plan;

(d)     To determine any and all applications for allowance of compensation and reimbursement of expenses herein;

(e)     To determine any applications for rejection of executory contracts and unexpired leases and to determine the amount of any Claims resulting from the rejection thereof or from the rejection of executory contracts or unexpired leases pursuant to the Plan;

(f)     To determine any and all applications, adversary proceedings and contested and litigated matters pending in the Case as of the Confirmation Date or filed within one hundred eighty days thereafter;

(g)     To hear, determine and enforce any Code created Causes of Action and to authorize prosecution of same in such other courts as may be required by law;

(h)     To modify any provision of the Plan to the full extent permitted by the Code;

(i)     To correct any defect, cure any omission or reconcile any inconsistency in the Plan or the Confirmation Order as may be necessary to carry out the purposes, intent and effect of the Plan;

(j)     To determine such other matters as may be provided for in the Confirmation Order or as may be authorized under provision of the Code or otherwise deemed appropriate to accomplish the Plan's intent and purpose;

(k)     To grant extensions of any deadline set herein;

(l)     To enforce all discharge provisions under the Plan;

(m)     To enter any order, including injunctions, necessary to enforce the terms of the Plan, and the rights and power of the Debtors under the Code, this Plan and as the Court may deem necessary; and

(n)     To enter a Final Order closing this Case.

## Article 9 : Discharge

9.01    If the Debtors' Plan is confirmed under § 1191(a), on the effective date of the Plan, the Debtors will be discharged from any debt that arose before confirmation of this Plan, to the extent specified in § 1141(d)(1)(A) of the Code, except that the Debtor will not be discharged of any debt:

> (i) imposed by this Plan; or
> (ii) to the extent provided in § 1141(d)(2).

If the Debtors' Plan is confirmed under § 1191(b), confirmation of this Plan does not discharge any debt provided for in this Plan until the court grants a discharge on completion of all payments due within the first 5 years of this Plan, or as otherwise provided in § 1192 of the Code. The Debtors will not be discharged from any debt:

> (i) on which the last payment is due after the first 5 years of the plan, or as otherwise provided in § 1192; or
> (ii) excepted from discharge under § 523(a) of the Code, except as provided in Rule 4007(c) of the Federal Rules of Bankruptcy Procedure.

None.

Respectfully submitted,

/s/ *[signature]*
Richard W. Johnson, Jr.

/s/ *[signature]*
Alyse M. Johnson

/s/ David B. Smith
David B. Smith, Esquire
SMITH KANE HOLMAN, LLC
112 Moores Road, Suite 300
Malvern, PA 19355
Tel: (610) 407-7217
Fax: (610) 407-7218
dsmith@skhlaw.com
Counsel to the Debtors

# Exhibit A

## Cash Flow 2021

| | January 2021 | February 2021 | March 2021 | April 2021 | May 2021 | June 2021 | July 2021 | August 2021 | September 2021 | October 2021 | November 2021 | December 2021 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Carry Over Balance | $2,520.00 | $12,249.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $14,769.00 |
| Husband's Net Fee Income | $24,871.00 | $28,682.26 | $42,000.00 | $35,000.00 | $35,000.00 | $35,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $440,553.00 |
| Tax Escrow | $3,000.00 | $4,650.00 | $5,750.00 | $6,000.00 | $6,000.00 | $6,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $79,400.00 |
| Husband's Net Income | $21,871.00 | $24,032.00 | $36,250.00 | $29,000.00 | $29,000.00 | $29,000.00 | $32,000.00 | $32,000.00 | $32,000.00 | $32,000.00 | $32,000.00 | $32,000.00 | $361,153.00 |
| Wife's Net Income | $1,564.00 | $1,732.00 | $3,270.00 | $1,500.00 | $1,500.00 | $1,000.00 | $800.00 | $800.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $18,168.08 |
| Total - Income/Carry Over Balance | $25,955.00 | $38,013.00 | $39,520.00 | $30,500.00 | $30,500.00 | $30,000.00 | $32,800.00 | $32,800.00 | $33,500.00 | $33,500.00 | $33,500.00 | $33,500.00 | $394,088.00 |
| **Disbursements** | | | | | | | | | | | | | |
| Household expenses | $13,706.00 | $38,013.00 | $39,520.00 | $30,500.00 | $30,500.00 | $30,000.00 | $29,500.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $361,739.00 |
| Reserve - Household Expenses | | | | | | | | | | | | | |
| Cash Flow Reserve | $12,249.00 | | | | | | | | | | | | |
| Total Disbursements | $25,955.00 | $38,013.00 | $39,520.00 | $30,500.00 | $30,500.00 | $30,000.00 | $29,500.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $373,988.00 |
| Monthly Disposable Income | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,300.00 | $2,800.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $20,100.00 |
| **Plan Disbursements** | | | | | | | | | | | | | |
| Amount Available | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,300.00 | $2,800.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $20,100.00 |
| **Disbursements** | | | | | | | | | | | | | |
| Administrative Expenses | | | | | | | | | | | | | |
| Priority Tax Claims | | | | | | | $3,300.00 | $2,800.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $20,100.00 |
| Mortgage Arrears | | | | | | | | | | | | | |
| Unsecured Creditors | | | | | | | | | | | | | |
| Total | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,300.00 | $2,800.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $20,100.00 |

## Cash Flow 2022

| | 2022 January | 2022 February | 2022 March | 2022 April | 2022 May | 2022 June | 2022 July | 2022 August | 2022 September | 2022 October | 2022 November | 2022 December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Carry Over Balance | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | | | | | | | |
| Husband's Net Fee Income | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $50,000.00 | $50,000.00 | $50,000.00 | $50,000.00 | $50,000.00 | $50,000.00 | $540,000.00 |
| Tax Escrow | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $120,000.00 |
| Husband's Net Income | $32,000.00 | $32,000.00 | $32,000.00 | $32,000.00 | $32,000.00 | $32,000.00 | $38,000.00 | $38,000.00 | $38,000.00 | $38,000.00 | $38,000.00 | $38,000.00 | $420,000.00 |
| Wife's Net Income | $1,500.00 | $1,800.00 | $3,000.00 | $1,500.00 | $1,500.00 | $1,000.00 | $800.00 | $800.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $17,900.00 |
| Total - Income/Carry Over Balance | $33,500.00 | $33,800.00 | $35,000.00 | $33,500.00 | $33,500.00 | $33,000.00 | $38,800.00 | $38,800.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $437,900.00 |
| **Disbursements** | | | | | | | | | | | | | |
| Household expenses | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $360,000.00 |
| Reserve - Household Expenses | | | | | | | | | | | | | $0.00 |
| Cash Flow Reserve | | | | | | | | | | | | | $0.00 |
| Total Disbursements | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $360,000.00 |
| Monthly Disposable Income | $3,500.00 | $3,800.00 | $5,000.00 | $3,500.00 | $3,500.00 | $3,000.00 | $8,800.00 | $8,800.00 | $9,500.00 | $9,500.00 | $9,500.00 | $9,500.00 | $77,900.00 |
| **Plan Disbursements** | | | | | | | | | | | | | |
| Amount Available | $3,500.00 | $3,800.00 | $5,000.00 | $3,500.00 | $3,500.00 | $3,000.00 | $8,800.00 | $8,800.00 | $9,500.00 | $9,500.00 | $9,500.00 | $9,500.00 | $77,900.00 |
| **Disbursements** | | | | | | | | | | | | | |
| Administrative Expenses | | | | | | | | | | | | | |
| Priority Tax Claims | | | | $12,300.00 | | | $10,000.00 | | | $27,100.00 | | $28,500.00 | $77,900.00 |
| Mortgage Arrears | | | | | | | | | | | | | |
| Unsecured Creditors | | | | | | | | | | | | | |
| Total | $0.00 | $0.00 | $0.00 | $12,300.00 | $0.00 | $0.00 | $10,000.00 | $0.00 | $0.00 | $27,100.00 | $0.00 | $28,500.00 | $77,900.00 |

## Cash Flow 2023

| | 2023 January | 2023 February | 2023 March | 2023 April | 2023 May | 2023 June | 2023 July | 2023 August | 2023 September | 2023 October | 2023 November | 2023 December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Carry Over Balance | | | | | | | | | | | | | |
| Husband's Net Fee Income | $50,000.00 | $50,000.00 | $50,000.00 | $50,000.00 | $50,000.00 | $50,000.00 | $55,000.00 | $55,000.00 | $55,000.00 | $50,000.00 | $55,000.00 | $55,000.00 | $625,000.00 |
| Tax Escrow | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $162,000.00 |
| Husband's Net Income | $38,000.00 | $38,000.00 | $38,000.00 | $38,000.00 | $38,000.00 | $38,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $468,000.00 |
| Wife's Net Income | $1,600.00 | $1,600.00 | $3,200.00 | $1,600.00 | $1,600.00 | $1,100.00 | $900.00 | $900.00 | $1,600.00 | $1,600.00 | $1,600.00 | $1,600.00 | $18,900.00 |
| Total - Income/Carry Over Balance | $39,600.00 | $39,600.00 | $41,200.00 | $39,600.00 | $39,600.00 | $39,100.00 | $40,900.00 | $40,900.00 | $41,600.00 | $41,600.00 | $41,600.00 | $41,600.00 | $486,900.00 |
| **Disbursements** | | | | | | | | | | | | | |
| Household expenses | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $360,000.00 |
| Reserve - Household Expenses | | | | | | | | | | | | | $0.00 |
| Cash Flow Reserve | | | | | | | | | | | | | $0.00 |
| Total Disbursements | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $360,000.00 |
| Monthly Disposable Income | $9,600.00 | $9,600.00 | $11,200.00 | $9,600.00 | $9,600.00 | $9,100.00 | $10,900.00 | $10,900.00 | $11,600.00 | $11,600.00 | $11,600.00 | $11,600.00 | $126,900.00 |
| **Plan Disbursements** | | | | | | | | | | | | | |
| Amount Available | $9,600.00 | $9,600.00 | $11,200.00 | $9,600.00 | $9,600.00 | $9,100.00 | $10,900.00 | $10,900.00 | $11,600.00 | $11,600.00 | $11,600.00 | $11,600.00 | $126,900.00 |
| **Disbursements** | | | | | | | | | | | | | |
| Administrative Expenses | | | | | | | | | | | | | |
| Priority Tax Claims | | | | $30,400.00 | | | $28,300.00 | | | $33,400.00 | | $34,800.00 | $126,900.00 |
| Mortgage Arrears | | | | | | | | | | | | | |
| Unsecured Creditors | | | | | | | | | | | | | |
| Total | $0.00 | $0.00 | $0.00 | $30,400.00 | $0.00 | $0.00 | $28,300.00 | $0.00 | $0.00 | $33,400.00 | $0.00 | $34,800.00 | $126,900.00 |

## Cash Flow 2024

| | 2024 January | 2024 February | 2024 March | 2024 April | 2024 May | 2024 June | 2024 July | 2024 August | 2024 September | 2024 October | 2024 November | 2024 December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Carry Over Balance | | | | | | | | | | | | | |
| Husband's Gross Fee Income | $55,000.00 | $55,000.00 | $55,000.00 | $55,000.00 | $55,000.00 | $55,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $690,000.00 |
| Tax Escrow | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 | $192,000.00 |
| Husband's Net Income | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $43,000.00 | $43,000.00 | $43,000.00 | $43,000.00 | $43,000.00 | $43,000.00 | $498,000.00 |
| Wife's Net Income | $1,650.00 | $1,650.00 | $3,300.00 | $1,650.00 | $1,650.00 | $1,150.00 | $950.00 | $950.00 | $1,650.00 | $1,650.00 | $1,650.00 | $1,650.00 | $19,550.00 |
| Total - Income/Carry Over Balance | $41,650.00 | $41,650.00 | $43,300.00 | $41,650.00 | $41,650.00 | $41,150.00 | $43,950.00 | $43,950.00 | $44,650.00 | $44,650.00 | $44,650.00 | $44,650.00 | $517,550.00 |
| **Disbursements** | | | | | | | | | | | | | |
| Household expenses | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $360,000.00 |
| Reserve - Household Expenses Cash Flow Reserve | | | | | | | | | | | | | $0.00 |
| Total Disbursements | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $360,000.00 |
| Monthly Disposable Income | $11,650.00 | $11,650.00 | $13,300.00 | $11,650.00 | $11,650.00 | $11,150.00 | $13,950.00 | $13,950.00 | $14,650.00 | $14,650.00 | $14,650.00 | $14,650.00 | $157,550.00 |
| **Plan Disbursements** | | | | | | | | | | | | | |
| Amount Available | $11,650.00 | $11,650.00 | $13,300.00 | $11,650.00 | $11,650.00 | $11,150.00 | $13,950.00 | $13,950.00 | $14,650.00 | $14,650.00 | $14,650.00 | $14,650.00 | $157,550.00 |
| **Disbursements** | | | | | | | | | | | | | |
| Administrative Expenses | | | | | | | | | | | | | |
| Priority Tax Claims | | | | $36,600.00 | | | $34,450.00 | | | $42,550.00 | | $43,950.00 | $157,550.00 |
| Mortgage Arrears | | | | | | | | | | | | | |
| Unsecured Creditors | | | | | | | | | | | | | |
| Total | $0.00 | $0.00 | $0.00 | $36,600.00 | $0.00 | $0.00 | $34,450.00 | $0.00 | $0.00 | $42,550.00 | $0.00 | $43,950.00 | $157,550.00 |

## Cash Flow 2025

| | 2025 January | 2025 February | 2025 March | 2025 April | 2025 May | 2025 June | 2025 July | 2025 August | 2025 September | 2025 October | 2025 November | 2025 December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Carry Over Balance** | | | | | | | | | | | | | |
| Husband's Net Fee Income | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $63,000.00 | $63,000.00 | $63,000.00 | $63,000.00 | $63,000.00 | $63,000.00 | $738,000.00 |
| Tax Escrow | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 | $17,500.00 | $17,500.00 | $17,500.00 | $17,500.00 | $17,500.00 | $17,500.00 | $207,000.00 |
| Husband's Net Income | $43,000.00 | $43,000.00 | $43,000.00 | $43,000.00 | $43,000.00 | $43,000.00 | $45,500.00 | $45,500.00 | $45,500.00 | $45,500.00 | $45,500.00 | $45,500.00 | $531,000.00 |
| Wife's Net Income | $1,650.00 | $1,650.00 | $3,300.00 | $1,650.00 | $1,650.00 | $1,150.00 | $950.00 | $950.00 | $1,650.00 | $1,650.00 | $1,650.00 | $1,650.00 | $19,550.00 |
| Total - Income/Carry Over Balance | $44,650.00 | $44,650.00 | $46,300.00 | $44,650.00 | $44,650.00 | $44,150.00 | $46,450.00 | $46,450.00 | $47,150.00 | $47,150.00 | $47,150.00 | $47,150.00 | $550,550.00 |
| **Disbursements** | | | | | | | | | | | | | |
| Household expenses | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $360,000.00 |
| Reserve - Household Expenses | | | | | | | | | | | | | $0.00 |
| Cash Flow Reserve | | | | | | | | | | | | | $0.00 |
| Total Disbursements | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $360,000.00 |
| **Monthly Disposable Income** | $14,650.00 | $14,650.00 | $16,300.00 | $14,650.00 | $14,650.00 | $14,150.00 | $16,450.00 | $16,450.00 | $17,150.00 | $17,150.00 | $17,150.00 | $17,150.00 | $190,550.00 |
| **Plan Disbursements** | | | | | | | | | | | | | |
| Amount Available | $14,650.00 | $14,650.00 | $16,300.00 | $14,650.00 | $14,650.00 | $14,150.00 | $16,450.00 | $16,450.00 | $17,150.00 | $17,150.00 | $17,150.00 | $17,150.00 | $190,550.00 |
| **Disbursements** | | | | | | | | | | | | | |
| Administrative Expenses | | | | | | | | | | | | | |
| Priority Tax Claims | | | | $45,600.00 | | | $43,450.00 | | | $50,050.00 | | $51,450.00 | $190,550.00 |
| Mortgage Arrears | | | | | | | | | | | | | |
| Unsecured Creditors | | | | | | | | | | | | | |
| Total | $0.00 | $0.00 | $0.00 | $45,600.00 | $0.00 | $0.00 | $43,450.00 | $0.00 | $0.00 | $50,050.00 | $0.00 | $51,450.00 | $190,550.00 |

## Cash Flow 2026

| | January 2026 | February 2026 | March 2026 | April 2026 | May 2026 | June 2026 | July 2026 | August 2026 | September 2026 | October 2026 | November 2026 | December 2026 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Carry Over Balance | | | | | | | | | | | | | |
| Husband's Net Fee Income | $63,000.00 | $63,000.00 | $63,000.00 | $63,000.00 | $63,000.00 | $63,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $378,000.00 |
| Tax Escrow | $17,500.00 | $17,500.00 | $17,500.00 | $17,500.00 | $17,500.00 | $17,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $105,000.00 |
| Husband's Net Income | $45,500.00 | $45,500.00 | $45,500.00 | $45,500.00 | $45,500.00 | $45,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $273,000.00 |
| Wife's Net Income | $1,650.00 | $1,650.00 | $3,300.00 | $1,650.00 | $1,650.00 | $1,150.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $11,050.00 |
| Total - Income/Carry Over Balance | $47,150.00 | $47,150.00 | $48,800.00 | $47,150.00 | $47,150.00 | $46,650.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $284,050.00 |
| **Disbursements** | | | | | | | | | | | | | |
| Household expenses | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $180,000.00 |
| Reserve - Household Expenses | | | | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cash Flow Reserve | | | | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total Disbursements | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $180,000.00 |
| Monthly Disposable Income | $17,150.00 | $17,150.00 | $18,800.00 | $17,150.00 | $17,150.00 | $16,650.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $104,050.00 |
| **Plan Disbursements** | | | | | | | | | | | | | |
| Amount Available | $17,150.00 | $17,150.00 | $18,800.00 | $17,150.00 | $17,150.00 | $16,650.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $104,050.00 |
| **Disbursements** | | | | | | | | | | | | | |
| Administrative Expenses | | | | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Priority Tax Claims | | | | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Mortgage Arrears | | | | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Unsecured Creditors | $17,150.00 | $17,150.00 | $18,800.00 | $17,150.00 | $17,150.00 | $16,650.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $104,050.00 |
| Total | $17,150.00 | $17,150.00 | $18,800.00 | $17,150.00 | $17,150.00 | $16,650.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $104,050.00 |