**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | RICHARD W. JOHNSON, JR. | Chapter 11 |
| | ALYSE M. JOHNSON, | |
| | Debtor | Bky. No. 21-10054AMC |

# O R D E R

AND NOW, the Debtor having filed a chapter 11 plan ("the Plan"), on **April 7, 2021** (Doc. # 40), it is hereby **ORDERED** that:

1. **On or before April 9, 2021**, the Debtor's counsel shall transmit this Order, the Plan, a letter of transmittal, a ballot that conforms substantially to the Official Form and a self-addressed stamped envelope by mail to creditors and other parties in interest and to the U.S. Trustee as required by Fed. R. Bankr. P. 3017(d).

2. **May 10, 2021, at 5:00 p.m.** is fixed as the deadline by which ballots must be received in order to be considered as acceptances or rejections of the Plan.

4. **May 19, 2021**, is fixed as the date by which the Debtor shall file the Report of Plan Voting. The Report shall include a Certification regarding the service on parties in interest required by Rule 3017(d).

5. **May 26, 2021** is fixed as the deadline for filing and serving written objections to the confirmation of the Plan pursuant to Fed. R. Bankr. P. 3020(b)(1).

6. **June 2, 2021, at 12:30 p.m.** is fixed as the date and time for the telephonic hearing on confirmation of the Plan, to be held at the **United States Bankruptcy Court. Parties are to Dial 877-873-8017; Access Code: 3027681#** .[1]

Dated: April 9, 2021

**ASHELY M. CHAN**
**U.S. BANKRUPTCY JUDGE**

---

[1] The confirmation hearing will be held telephonically. However, the court may later decide to hold the hearing by video conference. If so, the court will enter an order to that effect.