United States Bankruptcy Court

Eastern District of Pennsylvania

In re:    Case No. 21-10054-amc

Richard W. Johnson, Jr.    Chapter 11

Alyse M. Johnson

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 09, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/db | + Richard W. Johnson, Jr., Alyse M. Johnson, 5 Sarah Drive, Newtown, PA 18940-4129 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 10 2021 02:12:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2021          Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CAROL E. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue cmomjian@attorneygeneral.gov |
| DAVID B. SMITH | on behalf of Debtor Richard W. Johnson Jr. dsmith@skhlaw.com, b.dr70286@notify.bestcase.com |
| DAVID B. SMITH | on behalf of Debtor Alyse M. Johnson dsmith@skhlaw.com b.dr70286@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 09, 2021 | Form ID: pdf900 | Total Noticed: 2 |

GEORGE M. CONWAY
    on behalf of U.S. Trustee United States Trustee george.m.conway@usdoj.gov

JAMI B. NIMEROFF, ESQ.
    jnimeroff@bmnlawyers.com cjones@bmnlawyers.com;cjn11@trustesolutions.net

REBECCA ANN SOLARZ
    on behalf of Creditor The Bancorp Bank bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | RICHARD W. JOHNSON, JR. ALYSE M. JOHNSON, | Chapter 11 |
| | Debtor | Bky. No. 21-10054AMC |

## O R D E R

AND NOW, the Debtor having filed a chapter 11 plan ("the Plan"), on **April 7, 2021** (Doc. # 40), it is hereby **ORDERED** that:

1. **On or before April 9, 2021**, the Debtor's counsel shall transmit this Order, the Plan, a letter of transmittal, a ballot that conforms substantially to the Official Form and a self-addressed stamped envelope by mail to creditors and other parties in interest and to the U.S. Trustee as required by Fed. R. Bankr. P. 3017(d).

2. **May 10, 2021, at 5:00 p.m.** is fixed as the deadline by which ballots must be received in order to be considered as acceptances or rejections of the Plan.

4. **May 19, 2021**, is fixed as the date by which the Debtor shall file the Report of Plan Voting. The Report shall include a Certification regarding the service on parties in interest required by Rule 3017(d).

5. **May 26, 2021** is fixed as the deadline for filing and serving written objections to the confirmation of the Plan pursuant to Fed. R. Bankr. P. 3020(b)(1).

6. **June 2, 2021, at 12:30 p.m.** is fixed as the date and time for the telephonic hearing on confirmation of the Plan, to be held at the **United States Bankruptcy Court. Parties are to Dial 877-873-8017; Access Code: 3027681# .** [1]

Dated: April 9, 2021

**ASHELY M. CHAN**
**U.S. BANKRUPTCY JUDGE**

---

[1] The confirmation hearing will be held telephonically. However, the court may later decide to hold the hearing by video conference. If so, the court will enter an order to that effect.