**Fill in this information to identify the case:**

Debtor Name  Richard and Alyse Johnson

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number:  21-10054

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11                    12/17

Month:        March                                 Date report filed:  4/20/2021
                                                                         MM / DD / YYYY

Line of business:  Attorney                         NAISC code:  _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:              Richard W., Johnson, Jr.

Original signature of responsible party   _____

Printed name of responsible party   Richard W. Johnson, JR

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Richard and Alyse Johnson                          Case number  21-10054

17. Have you paid any bills you owed before you filed bankruptcy?          ☐  ☑  ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?          ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 7,909.81

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 44,402.74

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $ 45,250.09

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ -847.35

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ 7,062.42

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

   *(Exhibit E)*

$ 2,208.75

Debtor Name  Richard and Alyse Johnson                          Case number 21-10054

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                   $ _____0.00_____

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                         0

27. What is the number of employees as of the date of this monthly report?                            0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?           $ _____0.00_____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ _____0.00_____

30. How much have you paid this month in other professional fees?                                     $ _____0.00_____

31. How much have you paid in total other professional fees since filing the case?                    $ _____0.00_____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | Projected | — | Actual | = | Difference |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 35,000.00 | — | $ 44,402.74 | = | $ -9,402.74 |
| 33. **Cash disbursements** | $ 34,000.00 | — | $ 45,250.09 | = | $ -11,250.09 |
| 34. **Net cash flow** | $ 1,000.00 | — | $ -847.35 | = | $ 1,847.35 |

35. Total projected cash receipts for the next month:                          $ 35,000.00

36. Total projected cash disbursements for the next month:                    − $ 34,000.00

37. Total projected net cash flow for the next month:                          = $ 1,000.00

Debtor Name  Richard and Alyse Johnson                    Case number 21-10054

## ▉ 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

## EXHIBIT A

1.   **Allegro Credit:**  Allegro has refused to accept payment directly from debtors. Allegro requested to speak with debtors' counsel first.  Counsel is addressing.

## EXHIBIT A

1.    **Allegro Credit:**  Allegro has refused to accept payment directly from debtors. Allegro requested to speak with debtors' counsel first.  Counsel is addressing.

## EXHIBIT B

10.    Husband is an attorney who maintains an active IOLTA account in PA and an Attorney Trust Account in NJ.

Transaction - Last month
3/1/2021 through 3/31/2021

4/20/2021                                                                                                          Page 1

| Date | Account | Num | Description | Memo | Category | Clr | Amount |
|---|---|---|---|---|---|---|---|
| 3/4/2021 | TD Checking | DEP | Deposit | | Income (RWJ) | | 1,840.00 |
| 3/5/2021 | TD Checking | DEP | Deposit | | Income (RWJ) | | 800.00 |
| 3/12/2021 | TD Checking | DEP | Deposit | | Income (RWJ) | | 3,100.00 |
| 3/15/2021 | TD Checking | DEP | Deposit | | Paycheck (AMJ) | | 1,209.75 |
| 3/16/2021 | TD Checking | DEP | Deposit | | Income (RWJ) | | 4,400.00 |
| 3/22/2021 | TD Checking | DEP | Deposit | | Income (RWJ) | | 400.00 |
| 3/26/2021 | TD Checking | DEP | Deposit | | Income (RWJ) | | 24,528.72 |
| 3/29/2021 | TD Checking | DEP | Deposit | | Income (RWJ) | | 263.44 |
| 3/31/2021 | TD Checking | DEP | Deposit | | Paycheck (AMJ) | | 2,060.83 |
| 3/1/2021 | TD Checking | DEP | Deposit | | Income (RWJ) | | 2,800.00 |
| 3/8/2021 | TD Checking | DEP | Deposit | | Income (RWJ) | | 3,000.00 |
| **3/1/2021 - 3/31/2021** | | | | | | | **44,402.74** |

| | |
|---|---|
| **TOTAL INFLOWS** | **44,402.74** |
| **TOTAL OUTFL...** | **0.00** |
| **NET TOTAL** | **44,402.74** |

Transaction - Last month
3/1/2021 through 3/31/2021

4/20/2021

Page 1

| Date | Account | Num | Description | Memo | Category | Clr | Amount |
|------|---------|-----|-------------|------|----------|-----|--------|
| 3/1/2021 | TD Chec... | ATM | Villa Joseph Marie H... | | Tuition | | -1,000.00 |
| 3/1/2021 | TD Chec... | ATM | Design For Vision | | Medical Care:Contact Lenses | | -510.00 |
| 3/1/2021 | TD Chec... | ATM | Blue Mercury | | Personal Care | | -167.59 |
| 3/1/2021 | TD Chec... | ATM | Rocco's | | Food | | -160.82 |
| 3/1/2021 | TD Chec... | ATM | Cheesecake Factory | | Food | | -128.64 |
| 3/1/2021 | TD Chec... | ATM | McCaffreys | | Groceries | | -59.44 |
| 3/1/2021 | TD Chec... | ATM | Bacco | | Food | | -29.86 |
| 3/1/2021 | TD Chec... | ATM | Cramer's Bakery | | Groceries | | -17.85 |
| 3/1/2021 | TD Chec... | ATM | McCaffreys | | Groceries | | -6.70 |
| 3/2/2021 | TD Chec... | ATM | AT&T Wireless | | Cell Phone | | -418.46 |
| 3/2/2021 | TD Chec... | ATM | BFM Alarm Systems | | Home:Services - Maintenance | | -69.00 |
| 3/2/2021 | TD Chec... | ATM | Exxon/Mobil | | Auto:Fuel | | -62.00 |
| 3/2/2021 | TD Chec... | ATM | Lukoil | | Auto:Fuel | | -45.00 |
| 3/2/2021 | TD Chec... | ATM | Wawa | | Groceries | | -6.55 |
| 3/3/2021 | TD Chec... | ATM | State Farm | | Auto:Insurance | | -528.67 |
| 3/3/2021 | TD Chec... | ATM | Rocco's | | Business Meals | | -100.12 |
| 3/3/2021 | TD Chec... | ATM | Target | | Housewares | | -89.17 |
| 3/3/2021 | TD Chec... | ATM | CVS Pharmacy | | Pharmacy | | -75.43 |
| 3/3/2021 | TD Chec... | ATM | Acme | | Groceries | | -75.21 |
| 3/3/2021 | TD Chec... | ATM | McCaffreys | | Groceries | | -56.15 |
| 3/3/2021 | TD Chec... | ATM | Sparkle Soft Cloth | | Auto:Carwash | | -21.00 |
| 3/3/2021 | TD Chec... | ATM | La Stalla Market | | Groceries | | -53.39 |
| 3/4/2021 | TD Chec... | EFT | Comcast | | Cable And Internet | | -322.61 |
| 3/4/2021 | TD Chec... | ATM | Cash | | Cash | | -100.00 |
| 3/4/2021 | TD Chec... | ATM | Lukoil | | Auto:Fuel | | -68.00 |
| 3/4/2021 | TD Chec... | ATM | Homesense | | Housewares | | -49.79 |

Transaction - Last month
3/1/2021 through 3/31/2021

4/20/2021

Page 2

| Date | Account | Num | Description | Memo | Category | Clr | Amount |
|---|---|---|---|---|---|---|---|
| 3/4/2021 | TD Chec... | ATM | Target | | Housewares | | -33.84 |
| 3/4/2021 | TD Chec... | ATM | Homegoods | | Housewares | | -27.50 |
| 3/4/2021 | TD Chec... | ATM | Michael's | | Housewares | | -19.25 |
| 3/4/2021 | TD Chec... | ATM | Michael's | | Housewares | | -16.95 |
| 3/5/2021 | TD Chec... | ATM | Meglio's Pizza | | Food | | -24.12 |
| 3/5/2021 | TD Chec... | ATM | Giovanni's Pizza | | Business Meals | | -16.96 |
| 3/7/2021 | TD Chec... | 106 | Richard W. Johnson... | | College Expenses | | -2,500.00 |
| 3/7/2021 | TD Chec... | 107 | Alexa Johnson | | College Expenses | | -500.00 |
| 3/8/2021 | TD Chec... | EFT | GM Financial | | Auto:Lease | | -1,302.12 |
| 3/8/2021 | TD Chec... | EFT | MBFS | | Auto:Lease | | -858.95 |
| 3/8/2021 | TD Chec... | EFT | Oishi | | Food | | -112.22 |
| 3/8/2021 | TD Chec... | EFT | Acme | | Groceries | | -104.87 |
| 3/8/2021 | TD Chec... | EFT | Millevoi Brothers | | Auto:Repair | | -46.04 |
| 3/8/2021 | TD Chec... | EFT | Piccolo Trattoria | | Food | | -40.10 |
| 3/8/2021 | TD Chec... | ATM | Lukoil | | Auto:Fuel | | -39.80 |
| 3/8/2021 | TD Chec... | ATM | Dunkin Donuts | | Food | | -4.64 |
| 3/8/2021 | TD Chec... | ATM | Wawa | | Food | | -8.57 |
| 3/9/2021 | TD Chec... | ATM | VJMHS Cafeteria | | Food | | -7.50 |
| 3/9/2021 | TD Chec... | ATM | La Stalla Market | | Groceries | | -22.12 |
| 3/9/2021 | TD Chec... | ATM | Exxon/Mobil | | Auto:Fuel | | -21.90 |
| 3/10/2021 | TD Chec... | ATM | Giuseppes Pizza | | Business Expense (AMJ) | | -97.64 |
| 3/10/2021 | TD Chec... | ATM | McCaffreys | | Groceries | | -83.10 |
| 3/10/2021 | TD Chec... | ATM | Homegoods | | Housewares | | -59.34 |
| 3/10/2021 | TD Chec... | ATM | Lukoil | | Auto:Fuel | | -45.00 |
| 3/10/2021 | TD Chec... | ATM | Homegoods | | Housewares | | -36.01 |
| 3/10/2021 | TD Chec... | ATM | Homesense | | Housewares | | -29.65 |
| 3/10/2021 | TD Chec... | ATM | McCaffreys | | Groceries | | -16.13 |

Transaction - Last month
3/1/2021 through 3/31/2021

| Date | Account | Num | Description | Memo | Category | Clr | Amount |
|------|---------|-----|-------------|------|----------|-----|--------|
| 3/12/2021 | TD Chec... | ATM | Villa Joseph Marie H... | | Advertising | | -502.50 |
| 3/12/2021 | TD Chec... | ATM | Rocco's | | Business Meals | | -109.54 |
| 3/12/2021 | TD Chec... | ATM | VjMHS Cafeteria | | Food | | -1.75 |
| 3/15/2021 | TD Chec... | EFT | PECO | | Electric | | -788.40 |
| 3/15/2021 | TD Chec... | EFT | AT&T Wireless | | Cell Phone | | -437.95 |
| 3/15/2021 | TD Chec... | ATM | McCaffreys | | Groceries | | -214.21 |
| 3/15/2021 | TD Chec... | ATM | La Stalla | | Food | | -150.56 |
| 3/15/2021 | TD Chec... | ATM | Petsmart | | Pet Food and Supplies | | -101.59 |
| 3/15/2021 | TD Chec... | ATM | Villa Joseph Marie H... | Hope -a-t... | Charity | | -101.50 |
| 3/15/2021 | TD Chec... | ATM | Kelly's Seafood | | Food | | -92.15 |
| 3/15/2021 | TD Chec... | ATM | Penn Medicine | | Medical Care | | -40.00 |
| 3/15/2021 | TD Chec... | ATM | Dragon Of Newtown | | Food | | -29.87 |
| 3/15/2021 | TD Chec... | ATM | Valley Cleaners | | Dry Cleaning | | -22.90 |
| 3/15/2021 | TD Chec... | ATM | Amazon | | Personal Care | | -8.45 |
| 3/15/2021 | TD Chec... | ATM | NJ EZ Pass | | Auto & Transport:Tolls | | -5.20 |
| 3/15/2021 | TD Chec... | ATM | VjMHS Cafeteria | | Food | | -1.75 |
| 3/16/2021 | TD Chec... | ATM | Target | | Housewares | | -68.53 |
| 3/16/2021 | TD Chec... | ATM | Lukoil | | Auto:Fuel | | -48.00 |
| 3/16/2021 | TD Chec... | EFT | Adobe | | Office Expenses (Business) | | -15.89 |
| 3/16/2021 | TD Chec... | ATM | VjMHS Cafeteria | | Food | | -10.50 |
| 3/16/2021 | TD Chec... | ATM | Acme | | Groceries | | -7.98 |
| 3/17/2021 | TD Chec... | EFT | Audi Financial | | Auto:Lease | | -783.31 |
| 3/17/2021 | TD Chec... | EFT | Wawa | | Food | | -7.08 |
| 3/17/2021 | TD Chec... | 108 | PA Dept. Of Revenue | | State Tax:2021 Estimated | | -750.00 |
| 3/18/2021 | TD Chec... | ATM | Norman's Hallmark | | Greeting Cards | | -8.72 |
| 3/18/2021 | TD Chec... | ATM | VjMHS Cafeteria | | Food | | -3.00 |
| 3/19/2021 | TD Chec... | ATM | Rocco's | | Food | | -135.86 |

Transaction - Last month
3/1/2021 through 3/31/2021

Page 4

| Date | Account | Num | Description | Memo | Category | Clr | Amount |
|------|---------|-----|-------------|------|----------|-----|--------|
| 3/19/2021 | TD Chec... | ATM | The Land Crew, Inc. | | Home:Services - Maintenance | | -1,193.86 |
| 3/22/2021 | TD Chec... | EFT | State Farm | | Auto:Insurance | | -545.64 |
| 3/22/2021 | TD Chec... | ATM | Gallo's Seafood | | Food | | -209.59 |
| 3/22/2021 | TD Chec... | ATM | Sam's Club | | Groceries | | -148.84 |
| 3/22/2021 | TD Chec... | ATM | McCaffreys | | Groceries | | -141.22 |
| 3/22/2021 | TD Chec... | ATM | Margaret Kuo's | | Food | | -119.87 |
| 3/22/2021 | TD Chec... | ATM | DSW | | Clothing | | -89.98 |
| 3/22/2021 | TD Chec... | ATM | CVS Pharmacy | | Pharmacy | | -76.73 |
| 3/22/2021 | TD Chec... | ATM | Lukoil | | Auto:Fuel | | -75.00 |
| 3/22/2021 | TD Chec... | ATM | Colonial Farms | | Groceries | | -47.51 |
| 3/22/2021 | TD Chec... | ATM | Lukoil | | Auto:Fuel | | -41.50 |
| 3/22/2021 | TD Chec... | ATM | Piccolo Trattoria | | Food | | -31.80 |
| 3/22/2021 | TD Chec... | ATM | DSW | | Clothing | | -22.90 |
| 3/22/2021 | TD Chec... | ATM | Amazon | | Groceries | | -14.99 |
| 3/22/2021 | TD Chec... | EFT | AOL | | Internet Service | | -7.99 |
| 3/22/2021 | TD Chec... | ATM | Lily Pulitzer | | Clothing | | -436.40 |
| 3/22/2021 | TD Chec... | ATM | Sam's Club | | Groceries | | -278.49 |
| 3/23/2021 | TD Chec... | EFT | Northwesten Mutual ... | | Life Insurance | | -398.41 |
| 3/23/2021 | TD Chec... | ATM | VjMHS Cafeteria | | Food | | -1.75 |
| 3/24/2021 | TD Chec... | ATM | Chipotle | | Food | | -26.18 |
| 3/24/2021 | TD Chec... | ATM | VjMHS Cafeteria | | Food | | -7.50 |
| 3/25/2021 | TD Chec... | ATM | Lukoil | | Auto:Fuel | | -51.01 |
| 3/25/2021 | TD Chec... | ATM | VjMHS Cafeteria | | Food | | -3.00 |
| 3/26/2021 | TD Chec... | ATM | CVS Pharmacy | | Pharmacy | | -39.89 |
| 3/26/2021 | TD Chec... | ATM | VjMHS Cafeteria | | Food | | -7.50 |
| 3/26/2021 | TD Chec... | ATM | VjMHS Cafeteria | | Food | | -1.75 |
| 3/26/2021 | TD Chec... | EFT | The Bancorp Bank | | Home:Mortgage | | -17,276.48 |

Transaction - Last month
3/1/2021 through 3/31/2021

4/20/2021                                                                                      Page 5

| Date | Account | Num | Description | Memo | Category | Clr | Amount |
|------|---------|-----|-------------|------|----------|-----|--------|
| 3/26/2021 | TD Chec... | ATM | McCaffreys | | Groceries | | -75.42 |
| 3/29/2021 | TD Chec... | ATM | David J. Witchell | | Personal Care:Hair | | -255.00 |
| 3/29/2021 | TD Chec... | ATM | Home Depot | | Home:Home Improvement | | -175.77 |
| 3/29/2021 | TD Chec... | ATM | McCaffreys | | Groceries | | -133.43 |
| 3/29/2021 | TD Chec... | ATM | La Stalla | | Food | | -125.56 |
| 3/29/2021 | TD Chec... | ATM | Cash | | Cash | | -100.00 |
| 3/29/2021 | TD Chec... | ATM | Piccolo Trattoria | | Food | | -85.60 |
| 3/29/2021 | TD Chec... | ATM | Blue Mercury | | Personal Care | | -72.08 |
| 3/29/2021 | TD Chec... | ATM | Friend's Bar & Grill | | Food | | -68.13 |
| 3/29/2021 | TD Chec... | ATM | Homegoods | | Housewares | | -66.71 |
| 3/29/2021 | TD Chec... | ATM | Valley Cleaners | | Dry Cleaning | | -42.00 |
| 3/29/2021 | TD Chec... | ATM | Norman's Hallmark | | Greeting Cards | | -15.02 |
| 3/29/2021 | TD Chec... | EFT | IRS | | Fed Tax:2021 Estimated | | -5,000.00 |
| 3/30/2021 | TD Chec... | ATM | Acme | | Groceries | | -120.11 |
| 3/30/2021 | TD Chec... | ATM | Bed, Bath & Beyond | | Housewares | | -50.86 |
| 3/30/2021 | TD Chec... | ATM | McDonald's | | Food | | -10.27 |
| 3/30/2021 | TD Chec... | EFT | Independence Blue ... | | Health Insurance | | -2,526.99 |
| 3/31/2021 | TD Chec... | ATM | Bed, Bath & Beyond | | Housewares | | -58.65 |
| 3/31/2021 | TD Chec... | ATM | Lukoil | | Auto:Fuel | | -44.75 |
| 3/31/2021 | TD Chec... | ATM | Lachelle Medical | | Medical Care | | -185.00 |
| **3/1/2021 - 3/31/2021** | | | | | | | **-45,250.09** |

|  |  |
|--|--|
| TOTAL INFL... | 0.00 |
| TOTAL OUTF... | -45,250.09 |
| NET TOTAL | -45,250.09 |

## EXHIBIT E

1.  **$2,208.75  Allegro Credit**:   Allegro has refused to accept payment directly from debtors. Allegro requested to speak with debtors' counsel first.  Counsel is addressing so that payments can resume.


**America's Most Convenient Bank®**     E     STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA
5 SARAH DRIVE
NEWTOWN PA 18940

| | |
|---|---|
| Page: | 1 of 10 |
| Statement Period: | Mar 08 2021-Apr 07 2021 |
| Cust Ref #: | 4378031383-039-E-*** |
| Primary Account #: | ▬▬▬▬▬▬ |

## Chapter 11 Checking

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Account # 437-8031383

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 7,258.47 | Average Collected Balance | 6,465.49 |
| Deposits | 37,578.16 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 7,967.21 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 23,526.48 | Days in Period | 31 |
| Electronic Payments | 25,164.44 | | |
| Ending Balance | 4,112.92 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/12 | DEPOSIT | 3,100.00 |
| 03/16 | DEPOSIT | 4,400.00 |
| 03/26 | DEPOSIT | 24,528.72 |
| 03/29 | DEPOSIT | 263.44 |
| 04/01 | DEPOSIT | 5,286.00 |
| | Subtotal: | 37,578.16 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/08 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 030821 ATM CHECK DEPOSI<br>1 WEST ROAD        NEWTOWN        * PA | 3,000.00 |
| 03/15 | ACH DEPOSIT, VILLA JOSEPH MAR PAYROLL ****7500013805X | 1,209.75 |
| 03/22 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 032221 ATM CHECK DEPOSI<br>1 WEST ROAD        NEWTOWN        * PA | 400.00 |
| 03/31 | ACH DEPOSIT, VILLA JOSEPH MAR PAYROLL ****2000041303X | 2,060.83 |
| 04/05 | ATM CHECK DEPOSIT, *****30090709940<br>AUT 040321 ATM CHECK DEPOSI<br>1 WEST ROAD        NEWTOWN        * PA | 96.63 |
| 04/07 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 040621 ATM CHECK DEPOSI<br>1 WEST ROAD        NEWTOWN        * PA | 1,200.00 |
| | Subtotal: | 7,967.21 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶ Ending Balance       4,112.92

❷ Total Deposits       + 1.4

❸ Sub Total

❹ Total Withdrawals     -

❺ Adjusted Balance

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 3 of 10 |
| Statement Period: | Mar 08 2021-Apr 07 2021 |
| Cust Ref #: | 4378031383-039-E-*** |
| Primary Account #: | |

---

## DAILY ACCOUNT ACTIVITY

### Checks Paid    No. Checks: 5    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 03/08 | 106 | 2,500.00 | 04/05 | 109 | 2,500.00 |
| 03/08 | 107 | 500.00 | 03/30 | 32621* | 17,276.48 |
| 03/22 | 108 | 750.00 | | | |
| | | | | Subtotal: | 23,526.48 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/08 | ACH DEBIT, GM FINANCIAL GMF PYMT ****2026576796 | 1,302.12 |
| 03/08 | DEBIT CARD PURCHASE, *****30088471644, AUT 030521 VISA DDA PUR MBFS            866 2420120  * TX | 858.95 |
| 03/08 | DEBIT CARD PURCHASE, *****30088471644, AUT 030521 VISA DDA PUR OISHI JAPANESE THAI  KO  NEWTOWN      * PA | 112.22 |
| 03/08 | DEBIT POS, *****30088471644, AUT 030621 DDA PURCH W/CB ACME 4913            NEWTOWN      * PA | 104.87 |
| 03/08 | DEBIT CARD PURCHASE, *****30088471644, AUT 030521 VISA DDA PUR MILLEVOI BROTHERS RICHBO   RICHBORO     * PA | 46.04 |
| 03/08 | DEBIT CARD PURCHASE, *****30088471644, AUT 030621 VISA DDA PUR PICCOLO TRATTORIA AT N   215 8604247  * PA | 40.10 |
| 03/08 | DEBIT CARD PURCHASE, *****30088471644, AUT 030721 VISA DDA PUR LUKOIL 69722          NEWTOWN      * PA | 39.80 |
| 03/08 | DEBIT CARD PURCHASE, *****30088471644, AUT 030721 VISA DDA PUR DD BR  340177 Q35    BALTIMORE    * MD | 4.64 |
| 03/09 | DEBIT CARD PURCHASE, *****30088471644, AUT 030821 VISA DDA PUR LA STALLA MARKET       NEWTOWN      * PA | 22.12 |
| 03/09 | DEBIT CARD PURCHASE, *****30088471644, AUT 030721 VISA DDA PUR EXXONMOBIL  47869508   BALTIMORE    * MD | 21.90 |
| 03/09 | DEBIT POS, *****30090709940, AUT 030921 DDA PURCHASE WAWA 8121            RICHBORO     * PA | 8.57 |
| 03/09 | DEBIT CARD PURCHASE, *****30090709940, AUT 030821 VISA DDA PUR VJMHS CAFETERIA        HEATHLANDHOSP * PA | 7.50 |
| 03/10 | DEBIT CARD PURCHASE, *****30090709940, AUT 030921 VISA DDA PUR SLICE GIUSEPPESPIZZA     SLICELIFE COM * NY | 97.64 |
| 03/10 | DEBIT POS, *****30088471644, AUT 030921 DDA PURCHASE MCCAFFREYS NEWTOWN MARKE   NEWTOWN      * PA | 83.10 |
| 03/10 | DEBIT POS, *****30090709940, AUT 031021 DDA PURCHASE HOMEGOODS 2424 E LINCO   LANGHORNE    * PA | 59.34 |
| 03/10 | DEBIT CARD PURCHASE, *****30088471644, AUT 030921 VISA DDA PUR LUKOIL 69722          NEWTOWN      * PA | 45.00 |
| 03/10 | DEBIT POS, *****30090709940, AUT 031021 DDA PURCHASE HOMEGOODS 2424 E LINCO   LANGHORNE    * PA | 36.01 |
| 03/10 | DEBIT POS, *****30090709940, AUT 031021 DDA PURCHASE HOMESENSE 2424 E LINCO   LANGHORNE    * PA | 29.65 |
| 03/10 | DEBIT CARD PURCHASE, *****30088471644, AUT 030921 VISA DDA PUR MCCAFFREYS NEWTOWN      NEWTOWN      * PA | 16.13 |


## Bank
**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 4 of 10 |
| Statement Period: | Mar 08 2021-Apr 07 2021 |
| Cust Ref #: | 4378031383-039-E-*** |
| Primary Account #: | ~~*** *** *****~~ |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/12 | DEBIT CARD PURCHASE, *****30088471644, AUT 031021 VISA DDA PUR<br>VILLA JOSEPH MARIE     888 955 5455 * PA | 502.50 |
| 03/12 | DEBIT CARD PURCHASE, *****30088471644, AUT 031021 VISA DDA PUR<br>ROCCOS AT THE BRICK     NEWTOWN     * PA | 109.54 |
| 03/12 | DEBIT CARD PAYMENT, *****30090709940, AUT 031121 VISA DDA PUR<br>VJMHS CAFETERIA     HEATHLANDHOSP * PA | 1.75 |
| 03/15 | DEBIT CARD PURCHASE, *****30088471644, AUT 031321 VISA DDA PUR<br>PECO ENERGY COMPANY     215 841 4000 * PA | 788.40 |
| 03/15 | ELECTRONIC PMT-WEB, ATT PAYMENT ****29003MYW9O | 437.95 |
| 03/15 | DEBIT POS, *****30088471644, AUT 031421 DDA PURCH W/CB<br>MCCAFFREYS NEWTOWN MARKE     NEWTOWN     * PA | 214.21 |
| 03/15 | DEBIT CARD PURCHASE, *****30088471644, AUT 031221 VISA DDA PUR<br>LA STALLA RESTAURANT     NEWTOWN     * PA | 150.56 |
| 03/15 | DEBIT POS, *****30088471644, AUT 031421 DDA PURCH W/CB<br>ACME 4913     NEWTOWN     * PA | 133.70 |
| 03/15 | DEBIT POS, *****30088471644, AUT 031421 DDA PURCH W/CB<br>PETSMART 1479     NEWTOWN     * PA | 101.59 |
| 03/15 | DEBIT CARD PURCHASE, *****30090709940, AUT 031221 VISA DDA PUR<br>VILLA JOSEPH MARIE     888 955 5455 * PA | 101.50 |
| 03/15 | DEBIT CARD PURCHASE, *****30088471644, AUT 031321 VISA DDA PUR<br>KELLY S SEAFOOD INC     PHILADELPHIA * PA | 92.15 |
| 03/15 | DEBIT CARD PURCHASE, *****30088471644, AUT 031321 VISA DDA PUR<br>PENN MEDICINE PHYSICIA     800 406 1177 * PA | 40.00 |
| 03/15 | DEBIT CARD PURCHASE, *****30088471644, AUT 031321 VISA DDA PUR<br>DRAGON OF NEWTOWN     NEWTOWN     * PA | 29.87 |
| 03/15 | DEBIT CARD PURCHASE, *****30088471644, AUT 031421 VISA DDA PUR<br>NEWTOWN VALLEY CLEANERS     NEWTOWN     * PA | 22.90 |
| 03/15 | DEBIT CARD PURCHASE, *****30088471644, AUT 031421 VISA DDA PUR<br>AMAZON COM MM0PF3H03 AMZ     AMZN COM BILL * WA | 8.45 |
| 03/15 | DEBIT CARD PURCHASE, *****30088471644, AUT 031321 VISA DDA PUR<br>NJ EZPASS VIOLATIONS     888 288 6865 * NJ | 5.20 |
| 03/15 | DEBIT CARD PAYMENT, *****30090709940, AUT 031221 VISA DDA PUR<br>VJMHS CAFETERIA     HEATHLANDHOSP * PA | 1.75 |
| 03/16 | DEBIT POS, *****30090709940, AUT 031621 DDA PURCHASE<br>TARGET T 2331 E LINCO     LANGHORNE     * PA | 68.53 |
| 03/16 | DEBIT CARD PURCHASE, *****30088471644, AUT 031521 VISA DDA PUR<br>LUKOIL 69722     NEWTOWN     * PA | 48.00 |
| 03/16 | DEBIT CARD PAYMENT, *****30088471644, AUT 031521 VISA DDA PUR<br>ADOBE INC     800 8336687 * CA | 15.89 |
| 03/16 | DEBIT CARD PAYMENT, *****30090709940, AUT 031521 VISA DDA PUR<br>VJMHS CAFETERIA     HEATHLANDHOSP * PA | 10.50 |
| 03/16 | DEBIT CARD PURCHASE, *****30088471644, AUT 031421 VISA DDA PUR<br>ACME 4913     NEWTOWN     * PA | 7.98 |
| 03/17 | ACH DEBIT, AUDI FINCL, TEL. TEL  DEBIT PTEL****279496 | 783.31 |

---

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 🏠



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 5 of 10 |
| Statement Period: | Mar 08 2021-Apr 07 2021 |
| Cust Ref #: | 4378031383-039-E-*** |
| Primary Account #: | |

---

**DAILY ACCOUNT ACTIVITY**

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/17 | DEBIT POS, *****30090709940, AUT 031721 DDA PURCHASE<br>WAWA 128          HOLLAND      * PA | 7.08 |
| 03/18 | DEBIT CARD PURCHASE, *****30090709940, AUT 031621 VISA DDA PUR<br>NORMAN S 36         NEWTOWN      * PA | 8.72 |
| 03/18 | DEBIT CARD PAYMENT, *****30090709940, AUT 031721 VISA DDA PUR<br>VJMHS CAFETERIA       HEATHLANDHOSP * PA | 3.00 |
| 03/19 | DEBIT CARD PURCHASE, *****30088471644, AUT 031821 VISA DDA PUR<br>THE LAND CREW INC     YARDLEY      * PA | 1,193.86 |
| 03/19 | DEBIT CARD PURCHASE, *****30088471644, AUT 031721 VISA DDA PUR<br>ROCCOS AT THE BRICK    NEWTOWN      * PA | 135.86 |
| 03/22 | DEBIT CARD PAYMENT, *****30088471644, AUT 031921 VISA DDA PUR<br>STATE FARM INSURANCE   800 956 6310 * IL | 545.64 |
| 03/22 | DEBIT CARD PURCHASE, *****30090709940, AUT 032021 VISA DDA PUR<br>LILLY PULITZER  231    KING OF PRUSS * PA | 436.40 |
| 03/22 | DEBIT POS, *****30090709940, AUT 032121 DDA PURCHASE<br>SAM S CLUB         LANGHORNE    * PA | 278.49 |
| 03/22 | DEBIT CARD PURCHASE, *****30088471644, AUT 031921 VISA DDA PUR<br>GALLOS SEAFOOD RESTAUR   215 3330484  * PA | 209.59 |
| 03/22 | DEBIT POS, *****30088471644, AUT 032121 DDA PURCHASE<br>SAMSCLUB 6693       LANGHORNE    * PA | 148.84 |
| 03/22 | DEBIT POS, *****30088471644, AUT 032121 DDA PURCH W/CB<br>MCCAFFREYS NEWTOWN MARKE  NEWTOWN     * PA | 141.22 |
| 03/22 | DEBIT CARD PURCHASE, *****30088471644, AUT 032021 VISA DDA PUR<br>MARGARET KUOS        WAYNE     * PA | 119.87 |
| 03/22 | DEBIT POS, *****30090709940, AUT 032021 DDA PURCHASE<br>DSW KING OF PRUS 510 MAL  KING OF PRUSS * PA | 89.98 |
| 03/22 | DEBIT POS, *****30090709940, AUT 032221 DDA PURCH W/CB<br>CVS PHARM 07189  755 D   WRIGHTSTOWN  * PA | 76.73 |
| 03/22 | DEBIT CARD PURCHASE, *****30088471644, AUT 032121 VISA DDA PUR<br>LUKOIL 69722        NEWTOWN     * PA | 75.00 |
| 03/22 | DEBIT POS, *****30088471644, AUT 032021 DDA PURCH W/CB<br>COLONIAL FARMS      WASHINGTON CR * PA | 47.51 |
| 03/22 | DEBIT CARD PURCHASE, *****30088471644, AUT 031921 VISA DDA PUR<br>LUKOIL 69722        NEWTOWN     * PA | 41.50 |
| 03/22 | DEBIT CARD PURCHASE, *****30088471644, AUT 031821 VISA DDA PUR<br>PICCOLO TRATTORIA AT N   215 8604247  * PA | 31.80 |
| 03/22 | DEBIT POS, *****30090709940, AUT 032121 DDA PURCHASE<br>DSW LINCOLN PLAZ 2426 E   LONGHORNE   * PA | 22.90 |
| 03/22 | DEBIT CARD PURCHASE, *****30088471644, AUT 031921 VISA DDA PUR<br>AMZN MKTP US 4867143Q3 A   AMZN COM BILL * WA | 14.99 |
| 03/22 | DEBIT CARD PAYMENT, *****30088471644, AUT 031821 VISA DDA PUR<br>AOL SERVICE        800 827 6364 * VA | 7.99 |
| 03/23 | ELECTRONIC PMT-WEB, NORTHWESTERN MU PAYMNT WEB ****423-02 | 398.41 |

---

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 6 of 10 |
| Statement Period: | Mar 08 2021-Apr 07 2021 |
| Cust Ref #: | 4378031383-039-E-*** |
| Primary Account #: | |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 03/23 | DEBIT CARD PAYMENT, *****30090709940, AUT 032221 VISA DDA PUR<br>VJMHS CAFETERIA          HEATHLANDHOSP * PA | 1.75 |
| 03/24 | DEBIT CARD PURCHASE, *****30090709940, AUT 032321 VISA DDA PUR<br>CHIPOTLE ONLINE          CHIPOTLE COM * CA | 26.18 |
| 03/24 | DEBIT CARD PAYMENT, *****30090709940, AUT 032321 VISA DDA PUR<br>VJMHS CAFETERIA          HEATHLANDHOSP * PA | 7.50 |
| 03/25 | DEBIT CARD PURCHASE, *****30088471644, AUT 032421 VISA DDA PUR<br>LUKOIL 69722          NEWTOWN          * PA | 51.01 |
| 03/25 | DEBIT CARD PAYMENT, *****30090709940, AUT 032421 VISA DDA PUR<br>VJMHS CAFETERIA          HEATHLANDHOSP * PA | 3.00 |
| 03/26 | DEBIT POS, *****30090709940, AUT 032621 DDA PURCH W/CB<br>MCCAFFREYS NEWTOWN MARKE   NEWTOWN          * PA | 75.42 |
| 03/26 | DEBIT POS, *****30090709940, AUT 032621 DDA PURCHASE<br>CVS PHARM 07189 755 D    WRIGHTSTOWN    * PA | 39.89 |
| 03/26 | DEBIT CARD PAYMENT, *****30090709940, AUT 032521 VISA DDA PUR<br>VJMHS CAFETERIA          HEATHLANDHOSP * PA | 7.50 |
| 03/26 | DEBIT CARD PAYMENT, *****30090709940, AUT 032521 VISA DDA PUR<br>VJMHS CAFETERIA          HEATHLANDHOSP * PA | 1.75 |
| 03/29 | DEBIT CARD PURCHASE, *****30090709940, AUT 032721 VISA DDA PUR<br>DAVID J WITCHELL          NEWTOWN          * PA | 255.00 |
| 03/29 | DEBIT POS, *****30088471644, AUT 032821 DDA PURCH W/CB<br>THE HOME DEPOT 4102      FAIRLESS HILL * PA | 175.77 |
| 03/29 | DEBIT POS, *****30088471644, AUT 032921 DDA PURCH W/CB<br>MCCAFFREYS NEWTOWN MARKE   NEWTOWN          * PA | 133.43 |
| 03/29 | DEBIT CARD PURCHASE, *****30088471644, AUT 032721 VISA DDA PUR<br>LA STALLA RESTAURANT      NEWTOWN      * PA | 125.56 |
| 03/29 | TD ATM DEBIT, *****30090709940, AUT 032921 DDA WITHDRAW<br>1 WEST ROAD          NEWTOWN          * PA | 100.00 |
| 03/29 | DEBIT CARD PURCHASE, *****30088471644, AUT 032721 VISA DDA PUR<br>PICCOLO TRATTORIA AT N    215 8604247  * PA | 85.60 |
| 03/29 | DEBIT POS, *****30090709940, AUT 032721 DDA PURCHASE<br>BLUEMERCURY OLD TOWN 5    NEWTOWN      * PA | 72.08 |
| 03/29 | DEBIT CARD PURCHASE, *****30088471644, AUT 032621 VISA DDA PUR<br>FRIENDS BAR  GRILL      NEWTOWN      * PA | 68.13 |
| 03/29 | DEBIT POS, *****30090709940, AUT 032821 DDA PURCHASE<br>HOMEGOODS 2424 E LINCO    LANGHORNE    * PA | 66.71 |
| 03/29 | DEBIT CARD PURCHASE, *****30090709940, AUT 032621 VISA DDA PUR<br>NEWTOWN VALLEY CLEANERS   NEWTOWN          * PA | 42.00 |
| 03/29 | DEBIT CARD PURCHASE, *****30090709940, AUT 032621 VISA DDA PUR<br>NORMAN S 36          NEWTOWN      * PA | 15.02 |
| 03/30 | ELECTRONIC PMT-WEB, IRS USATAXPYMT ****48950237649 | 5,000.00 |
| 03/30 | DEBIT POS, *****30090709940, AUT 033021 DDA PURCH W/CB<br>ACME 4913          NEWTOWN      * PA | 120.11 |

---

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 7 of 10 |
| Statement Period: | Mar 08 2021-Apr 07 2021 |
| Cust Ref #: | 4378031383-039-E-*** |
| Primary Account #: | |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/30 | DEBIT CARD PURCHASE, *****30088471644, AUT 032821 VISA DDA PUR BED BATH  BEYOND 336   NEWTOWN     * PA | 50.86 |
| 03/30 | DEBIT CARD PURCHASE, *****30088471644, AUT 032921 VISA DDA PUR MCDONALD S F4837    BENSALEM    * PA | 10.27 |
| 03/31 | DEBIT CARD PURCHASE, *****30090709940, AUT 032921 VISA DDA PUR LA CHELE MEDICAL AESTH   NEW HOPE    * PA | 185.00 |
| 03/31 | DEBIT POS, *****30088471644, AUT 033121 DDA PURCH W/CB BEDBATH BEYOND 20 WEST   NEWTOWN    * PA | 58.65 |
| 03/31 | DEBIT CARD PURCHASE, *****30088471644, AUT 033021 VISA DDA PUR LUKOIL 69722     NEWTOWN     * PA | 44.75 |
| 04/01 | CCD DEBIT, IBC EDI PAYMTS PRMAX****858868 | 2,526.99 |
| 04/01 | DEBIT POS, *****30090709940, AUT 040121 DDA PURCHASE MICHAELS STORES 5132 1   FEASTERVILLE * PA | 170.22 |
| 04/01 | DEBIT CARD PURCHASE, *****30090709940, AUT 033021 VISA DDA PUR VILLA JOSEPH MARIE     888 955 5455 * PA | 136.50 |
| 04/01 | DEBIT CARD PURCHASE, *****30090709940, AUT 033021 VISA DDA PUR VILLA JOSEPH MARIE     888 955 5455 * PA | 51.50 |
| 04/01 | DEBIT CARD PURCHASE, *****30090709940, AUT 033021 VISA DDA PUR VILLA JOSEPH MARIE     888 955 5455 * PA | 41.50 |
| 04/01 | DEBIT CARD PURCHASE, *****30090709940, AUT 033021 VISA DDA PUR VILLA JOSEPH MARIE     888 955 5455 * PA | 36.50 |
| 04/02 | DEBIT POS, *****30088471644, AUT 040221 DDA PURCH W/CB ACME 4913       NEWTOWN     * PA | 203.54 |
| 04/02 | DEBIT POS, *****30088471644, AUT 040221 DDA PURCHASE MCCAFFREYS NEWTOWN MARKE   NEWTOWN     * PA | 120.07 |
| 04/02 | DEBIT POS, *****30090709940, AUT 040221 DDA PURCHASE DSW KING OF PRUS 510 MAL   KING OF PRUSS * PA | 112.88 |
| 04/02 | DEBIT POS, *****30090709940, AUT 040221 DDA PURCHASE HOBBYLOBB 320 W  DEKAL    KING OF PRUSS * PA | 64.10 |
| 04/02 | DEBIT POS, *****30090709940, AUT 040221 DDA PURCHASE LUKOIL 69722     NEWTOWN     * PA | 60.00 |
| 04/02 | DEBIT POS, *****30090709940, AUT 040221 DDA PURCHASE VVR KING OF PRUSSIA     KING OF PRUSS * PA | 48.00 |
| 04/02 | DEBIT POS, *****30090709940, AUT 040221 DDA PURCHASE NORDSTROM  0629 190 NORT   KING OF PRUSS * PA | 46.35 |
| 04/02 | DEBIT CARD PURCHASE, *****30090709940, AUT 040121 VISA DDA PUR CARRIAGE TRADE CLEANER    FEASTERVILLE * PA | 42.00 |
| 04/05 | ACH DEBIT, GM FINANCIAL GMF PYMT ****2026576796 | 1,274.87 |
| 04/05 | ACH DEBIT, COMCAST 8499102 050017305 7272729 | 302.61 |
| 04/05 | DEBIT CARD PURCHASE, *****30090709940, AUT 040221 VISA DDA PUR SP  LAYLAS BOUTIQUE    KING OF PRU  * PA | 222.50 |
| 04/05 | TD ATM DEBIT, *****30090709940, AUT 040321 DDA WITHDRAW 1 WEST ROAD      NEWTOWN    * PA | 200.00 |

---

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 8 of 10 |
| Statement Period: | Mar 08 2021-Apr 07 2021 |
| Cust Ref #: | 4378031383-039-E-*** |
| Primary Account #: | ▆▆▆▆▆▆▆ |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/05 | DEBIT CARD PURCHASE, *****30088471644, AUT 040121 VISA DDA PUR<br>LA STALLA RESTAURANT     NEWTOWN     * PA | 126.38 |
| 04/05 | DEBIT POS, *****30090709940, AUT 040321 DDA PURCHASE<br>BLUEMERCURY OLD TOWN 5     NEWTOWN     * PA | 125.08 |
| 04/05 | DEBIT POS, *****30090709940, AUT 040321 DDA PURCHASE<br>CVS PHARMACY 07 07189     WRIGHTSTOWN * PA | 120.31 |
| 04/05 | DEBIT CARD PURCHASE, *****30088471644, AUT 040321 VISA DDA PUR<br>FRIENDS BAR  GRILL     NEWTOWN     * PA | 87.60 |
| 04/05 | ELECTRONIC PMT-WEB, VERIZON VZ BILLPAY ****306840001 | 84.71 |
| 04/05 | DEBIT POS, *****30090709940, AUT 040521 DDA PURCHASE<br>HOMESENSE 2424 E LINCO     LANGHORNE     * PA | 83.70 |
| 04/05 | DEBIT CARD PURCHASE, *****30088471644, AUT 040321 VISA DDA PUR<br>LUKOIL 69722     NEWTOWN     * PA | 60.25 |
| 04/05 | DEBIT POS, *****30088471644, AUT 040321 DDA PURCH W/CB<br>GIANT 6480 3 DOUBLEWOO     LANGHORNE     * PA | 58.71 |
| 04/05 | DEBIT CARD PURCHASE, *****30090709940, AUT 040221 VISA DDA PUR<br>NORDSTROM  0629     KING OF PRUSS * PA | 55.00 |
| 04/05 | DEBIT CARD PURCHASE, *****30090709940, AUT 040221 VISA DDA PUR<br>LILLY PULITZER  231     KING OF PRUSS * PA | 42.40 |
| 04/05 | DEBIT CARD PURCHASE, *****30088471644, AUT 040321 VISA DDA PUR<br>CHICK FIL A  01411     NEWTOWN     * PA | 28.28 |
| 04/05 | DEBIT POS, *****30090709940, AUT 040521 DDA PURCHASE<br>MACY S   2300 E LINCO     LANGHOME     * PA | 17.90 |
| 04/05 | DEBIT CARD PURCHASE, *****30088471644, AUT 040321 VISA DDA PUR<br>MCCAFFREYS NEWTOWN     NEWTOWN     * PA | 7.98 |
| 04/06 | ELECTRONIC PMT-TEL, MBFS - 8.95 D000011259 ****242345001 | 926.10 |
| 04/06 | DEBIT CARD PURCHASE, *****30088471644, AUT 040521 VISA DDA PUR<br>LUKOIL 69722     NEWTOWN     * PA | 50.50 |
| 04/06 | ELECTRONIC PMT-TEL, REP CF MBFS D000011244 ****02101288432 | 8.95 |
| 04/06 | DEBIT CARD PAYMENT, *****30090709940, AUT 040521 VISA DDA PUR<br>VJMHS CAFETERIA     HEATHLANDHOSP * PA | 7.50 |
| 04/07 | DEBIT POS, *****30090709940, AUT 040721 DDA PURCH W/CB<br>ACME 4913     NEWTOWN     * PA | 58.17 |
| 04/07 | DEBIT POS, *****30088471644, AUT 040721 DDA PURCH W/CB<br>MCCAFFREYS NEWTOWN MARKE  NEWTOWN     * PA | 52.13 |
| 04/07 | DEBIT POS, *****30090709940, AUT 040721 DDA PURCHASE<br>MCCAFFREYS NEWTOWN MARKE  NEWTOWN     * PA | 16.41 |
| 04/07 | DEBIT CARD PURCHASE, *****30090709940, AUT 040621 VISA DDA PUR<br>CHIPOTLE ONLINE     CHIPOTLE COM * CA | 16.00 |

| | | |
|---|---|---|
| | Subtotal: | 25,164.44 |

---

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 🏠


**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Page:                                          9 of 10
Statement Period:     Mar 08 2021-Apr 07 2021
Cust Ref #:                  4378031383-039-E-***
Primary Account #:

**DAILY BALANCE SUMMARY**

| DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|
| 03/07 | 7,258.47 | 03/24 | 4,935.48 |
| 03/08 | 4,749.73 | 03/25 | 4,881.47 |
| 03/09 | 4,689.64 | 03/26 | 29,285.63 |
| 03/10 | 4,322.77 | 03/29 | 28,409.77 |
| 03/12 | 6,808.98 | 03/30 | 5,952.05 |
| 03/15 | 5,890.50 | 03/31 | 7,724.48 |
| 03/16 | 10,139.60 | 04/01 | 10,047.27 |
| 03/17 | 9,349.21 | 04/02 | 9,350.33 |
| 03/18 | 9,337.49 | 04/05 | 4,048.68 |
| 03/19 | 8,007.77 | 04/06 | 3,055.63 |
| 03/22 | 5,369.32 | 04/07 | 4,112.92 |
| 03/23 | 4,969.16 | | |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 10 of 10 |
| Statement Period: | Mar 08 2021-Apr 07 2021 |
| Cust Ref #: | 4378031383-039-E-*** |
| Primary Account #: | |

#106    03/08    $2,500.00

#107    03/08    $500.00

#108    03/22    $750.00

#109    04/05    $2,500.00

#32621    03/30    $17,276.48