**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| In re:<br><br>RICHARD W. JOHNSON, JR. and<br>ALYSE M. JOHNSON<br><br>Debtors | CHAPTER 11<br><br>Case No. 21-10054 (AMC) |

### REPORT OF PLAN VOTING

Richard W. Johnson, Jr. and Alyse M. Johnson, the debtors-in-possession (the "Debtors"), by and through their counsel, Smith Kane Holman, LLC, respectfully submit the following report on the voting of the Debtor's Plan of Reorganization for Small Business Under Chapter 11 dated April 8, 2021 (the "Plan"):[1]

1. ***Class 1*** consists of the unsecured, priority claims, of which there are none. Accordingly, the Debtors neither solicited nor received any votes from this Class.

2. ***Class 2(A)*** consists of the Secured Claim of The Bancorp. Bank by virtue of its mortgage lien on the Debtors' residence. Class 2(A) is ***impaired*** under the Plan. The Debtors did not receive a ballot from the Class 2(A) creditor.

3. ***Class 2(B)*** consists of the Secured Claim of Allegro Credit by virtue of its lien on the Debtors' piano. Class 2(B) is ***impaired*** under the Plan. The Debtors did not receive a ballot from the Class 2(B) creditor.

4. ***Class 3*** consists of General Unsecured Claims. Class 3 is ***impaired*** under the Plan. The Debtors did not receive a ballot from any Class 3 creditor.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Plan.

5.  ***Class 4*** consists of the Debtors' Interest in property of the Estate. Class 4 is *unimpaired* under the Plan and, thus, deemed to have accepted the Plan. As a result, the Debtors did not vote on their Plan.

6.  The Debtors intend to seek confirmation of his Plan 11 U.S.C. § 1191(b) insofar as the Debtors meet the requirements of 11 U.S.C. § 1129(a) except for §§ 1129(a)(8), (10) and possibly (15).

SMITH KANE HOLMAN, LLC

Dated: May 19, 2021

By: /s/ *David B. Smith*
David B. Smith, Esquire
112 Moores Road, Suite 300
Malvern, PA 19355
(610) 407-7216 Phone
(610) 407-7218 Fax

Counsel to Debtor-In-Possession