**Fill in this information to identify the case:**

Debtor Name __Richard and Alyse Johnson__

United States Bankruptcy Court for the: __Eastern District of Pennsylvania__

Case number: __21-10054__

☐ Check if this is an
amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: __April__

Date report filed: __05/20/2021__
MM / DD / YYYY

Line of business: __Attorney__

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:          Richard W. Johnson, Jr.

Original signature of responsible party _[signature]_

Printed name of responsible party __Richard W. Johnson, JR__

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Richard and Alyse Johnson                          Case number  21-10054

17. Have you paid any bills you owed before you filed bankruptcy?              ☐  ☑  ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?              ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.        $  7,062.42

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.        $  32,127.42

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.        − $  32,835.91

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.        + $  -708.49
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.        = $  6,353.93

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**        $  2,945.00

   *(Exhibit E)*

Debtor Name  Richard and Alyse Johnson                              Case number  21-10054

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F.* Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25.  **Total receivables**                                                              $ _____ 0.00

   *(Exhibit F)*

## 5. Employees

26.  What was the number of employees when the case was filed?                          _____ 0

27.  What is the number of employees as of the date of this monthly report?             _____ 0

## 6. Professional Fees

28.  How much have you paid this month in professional fees related to this bankruptcy case?                    $ _____ 0.00

29.  How much have you paid in professional fees related to this bankruptcy case since the case was filed?       $ _____ 0.00

30.  How much have you paid this month in other professional fees?                                               $ _____ 0.00

31.  How much have you paid in total other professional fees since filing the case?                             $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month.
Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32.  **Cash receipts** | $ 35,000.00 | − | $ 32,127.42 | = | $ 2,872.58 |
| 33.  **Cash disbursements** | $ 34,000.00 | − | $ 32,835.91 | = | $ 1,164.09 |
| 34.  **Net cash flow** | $ 1,000.00 | − | $ -708.49 | = | $ 1,708.49 |

35.  Total projected cash receipts for the next month:                                          $ 35,000.00

36.  Total projected cash disbursements for the next month:                                   - $ 34,000.00

37.  Total projected net cash flow for the next month:                                         = $ 1,000.00

Debtor Name  Richard and Alyse Johnson                                  Case number 21-10054

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

## EXHIBIT A

1.    **Allegro Credit:**  Allegro has refused to accept payment directly from debtors. Allegro requested to speak with debtors' counsel first.  Counsel is addressing.

**EXHIBIT B**

10.  Husband is an attorney who maintains an active IOLTA account in PA and an Attorney Trust Account in NJ.

# EXHIBIT C

Transaction - Last month
4/1/2021 through 4/30/2021

| Date | Account | Num | Description M... | Category | Tag | Clr | Amount |
|------|---------|-----|-----------------|----------|-----|-----|--------|
| 4/1/2021 | TD Checki...DEP | | Deposit | Income (RWJ) | | | 5,826.00 |
| 4/5/2021 | TD Checki...DEP | | Deposit | Reimbursement (VJM - Not Inco... | | | 96.63 |
| 4/7/2021 | TD Checki...DEP | | Deposit | Income (RWJ) | | | 1,200.00 |
| 4/8/2021 | TD Checki...DEP | | Deposit | Income (RWJ) | | | 1,467.00 |
| 4/8/2021 | TD Checki...DEP | | Deposit | Refund (Not Income) | | | 50.00 |
| 4/9/2021 | TD Checki...DEP | | Deposit | Income (RWJ) | | | 4,800.00 |
| 4/12/2021 | TD Checki...DEP | | Deposit | Income (RWJ) | | | 2,148.00 |
| 4/15/2021 | TD Checki...DEP | | Deposit | Paycheck (AMJ) | | | 371.55 |
| 4/16/2021 | TD Checki...DEP | | Deposit | Income (RWJ) | | | 4,680.00 |
| 4/23/2021 | TD Checki...DEP | | Deposit | Income (RWJ) | | | 1,200.00 |
| 4/23/2021 | TD Checki...DEP | | Deposit | Refund (Not Income) | | | 84.04 |
| 4/27/2021 | TD Checki...DEP | | Deposit | Income (RWJ) | | | 8,333.33 |
| 4/30/2021 | TD Checki...DEP | | Deposit | Income (RWJ) | | | 1,070.00 |
| 4/30/2021 | TD Checki...DEP | | Deposit | Paycheck (AMJ) | | | 800.87 |
| **4/1/2021 - 4/30/2021** | | | | | | | **32,127.42** |

| TOTAL INFLOWS | 32,127.42 |
|---------------|-----------|
| TOTAL OUTFL... | 0.00 |
| NET TOTAL | 32,127.42 |

# EXHIBIT D

Transaction - Last month
4/1/2021 through 4/30/2021

| Date | Account | Num | Description | Category | Amount |
|------|---------|-----|-------------|----------|--------|
| 4/1/2021 | TD Checking | ATM | Michael's | Housewares | -170.22 |
| 4/1/2021 | TD Checking | ATM | Villa Joseph Marie High Sc... | Show Tickets | -136.50 |
| 4/1/2021 | TD Checking | ATM | Villa Joseph Marie High Sc... | Show Tickets | -51.50 |
| 4/1/2021 | TD Checking | ATM | Villa Joseph Marie High Sc... | Show Tickets | -41.50 |
| 4/1/2021 | TD Checking | ATM | Villa Joseph Marie High Sc... | Show Tickets | -36.50 |
| 4/2/2021 | TD Checking | ATM | Acme | Greeting Cards | -203.54 |
| 4/2/2021 | TD Checking | ATM | McCaffreys | Groceries | -120.07 |
| 4/2/2021 | TD Checking | ATM | DSW | Clothing | -112.88 |
| 4/2/2021 | TD Checking | ATM | Hobby Lobby | Housewares | -64.10 |
| 4/2/2021 | TD Checking | ATM | Lukoil | Auto:Fuel | -60.00 |
| 4/2/2021 | TD Checking | ATM | VVR | Auto:Fuel | -48.00 |
| 4/2/2021 | TD Checking | ATM | Nordstrom | Clothing | -46.35 |
| 4/2/2021 | TD Checking | ATM | Carriage Trade Cleaners | Dry Cleaning | -42.00 |
| 4/5/2021 | TD Checking | EFT | GM Financial | Auto:Lease (Business) | -1,274.87 |
| 4/5/2021 | TD Checking | EFT | Comcast | Cable And Internet | -302.61 |
| 4/5/2021 | TD Checking | ATM | ATM Withdrawal | Cash | -200.00 |
| 4/5/2021 | TD Checking | ATM | La Stalla | Business Meals | -126.38 |
| 4/5/2021 | TD Checking | ATM | Blue Mercury | Personal Care | -125.08 |
| 4/5/2021 | TD Checking | ATM | CVS Pharmacy | Pharmacy | -120.31 |
| 4/5/2021 | TD Checking | ATM | Friend's Bar & Grill | Food | -87.60 |
| 4/5/2021 | TD Checking | EFT | Verizon | Phone | -84.71 |
| 4/5/2021 | TD Checking | ATM | Homesense | Housewares | -83.70 |
| 4/5/2021 | TD Checking | ATM | Lukoil | Auto:Fuel | -60.25 |
| 4/5/2021 | TD Checking | ATM | Giant | Groceries | -58.71 |
| 4/5/2021 | TD Checking | ATM | Nordstrom | Clothing | -55.00 |
| 4/5/2021 | TD Checking | ATM | Lily Pulitzer | Clothing | -42.40 |

Transaction - Last month
4/1/2021 through 4/30/2021

| Date | Account | Num | Description | Category | Amount |
|------|---------|-----|-------------|----------|--------|
| 4/5/2021 | TD Checking ATM | | Chick Fil A | Food | -28.28 |
| 4/5/2021 | TD Checking ATM | | Macy's | Clothing | -17.90 |
| 4/5/2021 | TD Checking ATM | | McCaffreys | Groceries | -7.98 |
| 4/6/2021 | TD Checking EFT | | MBFS | Auto:Lease | -926.10 |
| 4/6/2021 | TD Checking ATM | | Lukoil | Auto:Fuel | -50.50 |
| 4/6/2021 | TD Checking EFT | | MBFS | Auto:Lease | -8.95 |
| 4/6/2021 | TD Checking ATM | | VjMHS Cafeteria | Food | -7.50 |
| 4/7/2021 | TD Checking ATM | | Acme | Groceries | -58.17 |
| 4/7/2021 | TD Checking ATM | | McCaffreys | Groceries | -52.13 |
| 4/7/2021 | TD Checking ATM | | McCaffreys | Groceries | -16.41 |
| 4/7/2021 | TD Checking ATM | | Chipotle | Food | -16.00 |
| 4/8/2021 | TD Checking ATM | | Liberty Propane | Propane | -1,270.24 |
| 4/8/2021 | TD Checking ATM | | ATM Withdrawal | Cash | -200.00 |
| 4/9/2021 | TD Checking ATM | | AT&T Wireless | Cell Phone | -370.88 |
| 4/9/2021 | TD Checking ATM | | McCaffreys | Groceries | -59.00 |
| 4/12/2021 | TD Checking ATM | | Washington Crossing Inn | Business Meals | -176.14 |
| 4/12/2021 | TD Checking ATM | | Dolce Carini | Food | -125.50 |
| 4/12/2021 | TD Checking ATM | | Holy Ghost Prep | H.S. Reunion | -80.00 |
| 4/12/2021 | TD Checking ATM | | McCaffreys | Groceries | -71.19 |
| 4/12/2021 | TD Checking ATM | | Green Parrot | Food | -61.42 |
| 4/12/2021 | TD Checking ATM | | Lukoil | Auto:Fuel | -50.00 |
| 4/12/2021 | TD Checking ATM | | 7-11 | Auto:Fuel | -48.00 |
| 4/12/2021 | TD Checking ATM | | Chick Fil A | Food | -7.75 |
| 4/12/2021 | TD Checking ATM | | VjMHS Cafeteria | Food | -1.75 |
| 4/13/2021 | TD Checking ATM | | PECO | Electric | -753.27 |
| 4/13/2021 | TD Checking ATM | | McCaffreys | Groceries | -99.17 |
| 4/13/2021 | TD Checking ATM | | Wendy's | Food | -8.14 |

Transaction - Last month
4/1/2021 through 4/30/2021

5/20/2021

Page 3

| Date | Account | Num | Description | Category | Amount |
|---|---|---|---|---|---|
| 4/14/2021 | TD Checking | ATM | Sam's Club | Groceries | -91.57 |
| 4/14/2021 | TD Checking | ATM | Marshall's | Clothing | -77.34 |
| 4/14/2021 | TD Checking | ATM | Target | Housewares | -62.84 |
| 4/14/2021 | TD Checking | ATM | VjMHS Cafeteria | Food | -7.50 |
| 4/14/2021 | TD Checking | ATM | VjMHS Cafeteria | Food | -1.75 |
| 4/15/2021 | TD Checking | ATM | Sansom Street Oyster Hou... | Business Meals | -73.56 |
| 4/15/2021 | TD Checking | ATM | Owow Cow | Food | -19.67 |
| 4/16/2021 | TD Checking | ATM | ATM Withdrawal | Cash | -200.00 |
| 4/16/2021 | TD Checking | ATM | Sunoco | Auto:Fuel | -49.80 |
| 4/16/2021 | TD Checking | ATM | Adorn Me | Clothing | -44.52 |
| 4/16/2021 | TD Checking | ATM | Parcel Place | Postage and Delivery (Bus... | -33.39 |
| 4/16/2021 | TD Checking | ATM | Adobe | Office Expenses (Business) | -15.89 |
| 4/16/2021 | TD Checking | ATM | Bill's Steaks & Hoagies | Food | -11.88 |
| 4/16/2021 | TD Checking | ATM | VjMHS Cafeteria | Food | -1.25 |
| 4/19/2021 | TD Checking | ATM | McCaffreys | Groceries | -113.00 |
| 4/19/2021 | TD Checking | ATM | Villa Joseph Marie High Sc... | Tuition | -95.00 |
| 4/19/2021 | TD Checking | ATM | Friend's Bar & Grill | Food | -94.32 |
| 4/19/2021 | TD Checking | ATM | Acme | Groceries | -87.94 |
| 4/19/2021 | TD Checking | ATM | Acme | Groceries | -79.99 |
| 4/19/2021 | TD Checking | EFT | Verizon | Phone | -72.43 |
| 4/19/2021 | TD Checking | ATM | CVS Pharmacy | Pharmacy | -61.81 |
| 4/19/2021 | TD Checking | ATM | Sunoco | Auto:Fuel | -48.80 |
| 4/19/2021 | TD Checking | ATM | Ace Hardware | Home:Home Improvement | -34.39 |
| 4/19/2021 | TD Checking | ATM | Lukoil | Auto:Fuel | -30.00 |
| 4/19/2021 | TD Checking | ATM | Ulta | Personal Care | -12.40 |
| 4/19/2021 | TD Checking | ATM | VjMHS Cafeteria | Food | -9.50 |
| 4/19/2021 | TD Checking | ATM | AOL | Internet Service | -7.99 |

Transaction - Last month
4/1/2021 through 4/30/2021

| Date | Account | Num | Description | Category | Amount |
|---|---|---|---|---|---|
| 4/19/2021 | TD Checking | ATM | Sunoco | Auto:Fuel | -2.19 |
| 4/19/2021 | TD Checking | 110 | Alexa Johnson | College Expenses | -200.00 |
| 4/19/2021 | TD Checking | 112 | Richard W. Johnson, III | College Expenses | -300.00 |
| 4/20/2021 | TD Checking | ATM | La Stalla | Business Meals | -143.51 |
| 4/20/2021 | TD Checking | ATM | Petsmart | Pet Food and Supplies | -97.36 |
| 4/20/2021 | TD Checking | ATM | Cabelas | Clothing | -63.59 |
| 4/20/2021 | TD Checking | ATM | Bill's Steaks & Hoagies | Food | -15.12 |
| 4/20/2021 | TD Checking | ATM | VjMHS Cafeteria | Food | -7.50 |
| 4/21/2021 | TD Checking | ATM | State Farm | Auto:Insurance | -545.64 |
| 4/21/2021 | TD Checking | ATM | Nail Perfection | Personal Care | -35.00 |
| 4/21/2021 | TD Checking | ATM | McCaffreys | Groceries | -22.41 |
| 4/22/2021 | TD Checking | EFT | Northwesten Mutual Life | Life Insurance | -398.41 |
| 4/22/2021 | TD Checking | ATM | Nieman Marcus | Clothing | -249.10 |
| 4/22/2021 | TD Checking | ATM | David's Bridal | Clothing | -80.65 |
| 4/22/2021 | TD Checking | ATM | McCaffreys | Groceries | -64.53 |
| 4/22/2021 | TD Checking | ATM | Lukoil | Auto:Fuel | -51.01 |
| 4/23/2021 | TD Checking | ATM | Giana Rose | Clothing | -148.40 |
| 4/23/2021 | TD Checking | ATM | DSW | Clothing | -9.97 |
| 4/26/2021 | TD Checking | ATM | Appel Orthodontics | Medical Care | -676.00 |
| 4/26/2021 | TD Checking | ATM | McCaffreys | Groceries | -225.32 |
| 4/26/2021 | TD Checking | ATM | Acme | Groceries | -144.55 |
| 4/26/2021 | TD Checking | ATM | Home Depot | Home:Home Improvement | -123.93 |
| 4/26/2021 | TD Checking | ATM | Bowman's Tavern | Business Meals | -92.36 |
| 4/26/2021 | TD Checking | ATM | Acme | Groceries | -53.05 |
| 4/26/2021 | TD Checking | ATM | Carousel Gardens | Home:Home Improvement | -47.67 |
| 4/26/2021 | TD Checking | ATM | CVS Pharmacy | Pharmacy | -44.30 |
| 4/26/2021 | TD Checking | ATM | McCaffreys | Groceries | -36.97 |

Transaction - Last month
4/1/2021 through 4/30/2021

5/20/2021                                                                                    Page 5

| Date | Account | Num | Description | Category | Amount |
|------|---------|-----|-------------|----------|--------|
| 4/26/2021 | TD Checking ATM | | Lachelle Medical | Medical Care | -35.00 |
| 4/26/2021 | TD Checking ATM | | VjMHS Cafeteria | Food | -6.75 |
| 4/26/2021 | TD Checking ATM | | VjMHS Cafeteria | Food | -4.50 |
| 4/27/2021 | TD Checking ATM | | Sam's Club | Groceries | -240.94 |
| 4/27/2021 | TD Checking ATM | | Newtown Pest Control | Home:Services - Maintena... | -191.01 |
| 4/27/2021 | TD Checking ATM | | Amazon | Housewares | -52.98 |
| 4/27/2021 | TD Checking ATM | | VjMHS Cafeteria | Food | -6.00 |
| 4/28/2021 | TD Checking ATM | | Nordstrom | Clothing | -133.68 |
| 4/28/2021 | TD Checking ATM | | McCaffreys | Groceries | -43.53 |
| 4/28/2021 | TD Checking ATM | | McCaffreys | Groceries | -42.71 |
| 4/29/2021 | TD Checking ATM | | ATM Withdrawal | Cash | -200.00 |
| 4/29/2021 | TD Checking ATM | | Sunoco | Auto:Fuel | -45.65 |
| 4/29/2021 | TD Checking ATM | | Wawa | Auto:Fuel | -30.42 |
| 4/30/2021 | TD Checking ATM | | Acme | Groceries | -79.24 |
| 4/30/2021 | TD Checking ATM | | Bowman's Tavern | Food | -77.28 |
| 4/30/2021 | TD Checking ATM | | McCaffreys | Groceries | -31.77 |
| 4/30/2021 | TD Checking EFT | | The Bancorp Bank | Home:Mortgage | -17,186.92 |
| 4/30/2021 | TD Checking EFT | | Audi Financial | Auto:Lease | -783.31 |
| **4/1/2021 - 4/30/2021** | | | | | **-32,835.91** |

|  |  |
|--|--|
| TOTAL INFL... | 0.00 |
| TOTAL OUTF... | -32,835.91 |
| NET TOTAL | -32,835.91 |

**EXHIBIT E**

1.  **$2,945.00  Allegro Credit**:   Allegro has refused to accept payment directly from debtors. Allegro requested to speak with debtors' counsel first.  Counsel is addressing so that payments can resume.



# TD Bank
**America's Most Convenient Bank®**

E    STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA
5 SARAH DRIVE
NEWTOWN PA 18940

| | |
|---|---|
| Page: | 1 of 10 |
| Statement Period: | Apr 08 2021-May 07 2021 |
| Cust Ref #: | -*** |
| Primary Account #: | XXXXXX1383 |

## Chapter 11 Checking

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Account # XXX-XXX1383

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 4,112.92 | Average Collected Balance | 9,383.34 |
| Deposits | 7,070.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 25,969.71 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 20,236.92 | Days in Period | 30 |
| Electronic Payments | 14,175.87 | | |
| Other Withdrawals | 35.00 | | |
| Ending Balance | 2,704.84 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $35.00 | $35.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/09 | DEPOSIT | 4,800.00 |
| 04/23 | DEPOSIT | 1,200.00 |
| 04/30 | DEPOSIT | 1,070.00 |
| | Subtotal: | 7,070.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/08 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 040821 ATM CHECK DEPOSI<br>1 WEST ROAD        NEWTOWN      * PA | 1,467.00 |
| 04/08 | DEBIT CARD CREDIT, *****30090709940, AUT 040621 VISA DDA REF<br>NORDSTROM 0622      TOWSON      * MD | 50.00 |
| 04/12 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 041221 ATM CHECK DEPOSI<br>1 WEST ROAD        NEWTOWN      * PA | 2,148.00 |
| 04/15 | ACH DEPOSIT, VILLA JOSEPH MAR PAYROLL ****2800000729X | 371.55 |
| 04/16 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 041621 ATM CHECK DEPOSI<br>1 WEST ROAD        NEWTOWN      * PA | 4,680.00 |
| 04/21 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 042121 ATM CHECK DEPOSI<br>1 WEST ROAD        NEWTOWN      * PA | 700.00 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

Page:                    2 of 10

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic with-drawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| ❶ | | |
|---|---|---|
| Ending Balance | | 2,704.84 |
| ❷ Total Deposits | + | |
| ❸ Sub Total | | |
| ❹ Total Withdrawals | - | |
| ❺ Adjusted Balance | | |

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities.  The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible.  We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.  In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.


**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 3 of 10 |
| Statement Period: | Apr 08 2021-May 07 2021 |
| Cust Ref #: | -*** |
| Primary Account #: | XXXXXX1383 |

---

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/23 | POS CREDIT, *****30090709940, AUT 042321 DDA PURCH REF<br>DSW LINCO 2426 E LINCO    LONGHORNE    * PA | 84.04 |
| 04/27 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 042721 ATM CHECK DEPOSI<br>1 WEST ROAD       NEWTOWN    * PA | 8,333.33 |
| 04/30 | ACH DEPOSIT, VILLA JOSEPH MAR PAYROLL ****2900041454X | 800.87 |
| 05/03 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 050321 ATM CHECK DEPOSI<br>1 WEST ROAD       NEWTOWN    * PA | 2,400.00 |
| 05/03 | DEBIT CARD CREDIT, *****30088471644, AUT 050321 VISA DDA REF<br>MCCAFFREYS NEWTOWN SSS    NEWTOWN    * PA | 2.00 |
| 05/04 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 050421 ATM CHECK DEPOSI<br>1 WEST ROAD       NEWTOWN    * PA | 2,800.00 |
| 05/05 | ACH RETURNED ITEM, COMCAST 8499102 050017305 8650637 | 312.92 |
| 05/06 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 050621 ATM CHECK DEPOSI<br>1 WEST ROAD       NEWTOWN    * PA | 1,820.00 |
| | Subtotal: | 25,969.71 |

**Checks Paid**    No. Checks: 4    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 04/19 | 110 | 200.00 | 05/04 | 121* | 2,550.00 |
| 04/19 | 112* | 300.00 | 05/03 | 43021* | 17,186.92 |
| | | | | Subtotal: | 20,236.92 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/08 | DEBIT CARD PURCHASE, *****30088471644, AUT 040721 VISA DDA PUR<br>LIBERTY PROPANE    610 847 6000 * PA | 1,270.24 |
| 04/08 | TD ATM DEBIT, *****30088471644, AUT 040821 DDA WITHDRAW<br>1 WEST ROAD       NEWTOWN    * PA | 200.00 |
| 04/09 | ACH DEBIT, ATT PAYMENT ****13011EPAYG | 370.88 |
| 04/09 | DEBIT POS, *****30090709940, AUT 040921 DDA PURCH W/CB<br>MCCAFFREYS NEWTOWN MARKE    * PA | 59.00 |
| 04/12 | DEBIT CARD PURCHASE, *****30088471644, AUT 041021 VISA DDA PUR<br>WASHINGTON CROSSING IN    215 4933634 * PA | 176.14 |
| 04/12 | DEBIT CARD PURCHASE, *****30088471644, AUT 041121 VISA DDA PUR<br>DOLCE CARINI       NEWTOWN    * PA | 125.50 |
| 04/12 | DEBIT CARD PURCHASE, *****30088471644, AUT 040821 VISA DDA PUR<br>PB  HOLY GHOST P    215 6392102 * PA | 80.00 |
| 04/12 | DEBIT POS, *****30088471644, AUT 041021 DDA PURCH W/CB<br>MCCAFFREYS NEWTOWN MARKE    NEWTOWN    * PA | 71.19 |

---

**Call 1-800-937-2000** for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Page:                                    4 of 10
Statement Period:      Apr 08 2021-May 07 2021
Cust Ref #:                              -***
Primary Account #:           XXXXXX1383

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/12 | DEBIT CARD PURCHASE, *****30088471644, AUT 040921 VISA DDA PUR<br>GREEN PARROT             NEWTOWN        * PA | 61.42 |
| 04/12 | DEBIT CARD PURCHASE, *****30088471644, AUT 041021 VISA DDA PUR<br>LUKOIL 69722             NEWTOWN        * PA | 50.00 |
| 04/12 | DEBIT CARD PURCHASE, *****30088471644, AUT 040921 VISA DDA PUR<br>7 ELEVEN 32661          PHILADELPHIA  * PA | 48.00 |
| 04/12 | DEBIT CARD PURCHASE, *****30088471644, AUT 041021 VISA DDA PUR<br>CHICK FIL A  01411       NEWTOWN        * PA | 7.75 |
| 04/12 | DEBIT CARD PAYMENT, *****30090709940, AUT 040921 VISA DDA PUR<br>VJMHS CAFETERIA          HEATHLANDHOSP * PA | 1.75 |
| 04/13 | DEBIT CARD PURCHASE, *****30088471644, AUT 041221 VISA DDA PUR<br>PECO ENERGY COMPANY     215 841 4000  * PA | 753.27 |
| 04/13 | DEBIT POS, *****30088471644, AUT 041321 DDA PURCH W/CB<br>MCCAFFREYS NEWTOWN MARKE  NEWTOWN        * PA | 99.17 |
| 04/13 | DEBIT CARD PURCHASE, *****30088471644, AUT 041121 VISA DDA PUR<br>WENDY S 20002            NEWTOWN        * PA | 8.14 |
| 04/14 | DEBIT POS, *****30088471644, AUT 041421 DDA PURCHASE<br>SAM S CLUB               LANGHORNE      * PA | 91.57 |
| 04/14 | DEBIT POS, *****30090709940, AUT 041421 DDA PURCHASE<br>MARSHALLS BARN PLAZA S    DOYLESTOWN    * PA | 77.34 |
| 04/14 | DEBIT POS, *****30088471644, AUT 041421 DDA PURCH W/CB<br>TARGET T 2331 E LINCO     LANGHORNE      * PA | 62.84 |
| 04/14 | DEBIT CARD PAYMENT, *****30090709940, AUT 041321 VISA DDA PUR<br>VJMHS CAFETERIA          HEATHLANDHOSP * PA | 7.50 |
| 04/14 | DEBIT CARD PAYMENT, *****30090709940, AUT 041321 VISA DDA PUR<br>VJMHS CAFETERIA          HEATHLANDHOSP * PA | 1.75 |
| 04/15 | DEBIT CARD PURCHASE, *****30088471644, AUT 041321 VISA DDA PUR<br>OYSTER HOUSE             PHILADELPHIA * PA | 73.56 |
| 04/15 | DEBIT POS, *****30090709940, AUT 041521 DDA PURCHASE<br>OWOWCOW CREAMERY WRIG     NEWTOWN        * PA | 19.67 |
| 04/16 | TD ATM DEBIT, *****30088471644, AUT 041621 DDA WITHDRAW<br>1 WEST ROAD              NEWTOWN        * PA | 200.00 |
| 04/16 | DEBIT CARD PURCHASE, *****30088471644, AUT 041521 VISA DDA PUR<br>SUNOCO 0005516003        PHILADELPHIA  * PA | 49.80 |
| 04/16 | DEBIT CARD PURCHASE, *****30090709940, AUT 041521 VISA DDA PUR<br>ADORN ME                NEWTOWN        * PA | 44.52 |
| 04/16 | DEBIT CARD PURCHASE, *****30090709940, AUT 041521 VISA DDA PUR<br>PARCEL PLACE             NEWTOWN        * PA | 33.39 |
| 04/16 | DEBIT CARD PAYMENT, *****30088471644, AUT 041521 VISA DDA PUR<br>ADOBE INC              800 8336687    * CA | 15.89 |
| 04/16 | DEBIT CARD PURCHASE, *****30088471644, AUT 041521 VISA DDA PUR<br>BILLS STEAKS AND HOAGI   PHILADELPHIA  * PA | 11.88 |
| 04/16 | DEBIT CARD PAYMENT, *****30090709940, AUT 041521 VISA DDA PUR<br>VJMHS CAFETERIA          HEATHLANDHOSP * PA | 1.25 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Page:                                          5 of 10
Statement Period:    Apr 08 2021-May 07 2021
Cust Ref #:                                    ***
Primary Account #:               XXXXXX1383

---

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/19 | DEBIT POS, *****30088471644, AUT 041721 DDA PURCH W/CB<br>MCCAFFREYS NEWTOWN MARKE   NEWTOWN      * PA | 113.00 |
| 04/19 | DEBIT CARD PURCHASE, *****30090709940, AUT 041521 VISA DDA PUR<br>VILLA JOSEPH MARIE     888 955 5455 * PA | 95.00 |
| 04/19 | DEBIT CARD PURCHASE, *****30088471644, AUT 041621 VISA DDA PUR<br>FRIENDS BAR  GRILL     NEWTOWN      * PA | 94.32 |
| 04/19 | DEBIT POS, *****30088471644, AUT 041721 DDA PURCH W/CB<br>ACME 4913           NEWTOWN      * PA | 87.94 |
| 04/19 | DEBIT POS, *****30088471644, AUT 041721 DDA PURCH W/CB<br>ACME 4913           NEWTOWN      * PA | 79.99 |
| 04/19 | ELECTRONIC PMT-WEB, VERIZON VZ BILLPAY ****306840001 | 72.43 |
| 04/19 | DEBIT POS, *****30090709940, AUT 041921 DDA PURCH W/CB<br>CVS PHARMACY 07 07189   WRIGHTSTOWN   * PA | 61.81 |
| 04/19 | DEBIT CARD PURCHASE, *****30088471644, AUT 041621 VISA DDA PUR<br>SUNOCO 0140993700     NEWARK      * DE | 48.80 |
| 04/19 | DEBIT POS, *****30088471644, AUT 041721 DDA PURCHASE<br>SMITH S ACE HRDW NEWTO   NEWTOWN      * PA | 34.39 |
| 04/19 | DEBIT CARD PURCHASE, *****30088471644, AUT 041621 VISA DDA PUR<br>LUKOIL 69722         NEWTOWN      * PA | 30.00 |
| 04/19 | DEBIT POS, *****30090709940, AUT 041921 DDA PURCHASE<br>ULTA 1649           NEWTOWN      * PA | 12.40 |
| 04/19 | DEBIT CARD PAYMENT, *****30090709940, AUT 041821 VISA DDA PUR<br>VJMHS CAFETERIA       HEATHLANDHOSP * PA | 9.50 |
| 04/19 | DEBIT CARD PAYMENT, *****30088471644, AUT 041821 VISA DDA PUR<br>AOL  SERVICE        800 827 6364 * VA | 7.99 |
| 04/19 | DEBIT CARD PURCHASE, *****30088471644, AUT 041621 VISA DDA PUR<br>SUNOCO 0140993700     NEWARK      * DE | 2.19 |
| 04/20 | DEBIT CARD PURCHASE, *****30088471644, AUT 041821 VISA DDA PUR<br>LA STALLA RESTAURANT     NEWTOWN      * PA | 143.51 |
| 04/20 | DEBIT POS, *****30090709940, AUT 042021 DDA PURCH W/CB<br>PETSMART 1479         NEWTOWN      * PA | 97.36 |
| 04/20 | DEBIT CARD PURCHASE, *****30090709940, AUT 041921 VISA DDA PUR<br>CABELA S ONLINE U S    417 873 5000 * MO | 63.59 |
| 04/20 | DEBIT CARD PURCHASE, *****30088471644, AUT 041921 VISA DDA PUR<br>BILLS STEAKS AND HOAGI   PHILADELPHIA * PA | 15.12 |
| 04/20 | DEBIT CARD PAYMENT, *****30090709940, AUT 041921 VISA DDA PUR<br>VJMHS CAFETERIA       HEATHLANDHOSP * PA | 7.50 |
| 04/21 | DEBIT CARD PAYMENT, *****30088471644, AUT 042021 VISA DDA PUR<br>STATE FARM  INSURANCE    800 956 6310 * IL | 545.64 |
| 04/21 | DEBIT CARD PURCHASE, *****30090709940, AUT 042021 VISA DDA PUR<br>NAIL PERFECTION  SPA   NEWTOWN      * PA | 35.00 |
| 04/21 | DEBIT CARD PURCHASE, *****30088471644, AUT 042021 VISA DDA PUR<br>MCCAFFREYS NEWTOWN     NEWTOWN      * PA | 22.41 |
| 04/22 | ELECTRONIC PMT-WEB, NORTHWESTERN MU PAYMNT WEB ****423-02 | 398.41 |



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | | |
|---|---|---|
| Page: | | 6 of 10 |
| Statement Period: | Apr 08 2021-May 07 2021 |
| Cust Ref #: | | -*** |
| Primary Account #: | | XXXXXX1383 |

---

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/22 | DEBIT CARD PURCHASE, *****30090709940, AUT 042021 VISA DDA PUR<br>NEIMANMARCUS COM        888 888 4757 * TX | 249.10 |
| 04/22 | DEBIT POS, *****30090709940, AUT 042221 DDA PURCHASE<br>DAVIDS BRIDAL        FEASTERVILLE * PA | 80.65 |
| 04/22 | DEBIT POS, *****30088471644, AUT 042221 DDA PURCH W/CB<br>MCCAFFREYS NEWTOWN MARKE  NEWTOWN    * PA | 64.53 |
| 04/22 | DEBIT CARD PURCHASE, *****30088471644, AUT 042121 VISA DDA PUR<br>LUKOIL 69722        NEWTOWN    * PA | 51.01 |
| 04/23 | DEBIT CARD PURCHASE, *****30090709940, AUT 042221 VISA DDA PUR<br>SP  GIANAROSECOUTURE    YARDLEY    * PA | 148.40 |
| 04/23 | DEBIT POS, *****30090709940, AUT 042321 DDA PURCHASE<br>DSW LINCOLN PLAZ 2426 E    LONGHORNE  * PA | 9.97 |
| 04/26 | DEBIT CARD PURCHASE, *****30090709940, AUT 042221 VISA DDA PUR<br>APPEL ORTHODONTICS      PHILADELPHIA * PA | 676.00 |
| 04/26 | DEBIT POS, *****30088471644, AUT 042521 DDA PURCH W/CB<br>MCCAFFREYS NEWTOWN MARKE  NEWTOWN    * PA | 225.32 |
| 04/26 | DEBIT POS, *****30088471644, AUT 042521 DDA PURCH W/CB<br>ACME 4913        NEWTOWN    * PA | 144.55 |
| 04/26 | DEBIT CARD PURCHASE, *****30088471644, AUT 042321 VISA DDA PUR<br>THE HOME DEPOT 4103      BENSALEM   * PA | 123.93 |
| 04/26 | DEBIT CARD PURCHASE, *****30088471644, AUT 042321 VISA DDA PUR<br>BOWMANS TAVERN      NEW HOPE   * PA | 92.36 |
| 04/26 | DEBIT POS, *****30090709940, AUT 042621 DDA PURCH W/CB<br>ACME 4913        NEWTOWN    * PA | 53.05 |
| 04/26 | DEBIT CARD PURCHASE, *****30088471644, AUT 042521 VISA DDA PUR<br>CAROUSEL GARDENS NURSERY   NEWTOWN    * PA | 47.67 |
| 04/26 | DEBIT POS, *****30090709940, AUT 042621 DDA PURCHASE<br>CVS PHARMACY 07 07189    WRIGHTSTOWN * PA | 44.30 |
| 04/26 | DEBIT POS, *****30088471644, AUT 042421 DDA PURCH W/CB<br>MCCAFFREYS NEWTOWN MARKE  NEWTOWN    * PA | 36.97 |
| 04/26 | DEBIT CARD PURCHASE, *****30090709940, AUT 042321 VISA DDA PUR<br>LA CHELE MEDICAL AESTH   NEW HOPE   * PA | 35.00 |
| 04/26 | DEBIT CARD PAYMENT, *****30090709940, AUT 042521 VISA DDA PUR<br>VJMHS CAFETERIA      HEATHLANDHOSP * PA | 6.75 |
| 04/26 | DEBIT CARD PAYMENT, *****30090709940, AUT 042321 VISA DDA PUR<br>VJMHS CAFETERIA      HEATHLANDHOSP * PA | 4.50 |
| 04/27 | DEBIT POS, *****30088471644, AUT 042721 DDA PURCHASE<br>SAMSCLUB 6693        LANGHORNE  * PA | 240.64 |
| 04/27 | DEBIT CARD PURCHASE, *****30088471644, AUT 042621 VISA DDA PUR<br>NEWTOWNTERMITEPESTCONTRL  215 597 7378  * PA | 191.01 |
| 04/27 | DEBIT CARD PURCHASE, *****30088471644, AUT 042521 VISA DDA PUR<br>AMAZON COM PR1099JN3 AMZ  AMZN COM BILL * WA | 52.98 |
| 04/27 | DEBIT CARD PAYMENT, *****30090709940, AUT 042621 VISA DDA PUR<br>VJMHS CAFETERIA      HEATHLANDHOSP * PA | 6.00 |

---

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Page: 7 of 10
Statement Period: Apr 08 2021-May 07 2021
Cust Ref #: ***
Primary Account #: XXXXXX1383

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/28 | DEBIT CARD PURCHASE, *****30090709940, AUT 042721 VISA DDA PUR<br>NORDSTROM 0656        LANGHORNE    * PA | 133.68 |
| 04/28 | DEBIT CARD PURCHASE, *****30088471644, AUT 042721 VISA DDA PUR<br>MCCAFFREYS NEWTOWN      NEWTOWN    * PA | 43.53 |
| 04/28 | DEBIT POS, *****30090709940, AUT 042821 DDA PURCH W/CB<br>MCCAFFREYS NEWTOWN MARKE   NEWTOWN    * PA | 42.71 |
| 04/29 | TD ATM DEBIT, *****30090709940, AUT 042921 DDA WITHDRAW<br>1 WEST ROAD          NEWTOWN    * PA | 200.00 |
| 04/29 | DEBIT CARD PURCHASE, *****30088471644, AUT 042821 VISA DDA PUR<br>SUNOCO 0363182702      NEWTOWN    * PA | 45.65 |
| 04/29 | DEBIT CARD PURCHASE, *****30090709940, AUT 042821 VISA DDA PUR<br>WAWA 8121    00081216    RICHBORO    * PA | 30.42 |
| 04/30 | DEBIT POS, *****30090709940, AUT 043021 DDA PURCH W/CB<br>ACME 4913          NEWTOWN    * PA | 79.24 |
| 04/30 | DEBIT CARD PURCHASE, *****30088471644, AUT 042921 VISA DDA PUR<br>BOWMANS TAVERN      NEW HOPE    * PA | 77.28 |
| 04/30 | DEBIT POS, *****30090709940, AUT 043021 DDA PURCHASE<br>MCCAFFREYS NEWTOWN MARKE   NEWTOWN    * PA | 31.77 |
| 05/03 | DEBIT POS, *****30090709940, AUT 050221 DDA PURCHASE<br>HOMESENSE 2424 E LINCO   LANGHORNE    * PA | 136.71 |
| 05/03 | DEBIT CARD PURCHASE, *****30088471644, AUT 050221 VISA DDA PUR<br>HARVEST SEASONAL      NEWTOWN    * PA | 110.78 |
| 05/03 | DEBIT POS, *****30088471644, AUT 050221 DDA PURCH W/CB<br>MCCAFFREYS NEWTOWN MARKE   NEWTOWN    * PA | 110.50 |
| 05/03 | DEBIT CARD PURCHASE, *****30088471644, AUT 050221 VISA DDA PUR<br>HOMEGOODS 422        LANGHORNE    * PA | 91.13 |
| 05/03 | DEBIT CARD PURCHASE, *****30088471644, AUT 043021 VISA DDA PUR<br>PICCOLO TRATTORIA AT N   215 8604247  * PA | 76.85 |
| 05/03 | DEBIT POS, *****30088471644, AUT 050321 DDA PURCH W/CB<br>ACME 4913          NEWTOWN    * PA | 64.99 |
| 05/03 | DEBIT CARD PURCHASE, *****30090709940, AUT 043021 VISA DDA PUR<br>CHICK FIL A  01411      NEWTOWN    * PA | 62.54 |
| 05/03 | DEBIT POS, *****30088471644, AUT 050221 DDA PURCHASE<br>THE HOME DEPOT 4102     FAIRLESS HILL * PA | 60.31 |
| 05/03 | DEBIT CARD PURCHASE, *****30090709940, AUT 043021 VISA DDA PUR<br>PARTY FAIR          NEWTOWN    * PA | 38.30 |
| 05/03 | DEBIT CARD PURCHASE, *****30090709940, AUT 043021 VISA DDA PUR<br>TST NOTHING BUNDT CAKES   215 944 8491 * PA | 35.00 |
| 05/03 | DEBIT POS, *****30088471644, AUT 050121 DDA PURCHASE<br>MCCAFFREYS NEWTOWN MARKE   NEWTOWN    * PA | 34.92 |
| 05/04 | ACH DEBIT, AUDI FINCL, TEL. TEL  DEBIT PTEL****279496 | 783.31 |
| 05/04 | DEBIT POS, *****30090709940, AUT 050421 DDA PURCHASE<br>NORDSTROM 0629 190 NORT   KING OF PRUSS * PA | 344.00 |
| 05/04 | ACH DEBIT, COMCAST 8499102 050017305 8650637 | 312.92 |

---



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 8 of 10 |
| Statement Period: | Apr 08 2021-May 07 2021 |
| Cust Ref #: | -E-*** |
| Primary Account #: | XXXXXX1383 |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/04 | DEBIT CARD PURCHASE, *****30090709940, AUT 050321 VISA DDA PUR<br>WAWA 8121    00081216    RICHBORO    * PA | 75.00 |
| 05/05 | DEBIT CARD PURCHASE, *****30090709940, AUT 050321 VISA DDA PUR<br>GIUSEPPE S PIZZA    RICHBORO    * PA | 196.62 |
| 05/05 | DEBIT CARD PURCHASE, *****30090709940, AUT 050421 VISA DDA PUR<br>FLAIR    KING OF PRUSS * PA | 105.98 |
| 05/05 | DEBIT CARD PURCHASE, *****30088471644, AUT 050421 VISA DDA PUR<br>SUNOCO 0363182702    NEWTOWN    * PA | 49.50 |
| 05/05 | DEBIT POS, *****30090709940, AUT 050521 DDA PURCHASE<br>PETSMART  1479    NEWTOWN    * PA | 38.76 |
| 05/05 | DEBIT CARD PAYMENT, *****30090709940, AUT 050421 VISA DDA PUR<br>VJMHS CAFETERIA    HEATHLANDHOSP * PA | 6.00 |
| 05/06 | ACH DEBIT, GM FINANCIAL GMF PYMT ****2026576796 | 1,274.87 |
| 05/06 | DEBIT CARD PURCHASE, *****30088471644, AUT 050421 VISA DDA PUR<br>INTERPARK AUTOBILL  B    CHICAGO    * IL | 250.00 |
| 05/06 | TD ATM DEBIT, *****30088471644, AUT 050621 DDA WITHDRAW<br>1 WEST ROAD    NEWTOWN    * PA | 60.00 |
| 05/06 | DEBIT CARD PURCHASE, *****30090709940, AUT 050521 VISA DDA PUR<br>DOGS  CATS RULE    NEWTOWN    * PA | 47.04 |
| 05/07 | DEBIT CARD PURCHASE, *****30088471644, AUT 050521 VISA DDA PUR<br>ROCCOS AT THE BRICK    NEWTOWN    * PA | 168.80 |
| 05/07 | DEBIT CARD PURCHASE, *****30088471644, AUT 050621 VISA DDA PUR<br>PTC EZ PASS AUTO RE    877 736 6727 * PA | 105.00 |
| 05/07 | DEBIT CARD PURCHASE, *****30090709940, AUT 050621 VISA DDA PUR<br>DAVID J WITCHELL    NEWTOWN    * PA | 85.00 |
| 05/07 | DEBIT CARD PURCHASE, *****30090709940, AUT 050521 VISA DDA PUR<br>NORMAN S  36    NEWTOWN    * PA | 23.91 |
| 05/07 | DEBIT CARD PURCHASE, *****30088471644, AUT 050521 VISA DDA PUR<br>NEWTOWN VALLEY CLEANERS    NEWTOWN    * PA | 6.45 |
| | Subtotal: | 14,175.87 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/05 | OVERDRAFT RET | 35.00 |
| | Subtotal: | 35.00 |

---

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 04/07 | 4,112.92 | 04/23 | 12,358.14 |
| 04/08 | 4,159.68 | 04/26 | 10,867.74 |
| 04/09 | 8,529.80 | 04/27 | 18,710.44 |
| 04/12 | 10,056.05 | 04/28 | 18,490.52 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 9 of 10 |
| Statement Period: | Apr 08 2021-May 07 2021 |
| Cust Ref #: | -*** |
| Primary Account #: | XXXXXX1383 |

---

**DAILY BALANCE SUMMARY**

| DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|
| 04/13 | 9,195.47 | 04/29 | 18,214.45 |
| 04/14 | 8,954.47 | 04/30 | 19,897.03 |
| 04/15 | 9,232.79 | 05/03 | 4,290.08 |
| 04/16 | 13,556.06 | 05/04 | 3,024.85 |
| 04/19 | 12,306.30 | 05/05 | 2,905.91 |
| 04/20 | 11,979.22 | 05/06 | 3,094.00 |
| 04/21 | 12,076.17 | 05/07 | 2,704.84 |
| 04/22 | 11,232.47 | | |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 10 of 10 |
| Statement Period: | Apr 08 2021-May 07 2021 |
| Cust Ref #: | -*** |
| Primary Account #: | XXXXXX1383 |

#110        04/19        $200.00

#112        04/19        $300.00

#121        05/04        $2,550.00

#43021        05/03        $17,186.92