### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| RICHARD W. JOHNSON, JR. and | : | |
| ALYSE M. JOHNSON | : | Case No. 21-10054 |
| | : | |
| Debtors | : | |

## CERTIFICATE OF NO OBJECTION

The undersigned, counsel for the Debtor, certifies as follows:

1. On May 28, 2021, the undersigned filed with this Court the Debtors' Application to Employ Martin T. Sullivan, LLC as Accountant Pursuant to Sections 327(a) and 1195 of the Bankruptcy Code and Bankruptcy Rule 2014 (the "Application"), notice and/or a copy of which was sent to all parties entitled to same on May 28, 2021.

2. Answers, objections or responses to the Application were due on or before June 4, 2021.

3. To date, the undersigned has not been served with any answer, objection or other response to the Application, nor, to the best of the undersigned's knowledge, information and belief has the Court been served with any answer, objection or response to the Application.

4. Pursuant to the foregoing, the undersigned certifies that the Application is uncontested.

WHEREFORE, the undersigned respectfully requests that this Court enter an order approving the Application.

SMITH KANE HOLMAN, LLC

Dated: June 7, 2021        By:   */s/ David B. Smith*
David B. Smith
112 Moores Road, Suite 300
Malvern, PA 19355
(610) 407-7216 Phone
(610) 407-7218 Fax
Counsel to Debtors