UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| RICHARD W. JOHNSON, JR. and | : | |
| ALYSE M. JOHNSON | : | Case No. 21-10054 (AMC) |
| | : | |
| Debtors | : | |

**ORDER AUTHORIZING DEBTORS' EMPLOYMENT OF MARTIN T. SULLIVAN, LLC AS ACCOUNTANT PURSUANT TO SECTION 327(a) OF THE BANKRUPTCY CODE AND BANRUPTCY RULE 2014**

AND NOW, this _____ day of _____, 2021, upon consideration of DEBTORS' APPLICATION TO EMPLOY MARTIN T. SULLIVAN, LLC AS ACCOUNTANT PURSUANT TO SECTION 327(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2014 (the "Application"), the Court having concluded that the employment of Martin T. Sullivan, LLC ("MTS") is necessary and is in the best interest of the Debtors, the Court being satisfied that MTS represents no interest adverse to the estate with respect to matters as to which it is to be engaged, that MTS is disinterested under Sections 101 and 327 of the United States Bankruptcy Code and sufficient cause appearing therefore, it is ORDERED and DECREED that

1. The Application is approved.

2. Debtors are hereby authorized to employ MTS, pursuant to the terms more fully set forth in the Application.

3. Compensation for any services provided by MTS to the Debtors shall be through the filing and service of a fee application, although the Court will consider a request for payment in lieu of a more formal fee application pursuant to

Bankruptcy Code Section 331 should the circumstances warrant same.

BY THE COURT:

**Date: June 8, 2021**

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge