United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10054-amc |
| Richard W. Johnson, Jr. | Chapter 11 |
| Alyse M. Johnson | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 08, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Richard W. Johnson, Jr., Alyse M. Johnson, 5 Sarah Drive, Newtown, PA 18940-4129 |
| acc | + | Martin T. Sullivan, 13 Summit Square Center, #225, Langhorne, PA 19047-1078 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CAROL E. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue cmomjian@attorneygeneral.gov |
| DAVID B. SMITH | on behalf of Debtor Alyse M. Johnson dsmith@skhlaw.com b.dr70286@notify.bestcase.com |
| DAVID B. SMITH | on behalf of Debtor Richard W. Johnson Jr. dsmith@skhlaw.com, b.dr70286@notify.bestcase.com |
| GEORGE M. CONWAY | on behalf of U.S. Trustee United States Trustee george.m.conway@usdoj.gov |
| JAMI B. NIMEROFF, ESQ. | jnimeroff@bmnlawyers.com cjones@bmnlawyers.com;cjn11@trustesolutions.net |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jun 08, 2021 | Form ID: pdf900 | Total Noticed: 2

MATTHEW E. K. HOWATT
   on behalf of Creditor United States of America on behalf of IRS matthew.howatt@usdoj.gov
   JFiguero@usa.doj.gov;CaseView.ECF@usdoj.gov

REBECCA ANN SOLARZ
   on behalf of Creditor The Bancorp Bank bkgroup@kmllawgroup.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| RICHARD W. JOHNSON, JR. and | : | |
| ALYSE M. JOHNSON | : | Case No. 21-10054 (AMC) |
| | : | |
| Debtors | : | |

### ORDER AUTHORIZING DEBTORS' EMPLOYMENT OF MARTIN T. SULLIVAN, LLC AS ACCOUNTANT PURSUANT TO SECTION 327(a) OF THE BANKRUPTCY CODE AND BANRUPTCY RULE 2014

AND NOW, this _____ day of _____, 2021, upon consideration of DEBTORS' APPLICATION TO EMPLOY MARTIN T. SULLIVAN, LLC AS ACCOUNTANT PURSUANT TO SECTION 327(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2014 (the "Application"), the Court having concluded that the employment of Martin T. Sullivan, LLC ("MTS") is necessary and is in the best interest of the Debtors, the Court being satisfied that MTS represents no interest adverse to the estate with respect to matters as to which it is to be engaged, that MTS is disinterested under Sections 101 and 327 of the United States Bankruptcy Code and sufficient cause appearing therefore, it is ORDERED and DECREED that

1. The Application is approved.
2. Debtors are hereby authorized to employ MTS, pursuant to the terms more fully set forth in the Application.
3. Compensation for any services provided by MTS to the Debtors shall be through the filing and service of a fee application, although the Court will consider a request for payment in lieu of a more formal fee application pursuant to

Bankruptcy Code Section 331 should the circumstances warrant same.

BY THE COURT:

**Date: June 8, 2021**

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge