**Fill in this information to identify the case:**

Debtor Name Richard and Alyse Johnson

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number: 21-10054

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11                    12/17

Month: __May__

Line of business: __Attorney__

Date report filed: __06/18/2021__
MM / DD / YYYY

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: _____Richard W. Johnson, Jr._____

Original signature of responsible party: _____

Printed name of responsible party: _____RICHARD W. JOHNSON, JR._____

## ▊ 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Richard and Alyse Johnson                     Case number  21-10054

17. Have you paid any bills you owed before you filed bankruptcy?    ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

   This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.    $  6,353.93

20. **Total cash receipts**

   Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

   Report the total from *Exhibit C* here.    $  44,992.48

21. **Total cash disbursements**

   Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

   Report the total from *Exhibit D* here.    – $  44,472.81

22. **Net cash flow**

   Subtract line 21 from line 20 and report the result here.
   This amount may be different from what you may have calculated as *net profit*.    + $  519.67

23. **Cash on hand at the end of the month**

   Add line 22 + line 19. Report the result here.

   Report this figure as the *cash on hand at the beginning of the month* on your next operating report.    = $  6,873.60

   This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

   Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $  3,681.25
    *(Exhibit E)*

Debtor Name  Richard and Alyse Johnson                    Case number 21-10054

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                              $ _____ 0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                    0

27. What is the number of employees as of the date of this monthly report?       0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?   $ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____ 0.00

30. How much have you paid this month in other professional fees?   $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?   $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | Projected | — | Actual | = | Difference |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 35,000.00 | — | $ 44,992.48 | = | $ -9,992.48 |
| 33. **Cash disbursements** | $ 34,000.00 | — | $ 44,472.81 | = | $ -10,472.81 |
| 34. **Net cash flow** | $ 1,000.00 | — | $ 519.67 | = | $ 480.33 |

35. Total projected cash receipts for the next month:                    $ 35,000.00

36. Total projected cash disbursements for the next month:             - $ 34,000.00

37. Total projected net cash flow for the next month:                  = $ 1,000.00

Debtor Name  Richard and Alyse Johnson                    Case number 21-10054

### 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

## EXHIBIT A

1.  **Allegro Credit:**  Allegro has refused to accept payment directly from debtors. Allegro requested to speak with debtors' counsel first.  Counsel is addressing.

**EXHIBIT B**

10.     Husband is an attorney who maintains an active IOLTA account in PA and an Attorney Trust
        Account in NJ.

# EXHIBIT C

Transaction - Last month
5/1/2021 through 5/31/2021

6/18/2021

| Date | Account | Num | Description | Category | Tag | Clr | Amount |
|---|---|---|---|---|---|---|---|
| 5/3/2021 | TD Checking | DEP | Deposit | Income (RWJ) | | | 2,400.00 |
| 5/3/2021 | TD Checking | DEP | Deposit | Refund (Not Income) | | | 2.00 |
| 5/4/2021 | TD Checking | DEP | Deposit | Income (RWJ) | | | 2,800.00 |
| 5/5/2021 | TD Checking | DEP | Deposit | Refund (Not Income) | | | 312.92 |
| 5/6/2021 | TD Checking | DEP | Deposit | Income (RWJ) | | | 1,820.00 |
| 5/10/2021 | TD Checking | DEP | Deposit | Income (RWJ) | | | 17,000.00 |
| 5/14/2021 | TD Checking | DEP | Deposit | Paycheck (AMJ) | | | 727.26 |
| 5/19/2021 | TD Checking | DEP | Deposit | Income (RWJ) | | | 2,000.00 |
| 5/25/2021 | TD Checking | DEP | Deposit | Income (RWJ) | | | 7,580.00 |
| 5/27/2021 | TD Checking | DEP | Deposit | Income (RWJ) | | | 1,400.00 |
| 5/27/2021 | TD Checking | DEP | Deposit | Income (RWJ) | | | 1,047.00 |
| 5/28/2021 | TD Checking | DEP | Deposit | Income (RWJ) | | | 7,000.00 |
| 5/28/2021 | TD Checking | DEP | Deposit | Paycheck (AMJ) | | | 903.10 |
| **5/1/2021 - 5/31/2021** | | | | | | | **44,992.28** |

| | |
|---|---|
| **TOTAL INFL...** | **44,992.28** |
| **TOTAL OUTF...** | **0.00** |
| **NET TOTAL** | **44,992.28** |

# EXHIBIT D

Transaction - Last month
5/1/2021 through 5/31/2021

6/18/2021                                                                                           Page 1

| Date | Account | Num | Description | Memo | Category | Tag | Clr | Amount |
|------|---------|-----|-------------|------|----------|-----|-----|--------|
| 5/4/2021 | TD Chec... | 121 | Richard W. Joh... | | College Expe... | | | -2,550.00 |
| 5/10/2021 | TD Chec... | ATM | J. Crew | | Clothing | | | -497.12 |
| 5/10/2021 | TD Chec... | EFT | AT&T Wireless | | Cell Phone | | | -371.00 |
| 5/10/2021 | TD Chec... | ATM | Nordstrom | | Clothing | | | -139.95 |
| 5/10/2021 | TD Chec... | ATM | McCaffreys | | Greeting Cards | | | -112.73 |
| 5/10/2021 | TD Chec... | ATM | Acme | | Groceries | | | -108.26 |
| 5/10/2021 | TD Chec... | ATM | CVS Pharmacy | | Pharmacy | | | -88.60 |
| 5/10/2021 | TD Chec... | ATM | Nail Perfection | | Personal Care | | | -80.00 |
| 5/10/2021 | TD Chec... | ATM | Valley Cleaners | | Dry Cleaning | | | -41.85 |
| 5/10/2021 | TD Chec... | ATM | Lukoil | | Auto:Fuel | | | -37.50 |
| 5/10/2021 | TD Chec... | ATM | J. Crew | | Clothing | | | -32.50 |
| 5/10/2021 | TD Chec... | ATM | Norman's Hall... | | Greeting Cards | | | -14.39 |
| 5/10/2021 | TD Chec... | ATM | Chick Fil A | | Food | | | -4.02 |
| 5/10/2021 | TD Chec... | ATM | CVS Pharmacy | | Pharmacy | | | -3.81 |
| 5/10/2021 | TD Chec... | ATM | McCaffreys | | Groceries | | | -2.19 |
| 5/11/2021 | TD Chec... | ATM | PECO | | Electric | | | -368.53 |
| 5/11/2021 | TD Chec... | ATM | Exxon/Mobil | | Auto:Fuel | | | -75.50 |
| 5/11/2021 | TD Chec... | ATM | McCaffreys | | Groceries | | | -56.59 |
| 5/11/2021 | TD Chec... | ATM | Acme | | Groceries | | | -28.72 |
| 5/11/2021 | TD Chec... | ATM | VjMHS Cafeteria | | Food | | | -6.00 |
| 5/11/2021 | TD Chec... | ATM | Wawa | | Groceries | | | -3.46 |
| 5/12/2021 | TD Chec... | ATM | Villa Joseph M... | | Tuition | | | -3,300.00 |

Transaction - Last month
5/1/2021 through 5/31/2021

6/18/2021

Page 2

| Date | Account | Num | Description | Memo | Category | Tag | Clr | Amount |
|------|---------|-----|-------------|------|----------|-----|-----|--------|
| 5/12/2021 | TD Chec... | EFT | Comcast | | Cable And Int... | | | -312.92 |
| 5/12/2021 | TD Chec... | ATM | Chiapparelli's | | Food | | | -213.06 |
| 5/12/2021 | TD Chec... | ATM | Giuseppes Pizza | | Food | | | -96.41 |
| 5/12/2021 | TD Chec... | ATM | Rocco's | | Food | | | -86.08 |
| 5/12/2021 | TD Chec... | ATM | Cramer's Bakery | | Groceries | | | -58.95 |
| 5/12/2021 | TD Chec... | ATM | McCaffreys | | Groceries | | | -44.02 |
| 5/12/2021 | TD Chec... | ATM | McCaffreys | | Groceries | | | -33.78 |
| 5/13/2021 | TD Chec... | EFT | Independence ... | | Health Insura... | | | -2,526.99 |
| 5/13/2021 | TD Chec... | ATM | Wawa | | Auto:Fuel | | | -56.67 |
| 5/13/2021 | TD Chec... | ATM | Ace Hardware | | Home:Home I... | | | -15.88 |
| 5/13/2021 | TD Chec... | ATM | VjMHS Cafeteria | | Food | | | -6.25 |
| 5/14/2021 | TD Chec... | ATM | Friend's Bar & ... | | Food | | | -50.37 |
| 5/14/2021 | TD Chec... | ATM | Vigilante's Liberty | | Auto:Fuel | | | -43.00 |
| 5/14/2021 | TD Chec... | ATM | Chick Fil A | | Food | | | -5.82 |
| 5/17/2021 | TD Chec... | ATM | Geerlings | | Home:Home I... | | | -317.55 |
| 5/17/2021 | TD Chec... | ATM | Gasper's | | Home:Home I... | | | -284.99 |
| 5/17/2021 | TD Chec... | ATM | McCaffreys | | Groceries | | | -199.23 |
| 5/17/2021 | TD Chec... | ATM | David J. Witchell | | Personal Care... | | | -190.00 |
| 5/17/2021 | TD Chec... | ATM | La Stalla | | Business Meals | | | -176.17 |
| 5/17/2021 | TD Chec... | ATM | Acme | | Groceries | | | -155.77 |
| 5/17/2021 | TD Chec... | ATM | Wine & Spirits | | Groceries | | | -139.86 |
| 5/17/2021 | TD Chec... | ATM | Adorn Me | | Clothing | | | -91.16 |
| 5/17/2021 | TD Chec... | ATM | Acme | | Groceries | | | -79.08 |

Transaction - Last month
5/1/2021 through 5/31/2021

6/18/2021                                                                                    Page 3

| Date | Account | Num | Description | Memo | Category | Tag | Clr | Amount |
|------|---------|-----|-------------|------|----------|-----|-----|--------|
| 5/17/2021 | TD Chec... | ATM | DSW | | Clothing | | | -42.98 |
| 5/17/2021 | TD Chec... | ATM | Vigilante's Liberty | | Auto:Fuel | | | -38.02 |
| 5/17/2021 | TD Chec... | ATM | Meglio's Pizza | | Food | | | -36.98 |
| 5/17/2021 | TD Chec... | ATM | Newtown Floral... | | Flowers | | | -29.57 |
| 5/17/2021 | TD Chec... | ATM | Piccolo Trattoria | | Food | | | -29.30 |
| 5/17/2021 | TD Chec... | ATM | CVS Pharmacy | | Pharmacy | | | -20.31 |
| 5/17/2021 | TD Chec... | ATM | Wawa | | Groceries | | | -6.44 |
| 5/17/2021 | TD Chec... | ATM | McCaffreys | | Groceries | | | -5.99 |
| 5/18/2021 | TD Chec... | ATM | Appel Orthodo... | | Medical Care | | | -156.50 |
| 5/18/2021 | TD Chec... | ATM | Acme | | Groceries | | | -49.00 |
| 5/18/2021 | TD Chec... | ATM | Sirius/XM | | Auto:Radio | | | -42.48 |
| 5/18/2021 | TD Chec... | ATM | Sparkle Soft Cl... | | Auto:Carwash | | | -24.30 |
| 5/18/2021 | TD Chec... | ATM | Acme | | Groceries | | | -11.47 |
| 5/18/2021 | TD Chec... | ATM | McCaffreys | | Groceries | | | -2.19 |
| 5/18/2021 | TD Chec... | ATM | VjMHS Cafeteria | | Food | | | -1.25 |
| 5/19/2021 | TD Chec... | ATM | Staples | | Office Supplies | | | -48.75 |
| 5/19/2021 | TD Chec... | ATM | McCaffreys | | Groceries | | | -43.59 |
| 5/19/2021 | TD Chec... | ATM | McCaffreys | | Groceries | | | -35.89 |
| 5/19/2021 | TD Chec... | ATM | CVS Pharmacy | | Pharmacy | | | -7.99 |
| 5/19/2021 | TD Chec... | ATM | VjMHS Cafeteria | | Food | | | -6.00 |
| 5/19/2021 | TD Chec... | ATM | State Farm | | Auto:Insurance | | | -545.64 |
| 5/20/2021 | TD Chec... | ATM | Rocco's | | Business Meals | | | -119.02 |
| 5/20/2021 | TD Chec... | ATM | Carousel Gard... | | Home:Home I... | | | -31.79 |

Transaction - Last month
5/1/2021 through 5/31/2021

6/18/2021
Page 4

| Date | Account | Num | Description | Memo | Category | Tag | Clr | Amount |
|---|---|---|---|---|---|---|---|---|
| 5/20/2021 | TD Chec... | EFT | AOL | | Internet Service | | | -7.99 |
| 5/21/2021 | TD Chec... | ATM | Homegoods | | Housewares | | | -101.60 |
| 5/21/2021 | TD Chec... | ATM | Sunoco | | Auto:Fuel | | | -50.00 |
| 5/21/2021 | TD Chec... | ATM | Homesense | | Housewares | | | -47.68 |
| 5/21/2021 | TD Chec... | ATM | Homesense | | Housewares | | | -21.19 |
| 5/21/2021 | TD Chec... | ATM | VjMHS Cafeteria | | Food | | | -1.25 |
| 5/24/2021 | TD Chec... | EFT | Northwesten M... | | Life Insurance | | | -398.41 |
| 5/24/2021 | TD Chec... | ATM | Sam's Club | | Groceries | | | -267.24 |
| 5/24/2021 | TD Chec... | ATM | La Stalla | | Food | | | -164.96 |
| 5/24/2021 | TD Chec... | ATM | McCaffreys | | Groceries | | | -65.51 |
| 5/24/2021 | TD Chec... | ATM | Madara's | | Groceries | | | -61.97 |
| 5/24/2021 | TD Chec... | ATM | Lukoil | | Auto:Fuel | | | -40.00 |
| 5/24/2021 | TD Chec... | ATM | La Stalla | | Food | | | -32.00 |
| 5/24/2021 | TD Chec... | ATM | VjMHS Cafeteria | | Food | | | -1.50 |
| 5/25/2021 | TD Chec... | ATM | McCaffreys | | Groceries | | | -83.60 |
| 5/25/2021 | TD Chec... | ATM | College Board | | Education Exp... | | | -25.00 |
| 5/25/2021 | TD Chec... | ATM | College Board | | Education Exp... | | | -25.00 |
| 5/25/2021 | TD Chec... | ATM | VjMHS Cafeteria | | Food | | | -6.75 |
| 5/25/2021 | TD Chec... | ATM | VjMHS Cafeteria | | Food | | | -6.00 |
| 5/26/2021 | TD Chec... | ATM | Bed, Bath & Be... | | Housewares | | | -94.23 |
| 5/26/2021 | TD Chec... | ATM | Lukoil | | Auto:Fuel | | | -52.00 |
| 5/26/2021 | TD Chec... | ATM | Meglio's Pizza | | Food | | | -18.02 |
| 5/26/2021 | TD Chec... | ATM | USPS | | Postage | | | -11.00 |

Transaction - Last month
5/1/2021 through 5/31/2021

6/18/2021                                                Page 5

| Date | Account | Num | Description | Memo | Category | Tag | Clr | Amount |
|---|---|---|---|---|---|---|---|---|
| 5/26/2021 | TD Chec... | ATM | Chick Fil A | | Food | | | -8.09 |
| 5/26/2021 | TD Chec... | ATM | VjMHS Cafeteria | | Food | | | -1.00 |
| 5/27/2021 | TD Chec... | ATM | ATM Withdrawal | | Cash | | | -200.00 |
| 5/27/2021 | TD Chec... | ATM | VjMHS Cafeteria | | Food | | | -5.50 |
| 5/28/2021 | TD Chec... | ATM | Capital Grille | | Business Meals | | | -86.28 |
| 5/28/2021 | TD Chec... | ATM | Chick Fil A | | Food | | | -4.55 |
| 5/28/2021 | TD Chec... | ATM | VjMHS Cafeteria | | Food | | | -3.00 |
| 5/28/2021 | TD Chec... | ATM | Dunkin Donuts | | Food | | | -2.15 |
| 5/29/2021 | TD Chec... | EFT | IRS | | Fed Tax:2021... | | | -4,000.00 |
| 5/28/2021 | TD Chec... | EFT | MBFS | | Auto:Lease | | | -875.00 |
| 5/29/2021 | TD Chec... | ATM | La Stalla | | Business Meals | | | -320.05 |
| 5/27/2021 | TD Chec... | 113 | PA Dept. Of Re... | | State Tax:202... | | | -750.00 |
| 5/12/2021 | TD Chec... | 122 | Richard W. Joh... | | College Expe... | | | -275.00 |
| 5/28/2021 | TD Chec... | EFT | The Bancorp B... | | Home:Mortgage | | | -17,186.92 |
| 5/3/2021 | TD Chec... | ATM | Homesense | | Housewares | | | -136.71 |
| 5/3/2021 | TD Chec... | ATM | Harvest | | Food | | | -110.78 |
| 5/3/2021 | TD Chec... | ATM | McCaffreys | | Groceries | | | -110.50 |
| 5/3/2021 | TD Chec... | ATM | Homegoods | | Housewares | | | -91.13 |
| 5/3/2021 | TD Chec... | ATM | Piccolo Trattoria | | Food | | | -76.85 |
| 5/3/2021 | TD Chec... | ATM | Acme | | Groceries | | | -64.99 |
| 5/3/2021 | TD Chec... | ATM | Chick Fil A | | Food | | | -62.54 |
| 5/3/2021 | TD Chec... | ATM | Home Depot | | Home:Home I... | | | -60.31 |
| 5/3/2021 | TD Chec... | ATM | Party Fair | | Housewares | | | -38.30 |

Transaction - Last month
5/1/2021 through 5/31/2021

6/18/2021

Page 6

| Date | Account | Num | Description | Memo | Category | Tag | Clr | Amount |
|---|---|---|---|---|---|---|---|---|
| 5/3/2021 | TD Chec... | ATM | Nothing Bundt ... | | Groceries | | | -35.00 |
| 5/3/2021 | TD Chec... | ATM | McCaffreys | | Groceries | | | -34.92 |
| 5/4/2021 | TD Chec... | ATM | Nordstrom | | Clothing | | | -344.00 |
| 5/4/2021 | TD Chec... | ATM | Comcast | | Cable And Int... | | | -312.92 |
| 5/4/2021 | TD Chec... | ATM | Wawa | | Auto:Fuel | | | -75.00 |
| 5/5/2021 | TD Chec... | ATM | Giuseppes Pizza | | Food | | | -196.62 |
| 5/5/2021 | TD Chec... | ATM | Flair | | Clothing | | | -105.98 |
| 5/5/2021 | TD Chec... | ATM | Sunoco | | Auto:Fuel | | | -49.50 |
| 5/5/2021 | TD Chec... | ATM | Petsmart | | Pet Food and ... | | | -38.76 |
| 5/5/2021 | TD Chec... | ATM | VjMHS Cafeteria | | Food | | | -6.00 |
| 5/6/2021 | TD Chec... | EFT | GM Financial | | Auto:Lease (B... | | | -1,274.87 |
| 5/6/2021 | TD Chec... | ATM | Interpark | | Parking | | | -250.00 |
| 5/6/2021 | TD Chec... | ATM | Dogs & Cats R... | | Pet Food and ... | | | -47.04 |
| 5/7/2021 | TD Chec... | ATM | Rocco's | | Business Meals | | | -168.80 |
| 5/7/2021 | TD Chec... | ATM | PA EZ Pass | | Auto & Transp... | | | -105.00 |
| 5/7/2021 | TD Chec... | ATM | David J. Witchell | | Personal Care... | | | -85.00 |
| 5/7/2021 | TD Chec... | ATM | Norman's Hall... | | Greeting Cards | | | -23.91 |
| 5/7/2021 | TD Chec... | ATM | Valley Cleaners | | Dry Cleaning | | | -6.45 |
| 5/28/2021 | TD Chec... | EFT | Audi Financial | | Auto:Lease | | | -783.31 |
| 5/5/2021 | TD Chec... | EFT | Bank Charge | Checks | Bank Charges | | | -35.00 |

**5/1/2021 - 5/31/2021**                                                        **-44,472.81**

**TOTAL INFL...**        **0.00**

Transaction - Last month
5/1/2021 through 5/31/2021

6/18/2021                                                                                                    Page 7

| Date | Account | Num | Description | Memo | Category | Tag | Clr | Amount |
|------|---------|-----|-------------|------|----------|-----|-----|--------|
| | | | | | TOTAL OUTF... | | | -44,472.81 |
| | | | | | NET TOTAL | | | -44,472.81 |

**EXHIBIT E**

1.  **$3,681.25  Allegro Credit:**   Allegro has refused to accept payment directly from
debtors. Allegro requested to speak with debtors' counsel first.  Counsel is addressing so
that payments can resume.

 **Bank**

America's Most Convenient Bank®

E    STATEMENT OF ACCOUNT

 

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA
5 SARAH DRIVE
NEWTOWN PA 18940

| | |
|---|---|
| Page: | 1 of 11 |
| Statement Period: | May 08 2021-Jun 07 2021 |
| Cust Ref #: | XXXXXXXXX-039-E-*** |
| Primary Account #: | XXX-XXX1383 |

## Chapter 11 Checking

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Account # XXX-XXX1383

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 2,704.84 | Average Collected Balance | 9,593.98 |
| Deposits | 9,920.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 34,047.67 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 21,061.92 | Days in Period | 31 |
| Electronic Payments | 23,606.44 | | |
| Other Withdrawals | 35.00 | | |
| Ending Balance | 1,969.15 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $35.00 | $70.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/28 | DEPOSIT | 7,000.00 |
| 06/04 | DEPOSIT | 2,920.00 |
| | Subtotal: | 9,920.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/10 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 051021 ATM CHECK DEPOSI<br>1 WEST ROAD        NEWTOWN     * PA | 17,000.00 |
| 05/14 | ACH DEPOSIT, VILLA JOSEPH MAR PAYROLL ****6100029146X | 727.26 |
| 05/19 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 051921 ATM CHECK DEPOSI<br>1 WEST ROAD        NEWTOWN     * PA | 2,000.00 |
| 05/25 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 052521 ATM CHECK DEPOSI<br>1 WEST ROAD        NEWTOWN     * PA | 7,580.00 |
| 05/27 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 052721 ATM CHECK DEPOSI<br>1 WEST ROAD        NEWTOWN     * PA | 1,400.00 |
| 05/27 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 052621 ATM CHECK DEPOSI<br>1 WEST ROAD        NEWTOWN     * PA | 1,047.00 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

Page: 2 of 11

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶ Ending Balance   1,969.15
❷ Total Deposits +
❸ Sub Total
❹ Total Withdrawals
❺ Adjusted Balance

❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS

Total Deposits ❷

❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS

Total Withdrawals ❹

WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS

Total Withdrawals ❹

FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:
- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 3 of 11 |
| Statement Period: | May 08 2021-Jun 07 2021 |
| Cust Ref #: | XXXXXXXXXX-039-E-*** |
| Primary Account #: | XXX-XXX1383 |

## DAILY ACCOUNT ACTIVITY

### Electronic Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/28 | ACH DEPOSIT, VILLA JOSEPH MAR PAYROLL ****6800018358X | 903.10 |
| 06/01 | DEBIT CARD CREDIT, *****30088471644, AUT 053121 VISA DDA REF<br>    ACME 4913        NEWTOWN    * PA | 16.94 |
| 06/02 | ATM CHECK DEPOSIT, *****30088471644<br>    AUT 060221 ATM CHECK DEPOSI<br>    1 WEST ROAD        NEWTOWN    * PA | 1,440.00 |
| 06/03 | ATM CHECK DEPOSIT, *****30088471644<br>    AUT 060321 ATM CHECK DEPOSI<br>    1 WEST ROAD        NEWTOWN    * PA | 840.00 |
| 06/07 | ACH RETURNED ITEM, AUDI FINCL, TEL. TEL  DEBIT  PTEL****279496 | 783.31 |
| 06/07 | POS CREDIT, *****30090709940, AUT 060521 DDA PURCH REF<br>    NORDSTROM 190 NORTH GU    KING OF PRUSS * PA | 216.00 |
| 06/07 | DEBIT CARD CREDIT, *****30088471644, AUT 060621 VISA DDA REF<br>    J CREW  530        KNG OF PRUSSA * PA | 94.06 |
| | Subtotal: | 34,047.67 |

### Checks Paid    No. Checks: 5    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 06/02 | 113 | 750.00 | 05/12 | 122* | 300.00 |
| 06/02 | 114 | 275.00 | 06/02 | 52821* | 17,186.92 |
| 06/04 | 115 | 2,550.00 | | | |
| | | | | Subtotal: | 21,061.92 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/10 | DEBIT CARD PURCHASE, *****30088471644, AUT 050721 VISA DDA PUR<br>    J CREW  530        KNG OF PRUSSA * PA | 497.72 |
| 05/10 | ACH DEBIT, ATT PAYMENT ****09011EPAYJ | 371.00 |
| 05/10 | DEBIT CARD PURCHASE, *****30088471644, AUT 050721 VISA DDA PUR<br>    NORDSTROM 0629    KING OF PRUSS * PA | 139.95 |
| 05/10 | DEBIT CARD PURCHASE, *****30088471644, AUT 050821 VISA DDA PUR<br>    MCCAFFREYS NEWTOWN        NEWTOWN    * PA | 112.73 |
| 05/10 | DEBIT POS, *****30088471644, AUT 050821 DDA PURCH W/CB<br>    ACME 4913        NEWTOWN    * PA | 108.26 |
| 05/10 | DEBIT CARD PURCHASE, *****30088471644, AUT 050821 VISA DDA PUR<br>    CVS PHARMACY 07189    NEWTOWN    * PA | 88.60 |
| 05/10 | DEBIT CARD PURCHASE, *****30090709940, AUT 050821 VISA DDA PUR<br>    NAIL PERFECTION  SPA    NEWTOWN    * PA | 80.00 |
| 05/10 | DEBIT CARD PURCHASE, *****30088471644, AUT 050821 VISA DDA PUR<br>    NEWTOWN VALLEY CLEANERS  NEWTOWN    * PA | 41.85 |
| 05/10 | DEBIT CARD PURCHASE, *****30088471644, AUT 050721 VISA DDA PUR<br>    LUKOIL 69722        NEWTOWN    * PA | 37.50 |
| 05/10 | DEBIT CARD PURCHASE, *****30088471644, AUT 050721 VISA DDA PUR<br>    J CREW  530        KNG OF PRUSSA * PA | 32.50 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Page: 4 of 11
Statement Period: May 08 2021-Jun 07 2021
Cust Ref #: XXXXXXXXXXX-039-E-***
Primary Account #: XXX-XXX1383

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/10 | DEBIT CARD PURCHASE, *****30088471644, AUT 050821 VISA DDA PUR NORMAN S 36        NEWTOWN     * PA | 14.39 |
| 05/10 | DEBIT CARD PURCHASE, *****30088471644, AUT 050821 VISA DDA PUR CHICK FIL A  1686       BENSALEM    * PA | 4.02 |
| 05/10 | DEBIT CARD PURCHASE, *****30088471644, AUT 050821 VISA DDA PUR CVS PHARMACY 07189       NEWTOWN     * PA | 3.81 |
| 05/10 | DEBIT CARD PURCHASE, *****30088471644, AUT 050721 VISA DDA PUR MCCAFFREYS NEWTOWN       NEWTOWN     * PA | 2.19 |
| 05/11 | DEBIT CARD PURCHASE, *****30088471644, AUT 051021 VISA DDA PUR PECO ENERGY COMPANY     215 841 4000 * PA | 368.53 |
| 05/11 | DEBIT CARD PURCHASE, *****30088471644, AUT 050921 VISA DDA PUR EXXONMOBIL  47869508     BALTIMORE    * MD | 75.50 |
| 05/11 | DEBIT CARD PURCHASE, *****30088471644, AUT 051021 VISA DDA PUR MCCAFFREYS NEWTOWN       NEWTOWN     * PA | 56.59 |
| 05/11 | DEBIT POS, *****30090709940, AUT 051121 DDA PURCH W/CB ACME 0778            SOUTHAMPTON  * PA | 28.72 |
| 05/11 | DEBIT CARD PAYMENT, *****30090709940, AUT 051021 VISA DDA PUR VJMHS CAFETERIA       HEATHLANDHOSP * PA | 6.00 |
| 05/11 | DEBIT POS, *****30090709940, AUT 051121 DDA PURCHASE WAWA 8121           RICHBORO    * PA | 3.46 |
| 05/12 | DEBIT CARD PURCHASE, *****30090709940, AUT 051121 VISA DDA PUR VILLA JOSEPH MARIE HIGH   HOLLAND    * PA | 3,300.00 |
| 05/12 | ACH DEBIT, COMCAST 8499102 RETRY PYMT 8650637 | 312.92 |
| 05/12 | DEBIT CARD PURCHASE, *****30088471644, AUT 050921 VISA DDA PUR CHIAPPARELLI S RESTAUR    410 8370309  * MD | 213.06 |
| 05/12 | DEBIT CARD PURCHASE, *****30090709940, AUT 051121 VISA DDA PUR GIUSEPPES  GIUSEPPES    STRIPE COM   * PA | 96.41 |
| 05/12 | DEBIT CARD PURCHASE, *****30090709940, AUT 051021 VISA DDA PUR ROCCOS AT THE BRICK     NEWTOWN     * PA | 86.08 |
| 05/12 | DEBIT CARD PURCHASE, *****30090709940, AUT 051121 VISA DDA PUR CRAMER S BAKERY INC     YARDLEY     * PA | 58.95 |
| 05/12 | DEBIT POS, *****30088471644, AUT 051221 DDA PURCH W/CB MCCAFFREYS NEWTOWN MARKE   NEWTOWN     * PA | 44.02 |
| 05/12 | DEBIT POS, *****30090709940, AUT 051221 DDA PURCH W/CB MCCAFFREYS NEWTOWN MARKE   NEWTOWN     * PA | 33.78 |
| 05/12 | DEBIT CARD PURCHASE, *****30088471644, AUT 051121 VISA DDA PUR MCCAFFREYS NEWTOWN       NEWTOWN     * PA | 22.03 |
| 05/13 | CCD DEBIT, IBC EDI PAYMTS PRMAX****972981 | 2,526.99 |
| 05/13 | DEBIT CARD PURCHASE, *****30090709940, AUT 051221 VISA DDA PUR WAWA 8121    00081216    RICHBORO    * PA | 56.67 |
| 05/13 | DEBIT CARD PURCHASE, *****30088471644, AUT 051221 VISA DDA PUR SMITH S ACE HRDW NEWTOWN   NEWTOWN     * PA | 15.88 |
| 05/13 | DEBIT CARD PAYMENT, *****30090709940, AUT 051221 VISA DDA PUR VJMHS CAFETERIA       HEATHLANDHOSP * PA | 6.25 |

---

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 5 of 11 |
| Statement Period: | May 08 2021-Jun 07 2021 |
| Cust Ref #: | XXXXXXXXXXX-039-E-*** |
| Primary Account #: | XXX-XXX1383 |

---

### DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/14 | DEBIT CARD PURCHASE, *****30090709940, AUT 051321 VISA DDA PUR<br>FRIENDS BAR  GRILL      NEWTOWN    * PA | 50.37 |
| 05/14 | DEBIT CARD PURCHASE, *****30088471644, AUT 051221 VISA DDA PUR<br>VIGILANTES LIBERTY    BENSALEM    * PA | 43.00 |
| 05/14 | DEBIT CARD PURCHASE, *****30090709940, AUT 051221 VISA DDA PUR<br>CHICK FIL A  01411      NEWTOWN    * PA | 5.82 |
| 05/17 | DEBIT CARD PURCHASE, *****30088471644, AUT 051521 VISA DDA PUR<br>GEERLINGS GARDEN CENTER    BUCKINGHAM  * PA | 317.55 |
| 05/17 | DEBIT POS, *****30090709940, AUT 051521 DDA PURCHASE<br>GASPER LANDSCAPES INC    RICHBORO    * PA | 314.41 |
| 05/17 | DEBIT POS, *****30090709940, AUT 051621 DDA PURCHASE<br>GASPER LANDSCAPES INC    RICHBORO    * PA | 284.99 |
| 05/17 | DEBIT CARD PURCHASE, *****30088471644, AUT 051621 VISA DDA PUR<br>MCCAFFREYS NEWTOWN    NEWTOWN    * PA | 199.23 |
| 05/17 | DEBIT CARD PURCHASE, *****30090709940, AUT 051421 VISA DDA PUR<br>DAVID J MITCHELL      NEWTOWN    * PA | 190.00 |
| 05/17 | DEBIT CARD PURCHASE, *****30088471644, AUT 051421 VISA DDA PUR<br>LA STALLA RESTAURANT    NEWTOWN    * PA | 176.17 |
| 05/17 | DEBIT POS, *****30088471644, AUT 051621 DDA PURCH W/CB<br>ACME 4913          NEWTOWN    * PA | 155.77 |
| 05/17 | DEBIT CARD PURCHASE, *****30088471644, AUT 051521 VISA DDA PUR<br>WINE AND SPIRITS 0945    RICHBORO    * PA | 139.86 |
| 05/17 | DEBIT CARD PURCHASE, *****30090709940, AUT 051421 VISA DDA PUR<br>ADORN ME          NEWTOWN    * PA | 91.16 |
| 05/17 | DEBIT POS, *****30088471644, AUT 051521 DDA PURCH W/CB<br>ACME 0778          SOUTHAMPTON  * PA | 79.08 |
| 05/17 | DEBIT CARD PURCHASE, *****30090709940, AUT 051321 VISA DDA PUR<br>DSW VALLEY SQUARE      WARRINGTON  * PA | 42.98 |
| 05/17 | DEBIT CARD PURCHASE, *****30088471644, AUT 051421 VISA DDA PUR<br>VIGILANTES LIBERTY    BENSALEM    * PA | 38.02 |
| 05/17 | DEBIT CARD PURCHASE, *****30088471644, AUT 051421 VISA DDA PUR<br>MEGLIOS PIZZA        NEWTOWN    * PA | 36.98 |
| 05/17 | DEBIT CARD PURCHASE, *****30090709940, AUT 051421 VISA DDA PUR<br>NEWTOWN FLORAL COMPANY    NEWTOWN    * PA | 29.57 |
| 05/17 | DEBIT CARD PURCHASE, *****30088471644, AUT 051521 VISA DDA PUR<br>PICCOLO TRATTORIA AT N    215 8604247  * PA | 29.30 |
| 05/17 | DEBIT POS, *****30090709940, AUT 051721 DDA PURCHASE<br>CVS PHARMACY 07 07189    WRIGHTSTOWN  * PA | 20.31 |
| 05/17 | DEBIT CARD PAYMENT, *****30088471644, AUT 051521 VISA DDA PUR<br>ADOBE INC          800 8336687  * CA | 15.89 |
| 05/17 | DEBIT POS, *****30090709940, AUT 051721 DDA PURCHASE<br>WAWA 8121          RICHBORO    * PA | 6.44 |
| 05/17 | DEBIT CARD PURCHASE, *****30088471644, AUT 051521 VISA DDA PUR<br>MCCAFFREYS NEWTOWN    NEWTOWN    * PA | 5.99 |

---

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Page:                    6 of 11
Statement Period:        May 08 2021-Jun 07 2021
Cust Ref #:              XXXXXXXXXXX039-E-***
Primary Account #:       XXX-XXX1383

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/18 | ACH DEBIT, APPEL ORTHODONTI PAYMENT ****00000039666 | 156.50 |
| 05/18 | DEBIT POS, *****30090709940, AUT 051821 DDA PURCH W/CB<br>ACME 4913        NEWTOWN      * PA | 49.00 |
| 05/18 | DEBIT CARD PAYMENT, *****30088471644, AUT 051721 VISA DDA PUR<br>SXM SIRIUSXM COM ACCT    888 635 5144 * NY | 42.48 |
| 05/18 | DEBIT CARD PURCHASE, *****30090709940, AUT 051721 VISA DDA PUR<br>SPARKLE SOFT CLOTH      NEWTOWN      * PA | 24.30 |
| 05/18 | DEBIT CARD PURCHASE, *****30088471644, AUT 051621 VISA DDA PUR<br>ACME 4913        NEWTOWN      * PA | 11.47 |
| 05/18 | DEBIT CARD PURCHASE, *****30088471644, AUT 051721 VISA DDA PUR<br>MCCAFFREYS NEWTOWN      NEWTOWN      * PA | 2.19 |
| 05/18 | DEBIT CARD PAYMENT, *****30090709940, AUT 051721 VISA DDA PUR<br>VJMHS CAFETERIA        HEATHLANDHOSP * PA | 1.25 |
| 05/19 | DEBIT POS, *****30090709940, AUT 051921 DDA PURCHASE<br>STAPLES 1256        NEWTOWN      * PA | 48.75 |
| 05/19 | DEBIT CARD PURCHASE, *****30090709940, AUT 051821 VISA DDA PUR<br>MCCAFFREYS NEWTOWN      NEWTOWN      * PA | 43.59 |
| 05/19 | DEBIT POS, *****30088471644, AUT 051921 DDA PURCH W/CB<br>MCCAFFREYS NEWTOWN MARKE   NEWTOWN      * PA | 35.89 |
| 05/19 | DEBIT CARD PURCHASE, *****30090709940, AUT 051821 VISA DDA PUR<br>CVS PHARMACY 07189      NEWTOWN      * PA | 7.99 |
| 05/19 | DEBIT CARD PAYMENT, *****30090709940, AUT 051821 VISA DDA PUR<br>VJMHS CAFETERIA        HEATHLANDHOSP * PA | 6.00 |
| 05/20 | DEBIT CARD PURCHASE, *****30088471644, AUT 051921 VISA DDA PUR<br>STATE FARM INSURANCE    800 956 6310 * IL | 545.64 |
| 05/20 | DEBIT CARD PURCHASE, *****30088471644, AUT 051821 VISA DDA PUR<br>ROCCOS AT THE BRICK      NEWTOWN      * PA | 119.02 |
| 05/20 | DEBIT CARD PURCHASE, *****30090709940, AUT 051921 VISA DDA PUR<br>CAROUSEL GARDENS NURSERY   NEWTOWN      * PA | 31.79 |
| 05/20 | DEBIT CARD PAYMENT, *****30088471644, AUT 051821 VISA DDA PUR<br>AOL SERVICE        800 827 6364 * VA | 7.99 |
| 05/21 | DEBIT POS, *****30090709940, AUT 052121 DDA PURCHASE<br>HOMEGOODS 2424 E LINCO    LANGHORNE    * PA | 101.60 |
| 05/21 | DEBIT CARD PURCHASE, *****30088471644, AUT 052021 VISA DDA PUR<br>SUNOCO 0363182702      NEWTOWN      * PA | 50.00 |
| 05/21 | DEBIT POS, *****30090709940, AUT 052121 DDA PURCHASE<br>HOMESENSE 2424 E LINCO    LANGHORNE    * PA | 47.68 |
| 05/21 | DEBIT POS, *****30090709940, AUT 052121 DDA PURCHASE<br>HOMESENSE 2424 E LINCO    LANGHORNE    * PA | 21.19 |
| 05/21 | DEBIT CARD PURCHASE, *****30090709940, AUT 051921 VISA DDA PUR<br>CHICK FIL A 01411      NEWTOWN      * PA | 8.49 |
| 05/21 | DEBIT CARD PAYMENT, *****30090709940, AUT 052021 VISA DDA PUR<br>VJMHS CAFETERIA        HEATHLANDHOSP * PA | 1.25 |
| 05/24 | ELECTRONIC PMT-WEB, NORTHWESTERN MU PAYMNT WEB ****423-02 | 398.41 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Page:                           7 of 11
Statement Period:    May 08 2021-Jun 07 2021
Cust Ref #:              XXXXXXXXXX-039-E-***
Primary Account #:              XXX-XXX1383

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/24 | DEBIT POS, *****30088471644, AUT 052321 DDA PURCHASE<br>SAMSCLUB 6693         LANGHORNE      * PA | 267.24 |
| 05/24 | DEBIT CARD PURCHASE, *****30088471644, AUT 052221 VISA DDA PUR<br>LA STALLA RESTAURANT      NEWTOWN      * PA | 164.96 |
| 05/24 | DEBIT POS, *****30088471644, AUT 052321 DDA PURCH W/CB<br>MCCAFFREYS NEWTOWN MARKE   NEWTOWN      * PA | 65.51 |
| 05/24 | DEBIT CARD PURCHASE, *****30088471644, AUT 052121 VISA DDA PUR<br>MADARAS SEAFOOD         NEWTOWN      * PA | 61.97 |
| 05/24 | DEBIT CARD PURCHASE, *****30088471644, AUT 052321 VISA DDA PUR<br>LUKOIL 69722         NEWTOWN      * PA | 40.00 |
| 05/24 | DEBIT CARD PURCHASE, *****30088471644, AUT 052221 VISA DDA PUR<br>LA STALLA RESTAURANT      NEWTOWN      * PA | 32.00 |
| 05/24 | DEBIT CARD PAYMENT, *****30090709940, AUT 052121 VISA DDA PUR<br>VJMHS CAFETERIA       HEATHLANDHOSP * PA | 1.50 |
| 05/25 | DEBIT POS, *****30088471644, AUT 052521 DDA PURCH W/CB<br>MCCAFFREYS NEWTOWN MARKE   NEWTOWN      * PA | 83.60 |
| 05/25 | DEBIT CARD PURCHASE, *****30088471644, AUT 052421 VISA DDA PUR<br>COLLEGEBOARD PROFILE     305 8299793 * NY | 25.00 |
| 05/25 | DEBIT CARD PURCHASE, *****30088471644, AUT 052421 VISA DDA PUR<br>COLLEGEBOARD PROFILE     305 8299793 * NY | 25.00 |
| 05/25 | DEBIT CARD PAYMENT, *****30090709940, AUT 052421 VISA DDA PUR<br>VJMHS CAFETERIA       HEATHLANDHOSP * PA | 6.75 |
| 05/25 | DEBIT CARD PAYMENT, *****30090709940, AUT 052421 VISA DDA PUR<br>VJMHS CAFETERIA       HEATHLANDHOSP * PA | 6.00 |
| 05/26 | DEBIT POS, *****30088471644, AUT 052621 DDA PURCH W/CB<br>BEDBATH BEYOND  20 WEST    NEWTOWN      * PA | 94.23 |
| 05/26 | DEBIT CARD PURCHASE, *****30088471644, AUT 052521 VISA DDA PUR<br>LUKOIL 69722         NEWTOWN      * PA | 52.00 |
| 05/26 | DEBIT CARD PURCHASE, *****30088471644, AUT 052521 VISA DDA PUR<br>MEGLIOS PIZZA         NEWTOWN      * PA | 18.02 |
| 05/26 | DEBIT POS, *****30090709940, AUT 052621 DDA PURCHASE<br>USPS PO 4 851 BUSTLETO    RICHBORO      * PA | 11.00 |
| 05/26 | DEBIT CARD PURCHASE, *****30090709940, AUT 052421 VISA DDA PUR<br>CHICK FIL A  01411        NEWTOWN      * PA | 8.09 |
| 05/26 | DEBIT CARD PAYMENT, *****30090709940, AUT 052521 VISA DDA PUR<br>VJMHS CAFETERIA       HEATHLANDHOSP * PA | 1.00 |
| 05/27 | TD ATM DEBIT, *****30088471644, AUT 052621 DDA WITHDRAW<br>1 WEST ROAD         NEWTOWN      * PA | 200.00 |
| 05/27 | DEBIT CARD PAYMENT, *****30090709940, AUT 052621 VISA DDA PUR<br>VJMHS CAFETERIA       HEATHLANDHOSP * PA | 5.50 |
| 05/28 | DEBIT CARD PURCHASE, *****30088471644, AUT 052621 VISA DDA PUR<br>CAPITAL GRILLE 0138013     PHILADELPHIA * PA | 86.28 |
| 05/28 | DEBIT CARD PURCHASE, *****30088471644, AUT 052621 VISA DDA PUR<br>CHICK FIL A  01411        NEWTOWN      * PA | 4.55 |

---

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Page:                           8 of 11
Statement Period:    May 08 2021-Jun 07 2021
Cust Ref #:              XXXXXXXXX-039-E-***
Primary Account #:              XXX-XXX1383

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/28 | DEBIT CARD PAYMENT, *****30090709940, AUT 052721 VISA DDA PUR VJMHS CAFETERIA       HEATHLANDHOSP * PA | 3.00 |
| 05/28 | DEBIT CARD PURCHASE, *****30088471644, AUT 052721 VISA DDA PUR DUNKIN 310391         PHILADELPHIA * PA | 2.15 |
| 06/01 | ELECTRONIC PMT-WEB, IRS USATAXPYMT ****55271003125 | 4,000.00 |
| 06/01 | ELECTRONIC PMT-TEL, MBFS - 8.95 D000015827 ****242345001 | 875.00 |
| 06/01 | DEBIT CARD PURCHASE, *****30088471644, AUT 052721 VISA DDA PUR LA STALLA RESTAURANT     NEWTOWN    * PA | 320.05 |
| 06/01 | DEBIT CARD PURCHASE, *****30088471644, AUT 053021 VISA DDA PUR MCCAFFREYS NEWTOWN       NEWTOWN     * PA | 237.73 |
| 06/01 | DEBIT CARD PURCHASE, *****30088471644, AUT 052921 VISA DDA PUR PICCOLO TRATTORIA AT N   215 8604247  * PA | 90.10 |
| 06/01 | DEBIT CARD PURCHASE, *****30088471644, AUT 052921 VISA DDA PUR ACME 4913        NEWTOWN    * PA | 82.73 |
| 06/01 | DEBIT CARD PURCHASE, *****30088471644, AUT 052821 VISA DDA PUR KELLY S SEAFOOD INC     PHILADELPHIA * PA | 76.35 |
| 06/01 | DEBIT CARD PURCHASE, *****30088471644, AUT 052821 VISA DDA PUR LUKOIL 69722        NEWTOWN    * PA | 30.00 |
| 06/01 | DEBIT POS, *****30088471644, AUT 052921 DDA PURCHASE MCCAFFREYS NEWTOWN MARKE  NEWTOWN    * PA | 29.94 |
| 06/01 | DEBIT CARD PURCHASE, *****30088471644, AUT 053021 VISA DDA PUR MEGLIOS PIZZA        NEWTOWN    * PA | 27.03 |
| 06/01 | DEBIT CARD PURCHASE, *****30088471644, AUT 052921 VISA DDA PUR RIEHLS BAKED GOODS      NEWTOWN    * PA | 21.59 |
| 06/01 | DEBIT CARD PURCHASE, *****30088471644, AUT 053021 VISA DDA PUR MCCAFFREYS NEWTOWN       NEWTOWN     * PA | 14.83 |
| 06/01 | ELECTRONIC PMT-TEL, REP CF MBFS D000015777 ****02101322280 | 8.95 |
| 06/01 | DEBIT CARD PURCHASE, *****30088471644, AUT 052921 VISA DDA PUR ACME 4913        NEWTOWN    * PA | 7.98 |
| 06/01 | DEBIT CARD PURCHASE, *****30090709940, AUT 052721 VISA DDA PUR CHICK FIL A 01411      NEWTOWN    * PA | 7.63 |
| 06/02 | TD ATM DEBIT, *****30088471644, AUT 060221 DDA WITHDRAW 1 WEST ROAD         NEWTOWN    * PA | 200.00 |
| 06/02 | DEBIT CARD PURCHASE, *****30088471644, AUT 060121 VISA DDA PUR BFM ALARM SYSTEMS INC   215 364 7160 * PA | 69.00 |
| 06/02 | DEBIT POS, *****30090709940, AUT 060221 DDA PURCH W/CB MCCAFFREYS NEWTOWN MARKE  NEWTOWN    * PA | 56.65 |
| 06/02 | DEBIT CARD PURCHASE, *****30088471644, AUT 060121 VISA DDA PUR LUKOIL 69722        NEWTOWN    * PA | 47.00 |
| 06/03 | DEBIT CARD PURCHASE, *****30088471644, AUT 060121 VISA DDA PUR INTERPARK AUTOBILL  B   CHICAGO    * IL | 250.00 |
| 06/03 | DEBIT CARD PURCHASE, *****30088471644, AUT 060221 VISA DDA PUR MCCAFFREYS NEWTOWN       NEWTOWN     * PA | 89.43 |
| 06/04 | ACH DEBIT, AUDI FINCL, TEL. TEL  DEBIT PTEL****279496 | 783.31 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Page:                          9 of 11
Statement Period:    May 08 2021-Jun 07 2021
Cust Ref #:              XXXXXXXXXX-039-E-***
Primary Account #:             XXX-XXX1383

---

### DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/04 | ACH DEBIT, COMCAST 8499102 050017305 9808472 | 312.95 |
| 06/04 | DEBIT CARD PURCHASE, *****30090709940, AUT 060321 VISA DDA PUR<br>WAWA 8121    00081216    RICHBORO    * PA | 75.00 |
| 06/04 | DEBIT POS, *****30090709940, AUT 060421 DDA PURCHASE<br>CVS PHARMACY 07 07189    WRIGHTSTOWN * PA | 64.22 |
| 06/04 | DEBIT CARD PURCHASE, *****30088471644, AUT 060221 VISA DDA PUR<br>MACYS  CENTER CITY       PHILADELPHIA * PA | 7.45 |
| 06/04 | DEBIT CARD PURCHASE, *****30088471644, AUT 060321 VISA DDA PUR<br>MCCAFFREYS NEWTOWN        NEWTOWN     * PA | 2.19 |
| 06/07 | DEBIT CARD PURCHASE, *****30088471644, AUT 060521 VISA DDA PUR<br>DAVIOS NORTHERN ITALIA     KING OF PRUSS * PA | 310.34 |
| 06/07 | DEBIT CARD PURCHASE, *****30088471644, AUT 060521 VISA DDA PUR<br>NORDSTROM  0629         KING OF PRUSS * PA | 259.90 |
| 06/07 | DEBIT CARD PURCHASE, *****30088471644, AUT 060321 VISA DDA PUR<br>LA STALLA RESTAURANT      NEWTOWN     * PA | 231.28 |
| 06/07 | DEBIT POS, *****30088471644, AUT 060621 DDA PURCH W/CB<br>ACME 4913              NEWTOWN     * PA | 175.58 |
| 06/07 | DEBIT CARD PURCHASE, *****30088471644, AUT 060621 VISA DDA PUR<br>MCCAFFREYS NEWTOWN        NEWTOWN     * PA | 165.96 |
| 06/07 | DEBIT CARD PURCHASE, *****30088471644, AUT 060521 VISA DDA PUR<br>NORDSTROM  0629         KING OF PRUSS * PA | 98.00 |
| 06/07 | DEBIT POS, *****30090709940, AUT 060521 DDA PURCHASE<br>THE HOME DEPOT  4102    FAIRLESS HILL * PA | 87.16 |
| 06/07 | DEBIT CARD PURCHASE, *****30090709940, AUT 060521 VISA DDA PUR<br>PETSMART  0568        FAIRLESS HILL * PA | 74.71 |
| 06/07 | DEBIT CARD PURCHASE, *****30088471644, AUT 060421 VISA DDA PUR<br>CRAMER S BAKERY INC      YARDLEY    * PA | 69.95 |
| 06/07 | DEBIT CARD PURCHASE, *****30088471644, AUT 060621 VISA DDA PUR<br>LUKOIL 69722          NEWTOWN     * PA | 53.50 |
| 06/07 | DEBIT CARD PURCHASE, *****30090709940, AUT 060421 VISA DDA PUR<br>OISHI JAPANESE THAI  KO  NEWTOWN    * PA | 51.94 |
| 06/07 | DEBIT POS, *****30090709940, AUT 060521 DDA PURCHASE<br>DSW KING OF PRUS 510 MAL   KING OF PRUSS * PA | 49.99 |
| 06/07 | DEBIT POS, *****30090709940, AUT 060621 DDA PURCHASE<br>HOMEGOODS 2424 E LINCO    LANGHORNE    * PA | 26.00 |
| 06/07 | DEBIT CARD PURCHASE, *****30088471644, AUT 060521 VISA DDA PUR<br>DOLCE CARINI         NEWTOWN     * PA | 17.95 |
| | Subtotal: | 23,606.44 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/07 | OVERDRAFT RET | 35.00 |
| | Subtotal: | 35.00 |

---

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Page:                    10 of 11
Statement Period:    May 08 2021-Jun 07 2021
Cust Ref #:              XXXXXXXXXX-039-E-***
Primary Account #:            XXX-XXX1383

**DAILY BALANCE SUMMARY**

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 05/07 | 2,704.84 | 05/24 | 8,617.20 |
| 05/10 | 18,170.32 | 05/25 | 16,050.85 |
| 05/11 | 17,631.52 | 05/26 | 15,866.51 |
| 05/12 | 13,164.27 | 05/27 | 18,108.01 |
| 05/13 | 10,558.48 | 05/28 | 25,915.13 |
| 05/14 | 11,186.55 | 06/01 | 20,102.16 |
| 05/17 | 9,012.85 | 06/02 | 2,957.59 |
| 05/18 | 8,725.66 | 06/03 | 3,458.16 |
| 05/19 | 10,583.44 | 06/04 | 2,583.04 |
| 05/20 | 9,879.00 | 06/07 | 1,969.15 |
| 05/21 | 9,648.79 | | |



**Bank**

America's Most Convenient Bank®

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

STATEMENT OF ACCOUNT

Page:                    11 of 11
Statement Period:    May 08 2021-Jun 07 2021
Cust Ref #:          XXXXXXXXXXXX-E-***
Primary Account #:        XXX-XXX1383

#113    06/02    $750.00

#114    06/02    $275.00

#115    06/04    $2,550.00

#122    05/12    $300.00

#52821    06/02    $17,186.92