---

**Fill in this information to identify the case:**

Debtor Name __Richard and Alyse Johnson__

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number: __21-10054__

☐ Check if this is an
amended filing

---

## Official Form 425C

---

### Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: __June__

Date report filed: __06/20/2021__
MM / DD / YYYY

Line of business: __Attorney__

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: __Richard W. Johnson, Jr.__

Original signature of responsible party __[signature]__

Printed name of responsible party __Richard W. Johnson, Jr.__

---

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Richard and Alyse Johnson

Case number  21-10054

17. Have you paid any bills you owed before you filed bankruptcy?   ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$  6,873.60

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$  43,246.48

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

– $  40,884.75

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $  2,361.73

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

= $  9,235.33

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

*(Exhibit E)*

$  4,417.50

Debtor Name  Richard and Alyse Johnson

Case number  21-10054

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**

$ _____ 0.00

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? _____ 0

27. What is the number of employees as of the date of this monthly report? _____ 0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?  $ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _____ 0.00

30. How much have you paid this month in other professional fees?  $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?  $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A Projected | − | Column B Actual | = | Column C Difference |
|---|---|---|---|---|---|
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 35,000.00 | − | $ 43,246.48 | = | $ -8,246.48 |
| 33. **Cash disbursements** | $ 34,000.00 | − | $ 40,884.75 | = | $ -6,884.75 |
| 34. **Net cash flow** | $ 1,000.00 | − | $ 2,361.73 | = | $ -1,361.73 |

35. Total projected cash receipts for the next month:  $ 35,000.00

36. Total projected cash disbursements for the next month:  - $ 34,000.00

37. Total projected net cash flow for the next month:  = $ 1,000.00

Debtor Name <u>Richard and Alyse Johnson</u>                    Case number <u>21-10054</u>

### 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

## EXHIBIT A

1.    **Allegro Credit:**  Allegro has agreed to accept payments through its counsel. Payments begin in July 2021.

# EXHIBIT  B

10.    Husband is an attorney who maintains an active IOLTA account in PA and an Attorney Trust Account in NJ.

**EXHIBIT C**

Transaction - Last month
6/1/2021 through 6/30/2021

7/20/2021                                                     Page 1

| Date | Account | Num | Description | Memo | Category | Clr | Amount |
|---|---|---|---|---|---|---|---|
| 6/4/2021 | TD Chec... | DEP | Deposit | | Income (RWJ) | | 2,920.00 |
| 6/1/2021 | TD Chec... | DEP | Deposit | | Refund (Not Income) | | 16.94 |
| 6/2/2021 | TD Chec... | DEP | Deposit | | Income (RWJ) | | 1,440.00 |
| 6/3/2021 | TD Chec... | DEP | Deposit | | Income (RWJ) | | 840.00 |
| 6/7/2021 | TD Chec... | DEP | Deposit | | Refund (Not Income) | | 216.00 |
| 6/7/2021 | TD Chec... | DEP | Deposit | | Refund (Not Income) | | 94.06 |
| 6/9/2021 | TD Chec... | DEP | Deposit | | Income (RWJ) | | 1,984.00 |
| 6/11/2021 | TD Chec... | DEP | Deposit | | Income (RWJ) | | 1,452.00 |
| 6/15/2021 | TD Chec... | DEP | Deposit | | Paycheck (AMJ) | | 686.38 |
| 6/15/2021 | TD Chec... | DEP | Deposit | | Income (RWJ) | | 10,200.00 |
| 6/22/2021 | TD Chec... | DEP | Deposit | | Income (RWJ) | | 2,462.73 |
| 6/24/2021 | TD Chec... | DEP | Deposit | | Income (RWJ) | | 3,000.00 |
| 6/28/2021 | TD Chec... | DEP | Deposit | | Income (RWJ) | | 6,055.55 |
| 6/30/2021 | TD Chec... | DEP | Deposit | | Paycheck (AMJ) | | 645.49 |
| 6/30/2021 | TD Chec... | DEP | Deposit | | Income (RWJ) | | 11,233.33 |
| **6/1/2021 - 6/30/2021** | | | | | | | **43,246.48** |

TOTAL INFL...    **43,246.48**

TOTAL OUTF...    **0.00**

NET TOTAL    **43,246.48**

**EXHIBIT  D**

Transaction - Last month
6/1/2021 through 6/30/2021

7/20/2021                                                                                    Page 1

| Date | Account | Num | Description | Memo | Category | Clr | Amount |
|---|---|---|---|---|---|---|---|
| 6/1/2021 | TD Chec... | ATM | McCaffreys | | Groceries | | -237.73 |
| 6/1/2021 | TD Chec... | ATM | Piccolo Trattoria | | Food | | -90.10 |
| 6/1/2021 | TD Chec... | ATM | Acme | | Groceries | | -82.73 |
| 6/1/2021 | TD Chec... | ATM | Kelly's Seafood | | Food | | -76.35 |
| 6/1/2021 | TD Chec... | ATM | Lukoil | | Auto:Fuel | | -30.00 |
| 6/1/2021 | TD Chec... | ATM | McCaffreys | | Groceries | | -29.94 |
| 6/1/2021 | TD Chec... | ATM | Meglio's Pizza | | Food | | -27.03 |
| 6/1/2021 | TD Chec... | ATM | Riehls Baked Goods | | Groceries | | -21.59 |
| 6/1/2021 | TD Chec... | ATM | McCaffreys | | Groceries | | -14.83 |
| 6/1/2021 | TD Chec... | EFT | MBFS | | Auto:Lea... | | -8.95 |
| 6/1/2021 | TD Chec... | ATM | Acme | | Groceries | | -7.98 |
| 6/1/2021 | TD Chec... | ATM | Chick Fil A | | Food | | -7.63 |
| 6/2/2021 | TD Chec... | ATM | ATM Withdrawal | | Cash | | -200.00 |
| 6/2/2021 | TD Chec... | EFT | BFM Alarm Systems | | Alarm Sy... | | -69.00 |
| 6/2/2021 | TD Chec... | ATM | McCaffreys | | Groceries | | -56.65 |
| 6/2/2021 | TD Chec... | ATM | Lukoil | | Auto:Fuel | | -47.00 |
| 6/3/2021 | TD Chec... | ATM | Interpark | | Parking | | -250.00 |
| 6/3/2021 | TD Chec... | ATM | McCaffreys | | Groceries | | -89.43 |
| 6/4/2021 | TD Chec... | EFT | Audi Financial | | Auto:Lea... | | -783.31 |
| 6/4/2021 | TD Chec... | EFT | Comcast | | Cable An... | | -312.92 |
| 6/4/2021 | TD Chec... | ATM | Wawa | | Auto:Fuel | | -75.00 |
| 6/4/2021 | TD Chec... | ATM | CVS Pharmacy | | Pharmacy | | -64.22 |

Transaction - Last month
6/1/2021 through 6/30/2021

7/20/2021                                                                                    Page 2

| Date | Account | Num | Description | Memo | Category | Clr | Amount |
|------|---------|-----|-------------|------|----------|-----|--------|
| 6/4/2021 | TD Chec... | ATM | Starbucks | | Business... | | -7.45 |
| 6/4/2021 | TD Chec... | ATM | McCaffreys | | Groceries | | -2.19 |
| 6/4/2021 | TD Chec... | 115 | Richard W. Johnson, III | | College ... | | -2,550.00 |
| 6/6/2021 | TD Chec... | ATM | La Stalla | | Food | | -231.28 |
| 6/7/2021 | TD Chec... | ATM | Davios | | Food | | -310.34 |
| 6/7/2021 | TD Chec... | ATM | Nordstrom | | Clothing | | -259.90 |
| 6/7/2021 | TD Chec... | ATM | Acme | | Groceries | | -175.58 |
| 6/7/2021 | TD Chec... | ATM | McCaffreys | | Groceries | | -165.96 |
| 6/7/2021 | TD Chec... | ATM | Nordstrom | | Clothing | | -98.00 |
| 6/7/2021 | TD Chec... | ATM | Home Depot | | Home:H... | | -87.16 |
| 6/7/2021 | TD Chec... | ATM | Petsmart | | Pet Food... | | -74.71 |
| 6/7/2021 | TD Chec... | ATM | Cramer's Bakery | | Groceries | | -69.95 |
| 6/7/2021 | TD Chec... | ATM | Lukoil | | Auto:Fuel | | -53.50 |
| 6/7/2021 | TD Chec... | ATM | Oishi | | Food | | -51.94 |
| 6/7/2021 | TD Chec... | ATM | DSW | | Clothing | | -49.99 |
| 6/7/2021 | TD Chec... | ATM | Homegoods | | Housewa... | | -26.00 |
| 6/7/2021 | TD Chec... | ATM | Dolce Carini | | Food | | -17.95 |
| 6/8/2021 | TD Chec... | ATM | McCaffreys | | Groceries | | -40.26 |
| 6/8/2021 | TD Chec... | ATM | McCaffreys | | Groceries | | -26.49 |
| 6/8/2021 | TD Chec... | ATM | Acme | | Groceries | | -19.99 |
| 6/9/2021 | TD Chec... | ATM | Rocco's | | Business... | | -205.25 |
| 6/9/2021 | TD Chec... | ATM | ATM Withdrawal | | Cash | | -200.00 |
| 6/9/2021 | TD Chec... | ATM | Marathon Grill | | Business... | | -60.22 |

Transaction - Last month
6/1/2021 through 6/30/2021

7/20/2021                                                                                                Page 3

| Date | Account | Num | Description | Memo | Category | Clr | Amount |
|------|---------|-----|-------------|------|----------|-----|--------|
| 6/9/2021 | TD Chec... | EFT | PECO | | Electric | | -41.85 |
| 6/9/2021 | TD Chec... | ATM | Norman's Hallmark | | Greeting ... | | -5.93 |
| 6/10/2021 | TD Chec... | ATM | McCaffreys | | Groceries | | -62.82 |
| 6/10/2021 | TD Chec... | ATM | ATM Withdrawal | | Cash | | -60.00 |
| 6/10/2021 | TD Chec... | ATM | Chick Fil A | | Food | | -4.55 |
| 6/11/2021 | TD Chec... | EFT | Audi Financial | | Auto:Lea... | | -783.31 |
| 6/11/2021 | TD Chec... | ATM | GAP | | Clothing | | -57.52 |
| 6/11/2021 | TD Chec... | ATM | Rite Aid | | Pharmacy | | -48.99 |
| 6/11/2021 | TD Chec... | ATM | McCaffreys | | Groceries | | -24.12 |
| 6/14/2021 | TD Chec... | ATM | Target | | Housewa... | | -287.66 |
| 6/14/2021 | TD Chec... | ATM | McCaffreys | | Groceries | | -205.20 |
| 6/14/2021 | TD Chec... | ATM | Wine & Spirits | | Groceries | | -156.76 |
| 6/14/2021 | TD Chec... | ATM | David J. Witchell | | Personal... | | -75.00 |
| 6/14/2021 | TD Chec... | ATM | Meglio's Pizza | | Food | | -51.03 |
| 6/14/2021 | TD Chec... | ATM | Exxon/Mobil | | Auto:Fuel | | -46.00 |
| 6/14/2021 | TD Chec... | ATM | McCaffreys | | Groceries | | -18.01 |
| 6/14/2021 | TD Chec... | ATM | Ace Hardware | | Home:H... | | -5.29 |
| 6/15/2021 | TD Chec... | ATM | BP | | Auto:Fuel | | -67.85 |
| 6/15/2021 | TD Chec... | ATM | CVS Pharmacy | | Pharmacy | | -48.02 |
| 6/15/2021 | TD Chec... | ATM | Lukoil | | Auto:Fuel | | -40.00 |
| 6/16/2021 | TD Chec... | ATM | Appel Orthodontics | | Medical ... | | -156.50 |
| 6/16/2021 | TD Chec... | ATM | La Stalla | | Food | | -109.96 |
| 6/16/2021 | TD Chec... | ATM | McCaffreys | | Groceries | | -80.95 |

Transaction - Last month
6/1/2021 through 6/30/2021

7/20/2021                                                                                          Page 4

| Date | Account | Num | Description | Memo | Category | Clr | Amount |
|------|---------|-----|-------------|------|----------|-----|--------|
| 6/16/2021 | TD Chec... | ATM | Cheesecake Factory | | Business... | | -44.18 |
| 6/16/2021 | TD Chec... | ATM | Adobe | | Office Ex... | | -15.89 |
| 6/16/2021 | TD Chec... | ATM | Dunkin Donuts | | Food | | -1.82 |
| 6/17/2021 | TD Chec... | ATM | Otter Al | | Office Ex... | | -49.99 |
| 6/18/2021 | TD Chec... | EFT | GM Financial | | Auto:Lea... | | -1,302.12 |
| 6/18/2021 | TD Chec... | ATM | ATM Withdrawal | | Cash | | -400.00 |
| 6/18/2021 | TD Chec... | ATM | Bed, Bath & Beyond | | Housewa... | | -137.16 |
| 6/18/2021 | TD Chec... | ATM | Family Solutions | | Medical ... | | -125.00 |
| 6/18/2021 | TD Chec... | ATM | ATM Withdrawal | | Cash | | -100.00 |
| 6/18/2021 | TD Chec... | ATM | Sirius/XM | | Auto:Radio | | -42.48 |
| 6/18/2021 | TD Chec... | ATM | Odette's | | Business... | | -316.29 |
| 6/19/2021 | TD Chec... | ATM | Barelli's | | Food | | -231.93 |
| 6/21/2021 | TD Chec... | EFT | State Farm | | Auto:Ins... | | -545.64 |
| 6/21/2021 | TD Chec... | ATM | Macy's | | Clothing | | -450.00 |
| 6/21/2021 | TD Chec... | ATM | Acme | | Groceries | | -204.62 |
| 6/21/2021 | TD Chec... | ATM | McCaffreys | | Groceries | | -166.98 |
| 6/21/2021 | TD Chec... | ATM | Homegoods | | Housewa... | | -129.68 |
| 6/21/2021 | TD Chec... | ATM | CVS Pharmacy | | Pharmacy | | -83.00 |
| 6/21/2021 | TD Chec... | ATM | Nail Perfection | | Personal... | | -80.00 |
| 6/21/2021 | TD Chec... | ATM | Neiman Marcus | | Clothing | | -80.00 |
| 6/21/2021 | TD Chec... | ATM | Sunoco | | Auto:Fuel | | -52.37 |
| 6/21/2021 | TD Chec... | ATM | Cramer's Bakery | | Groceries | | -40.71 |
| 6/21/2021 | TD Chec... | EFT | AOL | | Internet ... | | -7.99 |

Transaction - Last month
6/1/2021 through 6/30/2021

7/20/2021

| Date | Account | Num | Description | Memo | Category | Clr | Amount |
|------|---------|-----|-------------|------|----------|-----|--------|
| 6/21/2021 | TD Chec... | 117 | McCullough Rubbish | | Home:Se... | | -223.91 |
| 6/22/2021 | TD Chec... | EFT | Northwesten Mutual Life | | Life Insur... | | -398.41 |
| 6/23/2021 | TD Chec... | ATM | Villa Joseph Marie | | Tuition | | -750.00 |
| 6/23/2021 | TD Chec... | ATM | Audi Warrington | | Auto:Rep... | | -254.34 |
| 6/23/2021 | TD Chec... | ATM | LaScala's | | Food | | -108.51 |
| 6/23/2021 | TD Chec... | ATM | Wawa | | Auto:Fuel | | -75.00 |
| 6/23/2021 | TD Chec... | ATM | Conoco | | Auto:Fuel | | -34.40 |
| 6/24/2021 | TD Chec... | ATM | Newtown Pest Control | | Home:Se... | | -180.20 |
| 6/24/2021 | TD Chec... | ATM | Sansom Street Oyster ... | | Business... | | -145.42 |
| 6/24/2021 | TD Chec... | ATM | Lukoil | | Auto:Fuel | | -53.00 |
| 6/25/2021 | TD Chec... | ATM | Mavi US | | Clothing | | -117.29 |
| 6/25/2021 | TD Chec... | ATM | McCaffreys | | Groceries | | -54.72 |
| 6/28/2021 | TD Chec... | ATM | Sam's Club | | Groceries | | -269.99 |
| 6/28/2021 | TD Chec... | ATM | Lawyer's Registration | | Professio... | | -259.56 |
| 6/28/2021 | TD Chec... | ATM | McCaffreys | | Groceries | | -101.74 |
| 6/28/2021 | TD Chec... | ATM | Acme | | Groceries | | -179.52 |
| 6/28/2021 | TD Chec... | ATM | Piccolo Trattoria | | Food | | -76.85 |
| 6/28/2021 | TD Chec... | ATM | McCaffreys | | Groceries | | -61.50 |
| 6/28/2021 | TD Chec... | ATM | Ace Hardware | | Home:H... | | -23.30 |
| 6/28/2021 | TD Chec... | 118 | PA Dept. Of Revenue | | State Ta... | | -500.00 |
| 6/28/2021 | TD Chec... | 119 | IRS | | Fed Tax:... | | -4,000.00 |
| 6/29/2021 | TD Chec... | EFT | MBFS | | Auto:Lea... | | -830.00 |
| 6/29/2021 | TD Chec... | ATM | Lukoil | | Auto:Fuel | | -40.20 |

Transaction - Last month
6/1/2021 through 6/30/2021

7/20/2021

Page 6

| Date | Account | Num | Description | Memo | Category | Clr | Amount |
|---|---|---|---|---|---|---|---|
| 6/29/2021 | TD Chec... | ATM | Petsmart | | Pet Food... | | -30.19 |
| 6/29/2021 | TD Chec... | ATM | MBFS | | Auto:Lea... | | -8.95 |
| 6/30/2021 | TD Chec... | ATM | Natural Lawn | | Home:Se... | | -292.56 |
| 6/30/2021 | TD Chec... | ATM | PA EZ Pass | | Auto & T... | | -105.00 |
| 6/30/2021 | TD Chec... | ATM | McCaffreys | | Groceries | | -61.27 |
| 6/30/2021 | TD Chec... | ATM | Speedway | | Auto:Fuel | | -34.15 |
| 6/30/2021 | TD Chec... | ATM | Barnes & Noble | | Shoppin... | | -16.18 |
| 6/30/2021 | TD Chec... | EFT | The Bancorp Bank | | Home:M... | | -17,186.92 |
| **6/1/2021 - 6/30/2021** | | | | | | | **-40,884.75** |

| | |
|---|---|
| TOTAL INFL... | 0.00 |
| TOTAL OUTF... | -40,884.75 |
| **NET TOTAL** | **-40,884.75** |

## EXHIBIT E

1.   **$4,417.50  Allegro Credit**:  Allegro had refused to accept payment directly from debtors. However, Allegro has agreed to accept payments through its counsel. Payments resume in July 2021

# TD Bank

**America's Most Convenient Bank®**

E   STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA
5 SARAH DRIVE
NEWTOWN PA 18940

| | |
|---|---|
| Page: | 1 of 9 |
| Statement Period: | Jun 08 2021-Jul 07 2021 |
| Cust Ref #: | |
| Primary Account #: | 1383 |

## Overdraft Policy Change Effective August 6, 2021

The following change applies only to Commercial and Small Business Checking Accounts and Money Market Accounts with check access: TD is making changes to reduce Customer overdraft fees: Instead of charging an overdraft fee if you overdraw your account by greater than $5, you may now overdraw your account by up to $10 without TD charging you an overdraft fee.

Overdraft fees apply to a maximum of five (5) items per day per account and this will remain unchanged. For Business Checking accounts on Account Analysis Billing, all overdrafts, regardless of volume, are billed through Account Analysis. Please contact your Treasury Management Officer for further details.

## Chapter 11 Checking

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Account #      1383

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 1,969.15 | Average Collected Balance | 7,414.88 |
| Deposits | 4,873.33 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 38,036.08 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 19,960.83 | Days in Period | 30 |
| Electronic Payments | 19,306.91 | | |
| Ending Balance | 5,610.82 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $0.00 | $70.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/02 | DEPOSIT | 3,040.00 |
| 07/02 | DEPOSIT | 1,833.33 |
| | Subtotal: | 4,873.33 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/09 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 060921 ATM CHECK DEPOSI<br>1 WEST ROAD      NEWTOWN      * PA | 1,984.00 |
| 06/11 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 061121 ATM CHECK DEPOSI<br>1 WEST ROAD      NEWTOWN      * PA | 1,452.00 |
| 06/15 | ACH DEPOSIT, VILLA JOSEPH MAR PAYROLL ****6100014723X | 686.38 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| ❶ Ending Balance | 5,610.82 |
| ❷ Total Deposits + | |
| ❸ Sub Total | |
| ❹ Total Withdrawals - | |
| ❺ Adjusted Balance | |

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need Information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why, more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

**In case of Errors or Questions About Your Bill:**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**FINANCE CHARGES:** Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**TD Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 3 of 9 |
| Statement Period: | Jun 08 2021-Jul 07 2021 |
| Cust Ref #: | ,:-----***|
| Primary Account #: | ,1383 |

---

### DAILY ACCOUNT ACTIVITY

#### Electronic Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/15 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 061521 ATM CHECK DEPOSI<br>1 WEST ROAD         NEWTOWN        * PA | 10,200.00 |
| 06/22 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 062221 ATM CHECK DEPOSI<br>1 WEST ROAD         NEWTOWN        * PA | 2,462.73 |
| 06/24 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 062421 ATM CHECK DEPOSI<br>1 WEST ROAD         NEWTOWN        * PA | 3,000.00 |
| 06/28 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 062821 ATM CHECK DEPOSI<br>1 WEST ROAD         NEWTOWN        * PA | 6,055.55 |
| 06/30 | ACH DEPOSIT, VILLA JOSEPH MAR PAYROLL ****8100025102X | 645.49 |
| 06/30 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 062921 ATM CHECK DEPOSI<br>1064 SECOND STREET PIKE    RICHBORO       * PA | 11,233.33 |
| 07/02 | ATM CHECK DEPOSIT, *****30090709940<br>AUT 070221 ATM CHECK DEPOSI<br>1 WEST ROAD         NEWTOWN        * PA | 6.60 |
| 07/07 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 070721 ATM CHECK DEPOSI<br>1 WEST ROAD         NEWTOWN        * PA | 310.00 |

Subtotal: 38,036.08

---

#### Checks Paid     No. Checks: 3     *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 07/07 | 117 | 223.91 | 07/02 | 63022* | 17,186.92 |
| 07/02 | 123* | 2,550.00 | | | |

Subtotal: 19,960.83

---

#### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/08 | DEBIT CARD PURCHASE, *****30088471644, AUT 060721 VISA DDA PUR<br>MCCAFFREYS NEWTOWN        NEWTOWN        * PA | 40.26 |
| 06/08 | DEBIT POS, *****30090709940, AUT 060821 DDA PURCHASE<br>MCCAFFREYS NEWTOWN MARKE    NEWTOWN        * PA | 26.49 |
| 06/08 | DEBIT CARD PURCHASE, *****30088471644, AUT 060621 VISA DDA PUR<br>ACME 4913         NEWTOWN        * PA | 19.99 |
| 06/09 | ACH DEBIT, ATT PAYMENT ****55011EPAYO | 371.00 |
| 06/09 | DEBIT CARD PURCHASE, *****30088471644, AUT 060721 VISA DDA PUR<br>ROCCOS AT THE BRICK    NEWTOWN        * PA | 205.25 |
| 06/09 | TD ATM DEBIT, *****30088471644, AUT 060921 DDA WITHDRAW<br>1 WEST ROAD         NEWTOWN        * PA | 200.00 |
| 06/09 | DEBIT CARD PURCHASE, *****30088471644, AUT 060821 VISA DDA PUR<br>MARATHON GRILL 16TH      PHILADELPHIA  * PA | 60.22 |

---

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Page:                                     4 of 9
Statement Period:    Jun 08 2021-Jul 07 2021
Cust Ref #:
Primary Account #:                        1383

---

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/09 | ELECTRONIC PMT-WEB, PECO ENERGY COMP BILLPAY PECO ENERGY COM | 41.85 |
| 06/09 | DEBIT CARD PURCHASE, *****30088471644, AUT 060721 VISA DDA PUR NORMAN S 36        NEWTOWN      * PA | 5.93 |
| 06/10 | DEBIT CARD PURCHASE, *****30088471644, AUT 060921 VISA DDA PUR MCCAFFREYS NEWTOWN      NEWTOWN     * PA | 62.83 |
| 06/10 | TD ATM DEBIT, *****30090709940, AUT 061021 DDA WITHDRAW 1 WEST ROAD        NEWTOWN      * PA | 60.00 |
| 06/10 | DEBIT CARD PURCHASE, *****30090709940, AUT 060821 VISA DDA PUR CHICK FIL A  01411      NEWTOWN     * PA | 4.55 |
| 06/11 | ACH DEBIT, AUDI FINCL, TEL. RETRY PYMT PTEL****279496 | 783.31 |
| 06/11 | ACH DEBIT, AUDI FINCL, TEL. TEL  DEBIT PTEL****279496 | 783.31 |
| 06/11 | DEBIT POS, *****30090709940, AUT 061121 DDA PURCHASE GAP US 661        NEWTOWN      * PA | 57.52 |
| 06/11 | DEBIT POS, *****30088471644, AUT 061121 DDA PURCH W/CB RITE AID 11089      NEWTOWN     * PA | 48.99 |
| 06/11 | DEBIT CARD PURCHASE, *****30088471644, AUT 061021 VISA DDA PUR MCCAFFREYS NEWTOWN      NEWTOWN     * PA | 24.12 |
| 06/14 | DEBIT POS, *****30090709940, AUT 061221 DDA PURCHASE TARGET T 2331 E LINCO    LANGHORNE    * PA | 287.66 |
| 06/14 | DEBIT CARD PURCHASE, *****30088471644, AUT 061221 VISA DDA PUR MCCAFFREYS NEWTOWN      NEWTOWN     * PA | 205.20 |
| 06/14 | DEBIT CARD PURCHASE, *****30088471644, AUT 061221 VISA DDA PUR WINE AND SPIRITS 0943    NEWTOWN     * PA | 156.76 |
| 06/14 | DEBIT CARD PURCHASE, *****30090709940, AUT 061221 VISA DDA PUR DAVID J WITCHELL      NEWTOWN     * PA | 75.00 |
| 06/14 | DEBIT CARD PURCHASE, *****30088471644, AUT 061121 VISA DDA PUR MEGLIOS PIZZA        NEWTOWN      * PA | 51.03 |
| 06/14 | DEBIT CARD PURCHASE, *****30088471644, AUT 061021 VISA DDA PUR EXXONMOBIL   47402706    NEWTOWN     * PA | 46.00 |
| 06/14 | DEBIT CARD PURCHASE, *****30088471644, AUT 061221 VISA DDA PUR MCCAFFREYS NEWTOWN      NEWTOWN     * PA | 18.01 |
| 06/14 | DEBIT CARD PURCHASE, *****30088471644, AUT 061221 VISA DDA PUR SMITH S ACE HRDW NEWTOWN   NEWTOWN    * PA | 5.29 |
| 06/15 | DEBIT CARD PURCHASE, *****30088471644, AUT 061421 VISA DDA PUR BP 1923903MAPLES SHADE B   MAPLE SHADE  * NJ | 67.85 |
| 06/15 | DEBIT CARD PURCHASE, *****30088471644, AUT 061421 VISA DDA PUR CVS PHARMACY  07189     NEWTOWN     * PA | 48.02 |
| 06/15 | DEBIT POS, *****30090709940, AUT 061521 DDA PURCHASE LUKOIL 69722        NEWTOWN      * PA | 40.00 |
| 06/16 | ACH DEBIT, APPEL ORTHODONTI PAYMENT ****00000040719 | 156.50 |
| 06/16 | DEBIT CARD PURCHASE, *****30090709940, AUT 061421 VISA DDA PUR LA STALLA RESTAURANT     NEWTOWN     * PA | 109.96 |

---

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**TD Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Page:                                           5 of 9
Statement Period:      Jun 08 2021-Jul 07 2021
Cust Ref #:
Primary Account #:                              1383

---

### DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/16 | DEBIT POS, *****30090709940, AUT 061621 DDA PURCHASE<br>MCCAFFREYS NEWTOWN MARKE   NEWTOWN        * PA | 80.95 |
| 06/16 | DEBIT CARD PURCHASE, *****30088471644, AUT 061521 VISA DDA PUR<br>CHEESECAKE PHILADELPHIA    PHILADELPHIA * PA | 44.18 |
| 06/16 | DEBIT CARD PAYMENT, *****30088471644, AUT 061521 VISA DDA PUR<br>ADOBE INC        800 8336687 * CA | 15.89 |
| 06/16 | DEBIT CARD PURCHASE, *****30088471644, AUT 061521 VISA DDA PUR<br>DUNKIN 310391        PHILADELPHIA * PA | 1.82 |
| 06/17 | DEBIT CARD PURCHASE, *****30090709940, AUT 061621 VISA DDA PUR<br>OTTER AI        HTTPSOTTER AI * CA | 49.99 |
| 06/18 | ACH DEBIT, GM FINANCIAL GMF PYMT ****2026576796 | 1,302.12 |
| 06/18 | TD ATM DEBIT, *****30088471644, AUT 061821 DDA WITHDRAW<br>1 WEST ROAD        NEWTOWN        * PA | 400.00 |
| 06/18 | DEBIT POS, *****30090709940, AUT 061821 DDA PURCHASE<br>ULTA 1649        NEWTOWN        * PA | 137.16 |
| 06/18 | DEBIT POS, *****30090709940, AUT 061821 DDA PURCHASE<br>BEDBATH BEYOND 20 WEST    NEWTOWN        * PA | 133.53 |
| 06/18 | DEBIT CARD PURCHASE, *****30090709940, AUT 061721 VISA DDA PUR<br>SQ  FAMILY SOLUTION      877 417 4551 * MD | 125.00 |
| 06/18 | TD ATM DEBIT, *****30090709940, AUT 061821 DDA WITHDRAW<br>1 WEST ROAD        NEWTOWN        * PA | 100.00 |
| 06/18 | DEBIT CARD PAYMENT, *****30088471644, AUT 061721 VISA DDA PUR<br>SXM SIRIUSXM COM ACCT    888 635 5144 * NY | 42.48 |
| 06/21 | DEBIT CARD PAYMENT, *****30088471644, AUT 061921 VISA DDA PUR<br>STATE FARM INSURANCE   800 956 6310  * IL | 545.64 |
| 06/21 | DEBIT POS, *****30090709940, AUT 062121 DDA PURCHASE<br>MACY S   680 W DEKALB    KING OF PRUSS * PA | 425.00 |
| 06/21 | DEBIT CARD PURCHASE, *****30088471644, AUT 061821 VISA DDA PUR<br>THE RIVER HOUSE AT ODETT   NEW HOPE    * PA | 316.29 |
| 06/21 | DEBIT CARD PURCHASE, *****30088471644, AUT 061921 VISA DDA PUR<br>BARELIS BY THE SEA        SPRING LAKE * NJ | 231.93 |
| 06/21 | DEBIT POS, *****30088471644, AUT 062021 DDA PURCH W/CB<br>ACME 4913        NEWTOWN        * PA | 204.62 |
| 06/21 | DEBIT POS, *****30088471644, AUT 062021 DDA PURCHASE<br>MCCAFFREYS NEWTOWN MARKE   NEWTOWN        * PA | 166.98 |
| 06/21 | DEBIT POS, *****30090709940, AUT 062121 DDA PURCHASE<br>HOMEGOODS 550 E LANCAS    SAINT DAVIDS * PA | 129.28 |
| 06/21 | DEBIT CARD PURCHASE, *****30090709940, AUT 061821 VISA DDA PUR<br>CVS PHARMACY 07189      NEWTOWN        * PA | 83.00 |
| 06/21 | DEBIT CARD PURCHASE, *****30090709940, AUT 061821 VISA DDA PUR<br>NAIL PERFECTION  SPA    NEWTOWN        * PA | 80.00 |
| 06/21 | DEBIT POS, *****30090709940, AUT 062121 DDA PURCHASE<br>NEIMAN MA NEIMAN MARCU    KING OF PRUSS * PA | 80.00 |

---

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 6 of 9 |
| Statement Period: | Jun 08 2021-Jul 07 2021 |
| Cust Ref #: | * |
| Primary Account #: | __1383 |

---

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/21 | DEBIT CARD PURCHASE, *****30088471644, AUT 061921 VISA DDA PUR<br>SUNOCO 0557959400       TRENTON    * NJ | 52.37 |
| 06/21 | DEBIT CARD PURCHASE, *****30090709940, AUT 062021 VISA DDA PUR<br>CRAMER S BAKERY INC      YARDLEY    * PA | 40.71 |
| 06/21 | DEBIT CARD PAYMENT, *****30088471644, AUT 061821 VISA DDA PUR<br>AOL SERVICE      800 827 6364 * VA | 7.99 |
| 06/22 | ELECTRONIC PMT-WEB, NORTHWESTERN MU PAYMNT WEB ****423-02 | 398.41 |
| 06/23 | DEBIT CARD PURCHASE, *****30090709940, AUT 062221 VISA DDA PUR<br>VILLA JOSEPH MARIE HIGH   HOLLAND    * PA | 750.00 |
| 06/23 | DEBIT CARD PURCHASE, *****30090709940, AUT 062221 VISA DDA PUR<br>PORSCHE AUDI WARRINGTON    WARRINGTON  * PA | 254.34 |
| 06/23 | DEBIT CARD PURCHASE, *****30088471644, AUT 062121 VISA DDA PUR<br>LASCALAS FIRE VILLANOVA    VILLANOVA   * PA | 108.51 |
| 06/23 | DEBIT CARD PURCHASE, *****30090709940, AUT 062221 VISA DDA PUR<br>WAWA 8121   00081216   RICHBORO    * PA | 75.00 |
| 06/23 | DEBIT CARD PURCHASE, *****30088471644, AUT 062221 VISA DDA PUR<br>CONOCO HADDONFIELD      PENNSAUKEN  * NJ | 34.40 |
| 06/24 | DEBIT CARD PAYMENT, *****30088471644, AUT 062321 VISA DDA PUR<br>NEWTOWNTERMITEPESTCONTRL  215 5797378  * PA | 180.20 |
| 06/24 | DEBIT CARD PURCHASE, *****30088471644, AUT 062221 VISA DDA PUR<br>OYSTER HOUSE       PHILADELPHIA * PA | 145.42 |
| 06/24 | DEBIT CARD PURCHASE, *****30088471644, AUT 062321 VISA DDA PUR<br>LUKOIL 69722       NEWTOWN   * PA | 53.00 |
| 06/25 | DEBIT CARD PURCHASE, *****30088471644, AUT 062421 VISA DDA PUR<br>SP MAVI US       HTTPSMAVIGIYI * NY | 117.29 |
| 06/25 | DEBIT CARD PURCHASE, *****30088471644, AUT 062421 VISA DDA PUR<br>MCCAFFREYS NEWTOWN      NEWTOWN    * PA | 54.72 |
| 06/28 | DEBIT POS, *****30090709940, AUT 062821 DDA PURCHASE<br>SAMS CLUB SAM S CLUB     LANGHORNE   * PA | 269.99 |
| 06/28 | DEBIT CARD PURCHASE, *****30088471644, AUT 062521 VISA DDA PUR<br>LAWYERS REG       EGOV COM   * NJ | 259.56 |
| 06/28 | DEBIT POS, *****30088471644, AUT 062721 DDA PURCH W/CB<br>ACME 4913       NEWTOWN   * PA | 179.52 |
| 06/28 | DEBIT CARD PURCHASE, *****30088471644, AUT 062721 VISA DDA PUR<br>MCCAFFREYS NEWTOWN      NEWTOWN    * PA | 101.74 |
| 06/28 | DEBIT CARD PURCHASE, *****30090709940, AUT 062521 VISA DDA PUR<br>PICCOLO TRATTORIA AT N    215 8604247  * PA | 76.85 |
| 06/28 | DEBIT POS, *****30090709940, AUT 062821 DDA PURCH W/CB<br>MCCAFFREYS NEWTOWN MARKE   NEWTOWN     * PA | 61.50 |
| 06/28 | DEBIT CARD PURCHASE, *****30088471644, AUT 062721 VISA DDA PUR<br>SMITH S ACE HRDW NEWTOWN   NEWTOWN    * PA | 23.30 |
| 06/29 | ELECTRONIC PMT-TEL, MBFS - 8.95 D000019518 ****242345001 | 830.00 |
| 06/29 | DEBIT CARD PURCHASE, *****30088471644, AUT 062821 VISA DDA PUR<br>LUKOIL 69722       NEWTOWN   * PA | 40.20 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Page:                                        7 of 9
Statement Period:    Jun 08 2021-Jul 07 2021
Cust Ref #:                                        **
Primary Account #:                          1383

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/29 | DEBIT CARD PURCHASE, *****30090709940, AUT 062821 VISA DDA PUR<br>PETSMART 0568      FAIRLESS HILL * PA | 30.19 |
| 06/29 | ELECTRONIC PMT-TEL, REP CF MBFS D000019473 ****02101338332 | 8.95 |
| 06/30 | DEBIT CARD PURCHASE, *****30088471644, AUT 062921 VISA DDA PUR<br>RGP NATURALAWN OF AMERIC   215 6537979  * PA | 292.56 |
| 06/30 | DEBIT CARD PURCHASE, *****30088471644, AUT 062921 VISA DDA PUR<br>PTC EZ PASS AUTO RE   877 736 6727  * PA | 105.00 |
| 06/30 | DEBIT POS, *****30088471644, AUT 063021 DDA PURCH W/CB<br>MCCAFFREYS NEWTOWN MARKE   NEWTOWN    * PA | 61.27 |
| 06/30 | DEBIT CARD PURCHASE, *****30088471644, AUT 062921 VISA DDA PUR<br>SPEEDWAY 06785      RICHBORO    * PA | 34.15 |
| 06/30 | DEBIT CARD PURCHASE, *****30090709940, AUT 062821 VISA DDA PUR<br>BARNES NOBLE 2697    FAIRLESS HILL * PA | 16.18 |
| 07/02 | CCD DEBIT, IBC EDI PAYMTS PRMAX****106754 | 2,526.99 |
| 07/02 | DEBIT CARD PURCHASE, *****30088471644, AUT 070121 VISA DDA PUR<br>BOWMANS TAVERN      NEW HOPE   * PA | 163.76 |
| 07/02 | DEBIT CARD PURCHASE, *****30090709940, AUT 070121 VISA DDA PUR<br>SQ FAMILY SOLUTION    877 417 4551 * MD | 125.00 |
| 07/02 | TD ATM DEBIT, *****30090709940, AUT 070221 DDA WITHDRAW<br>1 WEST ROAD      NEWTOWN    * PA | 100.00 |
| 07/06 | ACH DEBIT, GM FINANCIAL GMF PYMT ****2026576796 | 1,274.87 |
| 07/06 | ACH DEBIT, COMCAST 8499102 050017305 0927570 | 310.41 |
| 07/06 | DEBIT CARD PURCHASE, *****30088471644, AUT 070121 VISA DDA PUR<br>INTERPARK AUTOBILL B   CHICAGO    * IL | 250.00 |
| 07/06 | DEBIT CARD PURCHASE, *****30088471644, AUT 070121 VISA DDA PUR<br>PA ATTRNY REGISTRATN FEE   877 2272672 * PA | 227.75 |
| 07/06 | DEBIT POS, *****30088471644, AUT 070521 DDA PURCH W/CB<br>ACME 4913      NEWTOWN    * PA | 198.75 |
| 07/06 | DEBIT CARD PURCHASE, *****30088471644, AUT 070521 VISA DDA PUR<br>MCCAFFREYS NEWTOWN      NEWTOWN    * PA | 179.63 |
| 07/06 | DEBIT POS, *****30088471644, AUT 070621 DDA PURCH W/CB<br>MCCAFFREYS NEWTOWN MARKE   NEWTOWN    * PA | 101.16 |
| 07/06 | DEBIT CARD PURCHASE, *****30088471644, AUT 070321 VISA DDA PUR<br>LUKOIL 69722      NEWTOWN    * PA | 75.00 |
| 07/06 | DEBIT POS, *****30088471644, AUT 070321 DDA PURCH W/CB<br>TARGET T 455 CARNEGIE    MALVERN    * PA | 60.61 |
| 07/06 | DEBIT POS, *****30088471644, AUT 070621 DDA PURCH W/CB<br>CVS PHARMACY 07 07189   WRIGHTSTOWN  * PA | 50.00 |
| 07/06 | DEBIT CARD PURCHASE, *****30090709940, AUT 070321 VISA DDA PUR<br>CHIPOTLE ONLINE      CHIPOTLE COM * CA | 15.69 |


**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 8 of 9 |
| Statement Period: | Jun 08 2021-Jul 07 2021 |
| Cust Ref #: | * |
| Primary Account #: | I383 |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/06 | DEBIT CARD PURCHASE, *****30090709940, AUT 070221 VISA DDA PUR<br>NEWTOWN VALLEY CLEANERS    NEWTOWN    * PA | 12.50 |
| 07/07 | TD ATM DEBIT, *****30088471644, AUT 070721 DDA WITHDRAW<br>1 WEST ROAD         NEWTOWN    * PA | 200.00 |
| 07/07 | DEBIT CARD PURCHASE, *****30088471644, AUT 070521 VISA DDA PUR<br>ACME 4913         NEWTOWN    * PA | 12.71 |
| | Subtotal: | 19,306.91 |

---

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 06/07 | 1,969.15 | 06/22 | 9,496.02 |
| 06/08 | 1,882.41 | 06/23 | 8,273.77 |
| 06/09 | 2,982.16 | 06/24 | 10,895.15 |
| 06/10 | 2,854.78 | 06/25 | 10,723.14 |
| 06/11 | 2,609.53 | 06/28 | 15,806.23 |
| 06/14 | 1,764.58 | 06/29 | 14,896.89 |
| 06/15 | 12,495.09 | 06/30 | 26,266.55 |
| 06/16 | 12,085.79 | 07/02 | 8,493.81 |
| 06/17 | 12,035.80 | 07/06 | 5,737.44 |
| 06/18 | 9,795.51 | 07/07 | 5,610.82 |
| 06/21 | 7,431.70 | | |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 9 of 9 |
| Statement Period: | Jun 08 2021-Jul 07 2021 |
| Cust Ref #: | |
| Primary Account #: | 83 |

#117          07/07          $223.91

#123          07/02          $2,550.00

#63022          07/02          $17,186.92