# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Alyse M. Johnson<br>Richard W. Johnson Jr.<br>     Debtor(s) | CHAPTER 11 |
| The Bancorp Bank, its successors and/or assigns<br>     Movant<br>vs.<br>Alyse M. Johnson<br>Richard W. Johnson Jr.<br>     Debtor(s)<br>JAMI B. NIMEROFF, ESQ.<br>     Trustee | NO. 21-10054 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection to Confirmation of The Bancorp Bank, which was filed with the Court on or about **May 11, 2021, docket number 46**.

                Respectfully submitted,

                /s/ Rebecca A. Solarz, Esq.
                _____

                Rebecca A. Solarz, Esquire
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA  19106
                Phone: (215)-627-1322

Dated: August 20, 2021