IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: RICHARD W. JOHNSON, JR. ) <br> ALYSE M. JOHNSON ) <br> **Debtors** ) <br> ) <br> ACAR LEASING LTD ) <br> d/b/a GM FINANCIAL LEASING ) <br> **Moving Party** ) <br> ) <br> v. ) <br> ) <br> RICHARD W. JOHNSON, JR. ) <br> ALYSE M. JOHNSON ) <br> **Respondent** ) <br> ) <br> UNITED STATES TRUSTEE ) <br> **Trustee** ) <br> ) | CHAPTER 11 <br><br> Case No.: 21-10054 (AMC) <br><br> **Hearing Date: 9-15-21 at 12:30 PM** <br><br> 11 U.S.C. 362 |

**ORDER VACATING THE AUTOMATIC STAY**
**AS TO PERSONAL PROPERTY**

Upon the motion of ACAR Leasing LTD d/b/a GM Financial Leasing, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's state court rights in the personal property described as a **2019 Cadillac Escalade** bearing vehicle identification number 1GYS4JKJ5KR275140 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**It is further Ordered that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3).**

Date:

**Date: September 15, 2021**

_____
UNITED STATES BANKRUPTCY JUDGE