United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10054-amc |
| Richard W. Johnson, Jr. | Chapter 11 |
| Alyse M. Johnson | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 15, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Richard W. Johnson, Jr., Alyse M. Johnson, 5 Sarah Drive, Newtown, PA 18940-4129 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2021                Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CAROL E. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue cmomjian@attorneygeneral.gov |
| DAVID B. SMITH | on behalf of Debtor Alyse M. Johnson dsmith@skhlaw.com b.dr70286@notify.bestcase.com |
| DAVID B. SMITH | on behalf of Debtor Richard W. Johnson Jr. dsmith@skhlaw.com, b.dr70286@notify.bestcase.com |
| GEORGE M. CONWAY | on behalf of U.S. Trustee United States Trustee george.m.conway@usdoj.gov |
| JAMI B. NIMEROFF, ESQ. | jnimeroff@bmnlawyers.com cjones@bmnlawyers.com;cjn11@trustesolutions.net |
| MATTHEW E. K. HOWATT | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 15, 2021 | Form ID: pdf900 | Total Noticed: 1 |

    on behalf of Creditor United States of America on behalf of IRS matthew.howatt@usdoj.gov JFiguero@usa.doj.gov;CaseView.ECF@usdoj.gov

REBECCA ANN SOLARZ
    on behalf of Creditor The Bancorp Bank bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: RICHARD W. JOHNSON, JR. ) | |
|     ALYSE M. JOHNSON ) | |
|     **Debtors** ) | CHAPTER 11 |
| ) | |
| ACAR LEASING LTD ) | Case No.: 21-10054 (AMC) |
| d/b/a GM FINANCIAL LEASING ) | |
|     **Moving Party** ) | |
| ) | **Hearing Date: 9-15-21 at 12:30 PM** |
|   v. ) | |
| ) | 11 U.S.C. 362 |
| RICHARD W. JOHNSON, JR. ) | |
| ALYSE M. JOHNSON ) | |
|     **Respondent** ) | |
| ) | |
| UNITED STATES TRUSTEE ) | |
|     **Trustee** ) | |
| ) | |

## ORDER VACATING THE AUTOMATIC STAY
## AS TO PERSONAL PROPERTY

    Upon the motion of ACAR Leasing LTD d/b/a GM Financial Leasing, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

    ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's state court rights in the personal property described as a **2019 Cadillac Escalade** bearing vehicle identification number 1GYS4JKJ5KR275140 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

    **It is further Ordered that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3).**

Date:

**Date: September 15, 2021**

_____
UNITED STATES BANKRUPTCY JUDGE