# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Richard W. Johnson, Jr., and<br>Alyse M. Johnson,<br>　　　　Debtors. | 21-10054 (AMC)<br>Chapter 11 |

### REMOTE WITNESS LIST OF THE UNITED STATES TRUSTEE
### FOR HEARING SCHEDULED ON NOVEMEBR  18, 2021

A.  Name of Remote Witnesses:

　　　Richard W. Johnson, Jr.

B.  Summary of Testimony:

　　　Witness to testify generally as to his and his family past, present and future finances, particularly as to his historic, current and prospective family and business income, his historic, current and prospective business and family expenses, his historic, current and prospective business and family income taxes, and is current and anticipated business and family debts and liabilities.  Further, to testify about the funding and feasibility of the Debtors' proposed Plan of reorganization, and prospectus on Debtors' ability to address payments to creditors, income and expenses going forward.

C.  Witness Email:  Unknown

D.  Location of Witness:  Unknown

E.  Place of Witness at Time of Testimony:  Unknown

F.  Persons in Room with Witness at Time of Testimony:  Unknown

G. Documents Other than Those Set Forth on Exhibit List which Witness will Have Access: Unknown.

|  |  |
|---|---|
|  | Respectfully submitted, |
| September 27, 2021 | **Andrew R. Vara**<br>**UNITED STATES TRUSTEE**<br>**For Regions 3 and 9** |
|  | **BY:** */s/ George M. Conway*<br>George M. Conway, Esquire<br>Trial Attorney<br>Suite 502, U S Customs House<br>200 Chestnut Street<br>Philadelphia, PA 19106<br>Tel: 215-597-8418 |