**Fill in this information to identify the case:**

Debtor Name  Richard and Alyse Johnson

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number: 21-10054

☐ Check if this is an
amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month:      July                                    Date report filed:  07/20/2021
                                                                        MM / DD / YYYY

Line of business:  Attorney                         NAISC code:  _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury
that I have examined the following small business monthly operating report and the accompanying
attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:        Richard W. Johnson, Jr.

Original signature of responsible party   _____

Printed name of responsible party   _Richard W. Johnson, Jr._

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Richard and Alyse Johnson                                    Case number  21-10054

17. Have you paid any bills you owed before you filed bankruptcy?    ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.    $ 9,235.33

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C.* Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C.*

    Report the total from *Exhibit C* here.    $ 40,357.84

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D.* List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D.*    – $ 40,212.13

    Report the total from *Exhibit D* here.

22. ~~Net cash flow~~

    ~~Subtract line~~ 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit.*    + $ 145.71

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.    = $ 9,381.04

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E.* Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ 4,417.50

    *(Exhibit E)*

Debtor Name  Richard and Alyse Johnson          Case number  21-10054

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25.  **Total receivables**                                                    $ _____0.00_____

    *(Exhibit F)*

## 5. Employees

26.  What was the number of employees when the case was filed?                          0

27.  What is the number of employees as of the date of this monthly report?              0

## 6. Professional Fees

28.  How much have you paid this month in professional fees related to this bankruptcy case?      $ _____0.00_____

29.  How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _____0.00_____

30.  How much have you paid this month in other professional fees?                        $ _____0.00_____

31.  How much have you paid in total other professional fees since filing the case?             $ _____0.00_____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* | | *Column B* | | *Column C* |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32.  **Cash receipts** | $ 35,000.00 | − | $ 40,357.84 | = | $ -5,357.84 |
| 33.  **Cash disbursements** | $ 34,000.00 | − | $ 40,212.13 | = | $ -6,212.13 |
| 34.  **Net cash flow** | $ 1,000.00 | − | $ 145.71 | = | $ 854.29 |

35.  Total projected cash receipts for the next month:                      $ 35,000.00

36.  Total projected cash disbursements for the next month:                 − $ 34,000.00

37.  Total projected net cash flow for the next month:                      = $ 1,000.00

Debtor Name  Richard and Alyse Johnson                              Case number 21-10054

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

**<u>Exhibit A – N/A</u>**

**EXHIBIT  B**

10.    Husband is an attorney who maintains an active IOLTA account in PA and an Attorney Trust Account in NJ.

**Exhibit C**

Transaction - Last month
7/1/2021 through 7/31/2021

| Date | Account | Num | Description | Category | Amount |
|------|---------|-----|-------------|----------|--------|
| 7/2/2021 | TD Checking | DEP | Deposit | Income (RWJ) | 3,040.00 |
| 7/2/2021 | TD Checking | DEP | Deposit | Income (RWJ) | 1,833.33 |
| 7/2/2021 | TD Checking | DEP | Deposit | Income - Dividend | 6.60 |
| 7/7/2021 | TD Checking | DEP | Deposit | Income (RWJ) | 310.00 |
| 7/8/2021 | TD Checking | DEP | Deposit | Income (RWJ) | 2,667.00 |
| 7/13/2021 | TD Checking | ATM | Sam's Club | Refund (Not Income) | 6.36 |
| 7/13/2021 | TD Checking | DEP | Deposit | Income (RWJ) | 1,000.00 |
| 7/15/2021 | TD Checking | DEP | Deposit | Paycheck (AMJ) | 958.24 |
| 7/15/2021 | TD Checking | DEP | Deposit | Income (RWJ) | 11,633.33 |
| 7/16/2021 | TD Checking | DEP | Deposit | Income (RWJ) | 4,167.00 |
| 7/22/2021 | TD Checking | DEP | Deposit | Income (RWJ) | 7,540.00 |
| 7/23/2021 | TD Checking | DEP | Deposit | Income (RWJ) | 267.00 |
| 7/27/2021 | TD Checking | DEP | Deposit | Income (RWJ) | 1,860.17 |
| 7/28/2021 | TD Checking | DEP | Deposit | Income (RWJ) | 900.00 |
| 7/30/2021 | TD Checking | DEP | Deposit | Paycheck (AMJ) | 906.31 |
| 7/30/2021 | TD Checking | DEP | Deposit | Income (RWJ) | 3,262.50 |
| **7/1/2021 - 7/31/2021** | | | | | **40,357.84** |

|  | |
|--|--|
| **TOTAL INFLOWS** | **40,357.84** |
| **TOTAL OUTFL...** | **0.00** |

Transaction - Last month
7/1/2021 through 7/31/2021

8/19/2021

| Date | Account | Num | Description | Category | Amount |
|------|---------|-----|-------------|----------|--------|
|      |         |     |             | **NET TOTAL** | **40,357.84** |

**<u>Exhibit D</u>**

Transaction - Last month
7/1/2021 through 7/31/2021

8/19/2021

Page 1

| Date | Account | Num | Description | Category | Amount |
|------|---------|-----|-------------|----------|--------|
| 7/1/2021 | TD Chec... | EFT | Independence Blue C... | Health Insurance | -2,526.99 |
| 7/2/2021 | TD Chec... | ATM | Bowman's Tavern | Business Meals | -163.76 |
| 7/2/2021 | TD Chec... | ATM | Family Solutions | Medical Care | -125.00 |
| 7/2/2021 | TD Chec... | ATM | ATM Withdrawal | Cash | -100.00 |
| 7/2/2021 | TD Chec... | 123 | Richard W. Johnson, III | College Expenses | -2,550.00 |
| 7/6/2021 | TD Chec... | EFT | GM Financial | Auto:Lease (Business) | -1,274.87 |
| 7/6/2021 | TD Chec... | EFT | Comcast | Cable And Internet | -310.41 |
| 7/6/2021 | TD Chec... | ATM | Interpark | Parking | -250.00 |
| 7/6/2021 | TD Chec... | ATM | PA Attorney Registrat... | Professional Licenses | -227.75 |
| 7/6/2021 | TD Chec... | ATM | Acme | Groceries | -198.75 |
| 7/6/2021 | TD Chec... | ATM | McCaffreys | Groceries | -179.63 |
| 7/6/2021 | TD Chec... | ATM | McCaffreys | Groceries | -101.16 |
| 7/6/2021 | TD Chec... | ATM | Lukoil | Auto:Fuel | -75.00 |
| 7/6/2021 | TD Chec... | ATM | CVS Pharmacy | Pharmacy | -50.00 |
| 7/6/2021 | TD Chec... | ATM | Chipotle | Food | -15.69 |
| 7/6/2021 | TD Chec... | ATM | Valley Cleaners | Dry Cleaning | -12.50 |
| 7/7/2021 | TD Chec... | ATM | ATM Withdrawal | Cash | -200.00 |
| 7/7/2021 | TD Chec... | ATM | Acme | Groceries | -12.71 |
| 7/8/2021 | TD Chec... | ATM | Vigilante's Liberty | Auto:Fuel | -43.00 |
| 7/8/2021 | TD Chec... | ATM | CVS Pharmacy | Pharmacy | -22.37 |
| 7/9/2021 | TD Chec... | EFT | AT&T Wireless | Cell Phone | -423.96 |
| 7/9/2021 | TD Chec... | EFT | PECO | Electric | -356.40 |

Transaction - Last month
7/1/2021 through 7/31/2021

8/19/2021                                                                    Page 2

| Date | Account | Num | Description | Category | Amount |
|------|---------|-----|-------------|----------|--------|
| 7/9/2021 | TD Chec... | ATM | Natural Lawn | Home:Services - Maintenance | -156.88 |
| 7/9/2021 | TD Chec... | ATM | Rocco's | Food | -98.15 |
| 7/9/2021 | TD Chec... | ATM | McCaffreys | Groceries | -55.09 |
| 7/9/2021 | TD Chec... | ATM | Meglio's Pizza | Food | -51.67 |
| 7/12/2021 | TD Chec... | EFT | PECO | Electric | -360.00 |
| 7/12/2021 | TD Chec... | EFT | La Stalla | Business Meals | -263.78 |
| 7/12/2021 | TD Chec... | ATM | Sam's Club | Groceries | -217.52 |
| 7/12/2021 | TD Chec... | ATM | Millevoi Brothers | Auto:Repair | -205.66 |
| 7/12/2021 | TD Chec... | ATM | Acme | Groceries | -155.10 |
| 7/12/2021 | TD Chec... | ATM | ATM Withdrawal | Cash | -140.00 |
| 7/12/2021 | TD Chec... | ATM | La Stalla | Business Meals | -123.12 |
| 7/12/2021 | TD Chec... | ATM | Bloomingdales | Clothing | -80.85 |
| 7/12/2021 | TD Chec... | EFT | Verizon | Phone | -80.00 |
| 7/12/2021 | TD Chec... | ATM | McCaffreys | Groceries | -71.44 |
| 7/12/2021 | TD Chec... | ATM | Dick's Sporting Goods | Clothing | -63.58 |
| 7/12/2021 | TD Chec... | ATM | Target | Housewares | -37.10 |
| 7/12/2021 | TD Chec... | ATM | Amazon | Housewares | -37.10 |
| 7/12/2021 | TD Chec... | ATM | Homegoods | Housewares | -34.93 |
| 7/12/2021 | TD Chec... | ATM | Acme | Groceries | -7.99 |
| 7/13/2021 | TD Chec... | ATM | Amazon | Home:Home Improvement | -65.69 |
| 7/13/2021 | TD Chec... | ATM | Nordstrom Rack | Clothing | -60.88 |
| 7/13/2021 | TD Chec... | ATM | Lukoil | Auto:Fuel | -25.14 |
| 7/14/2021 | TD Chec... | ATM | Cheesecake Factory | Business Meals | -72.46 |

Transaction - Last month
7/1/2021 through 7/31/2021

| Date | Account | Num | Description | Category | Amount |
|---|---|---|---|---|---|
| 7/15/2021 | TD Chec... | ATM | McCaffreys | Groceries | -171.78 |
| 7/16/2021 | TD Chec... | 124 | Allegro Credit | Payment | -736.25 |
| 7/16/2021 | TD Chec... | ATM | Natural Lawn | Home:Services - Maintenance | -207.76 |
| 7/16/2021 | TD Chec... | ATM | Appel Orthodontics | Medical Care | -156.50 |
| 7/16/2021 | TD Chec... | ATM | Family Solutions | Medical Care | -125.00 |
| 7/16/2021 | TD Chec... | ATM | David J. Witchell | Personal Care:Hair | -75.00 |
| 7/16/2021 | TD Chec... | ATM | McCaffreys | Groceries | -16.63 |
| 7/16/2021 | TD Chec... | ATM | Adobe | Office Expenses (Business) | -15.89 |
| 7/19/2021 | TD Chec... | ATM | Rocco's | Food | -121.35 |
| 7/19/2021 | TD Chec... | ATM | Staples | Office Supplies | -109.95 |
| 7/19/2021 | TD Chec... | ATM | Vigilante's Liberty | Auto:Fuel | -54.00 |
| 7/19/2021 | TD Chec... | ATM | Dominick's Pizza | Food | -52.31 |
| 7/19/2021 | TD Chec... | EFT | Sirius/XM | Auto:Radio | -42.48 |
| 7/19/2021 | TD Chec... | ATM | Exxon/Mobil | Auto:Fuel | -34.00 |
| 7/19/2021 | TD Chec... | ATM | Riehls Baked Goods | Groceries | -27.54 |
| 7/19/2021 | TD Chec... | ATM | Chipotle | Food | -13.31 |
| 7/20/2021 | TD Chec... | ATM | McCaffreys | Groceries | -83.71 |
| 7/20/2021 | TD Chec... | ATM | Wawa | Auto:Fuel | -69.27 |
| 7/20/2021 | TD Chec... | ATM | Lukoil | Auto:Fuel | -26.79 |
| 7/20/2021 | TD Chec... | ATM | Nintendo | Games | -21.19 |
| 7/20/2021 | TD Chec... | ATM | Cold Spring | Groceries | -19.00 |
| 7/20/2021 | TD Chec... | EFT | AOL | Internet Service | -7.99 |
| 7/21/2021 | TD Chec... | EFT | State Farm | Auto:Insurance | -545.64 |

Transaction - Last month
7/1/2021 through 7/31/2021

8/19/2021

Page 4

| Date | Account | Num | Description | Category | Amount |
|------|---------|-----|-------------|----------|--------|
| 7/21/2021 | TD Chec... | ATM | Target | Housewares | -194.41 |
| 7/21/2021 | TD Chec... | ATM | Rocco's | Food | -43.00 |
| 7/21/2021 | TD Chec... | ATM | Acme | Groceries | -12.48 |
| 7/22/2021 | TD Chec... | EFT | Northwesten Mutual L... | Life Insurance | -418.38 |
| 7/22/2021 | TD Chec... | ATM | Kenrich Mechanical | Home:Services - Maintenance | -234.00 |
| 7/22/2021 | TD Chec... | ATM | CVS Pharmacy | Pharmacy | -72.58 |
| 7/22/2021 | TD Chec... | ATM | McCaffreys | Groceries | -14.64 |
| 7/23/2021 | TD Chec... | 125 | PA Dept. Of Revenue | State Tax:2021 Estimated | -600.00 |
| 7/23/2021 | TD Chec... | ATM | ATM Withdrawal | Cash | -140.00 |
| 7/23/2021 | TD Chec... | ATM | Wawa | Auto:Fuel | -75.00 |
| 7/23/2021 | TD Chec... | ATM | Acme | Groceries | -71.94 |
| 7/23/2021 | TD Chec... | ATM | Bowman's Tavern | Food | -60.34 |
| 7/23/2021 | TD Chec... | ATM | Piccolo Trattoria | Food | -54.59 |
| 7/23/2021 | TD Chec... | ATM | Penn Medicine | Medical Care | -40.00 |
| 7/23/2021 | TD Chec... | ATM | Rite Aid | Pharmacy | -37.60 |
| 7/23/2021 | TD Chec... | ATM | McCaffreys | Groceries | -38.92 |
| 7/23/2021 | TD Chec... | ATM | Chick Fil A | Food | -16.32 |
| 7/26/2021 | TD Chec... | ATM | LaScala's | Food | -118.02 |
| 7/26/2021 | TD Chec... | ATM | Langhorne Diner | Food | -51.09 |
| 7/26/2021 | TD Chec... | ATM | Nothing Bundt Cakes | Groceries | -32.74 |
| 7/26/2021 | TD Chec... | ATM | Meglio's Pizza | Food | -27.03 |
| 7/26/2021 | TD Chec... | ATM | Chick Fil A | Food | -19.58 |
| 7/27/2021 | TD Chec... | ATM | McCaffreys | Groceries | -61.46 |

Transaction - Last month
7/1/2021 through 7/31/2021

8/19/2021 Page 5

| Date | Account | Num | Description | Category | Amount |
|------|---------|-----|-------------|----------|--------|
| 7/27/2021 | TD Chec... | ATM | Sunoco | Auto:Fuel | -50.00 |
| 7/27/2021 | TD Chec... | ATM | McCaffreys | Groceries | -25.42 |
| 7/27/2021 | TD Chec... | ATM | Barnes & Noble | Shopping:Books | -16.21 |
| 7/28/2021 | TD Chec... | ATM | Bill's Steaks & Hoagies | Food | -22.60 |
| 7/28/2021 | TD Chec... | ATM | MBFS | Auto:Lease | -850.00 |
| 7/29/2021 | TD Chec... | EFT | Audi Financial | Auto:Lease | -783.31 |
| 7/29/2021 | TD Chec... | EFT | Verizon | Phone | -60.00 |
| 7/29/2021 | TD Chec... | ATM | Cheesecake Factory | Business Meals | -56.93 |
| 7/29/2021 | TD Chec... | ATM | MBFS | Auto:Lease | -8.95 |
| 7/30/2021 | TD Chec... | EFT | The Bancorp Bank | Home:Mortgage | -17,186.92 |
| 7/30/2021 | TD Chec... | EFT | IRS | Fed Tax:2021 Estimated | -4,000.00 |
| 7/30/2021 | TD Chec... | ATM | Family Solutions | Medical Care | -125.00 |
| 7/30/2021 | TD Chec... | ATM | Taormina's Pizza | Food | -45.32 |
| 7/30/2021 | TD Chec... | ATM | Bucks Co. Racquet Cl... | Lessons | -44.00 |
| 7/30/2021 | TD Chec... | ATM | Wawa | Auto:Fuel | -39.07 |
| 7/30/2021 | TD Chec... | ATM | Exxon/Mobil | Auto:Fuel | -36.00 |
| 7/30/2021 | TD Chec... | ATM | Chick Fil A | Food | -10.86 |
| **7/1/2021 - 7/31/2021** | | | | | **-40,212.13** |

| TOTAL INFL... | 0.00 |
|---------------|------|

| TOTAL OUTF... | -40,212.13 |
|----------------|------------|

Transaction - Last month
7/1/2021 through 7/31/2021

| Date | Account | Num | Description | Category | Amount |
|------|---------|-----|-------------|----------|--------|
|      |         |     |             | **NET TOTAL** | **-40,212.13** |

## EXHIBIT E

1.  **$4,417.50 Allegro Credit**:   Allegro had refused to accept payment directly from debtors. However, Allegro has agreed to accept payments through its counsel. Payments resumed this month (July 2021)

 **Bank**
America's Most Convenient Bank®

E    STATEMENT OF ACCOUNT



RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA
5 SARAH DRIVE
NEWTOWN PA 18940

| | |
|---|---|
| Page: | 1 of 9 |
| Statement Period: | Jul 08 2021-Aug 07 2021 |
| Cust Ref #: | |
| Primary Account #: | 1383 |

### Overdraft Policy Change Effective August 6, 2021

The following change applies only to Commercial and Small Business Checking Accounts and Money Market Accounts with check access: TD is making changes to reduce Customer overdraft fees: Instead of charging an overdraft fee if you overdraw your account by greater than $5, you may now overdraw your account by up to $10 without TD charging you an overdraft fee.

Overdraft fees apply to a maximum of five (5) items per day per account and this will remain unchanged. For Business Checking accounts on Account Analysis Billing, all overdrafts, regardless of volume, are billed through Account Analysis. Please contact your Treasury Management Officer for further details.

### Chapter 11 Checking

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Account #    '83

---

ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 5,610.82 | Average Collected Balance | 10,949.01 |
| Deposits | 7,607.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 32,931.91 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 21,573.17 | Days in Period | 31 |
| Electronic Payments | 19,862.64 | | |
| Ending Balance | 4,713.92 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $0.00 | $70.00 |

---

DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/16 | DEPOSIT | 4,167.00 |
| 08/06 | DEPOSIT | 3,440.00 |
| | Subtotal: | 7,607.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/08 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 070821 ATM CHECK DEPOSI<br>1 WEST ROAD          NEWTOWN      * PA | 2,667.00 |
| 07/13 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 071221 ATM CHECK DEPOSI<br>1 WEST ROAD          NEWTOWN      * PA | 1,000.00 |
| 07/13 | DEBIT CARD CREDIT, *****30090709940, AUT 071121 VISA DDA REF<br>SAMS CLUB  6693      LANGHORNE      * PA | 6.36 |
| 07/15 | ACH DEPOSIT, VILLA JOSEPH MAR PAYROLL ****3000038309X | 958.24 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| ① Ending Balance | | 4,713.92 |
| ② Total Deposits | + | |
| ③ Sub Total | | |
| ④ Total Withdrawals | - | |
| ⑤ Adjusted Balance | | |

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ② |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ④ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Page:                                                3 of 9
Statement Period:      Jul 08 2021-Aug 07 2021
Cust Ref #:                                       -E-***
Primary Account #:                             ·1383

---

## DAILY ACCOUNT ACTIVITY

### Electronic Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/15 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 071521 ATM CHECK DEPOSI<br>1 WEST ROAD          NEWTOWN      * PA | 11,633.33 |
| 07/22 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 072221 ATM CHECK DEPOSI<br>1 WEST ROAD          NEWTOWN      * PA | 7,540.00 |
| 07/23 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 072321 ATM CHECK DEPOSI<br>1 WEST ROAD          NEWTOWN      * PA | 267.00 |
| 07/27 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 072721 ATM CHECK DEPOSI<br>1 WEST ROAD          NEWTOWN      * PA | 1,860.17 |
| 07/28 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 072821 ATM CHECK DEPOSI<br>1064 SECOND STREET PIKE   RICHBORO   * PA | 900.00 |
| 07/30 | ACH DEPOSIT, VILLA JOSEPH MAR PAYROLL ****8500029964X | 906.31 |
| 07/30 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 072921 ATM CHECK DEPOSI<br>1 WEST ROAD          NEWTOWN      * PA | 3,262.50 |
| 08/04 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 080421 ATM CHECK DEPOSI<br>1 WEST ROAD          NEWTOWN      * PA | 1,931.00 |
| | Subtotal: | 32,931.91 |

### Checks Paid    No. Checks: 5

*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 07/08 | 118 | 500.00 | 08/05 | 126 | 2,550.00 |
| 07/22 | 124* | 736.25 | 08/02 | 63021* | 17,186.92 |
| 08/03 | 125 | 600.00 | | | |
| | | | | Subtotal: | 21,573.17 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/08 | ELECTRONIC CK PMT-ARC, KCSPC ST. LOUIS PAYMENT 0119 | 4,000.00 |
| 07/08 | DEBIT CARD PURCHASE, *****30088471644, AUT 070621 VISA DDA PUR<br>VIGILANTES LIBERTY     BENSALEM    * PA | 43.00 |
| 07/08 | DEBIT CARD PURCHASE, *****30090709940, AUT 070721 VISA DDA PUR<br>CVS PHARMACY 07189     NEWTOWN     * PA | 22.37 |
| 07/09 | ACH DEBIT, ATT PAYMENT ****20011EPAYS | 423.96 |
| 07/09 | ELECTRONIC PMT-WEB, PECO ENERGY COMP BILLPAY PECO ENERGY<br>COM | 356.40 |
| 07/09 | DEBIT CARD PURCHASE, *****30088471644, AUT 070821 VISA DDA PUR<br>RGP NATURALAWN OF AMERIC   215 6537979   * PA | 156.88 |

---

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 4 of 9 |
| Statement Period: | Jul 08 2021-Aug 07 2021 |
| Cust Ref #: | -E-*** |
| Primary Account #: | 1383 |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/09 | DEBIT CARD PURCHASE, *****30088471644, AUT 070721 VISA DDA PUR<br>ROCCOS AT THE BRICK       NEWTOWN       * PA | 98.15 |
| 07/09 | DEBIT POS, *****30088471644, AUT 070921 DDA PURCH W/CB<br>MCCAFFREYS NEWTOWN MARKE   NEWTOWN       * PA | 55.09 |
| 07/09 | DEBIT CARD PURCHASE, *****30090709940, AUT 070821 VISA DDA PUR<br>MEGLIOS PIZZA       NEWTOWN       * PA | 51.67 |
| 07/12 | ELECTRONIC PMT-WEB, PECO ENERGY COMP BILLPAY PECO ENERGY<br>COM | 360.00 |
| 07/12 | DEBIT CARD PURCHASE, *****30088471644, AUT 070921 VISA DDA PUR<br>LA STALLA RESTAURANT       NEWTOWN       * PA | 263.78 |
| 07/12 | DEBIT POS, *****30090709940, AUT 071121 DDA PURCHASE<br>SAMSCLUB 6693       LANGHORNE       * PA | 217.52 |
| 07/12 | DEBIT CARD PURCHASE, *****30088471644, AUT 070921 VISA DDA PUR<br>MILLEVOI BROTHERS RICHBO   RICHBORO       * PA | 205.66 |
| 07/12 | DEBIT POS, *****30088471644, AUT 071021 DDA PURCH W/CB<br>ACME 4913       NEWTOWN       * PA | 155.10 |
| 07/12 | TD ATM DEBIT, *****30090709940, AUT 071221 DDA WITHDRAW<br>1 WEST ROAD       NEWTOWN       * PA | 140.00 |
| 07/12 | DEBIT CARD PURCHASE, *****30088471644, AUT 071021 VISA DDA PUR<br>LA STALLA RESTAURANT       NEWTOWN       * PA | 123.12 |
| 07/12 | DEBIT POS, *****30090709940, AUT 071221 DDA PURCHASE<br>BLOOMYS  660 W DEKALB       KING OF PRUSS * PA | 80.85 |
| 07/12 | ELECTRONIC PMT-WEB, VERIZON VZ BILLPAY ****306840001 | 80.00 |
| 07/12 | DEBIT CARD PURCHASE, *****30088471644, AUT 071021 VISA DDA PUR<br>MCCAFFREYS NEWTOWN       NEWTOWN       * PA | 71.44 |
| 07/12 | DEBIT POS, *****30090709940, AUT 071221 DDA PURCHASE<br>BLOOMYS  660 W DEKALB       KING OF PRUSS * PA | 71.04 |
| 07/12 | DEBIT CARD PURCHASE, *****30090709940, AUT 071121 VISA DDA PUR<br>DICK S SPORTING GOODS       FAIRLESS HILL * PA | 63.58 |
| 07/12 | DEBIT POS, *****30090709940, AUT 071121 DDA PURCH W/CB<br>TARGET T  2331 E LINCO       LANGHORNE       * PA | 60.51 |
| 07/12 | DEBIT CARD PURCHASE, *****30088471644, AUT 071021 VISA DDA PUR<br>AMAZON COM 290IW5KC0 AMZ   AMZN COM BILL * WA | 37.10 |
| 07/12 | DEBIT POS, *****30090709940, AUT 071121 DDA PURCHASE<br>HOMEGOODS 2424 E LINCO       LANGHORNE       * PA | 34.93 |
| 07/12 | DEBIT CARD PURCHASE, *****30088471644, AUT 070821 VISA DDA PUR<br>ACME 4913       NEWTOWN       * PA | 7.99 |
| 07/13 | DEBIT CARD PURCHASE, *****30088471644, AUT 071021 VISA DDA PUR<br>AMZN MKTP US 2E19H93Z1   AMZN COM BILL * WA | 65.69 |
| 07/13 | DEBIT CARD PURCHASE, *****30090709940, AUT 071221 VISA DDA PUR<br>NORDSTROM RACK  0634       KING OF PRUSS * PA | 60.88 |
| 07/13 | DEBIT CARD PURCHASE, *****30090709940, AUT 071221 VISA DDA PUR<br>LUKOIL 69722       NEWTOWN       * PA | 25.14 |



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Page:                                    5 of 9
Statement Period:    Jul 08 2021-Aug 07 2021
Cust Ref #:                          :-***
Primary Account #:                   1383

---

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/14 | DEBIT CARD PURCHASE, *****30088471644, AUT 071321 VISA DDA PUR<br>CHEESECAKE PHILADELPHIA    PHILADELPHIA * PA | 72.46 |
| 07/15 | DEBIT POS, *****30088471644, AUT 071521 DDA PURCH W/CB<br>MCCAFFREYS NEWTOWN MARKE    NEWTOWN    * PA | 171.78 |
| 07/16 | DEBIT CARD PURCHASE, *****30088471644, AUT 071521 VISA DDA PUR<br>RGP NATURALAWN OF AMERIC    215 6537979 * PA | 207.76 |
| 07/16 | ACH DEBIT, APPEL ORTHODONTI PAYMENT ****00000041770 | 156.50 |
| 07/16 | DEBIT CARD PURCHASE, *****30090709940, AUT 071521 VISA DDA PUR<br>SQ  FAMILY SOLUTION    877 417 4551 * MD | 125.00 |
| 07/16 | DEBIT CARD PURCHASE, *****30090709940, AUT 071521 VISA DDA PUR<br>DAVID J WITCHELL    NEWTOWN    * PA | 75.00 |
| 07/16 | DEBIT CARD PURCHASE, *****30088471644, AUT 071521 VISA DDA PUR<br>MCCAFFREYS NEWTOWN        NEWTOWN    * PA | 16.63 |
| 07/16 | DEBIT CARD PAYMENT, *****30088471644, AUT 071521 VISA DDA PUR<br>ADOBE INC        800 8336687 * CA | 15.89 |
| 07/19 | DEBIT CARD PURCHASE, *****30088471644, AUT 071721 VISA DDA PUR<br>ROCCOS AT THE BRICK    NEWTOWN    * PA | 121.35 |
| 07/19 | DEBIT POS, *****30088471644, AUT 071721 DDA PURCH W/CB<br>STAPLES 1256    NEWTOWN    * PA | 109.95 |
| 07/19 | DEBIT CARD PURCHASE, *****30088471644, AUT 071421 VISA DDA PUR<br>VIGILANTES LIBERTY    BENSALEM    * PA | 54.00 |
| 07/19 | DEBIT CARD PURCHASE, *****30090709940, AUT 071621 VISA DDA PUR<br>DOMINICK S PIZZA  ITALI  WSHNGTN XING * PA | 52.31 |
| 07/19 | DEBIT CARD PAYMENT, *****30088471644, AUT 071721 VISA DDA PUR<br>SXM SIRIUSXM COM ACCT    888 635 5144 * NY | 42.48 |
| 07/19 | DEBIT CARD PURCHASE, *****30088471644, AUT 071721 VISA DDA PUR<br>EXXONMOBIL  48404438    RICHBORO    * PA | 34.00 |
| 07/19 | DEBIT CARD PURCHASE, *****30088471644, AUT 071721 VISA DDA PUR<br>RIEHLS BAKED GOODS    NEWTOWN    * PA | 27.54 |
| 07/19 | DEBIT CARD PURCHASE, *****30090709940, AUT 071721 VISA DDA PUR<br>CHIPOTLE ONLINE    CHIPOTLE COM * CA | 13.31 |
| 07/20 | DEBIT CARD PURCHASE, *****30088471644, AUT 071921 VISA DDA PUR<br>MCCAFFREYS NEWTOWN        NEWTOWN    * PA | 83.71 |
| 07/20 | DEBIT CARD PURCHASE, *****30088471644, AUT 071921 VISA DDA PUR<br>WAWA 8347    00083477    CHERRY HILL * NJ | 69.27 |
| 07/20 | DEBIT CARD PURCHASE, *****30090709940, AUT 071921 VISA DDA PUR<br>LUKOIL 69722        NEWTOWN    * PA | 26.79 |
| 07/20 | DEBIT CARD PURCHASE, *****30088471644, AUT 071821 VISA DDA PUR<br>NINTENDO    AMERICAUS    800 255 3700 * WA | 21.19 |
| 07/20 | DEBIT CARD PURCHASE, *****30088471644, AUT 071821 VISA DDA PUR<br>COLD SPRING BEVERAGES    NEWTOWN    * PA | 19.00 |
| 07/20 | DEBIT CARD PAYMENT, *****30088471644, AUT 071821 VISA DDA PUR<br>AOL  SERVICE        800 827 6364 * VA | 7.99 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



## Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Page:                    6 of 9
Statement Period:    Jul 08 2021-Aug 07 2021
Cust Ref #:                    **
Primary Account #:            1383

---

### DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/21 | DEBIT CARD PAYMENT, *****30088471644, AUT 072021 VISA DDA PUR STATE FARM INSURANCE    800 956 6310 * IL | 545.64 |
| 07/21 | DEBIT POS, *****30088471644, AUT 072121 DDA PURCH W/CB TARGET T  2331 E LINCO    LANGHORNE    * PA | 194.41 |
| 07/21 | DEBIT CARD PURCHASE, *****30090709940, AUT 071921 VISA DDA PUR ROCCOS AT THE BRICK    NEWTOWN    * PA | 43.00 |
| 07/21 | DEBIT CARD PURCHASE, *****30090709940, AUT 071921 VISA DDA PUR ACME 4913    NEWTOWN    * PA | 12.48 |
| 07/22 | ELECTRONIC PMT-WEB, NORTHWESTERN MU PAYMNT WEB ****423-02 | 418.38 |
| 07/22 | DEBIT CARD PURCHASE, *****30088471644, AUT 072121 VISA DDA PUR KENRICH MECHANICAL INC    215 675 5040 * PA | 234.00 |
| 07/22 | DEBIT POS, *****30090709940, AUT 072121 DDA PURCH W/CB CVS PHARMACY  07 07189    WRIGHTSTOWN    * PA | 72.58 |
| 07/22 | DEBIT CARD PURCHASE, *****30088471644, AUT 072121 VISA DDA PUR MCCAFFREYS NEWTOWN    NEWTOWN    * PA | 14.64 |
| 07/23 | TD ATM DEBIT, *****30090709940, AUT 072321 DDA WITHDRAW 1 WEST ROAD    NEWTOWN    * PA | 140.00 |
| 07/23 | DEBIT CARD PURCHASE, *****30090709940, AUT 072221 VISA DDA PUR WAWA 8121    00081216    RICHBORO    * PA | 75.00 |
| 07/23 | DEBIT POS, *****30088471644, AUT 072321 DDA PURCH W/CB ACME 4913    NEWTOWN    * PA | 71.94 |
| 07/23 | DEBIT CARD PURCHASE, *****30088471644, AUT 072221 VISA DDA PUR BOWMANS TAVERN    NEW HOPE    * PA | 60.34 |
| 07/23 | DEBIT CARD PURCHASE, *****30088471644, AUT 072121 VISA DDA PUR PICCOLO TRATTORIA AT N    215 8604247  * PA | 54.59 |
| 07/23 | DEBIT CARD PURCHASE, *****30088471644, AUT 072221 VISA DDA PUR PENNCARE MED ASSC OF B    2158600775  * PA | 40.00 |
| 07/23 | DEBIT POS, *****30090709940, AUT 072321 DDA PURCH W/CB MCCAFFREYS NEWTOWN MARKE  NEWTOWN    * PA | 38.92 |
| 07/23 | DEBIT POS, *****30090709940, AUT 072321 DDA PURCHASE RITE AID 11089    NEWTOWN    * PA | 37.60 |
| 07/23 | DEBIT CARD PURCHASE, *****30090709940, AUT 072121 VISA DDA PUR CHICK FIL A  01411    NEWTOWN    * PA | 16.32 |
| 07/26 | DEBIT CARD PURCHASE, *****30088471644, AUT 072421 VISA DDA PUR LASCALAS FIRE VILLANOVA    VILLANOVA    * PA | 120.48 |
| 07/26 | DEBIT POS, *****30088471644, AUT 072521 DDA PURCH W/CB MCCAFFREYS NEWTOWN MARKE    NEWTOWN    * PA | 118.02 |
| 07/26 | DEBIT CARD PURCHASE, *****30088471644, AUT 072521 VISA DDA PUR LANGHORNE SPEEDWAY DINER    LANGHORNE    * PA | 51.09 |
| 07/26 | DEBIT CARD PURCHASE, *****30090709940, AUT 072321 VISA DDA PUR TST NOTHING BUNDT CAKES    NEWTOWN    * PA | 32.74 |
| 07/26 | DEBIT CARD PURCHASE, *****30088471644, AUT 072321 VISA DDA PUR MEGLIOS PIZZA    NEWTOWN    * PA | 27.03 |



**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Page:                                          7 of 9
Statement Period:      Jul 08 2021-Aug 07 2021
Cust Ref #:                                     **
Primary Account #:                            1383

---

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/26 | DEBIT CARD PURCHASE, *****30090709940, AUT 072321 VISA DDA PUR<br>CHICK FIL A  01411        NEWTOWN        * PA | 19.58 |
| 07/27 | DEBIT POS, *****30090709940, AUT 072721 DDA PURCHASE<br>MCCAFFREYS NEWTOWN MARKE    NEWTOWN        * PA | 61.46 |
| 07/27 | DEBIT CARD PURCHASE, *****30088471644, AUT 072621 VISA DDA PUR<br>SUNOCO 0363182702        NEWTOWN        * PA | 50.00 |
| 07/27 | DEBIT POS, *****30090709940, AUT 072721 DDA PURCHASE<br>MCCAFFREYS NEWTOWN MARKE    NEWTOWN        * PA | 25.42 |
| 07/28 | DEBIT CARD PURCHASE, *****30088471644, AUT 072521 VISA DDA PUR<br>BARNES  NOBLE 2697        FAIRLESS HILL * PA | 16.21 |
| 07/29 | DEBIT CARD PURCHASE, *****30088471644, AUT 072721 VISA DDA PUR<br>BILLS STEAKS AND HOAGI      PHILADELPHIA * PA | 22.60 |
| 07/29 | ELECTRONIC PMT-TEL, MBFS - 8.95 D000024309 ****242345001 | 850.00 |
| 07/29 | ACH DEBIT, AUDI FINCL, TEL. TEL  DEBIT  PTEL****279496 | 783.31 |
| 07/29 | ELECTRONIC PMT-WEB, VERIZON VZ BILLPAY ****306840001 | 60.00 |
| 07/29 | DEBIT CARD PURCHASE, *****30088471644, AUT 072821 VISA DDA PUR<br>CHEESECAKE PHILADELPHIA    PHILADELPHIA * PA | 56.93 |
| 07/30 | ELECTRONIC PMT-TEL, REP CF MBFS D000024265 ****02101354480 | 8.95 |
| 07/30 | ELECTRONIC PMT-WEB, IRS USATAXPYMT ****61191682642 | 4,000.00 |
| 07/30 | DEBIT CARD PURCHASE, *****30090709940, AUT 072921 VISA DDA PUR<br>SQ  FAMILY SOLUTION        877 417 4551 * MD | 125.00 |
| 07/30 | DEBIT CARD PURCHASE, *****30088471644, AUT 072821 VISA DDA PUR<br>TAORMINA S PIZZA  PASTA  RICHBORO      * PA | 45.32 |
| 07/30 | DEBIT CARD PURCHASE, *****30090709940, AUT 072821 VISA DDA PUR<br>BUCKS COUNTY RACQUET CLU    WASHINGTON CR * PA | 44.00 |
| 07/30 | DEBIT CARD PURCHASE, *****30090709940, AUT 072921 VISA DDA PUR<br>WAWA 8121        00081216      RICHBORO      * PA | 39.07 |
| 07/30 | DEBIT CARD PURCHASE, *****30088471644, AUT 072821 VISA DDA PUR<br>EXXONMOBIL   48404438    RICHBORO      * PA | 36.00 |
| 07/30 | DEBIT CARD PURCHASE, *****30090709940, AUT 072821 VISA DDA PUR<br>CHICK FIL A  01411        NEWTOWN        * PA | 10.86 |
| 08/02 | DEBIT CARD PURCHASE, *****30088471644, AUT 073121 VISA DDA PUR<br>NORDSTROM RACK  0634      KING OF PRUSS * PA | 209.94 |
| 08/02 | TD ATM DEBIT, *****30088471644, AUT 073121 DDA WITHDRAW<br>1 WEST ROAD        NEWTOWN        * PA | 200.00 |
| 08/02 | DEBIT CARD PURCHASE, *****30088471644, AUT 080121 VISA DDA PUR<br>MCCAFFREYS NEWTOWN        NEWTOWN        * PA | 185.35 |
| 08/02 | DEBIT POS, *****30088471644, AUT 080121 DDA PURCH W/CB<br>ACME 4913        NEWTOWN        * PA | 146.48 |
| 08/02 | DEBIT CARD PURCHASE, *****30088471644, AUT 073121 VISA DDA PUR<br>NORDSTROM  0629        KING OF PRUSS * PA | 105.40 |
| 08/02 | DEBIT CARD PURCHASE, *****30088471644, AUT 073121 VISA DDA PUR<br>NORDSTROM  0629        KING OF PRUSS * PA | 86.90 |


**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Page:
Statement Period:     Jul 08 2021-Aug 07 2021
Cust Ref #:
Primary Account #:     8 of 9
                       :-***
                       .1383

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/02 | DEBIT CARD PURCHASE, *****30088471644, AUT 073121 VISA DDA PUR SPEEDWAY 06727          KING OF PRUSS * PA | 50.00 |
| 08/02 | DEBIT CARD PURCHASE, *****30088471644, AUT 073121 VISA DDA PUR RICHBORO CAR WASH      RICHBORO    * PA | 22.07 |
| 08/02 | DEBIT CARD PURCHASE, *****30090709940, AUT 073121 VISA DDA PUR RICHBORO CAR WASH      RICHBORO    * PA | 21.19 |
| 08/03 | DEBIT CARD PURCHASE, *****30090709940, AUT 073021 VISA DDA PUR CHIPOTLE ONLINE        CHIPOTLE COM * CA | 13.31 |
| 08/04 | DEBIT CARD PURCHASE, *****30088471644, AUT 080221 VISA DDA PUR RGP NATURALAWN OF AMERIC  215 6537979 * PA | 351.92 |
| 08/04 | ACH DEBIT, COMCAST 8499102 050017305 1229367 | 312.96 |
| 08/04 | DEBIT CARD PURCHASE, *****30088471644, AUT 080221 VISA DDA PUR INTERPARK AUTOBILL  B   CHICAGO    * IL | 250.00 |
| 08/04 | TD ATM DEBIT, *****30088471644, AUT 080421 DDA WITHDRAW 1 WEST ROAD          NEWTOWN    * PA | 200.00 |
| 08/05 | DEBIT CARD PURCHASE, *****30090709940, AUT 080221 VISA DDA PUR CHICK FIL A  01411      NEWTOWN    * PA | 22.45 |
| 08/06 | DEBIT CARD PURCHASE, *****30088471644, AUT 080421 VISA DDA PUR LUKOIL 69722           NEWTOWN    * PA | 40.00 |
| 08/06 | DEBIT CARD PURCHASE, *****30090709940, AUT 080521 VISA DDA PUR DAVID J WITCHELL        NEWTOWN    * PA | 95.00 |
|       | TD ATM DEBIT, *****30090709940, AUT 080621 DDA WITHDRAW 1 WEST ROAD          NEWTOWN    * PA | 20.00 |

Subtotal:    19,862.64

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 07/07 |  | 07/23 | 21,687.90 |
| 07/08 | 5,610.82 | 07/26 | 21,318.96 |
| 07/09 | 3,712.45 | 07/27 | 23,026.04 |
| 07/12 | 2,570.30 | 07/28 | 23,903.44 |
| 07/13 | 597.68 | 07/29 | 22,144.25 |
| 07/14 | 1,452.33 | 07/30 | 22,012.81 |
| 07/15 | 1,379.87 | 08/02 | 3,785.25 |
| 07/16 | 13,799.66 | 08/03 | 2,833.33 |
| 07/19 | 17,369.88 | 08/04 | 3,978.92 |
| 07/20 | 16,914.94 | 08/05 | 1,388.92 |
| 07/21 | 16,686.99 | 08/06 | 4,713.92 |
| 07/22 | 15,891.46 | | |
| | 21,955.61 | | |



**America's Most Convenient Bank®**

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

#118        07/08        $500.00

#125        08/03        $600.00

#63021      08/02        $17,186.92

#124        07/22        $736.25

#126        08/05        $2,550.00