**Fill in this information to identify the case:**

Debtor Name __Richard and Alyse Johnson__

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number: __21-10054__

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: __August 2021__                             Date report filed: __09/20/2021__
                                                                         MM / DD / YYYY

Line of business: __Attorney__                     NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:          __Richard W. Johnson, Jr.__

Original signature of responsible party __[signature]__

Printed name of responsible party __Richard W. Johnson, Jr.__

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
|  | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** |  |  |  |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
|  | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** |  |  |  |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Richard and Alyse Johnson                          Case number  21-10054

17.  Have you paid any bills you owed before you filed bankruptcy?              ☐  ☑  ☐
18.  Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19.  **Total opening balance of all accounts**                                 $   9,381.04

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20.  **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.                                        $   46,261.01

21.  **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.                                        – $   43,156.82

22.  ~~Net cash flow~~

~~Subtract line~~ 21 from line 20 and report the result here.                   + $   3,104.19
This amount may be different from what you may have calculated as *net profit*.

23.  **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.                                 = $   12,485.23

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24.  **Total payables**                                                        $   4,217.50
    *(Exhibit E)*

Debtor Name  Richard and Alyse Johnson                          Case number 21-10054

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25.  **Total receivables**                                                                  $ _____ 0.00

     *(Exhibit F)*

## 5. Employees

26.  What was the number of employees when the case was filed?                               _____ 0

27.  What is the number of employees as of the date of this monthly report?                  _____ 0

## 6. Professional Fees

28.  How much have you paid this month in professional fees related to this bankruptcy case?   $ _____ 0.00

29.  How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _____ 0.00

30.  How much have you paid this month in other professional fees?                            $ _____ 0.00

31.  How much have you paid in total other professional fees since filing the case?           $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | − | Column B | = | Column C |
|---|---|---|---|---|---|
| | **Projected** | | **Actual** | | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32.  **Cash receipts** | $ 35,000.00 | − | $ 46,261.01 | = | $ -11,261.01 |
| 33.  **Cash disbursements** | $ 34,000.00 | − | $ 43,156.82 | = | $ -9,156.82 |
| 34.  **Net cash flow** | $ 1,000.00 | − | $ 3,104.19 | = | $ -2,104.19 |

35.  Total projected cash receipts for the next month:                                        $ 39,000.00

36.  Total projected cash disbursements for the next month:                                  - $ 35,000.00

37.  Total projected net cash flow for the next month:                                       = $ 4,000.00

Debtor Name  Richard and Alyse Johnson                              Case number 21-10054

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

**<u>Exhibit A – N/A</u>**

## EXHIBIT  B

10.    Husband is an attorney who maintains an active IOLTA account in PA and an Attorney
Trust Account in NJ.

**Exhibit C**

### Transaction - Last month
### 8/1/2021 through 8/31/2021

9/10/2021                                                                                                          Page 1

| Date | Account | Num | Description | Category | Amount |
|------|---------|-----|-------------|----------|--------|
| 8/4/2021 | TD Checki...DEP | | Deposit | Income (RWJ) | 1,931.00 |
| 8/6/2021 | TD Checki...DEP | | Deposit | Income (RWJ) | 3,440.00 |
| 8/12/2021 | TD Checki...DEP | | Deposit | Income (RWJ) | 5,500.00 |
| 8/12/2021 | TD Checki...DEP | | Deposit | Refund (Not Income) | 39.46 |
| 8/13/2021 | TD Checki...DEP | | Deposit | Paycheck (AMJ) | 611.33 |
| 8/13/2021 | TD Checki...DEP | | Deposit | Child Tax Credit | 200.00 |
| 8/17/2021 | TD Checki...DEP | | Deposit | Income (RWJ) | 675.00 |
| 8/19/2021 | TD Checki...DEP | | Deposit | Income (RWJ) | 8,698.00 |
| 8/25/2021 | TD Checki...DEP | | Deposit | Income (RWJ) | 5,125.00 |
| 8/27/2021 | TD Checki...DEP | | Deposit | Income (RWJ) | 9,973.00 |
| 8/30/2021 | TD Checki...DEP | | Deposit | Income (RWJ) | 8,934.00 |
| 8/31/2021 | TD Checki...DEP | | Deposit | Paycheck (AMJ) | 1,134.22 |
| **8/1/2021 - 8/31/2021** | | | | | **46,261.01** |

| | |
|---|---|
| **TOTAL INFLOWS** | **46,261.01** |
| **TOTAL OUTFL...** | **0.00** |
| **NET TOTAL** | **46,261.01** |

**<u>Exhibit D</u>**

Transaction - Last month
8/1/2021 through 8/31/2021

9/10/2021

| Date | Account | Num | Description | Category | Amount |
|---|---|---|---|---|---|
| 8/2/2021 | TD Che... | ATM | Nordstrom Rack | Clothing | -185.35 |
| 8/2/2021 | TD Che... | ATM | Acme | Groceries | -105.40 |
| 8/2/2021 | TD Che... | ATM | Nordstrom | Clothing | -86.90 |
| 8/2/2021 | TD Che... | ATM | Speedway | Auto:Fuel | -50.00 |
| 8/2/2021 | TD Che... | ATM | Richboro Carwash | Auto:Carwash | -22.07 |
| 8/2/2021 | TD Che... | ATM | Richboro Carwash | Auto:Carwash | -21.19 |
| 8/2/2021 | TD Che... | ATM | Chipotle | Food | -13.31 |
| 8/3/2021 | TD Che... | ATM | Natural Lawn | Home:Services - Mainten... | -351.92 |
| 8/4/2021 | TD Che... | ATM | Interpark | Parking | -250.00 |
| 8/4/2021 | TD Che... | EFT | Comcast | Cable And Internet | -312.96 |
| 8/4/2021 | TD Che... | ATM | ATM Withdrawal | Cash | -200.00 |
| 8/4/2021 | TD Che... | ATM | Chick Fil A | Food | -22.45 |
| 8/5/2021 | TD Che... | ATM | Lukoil | Auto:Fuel | -40.00 |
| 8/5/2021 | TD Che... | 126 | Richard W. Johnson, III | College Expenses | -2,550.00 |
| 8/6/2021 | TD Che... | ATM | David J. Witchell | Personal Care:Hair | -95.00 |
| 8/6/2021 | TD Che... | ATM | ATM Withdrawal | Cash | -20.00 |
| 8/9/2021 | TD Che... | ATM | Diane Company | Clothing | -965.23 |
| 8/9/2021 | TD Che... | ATM | The Land Crew, Inc. | Home:Services - Mainten... | -492.00 |
| 8/9/2021 | TD Che... | ATM | McCaffreys | Groceries | -301.10 |
| 8/9/2021 | TD Che... | ATM | Acme | Groceries | -274.50 |
| 8/9/2021 | TD Che... | ATM | La Stalla | Food | -101.50 |
| 8/9/2021 | TD Che... | ATM | Delta Gas | Auto:Fuel | -73.41 |

Transaction - Last month
8/1/2021 through 8/31/2021

9/10/2021

| Date | Account | Num | Description | Category | Amount |
|------|---------|-----|-------------|----------|--------|
| 8/9/2021 | TD Che... | ATM | Chick Fil A | Food | -15.10 |
| 8/9/2021 | TD Che... | ATM | Open Door Valet | Parking | -7.00 |
| 8/10/2021 | TD Che... | EFT | AT&T Wireless | Cell Phone | -391.96 |
| 8/10/2021 | TD Che... | ATM | ATM Withdrawal | Cash | -260.00 |
| 8/10/2021 | TD Che... | ATM | CVS Pharmacy | Pharmacy | -60.00 |
| 8/10/2021 | TD Che... | ATM | Sunoco | Auto:Fuel | -54.00 |
| 8/10/2021 | TD Che... | ATM | Norman's Hallmark | Greeting Cards | -43.01 |
| 8/10/2021 | TD Che... | ATM | CVS Pharmacy | Pharmacy | -35.00 |
| 8/10/2021 | TD Che... | ATM | CVS Pharmacy | Pharmacy | -3.36 |
| 8/11/2021 | TD Che... | EFT | PECO | Electric | -451.04 |
| 8/11/2021 | TD Che... | ATM | Acme | Groceries | -12.69 |
| 8/12/2021 | TD Che... | ATM | ATM Withdrawal | Cash | -200.00 |
| 8/12/2021 | TD Che... | ATM | Lachelle Medical | Medical Care | -156.02 |
| 8/12/2021 | TD Che... | ATM | Family Solutions | Medical Care | -125.00 |
| 8/12/2021 | TD Che... | ATM | Valley Cleaners | Dry Cleaning | -12.50 |
| 8/13/2021 | TD Che... | ATM | Villa Joseph Marie | Tuition | -300.00 |
| 8/13/2021 | TD Che... | ATM | David J. Witchell | Personal Care:Hair | -60.00 |
| 8/13/2021 | TD Che... | ATM | Med Tower Urgent Care | Medical Care | -60.00 |
| 8/13/2021 | TD Che... | ATM | ATM Withdrawal | Cash | -300.00 |
| 8/16/2021 | TD Che... | ATM | Acme | Groceries | -252.79 |
| 8/16/2021 | TD Che... | ATM | McCaffreys | Groceries | -223.42 |
| 8/16/2021 | TD Che... | ATM | Bowman's Tavern | Food | -101.52 |
| 8/16/2021 | TD Che... | ATM | Lukoil | Auto:Fuel | -75.00 |

**Transaction - Last month**
8/1/2021 through 8/31/2021

9/10/2021                                                                      Page 3

| Date | Account | Num | Description | Category | Amount |
|------|---------|-----|-------------|----------|--------|
| 8/16/2021 | TD Che... | ATM | Chick Fil A | Food | -29.63 |
| 8/16/2021 | TD Che... | ATM | Adobe | Office Expenses (Business) | -15.89 |
| 8/16/2021 | TD Che... | ATM | Chick Fil A | Food | -15.26 |
| 8/17/2021 | TD Che... | EFT | Appel Orthodontics | Medical Care | -156.50 |
| 8/17/2021 | TD Che... | ATM | Lukoil | Auto:Fuel | -54.01 |
| 8/17/2021 | TD Che... | ATM | Acme | Groceries | -19.99 |
| 8/17/2021 | TD Che... | ATM | ATM Withdrawal | Cash | -100.00 |
| 8/18/2021 | TD Che... | ATM | Design For Vision | Medical Care | -135.00 |
| 8/18/2021 | TD Che... | EFT | Verizon | Phone | -80.00 |
| 8/18/2021 | TD Che... | ATM | Sirius/XM | Auto:Radio | -26.72 |
| 8/18/2021 | TD Che... | ATM | Bill's Steaks & Hoagies | Food | -8.20 |
| 8/19/2021 | TD Che... | ATM | ATM Withdrawal | Cash | -200.00 |
| 8/19/2021 | TD Che... | ATM | AOL | Internet Service | -7.99 |
| 8/20/2021 | TD Che... | EFT | State Farm | Auto:Insurance | -309.37 |
| 8/20/2021 | TD Che... | ATM | Washington Crossing I... | Food | -52.92 |
| 8/20/2021 | TD Che... | ATM | Wawa | Food | -5.95 |
| 8/20/2021 | TD Che... | 127 | Allegro Credit | Allegro Payment | -936.25 |
| 8/20/2021 | TD Che... | 128 | PA Dept. Of Revenue | State Tax:2021 Estimated | -1,000.00 |
| 8/23/2021 | TD Che... | EFT | PECO | Electric | -508.74 |
| 8/23/2021 | TD Che... | ATM | McCaffreys | Groceries | -121.65 |
| 8/23/2021 | TD Che... | ATM | Acme | Groceries | -90.75 |
| 8/23/2021 | TD Che... | ATM | McCaffreys | Groceries | -57.72 |
| 8/23/2021 | TD Che... | ATM | Lukoil | Auto:Fuel | -53.25 |

Transaction - Last month
8/1/2021 through 8/31/2021

9/10/2021

Page 4

| Date | Account | Num | Description | Category | Amount |
|------|---------|-----|-------------|----------|--------|
| 8/23/2021 | TD Che... | ATM | Acme | Groceries | -30.25 |
| 8/23/2021 | TD Che... | ATM | Valley Cleaners | Dry Cleaning | -12.95 |
| 8/23/2021 | TD Che... | ATM | CVS Pharmacy | Pharmacy | -6.10 |
| 8/24/2021 | TD Che... | EFT | Northwesten Mutual Life | Life Insurance | -418.38 |
| 8/24/2021 | TD Che... | ATM | Newtown Pest Control | Home:Services - Mainten... | -180.20 |
| 8/24/2021 | TD Che... | ATM | Wawa | Auto:Fuel | -35.07 |
| 8/25/2021 | TD Che... | EFT | Independence Blue Cr... | Health Insurance | -2,526.99 |
| 8/25/2021 | TD Che... | ATM | Dr. Jeffrey Herman | Medical Care | -150.00 |
| 8/25/2021 | TD Che... | ATM | Lukoil | Auto:Fuel | -50.62 |
| 8/25/2021 | TD Che... | ATM | Lukoil | Auto:Fuel | -20.00 |
| 8/26/2021 | TD Che... | ATM | Sunoco | Auto:Fuel | -47.15 |
| 8/26/2021 | TD Che... | ATM | PennDot | Auto:Registration | -44.00 |
| 8/26/2021 | TD Che... | ATM | PennDot | Auto:Registration | -43.00 |
| 8/27/2021 | TD Che... | ATM | Family Solutions | Medical Care | -125.00 |
| 8/27/2021 | TD Che... | ATM | Audi Warrington | Auto:Inspection | -67.42 |
| 8/30/2021 | TD Che... | EFT | MBFS | Auto:Lease | -850.00 |
| 8/30/2021 | TD Che... | ATM | Target | Household Supplies | -111.11 |
| 8/30/2021 | TD Che... | ATM | Lukoil | Auto:Fuel | -52.00 |
| 8/30/2021 | TD Che... | ATM | Lukoil | Auto:Fuel | -30.12 |
| 8/30/2021 | TD Che... | ATM | Homesense | Household Supplies | -20.14 |
| 8/30/2021 | TD Che... | EFT | MBFS | Auto:Lease | -8.95 |
| 8/31/2021 | TD Che... | EFT | IRS | Fed Tax:2021 Estimated | -7,000.00 |
| 8/31/2021 | TD Che... | ATM | Wawa | Auto:Fuel | -32.50 |

Transaction - Last month
8/1/2021 through 8/31/2021

9/10/2021                                                                              Page 5

| Date | Account | Num | Description | Category | Amount |
|------|---------|-----|-------------|----------|--------|
| 8/31/2021 | TD Che... | ATM | Lukoil | Auto:Fuel | -25.00 |
| 8/31/2021 | TD Che... | EFT | The Bancorp Bank | Home:Mortgage | -17,050.38 |
| 8/31/2021 | TD Che... | EFT | The Bancorp Bank | Plan Payment:Bancorp | -500.00 |
| **8/1/2021 - 8/31/2021** | | | | | **-43,156.82** |

| | |
|---|---|
| **TOTAL INFLOWS** | **0.00** |
| **TOTAL OUTFL...** | **-43,156.82** |
| **NET TOTAL** | **-43,156.82** |

## EXHIBIT E

1. **$4,217.50  Allegro Credit**:  Allegro had refused to accept payment directly from debtors. However, Allegro has agreed to accept payments through its counsel. Payments resumed in July 2021.



**TD Bank**
America's Most Convenient Bank®

E.    STATEMENT OF ACCOUNT



RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA
5 SARAH DRIVE
NEWTOWN PA 18940

| | |
|---|---|
| Page: | 1 of 9 |
| Statement Period: | Aug 08 2021-Sep 07 2021 |
| Cust Ref #: | |
| Primary Account #: | 1383 |

### Overdraft Policy Change Effective August 6, 2021

The following change applies only to Commercial and Small Business Checking Accounts and Money Market Accounts with check access: TD is making changes to reduce Customer overdraft fees: Instead of charging an overdraft fee if you overdraw your account by greater than $5, you may now overdraw your account by up to $10 without TD charging you an overdraft fee.

Overdraft fees apply to a maximum of five (5) items per day per account and this will remain unchanged. For Business Checking accounts on Account Analysis Billing, all overdrafts, regardless of volume, are billed through Account Analysis. Please contact your Treasury Management Officer for further details.

### Chapter 11 Checking

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Account # ·    183

---

ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 4,713.92 | Average Collected Balance | 8,262.73 |
| Deposits | 11,584.11 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 32,684.51 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 19,986.63 | Days in Period | 31 |
| Electronic Payments | 23,945.90 | | |
| Other Withdrawals | 400.00 | | |
| Ending Balance | 4,650.01 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $0.00 | $70.00 |

---

DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/27 | DEPOSIT | 9,973.00 |
| 09/03 | DEPOSIT | 1,611.11 |
| | Subtotal: | 11,584.11 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/12 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 081121 ATM CHECK DEPOSI<br>1 WEST ROAD        NEWTOWN      * PA | 5,500.00 |
| 08/12 | ATM CHECK DEPOSIT, *****30090709940<br>AUT 081221 ATM CHECK DEPOSI<br>1 WEST ROAD        NEWTOWN      * PA | 39.46 |
| 08/13 | ACH DEPOSIT, VILLA JOSEPH MAR PAYROLL ****1700005664X | 611.33 |
| 08/13 | ACH DEPOSIT, IRS TREAS 310 CHILDCTC ****69411200909 | 200.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic with-drawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

① Ending Balance          4,650.01

② Total Deposits     +

③ Sub Total

④ Total Withdrawals    -

⑤ Adjusted Balance

| ②  DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Deposits** |  |  |

| ④  WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Withdrawals** |  |  ④ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**FINANCE CHARGES:** Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Page:                                    3 of 9
Statement Period:      Aug 08 2021-Sep 07 2021
Cust Ref #:
Primary Account #:                       1383

---

## DAILY ACCOUNT ACTIVITY

### Electronic Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/17 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 081721 ATM CHECK DEPOSI<br>1 WEST ROAD          NEWTOWN     * PA | 675.00 |
| 08/19 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 081921 ATM CHECK DEPOSI<br>1 WEST ROAD          NEWTOWN     * PA | 8,698.00 |
| 08/25 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 082521 ATM CHECK DEPOSI<br>1 WEST ROAD          NEWTOWN     * PA | 5,125.00 |
| 08/30 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 083021 ATM CHECK DEPOSI<br>1 WEST ROAD          NEWTOWN     * PA | 8,934.00 |
| 08/31 | ACH DEPOSIT, VILLA JOSEPH MAR PAYROLL ****1900004465X | 1,134.22 |
| 09/03 | DEBIT CARD CREDIT, *****30104570106, AUT 090221 VISA DDA REF<br>HEATHLAND  VJMHS        215 233 3363 * PA | 8.50 |
| 09/07 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 090721 ATM CHECK DEPOSI<br>1 WEST ROAD          NEWTOWN     * PA | 1,759.00 |

Subtotal: 32,684.51

### Checks Paid     No. Checks: 5     *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 08/26 | 127 | 936.25 | 09/01 | 83021* | 500.00 |
| 08/27 | 128 | 1,000.00 | 09/01 | 83121* | 17,050.38 |
| 09/07 | 129 | 500.00 | | | |

Subtotal: 19,986.63

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/09 | DEBIT CARD PURCHASE, *****30088471644, AUT 080721 VISA DDA PUR<br>DIANE  COMPANY        FREEHOLD    * NJ | 965.23 |
| 08/09 | DEBIT CARD PURCHASE, *****30088471644, AUT 080821 VISA DDA PUR<br>THE LAND CREW INC      215 3690692 * PA | 492.00 |
| 08/09 | DEBIT CARD PURCHASE, *****30088471644, AUT 080821 VISA DDA PUR<br>MCCAFFREYS NEWTOWN      NEWTOWN     * PA | 301.10 |
| 08/09 | DEBIT POS, *****30088471644, AUT 080821 DDA PURCH W/CB<br>ACME 4913            NEWTOWN     * PA | 274.50 |
| 08/09 | DEBIT CARD PURCHASE, *****30088471644, AUT 080721 VISA DDA PUR<br>LA STALLA RESTAURANT    NEWTOWN     * PA | 101.50 |
| 08/09 | DEBIT CARD PURCHASE, *****30088471644, AUT 080721 VISA DDA PUR<br>DELTA               FREEHOLD    * NJ | 73.41 |
| 08/09 | DEBIT CARD PURCHASE, *****30090709940, AUT 080621 VISA DDA PUR<br>CHICK FIL A 01411      NEWTOWN     * PA | 15.10 |



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Page: 4 of 9
Statement Period: Aug 08 2021-Sep 07 2021
Cust Ref #:
Primary Account #: 1383

---

### DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/09 | DEBIT CARD PURCHASE, *****30088471644, AUT 080621 VISA DDA PUR<br>SQ  OPEN DOOR VALET     GOSQ COM    * PA | 7.00 |
| 08/10 | ACH DEBIT, ATT PAYMENT ****25012EPAYX | 391.96 |
| 08/10 | TD ATM DEBIT, *****30090709940, AUT 081021 DDA WITHDRAW<br>1 WEST ROAD      NEWTOWN      * PA | 260.00 |
| 08/10 | DEBIT CARD PURCHASE, *****30090709940, AUT 080921 VISA DDA PUR<br>CVS PHARMACY 07189     NEWTOWN      * PA | 60.00 |
| 08/10 | DEBIT CARD PURCHASE, *****30088471644, AUT 080921 VISA DDA PUR<br>SUNOCO 0363182702     NEWTOWN      * PA | 54.00 |
| 08/10 | DEBIT CARD PURCHASE, *****30090709940, AUT 080821 VISA DDA PUR<br>NORMAN S 36      NEWTOWN      * PA | 43.01 |
| 08/10 | DEBIT POS, *****30090709940, AUT 081021 DDA PURCH W/CB<br>CVS PHARMACY 07 07189    WRIGHTSTOWN  * PA | 35.00 |
| 08/10 | DEBIT CARD PURCHASE, *****30090709940, AUT 080921 VISA DDA PUR<br>CVS PHARMACY 07189     NEWTOWN      * PA | 3.36 |
| 08/11 | ELECTRONIC PMT-WEB, PECO ENERGY COMP BILLPAY PECO ENERGY<br>COM | 451.04 |
| 08/11 | DEBIT CARD PURCHASE, *****30088471644, AUT 080921 VISA DDA PUR<br>ACME 4913      NEWTOWN      * PA | 12.69 |
| 08/12 | TD ATM DEBIT, *****30088471644, AUT 081221 DDA WITHDRAW<br>1 WEST ROAD      NEWTOWN      * PA | 200.00 |
| 08/12 | DEBIT CARD PURCHASE, *****30090709940, AUT 081021 VISA DDA PUR<br>LA CHELE MEDICAL AESTH   NEW HOPE    * PA | 156.02 |
| 08/12 | DEBIT CARD PURCHASE, *****30090709940, AUT 081121 VISA DDA PUR<br>SQ  FAMILY SOLUTION    877 417 4551  * MD | 125.00 |
| 08/12 | DEBIT CARD PURCHASE, *****30090709940, AUT 081021 VISA DDA PUR<br>NEWTOWN VALLEY CLEANERS   NEWTOWN    * PA | 12.50 |
| 08/13 | DEBIT CARD PURCHASE, *****30090709940, AUT 081121 VISA DDA PUR<br>VILLA JOSEPH MARIE    888 955 5455 * PA | 300.00 |
| 08/13 | DEBIT CARD PURCHASE, *****30090709940, AUT 081221 VISA DDA PUR<br>DAVID J WITCHELL     NEWTOWN      * PA | 60.00 |
| 08/13 | DEBIT CARD PURCHASE, *****30090709940, AUT 081221 VISA DDA PUR<br>MED TOWER HEALTH URGENT   READING    * PA | 60.00 |
| 08/16 | DEBIT POS, *****30088471644, AUT 081521 DDA PURCH W/CB<br>ACME 4913      NEWTOWN      * PA | 252.79 |
| 08/16 | DEBIT CARD PURCHASE, *****30088471644, AUT 081521 VISA DDA PUR<br>MCCAFFREYS NEWTOWN     NEWTOWN      * PA | 223.42 |
| 08/16 | DEBIT CARD PURCHASE, *****30088471644, AUT 081321 VISA DDA PUR<br>BOWMANS TAVERN      NEW HOPE    * PA | 101.52 |
| 08/16 | DEBIT CARD PURCHASE, *****30088471644, AUT 081421 VISA DDA PUR<br>LUKOIL 69722      NEWTOWN      * PA | 75.00 |
| 08/16 | DEBIT CARD PURCHASE, *****30090709940, AUT 081321 VISA DDA PUR<br>CHICK FIL A  01411     NEWTOWN      * PA | 29.63 |



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Page:                    5 of 9
Statement Period:    Aug 08 2021-Sep 07 2021
Cust Ref #:                    .    .. ..)-E-***
Primary Account #:                    383

---

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/16 | DEBIT CARD PAYMENT, *****30088471644, AUT 081521 VISA DDA PUR ADOBE INC          800 8336687  * CA | 15.89 |
| 08/16 | DEBIT CARD PURCHASE, *****30090709940, AUT 081221 VISA DDA PUR CHICK FIL A  01411          NEWTOWN          * PA | 15.26 |
| 08/17 | ACH DEBIT, APPEL ORTHODONTI PAYMENT ****00000042839 | 156.50 |
| 08/17 | DEBIT CARD PURCHASE, *****30088471644, AUT 081621 VISA DDA PUR LUKOIL 69722          NEWTOWN          * PA | 54.01 |
| 08/17 | DEBIT CARD PURCHASE, *****30088471644, AUT 081521 VISA DDA PUR ACME 4913          NEWTOWN          * PA | 19.99 |
| 08/18 | DEBIT CARD PURCHASE, *****30104570106, AUT 081721 VISA DDA PUR DESIGN FOR VISION          NEW HOPE          * PA | 135.00 |
| 08/18 | ELECTRONIC PMT-WEB, VERIZON VZ BILLPAY ****306840001 | 80.00 |
| 08/18 | DEBIT CARD PAYMENT, *****30088471644, AUT 081721 VISA DDA PUR SXM SIRIUSXM COM ACCT    888 635 5144 * NY | 26.72 |
| 08/18 | DEBIT CARD PURCHASE, *****30088471644, AUT 081721 VISA DDA PUR BILLS STEAKS AND HOAGI    PHILADELPHIA * PA | 8.20 |
| 08/19 | TD ATM DEBIT, *****30088471644, AUT 081921 DDA WITHDRAW 1 WEST ROAD          NEWTOWN          * PA | 200.00 |
| 08/19 | DEBIT CARD PAYMENT, *****30088471644, AUT 081821 VISA DDA PUR AOL  SERVICE          800 827 6364  * VA | 7.99 |
| 08/20 | DEBIT CARD PAYMENT, *****30088471644, AUT 081921 VISA DDA PUR STATE FARM INSURANCE    800 956 6310  * IL | 309.37 |
| 08/20 | DEBIT CARD PURCHASE, *****30104570106, AUT 081821 VISA DDA PUR WASHINGTON CROSSING IN    215 4933634    * PA | 52.92 |
| 08/20 | DEBIT CARD PURCHASE, *****30104570106, AUT 081921 VISA DDA PUR WAWA 8121    00081216    RICHBORO          * PA | 5.95 |
| 08/23 | ELECTRONIC PMT-WEB, PECO ENERGY COMP BILLPAY PECO ENERGY COM | 508.74 |
| 08/23 | DEBIT POS, *****30088471644, AUT 082121 DDA PURCH W/CB MCCAFFREYS NEWTOWN MARKE    NEWTOWN          * PA | 121.65 |
| 08/23 | DEBIT CARD PURCHASE, *****30088471644, AUT 082121 VISA DDA PUR ACME 4913          NEWTOWN          * PA | 90.75 |
| 08/23 | DEBIT CARD PURCHASE, *****30088471644, AUT 082221 VISA DDA PUR MCCAFFREYS NEWTOWN          NEWTOWN          * PA | 57.72 |
| 08/23 | DEBIT CARD PURCHASE, *****30088471644, AUT 082021 VISA DDA PUR LUKOIL 69722          NEWTOWN          * PA | 53.25 |
| 08/23 | DEBIT CARD PURCHASE, *****30088471644, AUT 081921 VISA DDA PUR ACME 4913          NEWTOWN          * PA | 30.25 |
| 08/23 | DEBIT CARD PURCHASE, *****30088471644, AUT 082121 VISA DDA PUR NEWTOWN VALLEY CLEANERS    NEWTOWN          * PA | 12.95 |
| 08/23 | DEBIT POS, *****30104570106, AUT 082321 DDA PURCHASE CVS PHARM 07189  755 D    WRIGHTSTOWN          * PA | 6.10 |
| 08/24 | ELECTRONIC PMT-WEB, NORTHWESTERN MU PAYMNT WEB ****423-02 | 418.38 |



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Page:                                               6 of 9
Statement Period:    Aug 08 2021-Sep 07 2021
Cust Ref #:                                           ''
Primary Account #:                                  !1383

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/24 | DEBIT CARD PAYMENT, *****30088471644, AUT 082321 VISA DDA PUR NEWTOWNTERMITEPESTCONTRL  215 5797378  * PA | 180.20 |
| 08/24 | DEBIT CARD PURCHASE, *****30104570106, AUT 082321 VISA DDA PUR WAWA 8121   00081216   RICHBORO   * PA | 35.07 |
| 08/25 | CCD DEBIT, IBC EDI PAYMTS PRMAX****229980 | 2,526.99 |
| 08/25 | DEBIT CARD PURCHASE, *****30088471644, AUT 082421 VISA DDA PUR SQ DR JEFFREY HERMAN   NEWTOWN   * PA | 150.00 |
| 08/25 | DEBIT CARD PURCHASE, *****30104570106, AUT 082421 VISA DDA PUR LUKOIL 69722     NEWTOWN     * PA | 50.62 |
| 08/25 | DEBIT CARD PURCHASE, *****30088471644, AUT 082421 VISA DDA PUR LUKOIL 69722     NEWTOWN     * PA | 20.00 |
| 08/26 | DEBIT CARD PURCHASE, *****30088471644, AUT 082421 VISA DDA PUR SUNOCO 0012328107     FEASTERVILLE * PA | 47.15 |
| 08/26 | DEBIT CARD PURCHASE, *****30088471644, AUT 082521 VISA DDA PUR PA DRIVER  VEHICLE SERV  717 412 5300  * PA | 44.00 |
| 08/26 | DEBIT CARD PURCHASE, *****30088471644, AUT 082521 VISA DDA PUR PA DRIVER  VEHICLE SERV  717 412 5300  * PA | 43.00 |
| 08/27 | DEBIT CARD PURCHASE, *****30104570106, AUT 082621 VISA DDA PUR SQ FAMILY SOLUTION   877 417 4551 * MD | 125.00 |
| 08/27 | DEBIT CARD PURCHASE, *****30088471644, AUT 082621 VISA DDA PUR PORSCHE AUDI WARRINGTON   WARRINGTON   * PA | 67.42 |
| 08/30 | ELECTRONIC PMT-TEL, MBFS - 8.95 D000030981 ****242345001 | 850.00 |
| 08/30 | DEBIT POS, *****30088471644, AUT 082821 DDA PURCH W/CB TARGET T 2331 E LINCO   LANGHORNE   * PA | 111.11 |
| 08/30 | DEBIT CARD PURCHASE, *****30088471644, AUT 082721 VISA DDA PUR LUKOIL 69722     NEWTOWN     * PA | 52.00 |
| 08/30 | DEBIT POS, *****30104570106, AUT 083021 DDA PURCHASE LUKOIL 69722     NEWTOWN     * PA | 30.12 |
| 08/30 | DEBIT POS, *****30104570106, AUT 082821 DDA PURCHASE HOMESENSE 2424 E LINCO   LANGHORNE   * PA | 20.14 |
| 08/30 | ELECTRONIC PMT-TEL, REP CF MBFS D000030958 ****02101371350 | 8.95 |
| 08/31 | ELECTRONIC PMT-WEB, IRS USATAXPYMT ****64351794989 | 7,000.00 |
| 08/31 | DEBIT POS, *****30104570106, AUT 083121 DDA PURCHASE WAWA 8121       RICHBORO     * PA | 32.50 |
| 08/31 | DEBIT CARD PURCHASE, *****30088471644, AUT 083021 VISA DDA PUR LUKOIL 69722     NEWTOWN     * PA | 25.00 |
| 09/01 | ACH DEBIT, AUDI FINCL, TEL. TEL  DEBIT PTEL****279496 | 783.31 |
| 09/01 | TD ATM DEBIT, *****30104570106, AUT 090121 DDA WITHDRAW 1 WEST ROAD       NEWTOWN     * PA | 200.00 |
| 09/01 | DEBIT POS, *****30088471644, AUT 090121 DDA PURCH W/CB MCCAFFREYS NEWTOWN MARKE   NEWTOWN     * PA | 111.98 |
| 09/02 | DEBIT CARD PURCHASE, *****30104570106, AUT 090121 VISA DDA PUR DAVID J WITCHELL   NEWTOWN   * PA | 120.00 |
| 09/02 | ELECTRONIC PMT-WEB, VERIZON VZ BILLPAY ****306840001 | 70.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Page:                                      7 of 9
Statement Period:      Aug 08 2021-Sep 07 2021
Cust Ref #:
Primary Account #:                         1383

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/02 | DEBIT CARD PURCHASE, *****30088471644, AUT 090121 VISA DDA PUR<br>BFM ALARM SYSTEMS INC    215 364 7160 * PA | 69.00 |
| 09/02 | DEBIT CARD PURCHASE, *****30104570106, AUT 083121 VISA DDA PUR<br>DOYLESTOWN GLASS COMPANY    DOYLESTOWN   * PA | 65.00 |
| 09/02 | DEBIT CARD PURCHASE, *****30104570106, AUT 090121 VISA DDA PUR<br>MLT  SCHOOL          800 736 4753 * MN | 42.39 |
| 09/02 | DEBIT CARD PURCHASE, *****30088471644, AUT 090121 VISA DDA PUR<br>LUKOIL 69722          * PA | 39.20 |
| 09/02 | DEBIT CARD PAYMENT, *****30104570106, AUT 090121 VISA DDA PUR<br>HEATHLAND  VJMHS        HTTPSHEATHLAN * PA | 8.50 |
| 09/03 | DEBIT CARD PURCHASE, *****30088471644, AUT 090121 VISA DDA PUR<br>INTERPARK AUTOBILL  B    CHICAGO    * IL | 250.00 |
| 09/03 | DEBIT CARD PURCHASE, *****30104570106, AUT 090121 VISA DDA PUR<br>AMZN MKTP US 257FS5ST1    AMZN COM BILL * WA | 23.99 |
| 09/07 | DEBIT CARD PURCHASE, *****30088471644, AUT 090321 VISA DDA PUR<br>LIBERTY PROPANE        610 847 6000 * PA | 1,329.01 |
| 09/07 | ACH DEBIT, COMCAST 8499102 050017305 2894116 | 318.72 |
| 09/07 | DEBIT POS, *****30088471644, AUT 090421 DDA PURCH W/CB<br>STAPLES 1256        NEWTOWN    * PA | 240.00 |
| 09/07 | DEBIT CARD PURCHASE, *****30088471644, AUT 090621 VISA DDA PUR<br>MCCAFFREYS NEWTOWN      NEWTOWN    * PA | 205.86 |
| 09/07 | TD ATM DEBIT, *****30088471644, AUT 090521 DDA WITHDRAW<br>1 WEST ROAD        NEWTOWN    * PA | 200.00 |
| 09/07 | DEBIT POS, *****30088471644, AUT 090621 DDA PURCH W/CB<br>ACME 4913          NEWTOWN    * PA | 197.58 |
| 09/07 | DEBIT CARD PURCHASE, *****30088471644, AUT 090321 VISA DDA PUR<br>STANFORD KITCHEN      OWINGS MILLS * MD | 168.19 |
| 09/07 | DEBIT CARD PURCHASE, *****30088471644, AUT 090321 VISA DDA PUR<br>RGP NATURALAWN OF AMERIC  215 6537979  * PA | 156.88 |
| 09/07 | DEBIT CARD PURCHASE, *****30104570106, AUT 090321 VISA DDA PUR<br>LOYOLA  21 22 ACADEMIC    WWW LOYOLA ED * MD | 125.00 |
| 09/07 | DEBIT CARD PURCHASE, *****30104570106, AUT 090421 VISA DDA PUR<br>NAIL PERFECTION  SPA    NEWTOWN    * PA | 80.00 |
| 09/07 | DEBIT CARD PURCHASE, *****30088471644, AUT 090421 VISA DDA PUR<br>LA STALLA RESTAURANT    NEWTOWN    * PA | 70.98 |
| 09/07 | DEBIT CARD PURCHASE, *****30088471644, AUT 090321 VISA DDA PUR<br>EXXONMOBIL  47869508    BALTIMORE   * MD | 42.00 |
| 09/07 | DEBIT CARD PURCHASE, *****30104570106, AUT 090321 VISA DDA PUR<br>EXXONMOBIL  47869508    BALTIMORE   * MD | 23.50 |
| 09/07 | DEBIT CARD PURCHASE, *****30088471644, AUT 090421 VISA DDA PUR<br>SPARKLE SOFT CLOTH      NEWTOWN    * PA | 22.00 |
| 09/07 | DEBIT POS, *****30104570106, AUT 090721 DDA PURCHASE<br>ACME 4913          NEWTOWN    * PA | 13.10 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 8 of 9 |
| Statement Period: | Aug 08 2021-Sep 07 2021 |
| Cust Ref #: | :_*** |
| Primary Account #: | 1383 |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/07 | DEBIT POS, *****30104570106, AUT 090721 DDA PURCHASE STAPLES 1256        NEWTOWN      * PA | 11.57 |
| 09/07 | DEBIT CARD PAYMENT, *****30104570106, AUT 090621 VISA DDA PUR HEATHLAND  VJMHS        HTTPSHEATHLAN * PA | 8.50 |
| 09/07 | DEBIT CARD PURCHASE, *****30088471644, AUT 090321 VISA DDA PUR CVS PHARMACY 07189      NEWTOWN      * PA | 6.00 |
| | Subtotal: | 23,945.90 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/13 | DEBIT | 300.00 |
| 08/17 | DEBIT | 100.00 |
| | Subtotal: | 400.00 |

---

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/07 | 4,713.92 | 08/23 | 12,931.72 |
| 08/09 | 2,484.08 | 08/24 | 12,298.07 |
| 08/10 | 1,636.75 | 08/25 | 14,675.46 |
| 08/11 | 1,173.02 | 08/26 | 13,605.06 |
| 08/12 | 6,218.96 | 08/27 | 22,385.64 |
| 08/13 | 6,310.29 | 08/30 | 30,247.32 |
| 08/16 | 5,596.78 | 08/31 | 24,324.04 |
| 08/17 | 5,941.28 | 09/01 | 5,678.37 |
| 08/18 | 5,691.36 | 09/02 | 5,264.28 |
| 08/19 | 14,181.37 | 09/03 | 6,609.90 |
| 08/20 | 13,813.13 | 09/07 | 4,650.01 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Page: 9 of 9
Statement Period: Aug 08 2021-Sep 07 2021
Cust Ref #:
Primary Account #: .383

#127        08/26        $936.25

#128        08/27        $1,000.00

#129        09/07        $500.00

#83021        09/01        $500.00

#83121        09/01        $17,050.38