**Fill in this information to identify the case:**

Debtor Name  Richard and Alyse Johnson

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number: 21-10054

☐ Check if this is an
amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: __September 2021__                    Date report filed: __10/20/2021__
                                                                MM / DD / YYYY

Line of business: __Attorney__                    NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:          Richard W. Johnson, Jr.

Original signature of responsible party

Printed name of responsible party

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

*If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.*

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

*If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.*

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☑ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Richard and Alyse Johnson

Case number  21-10054

| | | | | |
|---|---|---|---|---|
| 17. | Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. | Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

   This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

   $ 12,485.23

20. **Total cash receipts**

   Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

   Report the total from *Exhibit C* here.

   $  39,831.73

21. **Total cash disbursements**

   Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

   Report the total from *Exhibit D* here.

   – $  40,396.73

22. ~~Net cash flow~~

   ~~Subtract line~~ 21 from line 20 and report the result here.
   This amount may be different from what you may have calculated as *net profit*.

   + $  -583.00

23. **Cash on hand at the end of the month**

   Add line 22 + line 19. Report the result here.

   Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

   = $  11,902.23

   This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

   *(Exhibit E)*

   $  4,017.50

Debtor Name  Richard and Alyse Johnson                          Case number 21-10054

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you
have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*.
Identify who owes you money, how much is owed, and when payment is due. Report the total from
*Exhibit F* here.

25. **Total receivables**                                                          $ _____0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                            0

27. What is the number of employees as of the date of this monthly report?               0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?   $ _____0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____0.00

30. How much have you paid this month in other professional fees?   $ _____0.00

31. How much have you paid in total other professional fees since filing the case?   $ _____0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month.
Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 39,000.00 | − | $ 39,831.73 | = | $ -831.73 |
| 33. **Cash disbursements** | $ 35,000.00 | − | $ 40,396.73 | = | $ -5,396.73 |
| 34. **Net cash flow** | $ 4,000.00 | − | $ -583.00 | = | $ 458.00 |

35. Total projected cash receipts for the next month:                        $ 39,000.00

36. Total projected cash disbursements for the next month:                  - $ 35,000.00

37. Total projected net cash flow for the next month:                      = $ 4,000.00

Debtor Name  Richard and Alyse Johnson                    Case number 21-10054

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

- ☐ 39.  Bank reconciliation reports for each account.

- ☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

- ☐ 41.  Budget, projection, or forecast reports.

- ☐ 42.  Project, job costing, or work-in-progress reports.

## EXHIBIT B

10.    Husband is an attorney who maintains an active IOLTA account in PA and an Attorney Trust Account in NJ.

14.    Major repair to oven $1,317.58
Accountant's Invoice (tax return preparation – not a monthly expense) $1,630.00

**Exhibit C**

Transaction - Last month
9/1/2021 through 9/30/2021

| Date | Account | Num | Description | Category | Amount |
|---|---|---|---|---|---|
| 9/3/2021 | TD Checking | DEP | Deposit | Refund (Not Income) | 8.50 |
| 9/7/2021 | TD Checking | DEP | Deposit | Income (RWJ) | 1,759.00 |
| 9/3/2021 | TD Checking | DEP | Deposit | Income (RWJ) | 1,611.11 |
| 9/13/2021 | TD Checking | DEP | Deposit | Income (RWJ) | 2,160.00 |
| 9/15/2021 | TD Checking | DEP | Deposit | Paycheck (AMJ) | 700.71 |
| 9/15/2021 | TD Checking | DEP | Deposit | Child Tax Credit | 200.00 |
| 9/15/2021 | TD Checking | DEP | Deposit | Income (RWJ) | 861.00 |
| 9/15/2021 | TD Checking | DEP | Deposit | Income (RWJ) | 1,300.00 |
| 9/15/2021 | TD Checking | DEP | Deposit | Income (RWJ) | 600.00 |
| 9/15/2021 | TD Checking | DEP | Deposit | Refund (Not Income) | 100.00 |
| 9/28/2021 | TD Checking | DEP | Deposit | Income (RWJ) | 13,432.00 |
| 9/29/2021 | TD Checking | DEP | Deposit | Income (RWJ) | 8,405.77 |
| 9/30/2021 | TD Checking | DEP | Deposit | Income (RWJ) | 1,026.96 |
| 9/30/2021 | TD Checking | DEP | Deposit | Income (RWJ) | 7,666.66 |
| **9/1/2021 - 9/30/2021** | | | | | **39,831.71** |

|  |  |
|---|---|
| **TOTAL INFLOWS** | **39,831.71** |
| **TOTAL OUTFL...** | **0.00** |
| **NET TOTAL** | **39,831.71** |

**Exhibit D**

Transaction - Last month
9/1/2021 through 9/30/2021

Page 1

| Date | Account | Num | Description | Category | Amount |
|---|---|---|---|---|---|
| 9/1/2021 | TD Chec... | EFT | Audi Financial | Auto:Lease | -783.31 |
| 9/1/2021 | TD Chec... | ATM | ATM Withdrawal | Cash | -200.00 |
| 9/1/2021 | TD Chec... | ATM | McCaffreys | Groceries | -111.98 |
| 9/2/2021 | TD Chec... | ATM | David J. Witchell | Personal Care:Hair | -120.00 |
| 9/2/2021 | TD Chec... | EFT | Verizon | Phone | -70.00 |
| 9/2/2021 | TD Chec... | EFT | BFM Alarm Systems | Alarm System | -69.00 |
| 9/2/2021 | TD Chec... | ATM | Doylestown Glass | Home:Services - Mainten... | -65.00 |
| 9/2/2021 | TD Chec... | ATM | Life Touch | School Photos | -42.39 |
| 9/2/2021 | TD Chec... | ATM | Lukoil | Auto:Fuel | -39.20 |
| 9/2/2021 | TD Chec... | ATM | VjMHS Cafeteria | Food | -8.50 |
| 9/3/2021 | TD Chec... | ATM | Interpark | Parking | -250.00 |
| 9/3/2021 | TD Chec... | ATM | Amazon | Home:Home Improvement | -23.99 |
| 9/7/2021 | TD Chec... | ATM | Liberty Propane | Propane | -1,329.01 |
| 9/7/2021 | TD Chec... | EFT | Comcast | Cable And Internet | -318.72 |
| 9/7/2021 | TD Chec... | ATM | Staples | Office Supplies | -240.00 |
| 9/7/2021 | TD Chec... | ATM | McCaffreys | Groceries | -205.86 |
| 9/7/2021 | TD Chec... | ATM | ATM Withdrawal | Cash | -200.00 |
| 9/7/2021 | TD Chec... | ATM | Acme | Groceries | -197.58 |
| 9/7/2021 | TD Chec... | ATM | Stanford Kitchen | Food | -168.19 |
| 9/7/2021 | TD Chec... | ATM | Natural Lawn | Home:Services - Mainten... | -156.88 |
| 9/7/2021 | TD Chec... | ATM | Loyola University | Education:Books & Suppl... | -125.00 |
| 9/7/2021 | TD Chec... | ATM | Nail Perfection | Personal Care | -80.00 |

Transaction - Last month
9/1/2021 through 9/30/2021

10/20/2021                                                                                          Page 2

| Date | Account | Num | Description | Category | Amount |
|------|---------|-----|-------------|----------|--------|
| 9/7/2021 | TD Chec... | ATM | La Stalla | Food | -70.98 |
| 9/7/2021 | TD Chec... | ATM | Exxon/Mobil | Auto:Fuel | -42.00 |
| 9/7/2021 | TD Chec... | ATM | Exxon/Mobil | Auto:Fuel | -23.50 |
| 9/7/2021 | TD Chec... | ATM | Sparkle Soft Cloth | Auto:Carwash | -22.00 |
| 9/7/2021 | TD Chec... | ATM | Acme | Groceries | -13.10 |
| 9/7/2021 | TD Chec... | ATM | Staples | Office Supplies | -11.57 |
| 9/7/2021 | TD Chec... | ATM | VjMHS Cafeteria | Food | -8.50 |
| 9/7/2021 | TD Chec... | ATM | CVS Pharmacy | Pharmacy | -6.00 |
| 9/7/2021 | TD Chec... | 129 | Richard W. Johnson... | College Expenses | -500.00 |
| 9/8/2021 | TD Chec... | ATM | CVS Pharmacy | Pharmacy | -63.40 |
| 9/8/2021 | TD Chec... | ATM | Acme | Groceries | -29.66 |
| 9/8/2021 | TD Chec... | ATM | VjMHS Cafeteria | Food | -8.50 |
| 9/9/2021 | TD Chec... | EFT | AT&T Wireless | Cell Phone | -391.96 |
| 9/9/2021 | TD Chec... | ATM | Family Solutions | Medical Care | -125.00 |
| 9/9/2021 | TD Chec... | ATM | Sunoco | Auto:Fuel | -37.60 |
| 9/9/2021 | TD Chec... | ATM | Enterprise | Auto:Car Rental | -9.58 |
| 9/10/2021 | TD Chec... | ATM | Cramer's Bakery | Groceries | -32.95 |
| 9/10/2021 | TD Chec... | ATM | Wawa | Auto:Fuel | -16.50 |
| 9/13/2021 | TD Chec... | ATM | Villa Joseph Marie | Tuition | -250.00 |
| 9/13/2021 | TD Chec... | ATM | McCaffreys | Groceries | -202.87 |
| 9/13/2021 | TD Chec... | ATM | Sam's Club | Groceries | -202.77 |
| 9/13/2021 | TD Chec... | ATM | ATM Withdrawal | Cash | -200.00 |
| 9/13/2021 | TD Chec... | ATM | Five Guys | Food | -79.98 |

Transaction - Last month
9/1/2021 through 9/30/2021

10/20/2021

Page 3

| Date | Account | Num | Description | Category | Amount |
|---|---|---|---|---|---|
| 9/13/2021 | TD Chec... | ATM | Exxon/Mobil | Auto:Fuel | -53.00 |
| 9/13/2021 | TD Chec... | ATM | La Stalla Market | Groceries | -36.74 |
| 9/13/2021 | TD Chec... | ATM | Cramer's Bakery | Groceries | -33.73 |
| 9/13/2021 | TD Chec... | ATM | CVS Pharmacy | Pharmacy | -27.26 |
| 9/13/2021 | TD Chec... | ATM | ATM Withdrawal | Cash | -100.00 |
| 9/14/2021 | TD Chec... | ATM | Giuseppes Pizza | Food | -60.83 |
| 9/14/2021 | TD Chec... | ATM | ATM Withdrawal | Cash | -100.00 |
| 9/15/2021 | TD Chec... | ATM | Acme | Groceries | -13.66 |
| 9/16/2021 | TD Chec... | ATM | Appel Orthodontics | Medical Care | -156.50 |
| 9/16/2021 | TD Chec... | ATM | PA EZ Pass | Auto & Transport:Tolls | -105.00 |
| 9/16/2021 | TD Chec... | ATM | David J. Witchell | Personal Care:Hair | -80.00 |
| 9/16/2021 | TD Chec... | ATM | Adobe | Office Expenses (Business) | -15.89 |
| 9/16/2021 | TD Chec... | ATM | VjMHS Cafeteria | Food | -2.00 |
| 9/16/2021 | TD Chec... | 130 | Joseph B. Kozakeic... | Home:Services - Mainten... | -657.00 |
| 9/17/2021 | TD Chec... | ATM | Valley Cleaners | Dry Cleaning | -78.40 |
| 9/17/2021 | TD Chec... | ATM | Lukoil | Auto:Fuel | -75.00 |
| 9/17/2021 | TD Chec... | ATM | 7-11 | Auto:Fuel | -35.01 |
| 9/17/2021 | TD Chec... | 131 | Joseph B. Kozakeic... | Home:Services - Mainten... | -660.38 |
| 9/17/2021 | TD Chec... | 132 | Martin Sullivan, CPA | Accountant | -1,630.00 |
| 9/20/2021 | TD Chec... | ATM | McCaffreys | Groceries | -132.45 |
| 9/20/2021 | TD Chec... | ATM | Acme | Groceries | -114.17 |
| 9/20/2021 | TD Chec... | ATM | Nothing Bundt Cakes | Groceries | -44.00 |
| 9/20/2021 | TD Chec... | ATM | Sirius/XM | Auto:Radio | -31.86 |

Transaction - Last month
9/1/2021 through 9/30/2021

10/20/2021

| Date | Account | Num | Description | Category | Amount |
|---|---|---|---|---|---|
| 9/20/2021 | TD Chec... | ATM | Shell Oil | Auto:Fuel | -25.00 |
| 9/20/2021 | TD Chec... | ATM | VjMHS Cafeteria | Food | -10.25 |
| 9/20/2021 | TD Chec... | ATM | AOL | Internet Service | -7.99 |
| 9/20/2021 | TD Chec... | 133 | Alexa Johnson | College Expenses | -500.00 |
| 9/21/2021 | TD Chec... | ATM | McCaffreys | Groceries | -41.19 |
| 9/22/2021 | TD Chec... | EFT | Northwesten Mutual ... | Life Insurance | -418.38 |
| 9/22/2021 | TD Chec... | ATM | State Farm | Auto:Insurance | -365.05 |
| 9/22/2021 | TD Chec... | ATM | VJM Kampus Clothes | Clothing | -84.00 |
| 9/22/2021 | TD Chec... | ATM | VjMHS Cafeteria | Food | -10.00 |
| 9/22/2021 | TD Chec... | ATM | VjMHS Cafeteria | Food | -8.50 |
| 9/22/2021 | TD Chec... | 134 | Allegro Credit | Allegro Payment | -936.25 |
| 9/23/2021 | TD Chec... | ATM | La Stalla | Food | -146.18 |
| 9/24/2021 | TD Chec... | ATM | ATM Withdrawal | Cash | -100.00 |
| 9/24/2021 | TD Chec... | ATM | Lukoil | Auto:Fuel | -49.00 |
| 9/24/2021 | TD Chec... | ATM | VjMHS Cafeteria | Food | -2.00 |
| 9/24/2021 | TD Chec... | 135 | PA Dept. Of Revenue | State Tax:2021 Estimated | -1,000.00 |
| 9/27/2021 | TD Chec... | ATM | McCaffreys | Groceries | -141.71 |
| 9/27/2021 | TD Chec... | ATM | Rocco's | Business Meals | -126.31 |
| 9/27/2021 | TD Chec... | ATM | Petsmart | Pet Food and Supplies | -50.17 |
| 9/27/2021 | TD Chec... | ATM | McCaffreys | Groceries | -114.27 |
| 9/27/2021 | TD Chec... | ATM | Staples | Office Supplies | -50.00 |
| 9/27/2021 | TD Chec... | ATM | McCaffreys | Groceries | -13.98 |
| 9/27/2021 | TD Chec... | ATM | Ace Hardware | Home:Home Improvement | -9.53 |

Transaction - Last month
9/1/2021 through 9/30/2021

10/20/2021                                                                                      Page 5

| Date | Account | Num | Description | Category | Amount |
|---|---|---|---|---|---|
| 9/27/2021 | TD Chec... | ATM | VjMHS Cafeteria | Food | -9.25 |
| 9/27/2021 | TD Chec... | ATM | VjMHS Cafeteria | Food | -4.50 |
| 9/28/2021 | TD Chec... | ATM | Batteries & Bulbs | Office Supplies | -95.39 |
| 9/28/2021 | TD Chec... | ATM | McCaffreys | Groceries | -61.99 |
| 9/28/2021 | TD Chec... | ATM | Lukoil | Auto:Fuel | -52.00 |
| 9/28/2021 | TD Chec... | ATM | VjMHS Cafeteria | Food | -8.50 |
| 9/30/2021 | TD Chec... | ATM | CVS Pharmacy | Pharmacy | -63.00 |
| 9/30/2021 | TD Chec... | EFT | IRS | Fed Tax:2021 Estimated | -7,000.00 |
| 9/30/2021 | TD Chec... | EFT | The Bancorp Bank | Plan Payment:Bancorp | -500.00 |
| 9/30/2021 | TD Chec... | EFT | The Bancorp Bank | Home:Mortgage | -16,996.43 |
| **9/1/2021 - 9/30/2021** | | | | | **-40,396.73** |

| | |
|---|---|
| **TOTAL INFL...** | **0.00** |
| **TOTAL OUTF...** | **-40,396.73** |
| **NET TOTAL** | **-40,396.73** |

## EXHIBIT E

1.    **$4,017.50 Allegro Credit**:  Allegro had refused to accept payment directly from debtors. However, Allegro has agreed to accept payments through its counsel. Payments resumed in July 2021, plus an additional $200.00.

 **Bank**

America's Most Convenient Bank®

E    STATEMENT OF ACCOUNT

 



| | |
|---|---|
| RICHARD W JOHNSON JR | Page: 1 of 9 |
| ALYSE M JOHNSON | Statement Period: Sep 08 2021-Oct 07 2021 |
| DIP CASE 21-10054 EDPA | Cust Ref #: |
| | Primary Account #: J83 |

## Chapter 11 Checking

RICHARD W JOHNSON JR                                      Account # ⟨ ⟨1383
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 4,650.01 | Average Collected Balance | 4,935.71 |
| Electronic Deposits | 38,886.43 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 22,880.26 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 18,583.78 | Days in Period | 30 |
| Other Withdrawals | 100.00 | | |
| Ending Balance | 1,972.40 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $0.00 | $70.00 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/13 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 091321 ATM CHECK DEPOSI<br>1 WEST ROAD        NEWTOWN        * PA | 2,160.00 |
| 09/15 | ACH DEPOSIT, VILLA JOSEPH MAR PAYROLL ***      .8529X | 700.71 |
| 09/15 | ACH DEPOSIT, IRS  TREAS 310  CHILDCTC ***      J0909 | 200.00 |
| 09/15 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 091521 ATM CHECK DEPOSI<br>1 WEST ROAD        NEWTOWN        * PA | 861.00 |
| 09/20 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 092021 ATM CHECK DEPOSI<br>1 WEST ROAD        NEWTOWN        * PA | 1,300.00 |
| 09/24 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 092421 ATM CHECK DEPOSI<br>1 WEST ROAD        NEWTOWN        * PA | 600.00 |
| 09/24 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 092421 ATM CHECK DEPOSI<br>1 WEST ROAD        NEWTOWN        * PA | 100.00 |
| 09/28 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 092821 ATM CHECK DEPOSI<br>1 WEST ROAD        NEWTOWN        * PA | 13,432.00 |
| 09/29 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 092921 ATM CHECK DEPOSI<br>1 WEST ROAD        NEWTOWN        * PA | 8,405.77 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

Page:          2 of 9

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| ① Ending Balance | 1,972.40 |
| ② Total Deposits | + |
| ③ Sub Total | |
| ④ Total Withdrawals | - |
| ⑤ Adjusted Balance | |

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ② |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ④ |

## FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

### INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

## FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 3 of 9 |
| Statement Period: | Sep 08 2021-Oct 07 2021 |
| Cust Ref #: | |
| Primary Account #: | 183 |

## DAILY ACCOUNT ACTIVITY

### Electronic Deposits (continued)

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 09/30 | ACH DEPOSIT, VILLA JOSEPH MAR PAYROLL ** | 0151X | 1,026.96 |
| 09/30 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 093021 ATM CHECK DEPOSI<br>1 WEST ROAD        NEWTOWN      * PA | | 7,666.66 |
| 10/04 | ATM CHECK DEPOSIT, *****30104570106<br>AUT 100421 ATM CHECK DEPOSI<br>1 WEST ROAD        NEWTOWN      * PA | | 1,500.00 |
| 10/04 | ATM CHECK DEPOSIT, *****30104570106<br>AUT 100421 ATM CHECK DEPOSI<br>1 WEST ROAD        NEWTOWN      * PA | | 933.33 |
| | | Subtotal: | 38,886.43 |

### Checks Paid    No. Checks: 8    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 09/20 | 130 | 657.20 | 10/05 | 134 | 936.25 |
| 09/21 | 131 | 660.38 | 10/05 | 135 | 1,000.00 |
| 09/20 | 132 | 1,630.00 | 10/01 | 92921* | 500.00 |
| 09/20 | 133 | 500.00 | 10/01 | 93021* | 16,996.43 |
| | | | | Subtotal: | 22,880.26 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/08 | DEBIT POS, *****30104570106, AUT 090821 DDA PURCHASE<br>CVS PHARMACY 07 07189      WRIGHTSTOWN     * PA | 63.40 |
| 09/08 | DEBIT CARD PURCHASE, *****30088471644, AUT 090621 VISA DDA PUR<br>ACME 4913        NEWTOWN      * PA | 29.66 |
| 09/08 | DEBIT CARD PAYMENT, *****30104570106, AUT 090721 VISA DDA PUR<br>HEATHLAND  VJMHS        HTTPSHEATHLAN * PA | 8.50 |
| 09/09 | ACH DEBIT, ATT PAYMENT ****52012EPAYC | 391.96 |
| 09/09 | DEBIT CARD PURCHASE, *****30088471644, AUT 090821 VISA DDA PUR<br>SQ FAMILY SOLUTION      877 417 4551 * MD | 125.00 |
| 09/09 | DEBIT CARD PURCHASE, *****30088471644, AUT 090821 VISA DDA PUR<br>SUNOCO 0363182702        NEWTOWN      * PA | 37.60 |
| 09/09 | DEBIT CARD PURCHASE, *****30088471644, AUT 090821 VISA DDA PUR<br>LUKOIL 69722        NEWTOWN      * PA | 14.30 |
| 09/09 | DEBIT CARD PURCHASE, *****30088471644, AUT 090821 VISA DDA PUR<br>ENTERPRISE RENT A CAR      NEWTOWN      * PA | 9.58 |
| 09/10 | DEBIT CARD PURCHASE, *****30104570106, AUT 090921 VISA DDA PUR<br>CRAMER S BAKERY INC      YARDLEY      * PA | 32.95 |
| 09/10 | DEBIT CARD PURCHASE, *****30088471644, AUT 090921 VISA DDA PUR<br>WAWA 277    00002774    TREVOSE     * PA | 16.50 |
| 09/13 | DEBIT CARD PURCHASE, *****30104570106, AUT 091021 VISA DDA PUR<br>VILLA JOSEPH MARIE      888 955 5455 * PA | 250.00 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Page:                          4 of 9
Statement Period:    Sep 08 2021-Oct 07 2021
Cust Ref #:                    ..
Primary Account #:             1383

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/13 | DEBIT POS, *****30088471644, AUT 091221 DDA PURCH W/CB<br>MCCAFFREYS NEWTOWN MARKE   NEWTOWN    * PA | 202.87 |
| 09/13 | DEBIT POS, *****30088471644, AUT 091221 DDA PURCHASE<br>SAMS CLUB SAM S CLUB    LANGHORNE   * PA | 202.77 |
| 09/13 | TD ATM DEBIT, *****30088471644, AUT 091021 DDA WITHDRAW<br>1 WEST ROAD          NEWTOWN    * PA | 200.00 |
| 09/13 | DEBIT CARD PURCHASE, *****30088471644, AUT 091121 VISA DDA PUR<br>FIVE GUYS 4029 QSR    BALTIMORE   * MD | 79.98 |
| 09/13 | DEBIT CARD PURCHASE, *****30088471644, AUT 091121 VISA DDA PUR<br>EXXONMOBIL  47869508    BALTIMORE   * MD | 64.30 |
| 09/13 | DEBIT CARD PURCHASE, *****30088471644, AUT 091021 VISA DDA PUR<br>EXXONMOBIL  47402706    NEWTOWN    * PA | 53.00 |
| 09/13 | DEBIT CARD PURCHASE, *****30104570106, AUT 091021 VISA DDA PUR<br>LA STALLA MARKET      NEWTOWN    * PA | 36.74 |
| 09/13 | DEBIT CARD PURCHASE, *****30104570106, AUT 091121 VISA DDA PUR<br>CRAMER S BAKERY INC    YARDLEY    * PA | 33.73 |
| 09/13 | DEBIT CARD PURCHASE, *****30104570106, AUT 091121 VISA DDA PUR<br>CVS PHARMACY 01947    YARDLEY    * PA | 27.26 |
| 09/14 | DEBIT CARD PURCHASE, *****30104570106, AUT 091321 VISA DDA PUR<br>GIUSEPPES  GIUSEPPES    STRIPE COM  * PA | 69.43 |
| 09/14 | DEBIT CARD PURCHASE, *****30088471644, AUT 091221 VISA DDA PUR<br>ACME 4913         NEWTOWN    * PA | 60.83 |
| 09/14 | DEBIT CARD PAYMENT, *****30104570106, AUT 091321 VISA DDA PUR<br>HEATHLAND  VJMHS      HTTPSHEATHLAN * PA | 8.50 |
| 09/15 | TD ATM DEBIT, *****30104570106, AUT 091521 DDA WITHDRAW<br>1 WEST ROAD          NEWTOWN    * PA | 100.00 |
| 09/15 | DEBIT CARD PURCHASE, *****30104570106, AUT 091321 VISA DDA PUR<br>ACME 4913         NEWTOWN    * PA | 13.66 |
| 09/16 | ACH DEBIT, APPEL ORTHODONTI PAYMENT ****00000043914 | 156.50 |
| 09/16 | DEBIT CARD PURCHASE, *****30088471644, AUT 091521 VISA DDA PUR<br>PTC EZ PASS AUTO RE    877 736 6727 * PA | 105.00 |
| 09/16 | DEBIT CARD PURCHASE, *****30104570106, AUT 091521 VISA DDA PUR<br>DAVID J WITCHELL      NEWTOWN    * PA | 80.00 |
| 09/16 | DEBIT CARD PAYMENT, *****30088471644, AUT 091521 VISA DDA PUR<br>ADOBE INC         800 8336687  * CA | 15.89 |
| 09/16 | DEBIT CARD PAYMENT, *****30104570106, AUT 091521 VISA DDA PUR<br>HEATHLAND  VJMHS      HTTPSHEATHLAN * PA | 2.00 |
| 09/17 | DEBIT CARD PURCHASE, *****30104570106, AUT 091521 VISA DDA PUR<br>NEWTOWN VALLEY CLEANERS   NEWTOWN    * PA | 78.40 |
| 09/17 | DEBIT CARD PURCHASE, *****30088471644, AUT 091621 VISA DDA PUR<br>LUKOIL 69722       NEWTOWN    * PA | 75.00 |
| 09/17 | DEBIT CARD PURCHASE, *****30088471644, AUT 091521 VISA DDA PUR<br>7 ELEVEN 32661        PHILADEPHIA * PA | 35.01 |



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Page: 5 of 9
Statement Period: Sep 08 2021-Oct 07 2021
Cust Ref #:
Primary Account #: 1383

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/20 | DEBIT POS, *****30104570106, AUT 092021 DDA PURCH W/CB<br>MCCAFFREYS NEWTOWN MARKE   NEWTOWN      * PA | 132.45 |
| 09/20 | DEBIT POS, *****30088471644, AUT 092021 DDA PURCH W/CB<br>ACME 4913          NEWTOWN      * PA | 114.17 |
| 09/20 | DEBIT CARD PURCHASE, *****30104570106, AUT 091621 VISA DDA PUR<br>TST NOTHING BUNDT CAKES   NEWTOWN      * PA | 44.00 |
| 09/20 | DEBIT CARD PAYMENT, *****30088471644, AUT 091721 VISA DDA PUR<br>SXM SIRIUSXM COM ACCT   888 635 5144 * NY | 31.86 |
| 09/20 | DEBIT CARD PURCHASE, *****30088471644, AUT 091821 VISA DDA PUR<br>SHELL OIL 57540948205    SWEDESBORO  * NJ | 25.00 |
| 09/20 | DEBIT CARD PAYMENT, *****30104570106, AUT 091921 VISA DDA PUR<br>HEATHLAND  VJMHS       HTTPSHEATHLAN * PA | 10.25 |
| 09/20 | DEBIT CARD PURCHASE, *****30088471644, AUT 091721 VISA DDA PUR<br>AMZN MKTP US 2G0G32D40   AMZN COM BILL * WA | 9.22 |
| 09/20 | DEBIT CARD PAYMENT, *****30088471644, AUT 091821 VISA DDA PUR<br>AOL SERVICE       800 827 6364 * VA | 7.99 |
| 09/21 | DEBIT POS, *****30104570106, AUT 092121 DDA PURCH W/CB<br>MCCAFFREYS NEWTOWN MARKE   NEWTOWN      * PA | 41.19 |
| 09/22 | ELECTRONIC PMT-WEB, NORTHWESTERN MU PAYMNT WEB ****423-02 | 418.38 |
| 09/22 | DEBIT CARD PAYMENT, *****30088471644, AUT 092121 VISA DDA PUR<br>STATE FARM  INSURANCE   800 956 6310 * IL | 365.05 |
| 09/22 | DEBIT CARD PURCHASE, *****30104570106, AUT 092121 VISA DDA PUR<br>VILLA JOSE KAMPUS KLO   215 357 0892 * WI | 84.00 |
| 09/22 | DEBIT CARD PURCHASE, *****30104570106, AUT 092121 VISA DDA PUR<br>HEATHLAND  VJMHS       HTTPSHEATHLAN * PA | 10.00 |
| 09/22 | DEBIT CARD PURCHASE, *****30104570106, AUT 092121 VISA DDA PUR<br>HEATHLAND  VJMHS       HTTPSHEATHLAN * PA | 8.50 |
| 09/23 | DEBIT CARD PURCHASE, *****30088471644, AUT 092121 VISA DDA PUR<br>LA STALLA RESTAURANT    NEWTOWN      * PA | 146.18 |
| 09/24 | TD ATM DEBIT, *****30088471644, AUT 092421 DDA WITHDRAW<br>1 WEST ROAD          NEWTOWN      * PA | 100.00 |
| 09/24 | DEBIT CARD PURCHASE, *****30088471644, AUT 092321 VISA DDA PUR<br>LUKOIL 69722       NEWTOWN      * PA | 49.00 |
| 09/24 | DEBIT CARD PURCHASE, *****30104570106, AUT 092321 VISA DDA PUR<br>HEATHLAND  VJMHS       HTTPSHEATHLAN * PA | 2.00 |
| 09/27 | DEBIT CARD PURCHASE, *****30088471644, AUT 092621 VISA DDA PUR<br>MCCAFFREYS NEWTOWN       NEWTOWN      * PA | 141.71 |
| 09/27 | DEBIT CARD PURCHASE, *****30088471644, AUT 092521 VISA DDA PUR<br>ROCCOS AT THE BRICK     NEWTOWN      * PA | 126.31 |
| 09/27 | DEBIT POS, *****30088471644, AUT 092521 DDA PURCH W/CB<br>MCCAFFREYS NEWTOWN MARKE   NEWTOWN      * PA | 114.27 |
| 09/27 | DEBIT POS, *****30088471644, AUT 092521 DDA PURCH W/CB<br>PETSMART  1479       NEWTOWN      * PA | 50.17 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 6 of 9 |
| Statement Period: | Sep 08 2021-Oct 07 2021 |
| Cust Ref #: | *** |
| Primary Account #: | 1383 |

---

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/27 | DEBIT CARD PURCHASE, *****30088471644, AUT 092521 VISA DDA PUR STAPLES    00112565    NEWTOWN    * PA | 50.00 |
| 09/27 | DEBIT CARD PURCHASE, *****30088471644, AUT 092621 VISA DDA PUR MCCAFFREYS NEWTOWN    NEWTOWN    * PA | 13.98 |
| 09/27 | DEBIT CARD PURCHASE, *****30088471644, AUT 092521 VISA DDA PUR SMITH S ACE HRDW NEWTOWN    NEWTOWN    * PA | 9.53 |
| 09/27 | DEBIT CARD PURCHASE, *****30104570106, AUT 092621 VISA DDA PUR HEATHLAND   VJMHS       HTTPSHEATHLAN * PA | 9.25 |
| 09/27 | DEBIT CARD PURCHASE, *****30104570106, AUT 092421 VISA DDA PUR HEATHLAND   VJMHS       HTTPSHEATHLAN * PA | 4.50 |
| 09/28 | DEBIT POS, *****30104570106, AUT 092821 DDA PURCHASE BATTERIES  BULBS 0831    FAIRLESS HILL * PA | 95.39 |
| 09/28 | DEBIT POS, *****30088471644, AUT 092821 DDA PURCH W/CB MCCAFFREYS NEWTOWN MARKE    NEWTOWN    * PA | 61.99 |
| 09/28 | DEBIT CARD PURCHASE, *****30088471644, AUT 092721 VISA DDA PUR LUKOIL 69722      NEWTOWN    * PA | 52.00 |
| 09/28 | DEBIT CARD PURCHASE, *****30104570106, AUT 092721 VISA DDA PUR HEATHLAND   VJMHS       HTTPSHEATHLAN * PA | 8.50 |
| 09/30 | DEBIT CARD PURCHASE, *****30104570106, AUT 092921 VISA DDA PUR CVS PHARMACY 07189     NEWTOWN    * PA | 63.00 |
| 10/01 | ELECTRONIC PMT-WEB, IRS USATAXPYMT ****67465287535 | 7,000.00 |
| 10/01 | ELECTRONIC PMT-TEL, MBFS - 8.95 D000039830 ****242345001 | 850.00 |
| 10/01 | DEBIT CARD PURCHASE, *****30104570106, AUT 093021 VISA DDA PUR WAWA 8121    00081216    RICHBORO    * PA | 69.27 |
| 10/01 | DEBIT CARD PURCHASE, *****30104570106, AUT 092921 VISA DDA PUR NEWTOWN VISION ASSOCIATE   NEWTOWN ROAD * PA | 50.00 |
| 10/01 | DEBIT CARD PURCHASE, *****30104570106, AUT 092921 VISA DDA PUR NEWTOWN VISION ASSOCIATE   NEWTOWN ROAD * PA | 20.00 |
| 10/01 | ELECTRONIC PMT-TEL, REP CF MBFS D000039776 ****02101387224 | 8.95 |
| 10/01 | DEBIT CARD PURCHASE, *****30104570106, AUT 093021 VISA DDA PUR HEATHLAND   VJMHS       HTTPSHEATHLAN * PA | 8.50 |
| 10/04 | CCD DEBIT, IBC EDI PAYMTS PRMAX****323586 | 2,526.99 |
| 10/04 | ELECTRONIC PMT-WEB, PECO ENERGY COMP BILLPAY PECO ENERGY COM | 790.00 |
| 10/04 | ACH DEBIT, COMCAST 8499102 050017305 5630828 | 313.04 |
| 10/04 | DEBIT CARD PURCHASE, *****30104570106, AUT 100221 VISA DDA PUR ST ANDREW CYO        STRIPE COM  * PA | 260.00 |
| 10/04 | DEBIT CARD PURCHASE, *****30088471644, AUT 100121 VISA DDA PUR INTERPARK AUTOBILL  B    CHICAGO    * IL | 250.00 |
| 10/04 | DEBIT CARD PURCHASE, *****30104570106, AUT 100221 VISA DDA PUR LACE SILHOUETTES LINGERI   LAHASKA    * PA | 151.00 |
| 10/04 | DEBIT CARD PURCHASE, *****30104570106, AUT 100221 VISA DDA PUR DRAGON OF NEWTOWN      NEWTOWN    * PA | 105.49 |



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 7 of 9 |
| Statement Period: | Sep 08 2021-Oct 07 2021 |
| Cust Ref #: | -*** |
| Primary Account #: | 1383 |

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/04 | TD ATM DEBIT, *****30104570106, AUT 100421 DDA WITHDRAW<br>1 WEST ROAD        NEWTOWN     * PA | 100.00 |
| 10/04 | DEBIT CARD PURCHASE, *****30088471644, AUT 093021 VISA DDA PUR<br>ROCCOS AT THE BRICK      NEWTOWN     * PA | 75.98 |
| 10/04 | DEBIT CARD PURCHASE, *****30088471644, AUT 100121 VISA DDA PUR<br>PICCOLO TRATTORIA AT N     215 8604247   * PA | 60.77 |
| 10/04 | DEBIT CARD PURCHASE, *****30104570106, AUT 100321 VISA DDA PUR<br>LA STALLA MARKET      NEWTOWN     * PA | 40.77 |
| 10/04 | DEBIT CARD PURCHASE, *****30088471644, AUT 100121 VISA DDA PUR<br>LUKOIL 69722        NEWTOWN     * PA | 30.00 |
| 10/04 | DEBIT POS, *****30104570106, AUT 100421 DDA PURCHASE<br>RITE AID 11089       NEWTOWN     * PA | 10.49 |
| 10/04 | DEBIT CARD PURCHASE, *****30104570106, AUT 100121 VISA DDA PUR<br>CHICK FIL A  01411      NEWTOWN     * PA | 9.53 |
| 10/05 | DEBIT POS, *****30104570106, AUT 100521 DDA PURCHASE<br>SAM S CLUB        LANGHORNE   * PA | 217.21 |
| 10/05 | DEBIT POS, *****30104570106, AUT 100521 DDA PURCHASE<br>MCCAFFREYS NEWTOWN MARKE   NEWTOWN     * PA | 88.50 |
| 10/05 | DEBIT CARD PURCHASE, *****30088471644, AUT 100321 VISA DDA PUR<br>EXXONMOBIL  48404438    RICHBORO    * PA | 47.75 |
| 10/06 | DEBIT CARD PURCHASE, *****30104570106, AUT 100421 VISA DDA PUR<br>VILLA JOSEPH MARIE     888 955 5455  * PA | 122.50 |
| 10/06 | DEBIT CARD PURCHASE, *****30104570106, AUT 100521 VISA DDA PUR<br>DESIGN FOR VISION      NEWTOWN     * PA | 105.00 |
| 10/06 | DEBIT POS, *****30104570106, AUT 100621 DDA PURCH W/CB<br>PETSMART  1479       NEWTOWN     * PA | 54.97 |
| 10/06 | DEBIT CARD PURCHASE, *****30104570106, AUT 100421 VISA DDA PUR<br>ACME 0778        SOUTHAMPTON  * PA | 39.41 |
| 10/06 | DEBIT CARD PURCHASE, *****30104570106, AUT 100521 VISA DDA PUR<br>HEATHLAND  VJMHS       HTTPSHEATHLAN * PA | 8.50 |
| 10/07 | ELECTRONIC PMT-WEB, VERIZON VZ BILLPAY ****306840001 | 89.00 |
| | Subtotal: | 18,583.78 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/13 | DEBIT | 100.00 |
| | Subtotal: | 100.00 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 8 of 9 |
| Statement Period: | Sep 08 2021-Oct 07 2021 |
| Cust Ref #: | *** |
| Primary Account #: | 1383 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 09/07 | 4,650.01 | 09/23 | 2,195.58 |
| 09/08 | 4,548.45 | 09/24 | 2,744.58 |
| 09/09 | 3,970.01 | 09/27 | 2,224.86 |
| 09/10 | 3,920.56 | 09/28 | 15,438.98 |
| 09/13 | 4,829.91 | 09/29 | 23,844.75 |
| 09/14 | 4,691.15 | 09/30 | 32,475.37 |
| 09/15 | 6,339.20 | 10/01 | 6,972.22 |
| 09/16 | 5,979.81 | 10/04 | 4,681.49 |
| 09/17 | 5,791.40 | 10/05 | 2,391.78 |
| 09/20 | 3,929.26 | 10/06 | 2,061.40 |
| 09/21 | 3,227.69 | 10/07 | 1,972.40 |
| 09/22 | 2,341.76 | | |



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Page:                          9 of 9
Statement Period:       Sep 08 2021-Oct 07 2021
Cust Ref #:
Primary Account #:                    1383

| #130 | 09/20 | $657.20 |
| #131 | 09/21 | $660.38 |
| #132 | 09/20 | $1,630.00 |
| #133 | 09/20 | $500.00 |
| #134 | 10/05 | $936.25 |
| #135 | 10/05 | $1,000.00 |
| #92921 | 10/01 | $500.00 |
| #93021 | 10/01 | $16,996.43 |