# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| RICHARD W. JOHNSON, JR. and ALYSE M. JOHNSON | : | Bankruptcy No. 21-10054-AMC |
| | : | |
| Debtors | : | |

## AMENDED CERTIFICATE OF SERVICE

I, Carol E. Momjian, hereby certify that *Joinder of the Commonwealth of Pennsylvania, Department of Revenue to Objection of the United States on Behalf of the IRS to Confirmation of Debtors' Chapter 11 Plan of Reorganization* has been filed electronically on this day, and is available for viewing and downloading from the Court's Electronic Case Filing System and emailed to the following:.

| VIA E-MAIL | |
|---|---|
| David B. Smith, Esquire<br>Smith Kane Holman, LLC<br>112 Moores Road, Suite 300<br>Malvern, PA 19355<br>dsmith@skhlaw.com<br>*Counsel for Debtors* | George M. Conway, Esquire<br>U.S. Customs House<br>200 Chestnut Street, Suite 502<br>Philadelphia, PA 19106<br>george.m.conway@usdoj.gov<br>*United States Trustee* |
| Matthew E. K. Howatt, Esquire<br>U.S. Attorney Office<br>615 Chestnut Street, Suite 1250<br>Philadelphia, PA 19106<br>Matthew.Howatt@usdoj.gov<br>*Asst. U.S. Attorney on behalf of IRS* | Jami B. Nimeroff, Esq.<br>Brown McGarry Nimeroff<br>Two Penn Center, Suite 610<br>Philadelphia, PA 19102<br>jnimeroff@bmnlawyers.com<br>*Subchapter V Trustee* |

DATE: November 12, 2021                              Respectfully submitted,

                                                JOSH SHAPIRO
                                                ATTORNEY GENERAL

COMMONWEALTH OF PENNSYLVANIA      By:   */s/ Carol E. Momjian*
OFFICE OF ATTORNEY GENERAL              CAROL E. MOMJIAN
The Phoenix Building                    Senior Deputy Attorney General
1600 Arch Street, Suite 300             PA Attorney No. 49219
Philadelphia, PA 19103
Tel.: (215) 560-2128                    JASON L. SWARTLEY
Fax: (717) 772-4526                     Chief Deputy Attorney General
Email: cmomjian@attorneygeneral.gov     Financial Enforcement Section