**Fill in this information to identify the case:**

Debtor Name _Richard and Alyse Johnson_

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number: _21-10054_

☐ Check if this is an
amended filing

## Official Form 425C

### Monthly Operating Report for Small Business Under Chapter 11                12/17

Month: _October 2021_                Date report filed: _11/20/2021_
                                                          MM / DD / YYYY

Line of business: _Attorney_                NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury
that I have examined the following small business monthly operating report and the accompanying
attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:            _Richard W. Johnson, Jr._

Original signature of responsible party    _[signature]_

Printed name of responsible party    _Richard W. Johnson, Jr._

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|     |     | Yes | No | N/A |
| --- | --- | --- | --- | --- |
| | **If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Richard and Alyse Johnson                              Case number  21-10054

17. Have you paid any bills you owed before you filed bankruptcy?    ☐  ☑  ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 11,903.23

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ 45,182.36

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    − $ 41,245.19

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.    + $ 3,937.17

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.    = $ 15,839.40

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ 3,817.50

    *(Exhibit E)*

Debtor Name <u>Richard and Alyse Johnson</u>                Case number <u>21-10054</u>

---

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F.* Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                $ _____ 0.00

    *(Exhibit F)*

---

### 5. Employees

26. What was the number of employees when the case was filed?                          0

27. What is the number of employees as of the date of this monthly report?             0

---

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____ 0.00

30. How much have you paid this month in other professional fees?                                    $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?                   $ _____ 0.00

---

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | — | Column B | = | Column C |
|---|---|---|---|---|---|
|  | **Projected** |  | **Actual** |  | **Difference** |
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 39,000.00 | — | $ 45,182.36 | = | $ -6,182.36 |
| 33. **Cash disbursements** | $ 35,000.00 | — | $ 41,245.19 | = | $ -6,245.19 |
| 34. **Net cash flow** | $ 4,000.00 | — | $ 3,937.17 | = | $ 62.83 |

35. Total projected cash receipts for the next month:                          $ 40,000.00

36. Total projected cash disbursements for the next month:                  - $ 36,000.00

37. Total projected net cash flow for the next month:                        = $ 4,000.00

---

Debtor Name  Richard and Alyse Johnson                      Case number 21-10054

## ■ 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

Exhibit A – N/A

## EXHIBIT B

10.  Husband is an attorney who maintains an active IOLTA account in PA and an Attorney Trust Account in NJ.

Transaction - Last month
10/1/2021 through 10/31/2021

11/12/2021

| Date | Account | Num | Description | Category | Amount |
|------|---------|-----|-------------|----------|--------|
| 10/4/2021 | TD Checki...DEP | | Deposit | Income (RWJ) | 1,500.00 |
| 10/4/2021 | TD Checki...DEP | | Deposit | Income (RWJ) | 933.33 |
| 10/8/2021 | TD Checki...DEP | | Deposit | Income (RWJ) | 3,667.00 |
| 10/15/2021 | TD Checki...DEP | | Deposit | Paycheck (AMJ) | 839.25 |
| 10/15/2021 | TD Checki...DEP | | Deposit | Child Tax Credit | 200.00 |
| 10/15/2021 | TD Checki...DEP | | Deposit | Income (RWJ) | 2,000.00 |
| 10/21/2021 | TD Checki...DEP | | Deposit | Income (RWJ) | 2,010.00 |
| 10/27/2021 | TD Checki...DEP | | Deposit | Income (RWJ) | 13,534.72 |
| 10/28/2021 | TD Checki...DEP | | Deposit | Income (RWJ) | 19,667.00 |
| 10/29/2021 | TD Checki...DEP | | Deposit | Paycheck (AMJ) | 504.06 |
| 10/29/2021 | TD Checki...DEP | | Deposit | Income (RWJ) | 327.00 |
| **10/1/2021 - 10/31/2021** | | | | | **45,182.36** |

| | |
|---|---|
| **TOTAL INFLOWS** | **45,182.36** |
| **TOTAL OUTFL...** | **0.00** |
| **NET TOTAL** | **45,182.36** |

Transaction - Last month
10/1/2021 through 10/31/2021

11/12/2021

| Date | Account | Num | Description | Category | Amount |
|---|---|---|---|---|---|
| 10/1/2021 | TD Checking | EFT | MBFS | Auto:Lease | -850.00 |
| 10/1/2021 | TD Checking | EFT | MBFS | Auto:Lease | -8.95 |
| 10/1/2021 | TD Checking | ATM | Wawa | Auto:Fuel | -69.27 |
| 10/1/2021 | TD Checking | ATM | Newtown VIsion Associa... | Medical Care | -50.00 |
| 10/1/2021 | TD Checking | ATM | Newtown VIsion Associa... | Medical Care | -20.00 |
| 10/1/2021 | TD Checking | ATM | VjMHS Cafeteria | Food | -8.50 |
| 10/1/2021 | TD Checking | EFT | Audi Financial | Auto:Lease | -783.31 |
| 10/4/2021 | TD Checking | EFT | Independence Blue Cross | Health Insurance | -2,526.99 |
| 10/4/2021 | TD Checking | ATM | St. Andrew CYO | CYO | -260.00 |
| 10/4/2021 | TD Checking | ATM | Interpark | Parking | -250.00 |
| 10/4/2021 | TD Checking | ATM | Lace | Clothing | -151.00 |
| 10/4/2021 | TD Checking | ATM | Dragon Of Newtown | Food | -105.49 |
| 10/4/2021 | TD Checking | ATM | ATM Withdrawal | Cash | -100.00 |
| 10/4/2021 | TD Checking | ATM | Rocco's | Food | -75.98 |
| 10/4/2021 | TD Checking | ATM | Piccolo Trattoria | Food | -60.77 |
| 10/4/2021 | TD Checking | ATM | La Stalla Market | Groceries | -40.77 |
| 10/4/2021 | TD Checking | ATM | Lukoil | Auto:Fuel | -30.00 |
| 10/4/2021 | TD Checking | ATM | Rite Aid | Pharmacy | -10.49 |
| 10/4/2021 | TD Checking | ATM | Chick Fil A | Food | -9.53 |
| 10/5/2021 | TD Checking | ATM | Sam's Club | Groceries | -217.21 |
| 10/5/2021 | TD Checking | ATM | McCaffreys | Groceries | -88.50 |
| 10/5/2021 | TD Checking | ATM | Exxon/Mobil | Auto:Fuel | -47.75 |

Transaction - Last month
10/1/2021 through 10/31/2021

11/12/2021

| Date | Account | Num | Description | Category | Amount |
|---|---|---|---|---|---|
| 10/6/2021 | TD Checking | ATM | Villa Joseph Marie | Tuition | -122.50 |
| 10/6/2021 | TD Checking | ATM | Design For Vision | Medical Care | -105.00 |
| 10/6/2021 | TD Checking | ATM | Petsmart | Pet Food and Supplies | -54.97 |
| 10/6/2021 | TD Checking | ATM | Acme | Groceries | -39.41 |
| 10/6/2021 | TD Checking | ATM | VjMHS Cafeteria | Food | -8.50 |
| 10/7/2021 | TD Checking | EFT | Verizon | Phone | -89.00 |
| 10/8/2021 | TD Checking | ATM | ATM Withdrawal | Cash | -300.00 |
| 10/8/2021 | TD Checking | ATM | Millevoi Brothers | Auto:Repair | -205.66 |
| 10/8/2021 | TD Checking | ATM | McCaffreys | Groceries | -42.87 |
| 10/8/2021 | TD Checking | ATM | Riehls Baked Goods | Groceries | -26.39 |
| 10/12/2021 | TD Checking | EFT | AT&T Wireless | Cell Phone | -391.96 |
| 10/12/2021 | TD Checking | ATM | PA Bar Institute | Continuing Legal Educ... | -149.00 |
| 10/12/2021 | TD Checking | ATM | La Stalla | Food | -116.98 |
| 10/12/2021 | TD Checking | ATM | Acme | Groceries | -77.03 |
| 10/12/2021 | TD Checking | ATM | McCaffreys | Groceries | -65.71 |
| 10/12/2021 | TD Checking | ATM | Wawa | Auto:Fuel | -60.34 |
| 10/12/2021 | TD Checking | ATM | Holy Ghost Prep | Dance Ticket | -10.00 |
| 10/12/2021 | TD Checking | ATM | VjMHS Cafeteria | Food | -8.50 |
| 10/12/2021 | TD Checking | ATM | New Hope Boro | Parking | -4.00 |
| 10/13/2021 | TD Checking | ATM | Design For Vision | Medical Care | -244.00 |
| 10/13/2021 | TD Checking | ATM | Rocco's | Food | -160.35 |
| 10/13/2021 | TD Checking | ATM | CVS Pharmacy | Pharmacy | -60.34 |
| 10/13/2021 | TD Checking | ATM | Lukoil | Auto:Fuel | -47.00 |

Transaction - Last month
10/1/2021 through 10/31/2021

11/12/2021                                                                        Page 3

| Date | Account | Num | Description | Category | Amount |
|------|---------|-----|-------------|----------|--------|
| 10/13/2021 | TD Checking | ATM | Apple | Cell Phone | -2.99 |
| 10/14/2021 | TD Checking | ATM | CVS Pharmacy | Pharmacy | -91.26 |
| 10/14/2021 | TD Checking | ATM | Amazon | Home:Home Improvem... | -75.61 |
| 10/14/2021 | TD Checking | ATM | Mid Atlantic Packaging | Household Supplies | -27.51 |
| 10/14/2021 | TD Checking | ATM | Amazon | Household Supplies | -20.15 |
| 10/14/2021 | TD Checking | ATM | VjMHS Cafeteria | Food | -8.50 |
| 10/15/2021 | TD Checking | ATM | Piccolo Trattoria | Food | -65.19 |
| 10/15/2021 | TD Checking | ATM | Acme | Groceries | -42.91 |
| 10/18/2021 | TD Checking | ATM | DSW | Clothing | -279.00 |
| 10/18/2021 | TD Checking | ATM | Appel Orthodontics | Medical Care | -156.50 |
| 10/18/2021 | TD Checking | ATM | McCaffreys | Groceries | -91.30 |
| 10/18/2021 | TD Checking | ATM | David J. Witchell | Personal Care:Hair | -70.00 |
| 10/18/2021 | TD Checking | ATM | Valley Cleaners | Dry Cleaning | -64.85 |
| 10/18/2021 | TD Checking | ATM | Staples | Office Supplies | -63.81 |
| 10/18/2021 | TD Checking | ATM | Lukoil | Auto:Fuel | -50.02 |
| 10/18/2021 | TD Checking | ATM | Red Robin | Food | -45.41 |
| 10/18/2021 | TD Checking | ATM | Sirius/XM | Auto:Radio | -31.86 |
| 10/18/2021 | TD Checking | ATM | Acme | Groceries | -28.26 |
| 10/18/2021 | TD Checking | ATM | Chick Fil A | Food | -17.62 |
| 10/18/2021 | TD Checking | ATM | Adobe | Office Expenses (Busi... | -15.89 |
| 10/18/2021 | TD Checking | ATM | Vigilante's Liberty | Auto:Fuel | -48.52 |
| 10/19/2021 | TD Checking | ATM | AOL | Internet Service | -7.99 |
| 10/20/2021 | TD Checking | ATM | State Farm | Auto:Insurance | -365.05 |

Transaction - Last month
10/1/2021 through 10/31/2021

11/12/2021

Page 4

| Date | Account | Num | Description | Category | Amount |
|------|---------|-----|-------------|----------|--------|
| 10/20/2021 | TD Checking | ATM | CVS Pharmacy | Pharmacy | -43.00 |
| 10/20/2021 | TD Checking | ATM | Wawa | Groceries | -12.04 |
| 10/20/2021 | TD Checking | ATM | VjMHS Cafeteria | Food | -8.50 |
| 10/20/2021 | TD Checking | ATM | VjMHS Cafeteria | Food | -3.00 |
| 10/20/2021 | TD Checking | ATM | VjMHS Cafeteria | Food | -1.50 |
| 10/21/2021 | TD Checking | ATM | ATM Withdrawal | Cash | -200.00 |
| 10/21/2021 | TD Checking | ATM | Staples | Office Supplies | -29.10 |
| 10/21/2021 | TD Checking | ATM | McDonald's | Food | -4.55 |
| 10/21/2021 | TD Checking | 136 | Richard W. Johnson, III | College Expenses | -600.00 |
| 10/21/2021 | TD Checking | 137 | Alexa Johnson | College Expenses | -600.00 |
| 10/22/2021 | TD Checking | EFT | PECO | Electric | -553.00 |
| 10/22/2021 | TD Checking | EFT | Northwesten Mutual Life | Life Insurance | -418.38 |
| 10/22/2021 | TD Checking | EFT | PECO | Electric | -401.00 |
| 10/22/2021 | TD Checking | ATM | Giuseppes Pizza | Food | -77.25 |
| 10/22/2021 | TD Checking | ATM | Doylestown Glass | Home:Services - Maint... | -59.83 |
| 10/22/2021 | TD Checking | ATM | VjMHS Cafeteria | Food | -7.75 |
| 10/25/2021 | TD Checking | ATM | Capital Grille | Business Meals | -427.10 |
| 10/25/2021 | TD Checking | ATM | ATM Withdrawal | Cash | -200.00 |
| 10/25/2021 | TD Checking | ATM | PACLE | Continuing Legal Educ... | -200.00 |
| 10/25/2021 | TD Checking | ATM | Newtown Pest Control | Home:Services - Maint... | -180.20 |
| 10/25/2021 | TD Checking | ATM | Acme | Groceries | -157.88 |
| 10/25/2021 | TD Checking | ATM | ATM Withdrawal | Cash | -100.00 |
| 10/25/2021 | TD Checking | ATM | Vigilante's Liberty | Auto:Fuel | -67.00 |

Transaction - Last month
10/1/2021 through 10/31/2021

11/12/2021

| Date | Account | Num | Description | Category | Amount |
|------|---------|-----|-------------|----------|--------|
| 10/25/2021 | TD Checking | ATM | Valley Cleaners | Dry Cleaning | -30.95 |
| 10/25/2021 | TD Checking | ATM | Sparkle Soft Cloth | Auto:Carwash | -22.00 |
| 10/25/2021 | TD Checking | ATM | McCaffreys | Groceries | -21.19 |
| 10/25/2021 | TD Checking | 138 | Allegro Credit | Allegro Payment | -936.25 |
| 10/26/2021 | TD Checking | ATM | McCaffreys | Groceries | -106.64 |
| 10/26/2021 | TD Checking | ATM | Harvest | Food | -100.08 |
| 10/27/2021 | TD Checking | ATM | ATM Withdrawal | Cash | -200.00 |
| 10/27/2021 | TD Checking | ATM | Amazon | Household Supplies | -53.28 |
| 10/27/2021 | TD Checking | ATM | VjMHS Cafeteria | Food | -8.50 |
| 10/27/2021 | TD Checking | ATM | VjMHS Cafeteria | Food | -7.75 |
| 10/27/2021 | TD Checking | 139 | PA Dept. Of Revenue | State Tax:2021 Estima... | -1,000.00 |
| 10/28/2021 | TD Checking | ATM | VjMHS Cafeteria | Food | -10.00 |
| 10/29/2021 | TD Checking | ATM | DSW | Clothing | -44.99 |
| 10/29/2021 | TD Checking | ATM | Wawa | Auto:Fuel | -25.33 |
| 10/29/2021 | TD Checking | ATM | VjMHS Cafeteria | Food | -6.50 |
| 10/29/2021 | TD Checking | EFT | The Bancorp Bank | Home:Mortgage | -16,996.43 |
| 10/29/2021 | TD Checking | EFT | The Bancorp Bank | Plan Payment:Bancorp | -500.00 |
| 10/30/2021 | TD Checking | EFT | IRS | Fed Tax:2021 Estimated | -7,000.00 |

**10/1/2021 - 10/31/2021**                                                                 **-41,245.19**

**TOTAL INFL...**          **0.00**

**TOTAL OUTF...**   **-41,245.19**

Transaction - Last month
10/1/2021 through 10/31/2021

| Date | Account | Num | Description | Category | Amount |
|------|---------|-----|-------------|----------|--------|
| | | | | **NET TOTAL** | **-41,245.19** |

## EXHIBIT E

1.  **$3,817.50  Allegro Credit**:  Allegro had refused to accept payment directly from debtors. However, Allegro has agreed to accept payments through its counsel. Payments resumed in July 2021, plus an additional $200.00.

 **Bank**

America's Most Convenient Bank®

E    STATEMENT OF ACCOUNT

 

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA
5 SARAH DRIVE
NEWTOWN PA 18940

| | |
|---|---|
| Page: | 1 of 10 |
| Statement Period: | Oct 08 2021-Nov 07 2021 |
| Cust Ref #: | ▮▮▮039-E-*** |
| Primary Account #: | ▮▮▮1383 |

## Chapter 11 Checking

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Account # ▮▮▮▮1383

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 1,972.40 | Average Collected Balance | 6,992.46 |
| Deposits | 800.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 45,796.53 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 20,632.68 | Days in Period | 31 |
| Electronic Payments | 22,998.57 | | |
| Ending Balance | 4,937.68 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $0.00 | $70.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/25 | DEPOSIT | 800.00 |
| | Subtotal: | 800.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/08 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 100821 ATM CHECK DEPOSI<br>1 WEST ROAD          NEWTOWN      * PA | 3,667.00 |
| 10/15 | ACH DEPOSIT, VILLA JOSEPH MAR PAYROLL ****6200039000X | 839.25 |
| 10/15 | ACH DEPOSIT, IRS TREAS 310  CHILDCTC ****69411200909 | 200.00 |
| 10/15 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 101521 ATM CHECK DEPOSI<br>1 WEST ROAD          NEWTOWN      * PA | 2,000.00 |
| 10/21 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 102121 ATM CHECK DEPOSI<br>1 WEST ROAD          NEWTOWN      * PA | 2,010.00 |
| 10/27 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 102721 ATM CHECK DEPOSI<br>1 WEST ROAD          NEWTOWN      * PA | 13,534.72 |
| 10/28 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 102821 ATM CHECK DEPOSI<br>1 WEST ROAD          NEWTOWN      * PA | 19,667.00 |
| 10/29 | ACH DEPOSIT, VILLA JOSEPH MAR PAYROLL ****2800001133X | 504.06 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 🏠

# How to Balance your Account

Page:    2 of 10

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| ❶ Ending Balance | 4,937.68 |
| ❷ Total Deposits + | |
| ❸ Sub Total | |
| ❹ Total Withdrawals - | |
| ❺ Adjusted Balance | |

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.


**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 3 of 10 |
| Statement Period: | Oct 08 2021-Nov 07 2021 |
| Cust Ref #: | ████████039-E-*** |
| Primary Account #: | ████████1383 |

## DAILY ACCOUNT ACTIVITY

### Electronic Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/29 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 102921 ATM CHECK DEPOSI<br>1 WEST ROAD          NEWTOWN      * PA | 327.00 |
| 11/02 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 110221 ATM CHECK DEPOSI<br>1 WEST ROAD          NEWTOWN      * PA | 1,500.00 |
| 11/03 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 110321 ATM CHECK DEPOSI<br>1 WEST ROAD          NEWTOWN      * PA | 605.00 |
| 11/05 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 110521 ATM CHECK DEPOSI<br>1 WEST ROAD          NEWTOWN      * PA | 942.50 |
| | Subtotal: | 45,796.53 |

### Checks Paid
No. Checks: 8          *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 10/22 | 136 | 600.00 | 11/04 | 139 | 1,000.00 |
| 10/22 | 137 | 600.00 | 11/01 | 102821* | 500.00 |
| 11/02 | 138 | 936.25 | 11/01 | 102921* | 16,996.43 |
| | | | | Subtotal: | 20,632.68 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/08 | ACH DEBIT, AUDI FINCL, TEL. TEL  DEBIT  PTEL****279496 | 783.31 |
| 10/08 | TD ATM DEBIT, *****30104570106, AUT 100821 DDA WITHDRAW<br>1064 SECOND STREET PIKE    RICHBORO      * PA | 300.00 |
| 10/08 | DEBIT CARD PURCHASE, *****30104570106, AUT 100721 VISA DDA PUR<br>MILLEVOI BROTHERS RICHBO    RICHBORO      * PA | 205.66 |
| 10/08 | DEBIT POS, *****30104570106, AUT 100821 DDA PURCHASE<br>MCCAFFREYS NEWTOWN MARKE    NEWTOWN      * PA | 42.87 |
| 10/08 | DEBIT CARD PURCHASE, *****30104570106, AUT 100721 VISA DDA PUR<br>RIEHLS BAKED GOODS          NEWTOWN      * PA | 26.39 |
| 10/12 | ACH DEBIT, ATT PAYMENT ****87014EPAYG | 391.96 |
| 10/12 | DEBIT CARD PURCHASE, *****30088471644, AUT 100921 VISA DDA PUR<br>PA BAR INSTITUTE        800 932 4637  * PA | 149.00 |
| 10/12 | DEBIT CARD PURCHASE, *****30104570106, AUT 100721 VISA DDA PUR<br>LA STALLA RESTAURANT    NEWTOWN      * PA | 116.98 |
| 10/12 | DEBIT POS, *****30088471644, AUT 101121 DDA PURCH W/CB<br>ACME 4913          NEWTOWN      * PA | 77.03 |
| 10/12 | DEBIT CARD PURCHASE, *****30088471644, AUT 101121 VISA DDA PUR<br>MCCAFFREYS NEWTOWN          NEWTOWN      * PA | 65.71 |
| 10/12 | DEBIT CARD PURCHASE, *****30104570106, AUT 100921 VISA DDA PUR<br>WAWA STORE 80200080226    JAMISON      * PA | 60.34 |



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Page:                        4 of 10
Statement Period:    Oct 08 2021-Nov 07 2021
Cust Ref #:              ███████039-E-***
Primary Account #:   ████1383

---

DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/12 | DEBIT CARD PURCHASE, *****30104570106, AUT 100721 VISA DDA PUR<br>PB HOLY GHOST P      215 6392102   * PA | 10.00 |
| 10/12 | DEBIT CARD PURCHASE, *****30104570106, AUT 101121 VISA DDA PUR<br>HEATHLAND  VJMHS       HTTPSHEATHLAN * PA | 8.50 |
| 10/12 | DEBIT CARD PURCHASE, *****30104570106, AUT 100921 VISA DDA PUR<br>NEW HOPE INVESTMENT PROP  NEW HOPE    * PA | 4.00 |
| 10/13 | DEBIT CARD PURCHASE, *****30104570106, AUT 101121 VISA DDA PUR<br>DESIGN FOR VISION      NEWTOWN    * PA | 244.00 |
| 10/13 | DEBIT CARD PURCHASE, *****30088471644, AUT 101121 VISA DDA PUR<br>ROCCOS AT THE BRICK     NEWTOWN    * PA | 160.35 |
| 10/13 | DEBIT POS, *****30088471644, AUT 101321 DDA PURCH W/CB<br>CVS PHARMACY 07 07189    WRIGHTSTOWN * PA | 60.34 |
| 10/13 | DEBIT CARD PURCHASE, *****30088471644, AUT 101221 VISA DDA PUR<br>LUKOIL 69722       NEWTOWN    * PA | 47.00 |
| 10/13 | DEBIT CARD PURCHASE, *****30104570106, AUT 101221 VISA DDA PUR<br>APPLE COM BILL      866 712 7753 * CA | 2.99 |
| 10/14 | TD ATM DEBIT, *****30104570106, AUT 101421 DDA WITHDRAW<br>1 WEST ROAD       NEWTOWN    * PA | 200.00 |
| 10/14 | DEBIT POS, *****30104570106, AUT 101421 DDA PURCHASE<br>CVS PHARMACY 07 07189    WRIGHTSTOWN * PA | 91.26 |
| 10/14 | DEBIT CARD PURCHASE, *****30104570106, AUT 101121 VISA DDA PUR<br>AMZN MKTP US 272EJ1VM2   AMZN COM BILL * WA | 75.61 |
| 10/14 | DEBIT CARD PURCHASE, *****30104570106, AUT 101321 VISA DDA PUR<br>MID ATLANTIC PACKAGING    302 7348833   * DE | 27.51 |
| 10/14 | DEBIT CARD PURCHASE, *****30104570106, AUT 101121 VISA DDA PUR<br>AMZN MKTP US 2739X37S0   AMZN COM BILL * WA | 20.15 |
| 10/14 | DEBIT CARD PURCHASE, *****30104570106, AUT 101321 VISA DDA PUR<br>HEATHLAND  VJMHS       HTTPSHEATHLAN * PA | 8.50 |
| 10/15 | DEBIT CARD PURCHASE, *****30088471644, AUT 101321 VISA DDA PUR<br>PICCOLO TRATTORIA AT N   215 8604247   * PA | 65.19 |
| 10/15 | DEBIT CARD PURCHASE, *****30088471644, AUT 101321 VISA DDA PUR<br>ACME 4913        NEWTOWN    * PA | 42.91 |
| 10/18 | DEBIT POS, *****30104570106, AUT 101721 DDA PURCHASE<br>DSW LINCOLN PLAZ 2426 E   LONGHORNE   * PA | 279.00 |
| 10/18 | ACH DEBIT, APPEL ORTHODONTI PAYMENT ****00000044984 | 156.50 |
| 10/18 | DEBIT POS, *****30088471644, AUT 101721 DDA PURCH W/CB<br>MCCAFFREYS NEWTOWN MARKE  NEWTOWN    * PA | 91.30 |
| 10/18 | DEBIT CARD PURCHASE, *****30104570106, AUT 101621 VISA DDA PUR<br>DAVID J WITCHELL      NEWTOWN    * PA | 70.00 |
| 10/18 | DEBIT CARD PURCHASE, *****30088471644, AUT 101521 VISA DDA PUR<br>NEWTOWN VALLEY CLEANERS  NEWTOWN    * PA | 64.85 |
| 10/18 | DEBIT POS, *****30088471644, AUT 101621 DDA PURCH W/CB<br>STAPLES 1256       NEWTOWN    * PA | 63.81 |



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Page: 5 of 10
Statement Period: Oct 08 2021-Nov 07 2021
Cust Ref #: ███████D39-E-***
Primary Account #: ██████████1383

---

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/18 | DEBIT CARD PURCHASE, *****30088471644, AUT 101721 VISA DDA PUR<br>LUKOIL 69722        NEWTOWN        * PA | 50.02 |
| 10/18 | DEBIT CARD PURCHASE, *****30088471644, AUT 101521 VISA DDA PUR<br>RED ROBIN NO 105        LANGHORNE        * PA | 45.41 |
| 10/18 | DEBIT CARD PAYMENT, *****30088471644, AUT 101721 VISA DDA PUR<br>SXM SIRIUSXM COM ACCT   888 635 5144 * NY | 31.86 |
| 10/18 | DEBIT POS, *****30104570106, AUT 101821 DDA PURCHASE<br>ACME 4913        NEWTOWN        * PA | 28.26 |
| 10/18 | DEBIT CARD PURCHASE, *****30104570106, AUT 101621 VISA DDA PUR<br>CHICK FIL A  01411        NEWTOWN        * PA | 17.62 |
| 10/18 | DEBIT CARD PAYMENT, *****30088471644, AUT 101521 VISA DDA PUR<br>ADOBE INC        800 8336687   * CA | 15.89 |
| 10/19 | DEBIT CARD PURCHASE, *****30088471644, AUT 101721 VISA DDA PUR<br>VIGILANTES LIBERTY        BENSALEM        * PA | 48.52 |
| 10/19 | DEBIT CARD PAYMENT, *****30088471644, AUT 101821 VISA DDA PUR<br>AOL  SERVICE        800 827 6364 * VA | 7.99 |
| 10/20 | DEBIT CARD PAYMENT, *****30088471644, AUT 101921 VISA DDA PUR<br>STATE FARM INSURANCE   800 956 6310 * IL | 365.05 |
| 10/20 | DEBIT CARD PURCHASE, *****30088471644, AUT 101921 VISA DDA PUR<br>ENTERPRISE RENT A CAR        NEWTOWN        * PA | 150.00 |
| 10/20 | DEBIT POS, *****30104570106, AUT 102021 DDA PURCHASE<br>USPS PO 4 842 DURHAM R        PENNS PARK        * PA | 58.00 |
| 10/20 | DEBIT POS, *****30088471644, AUT 102021 DDA PURCH W/CB<br>CVS PHARMACY 07 07189        WRIGHTSTOWN        * PA | 43.00 |
| 10/20 | DEBIT POS, *****30104570106, AUT 102021 DDA PURCHASE<br>WAWA 8121        RICHBORO        * PA | 12.04 |
| 10/20 | DEBIT CARD PURCHASE, *****30104570106, AUT 101921 VISA DDA PUR<br>HEATHLAND  VJMHS        HTTPSHEATHLAN * PA | 8.50 |
| 10/20 | DEBIT CARD PURCHASE, *****30104570106, AUT 101921 VISA DDA PUR<br>HEATHLAND  VJMHS        HTTPSHEATHLAN * PA | 3.00 |
| 10/20 | DEBIT CARD PURCHASE, *****30104570106, AUT 101921 VISA DDA PUR<br>HEATHLAND  VJMHS        HTTPSHEATHLAN * PA | 1.50 |
| 10/21 | ELECTRONIC PMT-WEB, PECO ENERGY COMP BILLPAY PECO ENERGY<br>COM | 553.00 |
| 10/21 | TD ATM DEBIT, *****30088471644, AUT 102121 DDA WITHDRAW<br>1 WEST ROAD        NEWTOWN        * PA | 200.00 |
| 10/21 | DEBIT POS, *****30104570106, AUT 102121 DDA PURCHASE<br>STAPLES 1256        NEWTOWN        * PA | 29.10 |
| 10/21 | DEBIT CARD PURCHASE, *****30088471644, AUT 102021 VISA DDA PUR<br>CVS PHARMACY 07189        NEWTOWN        * PA | 10.49 |
| 10/21 | DEBIT CARD PURCHASE, *****30104570106, AUT 102021 VISA DDA PUR<br>MCDONALD S F23554        JAMISON        * PA | 4.55 |
| 10/22 | ELECTRONIC PMT-WEB, NORTHWESTERN MU PAYMNT WEB ****423-02 | 418.38 |

---

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**
America's Most Convenient Bank®

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

STATEMENT OF ACCOUNT

| | |
|---|---|
| Page: | 6 of 10 |
| Statement Period: | Oct 08 2021-Nov 07 2021 |
| Cust Ref #: | -039-E-*** |
| Primary Account #: | 1383 |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/22 | ELECTRONIC PMT-WEB, PECO ENERGY COMP BILLPAY PECO ENERGY COM | 401.00 |
| 10/22 | DEBIT CARD PURCHASE, *****30088471644, AUT 102021 VISA DDA PUR GIUSEPPE S PIZZA    RICHBORO    * PA | 77.25 |
| 10/22 | DEBIT CARD PURCHASE, *****30104570106, AUT 102021 VISA DDA PUR DOYLESTOWN GLASS COMPANY   DOYLESTOWN   * PA | 59.83 |
| 10/22 | DEBIT CARD PURCHASE, *****30104570106, AUT 102121 VISA DDA PUR HEATHLAND  VJMHS       HTTPSHEATHLAN * PA | 7.75 |
| 10/25 | DEBIT CARD PURCHASE, *****30088471644, AUT 102321 VISA DDA PUR CAPITAL GRILLE 0138013    PHILADELPHIA * PA | 427.10 |
| 10/25 | TD ATM DEBIT, *****30104570106, AUT 102521 DDA WITHDRAW 1 WEST ROAD       NEWTOWN     * PA | 200.00 |
| 10/25 | DEBIT CARD PURCHASE, *****30088471644, AUT 102221 VISA DDA PUR PACLE        717 795 2139 * PA | 200.00 |
| 10/25 | DEBIT CARD PAYMENT, *****30088471644, AUT 102321 VISA DDA PUR NEWTOWNTERMITEPESTCONTRL  215 5797378   * PA | 180.20 |
| 10/25 | DEBIT POS, *****30088471644, AUT 102521 DDA PURCH W/CB ACME 4913       NEWTOWN    * PA | 157.88 |
| 10/25 | TD ATM DEBIT, *****30088471644, AUT 102421 DDA WITHDRAW 1500 JFK BOULEVARD    PHILADELPHIA    * PA | 100.00 |
| 10/25 | DEBIT CARD PURCHASE, *****30088471644, AUT 102321 VISA DDA PUR VIGILANTES LIBERTY     BENSALEM    * PA | 67.00 |
| 10/25 | DEBIT CARD PURCHASE, *****30088471644, AUT 102221 VISA DDA PUR NEWTOWN VALLEY CLEANERS   NEWTOWN    * PA | 30.95 |
| 10/25 | DEBIT CARD PURCHASE, *****30088471644, AUT 102321 VISA DDA PUR SPARKLE SOFT CLOTH     CITY    * PA | 22.00 |
| 10/25 | DEBIT CARD PURCHASE, *****30088471644, AUT 102221 VISA DDA PUR MCCAFFREYS NEWTOWN     NEWTOWN    * PA | 21.19 |
| 10/26 | DEBIT CARD PURCHASE, *****30088471644, AUT 102521 VISA DDA PUR MCCAFFREYS NEWTOWN     NEWTOWN    * PA | 106.64 |
| 10/26 | DEBIT CARD PURCHASE, *****30088471644, AUT 102521 VISA DDA PUR HARVEST SEASONAL     NEWTOWN    * PA | 100.08 |
| 10/27 | TD ATM DEBIT, *****30088471644, AUT 102721 DDA WITHDRAW 1 WEST ROAD       NEWTOWN    * PA | 200.00 |
| 10/27 | DEBIT CARD PURCHASE, *****30104570106, AUT 102621 VISA DDA PUR AMAZON COM 3J7158O73 AMZ   AMZN COM BILL * WA | 53.28 |
| 10/27 | DEBIT CARD PURCHASE, *****30104570106, AUT 102621 VISA DDA PUR HEATHLAND  VJMHS       HTTPSHEATHLAN * PA | 8.50 |
| 10/27 | DEBIT CARD PURCHASE, *****30104570106, AUT 102621 VISA DDA PUR HEATHLAND  VJMHS       HTTPSHEATHLAN * PA | 7.75 |
| 10/28 | DEBIT CARD PURCHASE, *****30104570106, AUT 102721 VISA DDA PUR HEATHLAND  VJMHS       HTTPSHEATHLAN * PA | 10.00 |
| 10/29 | DEBIT POS, *****30104570106, AUT 102921 DDA PURCHASE DSW VALLEY SQUAR 761 EAS   WARRINGTON   * PA | 44.99 |



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Page:                        7 of 10
Statement Period:    Oct 08 2021-Nov 07 2021
Cust Ref #:              ███████-039-E-***
Primary Account #:    ████████1383

---

### DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/29 | DEBIT CARD PURCHASE, *****30104570106, AUT 102821 VISA DDA PUR<br>WAWA 8121    00081216    RICHBORO    * PA | 25.33 |
| 10/29 | DEBIT CARD PURCHASE, *****30104570106, AUT 102821 VISA DDA PUR<br>HEATHLAND  VJMHS        HTTPSHEATHLAN * PA | 6.50 |
| 11/01 | ELECTRONIC PMT-WEB, IRS USATAXPYMT ****70503567369 | 7,000.00 |
| 11/01 | ELECTRONIC PMT-TEL, MBFS 8006546222 D000049031 ****242345001 | 850.00 |
| 11/01 | DEBIT CARD PURCHASE, *****30088471644, AUT 102921 VISA DDA PUR<br>CARSTAR FRED BEANS OF NE    NEWTOWN    * PA | 500.00 |
| 11/01 | TD ATM DEBIT, *****30104570106, AUT 110121 DDA WITHDRAW<br>1064 SECOND STREET PIKE    RICHBORO    * PA | 200.00 |
| 11/01 | TD ATM DEBIT, *****30088471644, AUT 103121 DDA WITHDRAW<br>1 WEST ROAD           NEWTOWN    * PA | 140.00 |
| 11/01 | DEBIT CARD PURCHASE, *****30088471644, AUT 103021 VISA DDA PUR<br>FLAIR           KING OF PRUSS * PA | 137.77 |
| 11/01 | DEBIT POS, *****30104570106, AUT 103021 DDA PURCHASE<br>HOBBYLOBB 320 W  DEKAL    KING OF PRUSS * PA | 133.56 |
| 11/01 | DEBIT CARD PURCHASE, *****30088471644, AUT 103021 VISA DDA PUR<br>GRAND LUX CAFE KING OF P   KING OF PRUSS * PA | 133.00 |
| 11/01 | DEBIT POS, *****30104570106, AUT 103121 DDA PURCHASE<br>HOMESENSE 2424 E LINCO    LANGHORNE    * PA | 93.05 |
| 11/01 | DEBIT CARD PURCHASE, *****30088471644, AUT 102921 VISA DDA PUR<br>GIUSEPPE S PIZZA        RICHBORO    * PA | 89.25 |
| 11/01 | DEBIT CARD PURCHASE, *****30088471644, AUT 102921 VISA DDA PUR<br>LUKOIL 69722         NEWTOWN    * PA | 59.10 |
| 11/01 | DEBIT POS, *****30104570106, AUT 103121 DDA PURCHASE<br>MICHAELS STORES 1586 2    LANGHORNE    * PA | 48.38 |
| 11/01 | DEBIT CARD PURCHASE, *****30088471644, AUT 102921 VISA DDA PUR<br>SUNOCO 0363182702    NEWTOWN    * PA | 45.00 |
| 11/01 | DEBIT CARD PURCHASE, *****30088471644, AUT 103121 VISA DDA PUR<br>MED TOWER HEALTH URGENT   READING    * PA | 45.00 |
| 11/01 | DEBIT CARD PURCHASE, *****30104570106, AUT 103121 VISA DDA PUR<br>HOMEGOODS 422        LANGHORNE    * PA | 28.62 |
| 11/01 | ELECTRONIC PMT-TEL, REP CF MBFS D000048967 ****02101403860 | 8.95 |
| 11/01 | DEBIT CARD PURCHASE, *****30088471644, AUT 102521 VISA DDA PUR<br>ENTERPRISE RENT A CAR    NEWTOWN    * PA | 2.90 |
| 11/01 | DEBIT CARD PURCHASE, *****30104570106, AUT 102921 VISA DDA PUR<br>HEATHLAND  VJMHS        HTTPSHEATHLAN * PA | 2.00 |
| 11/02 | DEBIT POS, *****30104570106, AUT 110221 DDA PURCHASE<br>ULTA 1649           NEWTOWN    * PA | 135.68 |
| 11/02 | DEBIT POS, *****30104570106, AUT 110221 DDA PURCHASE<br>BLUEMERCURY OLD TOWN 5    NEWTOWN    * PA | 93.28 |
| 11/02 | DEBIT POS, *****30088471644, AUT 110121 DDA PURCH W/CB<br>MCCAFFREYS NEWTOWN MARKE   NEWTOWN    * PA | 79.71 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 8 of 10 |
| Statement Period: | Oct 08 2021-Nov 07 2021 |
| Cust Ref #: | ███████039-E-*** |
| Primary Account #: | ████████1383 |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/02 | DEBIT CARD PURCHASE, *****30088471644, AUT 110121 VISA DDA PUR<br>HARVEST SEASONAL          NEWTOWN        * PA | 79.34 |
| 11/02 | DEBIT CARD PURCHASE, *****30088471644, AUT 110121 VISA DDA PUR<br>LUKOIL 69722          NEWTOWN        * PA | 52.65 |
| 11/02 | DEBIT CARD PURCHASE, *****30088471644, AUT 110121 VISA DDA PUR<br>READERS4135983      READERS COM  * IN | 44.40 |
| 11/02 | DEBIT CARD PURCHASE, *****30088471644, AUT 110121 VISA DDA PUR<br>SQ PASSEROS COFFEE ROAS  PHILADELPHIA * PA | 19.93 |
| 11/03 | DEBIT CARD PURCHASE, *****30088471644, AUT 110121 VISA DDA PUR<br>INTERPARK AUTOBILL  B      CHICAGO      * IL | 250.00 |
| 11/03 | DEBIT POS, *****30088471644, AUT 110321 DDA PURCH W/CB<br>MCCAFFREYS NEWTOWN MARKE   NEWTOWN        * PA | 175.64 |
| 11/03 | DEBIT CARD PURCHASE, *****30088471644, AUT 110121 VISA DDA PUR<br>MARTIN APPLIANCE WATER    717 8667555  * PA | 162.90 |
| 11/03 | DEBIT POS, *****30104570106, AUT 110321 DDA PURCHASE<br>CP PENNDOT BENSALEM      BENSALEM    * PA | 35.50 |
| 11/03 | DEBIT CARD PURCHASE, *****30104570106, AUT 110221 VISA DDA PUR<br>HEATHLAND  VJMHS          HTTPSHEATHLAN * PA | 8.50 |
| 11/03 | DEBIT CARD PURCHASE, *****30104570106, AUT 110221 VISA DDA PUR<br>HEATHLAND  VJMHS          HTTPSHEATHLAN * PA | 7.75 |
| 11/04 | ACH DEBIT, COMCAST 8499102 050017305 9409902 | 312.71 |
| 11/04 | DEBIT CARD PURCHASE, *****30088471644, AUT 110221 VISA DDA PUR<br>LA STALLA RESTAURANT      NEWTOWN        * PA | 279.08 |
| 11/04 | DEBIT CARD PURCHASE, *****30088471644, AUT 110321 VISA DDA PUR<br>SQ FAMILY SOLUTION      877 417 4551 * MD | 125.00 |
| 11/04 | DEBIT POS, *****30104570106, AUT 110421 DDA PURCHASE<br>ULTA 1649          NEWTOWN        * PA | 83.71 |
| 11/04 | DEBIT POS, *****30104570106, AUT 110421 DDA PURCHASE<br>HOBBYLOBB 3360 BRUNSWI    LAWRENCEVILLE * NJ | 65.80 |
| 11/04 | DEBIT POS, *****30104570106, AUT 110421 DDA PURCHASE<br>RITE AID 11089          NEWTOWN        * PA | 18.99 |
| 11/05 | CCD DEBIT, IBC EDI PAYMTS PRMAX****394411 | 2,770.49 |
| 11/05 | DEBIT CARD PURCHASE, *****30088471644, AUT 110421 VISA DDA PUR<br>LUKOIL 69722          NEWTOWN        * PA | 50.51 |

Subtotal:          22,998.57

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/07 | 1,972.40 | 10/25 | 2,221.30 |
| 10/08 | 4,281.17 | 10/26 | 2,014.58 |
| 10/12 | 3,397.65 | 10/27 | 15,279.77 |
| 10/13 | 2,882.97 | 10/28 | 34,936.77 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Page:                                          9 of 10
Statement Period:    Oct 08 2021-Nov 07 2021
Cust Ref #:                  ▊-039-E-***
Primary Account #:                  ▊1383

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|
| 10/14 | 2,459.94 | 10/29 | 35,691.01 |
| 10/15 | 5,391.09 | 11/01 | 8,678.00 |
| 10/18 | 4,476.57 | 11/02 | 8,736.76 |
| 10/19 | 4,420.06 | 11/03 | 8,701.47 |
| 10/20 | 3,778.97 | 11/04 | 6,816.18 |
| 10/21 | 4,991.83 | 11/05 | 4,937.68 |
| 10/22 | 2,827.62 | | |



**Bank**

America's Most Convenient Bank®

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

STATEMENT OF ACCOUNT

| | |
|---|---|
| Page: | 10 of 10 |
| Statement Period: | Oct 08 2021-Nov 07 2021 |
| Cust Ref #: | ████████039-E-*** |
| Primary Account #: | ████1383 |

| #136 | 10/22 | $600.00 |
|---|---|---|

| #137 | 10/22 | $600.00 |
|---|---|---|

| #138 | 11/02 | $936.25 |
|---|---|---|

| #139 | 11/04 | $1,000.00 |
|---|---|---|

| #102821 | 11/01 | $500.00 |
|---|---|---|

| #102921 | 11/01 | $16,996.43 |
|---|---|---|