**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| RICHARD W. JOHNSON, JR. and ALYSE M. JOHNSON | : | Case No. 20-10054 |
| Debtors | : | |

**NOTICE OF AGENDA OF DEBTORS' CONTESTED AMENDED PLAN CONFIRMATION HEARING ON NOVEMBER 18, 2021 AT 10:00 A.M.**

**Filed Objections to Debtors' Amended Plan**

1. Bancorp Bank (*Dkt. No. 46*) – ***resolved by parties through curing of mortgage arrearages in Amended Plan as set forth in Article 4.01, Class 2.***

2. Office of United States Trustee (*Dkt. No. 49*)

    a.   Future income projections – ***still pending***

    b.   Inclusion of remedies – ***addressed in Article 10(2) of Amended Plan***

    c.   Sub V Trustee continue and make distributions – ***still pending, although Debtors have addressed Sub V Trustee involvement post-confirmation in Article 10(1) of Amended Plan; Debtors and Sub V Trustee also have agreed on confirmation order language, although not yet submitted***

3. Internal Revenue Service (*Dkt. No. 50)*

    a.   Improperly states IRS claim – ***addressed in Article 3.03 of Amended Plan***

    b.   Unfiled 2020 return – ***Debtors have filed their 2020 return***

    c.   Does not pay priority and secured claims in full – ***addressed in Article 3.03 of Amended Plan***

    d.   Does not provide for regular payments – ***addressed in Article 3.03 of Amended Plan, but not as requested by IRS***

    e.   Does not provide for retention of IRS liens – ***addressed in Article 3.03 of Amended Plan***

    f.   No default clause – ***addressed in Article 10(2) of Amended Plan***

    g.    Feasibility – *still pending*

4. Pennsylvania Department of Revenue (*Dkt. No. 84*) – joinder to IRS objection

    a.    Fails to provide for regular installments – **addressed in Article 3.03 of Amended Plan, but not as requested by Revenue**

    b.    Feasibility – *still pending*

    c.    Lack of information – *still pending*

SMITH KANE HOLMAN, LLC

Dated: November 17, 2021

By: */s/ David B. Smith*
David B. Smith, Esquire
112 Moores Road, Suite 300
Malvern, PA 19355
(610) 407-7216 Phone
(610) 407-7218 Fax
Counsel to Debtors