**Fill in this information to identify the case:**

Debtor Name __Richard and Alyse Johnson__

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number: __21-10054__

☐ Check if this is an amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: __November 2021__

Line of business: __Attorney__

Date report filed: __12/20/2021__
MM / DD / YYYY

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Richard W. Johnson, Jr.

Original signature of responsible party _[signature]_

Printed name of responsible party _Richard W. Johnson, Jr._

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.* | Yes | No | N/A |
|---|---|---|---|
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☑ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.* | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name   Richard and Alyse Johnson

Case number   21-10054

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 15,839.40

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 48,464.67

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $ 44,898.98

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ 3,565.69

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

= $ 19,405.09

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

*(Exhibit E)*

$ 3,617.50

Debtor Name  Richard and Alyse Johnson

Case number 21-10054

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**

    *(Exhibit F)*

$ _____ 0.00

## 5. Employees

26. What was the number of employees when the case was filed?                           0

27. What is the number of employees as of the date of this monthly report?              0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?              $ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _____ 0.00

30. How much have you paid this month in other professional fees?                                         $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?                        $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | Column B | Column C |
|---|---|---|---|
|  | **Projected** | − **Actual** | = **Difference** |
|  | Copy lines 35-37 from the previous month's report. | Copy lines 20-22 of this report. | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 40,000.00 | − $ 48,464.67 | = $ -8,464.67 |
| 33. **Cash disbursements** | $ 36,000.00 | − $ 44,898.98 | = $ -8,898.98 |
| 34. **Net cash flow** | $ 4,000.00 | − $ 3,565.69 | = $ 434.31 |

35. Total projected cash receipts for the next month:                    $ 40,000.00

36. Total projected cash disbursements for the next month:             − $ 36,000.00

37. Total projected net cash flow for the next month:                   = $ 4,000.00

Debtor Name  Richard and Alyse Johnson                          Case number 21-10054

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

**EXHIBIT  A - N/A**

## EXHIBIT B

10.  Husband is an attorney who maintains an active IOLTA account in PA and an Attorney
     Trust Account in NJ.

**EXHIBIT  C**

## Cash Flow - Last month
### 11/1/2021 through 11/30/2021

12/20/2021

Page 1

| Category | 11/1/2021-<br>11/30/2021 |
|---|---|
| **INFLOWS** | |
| Child Tax Credit | 200.00 |
| Income (RWJ) | 46,113.64 |
| Paycheck (AMJ) | 2,000.30 |
| Refund (Not Income) | 150.73 |
| **TOTAL INFLOWS** | **48,464.67** |
| | |
| **OVERALL TOTAL** | **48,464.67** |

**EXHIBIT  D**

Cash Flow - Last month
11/1/2021 through 11/30/2021

12/20/2021

| Category | 11/1/2021-11/30/2021 |
|---|---|
| **OUTFLOWS** | |
| Allegro Payment | 936.35 |
| Auto | |
|     Car Rental | 52.90 |
|     Carwash | 23.19 |
|     Fuel | 734.39 |
|     Insurance | 365.05 |
|     Lease | 1,658.95 |
|     Radio | 21.24 |
|     Repair | 500.00 |
|     TOTAL Auto | 3,355.72 |
| Auto & Transport | |
|     Tolls | 105.00 |
|     TOTAL Auto & Transport | 105.00 |
| Business Meals | 226.96 |
| Cable And Internet | 312.71 |
| Cash | 640.00 |
| Cell Phone | 394.87 |
| Charity (VJM) | 35.00 |
| Christmas Decorations | 98.01 |
| Christmas Presents | 219.78 |
| Christmas Tree | 239.55 |
| Clothing | 546.77 |
| College Expenses | 1,250.00 |
| Driver's License | 35.50 |
| Eyeglasses | 44.40 |
| Food | 1,245.99 |
| Groceries | 1,803.44 |
| Health Insurance | 3,470.49 |
| High School Yearbook | 59.99 |

## Cash Flow - Last month
## 11/1/2021 through 11/30/2021

12/20/2021                                                                    Page 2

| Category | 11/1/2021- 11/30/2021 |
|---|---:|
| Home | |
|    Home Improvement | 23.30 |
|    Home Supplies | 175.93 |
|    Mortgage | 16,996.43 |
|    Services - Maintenance | 781.25 |
|    TOTAL Home | 17,976.91 |
| Household Supplies | 326.41 |
| Housewares | 524.19 |
| Internet Service | 7.99 |
| Life Insurance | 418.38 |
| Medical Care | 826.50 |
| Movie Tickets | 46.62 |
| Office Expenses (Business) | 15.89 |
| Office Supplies | 141.71 |
| Parking | 250.00 |
| Personal Care | 333.85 |
|    Hair | 265.00 |
|    TOTAL Personal Care | 598.85 |
| Pet Food and Supplies | 56.16 |
| Pharmacy | 198.55 |
| Phone | 80.00 |
| Plan Payment | |
|    Bancorp | 500.00 |
|    TOTAL Plan Payment | 500.00 |
| Propane | 1,283.45 |
| Shoe Repair | 95.00 |
| Show Tickets | 141.84 |
| State Tax | |
|    2021 Estimated | 1,000.00 |
|    TOTAL State Tax | 1,000.00 |
| Suits | 2,390.00 |

## Cash Flow - Last month
### 11/1/2021 through 11/30/2021

12/20/2021

| Category | 11/1/2021-<br>11/30/2021 |
|---|---|
| Tuition | 3,000.00 |
| **TOTAL OUTFLOWS** | **44,898.98** |
| | |
| **OVERALL TOTAL** | **-44,898.98** |

## EXHIBIT E

1.  **$3,617.50  Allegro Credit**:  Allegro had refused to accept payment directly from debtors. However, Allegro has agreed to accept payments through its counsel. Payments resumed in July 2021, plus an additional $200.00.



**TD Bank**
America's Most Convenient Bank®

E   STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 1 of 11 |
| Statement Period: | Nov 08 2021-Dec 07 2021 |
| Cust Ref #: | * |
| Primary Account #: | 1383 |

## Chapter 11 Checking

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Account # 1383

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 4,937.68 | Average Collected Balance | 6,979.40 |
| Electronic Deposits | 52,766.82 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 23,851.13 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 27,109.17 | Days in Period | 30 |
| Ending Balance | 6,744.20 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $0.00 | $70.00 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/10 | ATM CHECK DEPOSIT, *****30088471644 AUT 110921 ATM CHECK DEPOSI 1 WEST ROAD   NEWTOWN   * PA | 7,000.00 |
| 11/10 | ATM CHECK DEPOSIT, *****30088471644 AUT 110921 ATM CHECK DEPOSI 1 WEST ROAD   NEWTOWN   * PA | 1,933.33 |
| 11/12 | ATM CHECK DEPOSIT, *****30088471644 AUT 111221 ATM CHECK DEPOSI 1 WEST ROAD   NEWTOWN   * PA | 2,933.33 |
| 11/15 | ACH DEPOSIT, VILLA JOSEPH MAR PAYROLL ****8800003383X | 933.11 |
| 11/15 | ACH DEPOSIT, IRS  TREAS 310  CHILDCTC ****69411200909 | 200.00 |
| 11/18 | DEBIT CARD CREDIT, *****30088471644, AUT 111721 VISA DDA REF SXM SIRIUSXM COM ACCT   888 635 5144 * NY | 0.73 |
| 11/19 | ATM CHECK DEPOSIT, *****30088471644 AUT 111921 ATM CHECK DEPOSI 1 WEST ROAD   NEWTOWN   * PA | 924.15 |
| 11/19 | ATM CHECK DEPOSIT, *****30088471644 AUT 111921 ATM CHECK DEPOSI 1 WEST ROAD   NEWTOWN   * PA | 400.00 |
| 11/19 | DEBIT CARD CREDIT, *****30088471644, AUT 111921 VISA DDA REF PATIENT FIRST TOKEN   GLEN ALLEN  * VA | 100.00 |
| 11/19 | DEBIT CARD CREDIT, *****30088471644, AUT 111921 VISA DDA REF ENTERPRISE RENT A CAR   DOYLESTOWN  * PA | 50.00 |

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| ❶ Ending Balance | | 6,744.20 |
| ❷ Total Deposits | + | |
| ❸ Sub Total | | |
| ❹ Total Withdrawals | - | |
| ❺ Adjusted Balance | | |

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 3 of 11 |
| Statement Period: | Nov 08 2021-Dec 07 2021 |
| Cust Ref #: | ** |
| Primary Account #: | 1383 |

## DAILY ACCOUNT ACTIVITY

### Electronic Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/22 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 112221 ATM CHECK DEPOSI<br>1 WEST ROAD        NEWTOWN      * PA | 9,750.00 |
| 11/23 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 112321 ATM CHECK DEPOSI<br>1 WEST ROAD        NEWTOWN      * PA | 1,450.00 |
| 11/29 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 112921 ATM CHECK DEPOSI<br>1 WEST ROAD        NEWTOWN      * PA | 10,000.33 |
| 11/30 | ACH DEPOSIT, VILLA JOSEPH MAR PAYROLL ****6700007669X | 1,067.19 |
| 11/30 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 113021 ATM CHECK DEPOSI<br>1 WEST ROAD        NEWTOWN      * PA | 8,675.00 |
| 12/01 | ATM CHECK DEPOSIT, *****30104570106<br>AUT 120121 ATM CHECK DEPOSI<br>1 WEST ROAD        NEWTOWN      * PA | 6.60 |
| 12/02 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 120221 ATM CHECK DEPOSI<br>1 WEST ROAD        NEWTOWN      * PA | 787.50 |
| 12/06 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 120621 ATM CHECK DEPOSI<br>1 WEST ROAD        NEWTOWN      * PA | 6,555.55 |

Subtotal: 52,766.82

### Checks Paid

No. Checks: 8    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 11/08 | 140 | 250.00 | 12/01 | 144 | 936.35 |
| 11/08 | 141 | 1,000.00 | 12/03 | 145 | 2,550.00 |
| 11/15 | 142 | 618.35 | 12/01 | 112921* | 500.00 |
| 12/01 | 143 | 1,000.00 | 12/01 | 113021* | 16,996.43 |

Subtotal: 23,851.13

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/08 | ACH DEBIT, AUDI FINCL, TEL. TEL DEBIT PTEL****279496 | 800.00 |
| 11/08 | DEBIT POS, *****30088471644, AUT 110721 DDA PURCH W/CB<br>MCCAFFREYS NEWTOWN MARKE   NEWTOWN      * PA | 192.04 |
| 11/08 | DEBIT CARD PURCHASE, *****30104570106, AUT 110621 VISA DDA PUR<br>FACES  SP  1 OF 2 PA   CHRISTINA FAC * NJ | 175.93 |
| 11/08 | DEBIT CARD PURCHASE, *****30088471644, AUT 110421 VISA DDA PUR<br>AMZN MKTP US 0M9GO64S3      AMZN COM BILL * WA | 99.51 |
| 11/08 | DEBIT CARD PURCHASE, *****30088471644, AUT 110521 VISA DDA PUR<br>DRAGON OF NEWTOWN        NEWTOWN      * PA | 97.44 |



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 4 of 11 |
| Statement Period: | Nov 08 2021-Dec 07 2021 |
| Cust Ref #: | ▮▮▮▮▮▮▮▮▮▮** |
| Primary Account #: | ▮▮▮▮ 383 |

---

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/08 | DEBIT CARD PURCHASE, *****30104570106, AUT 110521 VISA DDA PUR<br>JOSTENS INC      800 854 7464  * MN | 59.99 |
| 11/08 | DEBIT CARD PURCHASE, *****30088471644, AUT 110621 VISA DDA PUR<br>PETSMART  1479       NEWTOWN      * PA | 56.16 |
| 11/08 | DEBIT CARD PURCHASE, *****30088471644, AUT 110621 VISA DDA PUR<br>FANDANGO       FANDANGO COM * CA | 46.62 |
| 11/08 | DEBIT CARD PURCHASE, *****30088471644, AUT 110621 VISA DDA PUR<br>SUBURBAN DINER       FEASTERVILLE * PA | 37.57 |
| 11/08 | DEBIT CARD PURCHASE, *****30088471644, AUT 110621 VISA DDA PUR<br>SMITH S ACE HRDW NEWTOWN   NEWTOWN      * PA | 23.30 |
| 11/08 | DEBIT CARD PURCHASE, *****30088471644, AUT 110621 VISA DDA PUR<br>REGAL WARRINGTON  0379       WARRINGTON   * PA | 21.27 |
| 11/08 | DEBIT CARD PURCHASE, *****30088471644, AUT 110721 VISA DDA PUR<br>TST PALLANTE S ITALIAN   RICHBORO      * PA | 10.87 |
| 11/09 | DEBIT POS, *****30088471644, AUT 110921 DDA PURCH W/CB<br>TARGET T 2331 E LINCO    LANGHORNE    * PA | 133.85 |
| 11/09 | DEBIT CARD PURCHASE, *****30088471644, AUT 110721 VISA DDA PUR<br>ACME 4913       NEWTOWN      * PA | 95.57 |
| 11/09 | DEBIT CARD PURCHASE, *****30088471644, AUT 110721 VISA DDA PUR<br>RICHBORO CAR WASH       RICHBORO      * PA | 21.19 |
| 11/09 | DEBIT CARD PURCHASE, *****30088471644, AUT 110721 VISA DDA PUR<br>EXXONMOBIL  48404438    RICHBORO      * PA | 12.00 |
| 11/09 | DEBIT CARD PURCHASE, *****30088471644, AUT 110721 VISA DDA PUR<br>RICHBORO CAR WASH       RICHBORO      * PA | 2.00 |
| 11/10 | ACH DEBIT, ATT PAYMENT ****79003EPAYF | 391.88 |
| 11/10 | DEBIT CARD PURCHASE, *****30088471644, AUT 110921 VISA DDA PUR<br>SAMSCLUB  6693       LANGHORNE   * PA | 183.85 |
| 11/10 | DEBIT POS, *****30088471644, AUT 111021 DDA PURCH W/CB<br>SAMSCLUB  6693       LANGHORNE   * PA | 143.32 |
| 11/10 | DEBIT CARD PURCHASE, *****30088471644, AUT 110921 VISA DDA PUR<br>PATIENT FIRST TOKEN      800 447 8588  * VA | 100.00 |
| 11/10 | DEBIT CARD PURCHASE, *****30104570106, AUT 110921 VISA DDA PUR<br>GIUSEPPES  GIUSEPPES     STRIPE COM  * PA | 92.22 |
| 11/10 | DEBIT CARD PURCHASE, *****30088471644, AUT 110921 VISA DDA PUR<br>LUKOIL 69722       NEWTOWN      * PA | 46.00 |
| 11/10 | DEBIT POS, *****30104570106, AUT 111021 DDA PURCH W/CB<br>CVS PHARMACY 07 07189    WRIGHTSTOWN  * PA | 29.00 |
| 11/10 | DEBIT POS, *****30104570106, AUT 111021 DDA PURCHASE<br>ULTA 1649       NEWTOWN      * PA | 21.18 |
| 11/10 | DEBIT CARD PURCHASE, *****30104570106, AUT 110921 VISA DDA PUR<br>HEATHLAND  VJMHS       HTTPSHEATHLAN * PA | 8.50 |
| 11/10 | DEBIT CARD PURCHASE, *****30104570106, AUT 110921 VISA DDA PUR<br>HEATHLAND  VJMHS       HTTPSHEATHLAN * PA | 8.50 |

---

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 5 of 11 |
| Statement Period: | Nov 08 2021-Dec 07 2021 |
| Cust Ref #: | ****** |
| Primary Account #: | 1383 |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/12 | DEBIT CARD PURCHASE, *****30088471644, AUT 111121 VISA DDA PUR<br>BOYDS PHILADELPHIA      PHILADELPHIA   * PA | 2,390.00 |
| 11/12 | DEBIT CARD PURCHASE, *****30088471644, AUT 111021 VISA DDA PUR<br>ROCCOS AT THE BRICK      NEWTOWN       * PA | 154.62 |
| 11/12 | DEBIT CARD PURCHASE, *****30104570106, AUT 111021 VISA DDA PUR<br>SHOWTIX4U  VILLA JOSEP    WWW SHOWTIX4U * NV | 141.84 |
| 11/12 | DEBIT CARD PURCHASE, *****30088471644, AUT 111021 VISA DDA PUR<br>SQ FAMILY SOLUTION    877 417 4551  * MD | 125.00 |
| 11/12 | DEBIT CARD PURCHASE, *****30104570106, AUT 111021 VISA DDA PUR<br>LA CHELE MEDICAL AESTH    NEW HOPE    * PA | 110.00 |
| 11/12 | DEBIT POS, *****30088471644, AUT 111121 DDA PURCH W/CB<br>MCCAFFREYS NEWTOWN MARKE    NEWTOWN    * PA | 75.70 |
| 11/12 | DEBIT CARD PURCHASE, *****30104570106, AUT 111021 VISA DDA PUR<br>WAWA 8121    00081216    RICHBORO   * PA | 31.51 |
| 11/12 | DEBIT CARD PURCHASE, *****30104570106, AUT 111021 VISA DDA PUR<br>WAWA 8121    00081216    RICHBORO   * PA | 11.34 |
| 11/12 | DEBIT CARD PURCHASE, *****30104570106, AUT 111121 VISA DDA PUR<br>HEATHLAND  VJMHS      HTTPSHEATHLAN * PA | 7.75 |
| 11/12 | DEBIT CARD PURCHASE, *****30104570106, AUT 111021 VISA DDA PUR<br>HEATHLAND  VJMHS      HTTPSHEATHLAN * PA | 7.75 |
| 11/15 | ELECTRONIC PMT-WEB, VILLA JOSEPH MAR FACTS ****00136968398 | 3,000.00 |
| 11/15 | CCD DEBIT, IBC EDI PAYMTS PRMAX****410871 | 700.00 |
| 11/15 | DEBIT CARD PURCHASE, *****30088471644, AUT 111221 VISA DDA PUR<br>NORDSTROM DIRECT 0808    800 285 5800 * IA | 238.50 |
| 11/15 | TD ATM DEBIT, *****30088471644, AUT 111421 DDA WITHDRAW<br>1 WEST ROAD      NEWTOWN    * PA | 200.00 |
| 11/15 | DEBIT POS, *****30104570106, AUT 111421 DDA PURCHASE<br>HOMEGOODS 2424 E LINCO    LANGHORNE  * PA | 174.83 |
| 11/15 | DEBIT CARD PURCHASE, *****30088471644, AUT 111321 VISA DDA PUR<br>LASCALAS FIRE VILLANOVA    VILLANOVA   * PA | 110.24 |
| 11/15 | TD ATM DEBIT, *****30104570106, AUT 111521 DDA WITHDRAW<br>1 WEST ROAD      NEWTOWN    * PA | 100.00 |
| 11/15 | DEBIT CARD PURCHASE, *****30104570106, AUT 111421 VISA DDA PUR<br>ETSY COM  DECORATEDBLIS   718 8557955  * NY | 98.01 |
| 11/15 | DEBIT CARD PURCHASE, *****30088471644, AUT 111421 VISA DDA PUR<br>NORDSTROM DIRECT 0808    800 285 5800 * IA | 79.50 |
| 11/15 | DEBIT POS, *****30104570106, AUT 111421 DDA PURCHASE<br>MICHAELS STORES 1586 2    LANGHORNE   * PA | 73.00 |
| 11/15 | DEBIT CARD PURCHASE, *****30088471644, AUT 111321 VISA DDA PUR<br>LUKOIL 69722      NEWTOWN     * PA | 61.70 |
| 11/15 | DEBIT CARD PURCHASE, *****30088471644, AUT 111221 VISA DDA PUR<br>LUKOIL 69722      NEWTOWN     * PA | 54.05 |
| 11/15 | DEBIT CARD PURCHASE, *****30104570106, AUT 111221 VISA DDA PUR<br>LA STALLA MARKET      NEWTOWN    * PA | 40.85 |

---

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Page:                          6 of 11
Statement Period:    Nov 08 2021-Dec 07 2021
Cust Ref #:            4_____***
Primary Account #:    _____383

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/15 | DEBIT CARD PURCHASE, *****30104570106, AUT 111221 VISA DDA PUR PHILLY PRETZEL RICHBORO   267 2885901  * PA | 35.00 |
| 11/15 | DEBIT CARD PAYMENT, *****30104570106, AUT 111121 VISA DDA PUR APPLE COM BILL      866 712 7753  * CA | 2.99 |
| 11/16 | ACH DEBIT, APPEL ORTHODONTI PAYMENT ****00000046038 | 156.50 |
| 11/16 | DEBIT CARD PURCHASE, *****30088471644, AUT 111521 VISA DDA PUR PTC EZ PASS AUTO RE    877 736 6727  * PA | 105.00 |
| 11/16 | DEBIT CARD PURCHASE, *****30088471644, AUT 111521 VISA DDA PUR ENTERPRISE RENT A CAR     DOYLESTOWN  * PA | 50.00 |
| 11/16 | DEBIT CARD PAYMENT, *****30088471644, AUT 111521 VISA DDA PUR ADOBE INC          800 8336687  * CA | 15.89 |
| 11/16 | DEBIT CARD PURCHASE, *****30088471644, AUT 111521 VISA DDA PUR SQ  PASSEROS COFFEE ROAS    PHILADELPHIA * PA | 14.84 |
| 11/17 | DEBIT CARD PURCHASE, *****30088471644, AUT 111621 VISA DDA PUR MCCAFFREYS NEWTOWN      NEWTOWN   * PA | 112.71 |
| 11/17 | DEBIT CARD PURCHASE, *****30088471644, AUT 111521 VISA DDA PUR 3611 N  EASTON RD       DOYLESTOWN  * PA | 69.51 |
| 11/17 | DEBIT POS, *****30088471644, AUT 111721 DDA PURCH W/CB STAPLES 1256         NEWTOWN    * PA | 52.71 |
| 11/17 | DEBIT CARD PURCHASE, *****30104570106, AUT 111621 VISA DDA PUR HEATHLAND  VJMHS        HTTPSHEATHLAN * PA | 8.50 |
| 11/18 | DEBIT CARD PURCHASE, *****30104570106, AUT 111721 VISA DDA PUR DAVID J WITCHELL     NEWTOWN    * PA | 145.00 |
| 11/18 | DEBIT CARD PURCHASE, *****30088471644, AUT 111721 VISA DDA PUR SQ  FAMILY SOLUTION     877 417 4551 * MD | 125.00 |
| 11/18 | DEBIT CARD PAYMENT, *****30088471644, AUT 111721 VISA DDA PUR SXM SIRIUSXM COM ACCT     888 635 5144 * NY | 21.24 |
| 11/19 | DEBIT CARD PURCHASE, *****30088471644, AUT 111821 VISA DDA PUR MCCAFFREYS NEWTOWN      NEWTOWN   * PA | 65.78 |
| 11/19 | DEBIT CARD PURCHASE, *****30104570106, AUT 111821 VISA DDA PUR DAVID J WITCHELL     NEWTOWN    * PA | 65.00 |
| 11/19 | DEBIT CARD PURCHASE, *****30088471644, AUT 111721 VISA DDA PUR STAPLES DIRECT        800 3333330  * MA | 31.79 |
| 11/19 | DEBIT POS, *****30104570106, AUT 111921 DDA PURCHASE LUKOIL 69722         NEWTOWN    * PA | 25.00 |
| 11/19 | DEBIT CARD PAYMENT, *****30088471644, AUT 111821 VISA DDA PUR AOL SERVICE         800 827 6364 * VA | 7.99 |
| 11/22 | DEBIT CARD PAYMENT, *****30088471644, AUT 111921 VISA DDA PUR STATE FARM INSURANCE    800 956 6310 * IL | 365.05 |
| 11/22 | DEBIT POS, *****30088471644, AUT 112121 DDA PURCH W/CB MCCAFFREYS NEWTOWN MARKE   NEWTOWN  * PA | 173.97 |
| 11/22 | DEBIT POS, *****30088471644, AUT 112021 DDA PURCH W/CB CVS PHARMACY 07 07189    WRIGHTSTOWN  * PA | 63.00 |



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Page:                      7 of 11
Statement Period:    Nov 08 2021-Dec 07 2021
Cust Ref #:                            ***
Primary Account #:                 383

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/22 | DEBIT CARD PURCHASE, *****30104570106, AUT 112021 VISA DDA PUR<br>DAVID J WITCHELL      NEWTOWN      * PA | 55.00 |
| 11/22 | DEBIT CARD PURCHASE, *****30088471644, AUT 111921 VISA DDA PUR<br>WAWA 8325    00083253      CHERRY HILL  * NJ | 52.26 |
| 11/22 | DEBIT CARD PURCHASE, *****30088471644, AUT 111921 VISA DDA PUR<br>PICCOLO TRATTORIA AT N     215 8604247  * PA | 47.70 |
| 11/22 | DEBIT CARD PURCHASE, *****30088471644, AUT 112021 VISA DDA PUR<br>CVS PHARMACY  07189      NEWTOWN      * PA | 37.11 |
| 11/22 | DEBIT CARD PURCHASE, *****30104570106, AUT 111921 VISA DDA PUR<br>LUKOIL 69722      NEWTOWN      * PA | 25.06 |
| 11/23 | ELECTRONIC PMT-WEB, NORTHWESTERN MU PAYMNT WEB ****423-02 | 418.38 |
| 11/23 | ELECTRONIC PMT-WEB, VERIZON VZ BILLPAY ****306840001 | 80.00 |
| 11/24 | DEBIT POS, *****30088471644, AUT 112421 DDA PURCH W/CB<br>ACME 4913      NEWTOWN      * PA | 147.31 |
| 11/24 | DEBIT CARD PURCHASE, *****30088471644, AUT 112221 VISA DDA PUR<br>ACME 4913      NEWTOWN      * PA | 99.11 |
| 11/24 | DEBIT CARD PURCHASE, *****30088471644, AUT 112321 VISA DDA PUR<br>LUKOIL 69722      NEWTOWN      * PA | 75.00 |
| 11/26 | DEBIT CARD PURCHASE, *****30088471644, AUT 112421 VISA DDA PUR<br>DRAGON OF NEWTOWN      NEWTOWN      * PA | 158.27 |
| 11/26 | DEBIT CARD PURCHASE, *****30088471644, AUT 112421 VISA DDA PUR<br>MCCAFFREYS NEWTOWN      NEWTOWN      * PA | 71.13 |
| 11/26 | DEBIT CARD PURCHASE, *****30088471644, AUT 112421 VISA DDA PUR<br>NEWTOWN SHOE REPAIR      NEWTOWN      * PA | 55.00 |
| 11/26 | DEBIT CARD PURCHASE, *****30088471644, AUT 112421 VISA DDA PUR<br>NEWTOWN SHOE REPAIR      NEWTOWN      * PA | 40.00 |
| 11/26 | DEBIT CARD PURCHASE, *****30088471644, AUT 112421 VISA DDA PUR<br>ACME 4913      NEWTOWN      * PA | 34.95 |
| 11/26 | DEBIT CARD PURCHASE, *****30088471644, AUT 112421 VISA DDA PUR<br>RIEHLS BAKED GOODS      NEWTOWN      * PA | 27.49 |
| 11/29 | DEBIT CARD PURCHASE, *****30088471644, AUT 112621 VISA DDA PUR<br>LIBERTY PROPANE      610 847 6000  * PA | 1,283.45 |
| 11/29 | DEBIT CARD PURCHASE, *****30088471644, AUT 112621 VISA DDA PUR<br>KINGS INDIAN HEAD FARM  NEWTOWN      * PA | 239.55 |
| 11/29 | DEBIT POS, *****30088471644, AUT 112821 DDA PURCHASE<br>STEP UP      RICHBORO      * PA | 91.00 |
| 11/29 | DEBIT CARD PURCHASE, *****30088471644, AUT 112821 VISA DDA PUR<br>NORDRACKCOM8889666283    888 966 6283 * CA | 59.97 |
| 11/29 | DEBIT POS, *****30104570106, AUT 112921 DDA PURCHASE<br>STAPLES 1256      NEWTOWN      * PA | 57.21 |
| 11/29 | DEBIT CARD PURCHASE, *****30088471644, AUT 112621 VISA DDA PUR<br>CVS PHARMACY  07189      NEWTOWN      * PA | 50.45 |
| 11/29 | DEBIT CARD PURCHASE, *****30088471644, AUT 112621 VISA DDA PUR<br>NORDRACKCOM8889666283    888 966 6283 * CA | 49.97 |

---



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Page:                                    8 of 11
Statement Period:      Nov 08 2021-Dec 07 2021
Cust Ref #:                              ****
Primary Account #:                       383

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/29 | DEBIT CARD PURCHASE, *****30088471644, AUT 112721 VISA DDA PUR RACEWAY 2206 61020046     FREEHOLD     * NJ | 44.59 |
| 11/29 | DEBIT CARD PURCHASE, *****30088471644, AUT 112521 VISA DDA PUR ACME 4913          NEWTOWN     * PA | 31.38 |
| 11/29 | DEBIT CARD PURCHASE, *****30088471644, AUT 112521 VISA DDA PUR ACME 4913          NEWTOWN     * PA | 30.72 |
| 11/29 | DEBIT CARD PURCHASE, *****30088471644, AUT 112721 VISA DDA PUR SUNOCO 0557959400     TRENTON     * NJ | 30.00 |
| 11/30 | ELECTRONIC PMT-TEL, MBFS 8006546222 D000059766 ****242345001 | 840.00 |
| 11/30 | DEBIT CARD PURCHASE, *****30088471644, AUT 113021 VISA DDA PUR NORDRACKCOM8889666283   888 966 6283 * CA | 109.94 |
| 11/30 | DEBIT CARD PURCHASE, *****30088471644, AUT 112821 VISA DDA PUR SUBURBAN DINER       FEASTERVILLE * PA | 74.37 |
| 11/30 | DEBIT CARD PURCHASE, *****30104570106, AUT 112921 VISA DDA PUR PENNCARE MED ASSC OF B   2158600775 * PA | 40.00 |
| 11/30 | ELECTRONIC PMT-TEL, REP CF MBFS D000059710 ****02101420010 | 8.95 |
| 12/01 | ELECTRONIC PMT-WEB, IRS USATAXPYMT ****73540087586 | 7,000.00 |
| 12/01 | DEBIT POS, *****30088471644, AUT 120121 DDA PURCHASE SAMS CLUB SAM S CLUB     LANGHORNE   * PA | 123.03 |
| 12/01 | TD ATM DEBIT, *****30104570106, AUT 120121 DDA WITHDRAW 1 WEST ROAD         NEWTOWN     * PA | 100.00 |
| 12/01 | DEBIT CARD PURCHASE, *****30088471644, AUT 113021 VISA DDA PUR LUKOIL 69722        NEWTOWN     * PA | 75.00 |
| 12/01 | DEBIT POS, *****30104570106, AUT 120121 DDA PURCH W/CB ACME 0778          SOUTHAMPTON * PA | 25.98 |
| 12/01 | DEBIT CARD PURCHASE, *****30104570106, AUT 112921 VISA DDA PUR HEATHLAND  VJMHS      HTTPSHEATHLAN * PA | 8.50 |
| 12/01 | DEBIT CARD PURCHASE, *****30104570106, AUT 113021 VISA DDA PUR HEATHLAND  VJMHS      HTTPSHEATHLAN * PA | 8.00 |
| 12/02 | DEBIT CARD PURCHASE, *****30088471644, AUT 120121 VISA DDA PUR SQ FAMILY SOLUTION    877 417 4551 * MD | 125.00 |
| 12/02 | DEBIT CARD PURCHASE, *****30088471644, AUT 113021 VISA DDA PUR ROCCOS AT THE BRICK    NEWTOWN     * PA | 108.42 |
| 12/02 | DEBIT CARD PURCHASE, *****30088471644, AUT 120121 VISA DDA PUR BFM ALARM SYSTEMS INC   215 364 7160 * PA | 69.00 |
| 12/02 | DEBIT CARD PURCHASE, *****30104570106, AUT 120121 VISA DDA PUR WAWA 8121   00081216   RICHBORO   * PA | 12.13 |
| 12/02 | DEBIT CARD PURCHASE, *****30104570106, AUT 120121 VISA DDA PUR SMITH S ACE HRDW NEWTOWN   NEWTOWN   * PA | 10.05 |
| 12/02 | DEBIT CARD PURCHASE, *****30104570106, AUT 120121 VISA DDA PUR HEATHLAND  VJMHS      HTTPSHEATHLAN * PA | 8.50 |
| 12/03 | DEBIT CARD PURCHASE, *****30088471644, AUT 120121 VISA DDA PUR INTERPARK AUTOBILL  B   CHICAGO     * IL | 250.00 |

---

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Page:                          9 of 11
Statement Period:    Nov 08 2021-Dec 07 2021
Cust Ref #:                          **
Primary Account #:                 883

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/03 | DEBIT CARD PURCHASE, *****30104570106, AUT 120121 VISA DDA PUR STELLA  DOT        STELLADOT COM * CA | 110.19 |
| 12/06 | ELECTRONIC PMT-WEB, PECO ENERGY COMP BILLPAY PECO ENERGY COM | 492.00 |
| 12/06 | DEBIT CARD PURCHASE, *****30104570106, AUT 120321 VISA DDA PUR NEWTOWN VETERINARY HOSP    NEWTOWN      * PA | 331.27 |
| 12/06 | ACH DEBIT, COMCAST 8499102 050017305 7826721 | 317.74 |
| 12/06 | DEBIT POS, *****30088471644, AUT 120621 DDA PURCH W/CB ACME 4913          NEWTOWN      * PA | 153.85 |
| 12/06 | DEBIT POS, *****30088471644, AUT 120621 DDA PURCH W/CB MCCAFFREYS NEWTOWN MARKE    NEWTOWN      * PA | 150.79 |
| 12/06 | DEBIT CARD PURCHASE, *****30104570106, AUT 120221 VISA DDA PUR VILLA JOSEPH MARIE      888 955 5455 * PA | 102.00 |
| 12/06 | DEBIT POS, *****30104570106, AUT 120621 DDA PURCH W/CB CVS PHARMACY 07 07189    WRIGHTSTOWN  * PA | 51.00 |
| 12/06 | DEBIT POS, *****30104570106, AUT 120621 DDA PURCHASE CVS PHARMACY 07 07189    WRIGHTSTOWN  * PA | 43.40 |
| 12/06 | DEBIT CARD PURCHASE, *****30104570106, AUT 120421 VISA DDA PUR NAIL PERFECTION  SPA    NEWTOWN      * PA | 35.00 |
| 12/06 | DEBIT CARD PURCHASE, *****30088471644, AUT 120521 VISA DDA PUR COLONIAL FARMS        WASHINGTON CR * PA | 33.13 |
| 12/06 | DEBIT CARD PURCHASE, *****30104570106, AUT 120421 VISA DDA PUR LUKOIL 69722          NEWTOWN      * PA | 25.69 |
| 12/06 | DEBIT CARD PURCHASE, *****30088471644, AUT 120321 VISA DDA PUR ACME 4913          NEWTOWN      * PA | 12.37 |
| 12/06 | DEBIT CARD PURCHASE, *****30104570106, AUT 120321 VISA DDA PUR HEATHLAND  VJMHS        HTTPSHEATHLAN * PA | 5.50 |
| 12/07 | DEBIT CARD PURCHASE, *****30088471644, AUT 120621 VISA DDA PUR LUKOIL 69722          NEWTOWN      * PA | 75.00 |
| 12/07 | DEBIT CARD PURCHASE, *****30088471644, AUT 120521 VISA DDA PUR MARATHON PETRO41905      BALTIMORE    * MD | 63.50 |
| 12/07 | DEBIT CARD PURCHASE, *****30104570106, AUT 120521 VISA DDA PUR MARATHON PETRO41905      BALTIMORE    * MD | 50.79 |
| 12/07 | DEBIT CARD PURCHASE, *****30104570106, AUT 120621 VISA DDA PUR NEWTOWN VETERINARY HOSP    NEWTOWN      * PA | 48.60 |
| 12/07 | DEBIT CARD PURCHASE, *****30088471644, AUT 120521 VISA DDA PUR LOYOLA UNIVERSITY MARYLA    BALTIMORE    * MD | 10.00 |

Subtotal:    27,109.17

---

 **Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Page:                          10 of 11
Statement Period:     Nov 08 2021-Dec 07 2021
Cust Ref #:              4▓▓▓▓▓▓▓▓▓▓▓▓
Primary Account #:   ▓▓▓▓▓▓▓▓1383



---

**DAILY BALANCE SUMMARY**

| DATE | BALANCE | DATE | BALANCE |
|------|--------:|------|--------:|
| 11/07 | 4,937.68 | 11/23 | 15,420.05 |
| 11/08 | 2,066.98 | 11/24 | 15,098.63 |
| 11/09 | 1,802.37 | 11/26 | 14,711.79 |
| 11/10 | 9,711.25 | 11/29 | 22,743.83 |
| 11/12 | 9,589.07 | 11/30 | 31,412.76 |
| 11/15 | 5,135.16 | 12/01 | 4,646.07 |
| 11/16 | 4,792.93 | 12/02 | 5,100.47 |
| 11/17 | 4,549.50 | 12/03 | 2,190.28 |
| 11/18 | 4,258.99 | 12/06 | 6,992.09 |
| 11/19 | 5,537.58 | 12/07 | 6,744.20 |
| 11/22 | 14,468.43 | | |



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 11 of 11 |
| Statement Period: | Nov 08 2021-Dec 07 2021 |
| Cust Ref #: | ▓▓▓▓▓*** |
| Primary Account #: | ▓▓▓▓▓1383 |

---

#140    11/08    $250.00

#141    11/08    $1,000.00

#142    11/15    $618.35

#143    12/01    $1,000.00

#144    12/01    $936.35

#145    12/03    $2,550.00

#112921    12/01    $500.00

#113021    12/01    $16,996.43