United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10054-amc |
| Richard W. Johnson, Jr. | Chapter 11 |
| Alyse M. Johnson | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 06, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Richard W. Johnson, Jr., Alyse M. Johnson, 5 Sarah Drive, Newtown, PA 18940-4129 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2022          Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CAROL E. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue cmomjian@attorneygeneral.gov |
| DAVID B. SMITH | on behalf of Debtor Alyse M. Johnson dsmith@skhlaw.com b.dr70286@notify.bestcase.com |
| DAVID B. SMITH | on behalf of Debtor Richard W. Johnson Jr. dsmith@skhlaw.com, b.dr70286@notify.bestcase.com |
| GEORGE M. CONWAY | on behalf of U.S. Trustee United States Trustee george.m.conway@usdoj.gov |
| JAMI B. NIMEROFF, ESQ. | jnimeroff@bmnlawyers.com cjones@bmnlawyers.com;cjn11@trustesolutions.net |
| MATTHEW E. K. HOWATT | |

on behalf of Creditor United States of America on behalf of IRS matthew.howatt@usdoj.gov JFiguero@usa.doj.gov;CaseView.ECF@usdoj.gov

REBECCA ANN SOLARZ

on behalf of Creditor The Bancorp Bank bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG

on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
Richard W. Johnson, Jr., and
Alyse M. Johnson,
     Debtors.

21-10054 (AMC)
Chapter 11

### INTERIM ORDER PENDING CONFIRMATION

This matter having come before the Court on Debtors' motion for confirmation of their proposed Plan of Reorganization, and there being Objections filed there to, and the Court having considered the comments and representation of Debtors' counsel, and other parties at the time of hearing as set forth on the record in open court:

It is on this ____6th____ day of January, 2022,

ORDERED that the hearing on Debtors' proposed Plan of Reorganization is continued until July 13, 2022 at 12:30 P.M (the "Confirmation Hearing").

AND ORDERED that during the interim period that Debtors shall:

1. Pay all post-petition taxes (Federal, State and Local) as and when due.

2. File their Federal, State and Local Tax Returns for the tax year 2021 and pay all taxes related thereto no later than April 15, 2022.

3. Make all post-petition monthly mortgage payments on their residence when due.

4. Pay pre-petition arrears on mortgage arrears on their residence in the amount of $500.00 per month.

5. Make payments on account of (a) allowed administrative expenses and (b) pre-petition taxes, which will be mailed to the addresses of the respective taxing authorities as set forth on their respective filed Proofs of Claims as follows:

    a. On or before February 28, 2022, the sum of $29,770 payable on account of allowed administrative expense claims; and

    b. On account of pre-petition taxes, two equal payments, the first on or before March 31, 2022 and the second on or before June 30, 2022 each as follows:

        i. $18,395 to the United States Internal Revenue Service

        ii. $4,605 to the Commonwealth of Pennsylvania, Department of Revenue

        iii. $590 to Wrightstown

        iv. $440 to Council Rock

6. Counsel for the Debtors shall provide counsel to the I.R.S., counsel to the Commonwealth of Pennsylvania, Department of Revenue, and counsel to the United States Trustee, with a copy of all filed returns as well as copies of the checks or other documentation of the payments set forth above contemporaneous to the making of same.

7. File all UST operating reports when due.

AND ORDERED that an uncured default of more than ten days in any items 1 through 6 above, then upon notice to the Court thereof filed by any interested party, this Court will issue an order to show cause and conduct a hearing thereon, as to why this case should not be dismissed with a bar against future filings.

_____
HONORABLE ASHELY M. CHAN
United States Bankruptcy Judge