**Fill in this information to identify the case:**

Debtor Name  Richard and Alyse Johnson

United States Bankruptcy Court for the:  Eastern District of Pennsylvania

Case number:  21-10054

☐ Check if this is an amended filing

---

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11 — 12/17

| | | | |
|---|---|---|---|
| Month: | December 2021 | Date report filed: | 01/20/2022 |
| | | | MM / DD / YYYY |
| Line of business: | Attorney | NAISC code: | |

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:  Richard W. Johnson, Jr.

Original signature of responsible party

Printed name of responsible party  Richard W. Johnson, Jr.

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

| Debtor Name | Richard and Alyse Johnson | Case number | 21-10054 |
|---|---|---|---|

17.  Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18.  Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19.  **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 19,405.09

20.  **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 45,210.16

21.  **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

– $ 49,529.35

22.  ~~Net cash flow~~

~~Subtract line~~ 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ -4,319.19

23.  **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

= $ 15,085.90

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24.  **Total payables**

*(Exhibit E)*

$ 3,417.50

Debtor Name  Richard and Alyse Johnson                              Case number  21-10054

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25.  **Total receivables**                                                                            $ _____0.00

   *(Exhibit F)*

## 5. Employees

26.  What was the number of employees when the case was filed?                                         _____0

27.  What is the number of employees as of the date of this monthly report?                            _____0

## 6. Professional Fees

28.  How much have you paid this month in professional fees related to this bankruptcy case?           $ _____0.00

29.  How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____0.00

30.  How much have you paid this month in other professional fees?                                     $ _____0.00

31.  How much have you paid in total other professional fees since filing the case?                    $ _____0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* | | *Column B* | | *Column C* |
|---|---|---|---|---|---|
|  | **Projected** | **−** | **Actual** | **=** | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 40,000.00 | − | $ 45,210.16 | = | $ -8,464.67 |
| 33. **Cash disbursements** | $ 36,000.00 | − | $ 49,592.35 | = | $ -8,898.98 |
| 34. **Net cash flow** | $ 4,000.00 | − | $ -4,319.19 | = | $ -319.19 |

35.  Total projected cash receipts for the next month:                          $ 65,000.00

36.  Total projected cash disbursements for the next month:                    - $ 30,000.00

37.  Total projected net cash flow for the next month:                         = $ 35,000.00

Debtor Name  Richard and Alyse Johnson                                   Case number 21-10054

## █ 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- ☐ 39. Bank reconciliation reports for each account.

- ☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- ☐ 41. Budget, projection, or forecast reports.

- ☐ 42. Project, job costing, or work-in-progress reports.

**Exhibit A – N/A**

## EXHIBIT  B

10.    Husband is an attorney who maintains an active IOLTA account in PA and an Attorney Trust Account in NJ.

**Exhibit C**

## Cash Flow - Last month
## 12/1/2021 through 12/31/2021

1/18/2022                                                                      Page 1

| Category | 12/1/2021-12/31/2021 |
|---|---|
| **INFLOWS** | |
| Child Tax Credit | 200.00 |
| Income (RWJ) | 43,773.04 |
| Income - Dividend | 19.80 |
| Paycheck (AMJ) | 1,186.96 |
| Refund (Not Income) | 30.36 |
| **TOTAL INFLOWS** | **45,210.16** |
| **OVERALL TOTAL** | **45,210.16** |

**Exhibit D**

Cash Flow - Last month
12/1/2021 through 12/31/2021

1/18/2022                                                                            Page 1

| Category | 12/1/2021- 12/31/2021 |
|---|---|
| **OUTFLOWS** | |
| Alarm System | 69.00 |
| Allegro Payment | 936.35 |
| Auto | |
|    Fuel | 587.72 |
|    Insurance | 365.05 |
|    Lease | 800.00 |
|    Lease (Business) | 1,707.90 |
|    Radio | 21.24 |
|    TOTAL Auto | 3,481.91 |
| Auto & Transport | |
|    Tolls | 118.35 |
|    TOTAL Auto & Transport | 118.35 |
| Business Meals | 172.94 |
| Cable And Internet | 317.74 |
| Cash | 100.00 |
| Cell Phone | 394.59 |
| Charity | 218.13 |
| Christmas Decorations | 41.77 |
| Christmas Presents | 1,229.81 |
| Clothing | 105.18 |
| College Expenses | 2,550.00 |
| Dry Cleaning | 104.50 |
| Education | |
|    Books & Supplies | 10.00 |
|    TOTAL Education | 10.00 |
| Electric | 892.00 |
| Entertainment | 244.20 |
| Fed Tax | |
|    2021 Estimated | 8,000.00 |
|    TOTAL Fed Tax | 8,000.00 |
| Food | 1,408.34 |
| Groceries | 1,918.20 |
| Health Insurance | 5,500.49 |
| Home | |
|    Furnishings | 160.62 |

Cash Flow - Last month
12/1/2021 through 12/31/2021

1/18/2022                                                                                    Page 2

| Category | 12/1/2021-<br>12/31/2021 |
|---|---|
| Home Improvement | 60.24 |
| Home Services | 164.30 |
| Mortgage | 16,996.43 |
| Services - Maintenance | 180.20 |
| TOTAL Home | 17,561.79 |
| Household Supplies | 23.30 |
| Housewares | 35.00 |
| Internet Service | 7.99 |
| Life Insurance | 418.38 |
| Medical Care | 531.50 |
| Office Expenses (Business) | 15.89 |
| Parking | 250.00 |
| Personal Care | 115.00 |
| Hair | 120.00 |
| TOTAL Personal Care | 235.00 |
| Pet Food and Supplies | 54.02 |
| Pets | |
| Vet | 379.87 |
| TOTAL Pets | 379.87 |
| Pharmacy | 347.40 |
| Phone | 80.00 |
| Plan Payment | |
| Bancorp | 500.00 |
| TOTAL Plan Payment | 500.00 |
| Printing and Reproduction (Busin... | 210.04 |
| State Tax | |
| 2021 Estimated | 1,000.00 |
| TOTAL State Tax | 1,000.00 |
| Taxi | 26.67 |
| Tuition | 102.00 |
| **TOTAL OUTFLOWS** | **49,592.35** |
| **OVERALL TOTAL** | **-49,592.35** |

# EXHIBIT E

1.  **$3,417.50 Allegro Credit**:   Allegro had refused to accept payment directly from debtors. However, Allegro has agreed to accept payments through its counsel. Payments resumed in July 2021, plus an additional $200.00.

 **Bank**

America's Most Convenient Bank®  

E      STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 1 of 10 |
| Statement Period: | Dec 08 2021-Jan 07 2022 |
| Cust Ref #: | 39-E-*** |
| Primary Account #: | 1383 |

## Chapter 11 Checking

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

1383

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 6,744.20 | Average Collected Balance | 7,701.11 |
| Deposits | 7,990.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 34,140.03 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 19,596.98 | Days in Period | 31 |
| Electronic Payments | 20,876.34 | | |
| Other Withdrawals | 3,908.00 | | |
| Ending Balance | 4,492.91 | | |

| | Total for this Period | Total Prior Year |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $0.00 | $70.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/15 | DEPOSIT | 7,990.00 |
| | Subtotal: | 7,990.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/13 | POS CREDIT, *****30104570106, AUT 121321 DDA PURCH REF<br>STAPLES 1256          NEWTOWN          * PA | 6.36 |
| 12/15 | ACH DEPOSIT, VILLA JOSEPH MAR PAYROLL ****5200051107X | 705.16 |
| 12/15 | ACH DEPOSIT, IRS  TREAS 310  CHILDCTC ****69411200909 | 200.00 |
| 12/21 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 122121 ATM CHECK DEPOSI<br>1 WEST ROAD          NEWTOWN          * PA | 12,606.66 |
| 12/28 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 122821 ATM CHECK DEPOSI<br>1 WEST ROAD          NEWTOWN          * PA | 15,833.33 |
| 12/29 | DEBIT CARD CREDIT, *****30088471644, AUT 122821 VISA DDA REF<br>STEVE MADDEN 146          SHORT HILLS          * NJ | 24.00 |
| 12/31 | ACH DEPOSIT, VILLA JOSEPH MAR PAYROLL ****1700027841X | 481.80 |
| 12/31 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 123121 ATM CHECK DEPOSI<br>1 WEST ROAD          NEWTOWN          * PA | 13.20 |

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic with-drawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| ❶ Ending Balance | 4,492.91 |
| ❷ Total Deposits | + |
| ❸ Sub Total | |
| ❹ Total Withdrawals | - |
| ❺ Adjusted Balance | |

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**FINANCE CHARGES:** Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 3 of 10 |
| Statement Period: | Dec 08 2021-Jan 07 2022 |
| Cust Ref #: | .039-E-*** |
| Primary Account #: | .1383 |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/03 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 010322 ATM CHECK DEPOSI<br>1 WEST ROAD        NEWTOWN     * PA | 2,500.00 |
| 01/04 | DEBIT CARD CREDIT, *****30104570106, AUT 010222 VISA DDA REF<br>WWW STANDREWNEWTOWN CO   866 975 8600 * PA | 260.00 |
| 01/05 | DEBIT CARD CREDIT, *****30088471644, AUT 010322 VISA DDA REF<br>SAMS CLUB  6693        LANGHORNE   * PA | 9.52 |
| 01/07 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 010722 ATM CHECK DEPOSI<br>1 WEST ROAD        NEWTOWN     * PA | 1,500.00 |
| | Subtotal: | 34,140.03 |

### Checks Paid

No. Checks: 5        *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 12/23 | 146 | 164.30 | 12/30 | 122821* | 500.00 |
| 01/05 | 147 | 1,000.00 | 12/30 | 122921* | 16,996.43 |
| 01/04 | 148 | 936.25 | | | |
| | | | | Subtotal: | 19,596.98 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/08 | DEBIT CARD PURCHASE, *****30088471644, AUT 120521 VISA DDA PUR<br>CHIAPPARELLI S RESTAUR    410 8370309  * MD | 356.83 |
| 12/08 | DEBIT POS, *****30104570106, AUT 120821 DDA PURCHASE<br>PETSMART  1479     NEWTOWN     * PA | 54.02 |
| 12/08 | DEBIT CARD PURCHASE, *****30104570106, AUT 120721 VISA DDA PUR<br>SQ LILY S CHOCOLATE PAR   SOUTHAMPTON  * PA | 48.00 |
| 12/08 | DEBIT CARD PURCHASE, *****30104570106, AUT 120721 VISA DDA PUR<br>HEATHLAND  VJMHS     HTTPSHEATHLAN * PA | 8.50 |
| 12/09 | DEBIT CARD PURCHASE, *****30088471644, AUT 120821 VISA DDA PUR<br>SQ FAMILY SOLUTION    877 417 4551 * MD | 125.00 |
| 12/09 | DEBIT CARD PURCHASE, *****30104570106, AUT 120821 VISA DDA PUR<br>SMITH S ACE HRDW NEWTOWN   NEWTOWN     * PA | 50.19 |
| 12/09 | DEBIT CARD PURCHASE, *****30104570106, AUT 120721 VISA DDA PUR<br>AMZN MKTP US 5R0439GT3    AMZN COM BILL * WA | 12.71 |
| 12/10 | ACH DEBIT, ATT PAYMENT ****85004EPAYJ | 391.60 |
| 12/10 | DEBIT CARD PURCHASE, *****30088471644, AUT 120821 VISA DDA PUR<br>T A PHILLY POPS        215 8758004  * PA | 244.20 |
| 12/10 | DEBIT CARD PURCHASE, *****30088471644, AUT 120921 VISA DDA PUR<br>CRAMER S BAKERY INC    YARDLEY     * PA | 89.95 |
| 12/10 | ELECTRONIC PMT-WEB, VERIZON VZ BILLPAY ****306840001 | 80.00 |
| 12/10 | DEBIT CARD PURCHASE, *****30104570106, AUT 120921 VISA DDA PUR<br>VJMHS PARENTS GUILD     HOLLAND     * PA | 78.00 |



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 4 of 10 |
| Statement Period: | Dec 08 2021-Jan 07 2022 |
| Cust Ref #: | 039-E-*** |
| Primary Account #: | 1383 |

---

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/10 | DEBIT CARD PURCHASE, *****30088471644, AUT 120921 VISA DDA PUR AMZN MKTP US EJ7YF19Q3    AMZN COM BILL * WA | 10.59 |
| 12/13 | ACH DEBIT, AUDI FNCL, TEL. TEL  DEBIT  PTEL****279496 | 800.00 |
| 12/13 | DEBIT CARD PURCHASE, *****30104570106, AUT 121121 VISA DDA PUR NORDSTROM 0629    KING OF PRUSS * PA | 262.42 |
| 12/13 | DEBIT CARD PURCHASE, *****30088471644, AUT 121221 VISA DDA PUR MCCAFFREYS NEWTOWN    NEWTOWN    * PA | 209.75 |
| 12/13 | DEBIT POS, *****30088471644, AUT 121221 DDA PURCH W/CB ACME 4913    NEWTOWN    * PA | 189.17 |
| 12/13 | DEBIT CARD PURCHASE, *****30088471644, AUT 121121 VISA DDA PUR LASCALAS FIRE VILLANOVA    VILLANOVA    * PA | 182.58 |
| 12/13 | DEBIT CARD PURCHASE, *****30088471644, AUT 121021 VISA DDA PUR BUDDAKAN    PHILADELPHIA * PA | 156.68 |
| 12/13 | DEBIT CARD PURCHASE, *****30088471644, AUT 121121 VISA DDA PUR CHANEL KING OF PRUSSIA S    KING OF PRUSS * PA | 135.68 |
| 12/13 | DEBIT CARD PURCHASE, *****30104570106, AUT 121121 VISA DDA PUR VINEYARD VINES 65    KING OF PRU  * PA | 120.80 |
| 12/13 | DEBIT CARD PURCHASE, *****30088471644, AUT 121121 VISA DDA PUR STEVE MADDEN 45    KNG OF PRUSSA * PA | 119.96 |
| 12/13 | DEBIT CARD PURCHASE, *****30104570106, AUT 121121 VISA DDA PUR VANS  120    KING OF PRUSS * PA | 114.95 |
| 12/13 | DEBIT CARD PURCHASE, *****30088471644, AUT 121221 VISA DDA PUR GALLERY LEATHER DIRECT    207 667 9474 * ME | 91.16 |
| 12/13 | DEBIT CARD PURCHASE, *****30088471644, AUT 120921 VISA DDA PUR ROCCOS AT THE BRICK    NEWTOWN    * PA | 64.52 |
| 12/13 | DEBIT POS, *****30088471644, AUT 121321 DDA PURCH W/CB MCCAFFREYS NEWTOWN MARKE    NEWTOWN    * PA | 64.37 |
| 12/13 | DEBIT CARD PURCHASE, *****30088471644, AUT 121121 VISA DDA PUR TST  LE PAIN QUOTIDIEN    PHILADELPHIA * PA | 42.90 |
| 12/13 | DEBIT POS, *****30104570106, AUT 121121 DDA PURCHASE HOBBYLOBB 320 W  DEKAL    KING OF PRUSS * PA | 41.77 |
| 12/13 | DEBIT CARD PURCHASE, *****30104570106, AUT 120921 VISA DDA PUR DOMINICK S PIZZA  ITALI  WSHNGTN XING * PA | 24.65 |
| 12/13 | DEBIT CARD PURCHASE, *****30088471644, AUT 121221 VISA DDA PUR MCCAFFREYS NEWTOWN    NEWTOWN    * PA | 24.37 |
| 12/13 | DEBIT CARD PURCHASE, *****30088471644, AUT 121021 VISA DDA PUR ALICE PIZZA    PHILADELPHIA * PA | 16.08 |
| 12/13 | DEBIT CARD PURCHASE, *****30088471644, AUT 121121 VISA DDA PUR TST  LE PAIN QUOTIDIEN    PHILADELPHIA * PA | 14.61 |
| 12/13 | DEBIT CARD PURCHASE, *****30088471644, AUT 121021 VISA DDA PUR LYFT   RIDE FRI 9PM    LYFT COM    * CA | 14.47 |
| 12/13 | DEBIT CARD PURCHASE, *****30088471644, AUT 121021 VISA DDA PUR CURB SVC LONG ISLAN    LONG ISLAND C * NY | 12.20 |



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 5 of 10 |
| Statement Period: | Dec 08 2021-Jan 07 2022 |
| Cust Ref #: | ....-...-...-** |
| Primary Account #: | 383 |

---

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/13 | DEBIT CARD PURCHASE, *****30104570106, AUT 120921 VISA DDA PUR HEATHLAND  VJMHS      HTTPSHEATHLAN * PA | 9.00 |
| 12/13 | DEBIT CARD PAYMENT, *****30104570106, AUT 121121 VISA DDA PUR APPLE COM BILL    866 712 7753  * CA | 2.99 |
| 12/14 | DEBIT CARD PURCHASE, *****30104570106, AUT 121321 VISA DDA PUR 0141 FOREVER 21      LANGHORNE   * PA | 176.00 |
| 12/14 | DEBIT CARD PURCHASE, *****30088471644, AUT 121321 VISA DDA PUR LUKOIL 69722        NEWTOWN    * PA | 75.00 |
| 12/14 | DEBIT POS, *****30104570106, AUT 121421 DDA PURCHASE HOMEGOODS 2424 E LINCO   LANGHORNE   * PA | 35.00 |
| 12/14 | DEBIT CARD PURCHASE, *****30104570106, AUT 121321 VISA DDA PUR LUKOIL 69722        NEWTOWN    * PA | 30.23 |
| 12/14 | DEBIT CARD PURCHASE, *****30104570106, AUT 121321 VISA DDA PUR MACYS  OXFORD VALLEY    LANGHOME   * PA | 27.18 |
| 12/15 | DEBIT CARD PURCHASE, *****30088471644, AUT 121321 VISA DDA PUR DRAGON OF NEWTOWN      NEWTOWN    * PA | 143.83 |
| 12/15 | DEBIT CARD PURCHASE, *****30088471644, AUT 121421 VISA DDA PUR CVS PHARMACY  07189     NEWTOWN    * PA | 98.90 |
| 12/15 | DEBIT CARD PURCHASE, *****30104570106, AUT 121421 VISA DDA PUR NORDSTROM 0656      LANGHORNE   * PA | 70.01 |
| 12/15 | DEBIT CARD PURCHASE, *****30104570106, AUT 121321 VISA DDA PUR A EAGLE OUTFTR00008391    LANGHORN   * PA | 62.41 |
| 12/15 | DEBIT CARD PURCHASE, *****30104570106, AUT 121421 VISA DDA PUR TARGET    00011353    LANGHORNE   * PA | 42.13 |
| 12/15 | DEBIT CARD PURCHASE, *****30104570106, AUT 121421 VISA DDA PUR HEATHLAND  VJMHS      HTTPSHEATHLAN * PA | 8.50 |
| 12/16 | ACH DEBIT, APPEL ORTHODONTI PAYMENT ****00000047111 | 156.50 |
| 12/16 | DEBIT CARD PAYMENT, *****30088471644, AUT 121521 VISA DDA PUR ADOBE INC        800 8336687  * CA | 15.89 |
| 12/17 | CCD DEBIT, IBC EDI PAYMTS PRMAX****525907 | 5,500.49 |
| 12/17 | DEBIT CARD PURCHASE, *****30088471644, AUT 121621 VISA DDA PUR SP  TABLECLOTHSFACTOR    HTTPSTABLECLO * CA | 160.62 |
| 12/17 | DEBIT POS, *****30104570106, AUT 121721 DDA PURCH W/CB CVS PHARMACY  07 07189    WRIGHTSTOWN  * PA | 36.00 |
| 12/17 | DEBIT CARD PURCHASE, *****30088471644, AUT 121521 VISA DDA PUR ERAC TOLL 4YDDXN       877 860 1258  * PA | 13.35 |
| 12/17 | DEBIT CARD PURCHASE, *****30104570106, AUT 121621 VISA DDA PUR WAWA 8121   00081216    RICHBORO    * PA | 4.48 |
| 12/17 | DEBIT CARD PURCHASE, *****30104570106, AUT 121621 VISA DDA PUR HEATHLAND  VJMHS      HTTPSHEATHLAN * PA | 2.00 |
| 12/20 | ELECTRONIC PMT-WEB, PECO ENERGY COMP BILLPAY PECO ENERGY COM | 400.00 |
| 12/20 | DEBIT POS, *****30088471644, AUT 121921 DDA PURCH W/CB ACME 4913        NEWTOWN    * PA | 130.10 |



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 7 of 10 |
| Statement Period: | Dec 08 2021-Jan 07 2022 |
| Cust Ref #: | )39-E-*** |
| Primary Account #: | 1383 |

---

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/24 | DEBIT CARD PURCHASE, *****30088471644, AUT 122321 VISA DDA PUR MCCAFFREYS NEWTOWN      NEWTOWN      * PA | 41.56 |
| 12/27 | DEBIT CARD PURCHASE, *****30088471644, AUT 122121 VISA DDA PUR DOLCE CARINI      NEWTOWN      * PA | 339.01 |
| 12/27 | DEBIT CARD PURCHASE, *****30088471644, AUT 122321 VISA DDA PUR ACME 4913      NEWTOWN      * PA | 52.04 |
| 12/27 | DEBIT POS, *****30088471644, AUT 122621 DDA PURCHASE CVS PHARM 07189  755 D   WRIGHTSTOWN   * PA | 22.25 |
| 12/28 | DEBIT CARD PURCHASE, *****30104570106, AUT 122721 VISA DDA PUR CVS PHARMACY  07189      NEWTOWN      * PA | 50.45 |
| 12/28 | DEBIT POS, *****30088471644, AUT 122821 DDA PURCHASE WALGREENS STORE 1 S BROA   PHILADELPHIA * PA | 10.99 |
| 12/28 | DEBIT POS, *****30088471644, AUT 122821 DDA PURCHASE WALGREENS STORE 1 S BROA   PHILADELPHIA * PA | 7.00 |
| 12/29 | ELECTRONIC PMT-TEL, MBFS 8006546222 D000070795 ****242345001 | 850.00 |
| 12/29 | DEBIT CARD PURCHASE, *****30088471644, AUT 122721 VISA DDA PUR MINTED LLC      MINTED COM      * CA | 210.04 |
| 12/29 | DEBIT CARD PURCHASE, *****30088471644, AUT 122821 VISA DDA PUR PTC EZ PASS AUTO RE     877 736 6727 * PA | 105.00 |
| 12/29 | DEBIT POS, *****30104570106, AUT 122921 DDA PURCHASE MCCAFFREYS NEWTOWN MARKE   NEWTOWN      * PA | 40.10 |
| 12/29 | ELECTRONIC PMT-TEL, REP CF MBFS D000070736 ****02201435091 | 8.95 |
| 12/30 | DEBIT CARD PURCHASE, *****30088471644, AUT 122921 VISA DDA PUR SQ FAMILY SOLUTION     877 417 4551 * MD | 125.00 |
| 12/31 | ELECTRONIC PMT-WEB, IRS USATAXPYMT ****76504475925 | 1,000.00 |
| 12/31 | DEBIT CARD PURCHASE, *****30104570106, AUT 123021 VISA DDA PUR CVS PHARMACY  07189      NEWTOWN      * PA | 7.41 |
| 01/03 | DEBIT CARD PURCHASE, *****30088471644, AUT 123121 VISA DDA PUR BLOOMING GROVE INN      TRENTON      * NJ | 191.74 |
| 01/03 | DEBIT POS, *****30088471644, AUT 010322 DDA PURCHASE SAMS CLUB SAM S CLUB      LANGHORNE      * PA | 173.47 |
| 01/03 | DEBIT CARD PURCHASE, *****30088471644, AUT 123121 VISA DDA PUR MCCAFFREYS NEWTOWN      NEWTOWN      * PA | 145.80 |
| 01/03 | DEBIT CARD PURCHASE, *****30088471644, AUT 123121 VISA DDA PUR DRAGON OF NEWTOWN      NEWTOWN      * PA | 98.46 |
| 01/03 | DEBIT CARD PURCHASE, *****30088471644, AUT 123121 VISA DDA PUR ACME 4913      NEWTOWN      * PA | 81.67 |
| 01/03 | DEBIT POS, *****30104570106, AUT 010222 DDA PURCHASE NORDSTROM  0527 1200 MOR   SHORT HILLS  * NJ | 72.56 |
| 01/03 | DEBIT CARD PURCHASE, *****30088471644, AUT 123121 VISA DDA PUR NEWTOWN VALLEY CLEANERS   NEWTOWN      * PA | 69.85 |
| 01/03 | DEBIT CARD PURCHASE, *****30088471644, AUT 123121 VISA DDA PUR LUKOIL 69722      NEWTOWN      * PA | 51.00 |


**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 8 of 10 |
| Statement Period: | Dec 08 2021-Jan 07 2022 |
| Cust Ref #: | 39-E-*** |
| Primary Account #: | 1383 |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/03 | DEBIT CARD PURCHASE, *****30088471644, AUT 123121 VISA DDA PUR ACME 4913      NEWTOWN     * PA | 49.78 |
| 01/03 | DEBIT POS, *****30104570106, AUT 010222 DDA PURCH W/CB CVS PHARMACY  07 07189    WRIGHTSTOWN   * PA | 41.58 |
| 01/03 | DEBIT CARD PURCHASE, *****30104570106, AUT 123021 VISA DDA PUR CHICK FIL A  01411      NEWTOWN      * PA | 24.36 |
| 01/03 | DEBIT POS, *****30104570106, AUT 010322 DDA PURCHASE STAPLES 1256      NEWTOWN     * PA | 10.59 |
| 01/04 | ACH DEBIT, COMCAST 8499102 050017305 5448105 | 312.71 |
| 01/04 | DEBIT CARD PURCHASE, *****30088471644, AUT 010222 VISA DDA PUR THE RIVER HOUSE AT ODETT  NEW HOPE    * PA | 185.70 |
| 01/04 | DEBIT CARD PURCHASE, *****30088471644, AUT 010222 VISA DDA PUR EXXONMOBIL  42042283     LAMBERTVILLE * NJ | 51.71 |
| 01/04 | DEBIT CARD PURCHASE, *****30104570106, AUT 010322 VISA DDA PUR LUKOIL 69722      NEWTOWN       * PA | 50.02 |
| 01/05 | DEBIT CARD PURCHASE, *****30088471644, AUT 010322 VISA DDA PUR INTERPARK AUTOBILL  B      CHICAGO       * IL | 250.00 |
| 01/05 | TD ATM DEBIT, *****30104570106, AUT 010522 DDA WITHDRAW 1 WEST ROAD      NEWTOWN       * PA | 60.00 |
| 01/05 | DEBIT POS, *****30104570106, AUT 010522 DDA PURCHASE USPS PO 4 20 TERRY DR     NEWTOWN      * PA | 58.00 |
| 01/06 | DEBIT CARD PURCHASE, *****30088471644, AUT 010522 VISA DDA PUR LIBERTY PROPANE      610 847 6000  * PA | 1,922.23 |
| 01/06 | DEBIT CARD PURCHASE, *****30088471644, AUT 010422 VISA DDA PUR NATL STDT LEAD CONF    800 994 6752  * IL | 350.00 |
| 01/07 | DEBIT CARD PURCHASE, *****30088471644, AUT 010622 VISA DDA PUR TST  VINCE S PIZZERIA AN   215 570 6828  * PA | 42.10 |
| | Subtotal: | 20,876.34 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/28 | DEBIT | 3,908.00 |
| | Subtotal: | 3,908.00 |

---

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 12/07 | 6,744.20 | 12/23 | 14,635.07 |
| 12/08 | 6,276.85 | 12/24 | 14,333.31 |
| 12/09 | 6,088.95 | 12/27 | 13,920.01 |
| 12/10 | 5,194.61 | 12/28 | 25,776.90 |
| 12/13 | 2,485.89 | 12/29 | 24,586.81 |
| 12/14 | 2,142.48 | 12/30 | 6,965.38 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 9 of 10 |
| Statement Period: | Dec 08 2021-Jan 07 2022 |
| Cust Ref #: | !9-E-*** |
| Primary Account #: | 1383 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 12/15 | 10,611.86 | 12/31 | 6,452.97 |
| 12/16 | 10,439.47 | 01/03 | 7,942.11 |
| 12/17 | 4,722.53 | 01/04 | 6,665.72 |
| 12/20 | 3,716.99 | 01/05 | 5,307.24 |
| 12/21 | 16,244.99 | 01/06 | 3,035.01 |
| 12/22 | 15,219.55 | 01/07 | 4,492.91 |



America's Most Convenient Bank®

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

STATEMENT OF ACCOUNT

| | |
|---|---|
| Page: | 10 of 10 |
| Statement Period: | Dec 08 2021-Jan 07 2022 |
| Cust Ref #: | 730-E-*** |
| Primary Account #: | 383 |

#146        12/23        $164.30

#147        01/05        $1,000.00

#148        01/04        $936.25

#122821        12/30        $500.00

#122921        12/30        $16,996.43