### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| RICHARD W. JOHNSON, JR. and | : | |
| ALYSE M. JOHNSON | : | Case No. 21-10054 (AMC) |
| | : | |
| Debtors | : | |
| | : | |

## CERTIFICATE OF NO OBJECTION

The undersigned, counsel for the Debtors, certifies as follows:

1. On January 11, 2022, the undersigned filed with this Court a certain First Interim Fee Application of Smith Kane Holman, LLC As Counsel To Richard W. Johnson, Jr. and Alyse M. Johnson, for the time period January 8, 2021 through December 31, 2021 (the "Application"), notice or a copy of which was sent to all parties entitled to same on January 11, 2022.

2. Any answers, objections or responses to the Application were due on or before January 25, 2022.

3. To date, the undersigned has not been served with any answer, objection or other response to the Application, nor, to the best of the undersigned's knowledge, information and belief has the Court been served with any answer, objection or response to the Application.

4. Pursuant to the foregoing, the undersigned certifies that the Application is uncontested.

WHEREFORE, the undersigned respectfully requests that this Court enter an order approving the Application.

                                                                      SMITH KANE HOLMAN, LLC

Dated: January 26, 2022                   By: /s/ David B. Smith
                                                                      David B. Smith, Esquire
                                                                      112 Moores Road, Suite 300
                                                                      Malvern, PA 19355
                                                                      (610) 407-7217 Phone
                                                                      (610) 407-7218 Fax
                                                                      Attorneys for Richard W. Johnson, Jr. and
                                                                      Alyse M. Johnson