# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>**RICHARD W. JOHNSON, JR. and ALYSE M. JOHNSON, h/w**<br><br>**Debtors.** | **Chapter 11**<br><br>**Case No. 21-10054-AMC** |

## CERTIFICATE OF NO RESPONSE

On January 12, 2022, Jami B. Nimeroff, Esquire, the Subchapter V Trustee (the "Subchapter V Trustee") for the above-captioned case of the debtor (the "Debtor") filed the Subchapter V Trustee's First Interim Fee Application for Compensation for the Period of January 11, 2021 through December 31, 2021 (the "Application"). On January 12, 2022, the Subchapter V Trustee also filed the Notice of the Application. Responses to the Application were due on or before January 26, 2022. This Court's docket reflects that no objections were filed to the Application. Additionally, no objections to the Application have been received by the Subchapter V Trustee. Accordingly, the Subchapter V Trustee respectfully requests that the Order attached to the Application be entered at the Court's earliest convenience.

Date:  January 27, 2022

BROWN MCGARRY NIMEROFF LLC

*/s/ Jami B. Nimeroff*
Jami B. Nimeroff, Esquire
1500 John F. Kennedy Blvd, Suite 610
Philadelphia, PA 19102
Phone: (267) 861-5330
jnimeroff@bmnlayers.com
*Subchapter V Trustee*