## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

**RICHARD W. JOHNSON, JR. and ALYSE M. JOHNSON, h/w**

**Debtors.**

**Chapter 11**

**Bankruptcy No. 21-10054-AMC**

Upon consideration of the First Interim Application for Compensation and Reimbursement of Expenses of Jami B. Nimeroff, Esquire as Subchapter V Trustee for the Period of January 11, 2021 through December 31, 2021 (the "Application"), it is hereby ORDERED that:

1.      The Application is APPROVED; and

2.      Compensation to Jami B. Nimeroff, Esquire shall be allowed and authorized as a Chapter 11 administrative expense claim for services rendered as Subchapter V Trustee in the sum of $7,350.00 and for reimbursement of expenses in the sum of $77.55 for a total allowance of $7,427.55.

3.      The Debtors are authorized to pay Jami B. Nimeroff, Esquire the amounts allowed forthwith from funds in the bankruptcy estate.

Date:

**Date: February 1, 2022**

_____
ASHELY M. CHAN
United States Bankruptcy Judge