# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | Chapter 11 |
| **RICHARD W. JOHNSON, JR. and ALYSE M. JOHNSON, h/w** | Bankruptcy No. 21-10054-AMC |
| **Debtors.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date set forth below, I caused a true and correct copy of the foregoing *Order Approving the First Interim Application of Jami B. Nimeroff, Esquire for Compensation* to be served on those parties listed on the attached service list via first class mail, postage prepaid unless otherwise noted.

Date: February 2, 2022     */s/ Jami B. Nimeroff*
                           Jami B. Nimeroff, Esquire

**SERVICE LIST**

| | |
|---|---|
| David B. Smith, Esquire<br>Smith Kane Holman, LLC<br>*Served via ECF* | Martin T. Sullivan<br>13 Summit Square Center #225<br>Langhorne, PA 19047 |
| George M. Conway, Esquire<br>United States Trustee<br>*Served via ECF* | William E. Craig, Esquire<br>Morton & Craig, LLC<br>*Served via ECF* |
| United States Trustee<br>Office of United States Trustee<br>*Served via ECF* | Matthew E. K. Howatt<br>Assistant United States Attorney<br>*Served via ECF* |
| Commonwealth of Pennsylvania<br>Department of Revenue<br>c/o Carol E. Momjian, Esquire<br>*Served via ECF* | AmeriCredit/GM Financial<br>Attn: Bankruptcy<br>P.O. Box 183853<br>Arlington, TX 76096 |
| Richard and Alyse Johnson, Jr.<br>5 Sarah Drive<br>Newtown, PA 18940 | Internal Revenue Service<br>600 Arch Street<br>Philadelphia, PA 19106-1611 |
| ACAR Leasing Ltd. d/b/a GM<br>Financial Leasing<br>PO Box 183853<br>Arlington, TX 76096 | Mercedes-Benz Financial Services<br>Attn: Bankruptcy<br>P.O. Box 685<br>Roanoke, TX 76262 |
| Rebecca Ann Solarz, Esquire<br>KML Law Group, P.C.<br>*Served via ECF* | Navient<br>Attn: Bankruptcy<br>Po Box 9640<br>Wiles-Barr, PA 18773 |
| Daimler Trust<br>c/o BK Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113 | Pennsylvania Dept. of Revenue<br>Bankruptcy Division<br>Dept. 280946<br>Harrisburg, PA 17128 |
| PNC Bank, NA<br>222 Delaware Avenue<br>Wilmington, DE 19801 | The Bancorp Bank<br>PO Box 77404<br>Ewing, NJ 08628 |
| Volkswagen Credit, Inc<br>Attn: Bankruptcy<br>PO Box 3<br>Hillsboro, OR 97123 | Tdrcs/Ethan Allen<br>Ethan Allen Drive<br>Danbury, CT 06811 |