Fill in this information to identify the case:

Debtor Name __Richard and Alyse Johnson__

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number: __21-10054__

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: __January 2022__

Line of business: __Attorney__

Date report filed: __02/20/2022__
MM / DD / YYYY

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: __Richard W. Johnson, Jr.__

Original signature of responsible party

Printed name of responsible party __Richard W. Johnson, Jr.__

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.***

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.***

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Richard and Alyse Johnson                     Case number  21-10054

17.  Have you paid any bills you owed before you filed bankruptcy?    ☐ ☑ ☐
18.  Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19.  **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.    $  15,085.90

20.  **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.    $  103,681.36

21.  **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.    − $  70,283.99

22.  ~~**Net cash flow**~~

~~Subtract line~~ 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.    + $  33,397.37

23.  **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.    = $  48,483.27

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24.  **Total payables**    $  3,217.50

*(Exhibit E)*

Debtor Name  Richard and Alyse Johnson                              Case number 21-10054

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25.  **Total receivables**                                                                $ _____ 0.00

(Exhibit F)

## 5. Employees

26.  What was the number of employees when the case was filed?                            0

27.  What is the number of employees as of the date of this monthly report?               0

## 6. Professional Fees

28.  How much have you paid this month in professional fees related to this bankruptcy case?             $ _____ 0.00

29.  How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ _____ 0.00

30.  How much have you paid this month in other professional fees?                        $ _____ 0.00

31.  How much have you paid in total other professional fees since filing the case?       $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32.  **Cash receipts** | $ 65,000.00 | − | $ 103,681.36 | = | $ -38,681.36 |
| 33.  **Cash disbursements** | $ 30,000.00 | − | $ 70,283.99 | = | $ -40,283.99 |
| 34.  **Net cash flow** | $ 35,000.00 | − | $ 33,397.37 | = | $ 1,602.63 |

35.  Total projected cash receipts for the next month:                                    $ 60,000.00

36.  Total projected cash disbursements for the next month:                             − $ 29,500.00

37.  Total projected net cash flow for the next month:                                  = $ 30,500.00

Debtor Name Richard and Alyse Johnson

Case number 21-10054

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

**Exhibit A- N/A**

## EXHIBIT B

10.    Husband is an attorney who maintains an active IOLTA account in PA and an Attorney
Trust Account in NJ.

**Exhibit C**

## Cash Flow - Last month
### 1/1/2022 through 1/31/2022

2/19/2022

Page 1

| Category | 1/1/2022-1/31/2022 |
|---|---|
| **INFLOWS** | |
| Income (RWJ) | 102,350.00 |
| Paycheck (AMJ) | 1,061.84 |
| Refund (Not Income) | 269.52 |
| **TOTAL INFLOWS** | **103,681.36** |
| | |
| **OVERALL TOTAL** | **103,681.36** |

**Exhibit D**

Cash Flow - Year to Date
1/1/2022 through 2/19/2022

2/19/2022

| Category | 1/1/2022-2/19/2022 |
|---|---|
| **OUTFLOWS** | |
| Allegro Payment | 936.35 |
| Auto | |
|     Fuel | 570.95 |
|     Insurance | 365.05 |
|     Lease | 800.00 |
|     Lease (Business) | 858.95 |
|     Radio | 21.24 |
|     TOTAL Auto | 2,616.19 |
| Business Meals | 423.94 |
| Cable And Internet | 312.71 |
| Cash | 60.00 |
| Cell Phone | 394.59 |
| Christmas Presents | 258.98 |
| Clothing | 784.97 |
| College Expenses | 2,613.98 |
| Dry Cleaning | 69.85 |
| Electric | 550.00 |
| Fed Tax | |
|     2021 Estimated | 30,000.00 |
|     TOTAL Fed Tax | 30,000.00 |
| Food | 1,189.06 |
| Groceries | 1,847.09 |
| Home | |
|     Home Improvement | 57.89 |
|     Mortgage | 17,086.81 |
|     Services - Maintenance | 2,030.20 |
|     TOTAL Home | 19,174.90 |
| Household Supplies | 471.69 |
| Internet Service | 7.99 |
| Life Insurance | 418.38 |
| Medical Care | 406.50 |
| Office Expenses (Business) | 15.89 |
| Office Supplies | 10.59 |
| Parking | 250.00 |
| Personal Care | 80.00 |

Cash Flow - Year to Date
1/1/2022 through 2/19/2022

2/19/2022

Page 2

| Category | 1/1/2022-2/19/2022 |
|---|---|
| Pet Food and Supplies | 113.38 |
| Pharmacy | 318.73 |
| Plan Payment | |
| Bancorp | 500.00 |
| TOTAL Plan Payment | 500.00 |
| Postage and Delivery (Business) | 58.00 |
| Propane | 1,922.23 |
| Replacement Wedding Ring | 1,378.00 |
| State Tax | |
| 2021 Estimated | 2,750.00 |
| TOTAL State Tax | 2,750.00 |
| Tuition | 350.00 |
| **TOTAL OUTFLOWS** | 70,283.99 |
| **OVERALL TOTAL** | -70,283.99 |

## EXHIBIT E

1.  **$3,217.50 Allegro Credit**:  Allegro had refused to accept payment directly from debtors. However, Allegro has agreed to accept payments through its counsel. Payments resumed in July 2021, plus an additional $200.00.



**America's Most Convenient Bank®**

E    STATEMENT OF ACCOUNT



RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 1 of 9 |
| Statement Period: | Jan 08 2022-Feb 07 2022 |
| Cust Ref #: | 039-E-*** |
| Primary Account #: | 1383 |

## Chapter 11 Checking

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Account #    1383

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 4,492.91 | Average Collected Balance | 31,704.79 |
| Deposits | 91,980.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 9,418.44 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 25,374.26 | Days in Period | 31 |
| Electronic Payments | 49,630.48 | | |
| Ending Balance | 30,886.61 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/14 | DEPOSIT | 90,000.00 |
| 02/07 | DEPOSIT | 1,980.00 |
| | Subtotal: | 91,980.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/14 | ACH DEPOSIT, VILLA JOSEPH MAR PAYROLL ****3300048982X | 497.41 |
| 01/27 | ATM CHECK DEPOSIT, *****30088471644 AUT 012722 ATM CHECK DEPOSI 1 WEST ROAD    NEWTOWN    * PA | 5,850.00 |
| 01/31 | ACH DEPOSIT, VILLA JOSEPH MAR PAYROLL ****7100035031X | 564.43 |
| 01/31 | ATM CHECK DEPOSIT, *****30088471644 AUT 013122 ATM CHECK DEPOSI 1 WEST ROAD    NEWTOWN    * PA | 2,500.00 |
| 02/04 | ATM CHECK DEPOSIT, *****30104570106 AUT 020422 ATM CHECK DEPOSI 1 WEST ROAD    NEWTOWN    * PA | 6.60 |
| | Subtotal: | 9,418.44 |

**Checks Paid**    No. Checks: 7    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 01/26 | 149 | 2,750.00 | 02/04 | 153 | 1,000.00 |
| 01/19 | 150 | 2,550.00 | 01/31 | 12722* | 500.00 |
| 01/28 | 151 | 551.20 | 01/31 | 12822* | 17,086.81 |
| 01/31 | 152 | 936.25 | | | |
| | | | | Subtotal: | 25,374.26 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

# How to Balance your Account

Page:                    2 of 9

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic with-drawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

**❶** Ending Balance         30,886.61

**❷** Total Deposits    +

**❸** Sub Total

**❹** Total Withdrawals    -

**❺** Adjusted Balance

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Deposits** |  | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Withdrawals** |  | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 3 of 9 |
| Statement Period: | Jan 08 2022-Feb 07 2022 |
| Cust Ref #: | 39-E-*** |
| Primary Account #: | 383 |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/10 | ACH DEBIT, AUDI FINCL, TEL. TEL DEBIT PTEL****279496 | 800.00 |
| 01/10 | DEBIT POS, *****30088471644, AUT 010922 DDA PURCH W/CB MCCAFFREYS NEWTOWN MARKE   NEWTOWN   * PA | 287.57 |
| 01/10 | DEBIT CARD PURCHASE, *****30088471644, AUT 010722 VISA DDA PUR LASCALAS FIRE MARLTON   MARLTON   * NJ | 181.41 |
| 01/10 | DEBIT POS, *****30104570106, AUT 011022 DDA PURCH W/CB CVS PHARMACY 07 07189   WRIGHTSTOWN   * PA | 80.14 |
| 01/10 | DEBIT CARD PURCHASE, *****30088471644, AUT 010722 VISA DDA PUR LUKOIL 69722   NEWTOWN   * PA | 76.00 |
| 01/10 | DEBIT CARD PURCHASE, *****30088471644, AUT 010722 VISA DDA PUR ROYAL FARMS 274   MARLTON   * NJ | 52.32 |
| 01/10 | DEBIT CARD PURCHASE, *****30088471644, AUT 010922 VISA DDA PUR MCCAFFREYS NEWTOWN   NEWTOWN   * PA | 15.98 |
| 01/11 | DEBIT CARD PURCHASE, *****30088471644, AUT 011022 VISA DDA PUR KENRICH MECHANICAL INC   215 675 5040 * PA | 1,479.00 |
| 01/11 | ACH DEBIT, ATT PAYMENT ****28003EPAYO | 391.60 |
| 01/11 | DEBIT CARD PURCHASE, *****30088471644, AUT 010922 VISA DDA PUR ACME 4913   NEWTOWN   * PA | 89.43 |
| 01/11 | DEBIT POS, *****30088471644, AUT 011122 DDA PURCH W/CB ACME 4913   NEWTOWN   * PA | 47.18 |
| 01/12 | DEBIT CARD PURCHASE, *****30088471644, AUT 011022 VISA DDA PUR ROCCOS AT THE BRICK   NEWTOWN   * PA | 202.08 |
| 01/12 | DEBIT CARD PURCHASE, *****30104570106, AUT 011122 VISA DDA PUR HEATHLAND  VJMHS   HTTPSHEATHLAN * PA | 8.50 |
| 01/13 | DEBIT CARD PURCHASE, *****30088471644, AUT 011222 VISA DDA PUR SQ FAMILY SOLUTION   877 417 4551  * MD | 125.00 |
| 01/13 | DEBIT CARD PURCHASE, *****30088471644, AUT 011222 VISA DDA PUR TST VINCE S PIZZERIA AN   NEWTOWN   * PA | 37.89 |
| 01/13 | DEBIT CARD PAYMENT, *****30104570106, AUT 011122 VISA DDA PUR APPLE COM BILL   408 974 1010 * CA | 2.99 |
| 01/14 | DEBIT CARD PURCHASE, *****30104570106, AUT 011322 VISA DDA PUR HEATHLAND  VJMHS   HTTPSHEATHLAN * PA | 8.50 |
| 01/18 | ELECTRONIC PMT-WEB, IRS USATAXPYMT ****41891690994 | 30,000.00 |
| 01/18 | DEBIT CARD PURCHASE, *****30088471644, AUT 011622 VISA DDA PUR MCCAFFREYS NEWTOWN   NEWTOWN   * PA | 179.24 |
| 01/18 | DEBIT POS, *****30088471644, AUT 011622 DDA PURCH W/CB ACME 4913   NEWTOWN   * PA | 148.57 |
| 01/18 | DEBIT CARD PURCHASE, *****30104570106, AUT 011622 VISA DDA PUR NAIL PERFECTION  SPA   NEWTOWN   * PA | 80.00 |
| 01/18 | DEBIT CARD PURCHASE, *****30088471644, AUT 011422 VISA DDA PUR PICCOLO TRATTORIA AT N   215 8604247 * PA | 65.28 |
| 01/18 | DEBIT CARD PURCHASE, *****30088471644, AUT 011622 VISA DDA PUR CAPSIM MANAGEMENT SIMU   708 253 5669 * IL | 63.98 |



**TD Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Page:                                    4 of 9
Statement Period:      Jan 08 2022-Feb 07 2022
Cust Ref #:                         -039-E-***
Primary Account #:                       l1383

---

### DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/18 | DEBIT CARD PURCHASE, *****30088471644, AUT 011522 VISA DDA PUR LUKOIL 69722       NEWTOWN       * PA | 50.02 |
| 01/18 | DEBIT CARD PAYMENT, *****30088471644, AUT 011722 VISA DDA PUR SXM SIRIUSXM COM ACCT     888 635 5144 * NY | 21.24 |
| 01/18 | DEBIT CARD PURCHASE, *****30088471644, AUT 011622 VISA DDA PUR WENDY S 20002       NEWTOWN       * PA | 16.09 |
| 01/18 | DEBIT CARD PAYMENT, *****30088471644, AUT 011522 VISA DDA PUR ADOBE INC         800 8336687  * CA | 15.89 |
| 01/18 | DEBIT CARD PURCHASE, *****30088471644, AUT 011622 VISA DDA PUR ACME 4913         NEWTOWN       * PA | 5.56 |
| 01/19 | DEBIT CARD PURCHASE, *****30088471644, AUT 011722 VISA DDA PUR LA STALLA RESTAURANT       NEWTOWN       * PA | 190.44 |
| 01/19 | ACH DEBIT, APPEL ORTHODONTI PAYMENT ****00000048183 | 156.50 |
| 01/19 | DEBIT POS, *****30104570106, AUT 011922 DDA PURCHASE PETSMART  1479       NEWTOWN       * PA | 61.98 |
| 01/19 | DEBIT CARD PURCHASE, *****30104570106, AUT 011822 VISA DDA PUR TURNING POINT  NEWTOWN       NEWTOWN       * PA | 36.16 |
| 01/19 | DEBIT CARD PURCHASE, *****30104570106, AUT 011822 VISA DDA PUR AMZN MKTP US TU5886T43     AMZN COM BILL * WA | 31.77 |
| 01/19 | DEBIT CARD PAYMENT, *****30088471644, AUT 011822 VISA DDA PUR AOL  SERVICE         800 827 6364 * VA | 7.99 |
| 01/20 | DEBIT CARD PAYMENT, *****30088471644, AUT 011922 VISA DDA PUR STATE FARM  INSURANCE     800 956 6310 * IL | 365.05 |
| 01/20 | DEBIT CARD PURCHASE, *****30104570106, AUT 011922 VISA DDA PUR LA STALLA MARKET       NEWTOWN       * PA | 47.70 |
| 01/20 | DEBIT POS, *****30104570106, AUT 012022 DDA PURCHASE CVS PHARMACY 07 07189     WRIGHTSTOWN  * PA | 44.85 |
| 01/20 | DEBIT POS, *****30088471644, AUT 012022 DDA PURCH W/CB CVS PHARMACY 07 07189     WRIGHTSTOWN  * PA | 43.00 |
| 01/20 | DEBIT CARD PURCHASE, *****30104570106, AUT 011922 VISA DDA PUR SMITH S ACE HRDW NEWTOWN     NEWTOWN       * PA | 19.07 |
| 01/21 | ELECTRONIC PMT-WEB, PECO ENERGY COMP BILLPAY PECO ENERGY COM | 550.00 |
| 01/21 | DEBIT CARD PURCHASE, *****30104570106, AUT 011922 VISA DDA PUR AMZN MKTP US BH1055E23     AMZN COM BILL * WA | 154.14 |
| 01/21 | DEBIT CARD PURCHASE, *****30104570106, AUT 012022 VISA DDA PUR CRAMER S BAKERY INC     YARDLEY     * PA | 114.95 |
| 01/21 | DEBIT CARD PURCHASE, *****30088471644, AUT 012022 VISA DDA PUR LUKOIL 69722       NEWTOWN       * PA | 74.50 |
| 01/21 | DEBIT CARD PURCHASE, *****30088471644, AUT 011922 VISA DDA PUR CHIPOTLE ONLINE       CHIPOTLE COM * CA | 16.54 |
| 01/24 | DEBIT CARD PURCHASE, *****30088471644, AUT 012222 VISA DDA PUR BERNIE ROBBINS NEWTOWN     NEWTOWN       * PA | 1,378.00 |
| 01/24 | ELECTRONIC PMT-WEB, NORTHWESTERN MU PAYMNT WEB ****423-02 | 418.38 |



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Page: 5 of 9
Statement Period: Jan 08 2022-Feb 07 2022
Cust Ref #: 4378031383-039-E-***
Primary Account #: 437-8031383

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/24 | DEBIT CARD PURCHASE, *****30088471644, AUT 012322 VISA DDA PUR<br>DRAGON OF NEWTOWN        NEWTOWN        * PA | 282.64 |
| 01/24 | DEBIT POS, *****30088471644, AUT 012322 DDA PURCH W/CB<br>MCCAFFREYS NEWTOWN MARKE    NEWTOWN    * PA | 178.43 |
| 01/24 | DEBIT POS, *****30088471644, AUT 012322 DDA PURCH W/CB<br>ACME 4913            NEWTOWN      * PA | 135.63 |
| 01/24 | DEBIT POS, *****30104570106, AUT 012422 DDA PURCHASE<br>NORDSTROM  0656 2424 E L    LANGHORNE    * PA | 114.91 |
| 01/24 | DEBIT POS, *****30104570106, AUT 012422 DDA PURCHASE<br>NORDSTROM  0656 2424 E L    LANGHORNE    * PA | 94.99 |
| 01/24 | DEBIT POS, *****30088471644, AUT 012322 DDA PURCH W/CB<br>CVS PHARMACY  07 07189      WRIGHTSTOWN  * PA | 92.17 |
| 01/24 | DEBIT POS, *****30104570106, AUT 012422 DDA PURCHASE<br>DSW LINCOLN PLAZ 2426 E    LONGHORNE    * PA | 84.29 |
| 01/24 | DEBIT CARD PURCHASE, *****30088471644, AUT 012222 VISA DDA PUR<br>NORDRACKCOM8889666283      888 966 6283  * CA | 50.32 |
| 01/24 | DEBIT CARD PURCHASE, *****30104570106, AUT 012222 VISA DDA PUR<br>GAP US 661            NEWTOWN      * PA | 48.91 |
| 01/24 | DEBIT CARD PURCHASE, *****30088471644, AUT 012322 VISA DDA PUR<br>MCCAFFREYS NEWTOWN        NEWTOWN      * PA | 40.26 |
| 01/24 | DEBIT CARD PURCHASE, *****30088471644, AUT 012122 VISA DDA PUR<br>AMZN MKTP US 0E4PA5V03    AMZN COM BILL * WA | 39.98 |
| 01/24 | DEBIT CARD PURCHASE, *****30088471644, AUT 012322 VISA DDA PUR<br>SMITH S ACE HRDW NEWTOWN    NEWTOWN      * PA | 38.32 |
| 01/24 | DEBIT CARD PURCHASE, *****30104570106, AUT 012122 VISA DDA PUR<br>CONVENTIONTOTES COM        818 4550548  * CA | 18.65 |
| 01/24 | DEBIT CARD PURCHASE, *****30088471644, AUT 012222 VISA DDA PUR<br>CHICK FIL A  01411      NEWTOWN    * PA | 8.11 |
| 01/25 | DEBIT CARD PURCHASE, *****30088471644, AUT 012222 VISA DDA PUR<br>UNIQLO ECOMMERCE        855 486 4756  * NJ | 137.06 |
| 01/25 | DEBIT CARD PURCHASE, *****30088471644, AUT 012222 VISA DDA PUR<br>NIKE COM            800 8066453  * CA | 121.90 |
| 01/25 | DEBIT CARD PURCHASE, *****30088471644, AUT 012322 VISA DDA PUR<br>PARTY FAIR          NEWTOWN    * PA | 31.80 |
| 01/25 | DEBIT CARD PURCHASE, *****30088471644, AUT 012422 VISA DDA PUR<br>CVS PHARMACY  07189      NEWTOWN    * PA | 16.99 |
| 01/25 | DEBIT CARD PURCHASE, *****30088471644, AUT 012322 VISA DDA PUR<br>ACME 4913            NEWTOWN    * PA | 11.65 |
| 01/25 | DEBIT CARD PURCHASE, *****30088471644, AUT 012322 VISA DDA PUR<br>UNIQLO ECOMMERCE        855 486 4756  * NJ | 0.02 |
| 01/26 | DEBIT POS, *****30088471644, AUT 012622 DDA PURCH W/CB<br>ACME 4913            NEWTOWN    * PA | 90.97 |
| 01/26 | DEBIT CARD PURCHASE, *****30088471644, AUT 012522 VISA DDA PUR<br>LUKOIL 69722          NEWTOWN    * PA | 75.25 |



**TD Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Page:                              6 of 9
Statement Period:    Jan 08 2022-Feb 07 2022
Cust Ref #:                        039-E-***
Primary Account #:                        383

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/26 | DEBIT CARD PURCHASE, *****30104570106, AUT 012522 VISA DDA PUR<br>HEATHLAND  VJMHS       HTTPSHEATHLAN * PA | 8.50 |
| 01/27 | ELECTRONIC PMT-TEL, MBFS 8006546222 D000082310 ****242345001 | 850.00 |
| 01/27 | DEBIT CARD PURCHASE, *****30088471644, AUT 012622 VISA DDA PUR<br>SQ FAMILY SOLUTION    877 417 4551 * MD | 125.00 |
| 01/27 | ELECTRONIC PMT-TEL, REPAY MBFS CF D000082259 ****02201451760 | 8.95 |
| 01/28 | DEBIT POS, *****30104570106, AUT 012822 DDA PURCHASE<br>SAM S CLUB        LANGHORNE    * PA | 349.49 |
| 01/28 | DEBIT CARD PURCHASE, *****30104570106, AUT 012722 VISA DDA PUR<br>HEATHLAND  VJMHS       HTTPSHEATHLAN * PA | 8.50 |
| 01/31 | DEBIT POS, *****30104570106, AUT 013122 DDA PURCHASE<br>DICK S SPORTING GOODS    FAIRLESS HILL * PA | 318.99 |
| 01/31 | DEBIT CARD PURCHASE, *****30088471644, AUT 012822 VISA DDA PUR<br>ACME 4913        NEWTOWN      * PA | 104.33 |
| 01/31 | DEBIT CARD PURCHASE, *****30088471644, AUT 012822 VISA DDA PUR<br>MCCAFFREYS NEWTOWN      NEWTOWN    * PA | 81.21 |
| 01/31 | DEBIT CARD PURCHASE, *****30088471644, AUT 013022 VISA DDA PUR<br>MARATHON PETRO41905      BALTIMORE  * MD | 54.12 |
| 01/31 | DEBIT POS, *****30104570106, AUT 013122 DDA PURCHASE<br>PETSMART  0568       FAIRLESS HILL * PA | 51.40 |
| 01/31 | DEBIT CARD PURCHASE, *****30088471644, AUT 013022 VISA DDA PUR<br>LUKOIL 69722        NEWTOWN      * PA | 36.01 |
| 02/01 | CCD DEBIT, IBC EDI PAYMTS PRMAX****715204 | 2,770.49 |
| 02/01 | DEBIT CARD PURCHASE, *****30088471644, AUT 013022 VISA DDA PUR<br>TST PASTA MISTA  TOWSO  410 321 8855 * MD | 62.57 |
| 02/01 | DEBIT POS, *****30104570106, AUT 020122 DDA PURCHASE<br>BED BATH  BEYOND 131    FLEMINGTON  * NJ | 54.33 |
| 02/02 | DEBIT CARD PURCHASE, *****30088471644, AUT 013122 VISA DDA PUR<br>ROCCOS AT THE BRICK     NEWTOWN      * PA | 121.57 |
| 02/02 | DEBIT POS, *****30088471644, AUT 020222 DDA PURCH W/CB<br>MCCAFFREYS NEWTOWN MARKE  NEWTOWN    * PA | 101.27 |
| 02/02 | DEBIT CARD PURCHASE, *****30104570106, AUT 020122 VISA DDA PUR<br>FAMOUS FOOTWEAR COM    866 432 6687 * MO | 94.99 |
| 02/02 | DEBIT POS, *****30088471644, AUT 020222 DDA PURCH W/CB<br>ACME 4913        NEWTOWN      * PA | 76.08 |
| 02/02 | DEBIT POS, *****30104570106, AUT 020222 DDA PURCHASE<br>WAWA 8121        RICHBORO    * PA | 11.06 |
| 02/02 | DEBIT CARD PURCHASE, *****30104570106, AUT 020122 VISA DDA PUR<br>HEATHLAND  VJMHS       HTTPSHEATHLAN * PA | 8.50 |
| 02/02 | DEBIT CARD PURCHASE, *****30088471644, AUT 020122 VISA DDA PUR<br>SQ LA COLOMBE  DILWORT  PHILADELPHIA * PA | 3.47 |
| 02/03 | DEBIT CARD PURCHASE, *****30088471644, AUT 020122 VISA DDA PUR<br>INTERPARK AUTOBILL  B    CHICAGO      * IL | 270.00 |

 **Bank**

America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Page:                          7 of 9
Statement Period:    Jan 08 2022-Feb 07 2022
Cust Ref #:                  039-E-***
Primary Account #:                  1383

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/03 | DEBIT CARD PURCHASE, *****30104570106, AUT 020222 VISA DDA PUR DAVID J WITCHELL          NEWTOWN      * PA | 145.00 |
| 02/03 | DEBIT POS, *****30104570106, AUT 020322 DDA PURCHASE NORDSTROM  0656 2424 E L    LANGHORNE    * PA | 140.10 |
| 02/03 | DEBIT POS, *****30104570106, AUT 020322 DDA PURCHASE MICHAELS STORES 1586 2    LANGHORNE    * PA | 15.90 |
| 02/03 | DEBIT CARD PURCHASE, *****30088471644, AUT 020222 VISA DDA PUR MCDONALD S F4837        BENSALEM      * PA | 1.06 |
| 02/04 | DEBIT CARD PURCHASE, *****30088471644, AUT 020322 VISA DDA PUR LIBERTY PROPANE      610 847 6000  * PA | 1,598.35 |
| 02/04 | ACH DEBIT, COMCAST 8499102 050017305 7004132 | 329.91 |
| 02/04 | DEBIT CARD PURCHASE, *****30088471644, AUT 020322 VISA DDA PUR SQ FAMILY SOLUTION      877 417 4551  * MD | 125.00 |
| 02/04 | DEBIT CARD PURCHASE, *****30088471644, AUT 020222 VISA DDA PUR VIGILANTES LIBERTY        BENSALEM    * PA | 73.55 |
| 02/04 | TD ATM DEBIT, *****30104570106, AUT 020422 DDA WITHDRAW 1 WEST ROAD            NEWTOWN        * PA | 50.00 |
| 02/07 | DEBIT CARD PURCHASE, *****30088471644, AUT 020422 VISA DDA PUR NATL STDT LEAD CONF      800 994 6752  * IL | 541.00 |
| 02/07 | DEBIT CARD PURCHASE, *****30088471644, AUT 020422 VISA DDA PUR AUDI WARRINGTON        WARRINGTON    * PA | 354.03 |
| 02/07 | DEBIT POS, *****30088471644, AUT 020622 DDA PURCH W/CB ACME 4913            NEWTOWN        * PA | 219.74 |
| 02/07 | DEBIT CARD PURCHASE, *****30088471644, AUT 020622 VISA DDA PUR MCCAFFREYS NEWTOWN      NEWTOWN    * PA | 113.39 |
| 02/07 | DEBIT POS, *****30088471644, AUT 020522 DDA PURCH W/CB MCCAFFREYS NEWTOWN MARKE    NEWTOWN    * PA | 107.05 |
| 02/07 | ELECTRONIC PMT-WEB, VERIZON VZ BILLPAY ****306840001 | 80.00 |
| 02/07 | DEBIT CARD PURCHASE, *****30088471644, AUT 020422 VISA DDA PUR VIGILANTES LIBERTY        BENSALEM      * PA | 54.60 |
| 02/07 | DEBIT CARD PURCHASE, *****30088471644, AUT 020322 VISA DDA PUR RED ROBIN NO 105        LANGHORNE    * PA | 45.87 |
| 02/07 | DEBIT POS, *****30104570106, AUT 020722 DDA PURCH W/CB MCCAFFREYS NEWTOWN MARKE    NEWTOWN      * PA | 35.88 |
| 02/07 | DEBIT CARD PURCHASE, *****30088471644, AUT 020522 VISA DDA PUR ACME 4913            NEWTOWN        * PA | 25.43 |
| 02/07 | DEBIT CARD PURCHASE, *****30088471644, AUT 020522 VISA DDA PUR NEWTOWN VALLEY CLEANERS    NEWTOWN    * PA | 22.50 |



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 8 of 9 |
| Statement Period: | Jan 08 2022-Feb 07 2022 |
| Cust Ref #: | *9-E-*** |
| Primary Account #: | 1383 |

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/07 | DEBIT CARD PURCHASE, *****30088471644, AUT 020522 VISA DDA PUR AMZN MKTP US RJ1LZ1793     AMZN COM BILL * WA | 18.01 |
| 02/07 | DEBIT CARD PAYMENT, *****30088471644, AUT 020522 VISA DDA PUR SXM SIRIUSXM COM ACCT     888 635 5144 * NY | 4.55 |
| 02/07 | DEBIT CARD PURCHASE, *****30104570106, AUT 020422 VISA DDA PUR HEATHLAND   VJMHS        HTTPSHEATHLAN * PA | 3.00 |
| | Subtotal: | 49,630.48 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 01/07 | 4,492.91 | 01/25 | 52,650.81 |
| 01/10 | 2,999.49 | 01/26 | 49,726.09 |
| 01/11 | 992.28 | 01/27 | 54,592.14 |
| 01/12 | 781.70 | 01/28 | 53,682.95 |
| 01/13 | 615.82 | 01/31 | 37,578.26 |
| 01/14 | 91,104.73 | 02/01 | 34,690.87 |
| 01/18 | 60,458.86 | 02/02 | 34,273.93 |
| 01/19 | 57,424.02 | 02/03 | 33,701.87 |
| 01/20 | 56,904.35 | 02/04 | 30,531.66 |
| 01/21 | 55,994.22 | 02/07 | 30,886.61 |
| 01/24 | 52,970.23 | | |



**Bank**

America's Most Convenient Bank®

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

STATEMENT OF ACCOUNT

Page:                                9 of 9
Statement Period:    Jan 08 2022-Feb 07 2022
Cust Ref #:                          39-E-***
Primary Account #:                   1383

---

**#149**    01/26    $2,750.00

RICHARD W JOHNSON JR    01-21    149
ALYSE M JOHNSON
DEBTOR IN POSSESSION CASE # 21-10054
1/18/22
Pay to the Order of  PA. DEPT OF REVENUE    $ 2,750.00
Two Thousand, Seven Hundred and Fifty    Dollars
**Bank**
America's Most Convenient Bank®
For

---

**#150**    01/19    $2,550.00

RICHARD W JOHNSON JR    01-21    150
ALYSE M JOHNSON
DEBTOR IN POSSESSION CASE # 21-10054
1/19/22
Pay to the Order of  ALEXA M. JOHNSON    $ 2,550.00
Two Thousand, Five Hundred and Fifty    Dollars
**Bank**
For  College Expenses

---

**#151**    01/28    $551.20

RICHARD W JOHNSON JR    01-21    151
ALYSE M JOHNSON
DEBTOR IN POSSESSION CASE # 21-10054
January 26, 2022
Pay to the Order of  Joseph D. Krakeiric Inc.    $ 551.20
Five Hundred Fifty-one and    Dollars
**Bank**
America's Most Convenient Bank®
For  JAABS    Alyse M Johnson

---

**#152**    01/31    $936.25

RICHARD W JOHNSON JR    01-21    152
ALYSE M JOHNSON    AGX    1/20/22
Pay to the Order of  ALLEGRO CREDIT    $ 936.25
Nine Hundred and Thirty-Six    25/100  Dollars
**Bank**
America's Most Convenient Bank®
For  Acct# 71300154

---

**#153**    02/04    $1,000.00

RICHARD W JOHNSON JR    01-21    153
ALYSE M JOHNSON
DEBTOR IN POSSESSION CASE # 21-10054
2/4/22
Pay to the Order of  ALEXA M. JOHNSON    $ 1,000.00
One Thousand    XX/100  Dollar
**Bank**
America's Most Convenient Bank®
For  College Expenses

---

**#12722**    01/31    $500.00

Richard Johnson    TD BANK NA    12722
PO BOX 1377
LEWISTON, ME 04243
1/28/2022
Pay To The Order Of  THE BANCORP BANK    $500.00
Pay Exactly  $500.00 Dollars And Cents
SIGNATURE NOT REQUIRED
Customer authorization obtained: 1/28/2022
Memo 162199916

---

**#12822**    01/31    $17,086.81

Richard Johnson    TD BANK NA    12822
PO BOX 1377
LEWISTON, ME 04243
1/28/2022
Pay To The Order Of  THE BANCORP BANK    $17,086.81
Pay Exactly  $17,086.81 Dollars And Cents
SIGNATURE NOT REQUIRED
Customer authorization obtained: 1/28/2022
Memo 162199916