**Fill in this information to identify the case:**

Debtor Name: Richard and Alyse Johnson

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number: 21-10054

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: February 2022                Date report filed: 03/20/2022
                                    MM / DD / YYYY
Line of business: Attorney          NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Richard W. Johnson, Jr.

Original signature of responsible party: /s/ Richard W. Johnson, Jr.

Printed name of responsible party: Richard W. Johnson, Jr.

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Richard and Alyse Johnson                     Case number 21-10054

17. Have you paid any bills you owed before you filed bankruptcy?                     ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

**19. Total opening balance of all accounts**                                           $ 48,483.27

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

**20. Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.                                                $ 30,711.70

**21. Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.                                             − $ 63,947.51

Report the total from *Exhibit D* here.

**22. ~~Net cash flow~~**                                                              + $ -33,235.81

~~Subtract line~~ 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

**23. Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.                                         = $ 15,247.46

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

**24. Total payables**                                                                 $ 3,017.50

(Exhibit E)

Debtor Name  Richard and Alyse Johnson                    Case number 21-10054

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. Total receivables       $         0.00

    (Exhibit F)

### 5. Employees

26. What was the number of employees when the case was filed?    0
27. What is the number of employees as of the date of this monthly report?    0

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $ 29,770.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ 29,770.00
30. How much have you paid this month in other professional fees?    $ 0.00
31. How much have you paid in total other professional fees since filing the case?    $ 0.00

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A<br>Projected<br><br>Copy lines 35-37 from the previous month's report. | | Column B<br>Actual<br><br>Copy lines 20-22 of this report. | | Column C<br>Difference<br><br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. Cash receipts | $ 60,000.00 | − | $ 30,711.70 | = | $ 29,288.30 |
| 33. Cash disbursements | $ 29,500.00 | − | $ 63,947.51 | = | $ -34,447.51 |
| 34. Net cash flow | $ 30,500.00 | − | $ -33,235.81 | = | $ 63,735.81 |

35. Total projected cash receipts for the next month:    $ 45,000.00
36. Total projected cash disbursements for the next month:    − $ 29,500.00
37. Total projected net cash flow for the next month:    = $ 15,500.00

Debtor Name  Richard and Alyse Johnson          Case number 21-10054

# 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

**Exhibit A – N/A**

## EXHIBIT B

10. Husband is an attorney who maintains an active IOLTA account in PA and an Attorney Trust Account in NJ.

**Exhibit C**

Cash Flow - Last month
2/1/2022 through 2/28/2022

3/21/2022                                                                                           Page 1

| Category | 2/1/2022-2/28/2022 |
|---|---:|
| **INFLOWS** | |
| Div Income | 6.60 |
| Income (RWJ) | 28,110.33 |
| Paycheck (AMJ) | 2,594.77 |
| **TOTAL INFLOWS** | **30,711.70** |
| **OVERALL TOTAL** | **30,711.70** |

**Exhibit D**

Cash Flow - Last month
2/1/2022 through 2/28/2022

3/21/2022                                                                                        Page 1

| Category | 2/1/2022-2/28/2022 |
|---|---:|
| **OUTFLOWS** | |
| Administrative Claims Installment | 29,770.00 |
| Allegro Payment | 936.35 |
| Auto | |
|   Fuel | 530.84 |
|   Insurance | 297.18 |
|   Lease (Business) | 836.95 |
|   Radio | 67.90 |
|   Repair | 354.03 |
|   TOTAL Auto | 2,086.90 |
| Auto & Transport | |
|   Tolls | 24.00 |
|   TOTAL Auto & Transport | 24.00 |
| Baby Gift | 79.32 |
| Business Meals | 309.79 |
| Cable And Internet | 327.91 |
| Cash | 50.00 |
| Cell Phone | 398.36 |
| Clothing | 401.34 |
| College Expenses | 1,800.00 |
| Dry Cleaning | 45.00 |
| Electric | 492.64 |
| Food | 645.17 |
| Groceries | 1,942.80 |
| Health Insurance | 2,770.49 |
| Home | |
|   Home Improvement | 25.42 |
|   Services - Maintenance | 180.20 |
|   TOTAL Home | 205.62 |
| Household Supplies | 386.02 |
| Internet Service | 7.99 |
| Life Insurance | 418.38 |
| Medical Care | 250.00 |
| Office Expenses (Business) | 15.89 |
| Office Supplies | 84.50 |
| Parking | 270.00 |

Cash Flow - Last month
2/1/2022 through 2/28/2022

3/21/2022                                                                                              Page 2

| Category | 2/1/2022-2/28/2022 |
|---|---:|
| Personal Care | |
|   Hair | 145.00 |
|   TOTAL Personal Care | 145.00 |
| Pharmacy | 110.52 |
| Phone | 152.00 |
| Plan Payment | |
|   Bancorp | 17,586.81 |
|   TOTAL Plan Payment | 17,586.81 |
| Postage and Delivery (Business) | 95.36 |
| Propane | 1,598.35 |
| Tuition | 541.00 |
| **TOTAL OUTFLOWS** | **63,947.51** |
| **OVERALL TOTAL** | **-63,947.51** |

**EXHIBIT E**

1. **$3,017.50 Allegro Credit**: Allegro had refused to accept payment directly from debtors. However, Allegro has agreed to accept payments through its counsel. Payments resumed in July 2021, plus an additional $200.00.


 **Bank**

America's Most Convenient Bank®        E        STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Page:                                  1 of 8
Statement Period:     Feb 08 2022-Mar 07 2022
Cust Ref #:                          139-E-***
Primary Account #:                        1383

## Overdraft Policy Change Effective April 8, 2022

The following change applies only to Commercial and Small Business Checking Accounts and Money Market Accounts with check access: TD is making changes to reduce Customer overdraft fees: Instead of charging an overdraft fee if you overdraw your account by greater than $10, you may now overdraw your account by up to $50 without TD charging you an overdraft fee.

For Business Checking accounts on Account Analysis Billing, all overdrafts, regardless of volume, are billed through Account Analysis. Please contact your Treasury Management Officer for further details.

### Chapter 11 Checking

RICHARD W JOHNSON JR                                              Account #         1383
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

#### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 30,886.61 | Average Collected Balance | 21,786.01 |
| Electronic Deposits | 31,573.30 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 49,093.06 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 12,364.65 | Days in Period | 28 |
| Ending Balance | 1,002.20 | | |

#### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/11 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 021122 ATM CHECK DEPOSI<br>1 WEST ROAD       NEWTOWN    * PA | 4,000.00 |
| 02/15 | ACH DEPOSIT, VILLA JOSEPH MAR PAYROLL ****6700034883X | 1,167.78 |
| 02/15 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 021522 ATM CHECK DEPOSI<br>1 WEST ROAD       NEWTOWN    * PA | 4,222.00 |
| 02/18 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 021722 ATM CHECK DEPOSI<br>1 WEST ROAD       NEWTOWN    * PA | 2,125.00 |
| 02/28 | ACH DEPOSIT, VILLA JOSEPH MAR PAYROLL ****5400036347X | 1,426.99 |
| 02/28 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 022822 ATM CHECK DEPOSI<br>1 WEST ROAD       NEWTOWN    * PA | 15,783.33 |
| 03/01 | DEBIT CARD CREDIT, *****30088471644, AUT 030122 VISA DDA REF<br>ACME 4913         NEWTOWN    * PA | 7.99 |
| 03/03 | CCD DEPOSIT, VILLA JOSEPH MAR AMTS:10,11 ST-J9X0K7F2M7H5 | 0.11 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

# How to Balance your Account

Page: 2 of 8

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

① Ending Balance         1,002.20

② Total Deposits    +

③ Sub Total

④ Total Withdrawals    -

⑤ Adjusted Balance

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Deposits** |  | ② |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Withdrawals** |  | ④ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



# Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Page: 3 of 8
Statement Period: Feb 08 2022-Mar 07 2022
Cust Ref #: -039-E-***
Primary Account #: ,1383

## DAILY ACCOUNT ACTIVITY

### Electronic Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/03 | CCD DEPOSIT, VILLA JOSEPH MAR AMTS:10,11 ST-R6Z8G8W9F0Q9 | 0.10 |
| 03/03 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 030322 ATM CHECK DEPOSI<br>1 WEST ROAD    NEWTOWN    * PA | 1,840.00 |
| 03/07 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 030522 ATM CHECK DEPOSI<br>1 WEST ROAD    NEWTOWN    * PA | 1,000.00 |
| | Subtotal: | 31,573.30 |

### Checks Paid    No. Checks: 5

*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 02/08 | 154 | 800.00 | 03/02 | 22722* | 500.00 |
| 02/24 | 155 | 29,770.00 | 03/02 | 22822* | 17,086.81 |
| 03/04 | 156 | 936.25 | | | |
| | | | | Subtotal: | 49,093.06 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/08 | DEBIT CARD PURCHASE, *****30104570106, AUT 020722 VISA DDA PUR<br>DD BR  342226    NEWTOWN    * PA | 25.00 |
| 02/09 | ACH DEBIT, ATT PAYMENT ****22001EPAYT | 395.37 |
| 02/09 | DEBIT POS, *****30088471644, AUT 020922 DDA PURCH W/CB<br>MCCAFFREYS NEWTOWN MARKE    NEWTOWN    * PA | 57.70 |
| 02/09 | DEBIT CARD PURCHASE, *****30104570106, AUT 020822 VISA DDA PUR<br>HEATHLAND  VJMHS    HTTPSHEATHLAN * PA | 8.50 |
| 02/10 | DEBIT CARD PURCHASE, *****30088471644, AUT 020922 VISA DDA PUR<br>SQ  FAMILY SOLUTION    877 417 4551 * MD | 125.00 |
| 02/10 | DEBIT CARD PURCHASE, *****30088471644, AUT 020922 VISA DDA PUR<br>LUKOIL 69722    NEWTOWN    * PA | 35.00 |
| 02/10 | DEBIT CARD PURCHASE, *****30104570106, AUT 020922 VISA DDA PUR<br>HEATHLAND  VJMHS    HTTPSHEATHLAN * PA | 12.50 |
| 02/11 | DEBIT CARD PURCHASE, *****30088471644, AUT 021022 VISA DDA PUR<br>MCCAFFREYS NEWTOWN    NEWTOWN    * PA | 4.04 |
| 02/14 | DEBIT CARD PURCHASE, *****30088471644, AUT 021022 VISA DDA PUR<br>ROCCOS AT THE BRICK    NEWTOWN    * PA | 184.75 |
| 02/14 | DEBIT POS, *****30088471644, AUT 021222 DDA PURCH W/CB<br>ACME 4913    NEWTOWN    * PA | 144.14 |
| 02/14 | DEBIT POS, *****30088471644, AUT 021322 DDA PURCH W/CB<br>MCCAFFREYS NEWTOWN MARKE    NEWTOWN    * PA | 102.09 |
| 02/14 | DEBIT POS, *****30088471644, AUT 021222 DDA PURCH W/CB<br>STAPLES 1256    NEWTOWN    * PA | 84.50 |
| 02/14 | DEBIT CARD PURCHASE, *****30088471644, AUT 021222 VISA DDA PUR<br>BUY BUY BABY NASH E CMRC  973 785 4333 * NJ | 79.32 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Page: 4 of 8
Statement Period: Feb 08 2022-Mar 07 2022
Cust Ref #: 39-E-***
Primary Account #: '383

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 02/14 | DEBIT CARD PURCHASE, *****30088471644, AUT 021222 VISA DDA PUR<br>LUKOIL 69722    NEWTOWN    * PA | 30.00 |
| 02/14 | DEBIT POS, *****30104570106, AUT 021322 DDA PURCH W/CB<br>ACME 0778    SOUTHAMPTON    * PA | 27.98 |
| 02/14 | DEBIT POS, *****30104570106, AUT 021322 DDA PURCH W/CB<br>TARGET T 401 EASTON R    WARRINGTON    * PA | 25.38 |
| 02/14 | DEBIT CARD PURCHASE, *****30088471644, AUT 021222 VISA DDA PUR<br>BUY BUY BABY 3010    CHERRY HILL    * NJ | 24.65 |
| 02/14 | DEBIT CARD PURCHASE, *****30088471644, AUT 021222 VISA DDA PUR<br>WAWA 965    00009654    PENNSAUKEN    * NJ | 20.00 |
| 02/14 | DEBIT CARD PURCHASE, *****30088471644, AUT 021222 VISA DDA PUR<br>WAWA 8347    00083477    CHERRY HILL    * NJ | 5.73 |
| 02/14 | DEBIT CARD PAYMENT, *****30104570106, AUT 021122 VISA DDA PUR<br>APPLE COM BILL    866 712 7753    * CA | 2.99 |
| 02/15 | DEBIT CARD PURCHASE, *****30088471644, AUT 021422 VISA DDA PUR<br>TST MARSILIO S KITCHEN    EWING    * NJ | 234.18 |
| 02/15 | DEBIT CARD PURCHASE, *****30088471644, AUT 021422 VISA DDA PUR<br>MCCAFFREYS NEWTOWN    NEWTOWN    * PA | 95.36 |
| 02/15 | DEBIT CARD PURCHASE, *****30088471644, AUT 021322 VISA DDA PUR<br>ACME 4913    NEWTOWN    * PA | 19.27 |
| 02/16 | DEBIT CARD PURCHASE, *****30104570106, AUT 021522 VISA DDA PUR<br>USPS PO 4179200054    RICHBORO    * PA | 92.80 |
| 02/16 | DEBIT CARD PAYMENT, *****30088471644, AUT 021522 VISA DDA PUR<br>ADOBE INC    800 8336687    * CA | 15.89 |
| 02/16 | DEBIT CARD PURCHASE, *****30104570106, AUT 021522 VISA DDA PUR<br>HEATHLAND VJMHS    HTTPSHEATHLAN * PA | 8.50 |
| 02/17 | DEBIT POS, *****30104570106, AUT 021722 DDA PURCHASE<br>FLYNN O HARA 01 DUT    PHILADELPHIA * PA | 166.25 |
| 02/17 | DEBIT CARD PURCHASE, *****30088471644, AUT 021622 VISA DDA PUR<br>CVS PHARMACY 07189    NEWTOWN    * PA | 87.26 |
| 02/17 | DEBIT CARD PURCHASE, *****30088471644, AUT 021522 VISA DDA PUR<br>VIGILANTES LIBERTY    BENSALEM    * PA | 74.15 |
| 02/17 | DEBIT CARD PURCHASE, *****30104570106, AUT 021622 VISA DDA PUR<br>HEATHLAND VJMHS    HTTPSHEATHLAN * PA | 8.50 |
| 02/18 | DEBIT POS, *****30088471644, AUT 021822 DDA PURCH W/CB<br>MCCAFFREYS NEWTOWN MARKE    NEWTOWN    * PA | 65.65 |
| 02/18 | DEBIT CARD PAYMENT, *****30088471644, AUT 021722 VISA DDA PUR<br>SXM SIRIUSXM COM ACCT    888 635 5144    * NY | 63.35 |
| 02/18 | DEBIT POS, *****30104570106, AUT 021822 DDA PURCH W/CB<br>ACME 0779    CORNWELLS HEI * PA | 55.24 |
| 02/18 | DEBIT POS, *****30104570106, AUT 021722 DDA PURCHASE<br>RITE AID 11089    NEWTOWN    * PA | 23.26 |
| 02/18 | DEBIT CARD PURCHASE, *****30104570106, AUT 021722 VISA DDA PUR<br>WAWA 8075    00080754    FEASTERVILLE * PA | 15.34 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com



# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Page: 5 of 8
Statement Period: Feb 08 2022-Mar 07 2022
Cust Ref #: )39-E-***
Primary Account #: 11383

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 02/22 | ELECTRONIC PMT-WEB, PECO ENERGY COMP BILLPAY PECO ENERGY COM | 492.64 |
| 02/22 | DEBIT CARD PAYMENT, *****30088471644, AUT 021922 VISA DDA PUR STATE FARM INSURANCE     800 956 6310  * IL | 297.18 |
| 02/22 | DEBIT POS, *****30088471644, AUT 021922 DDA PURCHASE SAMS CLUB SAM S CLUB     LANGHORNE   * PA | 244.50 |
| 02/22 | DEBIT POS, *****30088471644, AUT 022022 DDA PURCH W/CB ACME 4913          NEWTOWN     * PA | 196.92 |
| 02/22 | DEBIT CARD PURCHASE, *****30088471644, AUT 022022 VISA DDA PUR MCCAFFREYS NEWTOWN     NEWTOWN    * PA | 155.27 |
| 02/22 | DEBIT CARD PURCHASE, *****30088471644, AUT 021722 VISA DDA PUR ROCCOS AT THE BRICK     NEWTOWN    * PA | 106.96 |
| 02/22 | ELECTRONIC PMT-WEB, VERIZON VZ BILLPAY ****306840001 | 72.00 |
| 02/22 | DEBIT CARD PURCHASE, *****30104570106, AUT 021822 VISA DDA PUR CRAMER S BAKERY INC    YARDLEY   * PA | 46.75 |
| 02/22 | DEBIT CARD PURCHASE, *****30104570106, AUT 021822 VISA DDA PUR VIGILANTES LIBERTY     BENSALEM    * PA | 44.21 |
| 02/22 | DEBIT CARD PURCHASE, *****30088471644, AUT 021822 VISA DDA PUR VIGILANTES LIBERTY     BENSALEM    * PA | 43.52 |
| 02/22 | DEBIT POS, *****30088471644, AUT 022022 DDA PURCH W/CB ACME 4913          NEWTOWN     * PA | 30.48 |
| 02/22 | DEBIT CARD PURCHASE, *****30088471644, AUT 021922 VISA DDA PUR DRIVEEZMD MPC       888 5552222  * MD | 24.00 |
| 02/22 | DEBIT CARD PAYMENT, *****30088471644, AUT 021922 VISA DDA PUR AOL SERVICE          800 827 6364 * VA | 7.99 |
| 02/23 | ELECTRONIC PMT-WEB, NORTHWESTERN MU PAYMNT WEB ****423-02 | 418.38 |
| 02/23 | DEBIT CARD PURCHASE, *****30104570106, AUT 022222 VISA DDA PUR HEATHLAND  VJMHS       HTTPSHEATHLAN * PA | 10.00 |
| 02/23 | DEBIT CARD PURCHASE, *****30104570106, AUT 022222 VISA DDA PUR HEATHLAND  VJMHS       HTTPSHEATHLAN * PA | 8.50 |
| 02/24 | DEBIT CARD PAYMENT, *****30088471644, AUT 022322 VISA DDA PUR NEWTOWNTERMITEPESTCONTRL    215 5797378  * PA | 180.20 |
| 02/24 | DEBIT CARD PURCHASE, *****30088471644, AUT 022322 VISA DDA PUR BOWMANS TAVERN       NEW HOPE    * PA | 129.28 |
| 02/25 | DEBIT CARD PURCHASE, *****30104570106, AUT 022422 VISA DDA PUR CRAMER S BAKERY INC    YARDLEY   * PA | 53.60 |
| 02/28 | DEBIT POS, *****30088471644, AUT 022622 DDA PURCH W/CB ACME 4913          NEWTOWN     * PA | 148.21 |
| 02/28 | DEBIT POS, *****30088471644, AUT 022622 DDA PURCH W/CB MCCAFFREYS NEWTOWN MARKE  NEWTOWN    * PA | 127.61 |
| 02/28 | DEBIT CARD PURCHASE, *****30088471644, AUT 022422 VISA DDA PUR VIGILANTES LIBERTY     BENSALEM    * PA | 73.72 |
| 02/28 | DEBIT CARD PURCHASE, *****30104570106, AUT 022622 VISA DDA PUR WAWA 8121    00081216   RICHBORO    * PA | 71.75 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com



# Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Page: 6 of 8
Statement Period: Feb 08 2022-Mar 07 2022
Cust Ref #: I39-E-***
Primary Account #: 1383

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/28 | DEBIT CARD PURCHASE, *****30088471644, AUT 022722 VISA DDA PUR MCCAFFREYS NEWTOWN    NEWTOWN    * PA | 51.95 |
| 02/28 | DEBIT CARD PURCHASE, *****30088471644, AUT 022622 VISA DDA PUR SMITH S ACE HRDW NEWTOWN    NEWTOWN    * PA | 25.42 |
| 02/28 | DEBIT CARD PURCHASE, *****30088471644, AUT 022622 VISA DDA PUR NEWTOWN VALLEY CLEANERS    NEWTOWN    * PA | 22.50 |
| 02/28 | DEBIT CARD PURCHASE, *****30104570106, AUT 022522 VISA DDA PUR HEATHLAND  VJMHS    HTTPSHEATHLAN * PA | 7.75 |
| 02/28 | DEBIT CARD PURCHASE, *****30104570106, AUT 022522 VISA DDA PUR HEATHLAND  VJMHS    HTTPSHEATHLAN * PA | 2.00 |
| 03/01 | ELECTRONIC PMT-TEL, MBFS 8006546222 D000096437 ****242345001 | 828.00 |
| 03/01 | DEBIT CARD PURCHASE, *****30104570106, AUT 022722 VISA DDA PUR VILLA JOSEPH MARIE    888 955 5455  * PA | 101.50 |
| 03/01 | DEBIT CARD PURCHASE, *****30104570106, AUT 022722 VISA DDA PUR VILLA JOSEPH MARIE    888 955 5455  * PA | 16.00 |
| 03/01 | ELECTRONIC PMT-TEL, REPAY MBFS CF D000096368 ****02201469010 | 8.95 |
| 03/01 | DEBIT CARD PURCHASE, *****30088471644, AUT 022722 VISA DDA PUR ACME 4913    NEWTOWN    * PA | 4.79 |
| 03/02 | DEBIT CARD PURCHASE, *****30104570106, AUT 030122 VISA DDA PUR VILLA JOSEPH MARIE HS    WWW VJMHS ORG * PA | 772.05 |
| 03/02 | DEBIT CARD PURCHASE, *****30088471644, AUT 030122 VISA DDA PUR BFM ALARM SYSTEMS INC    215 364 7160 * PA | 69.00 |
| 03/02 | DEBIT CARD PURCHASE, *****30104570106, AUT 030122 VISA DDA PUR HEATHLAND  VJMHS    HTTPSHEATHLAN * PA | 8.50 |
| 03/02 | DEBIT CARD PURCHASE, *****30104570106, AUT 030122 VISA DDA PUR HEATHLAND  VJMHS    HTTPSHEATHLAN * PA | 2.00 |
| 03/03 | DEBIT CARD PURCHASE, *****30104570106, AUT 030222 VISA DDA PUR DESIGN FOR VISION    NEWTOWN    * PA | 399.95 |
| 03/03 | DEBIT CARD PURCHASE, *****30088471644, AUT 030122 VISA DDA PUR INTERPARK AUTOBILL  B    CHICAGO    * IL | 270.00 |
| 03/03 | DEBIT CARD PURCHASE, *****30088471644, AUT 030122 VISA DDA PUR LA STALLA RESTAURANT    NEWTOWN    * PA | 138.56 |
| 03/03 | DEBIT CARD PURCHASE, *****30104570106, AUT 030222 VISA DDA PUR NAIL PERFECTION  SPA    NEWTOWN    * PA | 80.00 |
| 03/04 | CCD DEBIT, IBC EDI PAYMTS PRMAX****807111 | 2,770.49 |
| 03/04 | ACH DEBIT, COMCAST 8499102 050017305 8183362 | 336.80 |
| 03/04 | DEBIT CARD PURCHASE, *****30104570106, AUT 030222 VISA DDA PUR NEWTOWN VISION ASSOCIATE    NEWTOWN ROAD * PA | 60.00 |
| 03/04 | DEBIT CARD PURCHASE, *****30088471644, AUT 030322 VISA DDA PUR WAWA 8152    00081521    PHILADELPHIA * PA | 52.01 |
| 03/04 | DEBIT CARD PURCHASE, *****30088471644, AUT 030322 VISA DDA PUR MEGLIOS PIZZA NEWTOWN    NEWTOWN    * PA | 31.16 |
| 03/04 | DEBIT CARD PURCHASE, *****30104570106, AUT 030322 VISA DDA PUR HEATHLAND  VJMHS    HTTPSHEATHLAN * PA | 8.50 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

# TD Bank

America's Most Convenient Bank®    STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Page: 7 of 8
Statement Period: Feb 08 2022-Mar 07 2022
Cust Ref #: -039-E-***
Primary Account #: 1383

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/04 | DEBIT CARD PURCHASE, *****30104570106, AUT 030322 VISA DDA PUR HEATHLAND VJMHS     HTTPSHEATHLAN * PA | 8.50 |
| 03/04 | DEBIT CARD PURCHASE, *****30104570106, AUT 030322 VISA DDA PUR HEATHLAND VJMHS     HTTPSHEATHLAN * PA | 2.00 |
| 03/07 | DEBIT CARD PURCHASE, *****30088471644, AUT 030422 VISA DDA PUR NATL STDT LEAD CONF     800 994 6752 * IL | 541.00 |
| 03/07 | DEBIT POS, *****30088471644, AUT 030622 DDA PURCH W/CB ACME 4913     NEWTOWN    * PA | 175.12 |
| 03/07 | DEBIT CARD PURCHASE, *****30088471644, AUT 030422 VISA DDA PUR LA STALLA RESTAURANT   NEWTOWN   * PA | 130.86 |
| 03/07 | DEBIT POS, *****30104570106, AUT 030622 DDA PURCHASE DOLLAR TR 800 BUSTLETO   RICHBORO   * PA | 20.60 |
| 03/07 | DEBIT CARD PURCHASE, *****30088471644, AUT 030422 VISA DDA PUR SQ PASSEROS COFFEE ROAS   PHILADELPHIA * PA | 15.38 |
| | Subtotal: | 12,364.65 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 02/07 | 30,886.61 | 02/22 | 37,419.33 |
| 02/08 | 30,061.61 | 02/23 | 36,982.45 |
| 02/09 | 29,600.04 | 02/24 | 6,902.97 |
| 02/10 | 29,427.54 | 02/25 | 6,849.37 |
| 02/11 | 33,423.50 | 02/28 | 23,528.78 |
| 02/14 | 32,691.97 | 03/01 | 22,577.53 |
| 02/15 | 37,732.94 | 03/02 | 4,139.17 |
| 02/16 | 37,615.75 | 03/03 | 5,090.87 |
| 02/17 | 37,279.59 | 03/04 | 885.16 |
| 02/18 | 39,181.75 | 03/07 | 1,002.20 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com



**Bank**
America's Most Convenient Bank®

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

STATEMENT OF ACCOUNT

Page: 8 of 8
Statement Period: Feb 08 2022-Mar 07 2022
Cust Ref #: )39-E-***
Primary Account #: 1383

| #154 | 02/08 | $800.00 |
| #155 | 02/24 | $29,770.00 |
| #156 | 03/04 | $936.25 |
| #22722 | 03/02 | $500.00 |
| #22822 | 03/02 | $17,086.81 |