**Fill in this information to identify the case:**

Debtor Name  Richard and Alyse Johnson

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number:  21-10054

☐ Check if this is an
amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11                12/17

Month:  March 2022

Date report filed:  04/20/2022
                    MM / DD / YYYY

Line of business:  Attorney

NAISC code:  _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury
that I have examined the following small business monthly operating report and the accompanying
attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:  Richard W. Johnson, Jr.

Original signature of responsible party

Printed name of responsible party  Richard W. Johnson, Jr.

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| **If you answer _No_ to any of the questions in lines 1-9, attach an explanation and label it _Exhibit A._** | | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer _Yes_ to any of the questions in lines 10-18, attach an explanation and label it _Exhibit B._** | | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Richard and Alyse Johnson                                    Case number  21-10054

17. Have you paid any bills you owed before you filed bankruptcy?                    ☐  ☑  ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 15,247.46

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C.* Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C.*

    Report the total from *Exhibit C* here.

    $ 63,447.18

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D.* List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D.*

    Report the total from *Exhibit D* here.

    – $ 65,949.00

22. ~~Net cash flow~~

    ~~Subtract line~~ 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit.*

    + $ -2,501.82

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ 12,745.64

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E.* Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    $ 2,817.50

    *(Exhibit E)*

Debtor Name  Richard and Alyse Johnson                          Case number 21-10054

---

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                            $ _____0.00_____

    *(Exhibit F)*

---

### 5. Employees

26. What was the number of employees when the case was filed?                          _____0_____

27. What is the number of employees as of the date of this monthly report?            _____0_____

---

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $ 24,77**0.00**

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ 24,77**0.00**

30. How much have you paid this month in other professional fees?                                     $ _____0.00_____

31. How much have you paid in total other professional fees since filing the case?                    $ _____0.00_____

---

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | — | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 45,000.00 | — | $ 63,447.18 | = | $ -18,447.18 |
| 33. **Cash disbursements** | $ 29,500.00 | — | $ 65,949.00 | = | $ -36,449.00 |
| 34. **Net cash flow** | $ 15,500.00 | — | $ -2,501.82 | = | $ 18,001.82 |

35. Total projected cash receipts for the next month:                                  $ 37,500.00

36. Total projected cash disbursements for the next month:                          − $ 29,500.00

37. Total projected net cash flow for the next month:                               = $ 8,000.00

---

Debtor Name  Richard and Alyse Johnson                                Case number 21-10054

| | 8. Additional Information |

If available, check the box to the left and attach copies of the following documents.

☑  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

**Exhibit A -N/A**

**EXHIBIT  B**

10.    Husband is an attorney who maintains an active IOLTA account in PA and an Attorney
        Trust Account in NJ.

**Exhibit C**

## Cash Flow - Last month
### 3/1/2022 through 3/31/2022

4/20/2022

| Category | 3/1/2022-<br>3/31/2022 |
|---|---|
| **INFLOWS** | |
| Income (RWJ) | 60,901.32 |
| Paycheck (AMJ) | 2,537.66 |
| Refund (Not Income) | 8.20 |
| **TOTAL INFLOWS** | **63,447.18** |
| **OVERALL TOTAL** | **63,447.18** |

**Exhibit D**

Cash Flow - Last month
3/1/2022 through 3/31/2022

4/20/2022

| Category | 3/1/2022-3/31/2022 |
|---|---|
| **OUTFLOWS** | |
| Alarm System | 69.00 |
| Allegro Payment | 936.35 |
| Auto | |
|    Fuel | 633.76 |
|    Insurance | 317.33 |
|    Lease | 785.00 |
|    Lease (Business) | 808.50 |
|    Radio | 63.35 |
|    Repair | 1,045.92 |
|    TOTAL Auto | 3,653.86 |
| Auto & Transport | |
|    Tolls | 105.00 |
|    TOTAL Auto & Transport | 105.00 |
| Business Meals | 720.52 |
| Cable And Internet | 336.80 |
| Cash | 250.00 |
| Cell Phone | 394.17 |
| Clothing | 159.19 |
| College Expenses | 1,600.00 |
| Dry Cleaning | 14.00 |
| Electric | 756.57 |
| Flowers | 26.50 |
| Food | 1,091.52 |
| Groceries | 1,763.26 |
| Health Insurance | 2,770.49 |
| Home | |
|    Home Improvement | 152.12 |
|    Lawn & Garden | 22.85 |
|    Mortgage | 17,086.81 |
|    Services - Maintenance | 2,196.16 |
|    TOTAL Home | 19,457.94 |
| Household Supplies | 87.34 |
| Internet Service | 7.99 |
| Life Insurance | 418.38 |
| Medical Care | 834.95 |

### Cash Flow - Last month
### 3/1/2022 through 3/31/2022

4/20/2022                                                                Page 2

| Category | 3/1/2022-3/31/2022 |
|---|---|
| Contact Lenses | 704.00 |
| TOTAL Medical Care | 1,538.95 |
| Office Expenses (Business) | 18.59 |
| Parking | 270.00 |
| Personal Care | 115.00 |
| Hair | 130.00 |
| TOTAL Personal Care | 245.00 |
| Pet Food and Supplies | 97.22 |
| Pharmacy | 251.05 |
| Plan Payment | |
| Bancorp | 500.00 |
| Council Rock | 440.00 |
| IRS | 18,395.00 |
| PA-Rev | 4,605.00 |
| Wrightstown | 590.00 |
| TOTAL Plan Payment | 24,530.00 |
| Propane | 1,108.55 |
| Tuition | 3,270.76 |
| **TOTAL OUTFLOWS** | **65,949.00** |
| | |
| **OVERALL TOTAL** | **-65,949.00** |

## EXHIBIT E

1.    **$2,817.50  Allegro Credit**:   Allegro had refused to accept payment directly from debtors. However, Allegro has agreed to accept payments through its counsel. Payments resumed in July 2021, plus an additional $200.00.



**America's Most Convenient Bank®**

E        STATEMENT OF ACCOUNT



RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 1 of 10 |
| Statement Period: | Mar 08 2022-Apr 07 2022 |
| Cust Ref #: | 39-E-*** |
| Primary Account #: | 1383 |

## Overdraft Policy Change Effective April 8, 2022

The following change applies only to Commercial and Small Business Checking Accounts and Money Market Accounts with check access: TD is making changes to reduce Customer overdraft fees: Instead of charging an overdraft fee if you overdraw your account by greater than $10, you may now overdraw your account by up to $50 without TD charging you an overdraft fee.

For Business Checking accounts on Account Analysis Billing, all overdrafts, regardless of volume, are billed through Account Analysis. Please contact your Treasury Management Officer for further details.

## Chapter 11 Checking

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Account #        1383

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 1,002.20 | Average Collected Balance | 11,647.69 |
| Deposits | 20,452.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 46,470.51 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 46,823.06 | Days in Period | 31 |
| Electronic Payments | 18,583.19 | | |
| Ending Balance | 2,518.46 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/25 | DEPOSIT | 20,452.00 |
| | Subtotal: | 20,452.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/09 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 030922 ATM CHECK DEPOSI<br>1 WEST ROAD        NEWTOWN      * PA | 1,933.66 |
| 03/15 | ACH DEPOSIT, VILLA JOSEPH MAR PAYROLL ****9500032293X | 1,656.53 |
| 03/15 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 031422 ATM CHECK DEPOSI<br>1 WEST ROAD        NEWTOWN      * PA | 2,000.00 |
| 03/16 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 031522 ATM CHECK DEPOSI<br>1 WEST ROAD        NEWTOWN      * PA | 1,625.00 |
| 03/17 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 031722 ATM CHECK DEPOSI<br>1 WEST ROAD        NEWTOWN      * PA | 2,367.00 |

# How to Balance your Account

Page:        2 of 10

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

① Ending Balance        2,518.46

② Total Deposits        +

③ Sub Total

④ Total Withdrawals      -

⑤ Adjusted Balance

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| Total Deposits | | ② |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| Total Withdrawals | | ④ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY --- BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your MoneyLine/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 3 of 10 |
| Statement Period: | Mar 08 2022-Apr 07 2022 |
| Cust Ref #: | )39-E-*** |
| Primary Account #: | '383 |

---

DAILY ACCOUNT ACTIVITY

**Electronic Deposits (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/18 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 031822 ATM CHECK DEPOSI<br>1 WEST ROAD        NEWTOWN      * PA | 2,100.00 |
| 03/22 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 032222 ATM CHECK DEPOSI<br>1 WEST ROAD        NEWTOWN      * PA | 4,417.00 |
| 03/24 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 032422 ATM CHECK DEPOSI<br>1 WEST ROAD        NEWTOWN      * PA | 1,000.00 |
| 03/29 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 032922 ATM CHECK DEPOSI<br>1 WEST ROAD        NEWTOWN      * PA | 6,166.66 |
| 03/31 | ACH DEPOSIT, VILLA JOSEPH MAR PAYROLL ****0200021661X | 2,537.66 |
| 03/31 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 033122 ATM CHECK DEPOSI<br>1 WEST ROAD        NEWTOWN      * PA | 16,000.00 |
| 04/04 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 040422 ATM CHECK DEPOSI<br>1 WEST ROAD        NEWTOWN      * PA | 3,867.00 |
| 04/06 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 040622 ATM CHECK DEPOSI<br>1 WEST ROAD        NEWTOWN      * PA | 800.00 |
| | Subtotal: | 46,470.51 |

**Checks Paid**     No. Checks: 9     *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 03/15 | 157 | 1,000.00 | 04/06 | 165* | 2,550.00 |
| 03/18 | 158 | 1,500.00 | 04/07 | 166 | 250.00 |
| 04/05 | 159 | 936.25 | 04/04 | 33022* | 500.00 |
| 04/07 | 161* | 18,395.00 | 04/04 | 33122* | 17,086.81 |
| 04/05 | 162 | 4,605.00 | | | |
| | | | | Subtotal: | 46,823.06 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/08 | DEBIT CARD PURCHASE, *****30088471644, AUT 030622 VISA DDA PUR<br>ACME 4913        NEWTOWN      * PA | 20.99 |
| 03/09 | DEBIT CARD PURCHASE, *****30088471644, AUT 030722 VISA DDA PUR<br>VIGILANTES LIBERTY      BENSALEM    * PA | 50.00 |
| 03/09 | DEBIT CARD PURCHASE, *****30104570106, AUT 030822 VISA DDA PUR<br>HEATHLAND  VJMHS     HTTPSHEATHLAN * PA | 8.50 |
| 03/09 | CCD DEBIT, VILLA JOSEPH MAR AMTS:10,11 ST-B3R7I3K6X7J3 | 0.21 |
| 03/10 | ACH DEBIT, AUDI FINCL, TEL. TEL  DEBIT  PTEL****279496 | 785.00 |
| 03/10 | ACH DEBIT, ATT PAYMENT ****15003EPAYU | 391.18 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Page:                    4 of 10
Statement Period:    Mar 08 2022-Apr 07 2022
Cust Ref #:          039-E-***
Primary Account #:              1383

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/10 | DEBIT CARD PURCHASE, *****30088471644, AUT 030822 VISA DDA PUR<br>LA STALLA RESTAURANT       NEWTOWN       * PA | 146.32 |
| 03/10 | DEBIT CARD PURCHASE, *****30088471644, AUT 030822 VISA DDA PUR<br>PICCOLO TRATTORIA AT N    215 8604247  * PA | 20.14 |
| 03/11 | DEBIT POS, *****30104570106, AUT 031122 DDA PURCH W/CB<br>MCCAFFREYS NEWTOWN MARKE   NEWTOWN     * PA | 90.26 |
| 03/11 | DEBIT CARD PURCHASE, *****30104570106, AUT 031022 VISA DDA PUR<br>WAWA 8121   00081216    RICHBORO    * PA | 26.77 |
| 03/14 | DEBIT CARD PURCHASE, *****30104570106, AUT 031122 VISA DDA PUR<br>LA STALLA RESTAURANT       NEWTOWN        * PA | 281.10 |
| 03/14 | DEBIT POS, *****30088471644, AUT 031222 DDA PURCH W/CB<br>ACME 4913          NEWTOWN       * PA | 270.36 |
| 03/14 | DEBIT CARD PURCHASE, *****30104570106, AUT 031022 VISA DDA PUR<br>VILLA JOSEPH MARIE     888 955 5455  * PA | 202.50 |
| 03/14 | DEBIT CARD PURCHASE, *****30088471644, AUT 031322 VISA DDA PUR<br>MCCAFFREYS NEWTOWN       NEWTOWN      * PA | 179.32 |
| 03/14 | DEBIT CARD PURCHASE, *****30104570106, AUT 031222 VISA DDA PUR<br>DAVID J WITCHELL          NEWTOWN     * PA | 130.00 |
| 03/14 | DEBIT CARD PURCHASE, *****30104570106, AUT 031022 VISA DDA PUR<br>VILLA JOSEPH MARIE     888 955 5455  * PA | 102.50 |
| 03/14 | DEBIT CARD PURCHASE, *****30088471644, AUT 031122 VISA DDA PUR<br>VIGILANTES LIBERTY       BENSALEM    * PA | 55.00 |
| 03/14 | DEBIT POS, *****30104570106, AUT 031122 DDA PURCHASE<br>LUKOIL 69722          NEWTOWN       * PA | 15.08 |
| 03/14 | DEBIT CARD PAYMENT, *****30104570106, AUT 031222 VISA DDA PUR<br>APPLE COM BILL        866 712 7753  * CA | 2.99 |
| 03/14 | DEBIT CARD PURCHASE, *****30088471644, AUT 031222 VISA DDA PUR<br>BUCKS COUNTY PROTHONOTAR   615 730 6367  * TN | 1.50 |
| 03/14 | DEBIT CARD PURCHASE, *****30088471644, AUT 031222 VISA DDA PUR<br>BUCKS COUNTY PROTHONOTAR   215 348 6192  * PA | 1.20 |
| 03/14 | DEBIT CARD PURCHASE, *****30088471644, AUT 031122 VISA DDA PUR<br>VIGILANTES LIBERTY       BENSALEM    * PA | 0.31 |
| 03/15 | DEBIT CARD PURCHASE, *****30104570106, AUT 031422 VISA DDA PUR<br>HEATHLAND VJMHS       HTTPSHEATHLAN * PA | 8.50 |
| 03/16 | DEBIT POS, *****30088471644, AUT 031622 DDA PURCH W/CB<br>ACME 4913          NEWTOWN       * PA | 64.98 |
| 03/16 | DEBIT CARD PAYMENT, *****30088471644, AUT 031522 VISA DDA PUR<br>ADOBE INC            800 8336687  * CA | 15.89 |
| 03/16 | DEBIT CARD PURCHASE, *****30088471644, AUT 031522 VISA DDA PUR<br>SQ PASSEROS COFFEE ROAS   PHILADELPHIA * PA | 3.00 |
| 03/17 | DEBIT CARD PURCHASE, *****30088471644, AUT 031622 VISA DDA PUR<br>LIBERTY PROPANE       610 847 6000  * PA | 1,108.55 |
| 03/17 | DEBIT CARD PURCHASE, *****30088471644, AUT 031622 VISA DDA PUR<br>SQ FAMILY SOLUTION    877 417 4551  * MD | 125.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 5 of 10 |
| Statement Period: | Mar 08 2022-Apr 07 2022 |
| Cust Ref #: | 9-E-*** |
| Primary Account #: | 383 |

---

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/17 | DEBIT CARD PURCHASE, *****30088471644, AUT 031522 VISA DDA PUR SUNOCO 0557959400      TRENTON     * NJ | 91.68 |
| 03/17 | DEBIT CARD PAYMENT, *****30088471644, AUT 031722 VISA DDA PUR SXM SIRIUSXM COM ACCT     888 635 5144 * NY | 63.35 |
| 03/17 | DEBIT CARD PURCHASE, *****30104570106, AUT 031622 VISA DDA PUR HEATHLAND  VJMHS       HTTPSHEATHLAN * PA | 7.75 |
| 03/18 | DEBIT CARD PURCHASE, *****30104570106, AUT 031722 VISA DDA PUR CVS PHARMACY 07189      NEWTOWN    * PA | 129.00 |
| 03/18 | DEBIT CARD PURCHASE, *****30104570106, AUT 031722 VISA DDA PUR AMAZON COM 1Z0P168K2 AMZ   AMZN COM BILL * WA | 66.74 |
| 03/21 | ELECTRONIC PMT-WEB, VILLA JOSEPH MAR FACTS ****00146530475 | 1,652.50 |
| 03/21 | DEBIT CARD PAYMENT, *****30088471644, AUT 031922 VISA DDA PUR STATE FARM  INSURANCE    800 956 6310 * IL | 317.33 |
| 03/21 | DEBIT POS, *****30088471644, AUT 032022 DDA PURCH W/CB ACME 4913          NEWTOWN     * PA | 159.93 |
| 03/21 | DEBIT POS, *****30088471644, AUT 032022 DDA PURCH W/CB MCCAFFREYS NEWTOWN MARKE NEWTOWN    * PA | 150.87 |
| 03/21 | DEBIT POS, *****30088471644, AUT 031922 DDA PURCH W/CB PETSMART  1479       NEWTOWN     * PA | 97.22 |
| 03/21 | DEBIT CARD PURCHASE, *****30088471644, AUT 031922 VISA DDA PUR WAWA 277    00002774    TREVOSE     * PA | 80.90 |
| 03/21 | DEBIT CARD PURCHASE, *****30088471644, AUT 031822 VISA DDA PUR PICCOLO TRATTORIA AT N    215 8604247 * PA | 40.81 |
| 03/21 | DEBIT CARD PURCHASE, *****30104570106, AUT 031922 VISA DDA PUR NAIL PERFECTION  SPA    NEWTOWN    * PA | 35.00 |
| 03/21 | DEBIT CARD PURCHASE, *****30088471644, AUT 031922 VISA DDA PUR MCCAFFREYS NEWTOWN      NEWTOWN    * PA | 21.27 |
| 03/21 | DEBIT CARD PURCHASE, *****30088471644, AUT 031922 VISA DDA PUR RIEHLS BAKED GOODS     NEWTOWN    * PA | 18.04 |
| 03/21 | DEBIT CARD PURCHASE, *****30088471644, AUT 031922 VISA DDA PUR SMITH S ACE HRDW NEWTOWN   NEWTOWN    * PA | 10.59 |
| 03/21 | DEBIT CARD PURCHASE, *****30104570106, AUT 031822 VISA DDA PUR HEATHLAND  VJMHS       HTTPSHEATHLAN * PA | 8.50 |
| 03/21 | DEBIT CARD PAYMENT, *****30088471644, AUT 031822 VISA DDA PUR AOL  SERVICE       800 827 6364 * VA | 7.99 |
| 03/22 | ELECTRONIC PMT-WEB, PECO ENERGY COMP BILLPAY PECO ENERGY COM | 756.57 |
| 03/22 | ELECTRONIC PMT-WEB, NORTHWESTERN MU PAYMNT WEB ****423-02 | 418.38 |
| 03/22 | DEBIT CARD PURCHASE, *****30088471644, AUT 032122 VISA DDA PUR PTC EZ PASS AUTO RE    877 736 6727 * PA | 105.00 |
| 03/22 | TD ATM DEBIT, *****30088471644, AUT 032222 DDA WITHDRAW 1 WEST ROAD        NEWTOWN     * PA | 100.00 |
| 03/22 | DEBIT POS, *****30104570106, AUT 032222 DDA PURCH W/CB CVS PHARM 07189 755 D   WRIGHTSTOWN * PA | 48.77 |



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Page:                                          6 of 10
Statement Period:    Mar 08 2022-Apr 07 2022
Cust Ref #:                              )39-E-***
Primary Account #:                        l383

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/22 | DEBIT POS, *****30104570106, AUT 032222 DDA PURCHASE<br>CVS PHARM 07189 755 D    WRIGHTSTOWN  * PA | 28.17 |
| 03/22 | DEBIT CARD PURCHASE, *****30104570106, AUT 032022 VISA DDA PUR<br>WENDY S 20002        NEWTOWN      * PA | 12.79 |
| 03/22 | DEBIT CARD PURCHASE, *****30104570106, AUT 032022 VISA DDA PUR<br>WENDY S 20002        NEWTOWN      * PA | 7.52 |
| 03/23 | DEBIT CARD PURCHASE, *****30104570106, AUT 032222 VISA DDA PUR<br>HEATHLAND  VJMHS        HTTPSHEATHLAN * PA | 8.50 |
| 03/24 | DEBIT CARD PURCHASE, *****30088471644, AUT 032322 VISA DDA PUR<br>MERCEDES BENZ OF DOY    DOYLESTOWN  * PA | 931.91 |
| 03/24 | DEBIT CARD PURCHASE, *****30088471644, AUT 032322 VISA DDA PUR<br>HOMELIFT OF AMERICA INC  888 443 2800 * PA | 720.80 |
| 03/24 | DEBIT CARD PURCHASE, *****30088471644, AUT 032222 VISA DDA PUR<br>LA STALLA RESTAURANT      NEWTOWN      * PA | 139.52 |
| 03/24 | DEBIT CARD PURCHASE, *****30088471644, AUT 032322 VISA DDA PUR<br>SQ  FAMILY SOLUTION    877 417 4551 * MD | 125.00 |
| 03/24 | DEBIT POS, *****30088471644, AUT 032422 DDA PURCH W/CB<br>ACME 4913              NEWTOWN      * PA | 82.08 |
| 03/24 | DEBIT POS, *****30104570106, AUT 032422 DDA PURCHASE<br>BLOOMYS  2400 MORELAN    WILLOW GROVE * PA | 80.00 |
| 03/24 | DEBIT POS, *****30104570106, AUT 032422 DDA PURCHASE<br>BLOOMYS  2400 MORELAN    WILLOW GROVE * PA | 54.22 |
| 03/24 | DEBIT CARD PURCHASE, *****30088471644, AUT 032322 VISA DDA PUR<br>LUKOIL 69722          NEWTOWN      * PA | 50.00 |
| 03/24 | DEBIT CARD PURCHASE, *****30088471644, AUT 032222 VISA DDA PUR<br>LA STALLA RESTAURANT      NEWTOWN      * PA | 35.00 |
| 03/24 | DEBIT CARD PURCHASE, *****30104570106, AUT 032322 VISA DDA PUR<br>HEATHLAND  VJMHS        HTTPSHEATHLAN * PA | 8.50 |
| 03/24 | DEBIT CARD PURCHASE, *****30104570106, AUT 032322 VISA DDA PUR<br>HEATHLAND  VJMHS        HTTPSHEATHLAN * PA | 2.00 |
| 03/25 | DEBIT POS, *****30088471644, AUT 032522 DDA PURCH W/CB<br>ACME 4913              NEWTOWN      * PA | 102.19 |
| 03/25 | DEBIT CARD PURCHASE, *****30088471644, AUT 032322 VISA DDA PUR<br>3611 N  EASTON RD        DOYLESTOWN   * PA | 42.00 |
| 03/25 | DEBIT CARD PURCHASE, *****30088471644, AUT 032322 VISA DDA PUR<br>3611 N  EASTON RD        DOYLESTOWN   * PA | 32.51 |
| 03/28 | DEBIT CARD PURCHASE, *****30088471644, AUT 032722 VISA DDA PUR<br>THE LAND CREW INC        215 3690692  * PA | 1,475.36 |
| 03/28 | DEBIT CARD PURCHASE, *****30088471644, AUT 032622 VISA DDA PUR<br>DESIGN FOR VISION        NEWTOWN      * PA | 704.00 |
| 03/28 | DEBIT CARD PURCHASE, *****30088471644, AUT 032522 VISA DDA PUR<br>LA STALLA RESTAURANT      NEWTOWN      * PA | 421.04 |
| 03/28 | DEBIT CARD PURCHASE, *****30088471644, AUT 032522 VISA DDA PUR<br>TST MOISH AND ITZY S    LANGHORNE   * PA | 210.77 |


**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 7 of 10 |
| Statement Period: | Mar 08 2022-Apr 07 2022 |
| Cust Ref #: | 039-E-*** |
| Primary Account #: | 1383 |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/28 | DEBIT POS, *****30104570106, AUT 032622 DDA PURCH W/CB<br>LOWE S 1980      TREVOSE      * PA | 141.53 |
| 03/28 | DEBIT POS, *****30088471644, AUT 032622 DDA PURCH W/CB<br>MCCAFFREYS NEWTOWN MARKE   NEWTOWN      * PA | 105.12 |
| 03/28 | DEBIT CARD PURCHASE, *****30088471644, AUT 032722 VISA DDA PUR<br>LUKOIL 69722      NEWTOWN      * PA | 62.00 |
| 03/28 | DEBIT CARD PURCHASE, *****30104570106, AUT 032622 VISA DDA PUR<br>PRODUCE JUNCTION BENSALE   BENSALEM   * PA | 62.00 |
| 03/28 | DEBIT CARD PURCHASE, *****30088471644, AUT 032622 VISA DDA PUR<br>ACME 4913      NEWTOWN      * PA | 57.45 |
| 03/28 | DEBIT POS, *****30088471644, AUT 032722 DDA PURCH W/CB<br>ACME 4913      NEWTOWN      * PA | 52.26 |
| 03/28 | DEBIT CARD PURCHASE, *****30088471644, AUT 032722 VISA DDA PUR<br>MCCAFFREYS NEWTOWN      NEWTOWN      * PA | 51.50 |
| 03/28 | DEBIT CARD PURCHASE, *****30088471644, AUT 032422 VISA DDA PUR<br>PICCOLO TRATTORIA AT N   215 8604247   * PA | 45.61 |
| 03/28 | DEBIT CARD PURCHASE, *****30088471644, AUT 032622 VISA DDA PUR<br>CVS PHARMACY 07189      NEWTOWN      * PA | 45.11 |
| 03/28 | DEBIT CARD PURCHASE, *****30088471644, AUT 032622 VISA DDA PUR<br>RIEHLS BAKED GOODS      NEWTOWN      * PA | 36.14 |
| 03/28 | DEBIT CARD PURCHASE, *****30104570106, AUT 032622 VISA DDA PUR<br>SQ LILY S CHOCOLATE PAR   HOLLAND      * PA | 34.00 |
| 03/28 | DEBIT CARD PURCHASE, *****30104570106, AUT 032622 VISA DDA PUR<br>CLARK S FLOWER SHOP      NEWTOWN      * PA | 26.50 |
| 03/28 | DEBIT CARD PURCHASE, *****30104570106, AUT 032622 VISA DDA PUR<br>NORDSTROM 0656      LANGHORNE   * PA | 24.97 |
| 03/28 | DEBIT CARD PURCHASE, *****30104570106, AUT 032622 VISA DDA PUR<br>FEENEY S      FEASTERVILLE * PA | 22.85 |
| 03/28 | DEBIT POS, *****30104570106, AUT 032822 DDA PURCHASE<br>LUKOIL 69722      NEWTOWN      * PA | 20.00 |
| 03/28 | DEBIT CARD PURCHASE, *****30088471644, AUT 032522 VISA DDA PUR<br>NEWTOWN VALLEY CLEANERS   NEWTOWN      * PA | 14.00 |
| 03/29 | TD ATM DEBIT, *****30088471644, AUT 032922 DDA WITHDRAW<br>1 WEST ROAD      NEWTOWN      * PA | 150.00 |
| 03/29 | DEBIT CARD PURCHASE, *****30088471644, AUT 032822 VISA DDA PUR<br>SUNOCO 0363182702      NEWTOWN      * PA | 35.50 |
| 03/30 | DEBIT POS, *****30088471644, AUT 033022 DDA PURCH W/CB<br>MCCAFFREYS NEWTOWN MARKE   NEWTOWN      * PA | 82.04 |
| 03/30 | DEBIT CARD PURCHASE, *****30088471644, AUT 032922 VISA DDA PUR<br>LUKOIL 69722      NEWTOWN      * PA | 20.00 |
| 03/31 | DEBIT CARD PURCHASE, *****30088471644, AUT 033022 VISA DDA PUR<br>SQ FAMILY SOLUTION      877 417 4551 * MD | 125.00 |
| 03/31 | DEBIT CARD PURCHASE, *****30088471644, AUT 033022 VISA DDA PUR<br>KERRIGAN S SUNOCO      NEWTOWN      * PA | 114.01 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 8 of 10 |
| Statement Period: | Mar 08 2022-Apr 07 2022 |
| Cust Ref #: | .39-E-*** |
| Primary Account #: | 1383 |

---

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/31 | DEBIT CARD PURCHASE, *****30104570106, AUT 032922 VISA DDA PUR<br>DRAGON OF NEWTOWN     NEWTOWN     * PA | 50.71 |
| 04/01 | ELECTRONIC PMT-TEL, MBFS 8006546222 D000111767 ****242345001 | 800.00 |
| 04/01 | DEBIT CARD PURCHASE, *****30088471644, AUT 033022 VISA DDA PUR<br>VIGILANTES LIBERTY     BENSALEM     * PA | 52.75 |
| 04/01 | DEBIT POS, *****30088471644, AUT 040122 DDA PURCH W/CB<br>ACME 4913          NEWTOWN     * PA | 43.19 |
| 04/01 | ELECTRONIC PMT-TEL, REPAY MBFS CF D000111710 ****02201498074 | 8.95 |
| 04/04 | ACH DEBIT, COMCAST 8499102 050017305 6432485 | 330.62 |
| 04/04 | DEBIT CARD PURCHASE, *****30088471644, AUT 040122 VISA DDA PUR<br>INTERPARK AUTOBILL  B    CHICAGO     * IL | 270.00 |
| 04/04 | DEBIT POS, *****30088471644, AUT 040122 DDA PURCH W/CB<br>ACME 4913          NEWTOWN     * PA | 169.60 |
| 04/04 | DEBIT CARD PURCHASE, *****30104570106, AUT 040322 VISA DDA PUR<br>SAMS CLUB  6693     LANGHORNE     * PA | 157.78 |
| 04/04 | DEBIT CARD PURCHASE, *****30088471644, AUT 040322 VISA DDA PUR<br>MCCAFFREYS NEWTOWN     NEWTOWN     * PA | 142.24 |
| 04/04 | DEBIT CARD PURCHASE, *****30088471644, AUT 033122 VISA DDA PUR<br>BOWMANS TAVERN     NEW HOPE     * PA | 137.30 |
| 04/04 | DEBIT CARD PURCHASE, *****30104570106, AUT 040322 VISA DDA PUR<br>SAMS CLUB  6693     LANGHORNE     * PA | 113.97 |
| 04/04 | DEBIT CARD PURCHASE, *****30088471644, AUT 040222 VISA DDA PUR<br>TST BERNIES RESTAURANT   HATBORO     * PA | 78.44 |
| 04/04 | DEBIT CARD PURCHASE, *****30088471644, AUT 040122 VISA DDA PUR<br>TST PICCOLO TRATTORIA     NEWTOWN     * PA | 56.57 |
| 04/05 | DEBIT CARD PURCHASE, *****30088471644, AUT 040422 VISA DDA PUR<br>NATL STDT LEAD CONF     800 994 6752 * IL | 541.00 |
| 04/05 | DEBIT CARD PURCHASE, *****30104570106, AUT 040422 VISA DDA PUR<br>PANERA BREAD  203957 O     215 355 7158 * PA | 104.65 |
| 04/05 | DEBIT CARD PURCHASE, *****30088471644, AUT 040322 VISA DDA PUR<br>ACME 4913          NEWTOWN     * PA | 24.36 |
| 04/05 | DEBIT CARD PURCHASE, *****30088471644, AUT 040322 VISA DDA PUR<br>PHILLY PRETZEL RICHB     RICHBORO     * PA | 21.00 |
| 04/06 | DEBIT CARD PURCHASE, *****30104570106, AUT 040522 VISA DDA PUR<br>GIUSEPPES  GIUSEPPES     TGIAIMO YAHOO * PA | 142.85 |
| 04/06 | DEBIT CARD PURCHASE, *****30088471644, AUT 040422 VISA DDA PUR<br>VIGILANTES LIBERTY     BENSALEM     * PA | 55.00 |
| 04/06 | DEBIT POS, *****30104570106, AUT 040622 DDA PURCH W/CB<br>ACME 0778          SOUTHAMPTON * PA | 43.30 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 9 of 10 |
| Statement Period: | Mar 08 2022-Apr 07 2022 |
| Cust Ref #: | 3-E-*** |
| Primary Account #: | 1383 |

---

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/06 | DEBIT CARD PURCHASE, *****30088471644, AUT 040422 VISA DDA PUR VIGILANTES LIBERTY    BENSALEM    * PA | 8.60 |
| 04/06 | DEBIT CARD PURCHASE, *****30104570106, AUT 040522 VISA DDA PUR HEATHLAND  VJMHS    HTTPSHEATHLAN * PA | 8.50 |
| 04/07 | DEBIT CARD PURCHASE, *****30088471644, AUT 040622 VISA DDA PUR SQ  FAMILY SOLUTION    877 417 4551  * MD | 125.00 |
| | Subtotal: | 18,583.19 |

---

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 03/07 | 1,002.20 | 03/23 | 6,049.07 |
| 03/08 | 981.21 | 03/24 | 4,820.04 |
| 03/09 | 2,856.16 | 03/25 | 25,095.34 |
| 03/10 | 1,513.52 | 03/28 | 21,483.13 |
| 03/11 | 1,396.49 | 03/29 | 27,464.29 |
| 03/14 | 154.63 | 03/30 | 27,362.25 |
| 03/15 | 2,802.66 | 03/31 | 45,610.19 |
| 03/16 | 4,343.79 | 04/01 | 44,705.30 |
| 03/17 | 5,314.46 | 04/04 | 29,528.97 |
| 03/18 | 5,718.72 | 04/05 | 23,296.71 |
| 03/21 | 3,117.77 | 04/06 | 21,288.46 |
| 03/22 | 6,057.57 | 04/07 | 2,518.46 |

**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Page:                    10 of 10
Statement Period:        Mar 08 2022-Apr 07 2022
Cust Ref #:              -039-E-***
Primary Account #:       383

---

**Check #157** — 03/15 — $1,000.00

RICHARD W JOHNSON JR   01-21
ALYSE M JOHNSON
DEBTOR IN POSSESSION CASE # 21-10054
Date: 3/15/22   No. 107
Pay to the Order of: Richard W. Johnson, III   $ 1,000.00
One Thousand — XX/100
TD Bank — America's Most Convenient Bank®
For: College Expenses

---

**Check #158** — 03/18 — $1,500.00

RICHARD W JOHNSON JR   01-21
ALYSE M JOHNSON
DEBTOR IN POSSESSION CASE # 21-10054
Date: 3/18/22   No. 158
Pay to the Order of: Alexa M. Johnson   $ 1,500.00
One Thousand, Five Hundred — XX/100
TD Bank — America's Most Convenient Bank®
For: College Expenses

---

**Check #159** — 04/05 — $936.25

RICHARD W JOHNSON JR   01-21
ALYSE M JOHNSON
DEBTOR IN POSSESSION CASE # 21-10054
Date: 3/18/22   No. 159
Pay to the Order of: Allegro Credit   $ 936.25
Nine Hundred Thirty — Six 25/100
TD Bank — America's Most Convenient Bank®
For: 71300154

---

**Check #161** — 04/07 — $18,395.00

RICHARD W JOHNSON JR   01-21
ALYSE M JOHNSON
DEBTOR IN POSSESSION CASE # 21-10054
Date: 3/30/22   No. 161
Pay to the Order of: United States Treasury   $ 18,395.00
Eighteen Thousand, Three Hundred Ninety-Five XX/100
TD Bank — America's Most Convenient Bank®
For: XXX-XX-9411 Plan Payment

---

**Check #162** — 04/05 — $4,605.00

RICHARD W JOHNSON JR   01-21
ALYSE M JOHNSON
DEBTOR IN POSSESSION CASE # 21-10054
Date: 3/30/22   No. 162
Pay to the Order of: PA. Dept. of Revenue   $ 4,605.00
Four Thousand, Six Hundred and Five XX/100
TD Bank — America's Most Convenient Bank®
For: XXX-XX-9411 Plan Payment

---

**Check #165** — 04/06 — $2,550.00

RICHARD W JOHNSON JR   01-21
ALYSE M JOHNSON
DEBTOR IN POSSESSION CASE # 21-10054
Date: 4/6/22   No. 165
Pay to the Order of: Alexa M. Johnson   $ 2,550.00
Two Thousand, Five Hundred and Fifty — XX/100
TD Bank — America's Most Convenient Bank®
For: College Expenses

---

**Check #166** — 04/07 — $250.00

RICHARD W JOHNSON JR   01-21
ALYSE M JOHNSON
DEBTOR IN POSSESSION CASE # 21-10054
Date: 4/7/22   No. 166
Pay to the Order of: Alexa M. Johnson   $ 250.00
Two Hundred and Fifty — XX/100
TD Bank — America's Most Convenient Bank®
For: College Expenses

---

**Check #33022** — 04/04 — $500.00

TD BANK, NA
PO BOX 1377
LEWISTON, ME 04243-1377
4/1/2022   No. 33022
Pay To The Order Of: THE BANCORP BANK   $ 500.00
Pay Exactly   $500.00 Dollars And Cents
SIGNATURE NOT REQUIRED

---

**Check #33122** — 04/04 — $17,086.81

TD BANK, NA
PO BOX 1377
LEWISTON, ME 04243-1377
4/1/2022   No. 33122
Pay To The Order Of: THE BANCORP BANK   $ 17,086.81
Pay Exactly   $17,086.81 Dollars And Cents
SIGNATURE NOT REQUIRED