**Fill in this information to identify the case:**

Debtor Name __Richard and Alyse Johnson__

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number: __21-10054__

☐ Check if this is an amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11          12/17

Month:          __April 2022__

Date report filed: __05/20/2022__
MM / DD / YYYY

Line of business: __Attorney__

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:          Richard W. Johnson, Jr.

Original signature of responsible party _[signature]_

Printed name of responsible party _RICHARD W. JOHNSON, JR_

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer _No_ to any of the questions in lines 1-9, attach an explanation and label it _Exhibit A_.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer _Yes_ to any of the questions in lines 10-18, attach an explanation and label it _Exhibit B_.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Richard and Alyse Johnson                          Case number 21-10054

17. Have you paid any bills you owed before you filed bankruptcy?               ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 12,745.64

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 51,089.89

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $ 51,420.85

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ -330.96

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ 12,414.68

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

$ 2,617.50

24. **Total payables**

*(Exhibit E)*

Debtor Name  Richard and Alyse Johnson                    Case number 21-10054

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                              $ _____ 0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                    0

27. What is the number of employees as of the date of this monthly report?       0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?        $ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ 29,770.00

30. How much have you paid this month in other professional fees?        $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?    $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month.
Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 37,500.00 | − | $ 51,089.89 | = | $ -13,589.89 |
| 33. **Cash disbursements** | $ 29,500.00 | − | $ 51,420.85 | = | $ -21,920.85 |
| 34. **Net cash flow** | $ 8,000.00 | − | $ -330.96 | = | $ 8,330.96 |

35. Total projected cash receipts for the next month:                    $ 45,000.00

36. Total projected cash disbursements for the next month:             − $ 29,500.00

37. Total projected net cash flow for the next month:                  = $ 15,500.00

Debtor Name  Richard and Alyse Johnson                    Case number 21-10054

---

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

Exhibit A – N/A

## EXHIBIT  B

10.     Husband is an attorney who maintains an active IOLTA account in PA and an Attorney Trust Account in NJ.

Exhibit C

Cash Flow - Last month
4/1/2022 through 4/30/2022

5/20/2022                                                             Page 1

| Category | 4/1/2022-<br>4/30/2022 |
|---|---|
| **INFLOWS** | |
| Income (RWJ) | 49,630.58 |
| Paycheck (AMJ) | 1,436.46 |
| Refund (Not Income) | 22.85 |
| **TOTAL INFLOWS** | **51,089.89** |
| **OVERALL TOTAL** | **51,089.89** |

# Exhibit D

Cash Flow - Last month
4/1/2022 through 4/30/2022

5/20/2022

Page 1

| Category | 4/1/2022-4/30/2022 |
|---|---|
| **OUTFLOWS** | |
| 2021 Fed Tax | |
| Final | 7,094.00 |
| TOTAL 2021 Fed Tax | 7,094.00 |
| 2021 Local Tax | |
| Final | 4,792.00 |
| TOTAL 2021 Local Tax | 4,792.00 |
| 2021 State Tax | |
| Final | 1,873.00 |
| TOTAL 2021 State Tax | 1,873.00 |
| Allegro Payment | 936.35 |
| Auto | |
| Carwash | 30.00 |
| Fuel | 807.32 |
| Insurance | 317.33 |
| Lease | 810.00 |
| Lease (Business) | 858.95 |
| Radio | 63.35 |
| TOTAL Auto | 2,886.95 |
| Business Meals | 735.09 |
| Cable And Internet | 330.62 |
| Cash | 100.00 |
| Cell Phone | 394.05 |
| Charity (VJM) | 21.00 |
| Clothing | 701.02 |
| College Expenses | 2,900.00 |
| Education | |
| Books & Supplies | 10.00 |
| TOTAL Education | 10.00 |
| Electric | 400.00 |
| Eyeglasses | 38.07 |
| Food | 1,603.35 |
| Groceries | 1,717.15 |
| Health Insurance | 2,770.89 |
| High School Ring | 80.00 |
| Home | |

Cash Flow - Last month
4/1/2022 through 4/30/2022

5/20/2022                                                                    Page 2

| Category | 4/1/2022-<br>4/30/2022 |
|---|---|
| Mortgage | 17,086.81 |
| Services - Maintenance | 180.20 |
| TOTAL Home | 17,267.01 |
| Household Supplies | 888.21 |
| Internet Service | 7.99 |
| Life Insurance | 418.38 |
| Medical Care | 375.00 |
| Office Expenses (Business) | 15.89 |
| Office Supplies | 215.41 |
| Parking | 270.00 |
| Personal Care | 80.00 |
| Pet Food and Supplies | 36.77 |
| Pharmacy | 85.00 |
| Plan Payment | |
| Bancorp | 500.00 |
| TOTAL Plan Payment | 500.00 |
| Show Tickets | 136.25 |
| Tuition | 1,741.00 |
| **TOTAL OUTFLOWS** | **51,420.45** |

**OVERALL TOTAL**

**EXHIBIT E**

1.   **$2,617.50  Allegro Credit**:   Allegro had refused to accept payment directly from debtors. However, Allegro has agreed to accept payments through its counsel. Payments resumed in July 2021, plus an additional $200.00.

# Bank

**America's Most Convenient Bank®**



RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 1 of 10 |
| Statement Period: | Apr 08 2022-May 07 2022 |
| Cust Ref #: | -039-E-*** |
| Primary Account #: | 1383 |

## Chapter 11 Checking

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Account #        1383

| | | | |
|---|---|---|---|
| Beginning Balance | 2,518.46 | Average Collected Balance | 11,016.57 |
| Electronic Deposits | 52,722.89 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 23,339.81 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 17,054.47 | Days in Period | 30 |
| Ending Balance | 14,847.07 | | |

## Electronic Deposits

| Date | Description | Amount |
|---|---|---|
| 04/08 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 040822 ATM CHECK DEPOSI<br>1 WEST ROAD         NEWTOWN      * PA | 6,000.00 |
| 04/13 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 041322 ATM CHECK DEPOSI<br>1 WEST ROAD         NEWTOWN      * PA | 1,750.00 |
| 04/14 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 041422 ATM CHECK DEPOSI<br>1 WEST ROAD         NEWTOWN      * PA | 1,375.00 |
| 04/15 | ACH DEPOSIT, VILLA JOSEPH MAR PAYROLL ****9600010127X | 975.59 |
| 04/18 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 041822 ATM CHECK DEPOSI<br>1 WEST ROAD         NEWTOWN      * PA | 13,829.58 |
| 04/25 | DEBIT CARD CREDIT, *****30088471644, AUT 042522 VISA DDA REF<br>MCCAFFREYS NEWTOWN SSS    NEWTOWN      * PA | 6.96 |
| 04/26 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 042622 ATM CHECK DEPOSI<br>1 WEST ROAD         NEWTOWN      * PA | 1,967.00 |
| 04/27 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 042722 ATM CHECK DEPOSI<br>1 WEST ROAD         NEWTOWN      * PA | 1,120.00 |
| 04/28 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 042822 ATM CHECK DEPOSI<br>1 WEST ROAD         NEWTOWN      * PA | 3,612.00 |
| 04/29 | ACH DEPOSIT, VILLA JOSEPH MAR PAYROLL ****2600030344X | 460.87 |
| 04/29 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 042922 ATM CHECK DEPOSI<br>1 WEST ROAD         NEWTOWN      * PA | 15,310.00 |

Begin by adjusting your account register as follows:

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic with-drawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| Ending Balance | 14,847.07 |
| Total Deposits + | |
| Sub Total | |
| Total Withdrawals - | |
| Adjusted Balance | |

**Total Deposits**

**Total Withdrawals**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days to do this.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**In case of Errors or Questions About Your Bill:**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

## Bank

**America's Most Convenient Bank®**

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 3 of 10 |
| Statement Period: | Apr 08 2022-May 07 2022 |
| Cust Ref #: | 9-E-*** |
| Primary Account #: | 1383 |

### Electronic Deposits (continued)

| 04/29 | DEBIT CARD CREDIT, *****30104570106, AUT 042922 VISA DDA REF | 15.89 |
| | AMZN MKTP US        AMZN COM BILL * WA | |
| 05/04 | ATM CHECK DEPOSIT, *****30088471644 | 3,800.00 |
| | AUT 050422 ATM CHECK DEPOSI | |
| | 1 WEST ROAD         NEWTOWN        * PA | |
| 05/06 | ATM CHECK DEPOSIT, *****30088471644 | 2,500.00 |
| | AUT 050522 ATM CHECK DEPOSI | |
| | 1 WEST ROAD         NEWTOWN        * PA | |
| | Subtotal: | 52,722.89 |

### Checks Paid

No. Checks: 7          *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| 04/08 | 163 | 590.00 | 05/05 | 172* | 2,750.00 |
|---|---|---|---|---|---|
| 04/08 | 164 | 440.00 | 05/03 | 42822* | 500.00 |
| 04/11 | 167* | 100.00 | 05/03 | 42922* | 17,086.81 |
| 04/25 | 168 | 1,873.00 | | | |
| | | | | Subtotal: | 23,339.81 |

### Electronic Payments

| 04/08 | DEBIT POS, *****30088471644, AUT 040822 DDA PURCH W/CB | 113.98 |
| | ACME 4913          NEWTOWN        * PA | |
| 04/08 | TD ATM DEBIT, *****30104570106, AUT 040822 DDA WITHDRAW | 50.00 |
| | 1 WEST ROAD         NEWTOWN        * PA | |
| 04/11 | CCD DEBIT, IBC EDI PAYMTS PRMAX****890798 | 2,770.89 |
| 04/11 | DEBIT CARD PURCHASE, *****30088471644, AUT 040822 VISA DDA PUR | 440.82 |
| | LA STALLA RESTAURANT   NEWTOWN        * PA | |
| 04/11 | ACH DEBIT, ATT PAYMENT ****10003EPAYZ | 391.06 |
| 04/11 | DEBIT POS, *****30088471644, AUT 041022 DDA PURCH W/CB | 190.13 |
| | ACME 4913          NEWTOWN        * PA | |
| 04/11 | DEBIT CARD PURCHASE, *****30088471644, AUT 040922 VISA DDA PUR | 114.57 |
| | SHOWTIX4U VILLA JOSEP   WWW SHOWTIX4U * NV | |
| 04/11 | DEBIT CARD PURCHASE, *****30104570106, AUT 040822 VISA DDA PUR | 80.00 |
| | NAIL PERFECTION SPA   NEWTOWN        * PA | |
| 04/11 | DEBIT CARD PURCHASE, *****30104570106, AUT 040822 VISA DDA PUR | 80.00 |
| | HERFF JONES 0438      2152458660   * PA | |
| 04/11 | DEBIT CARD PURCHASE, *****30088471644, AUT 040822 VISA DDA PUR | 52.00 |
| | VIGILANTES LIBERTY    BENSALEM       * PA | |
| 04/11 | DEBIT CARD PURCHASE, *****30104570106, AUT 040822 VISA DDA PUR | 50.21 |
| | LUKOIL 69722        NEWTOWN        * PA | |
| 04/11 | DEBIT CARD PURCHASE, *****30088471644, AUT 041022 VISA DDA PUR | 34.10 |
| | MCCAFFREYS NEWTOWN    NEWTOWN       * PA | |
| 04/11 | DEBIT CARD PURCHASE, *****30088471644, AUT 040722 VISA DDA PUR | 32.14 |
| | SUBURBAN DINER       FEASTERVILLE * PA | |

# **Bank**

America's Most Convenient Bank®

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 4 of 10 |
| Statement Period: | Apr 08 2022-May 07 2022 |
| Cust Ref #: | 9-E-*** |
| Primary Account #: | :1383 |

## Electronic Payments (continued)

| | | |
|---|---|---:|
| 04/11 | DEBIT CARD PURCHASE, *****30088471644, AUT 041022 VISA DDA PUR<br>SHOWTIX4U  VILLA JOSEP    WWW SHOWTIX4U * NV | 21.68 |
| 04/11 | DEBIT CARD PURCHASE, *****30104570106, AUT 040822 VISA DDA PUR<br>CHICK FIL A  01411      215 497 9011 * PA | 21.61 |
| 04/11 | DEBIT CARD PURCHASE, *****30104570106, AUT 040722 VISA DDA PUR<br>CHICK FIL A  01411      NEWTOWN      * PA | 17.91 |
| 04/11 | DEBIT CARD PURCHASE, *****30088471644, AUT 041022 VISA DDA PUR<br>MCCAFFREYS NEWTOWN    NEWTOWN      * PA | 15.89 |
| 04/11 | DEBIT CARD PURCHASE, *****30088471644, AUT 040722 VISA DDA PUR<br>BILLS STEAKS AND HOAGI    PHILADELPHIA * PA | 13.99 |
| 04/11 | DEBIT CARD PURCHASE, *****30088471644, AUT 040822 VISA DDA PUR<br>VIGILANTES LIBERTY      BENSALEM     * PA | 12.02 |
| 04/11 | DEBIT CARD PURCHASE, *****30104570106, AUT 040822 VISA DDA PUR<br>HEATHLAND  VJMHS      HTTPSHEATHLAN * PA | 4.00 |
| 04/12 | ACH DEBIT, AUDI FINCL, TEL. TEL  DEBIT  PTEL****279496 | 810.00 |
| 04/12 | DEBIT CARD PURCHASE, *****30088471644, AUT 041022 VISA DDA PUR<br>PINEVILLE TAVERN      215 5983890  * PA | 167.38 |
| 04/12 | DEBIT CARD PURCHASE, *****30088471644, AUT 041122 VISA DDA PUR<br>MCCAFFREYS NEWTOWN    NEWTOWN      * PA | 116.37 |
| 04/12 | DEBIT CARD PURCHASE, *****30088471644, AUT 041122 VISA DDA PUR<br>SUNOCO 0363182702    NEWTOWN     * PA | 59.01 |
| 04/12 | DEBIT CARD PURCHASE, *****30088471644, AUT 041122 VISA DDA PUR<br>PAYPAL  READERS      402 935 7733 * IN | 38.07 |
| 04/12 | DEBIT CARD PURCHASE, *****30088471644, AUT 041122 VISA DDA PUR<br>SUNOCO 0363182702    NEWTOWN     * PA | 27.00 |
| 04/13 | DEBIT POS, *****30104570106, AUT 041322 DDA PURCHASE<br>MICHAELS STORES 5132 1    FEASTERVILLE * PA | 150.94 |
| 04/13 | DEBIT CARD PURCHASE, *****30104570106, AUT 041222 VISA DDA PUR<br>HOMEGOODS  447      SAINT DAVIDS * PA | 123.99 |
| 04/13 | DEBIT CARD PURCHASE, *****30104570106, AUT 041222 VISA DDA PUR<br>HOMESENSE  0031      RADNOR     * PA | 45.51 |
| 04/13 | DEBIT CARD PAYMENT, *****30104570106, AUT 041122 VISA DDA PUR<br>APPLE COM BILL      866 712 7753 * CA | 2.99 |
| 04/14 | DEBIT CARD PURCHASE, *****30088471644, AUT 041222 VISA DDA PUR<br>LASCALAS FIRE VILLANOVA    VILLANOVA  * PA | 155.06 |
| 04/14 | DEBIT CARD PURCHASE, *****30104570106, AUT 041322 VISA DDA PUR<br>PRODUCE JUNCTION HATBORO  HATBORO    * PA | 66.50 |
| 04/14 | DEBIT CARD PURCHASE, *****30104570106, AUT 041322 VISA DDA PUR<br>WAWA 149  00001495    WARMINSTER * PA | 50.35 |
| 04/14 | DEBIT CARD PURCHASE, *****30104570106, AUT 041322 VISA DDA PUR<br>MARSHALLS 0561      DOYLESTOWN  * PA | 49.68 |
| 04/14 | DEBIT CARD PURCHASE, *****30104570106, AUT 041322 VISA DDA PUR<br>PRODUCE JUNCTION HATBORO  HATBORO    * PA | 9.50 |

# Bank

**America's Most Convenient Bank®**

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 5 of 10 |
| Statement Period: | Apr 08 2022-May 07 2022 |
| Cust Ref #: | E-*** |
| Primary Account #: | 1383 |

## Electronic Payments (continued)

| | | |
|---|---|---|
| 04/15 | DEBIT CARD PURCHASE, *****30104570106, AUT 041422 VISA DDA PUR<br>TARGET    00011510    PRINCETON    * NJ | 128.62 |
| 04/15 | DEBIT CARD PURCHASE, *****30104570106, AUT 041422 VISA DDA PUR<br>MICHAELS STORES 9936    PRINCETON    * NJ | 25.77 |
| 04/15 | DEBIT CARD PURCHASE, *****30104570106, AUT 041422 VISA DDA PUR<br>HOMESENSE 0033    PRINCETON    * NJ | 23.43 |
| 04/18 | DEBIT POS, *****30088471644, AUT 041622 DDA PURCH W/CB<br>ACME 4913    NEWTOWN    * PA | 79.99 |
| 04/18 | DEBIT CARD PURCHASE, *****30104570106, AUT 041422 VISA DDA PUR<br>HOBBY LOBBY 555    LAWRENCEVILLE * NJ | 64.47 |
| 04/18 | DEBIT CARD PAYMENT, *****30088471644, AUT 041722 VISA DDA PUR<br>SXM SIRIUSXM COM ACCT    888 635 5144 * NY | 63.35 |
| 04/18 | DEBIT CARD PURCHASE, *****30088471644, AUT 041622 VISA DDA PUR<br>SQ LILY S CHOCOLATE PAR    SOUTHAMPTON    * PA | 61.00 |
| 04/18 | DEBIT CARD PURCHASE, *****30088471644, AUT 041522 VISA DDA PUR<br>TST PICCOLO TRATTORIA    NEWTOWN    * PA | 60.18 |
| 04/18 | DEBIT CARD PURCHASE, *****30088471644, AUT 041522 VISA DDA PUR<br>MARRAZZO S THRIFTWA    TRENTON    * NJ | 57.66 |
| 04/18 | DEBIT CARD PURCHASE, *****30088471644, AUT 041522 VISA DDA PUR<br>EXXONMOBIL 42042283    LAMBERTVILLE * NJ | 49.02 |
| 04/18 | DEBIT CARD PURCHASE, *****30088471644, AUT 041522 VISA DDA PUR<br>DANNY S TOMATO PIE    TRENTON    * NJ | 49.00 |
| 04/18 | DEBIT CARD PAYMENT, *****30088471644, AUT 041522 VISA DDA PUR<br>ADOBE INC    800 8336687    * CA | 15.89 |
| 04/19 | DEBIT CARD PURCHASE, *****30088471644, AUT 041822 VISA DDA PUR<br>LUKOIL 69722    NEWTOWN    * PA | 60.00 |
| 04/19 | DEBIT CARD PURCHASE, *****30088471644, AUT 041822 VISA DDA PUR<br>LUKOIL 69722    NEWTOWN    * PA | 51.02 |
| 04/19 | DEBIT CARD PURCHASE, *****30088471644, AUT 041822 VISA DDA PUR<br>TST PICCOLO TRATTORIA    NEWTOWN    * PA | 39.56 |
| 04/19 | DEBIT CARD PURCHASE, *****30104570106, AUT 041822 VISA DDA PUR<br>PETSMART 0577    PRINCETON    * NJ | 36.77 |
| 04/19 | DEBIT CARD PURCHASE, *****30104570106, AUT 041822 VISA DDA PUR<br>AMAZON COM 1A6745U40    AMZN COM BILL * WA | 25.97 |
| 04/19 | DEBIT CARD PURCHASE, *****30104570106, AUT 041822 VISA DDA PUR<br>AMZN MKTP US 1A7LF8UQ0    AMZN COM BILL * WA | 15.89 |
| 04/19 | DEBIT CARD PURCHASE, *****30088471644, AUT 041822 VISA DDA PUR<br>BILLS STEAKS AND HOAGI    PHILADELPHIA * PA | 14.14 |
| 04/19 | DEBIT CARD PAYMENT, *****30088471644, AUT 041822 VISA DDA PUR<br>AOL SERVICE    800 827 6364 * VA | 7.99 |
| 04/20 | ELECTRONIC PMT-WEB, VILLA JOSEPH MAR FACTS ****00148791552 | 1,200.00 |
| 04/20 | DEBIT CARD PAYMENT, *****30088471644, AUT 041922 VISA DDA PUR<br>STATE FARM INSURANCE    800 956 6310  * IL | 317.33 |

# Bank

**America's Most Convenient Bank®**

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 6 of 10 |
| Statement Period: | Apr 08 2022-May 07 2022 |
| Cust Ref #: | )-E-*** |
| Primary Account #: | 1383 |

## Electronic Payments (continued)

| | | |
|---|---|---|
| 04/20 | DEBIT CARD PURCHASE, *****30088471644, AUT 041822 VISA DDA PUR<br>STAPLES    00112565    NEWTOWN    * PA | 215.41 |
| 04/20 | DEBIT CARD PURCHASE, *****30104570106, AUT 041822 VISA DDA PUR<br>TM  DANCE COMPANY SPRI    800 653 8000 * CA | 79.40 |
| 04/20 | DEBIT CARD PURCHASE, *****30088471644, AUT 042022 VISA DDA PUR<br>NORDRACKCOM8889666283    888 966 6283 * CA | 59.97 |
| 04/20 | DEBIT CARD PURCHASE, *****30088471644, AUT 041622 VISA DDA PUR<br>NORDRACKCOM8889666283    888 966 6283 * CA | 49.97 |
| 04/20 | DEBIT CARD PURCHASE, *****30104570106, AUT 041922 VISA DDA PUR<br>HEATHLAND  VJMHS    HTTPSHEATHLAN * PA | 8.50 |
| 04/21 | DEBIT CARD PURCHASE, *****30088471644, AUT 041922 VISA DDA PUR<br>LA STALLA RESTAURANT    NEWTOWN    * PA | 306.80 |
| 04/21 | DEBIT CARD PURCHASE, *****30088471644, AUT 042022 VISA DDA PUR<br>SQ  FAMILY SOLUTION    877 417 4551 * MD | 125.00 |
| 04/21 | DEBIT CARD PURCHASE, *****30088471644, AUT 041922 VISA DDA PUR<br>VIGILANTES LIBERTY    BENSALEM    * PA | 44.00 |
| 04/21 | DEBIT CARD PURCHASE, *****30104570106, AUT 042022 VISA DDA PUR<br>HEATHLAND  VJMHS    HTTPSHEATHLAN * PA | 8.50 |
| 04/22 | ELECTRONIC PMT-WEB, NORTHWESTERN MU PAYMNT WEB ****423-02 | 418.38 |
| 04/22 | DEBIT CARD PURCHASE, *****30104570106, AUT 042122 VISA DDA PUR<br>HEATHLAND  VJMHS    HTTPSHEATHLAN * PA | 11.00 |
| 04/22 | DEBIT CARD PURCHASE, *****30104570106, AUT 042022 VISA DDA PUR<br>CHICK FIL A  01411    NEWTOWN    * PA | 8.47 |
| 04/25 | DEBIT CARD PURCHASE, *****30088471644, AUT 042222 VISA DDA PUR<br>TST THE STONE TERRACE B   HAMILTON    * NJ | 253.84 |
| 04/25 | DEBIT CARD PURCHASE, *****30088471644, AUT 042322 VISA DDA PUR<br>MCCAFFREYS NEWTOWN    NEWTOWN    * PA | 236.06 |
| 04/25 | DEBIT POS, *****30088471644, AUT 042322 DDA PURCH W/CB<br>ACME 4913    NEWTOWN    * PA | 188.01 |
| 04/25 | DEBIT CARD PAYMENT, *****30088471644, AUT 042322 VISA DDA PUR<br>NEWTOWNTERMITEPESTCONTRL    215 5797378  * PA | 180.20 |
| 04/25 | DEBIT CARD PURCHASE, *****30104570106, AUT 042122 VISA DDA PUR<br>IRON HILL BREWERY  REST   NEWTOWN    * PA | 52.26 |
| 04/25 | DEBIT CARD PURCHASE, *****30088471644, AUT 042422 VISA DDA PUR<br>SPARKLE SOFT CLOTH    CITY    * PA | 30.00 |
| 04/25 | DEBIT CARD PURCHASE, *****30088471644, AUT 042322 VISA DDA PUR<br>BED BATH  BEYOND 336    NEWTOWN    * PA | 11.87 |
| 04/25 | DEBIT CARD PURCHASE, *****30088471644, AUT 042222 VISA DDA PUR<br>SQ  PASSEROS COFFEE ROAS    PHILADELPHIA * PA | 8.29 |
| 04/26 | DEBIT CARD PURCHASE, *****30104570106, AUT 042522 VISA DDA PUR<br>CVS PHARMACY 07189    NEWTOWN    * PA | 85.00 |
| 04/26 | DEBIT CARD PURCHASE, *****30088471644, AUT 042522 VISA DDA PUR<br>BENSALEM SINCLAIR    BENSALEM    * PA | 75.00 |

# **Bank**

America's Most Convenient Bank®

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 7 of 10 |
| Statement Period: | Apr 08 2022-May 07 2022 |
| Cust Ref #: | -E-*** |
| Primary Account #: | 1383 |

## Electronic Payments (continued)

| Date | Description | Amount |
|---|---|---|
| 04/26 | DEBIT CARD PURCHASE, *****30088471644, AUT 042422 VISA DDA PUR<br>MARATHON PETRO41905    BALTIMORE    * MD | 61.01 |
| 04/26 | DEBIT CARD PURCHASE, *****30088471644, AUT 042422 VISA DDA PUR<br>LOYOLA UNIVERSITY MARYLA  BALTIMORE   * MD | 10.00 |
| 04/26 | DEBIT CARD PURCHASE, *****30104570106, AUT 042522 VISA DDA PUR<br>HEATHLAND  VJMHS    HTTPSHEATHLAN * PA | 1.50 |
| 04/27 | ELECTRONIC PMT-WEB, PECO ENERGY COMP BILLPAY PECO ENERGY<br>COM | 400.00 |
| 04/27 | DEBIT CARD PURCHASE, *****30088471644, AUT 042722 VISA DDA PUR<br>NORDSTROM DIRECT  0808    800 285 5800 * IA | 317.00 |
| 04/27 | DEBIT POS, *****30088471644, AUT 042722 DDA PURCH W/CB<br>ACME 4913        NEWTOWN      * PA | 125.27 |
| 04/27 | DEBIT CARD PURCHASE, *****30088471644, AUT 042722 VISA DDA PUR<br>NORDSTROM DIRECT  0808    800 285 5800 * IA | 109.00 |
| 04/27 | DEBIT CARD PURCHASE, *****30104570106, AUT 042622 VISA DDA PUR<br>HEATHLAND  VJMHS    HTTPSHEATHLAN * PA | 10.50 |
| 04/27 | DEBIT CARD PURCHASE, *****30104570106, AUT 042622 VISA DDA PUR<br>HEATHLAND  VJMHS    HTTPSHEATHLAN * PA | 8.50 |
| 04/27 | DEBIT CARD PURCHASE, *****30104570106, AUT 042622 VISA DDA PUR<br>HEATHLAND  VJMHS    HTTPSHEATHLAN * PA | 2.50 |
| 04/28 | DEBIT CARD PURCHASE, *****30088471644, AUT 042722 VISA DDA PUR<br>SQ FAMILY SOLUTION    877 417 4551 * MD | 125.00 |
| 04/28 | DEBIT CARD PURCHASE, *****30088471644, AUT 042622 VISA DDA PUR<br>VILLA JOSEPH MARIE    888 955 5455 * PA | 61.50 |
| 04/28 | DEBIT CARD PURCHASE, *****30104570106, AUT 042722 VISA DDA PUR<br>WAWA 8121   00081216    RICHBORO    * PA | 55.21 |
| 04/28 | TD ATM DEBIT, *****30104570106, AUT 042822 DDA WITHDRAW<br>1 WEST ROAD     NEWTOWN    * PA | 50.00 |
| 04/28 | DEBIT CARD PURCHASE, *****30088471644, AUT 042822 VISA DDA PUR<br>NORDSTROM DIRECT  0808    800 285 5800 * IA | 36.00 |
| 04/29 | DEBIT CARD PURCHASE, *****30088471644, AUT 042722 VISA DDA PUR<br>ROCCOS AT THE BRICK    NEWTOWN    * PA | 135.29 |
| 04/29 | DEBIT POS, *****30104570106, AUT 042922 DDA PURCHASE<br>MARATHON PETRO41     BALTIMORE   * MD | 45.12 |
| 05/02 | ELECTRONIC PMT-TEL, MBFS 8006546222 D000127525 ****242345001 | 850.00 |
| 05/02 | DEBIT CARD PURCHASE, *****30088471644, AUT 043022 VISA DDA PUR<br>LA STALLA RESTAURANT    NEWTOWN    * PA | 159.00 |
| 05/02 | DEBIT POS, *****30104570106, AUT 050222 DDA PURCHASE<br>MCCAFFREYS NEWTOWN MARKE   NEWTOWN      * PA | 58.18 |
| 05/02 | DEBIT CARD PURCHASE, *****30104570106, AUT 042922 VISA DDA PUR<br>MARATHON PETRO41905    BALTIMORE   * MD | 55.13 |
| 05/02 | DEBIT CARD PURCHASE, *****30088471644, AUT 042922 VISA DDA PUR<br>LUKOIL 69722      NEWTOWN     * PA | 53.01 |

# Bank

**America's Most Convenient Bank©**

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 8 of 10 |
| Statement Period: | Apr 08 2022-May 07 2022 |
| Cust Ref #: | 9-E-*** |
| Primary Account #: | 1383 |

## Electronic Payments (continued)

| 05/02 | DEBIT CARD PURCHASE, *****30104570106, AUT 042922 VISA DDA PUR<br>TST PASTA MISTA  TOWSO  410 321 8855 * MD | 52.27 |
|---|---|---|
| 05/02 | DEBIT CARD PURCHASE, *****30088471644, AUT 043022 VISA DDA PUR<br>PONZIOS KINGSWAY DINER I  CHERRY HILL  * NJ | 40.33 |
| 05/02 | DEBIT CARD PURCHASE, *****30088471644, AUT 042922 VISA DDA PUR<br>TST PICCOLO TRATTORIA  NEWTOWN  * PA | 34.00 |
| 05/02 | DEBIT CARD PURCHASE, *****30088471644, AUT 042922 VISA DDA PUR<br>BENSALEM SINCLAIR  BENSALEM  * PA | 34.00 |
| 05/02 | DEBIT CARD PURCHASE, *****30088471644, AUT 043022 VISA DDA PUR<br>LA STALLA RESTAURANT  NEWTOWN  * PA | 28.00 |
| 05/02 | DEBIT POS, *****30104570106, AUT 050222 DDA PURCHASE<br>ACME 4913  NEWTOWN  * PA | 11.77 |
| 05/02 | ELECTRONIC PMT-TEL, REPAY MBFS CF D000127467 ****02201524570 | 8.95 |
| 05/02 | DEBIT CARD PURCHASE, *****30104570106, AUT 042822 VISA DDA PUR<br>CHICK FIL A  01411  NEWTOWN  * PA | 8.90 |
| 05/02 | DEBIT CARD PURCHASE, *****30104570106, AUT 042922 VISA DDA PUR<br>MDM MARKETPLACE  ABERDEEN  * MD | 3.49 |
| 05/03 | DEBIT CARD PURCHASE, *****30088471644, AUT 050122 VISA DDA PUR<br>RED ROBIN BURGERS AND BR  CHRISTIANA  * DE | 127.69 |
| 05/03 | DEBIT CARD PURCHASE, *****30104570106, AUT 050222 VISA DDA PUR<br>HEATHLAND  VJMHS  HTTPSHEATHLAN * PA | 10.00 |
| 05/04 | ACH DEBIT, COMCAST 8499102 050017305 8497645 | 330.51 |
| 05/04 | DEBIT CARD PURCHASE, *****30088471644, AUT 050222 VISA DDA PUR<br>INTERPARK AUTOBILL  B  CHICAGO  * IL | 270.00 |
| 05/04 | DEBIT POS, *****30088471644, AUT 050322 DDA PURCH W/CB<br>ACME 4913  NEWTOWN  * PA | 140.35 |
| 05/04 | DEBIT CARD PURCHASE, *****30088471644, AUT 050322 VISA DDA PUR<br>MCCAFFREYS NEWTOWN  NEWTOWN  * PA | 55.43 |
| 05/04 | DEBIT CARD PURCHASE, *****30088471644, AUT 050322 VISA DDA PUR<br>MARATHON GRILL 16TH  PHILADELPHIA * PA | 21.44 |
| 05/05 | DEBIT CARD PURCHASE, *****30088471644, AUT 050422 VISA DDA PUR<br>NATL STDT LEAD CONF  800 994 6752 * IL | 541.00 |
| 05/06 | DEBIT CARD PURCHASE, *****30088471644, AUT 050522 VISA DDA PUR<br>LIBERTY PROPANE  610 847 6000 * PA | 987.18 |
| 05/06 | DEBIT CARD PURCHASE, *****30088471644, AUT 050422 VISA DDA PUR<br>ROCCOS AT THE BRICK  NEWTOWN  * PA | 243.11 |
| 05/06 | DEBIT CARD PURCHASE, *****30088471644, AUT 050422 VISA DDA PUR<br>VIGILANTES LIBERTY  BENSALEM  * PA | 70.01 |
| 05/06 | DEBIT POS, *****30104570106, AUT 050622 DDA PURCHASE<br>WALGREENS STORE 996 2ND  RICHBORO  * PA | 24.99 |

Subtotal:     17,054.47

# Bank

**America's Most Convenient Bank®**

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 9 of 10 |
| Statement Period: | Apr 08 2022-May 07 2022 |
| Cust Ref #: | E-*** |
| Primary Account #: | 83 |

| | | | |
|---|---|---|---|
| 04/07 | 2,518.46 | 04/22 | 15,156.83 |
| 04/08 | 7,324.48 | 04/25 | 12,330.26 |
| 04/11 | 2,881.46 | 04/26 | 14,064.75 |
| 04/12 | 1,663.63 | 04/27 | 14,211.98 |
| 04/13 | 3,090.20 | 04/28 | 17,496.27 |
| 04/14 | 4,134.11 | 04/29 | 33,102.62 |
| 04/15 | 4,931.88 | 05/02 | 31,705.59 |
| 04/18 | 18,260.90 | 05/03 | 13,981.09 |
| 04/19 | 18,009.56 | 05/04 | 16,963.36 |
| 04/20 | 16,078.98 | 05/05 | 13,672.36 |
| 04/21 | 15,594.68 | 05/06 | 14,847.07 |

## Bank

America's Most Convenient Bank®

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Page: 10 of 10
Statement Period: Apr 08 2022-May 07 2022
Cust Ref #: -E-***
Primary Account #: 1383

| #163 | 04/08 | $590.00 |
| #164 | 04/08 | $440.00 |
| #167 | 04/11 | $100.00 |
| #168 | 04/25 | $1,873.00 |
| #172 | 05/05 | $2,750.00 |
| #42822 | 05/03 | $500.00 |
| #42922 | 05/03 | $17,086.81 |