**Fill in this information to identify the case:**

Debtor Name: Richard and Alyse Johnson

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number: 21-10054

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11      12/17

| | |
|---|---|
| Month: May 2022 | Date report filed: 06/20/2022 (MM/DD/YYYY) |
| Line of business: Attorney | NAISC code: |

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Richard W. Johnson, Jr.

Original signature of responsible party: /s/ Richard W. Johnson, Jr.

Printed name of responsible party: RICHARD W. JOHNSON, JR.

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

| # | Question | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.

| # | Question | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Official Form 425C         Monthly Operating Report for Small Business Under Chapter 11         page 1

Debtor Name  Richard and Alyse Johnson                              Case number  21-10054

17. Have you paid any bills you owed before you filed bankruptcy?    ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**    $ 12,414.68

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ 53,564.64

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.    − $ 54,719.14

    Report the total from *Exhibit D* here.

22. **Net cash flow**    + $ -1,154.50

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.    = $ 11,260.19

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ 2,417.50

    (Exhibit E)

Debtor Name  Richard and Alyse Johnson                    Case number 21-10054

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                  $ _____0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                              _____0
27. What is the number of employees as of the date of this monthly report?                 _____0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $ _____0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ _____29,770.00
30. How much have you paid this month in other professional fees?                                    $ _____0.00
31. How much have you paid in total other professional fees since filing the case?                   $ _____0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|   | Column A<br>**Projected**<br><br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br><br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br><br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 45,000.00 | − | $ 53,564.64 | = | $ -8,564.64 |
| 33. **Cash disbursements** | $ 29,500.00 | − | $ 54,719.14 | = | $ -25,219.14 |
| 34. **Net cash flow** | $ 15,500.00 | − | $ -1,154.50 | = | $ 16,654.50 |

35. Total projected cash receipts for the next month:                          $  45,000.00
36. Total projected cash disbursements for the next month:                   − $  29,500.00
37. Total projected net cash flow for the next month:                        = $  15,500.00

Debtor Name  Richard and Alyse Johnson                    Case number 21-10054

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- [ ] 39. Bank reconciliation reports for each account.

- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- [ ] 41. Budget, projection, or forecast reports.

- [ ] 42. Project, job costing, or work-in-progress reports.

# Exhibit A – N/A

## EXHIBIT B

10. Husband is an attorney who maintains an active IOLTA account in PA and an Attorney Trust Account in NJ.

# Exhibit C

Cash Flow - Last month
5/1/2022 through 5/31/2022

6/20/2022 Page 1

| Category | 5/1/2022-5/31/2022 |
|---|---:|
| **INFLOWS** | |
|    Income (RWJ) | 50,782.72 |
|    Paycheck (AMJ) | 2,389.14 |
|    Refund (Not Income) | 392.78 |
| **TOTAL INFLOWS** | **53,564.64** |
| | |
| **OVERALL TOTAL** | **53,564.64** |

# Exhibit D

Cash Flow - Last month
5/1/2022 through 5/31/2022

6/20/2022 Page 1

| Category | 5/1/2022-5/31/2022 |
|---|---:|
| **OUTFLOWS** | |
| 2022 Fed Tax | |
|    Estimated Payment | 8,000.00 |
|    TOTAL 2022 Fed Tax | 8,000.00 |
| 2022 State Tax | |
|    Estimated Payment | 1,000.00 |
|    TOTAL 2022 State Tax | 1,000.00 |
| Allegro Payment | 936.35 |
| Auto | |
|    Fuel | 790.10 |
|    Insurance | 317.33 |
|    Lease | 825.00 |
|    Lease (Business) | 865.00 |
|    Radio | 63.35 |
|    TOTAL Auto | 2,860.78 |
| Auto & Transport | |
|    Tolls | 105.00 |
|    TOTAL Auto & Transport | 105.00 |
| Baby GIft | 147.95 |
| Business Meals | 754.47 |
| Cable And Internet | 330.51 |
| Cash | 250.00 |
| Cell Phone | 393.81 |
| Clothing | 2,148.93 |
| College Expenses | 2,750.00 |
| Computer Software | 15.89 |
| Dry Cleaning | 221.00 |
| Electric | 439.38 |
| Flowers | 16.91 |
| Food | 1,452.61 |
| Greeting Cards | 68.47 |
| Groceries | 1,749.60 |
| Health Insurance | 2,770.49 |
| Home | |
|    Home Improvement | 98.51 |
|    Mortgage | 17,086.81 |

Cash Flow - Last month
5/1/2022 through 5/31/2022

6/20/2022                                                                                                   Page 2

| Category | 5/1/2022-5/31/2022 |
|---|---:|
| TOTAL Home | 17,185.32 |
| Household Supplies | 396.39 |
| Internet Service | 7.99 |
| Life Insurance | 418.38 |
| Medical Care | 250.00 |
|    Contact Lenses | 248.00 |
|   TOTAL Medical Care | 498.00 |
| Parking | 288.50 |
| Personal Care | 258.08 |
|    Hair | 105.00 |
|   TOTAL Personal Care | 363.08 |
| Pet Food and Supplies | 99.35 |
| Pharmacy | 181.24 |
| Phone | 86.12 |
| Plan Payment | |
|    Bancorp | 500.00 |
|   TOTAL Plan Payment | 500.00 |
| Professional Licenses | 252.00 |
| Propane | 987.18 |
| Tuition | 7,003.50 |
| Vitamins | 39.94 |
| **TOTAL OUTFLOWS** | **54,719.14** |
| | |
| **OVERALL TOTAL** | **-54,719.14** |

## EXHIBIT E

1. **$2,417.50  Allegro Credit**:   Allegro had refused to accept payment directly from debtors. However, Allegro has agreed to accept payments through its counsel. Payments resumed in July 2021, plus an additional $200.00.

**TD Bank**
America's Most Convenient Bank®

E    STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 1 of 10 |
| Statement Period: | May 08 2022-Jun 07 2022 |
| Cust Ref #: | ***  |
| Primary Account #: | 3 |

Go paperless.
Scan the QR code to opt in to paperless statements.

## Chapter 11 Checking

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Account #    383

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 14,847.07 | Average Collected Balance | 7,343.62 |
| Electronic Deposits | 54,603.86 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 25,515.06 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 40,150.26 | Days in Period | 31 |
| Ending Balance | 3,785.61 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/09 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 050922 ATM CHECK DEPOSI<br>1 WEST ROAD    NEWTOWN    * PA | 767.00 |
| 05/10 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 051022 ATM CHECK DEPOSI<br>1 WEST ROAD    NEWTOWN    * PA | 2,572.00 |
| 05/11 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 051122 ATM CHECK DEPOSI<br>1 WEST ROAD    NEWTOWN    * PA | 8,167.00 |
| 05/12 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 051222 ATM CHECK DEPOSI<br>1 WEST ROAD    NEWTOWN    * PA | 1,000.00 |
| 05/12 | DEBIT CARD CREDIT, *****30104570106, AUT 051022 VISA DDA REF<br>NORDSTROM 0656    LANGHORNE    * PA | 24.97 |
| 05/13 | ACH DEPOSIT, VILLA JOSEPH MAR PAYROLL ****5800047787X | 921.96 |
| 05/17 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 051722 ATM CHECK DEPOSI<br>1 WEST ROAD    NEWTOWN    * PA | 333.33 |
| 05/20 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 052022 ATM CHECK DEPOSI<br>1 WEST ROAD    NEWTOWN    * PA | 14,710.06 |
| 05/27 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 052722 ATM CHECK DEPOSI<br>1 WEST ROAD    NEWTOWN    * PA | 5,600.00 |
| 05/27 | DEBIT CARD CREDIT, *****30088471644, AUT 052522 VISA DDA REF<br>MACYS  CENTER CITY    PHILADELPHIA * PA | 47.25 |
| 05/31 | ACH DEPOSIT, VILLA JOSEPH MAR PAYROLL ****2600026836X | 1,467.18 |
| 05/31 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 053122 ATM CHECK DEPOSI<br>1 WEST ROAD    NEWTOWN    * PA | 11,333.33 |

Call **1-800-937-2000** for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank. N.A. | Equal Housing Lender



**STATEMENT OF ACCOUNT**

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 3 of 10 |
| Statement Period: | May 08 2022-Jun 07 2022 |
| Cust Ref #: | ***  |
| Primary Account #: | 383 |

## DAILY ACCOUNT ACTIVITY

**Electronic Deposits (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/31 | DEBIT CARD CREDIT, *****30088471644, AUT 052822 VISA DDA REF<br>NORDSTROM 0629    KING OF PRUSS * PA | 160.59 |
| 05/31 | DEBIT CARD CREDIT, *****30088471644, AUT 052822 VISA DDA REF<br>NORDSTROM RACK 0634    KING OF PRUSS * PA | 159.97 |
| 06/02 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 060222 ATM CHECK DEPOSI<br>1 WEST ROAD    NEWTOWN    * PA | 3,000.00 |
| 06/03 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 060322 ATM CHECK DEPOSI<br>1 WEST ROAD    NEWTOWN    * PA | 972.22 |
| 06/06 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 060622 ATM CHECK DEPOSI<br>1 WEST ROAD    NEWTOWN    * PA | 3,367.00 |

Subtotal: 54,603.86

**Checks Paid**   No. Checks: 5   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 05/13 | 169 | 4,792.00 | 06/01 | 53022* | 500.00 |
| 05/26 | 171* | 936.25 | 06/01 | 53122* | 17,086.81 |
| 06/03 | 175* | 2,200.00 | | | |

Subtotal: 25,515.06

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/09 | ELECTRONIC CK PMT-ARC, US TREASURY PAYMENT 0170 | 7,094.00 |
| 05/09 | DEBIT CARD PURCHASE, *****30088471644, AUT 050722 VISA DDA PUR<br>LASCALAS FIRE VILLANOVA    VILLANOVA    * PA | 159.32 |
| 05/09 | DEBIT POS, *****30104570106, AUT 050722 DDA PURCHASE<br>NORDSTROM 0629 190 NORT    KING OF PRUSS * PA | 131.44 |
| 05/09 | DEBIT CARD PURCHASE, *****30088471644, AUT 050722 VISA DDA PUR<br>FLAIR    KING OF PRUSS * PA | 121.88 |
| 05/09 | DEBIT CARD PURCHASE, *****30088471644, AUT 050822 VISA DDA PUR<br>CAFE 72    TRENTON    * NJ | 105.17 |
| 05/09 | DEBIT POS, *****30104570106, AUT 050922 DDA PURCHASE<br>MCCAFFREYS NEWTOWN MARKE    NEWTOWN    * PA | 70.55 |
| 05/09 | DEBIT CARD PURCHASE, *****30088471644, AUT 050822 VISA DDA PUR<br>CAROUSEL GARDENS NURSERY    NEWTOWN    * PA | 52.96 |
| 05/09 | DEBIT CARD PURCHASE, *****30104570106, AUT 050522 VISA DDA PUR<br>NORMAN S 36    NEWTOWN    * PA | 43.03 |
| 05/09 | DEBIT CARD PURCHASE, *****30088471644, AUT 050622 VISA DDA PUR<br>TST PICCOLO TRATTORIA    NEWTOWN    * PA | 32.41 |
| 05/09 | DEBIT CARD PURCHASE, *****30088471644, AUT 050722 VISA DDA PUR<br>VILLANOVA STOP N SHOP    VILLANOVA    * PA | 27.04 |



**TD Bank**
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Page: 4 of 10
Statement Period: May 08 2022-Jun 07 2022
Cust Ref #: ***
Primary Account #: 83

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/09 | DEBIT CARD PURCHASE, *****30088471644, AUT 050522 VISA DDA PUR<br>NORMAN S 36    NEWTOWN    * PA | 18.40 |
| 05/09 | DEBIT CARD PURCHASE, *****30088471644, AUT 050822 VISA DDA PUR<br>NEW HOPE STREET PK    NEW HOPE    * PA | 3.50 |
| 05/10 | ACH DEBIT, ATT PAYMENT ****05002EPAYD | 390.82 |
| 05/10 | DEBIT POS, *****30088471644, AUT 051022 DDA PURCH W/CB<br>ACME 4913    NEWTOWN    * PA | 134.76 |
| 05/10 | DEBIT CARD PURCHASE, *****30088471644, AUT 050922 VISA DDA PUR<br>PTC EZ PASS AUTO RE    877 736 6727    * PA | 105.00 |
| 05/10 | DEBIT CARD PURCHASE, *****30088471644, AUT 050822 VISA DDA PUR<br>QUICK CKEK FOOD STORES    RINGOES    * NJ | 50.00 |
| 05/10 | DEBIT CARD PURCHASE, *****30104570106, AUT 050922 VISA DDA PUR<br>WAWA 8121    00081216    RICHBORO    * PA | 20.46 |
| 05/11 | CCD DEBIT, IBC EDI PAYMTS PRMAX****959597 | 2,770.49 |
| 05/11 | DEBIT CARD PURCHASE, *****30104570106, AUT 051022 VISA DDA PUR<br>SAMSCLUB 6693    LANGHORNE    * PA | 253.23 |
| 05/11 | DEBIT CARD PURCHASE, *****30088471644, AUT 051022 VISA DDA PUR<br>LUKOIL 69722    NEWTOWN    * PA | 75.00 |
| 05/11 | DEBIT CARD PURCHASE, *****30104570106, AUT 051022 VISA DDA PUR<br>TARGET    00011353    LANGHORNE    * PA | 60.46 |
| 05/11 | TD ATM DEBIT, *****30104570106, AUT 051122 DDA WITHDRAW<br>1 WEST ROAD    NEWTOWN    * PA | 50.00 |
| 05/11 | DEBIT CARD PURCHASE, *****30104570106, AUT 050922 VISA DDA PUR<br>NEWTOWN VALLEY CLEANERS    NEWTOWN    * PA | 44.45 |
| 05/11 | DEBIT POS, *****30088471644, AUT 051122 DDA PURCH W/CB<br>MCCAFFREYS NEWTOWN MARKE    NEWTOWN    * PA | 43.20 |
| 05/11 | DEBIT CARD PURCHASE, *****30104570106, AUT 051022 VISA DDA PUR<br>HOMEGOODS 422    LANGHORNE    * PA | 23.30 |
| 05/11 | DEBIT CARD PURCHASE, *****30104570106, AUT 051022 VISA DDA PUR<br>HEATHLAND    VJMHS    HTTPSHEATHLAN * PA | 8.50 |
| 05/12 | DEBIT CARD PURCHASE, *****30088471644, AUT 051022 VISA DDA PUR<br>LA STALLA RESTAURANT    NEWTOWN    * PA | 261.36 |
| 05/12 | DEBIT CARD PURCHASE, *****30104570106, AUT 051122 VISA DDA PUR<br>DAVID J WITCHELL    NEWTOWN    * PA | 105.00 |
| 05/13 | ELECTRONIC PMT-WEB, VILLA JOSEPH MAR FACTS ****00150164268 | 3,000.00 |
| 05/13 | ACH DEBIT, AUDI FINCL, TEL. TEL DEBIT PTEL****279496 | 825.00 |
| 05/13 | DEBIT CARD PURCHASE, *****30104570106, AUT 051222 VISA DDA PUR<br>SP GIANAROSECOUTURE    215 5952393    * PA | 279.94 |
| 05/13 | DEBIT CARD PURCHASE, *****30088471644, AUT 051122 VISA DDA PUR<br>PB HOLY GHOST P    215 6392102    * PA | 250.00 |
| 05/13 | DEBIT CARD PURCHASE, *****30104570106, AUT 051222 VISA DDA PUR<br>HEATHLAND    VJMHS    HTTPSHEATHLAN * PA | 8.50 |
| 05/13 | DEBIT CARD PAYMENT, *****30104570106, AUT 051122 VISA DDA PUR<br>APPLE COM BILL    408 974 1010    * CA | 2.99 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank. N.A. | Equal Housing Lender


**Bank**
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Page: 5 of 10
Statement Period: May 08 2022-Jun 07 2022
Cust Ref #: ...39-E-***
Primary Account #: ...83

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/16 | DEBIT CARD PURCHASE, *****30104570106, AUT 051422 VISA DDA PUR<br>DSW LINCOLN PLAZA    LONGHORNE   * PA | 274.90 |
| 05/16 | DEBIT CARD PURCHASE, *****30104570106, AUT 051322 VISA DDA PUR<br>DESIGN FOR VISION    NEWTOWN    * PA | 248.00 |
| 05/16 | DEBIT POS, *****30088471644, AUT 051522 DDA PURCH W/CB<br>ACME 4913      NEWTOWN    * PA | 238.40 |
| 05/16 | DEBIT CARD PURCHASE, *****30088471644, AUT 051422 VISA DDA PUR<br>NORDSTROM 0656    LANGHORNE   * PA | 209.94 |
| 05/16 | DEBIT CARD PURCHASE, *****30088471644, AUT 051522 VISA DDA PUR<br>MCCAFFREYS NEWTOWN    NEWTOWN    * PA | 174.38 |
| 05/16 | TD ATM DEBIT, *****30088471644, AUT 051422 DDA WITHDRAW<br>1 WEST ROAD      NEWTOWN    * PA | 150.00 |
| 05/16 | DEBIT CARD PURCHASE, *****30088471644, AUT 051522 VISA DDA PUR<br>JOSBANK COM      800 999 7472 * TX | 122.00 |
| 05/16 | DEBIT CARD PURCHASE, *****30104570106, AUT 051422 VISA DDA PUR<br>NORDSTROM 0656    LANGHORNE   * PA | 110.91 |
| 05/16 | DEBIT CARD PURCHASE, *****30088471644, AUT 051322 VISA DDA PUR<br>BOWMANS TAVERN    NEW HOPE   * PA | 88.64 |
| 05/16 | DEBIT CARD PURCHASE, *****30088471644, AUT 051422 VISA DDA PUR<br>LUKOIL 69722      NEWTOWN    * PA | 60.00 |
| 05/16 | DEBIT POS, *****30088471644, AUT 051422 DDA PURCH W/CB<br>CVS PHARM 07189 755 D   WRIGHTSTOWN * PA | 50.00 |
| 05/16 | DEBIT CARD PURCHASE, *****30088471644, AUT 051422 VISA DDA PUR<br>SHELL OIL 10000383017   LANGHORNE   * PA | 45.05 |
| 05/16 | DEBIT CARD PURCHASE, *****30104570106, AUT 051322 VISA DDA PUR<br>TST PICCOLO TRATTORIA  NEWTOWN    * PA | 42.63 |
| 05/16 | DEBIT CARD PURCHASE, *****30104570106, AUT 051422 VISA DDA PUR<br>NORDSTROM 0656    LANGHORNE   * PA | 34.97 |
| 05/16 | DEBIT CARD PAYMENT, *****30088471644, AUT 051522 VISA DDA PUR<br>ADOBE INC      800 8336687  * CA | 15.89 |
| 05/16 | DEBIT CARD PURCHASE, *****30088471644, AUT 051422 VISA DDA PUR<br>NORMAN S 36      NEWTOWN    * PA | 7.40 |
| 05/17 | DEBIT CARD PAYMENT, *****30088471644, AUT 051722 VISA DDA PUR<br>SXM SIRIUSXM COM ACCT   888 635 5144 * NY | 63.35 |
| 05/17 | DEBIT POS, *****30104570106, AUT 051722 DDA PURCHASE<br>SAMS CLUB SAM S CLUB   LANGHORNE   * PA | 59.40 |
| 05/17 | DEBIT CARD PURCHASE, *****30088471644, AUT 051422 VISA DDA PUR<br>DOMINICK S PIZZA ITALI  WSHNGTN XING * PA | 54.06 |
| 05/17 | DEBIT CARD PURCHASE, *****30104570106, AUT 051622 VISA DDA PUR<br>HEATHLAND VJMHS    HTTPSHEATHLAN * PA | 8.50 |
| 05/18 | DEBIT POS, *****30088471644, AUT 051722 DDA PURCH W/CB<br>PETSMART 1479    NEWTOWN    * PA | 99.35 |
| 05/18 | DEBIT CARD PURCHASE, *****30088471644, AUT 051722 VISA DDA PUR<br>MACYS CENTER CITY    PHILADELPHIA * PA | 47.36 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

**TD Bank**
America's Most Convenient Bank®

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

**STATEMENT OF ACCOUNT**

Page: 7 of 10
Statement Period: May 08 2022-Jun 07 2022
Cust Ref #: ***
Primary Account #: 83

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 05/25 | ELECTRONIC PMT-WEB, PECO ENERGY COMP BILLPAY PECO ENERGY COM | 439.38 |
| 05/25 | DEBIT CARD PURCHASE, *****30088471644, AUT 052422 VISA DDA PUR LUKOIL 69722    NEWTOWN    * PA | 60.01 |
| 05/25 | DEBIT CARD PURCHASE, *****30104570106, AUT 052422 VISA DDA PUR WAWA 8121   00081216   RICHBORO   * PA | 50.28 |
| 05/25 | DEBIT CARD PURCHASE, *****30104570106, AUT 052122 VISA DDA PUR SHOPHQ 154009396    800 884 2212 * MN | 39.94 |
| 05/25 | ELECTRONIC PMT-TEL, REPAY MBFS CF D000142166 | 15.00 |
| 05/25 | DEBIT CARD PURCHASE, *****30104570106, AUT 052422 VISA DDA PUR HEATHLAND  VJMHS    HTTPSHEATHLAN * PA | 8.50 |
| 05/26 | DEBIT CARD PURCHASE, *****30088471644, AUT 052522 VISA DDA PUR NORDSTROM DIRECT  0808    800 285 5800  * IA | 399.00 |
| 05/26 | DEBIT CARD PURCHASE, *****30088471644, AUT 052522 VISA DDA PUR SALOON       PHILADELPHIA  * PA | 228.56 |
| 05/26 | DEBIT CARD PURCHASE, *****30104570106, AUT 052522 VISA DDA PUR WAWA 8121   00081216   RICHBORO   * PA | 15.66 |
| 05/27 | DEBIT CARD PURCHASE, *****30088471644, AUT 052522 VISA DDA PUR SQ  FAMILY SOLUTION    877 417 4551 * MD | 125.00 |
| 05/27 | DEBIT CARD PURCHASE, *****30104570106, AUT 052622 VISA DDA PUR CVS PHARMACY 07189    NEWTOWN   * PA | 106.25 |
| 05/27 | DEBIT CARD PURCHASE, *****30088471644, AUT 052522 VISA DDA PUR 700 ROUTE 73 NORTH    PALMYRA   * NJ | 56.43 |
| 05/27 | DEBIT CARD PURCHASE, *****30104570106, AUT 052522 VISA DDA PUR NEWTOWN VALLEY CLEANERS    NEWTOWN    * PA | 39.05 |
| 05/27 | DEBIT CARD PURCHASE, *****30088471644, AUT 052522 VISA DDA PUR 06346 12 S 23RD STREE    PHILADELPHIA  * PA | 15.00 |
| 05/31 | ELECTRONIC PMT-WEB, IRS USATAXPYMT ****55101777025 | 8,000.00 |
| 05/31 | DEBIT CARD PURCHASE, *****30088471644, AUT 052622 VISA DDA PUR PB  HOLY GHOST P    215 6392102  * PA | 375.00 |
| 05/31 | DEBIT CARD PURCHASE, *****30088471644, AUT 052822 VISA DDA PUR NORDSTROM RACK  0634    KING OF PRUSS * PA | 329.59 |
| 05/31 | CCD DEBIT, CPFACH FUND ACCTT ****00000387210 | 252.00 |
| 05/31 | DEBIT POS, *****30088471644, AUT 052922 DDA PURCH W/CB ACME 4913       NEWTOWN   * PA | 205.29 |
| 05/31 | DEBIT CARD PURCHASE, *****30088471644, AUT 052722 VISA DDA PUR ROCCOS AT THE BRICK    NEWTOWN   * PA | 191.77 |
| 05/31 | DEBIT POS, *****30088471644, AUT 052922 DDA PURCH W/CB MCCAFFREYS NEWTOWN MARKE   NEWTOWN    * PA | 169.68 |
| 05/31 | DEBIT CARD PURCHASE, *****30104570106, AUT 052822 VISA DDA PUR JANIE AND JACK 960    KING OF PRUSS * PA | 147.95 |
| 05/31 | DEBIT CARD PURCHASE, *****30088471644, AUT 052822 VISA DDA PUR NORDSTROM  0629    KING OF PRUSS * PA | 87.00 |



**TD Bank**
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Page: 8 of 10
Statement Period: May 08 2022-Jun 07 2022
Cust Ref #: 039-E-***
Primary Account #: 51383

---

### DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/31 | DEBIT POS, *****30104570106, AUT 053122 DDA PURCHASE<br>WINE AND SPIRITS 0945    RICHBORO    * PA | 77.32 |
| 05/31 | DEBIT CARD PURCHASE, *****30088471644, AUT 052922 VISA DDA PUR<br>SMITH S ACE HRDW NEWTOWN    NEWTOWN    * PA | 20.12 |
| 05/31 | DEBIT CARD PURCHASE, *****30088471644, AUT 053022 VISA DDA PUR<br>MCCAFFREYS NEWTOWN    NEWTOWN    * PA | 3.99 |
| 06/01 | DEBIT CARD PURCHASE, *****30088471644, AUT 053122 VISA DDA PUR<br>LA STALLA RESTAURANT    NEWTOWN    * PA | 191.24 |
| 06/01 | DEBIT CARD PURCHASE, *****30088471644, AUT 053022 VISA DDA PUR<br>SHELL OIL 57545712101    NEWTOWN    * PA | 20.81 |
| 06/02 | DEBIT CARD PURCHASE, *****30088471644, AUT 060122 VISA DDA PUR<br>SQ  FAMILY SOLUTION    877 417 4551 * MD | 125.00 |
| 06/02 | DEBIT CARD PURCHASE, *****30088471644, AUT 053122 VISA DDA PUR<br>VIGILANTES LIBERTY    BENSALEM    * PA | 100.47 |
| 06/02 | DEBIT CARD PURCHASE, *****30088471644, AUT 060122 VISA DDA PUR<br>BFM ALARM SYSTEMS INC    215 364 7160  * PA | 69.00 |
| 06/02 | DEBIT CARD PURCHASE, *****30088471644, AUT 060122 VISA DDA PUR<br>WAWA 8071    00080713    PLYMOUTH MEET * PA | 26.16 |
| 06/02 | DEBIT CARD PURCHASE, *****30088471644, AUT 060122 VISA DDA PUR<br>NORRISTOWN PA PARKING    NORRISTOWN    * PA | 4.50 |
| 06/03 | DEBIT CARD PURCHASE, *****30104570106, AUT 052922 VISA DDA PUR<br>SHOPHQ  41114242    800 884 2212  * MN | 94.94 |
| 06/03 | DEBIT CARD PURCHASE, *****30088471644, AUT 060122 VISA DDA PUR<br>VILLA ROSA ITALIAN RESTA    YARDLEY    * PA | 54.26 |
| 06/03 | DEBIT POS, *****30104570106, AUT 060322 DDA PURCH W/CB<br>MCCAFFREYS NEWTOWN MARKE    NEWTOWN    * PA | 37.23 |
| 06/03 | DEBIT CARD PURCHASE, *****30104570106, AUT 060222 VISA DDA PUR<br>CVS PHARMACY  07189    NEWTOWN    * PA | 14.68 |
| 06/06 | ELECTRONIC PMT-TEL, MBFS 8006546222 D000148764 ****242345001 | 829.00 |
| 06/06 | DEBIT CARD PURCHASE, *****30088471644, AUT 060422 VISA DDA PUR<br>NATL STDT LEAD CONF    800 994 6752  * IL | 541.00 |
| 06/06 | DEBIT CARD PURCHASE, *****30088471644, AUT 060322 VISA DDA PUR<br>ROCCOS AT THE BRICK    NEWTOWN    * PA | 365.43 |
| 06/06 | ACH DEBIT, COMCAST 8499102 050017305 4267667 | 330.51 |
| 06/06 | DEBIT CARD PURCHASE, *****30104570106, AUT 060322 VISA DDA PUR<br>SAMSCLUB  6693    LANGHORNE    * PA | 212.45 |
| 06/06 | DEBIT CARD PURCHASE, *****30088471644, AUT 060322 VISA DDA PUR<br>NEWTOWN FLORAL COMPANY    215 968 9555  * PA | 181.21 |
| 06/06 | DEBIT CARD PURCHASE, *****30088471644, AUT 060522 VISA DDA PUR<br>LA STALLA RESTAURANT    NEWTOWN    * PA | 152.46 |
| 06/06 | DEBIT POS, *****30104570106, AUT 060622 DDA PURCH W/CB<br>MCCAFFREYS NEWTOWN MARKE    NEWTOWN    * PA | 101.54 |
| 06/06 | DEBIT CARD PURCHASE, *****30088471644, AUT 060322 VISA DDA PUR<br>LUKOIL 69722    NEWTOWN    * PA | 75.00 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**TD Bank**
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 9 of 10 |
| Statement Period: | May 08 2022-Jun 07 2022 |
| Cust Ref #: | )39-F-*** |
| Primary Account #: | 383 |

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/06 | DEBIT CARD PURCHASE, *****30104570106, AUT 060322 VISA DDA PUR LUKOIL 69722    NEWTOWN    * PA | 75.00 |
| 06/06 | DEBIT CARD PURCHASE, *****30088471644, AUT 060522 VISA DDA PUR MAYFAIR DINER    PHILADELPHIA * PA | 43.66 |
| 06/06 | DEBIT CARD PURCHASE, *****30104570106, AUT 060222 VISA DDA PUR ACME 4913    NEWTOWN    * PA | 33.35 |
| 06/06 | DEBIT CARD PURCHASE, *****30104570106, AUT 060322 VISA DDA PUR HOMEGOODS 422    LANGHORNE    * PA | 32.76 |
| 06/06 | DEBIT CARD PURCHASE, *****30104570106, AUT 060322 VISA DDA PUR SHELL OIL 57545712101    NEWTOWN    * PA | 25.00 |
| 06/06 | ELECTRONIC PMT-TEL, REPAY MBFS CF D000148770 | 15.00 |
| 06/06 | DEBIT CARD PURCHASE, *****30088471644, AUT 060422 VISA DDA PUR OWOWCOW CREAMERY WRIGHTS    NEWTOWN    * PA | 14.11 |
| 06/06 | DEBIT CARD PURCHASE, *****30088471644, AUT 060422 VISA DDA PUR THE LOGAN PHILA FB    PHILADELPHIA * PA | 10.64 |
| 06/07 | DEBIT CARD PURCHASE, *****30088471644, AUT 060622 VISA DDA PUR MCCAFFREYS NEWTOWN    NEWTOWN    * PA | 15.62 |
| | Subtotal: | 40,150.26 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 05/07 | 14,847.07 | 05/23 | 17,901.56 |
| 05/09 | 7,754.37 | 05/24 | 14,500.93 |
| 05/10 | 9,625.33 | 05/25 | 13,037.82 |
| 05/11 | 14,463.70 | 05/26 | 11,458.35 |
| 05/12 | 15,122.31 | 05/27 | 16,763.87 |
| 05/13 | 6,885.84 | 05/31 | 20,025.23 |
| 05/16 | 5,012.73 | 06/01 | 2,226.37 |
| 05/17 | 5,160.75 | 06/02 | 4,901.24 |
| 05/18 | 5,014.04 | 06/03 | 3,472.35 |
| 05/19 | 4,685.83 | 06/06 | 3,801.23 |
| 05/20 | 18,928.08 | 06/07 | 3,785.61 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured I TD Bank. N.A. I Equal Housing Lender



STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Page: 10 of 10
Statement Period: May 08 2022-Jun 07 2022
Cust Ref #: 9-E-***
Primary Account #: 383

| | | |
|---|---|---|
| #169 | 05/13 | $4,792.00 |
| #171 | 05/26 | $936.25 |
| #175 | 06/03 | $2,200.00 |
| #53022 | 06/01 | $500.00 |
| #53122 | 06/01 | $17,086.81 |