**Fill in this information to identify the case:**

Debtor Name  Richard and Alyse Johnson

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number: 21-10054

☐ Check if this is an amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: __June 2022__

Date report filed: __07/20/2022__
MM / DD / YYYY

Line of business: __Attorney__

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:          Richard W. Johnson, Jr.

Original signature of responsible party  _[signature]_

Printed name of responsible party  _Richard W. Johnson, Jr._

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Richard and Alyse Johnson

Case number  21-10054

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$  11,260.19

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$  57,476.10

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

– $  55,916.05

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $  1,560.05

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $  12,820.24

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

$  2,217.50

*(Exhibit E)*

Debtor Name  Richard and Alyse Johnson

Case number  21-10054

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F.* Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                    $ _____ 0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?          _____ 0

27. What is the number of employees as of the date of this monthly report?   _____ 0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ 29,770.00

30. How much have you paid this month in other professional fees?          $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?          $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 45,000.00 | − | $ 57,476.10 | = | $ -12,476.10 |
| 33. **Cash disbursements** | $ 29,500.00 | − | $ 55,916.05 | = | $ -26,416.05 |
| 34. **Net cash flow** | $ 15,500.00 | − | $ 1,560.05 | = | $ 13,939.95 |

35. Total projected cash receipts for the next month:          $ 51,000.00

36. Total projected cash disbursements for the next month:       - $ 29,500.00

37. Total projected net cash flow for the next month:          = $ 21,500.00

Debtor Name  Richard and Alyse Johnson

Case number 21-10054

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

Exhibit A – N/A

**EXHIBIT  B**

10.     Husband is an attorney who maintains an active IOLTA account in PA and an Attorney
        Trust Account in NJ.

# Exhibit C

Cash Flow - Last month
6/1/2022 through 6/30/2022

7/19/2022                                                                                                    Page 1

| Category | 6/1/2022-6/30/2022 |
| --- | --- |
| **INFLOWS** | |
| Dividend Income | 17.60 |
| Income (RWJ) | 54,136.55 |
| Paycheck (AMJ) | 1,633.88 |
| Refund (Not Income) | 1,320.00 |
| Tax Refund (2021 - Fed) | 368.07 |
| **TOTAL INFLOWS** | **57,476.10** |
| **OVERALL TOTAL** | **57,476.10** |

# Exhibit D

Cash Flow - Last month
6/1/2022 through 6/30/2022

7/20/2022                                                                                                Page 1

| Category | 6/1/2022-6/30/2022 |
| --- | --- |
| **OUTFLOWS** | |
| 2022 Fed Tax | |
| Estimated Payment | 8,000.00 |
| TOTAL 2022 Fed Tax | 8,000.00 |
| 2022 State Tax | |
| Estimated Payment | 2,000.00 |
| TOTAL 2022 State Tax | 2,000.00 |
| Alarm System | 69.00 |
| Allegro Payment | 936.35 |
| Appliances | |
| Dryer | 930.36 |
| TOTAL Appliances | 930.36 |
| Auto | |
| Fuel | 1,021.21 |
| Insurance | 317.33 |
| Lease | 825.00 |
| Lease (Business) | 844.00 |
| Radio | 63.35 |
| TOTAL Auto | 3,070.89 |
| Auto & Transport | |
| Tolls | 105.00 |
| TOTAL Auto & Transport | 105.00 |
| Bank Charges | 35.00 |
| Birth Certificate | 30.00 |
| Business Meals | 864.85 |
| Cable And Internet | 330.51 |
| Cash | 450.00 |
| Cell Phone | 393.81 |
| Check Printing | 30.05 |
| Clothing | 811.69 |
| College Expenses | 4,308.00 |
| Dry Cleaning | 89.90 |
| Electric | 311.49 |
| Flowers | 181.21 |
| Food | 1,158.59 |
| Greeting Cards | 21.37 |

Cash Flow - Last month
6/1/2022 through 6/30/2022

7/20/2022                                                                                          Page 2

| Category | 6/1/2022-6/30/2022 |
|---|---|
| Groceries | 1,565.22 |
| Health Insurance | 2,770.49 |
| Home | |
|     Home Improvement | 236.69 |
|     Services - Maintenance | 190.80 |
|     TOTAL Home | 427.49 |
| Household Supplies | 263.37 |
| Internet Service | 7.99 |
| Life Insurance | 418.38 |
| Medical Care | 345.40 |
| Movie Tickets | 32.61 |
| Office Expenses (Business) | 15.89 |
| Parking | 6.50 |
| Personal Care | 90.00 |
| Pet Food and Supplies | 28.04 |
| Pets | |
|     Vet | 31.36 |
|     TOTAL Pets | 31.36 |
| Pharmacy | 55.67 |
| Plan Payment | |
|     Council Rock | 440.00 |
|     IRS | 18,395.00 |
|     PA-Rev | 4,605.00 |
|     Wrightstown | 590.00 |
|     TOTAL Plan Payment | 24,030.00 |
| Shopping | |
|     Books | 23.63 |
|     TOTAL Shopping | 23.63 |
| Tuition | 1,581.00 |
| Vitamins | 94.94 |
| **TOTAL OUTFLOWS** | **55,916.05** |
| | |
| **OVERALL TOTAL** | **-55,916.05** |

**EXHIBIT E**

1.  **$2,217.50  Allegro Credit**:   Allegro had refused to accept payment directly from debtors. However, Allegro has agreed to accept payments through its counsel. Payments resumed in July 2021, plus an additional $200.00.



# TD Bank

America's Most Convenient Bank®

E      STATEMENT OF ACCOUNT

**Go paperless.**
Scan the QR code to opt in to paperless statements.

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 1 of 10 |
| Statement Period: | Jun 08 2022-Jul 07 2022 |
| Cust Ref #: | |
| Primary Account #: | 83 |

## Chapter 11 Checking

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Account #            83

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 3,785.61 | Average Collected Balance | 13,586.47 |
| Deposits | 368.07 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 76,382.72 | Interest Paid Year-to-Date | 0.00 |
| Other Credits | 1,000.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |
| Checks Paid | 8,571.25 | | |
| Electronic Payments | 26,907.30 | | |
| Other Withdrawals | 2,143.00 | | |
| Ending Balance | 43,914.85 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $35.00 | $35.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/08 | DEPOSIT | 368.07 |
| | Subtotal: | 368.07 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/08 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 060822 ATM CHECK DEPOSI<br>1 WEST ROAD          NEWTOWN      * PA | 2,650.00 |
| 06/10 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 061022 ATM CHECK DEPOSI<br>1 WEST ROAD          NEWTOWN      * PA | 4,113.33 |
| 06/14 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 061422 ATM CHECK DEPOSI<br>1 WEST ROAD          NEWTOWN      * PA | 2,000.00 |
| 06/14 | ATM CHECK DEPOSIT, *****30104570106<br>AUT 061422 ATM CHECK DEPOSI<br>1 WEST ROAD          NEWTOWN      * PA | 8.80 |
| 06/15 | ACH DEPOSIT, VILLA JOSEPH MAR PAYROLL ****4700044252X | 1,087.32 |
| 06/22 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 062222 ATM CHECK DEPOSI<br>1 WEST ROAD          NEWTOWN      * PA | 14,000.00 |

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| **1** Ending Balance | 43,914.85 |
| **2** Total Deposits | + |
| **3** Sub Total | |
| **4** Total Withdrawals | - |
| **5** Adjusted Balance | |

| **2** DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | **2** |

| **4** WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | **4** |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 3 of 10 |
| Statement Period: | Jun 08 2022-Jul 07 2022 |
| Cust Ref #: | 9-E-*** |
| Primary Account #: | 683 |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/27 | DEBIT CARD CREDIT, *****30088471644, AUT 062322 VISA DDA REF<br>NORDSTROM  0637          CHERRY HILL  * NJ | 320.00 |
| 06/28 | ATM CHECK DEPOSIT, *****30104570106<br>AUT 062822 ATM CHECK DEPOSI<br>1 WEST ROAD          NEWTOWN      * PA | 8.80 |
| 06/29 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 062922 ATM CHECK DEPOSI<br>1 WEST ROAD          NEWTOWN      * PA | 15,367.00 |
| 06/30 | ACH DEPOSIT, VILLA JOSEPH MAR PAYROLL ****1700025535X | 546.56 |
| 06/30 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 063022 ATM CHECK DEPOSI<br>1 WEST ROAD          NEWTOWN      * PA | 8,667.00 |
| 07/05 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 070222 ATM CHECK DEPOSI<br>1 WEST ROAD          NEWTOWN      * PA | 3,333.33 |
| 07/05 | DEBIT CARD CREDIT, *****30088471644, AUT 070222 VISA DDA REF<br>BEST BUY MHT  00005777      FAIRLESS HILL * PA | 63.58 |
| 07/06 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 070622 ATM CHECK DEPOSI<br>1 WEST ROAD          NEWTOWN      * PA | 11,467.00 |
| 07/07 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 070722 ATM CHECK DEPOSI<br>1 WEST ROAD          NEWTOWN      * PA | 6,750.00 |
| 07/07 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 070722 ATM CHECK DEPOSI<br>1 WEST ROAD          NEWTOWN      * PA | 6,000.00 |
| | Subtotal: | 76,382.72 |

### Other Credits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/09 | RETURNED ITEM | 1,000.00 |
| | Subtotal: | 1,000.00 |

### Checks Paid       No. Checks: 6

*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 06/08 | 173 | 1,000.00 | 06/28 | 177 | 590.00 |
| 06/21 | 174 | 936.25 | 07/06 | 179* | 1,000.00 |
| 06/28 | 176* | 440.00 | 07/05 | 181* | 4,605.00 |
| | | | | Subtotal: | 8,571.25 |



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 4 of 10 |
| Statement Period: | Jun 08 2022-Jul 07 2022 |
| Cust Ref #: | 9-E-*** |
| Primary Account #: | '83 |

---

### DAILY ACCOUNT ACTIVITY

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/08 | CCD DEBIT, IBC EDI PAYMTS PRMAX****021914 | 2,770.49 |
| 06/08 | DEBIT CARD PURCHASE, *****30088471644, AUT 060722 VISA DDA PUR LUKOIL 69722          NEWTOWN       * PA | 67.51 |
| 06/08 | DEBIT CARD PURCHASE, *****30104570106, AUT 060722 VISA DDA PUR NEWTOWN VETERINARY HOSP    NEWTOWN       * PA | 31.36 |
| 06/08 | DEBIT CARD PURCHASE, *****30104570106, AUT 060622 VISA DDA PUR NEWTOWN VALLEY CLEANERS    NEWTOWN       * PA | 27.40 |
| 06/08 | DEBIT CARD PURCHASE, *****30104570106, AUT 060622 VISA DDA PUR NORMAN S  36          NEWTOWN       * PA | 21.37 |
| 06/09 | ACH DEBIT, ATT PAYMENT ****40002EPAYI | 390.82 |
| 06/09 | DEBIT CARD PURCHASE, *****30088471644, AUT 060722 VISA DDA PUR NORDSTROM DIRECT  0808     800 285 5800 * IA | 160.00 |
| 06/09 | DEBIT CARD PURCHASE, *****30104570106, AUT 060822 VISA DDA PUR MCCAFFREYS NEWTOWN        NEWTOWN       * PA | 68.46 |
| 06/10 | DEBIT CARD PURCHASE, *****30088471644, AUT 060822 VISA DDA PUR ACME 4913          NEWTOWN       * PA | 27.48 |
| 06/10 | DEBIT CARD PURCHASE, *****30088471644, AUT 060822 VISA DDA PUR ACME 4913          NEWTOWN       * PA | 10.09 |
| 06/13 | ACH DEBIT, AUDI FINCL, TEL. TEL  DEBIT PTEL****279496 | 825.00 |
| 06/13 | DEBIT POS, *****30088471644, AUT 061222 DDA PURCH W/CB ACME 4913          NEWTOWN       * PA | 241.43 |
| 06/13 | DEBIT CARD PURCHASE, *****30088471644, AUT 061222 VISA DDA PUR MCCAFFREYS NEWTOWN        NEWTOWN       * PA | 217.42 |
| 06/13 | DEBIT CARD PURCHASE, *****30088471644, AUT 061022 VISA DDA PUR HARVEST SEASONAL        NEWTOWN       * PA | 168.10 |
| 06/13 | DEBIT CARD PURCHASE, *****30088471644, AUT 061022 VISA DDA PUR HARVEST SEASONAL        NEWTOWN       * PA | 129.74 |
| 06/13 | DEBIT CARD PURCHASE, *****30104570106, AUT 061022 VISA DDA PUR BEYOND NAILS          NEWTOWN       * PA | 90.00 |
| 06/13 | DEBIT CARD PURCHASE, *****30088471644, AUT 061122 VISA DDA PUR VIGILANTES LIBERTY        BENSALEM     * PA | 75.01 |
| 06/13 | DEBIT CARD PURCHASE, *****30104570106, AUT 060922 VISA DDA PUR OWOWCOW CREAMERY WRIGHTS    NEWTOWN       * PA | 45.32 |
| 06/13 | DEBIT CARD PURCHASE, *****30104570106, AUT 061022 VISA DDA PUR LUKOIL 69722          NEWTOWN       * PA | 40.01 |
| 06/13 | DEBIT CARD PURCHASE, *****30088471644, AUT 061122 VISA DDA PUR AMC 0068 MARKETFAIR 10     PRINCETON    * NJ | 32.61 |
| 06/13 | DEBIT POS, *****30104570106, AUT 061322 DDA PURCH W/CB ACME 4913          NEWTOWN       * PA | 31.41 |
| 06/13 | DEBIT CARD PURCHASE, *****30088471644, AUT 061122 VISA DDA PUR CHICK FIL A  01411        NEWTOWN       * PA | 15.05 |
| 06/13 | DEBIT CARD PAYMENT, *****30104570106, AUT 061122 VISA DDA PUR APPLE COM BILL       408 974 1010 * CA | 2.99 |
| 06/14 | ELECTRONIC PMT-WEB, COMMWLTHOFPAPATH PAINDIVLTX PATH2156849 | 1,000.00 |

 **Bank**

America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Page:                          5 of 10
Statement Period:    Jun 08 2022-Jul 07 2022
Cust Ref #:                            -***
Primary Account #:

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/14 | DEBIT POS, *****30104570106, AUT 061422 DDA PURCH W/CB<br>CVS PHARM 07189  755 D    WRIGHTSTOWN   * PA | 40.99 |
| 06/14 | DEBIT CARD PURCHASE, *****30088471644, AUT 061222 VISA DDA PUR<br>ACME 4913            NEWTOWN      * PA | 8.47 |
| 06/15 | ELECTRONIC PMT-WEB, PECO ENERGY COMP BILLPAY PECO ENERGY<br>COM | 311.49 |
| 06/15 | DEBIT CARD PURCHASE, *****30088471644, AUT 061422 VISA DDA PUR<br>THE LAND CREW INC     215 3690692  * PA | 190.80 |
| 06/15 | DEBIT CARD PURCHASE, *****30088471644, AUT 061322 VISA DDA PUR<br>NORDSTROM DIRECT 0808    800 285 5800 * IA | 160.00 |
| 06/15 | DEBIT CARD PURCHASE, *****30088471644, AUT 061422 VISA DDA PUR<br>LUKOIL 69722         NEWTOWN      * PA | 75.00 |
| 06/16 | DEBIT CARD PURCHASE, *****30104570106, AUT 061422 VISA DDA PUR<br>LA CHELE MEDICAL AESTH    NEW HOPE    * PA | 95.40 |
| 06/16 | DEBIT CARD PURCHASE, *****30104570106, AUT 061422 VISA DDA PUR<br>NEWTOWN VALLEY CLEANERS    NEWTOWN      * PA | 62.50 |
| 06/16 | DEBIT CARD PAYMENT, *****30088471644, AUT 061522 VISA DDA PUR<br>ADOBE INC           800 8336687  * CA | 15.89 |
| 06/17 | TD ATM DEBIT, *****30088471644, AUT 061722 DDA WITHDRAW<br>1 WEST ROAD          NEWTOWN      * PA | 200.00 |
| 06/17 | DEBIT POS, *****30104570106, AUT 061722 DDA PURCHASE<br>THE HOME DEPOT 4102     FAIRLESS HILL * PA | 187.97 |
| 06/17 | DEBIT CARD PURCHASE, *****30088471644, AUT 061522 VISA DDA PUR<br>LA STALLA RESTAURANT     NEWTOWN      * PA | 179.58 |
| 06/17 | DEBIT POS, *****30104570106, AUT 061722 DDA PURCH W/CB<br>MCCAFFREYS NEWTOWN MARKE   NEWTOWN      * PA | 34.73 |
| 06/21 | DEBIT CARD PURCHASE, *****30088471644, AUT 061722 VISA DDA PUR<br>NATL STDT LEAD CONF      800 994 6752 * IL | 540.00 |
| 06/21 | DEBIT CARD PURCHASE, *****30088471644, AUT 061922 VISA DDA PUR<br>PJ S  EWING TWP         TRENTON      * NJ | 198.28 |
| 06/21 | DEBIT CARD PURCHASE, *****30104570106, AUT 061722 VISA DDA PUR<br>DICK S SPORTING GOODS     FAIRLESS HILL * PA | 165.97 |
| 06/21 | DEBIT CARD PURCHASE, *****30088471644, AUT 061722 VISA DDA PUR<br>NORDSTROM DIRECT 0808    800 285 5800 * IA | 160.00 |
| 06/21 | DEBIT CARD PAYMENT, *****30088471644, AUT 061722 VISA DDA PUR<br>SXM SIRIUSXM COM ACCT    888 635 5144 * NY | 63.35 |
| 06/21 | DEBIT CARD PURCHASE, *****30104570106, AUT 061722 VISA DDA PUR<br>WAWA 8020   00080200    LEVITTOWN    * PA | 63.00 |
| 06/21 | DEBIT CARD PURCHASE, *****30088471644, AUT 061922 VISA DDA PUR<br>FRENCHTOWN CITGO       FRENCHTOWN   * NJ | 57.05 |
| 06/21 | DEBIT CARD PURCHASE, *****30088471644, AUT 061822 VISA DDA PUR<br>THE HOME DEPOT 4102     FAIRLESS HILL * PA | 48.72 |
| 06/21 | DEBIT CARD PURCHASE, *****30104570106, AUT 061822 VISA DDA PUR<br>BARNES  NOBLE 2697     FAIRLESS HILL * PA | 23.63 |


**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Page:                                          6 of 10
Statement Period:        Jun 08 2022-Jul 07 2022
Cust Ref #:                                  E-***
Primary Account #:

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/21 | DEBIT CARD PURCHASE, *****30088471644, AUT 062022 VISA DDA PUR<br>LUKOIL 69722          NEWTOWN        * PA | 22.84 |
| 06/21 | DEBIT CARD PURCHASE, *****30088471644, AUT 061922 VISA DDA PUR<br>MOO HOPE ICE CREAM      NEW HOPE      * PA | 20.14 |
| 06/21 | DEBIT CARD PAYMENT, *****30088471644, AUT 061822 VISA DDA PUR<br>AOL  SERVICE        800 827 6364 * VA | 7.99 |
| 06/21 | DEBIT CARD PURCHASE, *****30088471644, AUT 061622 VISA DDA PUR<br>BILLS STEAKS AND HOAGI      PHILADELPHIA  * PA | 5.67 |
| 06/21 | DEBIT CARD PURCHASE, *****30088471644, AUT 061922 VISA DDA PUR<br>NEW HOPE INVESTMENT PROP    NEW HOPE      * PA | 2.00 |
| 06/22 | ELECTRONIC PMT-WEB, NORTHWESTERN MU PAYMNT WEB ****423-02 | 418.38 |
| 06/22 | DEBIT CARD PAYMENT, *****30088471644, AUT 062122 VISA DDA PUR<br>STATE FARM  INSURANCE      800 956 6310 * IL | 317.33 |
| 06/22 | TD ATM DEBIT, *****30088471644, AUT 062222 DDA WITHDRAW<br>1 WEST ROAD          NEWTOWN        * PA | 200.00 |
| 06/22 | DEBIT CARD PURCHASE, *****30088471644, AUT 062022 VISA DDA PUR<br>IRON HILL BREWERY  REST   NEWTOWN        * PA | 158.75 |
| 06/22 | DEBIT CARD PURCHASE, *****30104570106, AUT 062122 VISA DDA PUR<br>MCCAFFREYS NEWTOWN        NEWTOWN        * PA | 98.75 |
| 06/22 | DEBIT CARD PURCHASE, *****30088471644, AUT 062122 VISA DDA PUR<br>LA STALLA MARKET        NEWTOWN        * PA | 20.98 |
| 06/23 | DEBIT CARD PURCHASE, *****30088471644, AUT 062222 VISA DDA PUR<br>SQ  FAMILY SOLUTION      877 417 4551 * MD | 125.00 |
| 06/23 | DEBIT CARD PURCHASE, *****30088471644, AUT 062122 VISA DDA PUR<br>VIGILANTES LIBERTY        BENSALEM      * PA | 44.00 |
| 06/23 | DEBIT CARD PURCHASE, *****30104570106, AUT 062122 VISA DDA PUR<br>ACME 4913          NEWTOWN        * PA | 28.54 |
| 06/23 | DEBIT CARD PURCHASE, *****30104570106, AUT 062122 VISA DDA PUR<br>CHICK FIL A  01411      NEWTOWN        * PA | 19.80 |
| 06/24 | DEBIT CARD PURCHASE, *****30104570106, AUT 062322 VISA DDA PUR<br>MARSHALLS  1324        NEWARK        * DE | 165.72 |
| 06/24 | DEBIT POS, *****30088471644, AUT 062322 DDA PURCH W/CB<br>ACME 4913          NEWTOWN        * PA | 150.78 |
| 06/24 | ACH DEBIT, HARLAND CLARKE CHK ORDERS *Y*N**860374100 | 30.05 |
| 06/24 | DEBIT CARD PURCHASE, *****30104570106, AUT 062322 VISA DDA PUR<br>PA DOH BHSR        717 783 2548  * PA | 30.00 |
| 06/24 | DEBIT CARD PURCHASE, *****30104570106, AUT 062322 VISA DDA PUR<br>TARGET    00015412      PIKESVILLE  * MD | 18.16 |
| 06/27 | DEBIT POS, *****30088471644, AUT 062622 DDA PURCHASE<br>BEST BUY   00005777      FAIRLESS HILL * PA | 930.36 |
| 06/27 | DEBIT POS, *****30088471644, AUT 062722 DDA PURCH W/CB<br>ACME 4913          NEWTOWN        * PA | 154.95 |
| 06/27 | DEBIT CARD PURCHASE, *****30088471644, AUT 062322 VISA DDA PUR<br>ROCCOS AT THE BRICK      NEWTOWN        * PA | 147.28 |



**TD Bank**

America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 7 of 10 |
| Statement Period: | Jun 08 2022-Jul 07 2022 |
| Cust Ref #: | -E-*** |
| Primary Account #: | |

---

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/27 | DEBIT CARD PURCHASE, *****30088471644, AUT 062422 VISA DDA PUR<br>EXXONMOBIL 47869508     BALTIMORE   * MD | 83.50 |
| 06/27 | DEBIT POS, *****30104570106, AUT 062422 DDA PURCHASE<br>CROSS KEYS              BALTIMORE   * MD | 70.85 |
| 06/27 | DEBIT CARD PURCHASE, *****30088471644, AUT 062422 VISA DDA PUR<br>MCDONALD S F3217       ABERDEEN    * MD | 42.21 |
| 06/27 | DEBIT CARD PURCHASE, *****30088471644, AUT 062322 VISA DDA PUR<br>BILLS STEAKS AND HOAGI    PHILADELPHIA  * PA | 18.23 |
| 06/27 | DEBIT CARD PURCHASE, *****30088471644, AUT 062522 VISA DDA PUR<br>CHIPOTLE ONLINE        CHIPOTLE COM  * CA | 17.81 |
| 06/27 | DEBIT CARD PURCHASE, *****30088471644, AUT 062422 VISA DDA PUR<br>BURGER KING 4DE        NEWARK      * DE | 15.19 |
| 06/28 | DEBIT POS, *****30104570106, AUT 062822 DDA PURCH W/CB<br>MCCAFFREYS NEWTOWN MARKE   NEWTOWN    * PA | 100.62 |
| 06/28 | DEBIT CARD PURCHASE, *****30088471644, AUT 062622 VISA DDA PUR<br>OWOWCOW CREAMERY WRIGHTS    NEWTOWN    * PA | 64.00 |
| 06/28 | DEBIT CARD PURCHASE, *****30088471644, AUT 062622 VISA DDA PUR<br>SUNOCO 8001035802        TRENTON    * NJ | 42.34 |
| 06/29 | DEBIT POS, *****30088471644, AUT 062922 DDA PURCH W/CB<br>MCCAFFREYS NEWTOWN MARKE   NEWTOWN    * PA | 156.46 |
| 06/29 | DEBIT CARD PURCHASE, *****30088471644, AUT 062722 VISA DDA PUR<br>TST PICCOLO TRATTORIA     NEWTOWN    * PA | 69.92 |
| 06/29 | DEBIT CARD PURCHASE, *****30104570106, AUT 062822 VISA DDA PUR<br>DOGS CATS RULE NEWTOWN    NEWTOWN    * PA | 28.04 |
| 06/30 | DEBIT CARD PURCHASE, *****30104570106, AUT 062922 VISA DDA PUR<br>VILLA JOSEPH MARIE HIGH    HOLLAND    * PA | 500.00 |
| 06/30 | DEBIT POS, *****30088471644, AUT 063022 DDA PURCH W/CB<br>ACME 4913              NEWTOWN    * PA | 123.94 |
| 06/30 | DEBIT CARD PURCHASE, *****30088471644, AUT 062922 VISA DDA PUR<br>PTC EZ PASS AUTO RE       877 736 6727 * PA | 105.00 |
| 06/30 | DEBIT CARD PURCHASE, *****30088471644, AUT 062922 VISA DDA PUR<br>LUKOIL 69722           NEWTOWN    * PA | 60.00 |
| 06/30 | TD ATM DEBIT, *****30104570106, AUT 063022 DDA WITHDRAW<br>1 WEST ROAD            NEWTOWN    * PA | 50.00 |
| 06/30 | DEBIT CARD PURCHASE, *****30088471644, AUT 062922 VISA DDA PUR<br>LUKOIL 69722           NEWTOWN    * PA | 40.00 |
| 07/01 | DEBIT CARD PURCHASE, *****30088471644, AUT 062922 VISA DDA PUR<br>ROCCOS AT THE BRICK      NEWTOWN    * PA | 157.40 |
| 07/05 | DEBIT CARD PURCHASE, *****30104570106, AUT 070322 VISA DDA PUR<br>POLO FACTORY STORE PHILA    PHILADELPHIA  * PA | 705.28 |
| 07/05 | DEBIT CARD PURCHASE, *****30088471644, AUT 070122 VISA DDA PUR<br>INTERPARK AUTOBILL B      CHICAGO    * IL | 540.00 |
| 07/05 | DEBIT POS, *****30088471644, AUT 070222 DDA PURCHASE<br>PORSCHE AUDI WARRINGTO    WARRINGTON  * PA | 411.21 |


## TD Bank
**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Page:                          8 of 10
Statement Period:    Jun 08 2022-Jul 07 2022
Cust Ref #:                            **
Primary Account #:

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/05 | ACH DEBIT, COMCAST 8499102 050017305 9452056 | 297.63 |
| 07/05 | DEBIT CARD PURCHASE, *****30104570106, AUT 070222 VISA DDA PUR CROSSFIT NEWTOWN       215 8609661  * PA | 295.00 |
| 07/05 | DEBIT CARD PURCHASE, *****30088471644, AUT 070122 VISA DDA PUR PA ATTORNEY REGISTRATION  877 2272672  * PA | 277.75 |
| 07/05 | DEBIT CARD PURCHASE, *****30088471644, AUT 070322 VISA DDA PUR MCCAFFREYS NEWTOWN          NEWTOWN   * PA | 250.66 |
| 07/05 | DEBIT POS, *****30088471644, AUT 070322 DDA PURCH W/CB ACME 4913          NEWTOWN    * PA | 197.30 |
| 07/05 | DEBIT CARD PAYMENT, *****30088471644, AUT 070122 VISA DDA PUR NEWTOWNTERMITEPESTCONTRL  215 5797378  * PA | 180.20 |
| 07/05 | DEBIT POS, *****30088471644, AUT 070322 DDA PURCHASE SAMSCLUB  6693          LANGHORNE   * PA | 163.00 |
| 07/05 | DEBIT CARD PURCHASE, *****30088471644, AUT 070122 VISA DDA PUR HARVEST SEASONAL       NEWTOWN    * PA | 158.32 |
| 07/05 | DEBIT CARD PURCHASE, *****30088471644, AUT 070122 VISA DDA PUR SQ  FAMILY SOLUTION      877 417 4551  * MD | 125.00 |
| 07/05 | DEBIT CARD PURCHASE, *****30088471644, AUT 070422 VISA DDA PUR WEGMANS  036          WARRINGTON   * PA | 114.86 |
| 07/05 | DEBIT CARD PURCHASE, *****30088471644, AUT 070222 VISA DDA PUR ROCCOS AT THE BRICK      NEWTOWN    * PA | 105.77 |
| 07/05 | DEBIT CARD PURCHASE, *****30104570106, AUT 070222 VISA DDA PUR BEYOND NAILS          NEWTOWN    * PA | 100.00 |
| 07/05 | DEBIT CARD PURCHASE, *****30104570106, AUT 070222 VISA DDA PUR MICHAELS STORES 1586      LANGHORNE   * PA | 99.62 |
| 07/05 | DEBIT CARD PURCHASE, *****30104570106, AUT 070222 VISA DDA PUR DSW LINCOLN PLAZA       LONGHORNE   * PA | 90.42 |
| 07/05 | DEBIT POS, *****30088471644, AUT 070522 DDA PURCH W/CB CVS PHARM 07189  755 D    WRIGHTSTOWN   * PA | 90.19 |
| 07/05 | DEBIT CARD PURCHASE, *****30088471644, AUT 070322 VISA DDA PUR SAMSCLUB  6332          PHILADELPHIA  * PA | 67.00 |
| 07/05 | DEBIT CARD PURCHASE, *****30088471644, AUT 070222 VISA DDA PUR LUKOIL 69232          WARRINGTON   * PA | 62.99 |
| 07/05 | DEBIT CARD PURCHASE, *****30104570106, AUT 070322 VISA DDA PUR ACME 4913          NEWTOWN    * PA | 40.61 |
| 07/05 | DEBIT CARD PURCHASE, *****30088471644, AUT 070322 VISA DDA PUR ACME 4913          NEWTOWN    * PA | 38.14 |
| 07/05 | DEBIT CARD PURCHASE, *****30104570106, AUT 070222 VISA DDA PUR HOMEGOODS  422          LANGHORNE   * PA | 19.05 |
| 07/05 | DEBIT CARD PURCHASE, *****30088471644, AUT 070222 VISA DDA PUR CHICK FIL A  01411      NEWTOWN    * PA | 6.83 |
| 07/06 | DEBIT CARD PURCHASE, *****30104570106, AUT 070522 VISA DDA PUR LUKOIL 69722          NEWTOWN    * PA | 76.41 |

# TD Bank

**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 9 of 10 |
| Statement Period: | Jun 08 2022-Jul 07 2022 |
| Cust Ref #: | |
| Primary Account #: | |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/06 | DEBIT CARD PURCHASE, *****30104570106, AUT 070422 VISA DDA PUR<br>ACME 4913         NEWTOWN         * PA | 15.26 |
| 07/06 | DEBIT CARD PURCHASE, *****30104570106, AUT 070522 VISA DDA PUR<br>CVS PHARMACY 05447      NEWTOWN      * PA | 5.93 |
| 07/07 | ELECTRONIC CK PMT-ARC, US TREASURY IRS PAYMENT 0180 | 8,000.00 |
| 07/07 | DEBIT CARD PURCHASE, *****30104570106, AUT 070622 VISA DDA PUR<br>BUCKINGHAM VALLEY VETERI   NEW HOPE    * PA | 138.00 |
| | Subtotal: | 26,907.30 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/09 | OVERDRAFT RET | 35.00 |
| 06/24 | DEBIT | 2,108.00 |
| | Subtotal: | 2,143.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 06/07 | 3,785.61 | 06/23 | 16,179.82 |
| 06/08 | 2,885.55 | 06/24 | 13,677.11 |
| 06/09 | 3,231.27 | 06/27 | 12,516.73 |
| 06/10 | 7,307.03 | 06/28 | 11,288.57 |
| 06/13 | 5,392.94 | 06/29 | 26,401.15 |
| 06/14 | 6,352.28 | 06/30 | 34,735.77 |
| 06/15 | 6,702.31 | 07/01 | 34,578.37 |
| 06/16 | 6,528.52 | 07/05 | 28,933.45 |
| 06/17 | 5,926.24 | 07/06 | 39,302.85 |
| 06/21 | 3,611.35 | 07/07 | 43,914.85 |
| 06/22 | 16,397.16 | | |


**Bank**
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Page:                                    10 of 10
Statement Period:      Jun 08 2022-Jul 07 2022
Cust Ref #:
Primary Account #:

| #173 | 06/08 | $1,000.00 |
| #174 | 06/21 | $936.25 |
| #176 | 06/28 | $440.00 |
| #177 | 06/28 | $590.00 |
| #179 | 07/06 | $1,000.00 |
| #181 | 07/05 | $4,605.00 |