UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| RICHARD W. JOHNSON, JR. and ALYSE M. JOHNSON | : | Case No. 21-10054 (AMC) |
| Debtors | : | |

## ORDER CONFIRMING PLAN

AND NOW, the **Second Amended Plan** under subchapter V of chapter 11 of the Bankruptcy Code ("the Plan") (Doc # 116) having been filed by the Debtors;

AND, it having been determined that the requirements forconfirmation set forth in 11 U.S.C. § 1191(b) have been satisfied,

1. It is therefore **ORDERED** that the Plan is **CONFIRMED.**

2. In accordance with Article 10 of the Plan, the Debtors shall be responsible for making distributions under the Plan.

3. The Debtors shall file all post-confirmation reports as required by Federal Rule of Bankruptcy Procedure 2015 and Local Rule 3021-1.

Dated: _____    _____
**Date: August 4, 2022**                ASHELY M. CHAN
                        UNITED STATES BANKRUPTCY JUDGE