United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                    Case No. 21-10054-amc

Richard W. Johnson, Jr.                                                                      Chapter 11

Alyse M. Johnson

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 04, 2022 | Form ID: pdf900 | Total Noticed: 35 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Richard W. Johnson, Jr., Alyse M. Johnson, 5 Sarah Drive, Newtown, PA 18940-4129 |
| acc | + | Martin T. Sullivan, 13 Summit Square Center, #225, Langhorne, PA 19047-1078 |
| 14629115 | + | ACAR Leasing LTD d/b/a GM Financial Leasing, c/o William E. Craig, Esquire, Morton & Craig, LLC, 110 Marter Ave., Suite 301 Moorestown, NJ 08057-3125 |
| 14576358 | + | Commonwealth of Pennsylvania Department of Revenue, c/o Carol E. Momjian,Esquire, The Phoenix Building., 1600 Arch Street, Suite 300, Philadelphia, PA 19103-2016 |
| 14614459 | + | Council Rock School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14585168 | + | PNC Bank, National Association, c/o Joe Horton, 201 East 5th Street, Mailstop: B1-BM01-03-5, Cincinnati, OH 45202-4152 |
| 14574985 | | Tdrcs/Ethan Allen, Ethan Allen Drive, Danbury, CT 06811 |
| 14578657 | + | The Bancorp Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14574986 | + | The Bancorp Bank, PO Box 77404, Ewing, NJ 08628-6404 |
| 14614463 | + | Township of Wrightstown, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14574989 | | Wrightown Township, c/o Keystone Collections Group, PO Box 529, Irwin, PA 15642-0529 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 04 2022 23:49:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 04 2022 23:48:00 | ACAR Leasing Ltd. d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096, US 76096-3853 |
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 04 2022 23:48:00 | Commonwealth of Pennsylvania Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 14576847 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 04 2022 23:48:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 14628922 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 04 2022 23:48:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 14578616 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 04 2022 23:48:00 | ACAR Leasing Ltd., d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 14578607 | | Email/PDF: bncnotices@becket-lee.com | Aug 04 2022 23:49:42 | Allegro Credit, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 14574975 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 04 2022 23:48:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, P.O. Box 183853, Arlington, TX 76096-3853 |
| 14588005 | | Email/Text: BKelectronicnotices@cenlar.com | Aug 04 2022 23:48:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Aug 04, 2022 | Form ID: pdf900 | Total Noticed: 35

| 14574977 | + Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Aug 04 2022 23:49:43 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14582272 | Email/Text: M74banko@mercedes-benz.com | | |
| | | Aug 04 2022 23:48:00 | Daimler Trust, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 14584797 | Email/Text: M74banko@mercedes-benz.com | | |
| | | Aug 04 2022 23:48:00 | Daimler Trust, c/o BK Servicing, LLC, PO Box5209, Carol Stream IL 60197-5209 |
| 14574978 | + Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | Aug 04 2022 23:48:00 | Internal Revenue Service, 600 Arch Street, Philadelphia, PA 19106-1695 |
| 14574979 | + Email/Text: M74banko@mercedes-benz.com | | |
| | | Aug 04 2022 23:48:00 | Mercedes-Benz Financial Services, Attn: Bankruptcy, P.O. Box 685, Roanoke, TX 76262-0685 |
| 14574981 | + Email/PDF: pa_dc_claims@navient.com | | |
| | | Aug 04 2022 23:49:42 | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 14574983 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Aug 04 2022 23:48:00 | PNC Bank, NA, 222 Delaware Avenue, Wilmington, DE 19801 |
| 14575587 | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | Aug 04 2022 23:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14574982 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | Aug 04 2022 23:48:00 | Pennsylvania Dept. of Revenue, Bankruptcy Division, Dept. 280946, Harrisburg, PA 17128-0001 |
| 14574984 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Aug 04 2022 23:50:08 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14585083 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Aug 04 2022 23:50:08 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14585726 | + Email/Text: tdebn@credbankserv.com | | |
| | | Aug 04 2022 23:48:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14575314 | + Email/Text: ustpregion03.ph.ecf@usdoj.gov | | |
| | | Aug 04 2022 23:48:00 | United States Trustee, c/o GEORGE M. CONWAY,ESQUIRE, United States Trustee, 200 Chestnut Street, Suite 502, U S Customs House, Philadelphia, PA 19106-2908 |
| 14579415 | + Email/Text: VWBKNotices@nationalbankruptcy.com | | |
| | | Aug 04 2022 23:48:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 14574987 | + Email/Text: vci.bkcy@vwcredit.com | | |
| | | Aug 04 2022 23:48:00 | Volkswagen Credit, Inc, Attn: Bankruptcy, Po Box 3, Hillsboro, OR 97123-0003 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | ACAR Leasing LTD d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | *+ | Daimler Trust, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 14578390 | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| 14574976 | *+ | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14579307 | *+ | Internal Revenue Service, P O BOX 7317, Philadelphia PA 19101-7317 |
| 14580807 | *+ | Internal Revenue Service, P O BOX 7317, Philadelphia PA 19101-7317 |
| 14577550 | *+ | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 14599230 | *+ | Internal Revenue Service, 600 Arch Street, Philadelphia PA 19106-1695 |
| 14574980 | *+ | Mercedes-Benz Financial Services, Attn: Bankruptcy, Po Box 685, Roanoke, TX 76262-0685 |
| 14621671 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14574988 | *+ | Volkswagen Credit, Inc., Attn: Bankruptcy, P.O. Box 3, Hillsboro, OR 97123-0003 |
| 14574974 | ##+ | Allegro Credit, 1111 Bayhill Drive, Suite 450, San Bruno, CA 94066-3054 |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Aug 04, 2022 | Form ID: pdf900 | Total Noticed: 35

TOTAL: 0 Undeliverable, 12 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 06, 2022          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CAROL E. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue cmomjian@attorneygeneral.gov |
| DAVID B. SMITH | on behalf of Debtor Alyse M. Johnson dsmith@skhlaw.com b.dr70286@notify.bestcase.com |
| DAVID B. SMITH | on behalf of Debtor Richard W. Johnson Jr. dsmith@skhlaw.com, b.dr70286@notify.bestcase.com |
| GEORGE M. CONWAY | on behalf of U.S. Trustee United States Trustee george.m.conway@usdoj.gov |
| JAMI B. NIMEROFF, ESQ. | on behalf of Trustee JAMI B. NIMEROFF ESQ. jnimeroff@bmnlawyers.com, cjones@bmnlawyers.com;cblatt@bmnlawyers.com;cjn11@trustesolutions.net |
| JAMI B. NIMEROFF, ESQ. | jnimeroff@bmnlawyers.com cjones@bmnlawyers.com;cblatt@bmnlawyers.com;cjn11@trustesolutions.net |
| MATTHEW E. K. HOWATT | on behalf of Creditor United States of America on behalf of IRS matthew.howatt@usdoj.gov Sherri.Tiller-Nikazy@usdoj.gov;CaseView.ECF@usdoj.gov |
| NICHOLAS M. ENGEL | on behalf of Debtor Richard W. Johnson Jr. nengel@skhlaw.com |
| NICHOLAS M. ENGEL | on behalf of Debtor Alyse M. Johnson nengel@skhlaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor The Bancorp Bank bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 12

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: | : | CHAPTER 11 |
|  | : |  |
| RICHARD W. JOHNSON, JR. and | : |  |
| ALYSE M. JOHNSON | : | Case No. 21-10054 (AMC) |
|  | : |  |
| Debtors | : |  |

## ORDER CONFIRMING PLAN

AND NOW, the **Second Amended Plan** under subchapter V of chapter 11 of the Bankruptcy Code ("the Plan") (Doc # 116) having been filed by the Debtors;

AND, it having been determined that the requirements forconfirmation set forth in 11 U.S.C. § 1191(b) have been satisfied,

1.    It is therefore **ORDERED** that the Plan is **CONFIRMED.**

2.    In accordance with Article 10 of the Plan, the Debtors shall be responsible for making distributions under the Plan.

3.    The Debtors shall file all post-confirmation reports as required by Federal Rule of Bankruptcy Procedure 2015 and Local Rule 3021-1.

Dated: _____

**Date: August 4, 2022**

_____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE