**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | : | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| RICHARD W. JOHNSON, JR. and | : | |
| ALYSE M. JOHNSON | : | Case No. 21-10054 (AMC) |
| | : | |
| Debtors | : | |
| | : | |

**NOTICE OF EFFECTIVE DATE OF DEBTORS' SECOND AMENDED**
**PLAN OF REORGANIZATION FOR SMALL BUSINESS UNDER CHAPTER 11**

Notice is hereby given that the Debtor's Second Amended Plan of Reorganization for Small Business under Chapter 11 filed August 2, 2022 [Doc. Nos. 113, 116] (the "Plan") was confirmed by the Bankruptcy Court by Order dated and docketed on August 4, 2022. Accordingly, pursuant to Section 8.02 of the Plan, the Effective Date of the Plan is *August 19, 2022*.

|  |  |
|---|---|
|  | SMITH KANE HOLMAN, LLC |
| Dated: August 21, 2022 | By: */s/ Nicholas M. Engel* |
|  | Nicholas M. Engel, Esquire |
|  | David B. Smith, Esquire |
|  | 112 Moores Road, Suite 300 |
|  | Malvern, PA 19355 |
|  | (610) 407-7216 Phone |
|  | (610) 407-7218 Fax |
|  | nengel@skhlaw.com |
|  | *Counsel to Debtors* |