Fill in this information to identify the case:

Debtor Name __Richard and Alyse Johnson__

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number: __21-10054__

☐ Check if this is an
amended filing

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: __8/1/22 - 8/3/22__

Line of business: __Attorney__

Date report filed: __09/21/2022__
MM / DD / YYYY

NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:        Richard W. Johnson, Jr.

Original signature of responsible party

Printed name of responsible party    *Richard W. Johnson, Jr.*

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name _____        Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?                    ❑    ❑    ❑

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ❑    ❑    ❑

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**                                          $ _____

   This amount must equal what you reported as the cash on hand at the end of the month in the previous
   month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

   Attach a listing of all cash received for the month and label it *Exhibit C*. Include all
   cash received even if you have not deposited it at the bank, collections on
   receivables, credit card deposits, cash received from other parties, or loans, gifts, or
   payments made by other parties on your behalf. Do not attach bank statements in
   lieu of *Exhibit C*.

   Report the total from *Exhibit C* here.                               $ _____

21. **Total cash disbursements**

   Attach a listing of all payments you made in the month and label it *Exhibit D*. List the
   date paid, payee, purpose, and amount. Include all cash payments, debit card
   transactions, checks issued even if they have not cleared the bank, outstanding
   checks issued before the bankruptcy was filed that were allowed to clear this month,
   and payments made by other parties on your behalf. Do not attach bank statements
   in lieu of *Exhibit D*.

   Report the total from *Exhibit D* here.                            − $ _____

22. **Net cash flow**                                                       + $ _____

   Subtract line 21 from line 20 and report the result here.
   This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**                               = $ _____

   Add line 22 + line 19. Report the result here.

   Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

   This amount may not match your bank account balance because you may have outstanding checks that
   have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

   Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but
   have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the
   purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                                         $ _____

   *(Exhibit E)*

Debtor Name _____    Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                                                $ _____

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                    _____

27. What is the number of employees as of the date of this monthly report?                    _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                    $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?      $ _____

30. How much have you paid this month in other professional fees?                                                            $ _____

31. How much have you paid in total other professional fees since filing the case?                                        $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                                        $ _____

36. Total projected cash disbursements for the next month:                              − $ _____

37. Total projected net cash flow for the next month:                                        = $ _____

Debtor Name _____     Case number_____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐   38.   Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐   39.   Bank reconciliation reports for each account.

☐   40.   Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐   41.   Budget, projection, or forecast reports.

☐   42.   Project, job costing, or work-in-progress reports.

Exhibit A – N/A

**EXHIBIT  B**

10.     Husband is an attorney who maintains an active IOLTA account in PA and an Attorney
        Trust Account in NJ.

# Exhibit C

Cash Flow

8/1/2022 through 8/3/2022

9/21/2022                                                                                              Page 1

| Category | 8/1/2022-8/3/2022 |
| --- | --- |
| **INFLOWS** | |
| Income (RWJ) | 5,600.00 |
| **TOTAL INFLOWS** | **5,600.00** |
| | |
| **OVERALL TOTAL** | **5,600.00** |

# Exhibit D

Cash Flow
8/1/2022 through 8/3/2022

9/21/2022                                                                                    Page 1

| Category | 8/1/2022-<br>8/3/2022 |
|---|---|
| **OUTFLOWS** | |
| Auto | |
| Carwash | 12.71 |
| Fuel | 269.60 |
| TOTAL Auto | 282.31 |
| Business Meals | 46.92 |
| Clothing | 669.00 |
| College Expenses | 195.50 |
| Dry Cleaning | 22.30 |
| Food | 290.11 |
| Groceries | 428.87 |
| Medical Care | 390.00 |
| Parking | 270.00 |
| Pharmacy | 26.82 |
| RIchard W. Johson | 1,000.00 |
| Septa Regional Rail | 14.75 |
| **TOTAL OUTFLOWS** | **3,636.58** |
| **OVERALL TOTAL** | **-3,636.58** |

**EXHIBIT E**

1.      **$2,217.50  Allegro Credit**:   Allegro had refused to accept payment directly from debtors. However, Allegro has agreed to accept payments through its counsel. Payments resumed in July 2021, plus an additional $200.00.



**TD Bank**

America's Most Convenient Bank®

E    STATEMENT OF ACCOUNT

**Go paperless.**
Scan the QR code to opt in to paperless statements.

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 1 of 11 |
| Statement Period: | Jul 08 2022-Aug 07 2022 |
| Cust Ref #: | |
| Primary Account #: | |

## Chapter 11 Checking

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Account #          383

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 43,914.85 | Average Collected Balance | 7,834.74 |
| Deposits | 28,574.50 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 20,914.61 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 59,154.87 | Days in Period | 31 |
| Electronic Payments | 28,297.44 | | |
| Other Withdrawals | 200.00 | | |
| Ending Balance | 5,751.65 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $0.00 | $35.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/18 | DEPOSIT | 724.50 |
| 07/29 | DEPOSIT | 3,500.00 |
| 08/01 | DEPOSIT | 18,750.00 |
| 08/03 | DEPOSIT | 5,600.00 |
| | Subtotal: | 28,574.50 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/13 | ATM CHECK DEPOSIT, *****30088471644 AUT 071322 ATM CHECK DEPOSI 1 WEST ROAD          NEWTOWN       * PA | 3,000.00 |
| 07/15 | ACH DEPOSIT, VILLA JOSEPH MAR PAYROLL ****9100049687X | 802.70 |
| 07/18 | ATM CHECK DEPOSIT, *****30088471644 AUT 071822 ATM CHECK DEPOSI 1 WEST ROAD          NEWTOWN       * PA | 1,000.00 |
| 07/18 | ATM CASH DEPOSIT, *****30088471644 AUT 071722 ATM CASH DEPOSIT 1 WEST ROAD          NEWTOWN       * PA | 700.00 |
| 07/18 | DEBIT CARD CREDIT, *****30104570106, AUT 071622 VISA DDA REF BED BATH  BEYOND 336    NEWTOWN       * PA | 11.03 |

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic with-drawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| **1** Ending Balance | 5,751.65 |
| **2** Total Deposits | + |
| **3** Sub Total | |
| **4** Total Withdrawals | - |
| **5** Adjusted Balance | |

| **2** DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | **2** |

| **4** WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | **4** |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**TD Bank**

America's Most Convenient Bank®

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

STATEMENT OF ACCOUNT

| | |
|---|---|
| Page: | 3 of 11 |
| Statement Period: | Jul 08 2022-Aug 07 2022 |
| Cust Ref #: | |
| Primary Account #: | |

## DAILY ACCOUNT ACTIVITY

### Electronic Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/19 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 071922 ATM CHECK DEPOSI<br>1 WEST ROAD          NEWTOWN       * PA | 4,667.00 |
| 07/22 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 072222 ATM CHECK DEPOSI<br>1 WEST ROAD          NEWTOWN       * PA | 6,167.00 |
| 07/27 | ATM CHECK DEPOSIT, *****30088471644<br>AUT 072722 ATM CHECK DEPOSI<br>1 WEST ROAD          NEWTOWN       * PA | 3,700.00 |
| 07/29 | ACH DEPOSIT, VILLA JOSEPH MAR PAYROLL ****2600031440X | 866.88 |

Subtotal: 20,914.61

### Checks Paid    No. Checks: 9    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 07/15 | 178 | 18,395.00 | 07/08 | 70622* | 500.00 |
| 07/13 | 182* | 936.25 | 07/08 | 70722* | 17,086.81 |
| 07/20 | 183 | 2,700.00 | 08/02 | 80122* | 17,086.81 |
| 07/27 | 184 | 950.00 | 08/02 | 80222* | 500.00 |
| 08/03 | 187* | 1,000.00 | | | |

Subtotal: 59,154.87

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/11 | CCD DEBIT, IBC EDI PAYMTS PRMAX****090077 | 2,770.49 |
| 07/11 | ELECTRONIC PMT-TEL, MBFS 8006546222 D000170795 ****242345001 | 850.00 |
| 07/11 | DEBIT CARD PURCHASE, *****30088471644, AUT 070922 VISA DDA PUR<br>BLOOMINGDALES KING OF P  KING OF PRUSS * PA | 777.70 |
| 07/11 | ACH DEBIT, ATT PAYMENT ****53002EPAYM | 390.82 |
| 07/11 | DEBIT CARD PURCHASE, *****30088471644, AUT 071022 VISA DDA PUR<br>MCCAFFREYS NEWTOWN      NEWTOWN       * PA | 308.26 |
| 07/11 | DEBIT CARD PURCHASE, *****30104570106, AUT 070822 VISA DDA PUR<br>MARSHALLS 0561          DOYLESTOWN    * PA | 233.93 |
| 07/11 | DEBIT POS, *****30088471644, AUT 071022 DDA PURCH W/CB<br>ACME 4913          NEWTOWN       * PA | 190.59 |
| 07/11 | DEBIT CARD PURCHASE, *****30088471644, AUT 070822 VISA DDA PUR<br>LA STALLA RESTAURANT    NEWTOWN       * PA | 173.14 |
| 07/11 | DEBIT CARD PURCHASE, *****30104570106, AUT 070822 VISA DDA PUR<br>NORDSTROM 0656          LANGHORNE     * PA | 161.87 |
| 07/11 | DEBIT CARD PURCHASE, *****30104570106, AUT 070922 VISA DDA PUR<br>BLOOMINGDALES KING OF P  KING OF PRUSS * PA | 159.05 |
| 07/11 | DEBIT CARD PURCHASE, *****30088471644, AUT 070922 VISA DDA PUR<br>ONLINE DRIVERS ED      510 848 5508  * CA | 100.00 |


**TD Bank**
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Page: 3 of 11
Statement Period: Jul 08 2022-Aug 07 2022
Cust Ref #:
Primary Account #:

---

## DAILY ACCOUNT ACTIVITY

### Electronic Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/19 | ATM CHECK DEPOSIT, *****30088471644 AUT 071922 ATM CHECK DEPOSI 1 WEST ROAD          NEWTOWN        * PA | 4,667.00 |
| 07/22 | ATM CHECK DEPOSIT, *****30088471644 AUT 072222 ATM CHECK DEPOSI 1 WEST ROAD          NEWTOWN        * PA | 6,167.00 |
| 07/27 | ATM CHECK DEPOSIT, *****30088471644 AUT 072722 ATM CHECK DEPOSI 1 WEST ROAD          NEWTOWN        * PA | 3,700.00 |
| 07/29 | ACH DEPOSIT, VILLA JOSEPH MAR PAYROLL ****2600031440X | 866.88 |

Subtotal: 20,914.61

### Checks Paid    No. Checks: 9    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 07/15 | 178 | 18,395.00 | 07/08 | 70622* | 500.00 |
| 07/13 | 182* | 936.25 | 07/08 | 70722* | 17,086.81 |
| 07/20 | 183 | 2,700.00 | 08/02 | 80122* | 17,086.81 |
| 07/27 | 184 | 950.00 | 08/02 | 80222* | 500.00 |
| 08/03 | 187* | 1,000.00 | | | |

Subtotal: 59,154.87

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/11 | CCD DEBIT, IBC EDI PAYMTS PRMAX****090077 | 2,770.49 |
| 07/11 | ELECTRONIC PMT-TEL, MBFS 8006546222 D000170795 ****242345001 | 850.00 |
| 07/11 | DEBIT CARD PURCHASE, *****30088471644, AUT 070922 VISA DDA PUR BLOOMINGDALES KING OF P   KING OF PRUSS * PA | 777.70 |
| 07/11 | ACH DEBIT, ATT PAYMENT ****53002EPAYM | 390.82 |
| 07/11 | DEBIT CARD PURCHASE, *****30088471644, AUT 071022 VISA DDA PUR MCCAFFREYS NEWTOWN      NEWTOWN        * PA | 308.26 |
| 07/11 | DEBIT CARD PURCHASE, *****30104570106, AUT 070822 VISA DDA PUR MARSHALLS 0561          DOYLESTOWN     * PA | 233.93 |
| 07/11 | DEBIT POS, *****30088471644, AUT 071022 DDA PURCH W/CB ACME 4913               NEWTOWN        * PA | 190.59 |
| 07/11 | DEBIT CARD PURCHASE, *****30088471644, AUT 070822 VISA DDA PUR LA STALLA RESTAURANT     NEWTOWN        * PA | 173.14 |
| 07/11 | DEBIT CARD PURCHASE, *****30104570106, AUT 070822 VISA DDA PUR NORDSTROM 0656          LANGHORNE      * PA | 161.87 |
| 07/11 | DEBIT CARD PURCHASE, *****30104570106, AUT 070922 VISA DDA PUR BLOOMINGDALES KING OF P   KING OF PRUSS * PA | 159.05 |
| 07/11 | DEBIT CARD PURCHASE, *****30088471644, AUT 070922 VISA DDA PUR ONLINE DRIVERS ED        510 848 5508   * CA | 100.00 |



**TD Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 4 of 11 |
| Statement Period: | Jul 08 2022-Aug 07 2022 |
| Cust Ref #: | |
| Primary Account #: | |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/11 | DEBIT CARD PURCHASE, *****30088471644, AUT 071022 VISA DDA PUR SAMS CLUB 6332        PHILADELPHIA * PA | 87.25 |
| 07/11 | DEBIT CARD PURCHASE, *****30104570106, AUT 070722 VISA DDA PUR GALLOS SEAFOOD RESTAUR    215 3330484  * PA | 84.12 |
| 07/11 | DEBIT CARD PURCHASE, *****30088471644, AUT 070822 VISA DDA PUR MATOSSIAN EYE ASSOCIATES    PENNINGTON  * NJ | 80.00 |
| 07/11 | ELECTRONIC PMT-TEL, REPAY MBFS CF D000170801 | 15.00 |
| 07/11 | DEBIT CARD PURCHASE, *****30088471644, AUT 070822 VISA DDA PUR CVS PHARMACY 07189      NEWTOWN   * PA | 12.30 |
| 07/11 | DEBIT CARD PURCHASE, *****30104570106, AUT 070822 VISA DDA PUR CHICK FIL A  01411      215 497 9011 * PA | 10.58 |
| 07/11 | DEBIT CARD PURCHASE, *****30104570106, AUT 070822 VISA DDA PUR SUNOCO 0322260100     JAMISON    * PA | 8.73 |
| 07/12 | DEBIT CARD PURCHASE, *****30088471644, AUT 071122 VISA DDA PUR MATOSSIAN EYE ASSOCIATES    DOYLESTOWN  * PA | 80.00 |
| 07/12 | DEBIT CARD PURCHASE, *****30104570106, AUT 071122 VISA DDA PUR 25 SOUTH DENIM     NEWTOWN    * PA | 40.00 |
| 07/13 | DEBIT CARD PURCHASE, *****30088471644, AUT 071122 VISA DDA PUR IRON HILL BREWERY  REST  NEWTOWN    * PA | 134.69 |
| 07/13 | TD ATM DEBIT, *****30104570106, AUT 071322 DDA WITHDRAW 2751 STREET ROAD      BENSALEM   * PA | 100.00 |
| 07/13 | DEBIT CARD PAYMENT, *****30104570106, AUT 071122 VISA DDA PUR APPLE COM BILL     866 712 7753  * CA | 2.99 |
| 07/14 | DEBIT CARD PURCHASE, *****30088471644, AUT 071322 VISA DDA PUR LA STALLA RESTAURANT     NEWTOWN    * PA | 186.06 |
| 07/14 | DEBIT CARD PURCHASE, *****30104570106, AUT 071322 VISA DDA PUR HM  SOUTHERN HOME     WWW HOFFMANME * AL | 29.95 |
| 07/14 | DEBIT CARD PURCHASE, *****30088471644, AUT 071322 VISA DDA PUR BP 6864847DAN S AUTO CNT    NEWTOWN    * PA | 20.00 |
| 07/15 | DEBIT CARD PURCHASE, *****30104570106, AUT 071422 VISA DDA PUR DAVID J WITCHELL     NEWTOWN    * PA | 355.00 |
| 07/15 | DEBIT CARD PURCHASE, *****30104570106, AUT 071422 VISA DDA PUR 25 SOUTH DENIM       NEWTOWN    * PA | 282.00 |
| 07/15 | DEBIT CARD PURCHASE, *****30104570106, AUT 071322 VISA DDA PUR SUBURBAN DINER     FEASTERVILLE * PA | 24.08 |
| 07/18 | ELECTRONIC PMT-WEB, PECO ENERGY COMP BILLPAY PECO ENERGY COM | 690.00 |
| 07/18 | DEBIT CARD PURCHASE, *****30104570106, AUT 071622 VISA DDA PUR DSW LINCOLN PLAZA     LONGHORNE   * PA | 459.41 |
| 07/18 | DEBIT CARD PURCHASE, *****30088471644, AUT 071522 VISA DDA PUR STELLA RESTAURANT     LAMBERTVILLE * NJ | 326.06 |
| 07/18 | DEBIT POS, *****30088471644, AUT 071622 DDA PURCH W/CB MCCAFFREYS NEWTOWN MARKE   NEWTOWN    * PA | 308.35 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**TD Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 5 of 11 |
| Statement Period: | Jul 08 2022-Aug 07 2022 |
| Cust Ref #: | E-*** |
| Primary Account #: | |

---

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/18 | DEBIT POS, *****30088471644, AUT 071622 DDA PURCH W/CB<br>ACME 4913        NEWTOWN      * PA | 178.04 |
| 07/18 | DEBIT CARD PURCHASE, *****30104570106, AUT 071622 VISA DDA PUR<br>25 SOUTH ESSENTIALS    NEWTOWN    * PA | 146.00 |
| 07/18 | DEBIT CARD PURCHASE, *****30088471644, AUT 071522 VISA DDA PUR<br>SQ FAMILY SOLUTION    877 417 4551  * MD | 125.00 |
| 07/18 | DEBIT CARD PURCHASE, *****30104570106, AUT 071622 VISA DDA PUR<br>BED BATH BEYOND 336    NEWTOWN    * PA | 118.71 |
| 07/18 | DEBIT POS, *****30088471644, AUT 071622 DDA PURCH W/CB<br>PETSMART 1479    NEWTOWN    * PA | 78.15 |
| 07/18 | DEBIT CARD PURCHASE, *****30104570106, AUT 071622 VISA DDA PUR<br>DAVID J WITCHELL    NEWTOWN    * PA | 65.00 |
| 07/18 | DEBIT CARD PAYMENT, *****30088471644, AUT 071722 VISA DDA PUR<br>SXM SIRIUSXM COM ACCT   888 635 5144 * NY | 63.35 |
| 07/18 | DEBIT CARD PURCHASE, *****30088471644, AUT 071522 VISA DDA PUR<br>SUNOCO 0363182702    NEWTOWN    * PA | 50.06 |
| 07/18 | DEBIT CARD PURCHASE, *****30088471644, AUT 071522 VISA DDA PUR<br>EXXONMOBIL  42042283    LAMBERTVILLE * NJ | 50.00 |
| 07/18 | DEBIT CARD PURCHASE, *****30104570106, AUT 071622 VISA DDA PUR<br>NORDSTROM 0656    LANGHORNE    * PA | 44.88 |
| 07/18 | DEBIT CARD PURCHASE, *****30104570106, AUT 071622 VISA DDA PUR<br>STAPLES   00112565    NEWTOWN    * PA | 33.35 |
| 07/18 | ELECTRONIC PMT-WEB, VERIZON VZ BILLPAY *****306840001 | 29.23 |
| 07/18 | DEBIT POS, *****30088471644, AUT 071622 DDA PURCHASE<br>SMITH S ACE HRDW NEWTO    NEWTOWN    * PA | 27.54 |
| 07/18 | DEBIT CARD PURCHASE, *****30088471644, AUT 071422 VISA DDA PUR<br>CHICK FIL A 01411    NEWTOWN    * PA | 25.41 |
| 07/18 | DEBIT CARD PURCHASE, *****30104570106, AUT 071522 VISA DDA PUR<br>BUCKS COUNTY PLAYHOUSE    NEW HOPE  * PA | 20.00 |
| 07/18 | DEBIT CARD PURCHASE, *****30104570106, AUT 071622 VISA DDA PUR<br>CHICK FIL A 01411    215 497 9011 * PA | 16.94 |
| 07/18 | DEBIT CARD PAYMENT, *****30088471644, AUT 071522 VISA DDA PUR<br>ADOBE INC        800 8336687  * CA | 15.89 |
| 07/18 | DEBIT CARD PURCHASE, *****30088471644, AUT 071622 VISA DDA PUR<br>AARP  MEMBERSHIP    888 687 2277 * CA | 12.00 |
| 07/19 | DEBIT CARD PURCHASE, *****30088471644, AUT 071722 VISA DDA PUR<br>SAKS O5 WASH DC 845    WASHINGTON  * DC | 959.30 |
| 07/19 | DEBIT CARD PURCHASE, *****30088471644, AUT 071722 VISA DDA PUR<br>TST FIG OLIVE D C   WASHINGTON  * DC | 148.55 |
| 07/19 | DEBIT CARD PURCHASE, *****30088471644, AUT 071722 VISA DDA PUR<br>VIGILANTES LIBERTY    BENSALEM    * PA | 57.75 |
| 07/19 | DEBIT CARD PAYMENT, *****30088471644, AUT 071822 VISA DDA PUR<br>AOL SERVICE        800 827 6364  * VA | 7.99 |



**TD Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 6 of 11 |
| Statement Period: | Jul 08 2022-Aug 07 2022 |
| Cust Ref #: | |
| Primary Account #: | / |

---

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/19 | DEBIT CARD PURCHASE, *****30104570106, AUT 071722 VISA DDA PUR<br>B B BAGEL HOUSE        BENSALEM     * PA | 7.35 |
| 07/20 | DEBIT CARD PURCHASE, *****30104570106, AUT 071822 VISA DDA PUR<br>LA CHELE MEDICAL AESTH    NEW HOPE    * PA | 450.00 |
| 07/20 | DEBIT CARD PAYMENT, *****30088471644, AUT 071922 VISA DDA PUR<br>STATE FARM INSURANCE    800 956 6310  * IL | 317.33 |
| 07/20 | DEBIT POS, *****30088471644, AUT 072022 DDA PURCH W/CB<br>MCCAFFREYS NEWTOWN MARKE    NEWTOWN    * PA | 126.40 |
| 07/20 | DEBIT CARD PURCHASE, *****30104570106, AUT 071922 VISA DDA PUR<br>CVS PHARMACY  07189      NEWTOWN    * PA | 94.76 |
| 07/20 | DEBIT CARD PURCHASE, *****30104570106, AUT 071922 VISA DDA PUR<br>WAWA 8121    00081216    RICHBORO    * PA | 55.02 |
| 07/20 | DEBIT CARD PURCHASE, *****30088471644, AUT 071922 VISA DDA PUR<br>LUKOIL 69722      NEWTOWN    * PA | 50.00 |
| 07/21 | DEBIT CARD PURCHASE, *****30104570106, AUT 072022 VISA DDA PUR<br>BUCKINGHAM VALLEY VETERI   NEW HOPE   * PA | 463.50 |
| 07/21 | DEBIT CARD PURCHASE, *****30088471644, AUT 072022 VISA DDA PUR<br>SQ FAMILY SOLUTION    877 417 4551  * MD | 125.00 |
| 07/21 | DEBIT POS, *****30104570106, AUT 072022 DDA PURCH W/CB<br>ACME 0778        SOUTHAMPTON  * PA | 48.89 |
| 07/21 | DEBIT CARD PURCHASE, *****30104570106, AUT 072022 VISA DDA PUR<br>BUCKINGHAM VALLEY VETERI   NEW HOPE   * PA | 29.00 |
| 07/21 | DEBIT CARD PURCHASE, *****30088471644, AUT 072022 VISA DDA PUR<br>LA STALLA MARKET    NEWTOWN    * PA | 19.18 |
| 07/22 | ELECTRONIC PMT-WEB, NORTHWESTERN MU PAYMNT WEB ****423-02 | 457.21 |
| 07/22 | DEBIT CARD PAYMENT, *****30104570106, AUT 072222 VISA DDA PUR<br>WODIFY PAY WP CROSSFI    WWW CROSSFITN * PA | 295.00 |
| 07/22 | DEBIT CARD PURCHASE, *****30088471644, AUT 072122 VISA DDA PUR<br>BOWMANS TAVERN      NEW HOPE   * PA | 88.58 |
| 07/25 | DEBIT CARD PURCHASE, *****30088471644, AUT 072322 VISA DDA PUR<br>EXPEDIA 72352536317069    EXPEDIA COM  * WA | 639.64 |
| 07/25 | DEBIT CARD PURCHASE, *****30088471644, AUT 072222 VISA DDA PUR<br>LA STALLA RESTAURANT    NEWTOWN    * PA | 284.50 |
| 07/25 | DEBIT CARD PURCHASE, *****30088471644, AUT 072322 VISA DDA PUR<br>DELTA AIR  006782697088   SEATTLE    * WA | 273.19 |
| 07/25 | DEBIT CARD PURCHASE, *****30088471644, AUT 072522 VISA DDA PUR<br>DELTA AIR  006782697088   SEATTLE    * WA | 273.19 |
| 07/25 | DEBIT CARD PURCHASE, *****30088471644, AUT 072522 VISA DDA PUR<br>DELTA AIR  006782697088   SEATTLE    * WA | 273.19 |
| 07/25 | DEBIT CARD PURCHASE, *****30088471644, AUT 072522 VISA DDA PUR<br>DELTA AIR  006782697088   SEATTLE    * WA | 273.19 |
| 07/25 | DEBIT CARD PURCHASE, *****30088471644, AUT 072522 VISA DDA PUR<br>DELTA AIR  006782697088   SEATTLE    * WA | 273.19 |


**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 7 of 11 |
| Statement Period: | Jul 08 2022-Aug 07 2022 |
| Cust Ref #: | |
| Primary Account #: | |

---

### DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/25 | DEBIT POS, *****30088471644, AUT 072322 DDA PURCH W/CB<br>ACME 4913        NEWTOWN      * PA | 108.59 |
| 07/25 | DEBIT CARD PURCHASE, *****30104570106, AUT 072222 VISA DDA PUR<br>MARSHALLS  0561        DOYLESTOWN    * PA | 100.60 |
| 07/25 | DEBIT CARD PURCHASE, *****30088471644, AUT 072322 VISA DDA PUR<br>EXPEDIA 72352525520865     EXPEDIA COM * WA | 99.05 |
| 07/25 | DEBIT POS, *****30088471644, AUT 072322 DDA PURCH W/CB<br>MCCAFFREYS NEWTOWN MARKE    NEWTOWN     * PA | 89.75 |
| 07/25 | DEBIT POS, *****30088471644, AUT 072422 DDA PURCH W/CB<br>CVS PHARM 07189  755 D    WRIGHTSTOWN   * PA | 85.26 |
| 07/25 | DEBIT POS, *****30088471644, AUT 072322 DDA PURCH W/CB<br>ACME 4913        NEWTOWN      * PA | 81.99 |
| 07/25 | DEBIT CARD PURCHASE, *****30104570106, AUT 072422 VISA DDA PUR<br>WAWA 288   00002881       PIPERSVILLE  * PA | 80.56 |
| 07/25 | DEBIT CARD PURCHASE, *****30088471644, AUT 072322 VISA DDA PUR<br>SAMS CLUB  6332        PHILADELPHIA * PA | 76.01 |
| 07/25 | DEBIT CARD PURCHASE, *****30088471644, AUT 072122 VISA DDA PUR<br>VIGILANTES LIBERTY       BENSALEM   * PA | 75.01 |
| 07/25 | DEBIT POS, *****30104570106, AUT 072322 DDA PURCHASE<br>HOBBYLOBB 3360 BRUNSWI    LAWRENCEVILLE * NJ | 52.07 |
| 07/25 | DEBIT CARD PURCHASE, *****30104570106, AUT 072322 VISA DDA PUR<br>BEYOND NAILS        NEWTOWN     * PA | 35.00 |
| 07/26 | DEBIT CARD PURCHASE, *****30104570106, AUT 072522 VISA DDA PUR<br>KATE SPADE 33064      WASHINGTON  * DC | 238.77 |
| 07/26 | DEBIT POS, *****30088471644, AUT 072622 DDA PURCH W/CB<br>MCCAFFREYS NEWTOWN MARKE    NEWTOWN     * PA | 118.40 |
| 07/26 | DEBIT CARD PURCHASE, *****30088471644, AUT 072422 VISA DDA PUR<br>FARMERS FISHERS BAKERS    888 7947359  * DC | 116.24 |
| 07/26 | DEBIT POS, *****30104570106, AUT 072622 DDA PURCH W/CB<br>CVS PHARM 07189  755 D    WRIGHTSTOWN   * PA | 75.30 |
| 07/26 | DEBIT CARD PURCHASE, *****30088471644, AUT 072422 VISA DDA PUR<br>B  B BAGEL HOUSE       BENSALEM   * PA | 16.10 |
| 07/26 | DEBIT CARD PURCHASE, *****30104570106, AUT 072522 VISA DDA PUR<br>OPC AMERICAN U PARK TRAF   WASHINGTON  * DC | 2.00 |
| 07/27 | DEBIT CARD PURCHASE, *****30104570106, AUT 072522 VISA DDA PUR<br>DEL FRISCOS WASHINGTON    WASHINGTON  * DC | 220.40 |
| 07/27 | DEBIT CARD PURCHASE, *****30088471644, AUT 072522 VISA DDA PUR<br>VIGILANTES LIBERTY       BENSALEM   * PA | 88.80 |
| 07/27 | DEBIT POS, *****30088471644, AUT 072722 DDA PURCH W/CB<br>MCCAFFREYS NEWTOWN MARKE    NEWTOWN     * PA | 71.49 |
| 07/27 | DEBIT CARD PURCHASE, *****30088471644, AUT 072622 VISA DDA PUR<br>SLICE GIOVANISBARGRILL    SLICELIFE COM * NY | 21.51 |
| 07/27 | DEBIT CARD PURCHASE, *****30104570106, AUT 072522 VISA DDA PUR<br>DC PARKING METERS       WASHINGTON  * DC | 3.22 |



## TD Bank

**America's Most Convenient Bank®**

**STATEMENT OF ACCOUNT**

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Page:                          8 of 11
Statement Period:    Jul 08 2022-Aug 07 2022
Cust Ref #:
Primary Account #:

---

**DAILY ACCOUNT ACTIVITY**

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/28 | DEBIT CARD PURCHASE, *****30104570106, AUT 072622 VISA DDA PUR LA CHELE MEDICAL AESTH    NEW HOPE    * PA | 1,248.00 |
| 07/28 | DEBIT CARD PURCHASE, *****30088471644, AUT 072722 VISA DDA PUR THE LAND CREW INC    215 3690692    * PA | 279.84 |
| 07/28 | DEBIT CARD PURCHASE, *****30088471644, AUT 072722 VISA DDA PUR SQ FAMILY SOLUTION    877 417 4551 * MD | 125.00 |
| 07/28 | DEBIT CARD PURCHASE, *****30104570106, AUT 072622 VISA DDA PUR UNION SQUARE PARKING    NEW HOPE    * PA | 4.00 |
| 07/29 | ACH DEBIT, AUDI FINCL, TEL. TEL  DEBIT  PTEL****279496 | 825.00 |
| 07/29 | DEBIT CARD PURCHASE, *****30088471644, AUT 072822 VISA DDA PUR LA STALLA RESTAURANT    NEWTOWN    * PA | 129.62 |
| 07/29 | DEBIT CARD PURCHASE, *****30088471644, AUT 072822 VISA DDA PUR LUKOIL 69722    NEWTOWN    * PA | 62.01 |
| 07/29 | DEBIT POS, *****30088471644, AUT 072922 DDA PURCH W/CB CVS PHARM 07189  755 D    WRIGHTSTOWN  * PA | 55.00 |
| 08/01 | DEBIT CARD PURCHASE, *****30104570106, AUT 073022 VISA DDA PUR MARSHALLS  0561    DOYLESTOWN  * PA | 384.25 |
| 08/01 | DEBIT CARD PURCHASE, *****30088471644, AUT 073022 VISA DDA PUR LA TAVOLA RESTAURANT    BALTIMORE   * MD | 222.89 |
| 08/01 | DEBIT POS, *****30088471644, AUT 073122 DDA PURCH W/CB MCCAFFREYS NEWTOWN MARKE    NEWTOWN   * PA | 176.69 |
| 08/01 | DEBIT CARD PURCHASE, *****30104570106, AUT 073122 VISA DDA PUR MARSHALLS  0561    DOYLESTOWN  * PA | 160.75 |
| 08/01 | DEBIT CARD PURCHASE, *****30104570106, AUT 072822 VISA DDA PUR LA CHELE MEDICAL AESTH    NEW HOPE    * PA | 150.00 |
| 08/01 | DEBIT POS, *****30088471644, AUT 073122 DDA PURCH W/CB ACME 4913    NEWTOWN    * PA | 123.64 |
| 08/01 | DEBIT CARD PURCHASE, *****30088471644, AUT 073122 VISA DDA PUR WAWA 8136    00081364    LOWER SOUTHAM * PA | 80.01 |
| 08/01 | DEBIT CARD PURCHASE, *****30088471644, AUT 072922 VISA DDA PUR MATOSSIAN EYE ASSOCIATES    DOYLESTOWN   * PA | 80.00 |
| 08/01 | DEBIT CARD PURCHASE, *****30088471644, AUT 073022 VISA DDA PUR FALLS RD CMF    BALTIMORE    * MD | 66.00 |
| 08/01 | DEBIT CARD PURCHASE, *****30104570106, AUT 073022 VISA DDA PUR WAWA 8121    00081216    RICHBORO    * PA | 30.18 |
| 08/01 | DEBIT CARD PURCHASE, *****30088471644, AUT 073122 VISA DDA PUR NEWTOWN VALLEY CLEANERS    NEWTOWN    * PA | 22.30 |
| 08/01 | DEBIT CARD PURCHASE, *****30088471644, AUT 073122 VISA DDA PUR WAWA 185    00001859    NEW HOPE    * PA | 8.56 |
| 08/01 | DEBIT CARD PURCHASE, *****30088471644, AUT 073022 VISA DDA PUR DUNKIN 362910    BALTIMORE    * MD | 2.22 |
| 08/02 | DEBIT CARD PURCHASE, *****30088471644, AUT 073122 VISA DDA PUR U HAUL CT LEVITTOWN    LEVITTOWN    * PA | 195.50 |



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 9 of 11 |
| Statement Period: | Jul 08 2022-Aug 07 2022 |
| Cust Ref #: | |
| Primary Account #: | |

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/02 | DEBIT CARD PURCHASE, *****30104570106, AUT 080122 VISA DDA PUR<br>25 SOUTH DENIM        NEWTOWN       * PA | 124.00 |
| 08/02 | DEBIT CARD PURCHASE, *****30088471644, AUT 073122 VISA DDA PUR<br>ROCCOS AT THE BRICK      NEWTOWN       * PA | 65.00 |
| 08/02 | DEBIT CARD PURCHASE, *****30088471644, AUT 073122 VISA DDA PUR<br>SUBURBAN DINER       FEASTERVILLE  * PA | 46.92 |
| 08/02 | DEBIT CARD PURCHASE, *****30088471644, AUT 073122 VISA DDA PUR<br>EXXONMOBIL  42042283    LAMBERTVILLE * NJ | 40.00 |
| 08/02 | DEBIT CARD PURCHASE, *****30088471644, AUT 080122 VISA DDA PUR<br>RICHBORO CAR WASH      RICHBORO     * PA | 12.71 |
| 08/03 | DEBIT CARD PURCHASE, *****30088471644, AUT 080122 VISA DDA PUR<br>INTERPARK AUTOBILL  B    CHICAGO      * IL | 270.00 |
| 08/03 | DEBIT CARD PURCHASE, *****30088471644, AUT 080222 VISA DDA PUR<br>SQ  DR JEFFREY HERMAN    SOUTHAMPTON  * PA | 160.00 |
| 08/03 | DEBIT POS, *****30088471644, AUT 080322 DDA PURCH W/CB<br>ACME 4913         NEWTOWN       * PA | 119.98 |
| 08/03 | DEBIT CARD PURCHASE, *****30088471644, AUT 080122 VISA DDA PUR<br>3611 N  EASTON RD      DOYLESTOWN   * PA | 53.41 |
| 08/03 | DEBIT CARD PURCHASE, *****30104570106, AUT 080222 VISA DDA PUR<br>RITE AID 11109       LANGHORNE     * PA | 26.82 |
| 08/03 | DEBIT CARD PURCHASE, *****30088471644, AUT 080222 VISA DDA PUR<br>SEPTA REGIONAL RAIL    2155618231   * PA | 8.00 |
| 08/03 | DEBIT CARD PURCHASE, *****30088471644, AUT 080222 VISA DDA PUR<br>SEPTA FARE MACHINE     2155618231   * PA | 6.75 |
| 08/04 | CCD DEBIT, IBC EDI PAYMTS PRMAX*****146833 | 3,000.00 |
| 08/04 | ACH DEBIT, COMCAST 8499102 050017305 9172859 | 312.58 |
| 08/04 | DEBIT CARD PURCHASE, *****30088471644, AUT 080222 VISA DDA PUR<br>ROCCOS AT THE BRICK      NEWTOWN       * PA | 228.25 |
| 08/04 | DEBIT CARD PURCHASE, *****30104570106, AUT 080322 VISA DDA PUR<br>CVS PHARMACY  07189    800 746 7287 * PA | 102.44 |
| 08/04 | DEBIT CARD PURCHASE, *****30104570106, AUT 080322 VISA DDA PUR<br>PETSMART  1479       NEWTOWN       * PA | 35.50 |
| 08/04 | DEBIT CARD PURCHASE, *****30088471644, AUT 080222 VISA DDA PUR<br>BILLS STEAKS AND HOAGI   PHILADELPHIA * PA | 14.80 |
| 08/05 | DEBIT POS, *****30104570106, AUT 080522 DDA PURCHASE<br>SAMSCLUB  6676        HATBORO      * PA | 226.28 |
| 08/05 | TD ATM DEBIT, *****30104570106, AUT 080522 DDA WITHDRAW<br>1064 SECOND STREET PIKE  RICHBORO     * PA | 200.00 |
| 08/05 | DEBIT CARD PURCHASE, *****30088471644, AUT 080322 VISA DDA PUR<br>LA STALLA RESTAUR      NEWTOWN       * PA | 175.34 |
| 08/05 | DEBIT POS, *****30104570106, AUT 080522 DDA PURCHASE<br>TARGET T  401 EASTON R    WARRINGTON   * PA | 138.21 |

| | | |
|---|---|---|
| | Subtotal: | 28,297.44 |

**TD Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

| | |
|---|---|
| Page: | 10 of 11 |
| Statement Period: | Jul 08 2022-Aug 07 2022 |
| Cust Ref #: | |
| Primary Account #: | |

## DAILY ACCOUNT ACTIVITY

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/29 | DEBIT | 200.00 |
| | Subtotal: | 200.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 07/07 | 43,914.85 | 07/22 | 7,016.24 |
| 07/08 | 26,328.04 | 07/25 | 3,842.26 |
| 07/11 | 19,914.21 | 07/26 | 3,275.45 |
| 07/12 | 19,794.21 | 07/27 | 5,620.03 |
| 07/13 | 21,620.28 | 07/28 | 3,963.19 |
| 07/14 | 21,384.27 | 07/29 | 7,058.44 |
| 07/15 | 3,130.89 | 08/01 | 24,300.95 |
| 07/18 | 2,683.05 | 08/02 | 6,230.01 |
| 07/19 | 6,169.11 | 08/03 | 10,185.05 |
| 07/20 | 2,375.60 | 08/04 | 6,491.48 |
| 07/21 | 1,690.03 | 08/05 | 5,751.65 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured I TD Bank, N.A. I Equal Housing Lender

# TD Bank
### America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Page:                           11 of 11
Statement Period:    Jul 08 2022-Aug 07 2022
Cust Ref #:
Primary Account #:

---

ELECTRONICALLY PROCESSED ON 071822

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP IN POSSESSION CASE # 21-10054                    178

Date: 6/29/22

Pay to the Order of UNITED STATES TREASURY     $ 18,395.00

Eighteen Thousand, Three Hundred and Ninety-Five XX/100 Dollars

TD Bank

XXX-XX-9441

For: PLAN PAYMENT

**#178      07/15      $18,395.00**

---

AQA DIV6    AGX    6/30/22                    182

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA

Pay to the Order of ALLEGRO CREDIT     $ 936.25

Nine Hundred and Thirty-Six 25/100 Dollars

TD Bank

Acct #: 21300154

**#182      07/13      $936.25**

---

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA                    183

Date: 2/19/20

Pay to the Order of ALEXA M. JOHNSON     $ 2,700.00

Two Thousand, Seven Hundred XX/100 Dollars

TD Bank

For: COLLEGE EXPENSES

**#183      07/20      $2,700.00**

---

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA                    184

Date: 2/27/22

Pay to the Order of RICHARD W. JOHNSON, III     $ 950.00

Nine Hundred and Fifty XX/100 Dollars

TD Bank

For: COLLEGE EXPENSES

**#184      07/27      $950.00**

---

RICHARD W JOHNSON JR
ALYSE M JOHNSON
DIP CASE 21-10054 EDPA                    187

Date: 8/3/22

Pay to the Order of RICHARD W. JOHNSON     $ 1,000.00

One Thousand XX/100 Dollars

TD Bank

For: TRANSFER TO PNC

**#187      08/03      $1,000.00**

---

Richard Johnson                              70622
                              TD BANK, NA
                              PO BOX 1377
                              LEWISTON, ME 042401377

Pay To The Order of    THE BANCORP BANK     $600.00

Pay Exactly    $500.00 Dollars and Cents

SIGNATURE NOT REQUIRED

Customer authorization obtained: 2/25/2021

Memo Loan Payment 152199018

**#70622      07/08      $500.00**

---

Richard Johnson                              70722
                              TD BANK, NA
                              PO BOX 1377
                              LEWISTON, ME 042401377

Pay To The Order Of    THE BANCORP BANK     $17,086.81

Pay Exactly    $17,086.81 Dollars and Cents

SIGNATURE NOT REQUIRED

Customer authorization obtained: 2/25/2021

Memo Loan Payment 152199018

**#70722      07/08      $17,086.81**

---

Richard Johnson                              80122
                              TD BANK, NA
                              PO BOX 1377
                              LEWISTON, ME 042401377

Pay To The Order Of    THE BANCORP BANK     $17,086.81

Pay Exactly    $17,086.81 Dollars and Cents

SIGNATURE NOT REQUIRED

Customer authorization obtained: 2/25/2021

Memo Loan Payment 152199018

**#80122      08/02      $17,086.81**

---

Richard Johnson                              80222
                              TD BANK, NA
                              PO BOX 1377
                              LEWISTON, ME 042401377

Pay To The Order Of    THE BANCORP BANK     $600.00

Pay Exactly    $500.00 Dollars and Cents

SIGNATURE NOT REQUIRED

Customer authorization obtained: 2/25/2021

Memo Loan Payment 152199018

**#80222      08/02      $500.00**