# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:**<br><br>**RICHARD W. JOHNSON, JR. and ALYSE M. JOHNSON, h/w**<br><br>**Debtors.** | **Chapter 11**<br><br>**Bankruptcy No. 21-10054-AMC** |

TO: THE DEBTORS, THE UNITED STATES TRUSTEE, TWENTY LARGEST UNSECURED CREDITORS AND THOSE PARTIES REQUESTING NOTICE PURSUANT TO L.B.R. 2002-1

1. Jami B. Nimeroff, Subchapter V Trustee for the Debtors Richard W. Johnson, Jr. and Alyse M. Johnson, has filed a Second Interim Fee Application, a copy of which is on file with the Clerk's Office at the address in paragraph 2 below. The Application covers the time period from January 1, 2022 through August 19, 2022 and requests allowance and payment of fees in the amount of $840.00.

2. Any party receiving this Notice may file an answer, objection or other responsive pleading to the Application with the Clerk of the United States Bankruptcy Court for the Eastern District of Pennsylvania, 900 Market Street, Suite 400, Philadelphia, PA 19107 on or before fourteen (14) days from the date of this Notice. A copy of any answer, objection or other responsive pleading filed with respect to the Application must also be served upon Jami B. Nimeroff at the address set forth below.

3. In the absence of any answer, objection, responsive pleading or request for hearing, Jami B. Nimeroff will certify same to the Court and request that an Order be entered granting the Application.

Date: September 29, 2022

*/s/ Jami B. Nimeroff*
Jami B. Nimeroff, Esquire
**BROWN MCGARRY NIMEROFF LLC**
1500 John F. Kennedy Blvd, Suite 610
Philadelphia, PA 19102
Phone: (267) 861-5330
jnimeroff@bmnlawyers.com

*Subchapter V Trustee*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **RICHARD W. JOHNSON, JR. and ALYSE M. JOHNSON, h/w** | **Bankruptcy No. 21-10054-AMC** |
| **Debtors.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date set forth below, I caused a true and correct copy of the foregoing *Notice of Second Interim Application of Jami B. Nimeroff, Esquire for Compensation* to be filed via ECF which provides notice of such filing on all parties registered to receive notice therefrom and caused a true and correct copy of the foregoing to be served on the attached service list via first class mail:

Date:  September 29, 2022                              */s/ Jami B. Nimeroff*
                                                                              Jami B. Nimeroff, Esquire

## SERVICE LIST

David B. Smith, Esquire
Smith Kane Holman, LLC
112 Moores Road, Suite 300
Malvern, PA 19355

George M. Conway, Esquire
United States Trustee
200 Chestnut Street
Suite 502, U S Customs House
Philadelphia, PA 19106

United States Trustee
Office of United States Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

Commonwealth of Pennsylvania
Department of Revenue
c/o Carol E. Momjian, Esquire
The Phoenix Building.
1600 Arch Street, Suite 300
Philadelphia, PA 19102

Richard and Alyse Johnson, Jr.
5 Sarah Drive
Newtown, PA 18940

ACAR Leasing Ltd. d/b/a GM
Financial Leasing
PO Box 183853
Arlington, TX 76096

Rebecca Ann Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

Daimler Trust
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113

Martin T. Sullivan
13 Summit Square Center
#225
Langhorne, PA 19047

William E. Craig, Esquire Morton &
Craig, LLC
110 Marter Ave. Suite 301
Moorestown, NJ 08057

Matthew E. K. Howatt
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106

AmeriCredit/GM Financial
Attn: Bankruptcy
P.O. Box 183853
Arlington, TX 76096

Internal Revenue Service
600 Arch Street
Philadelphia, PA 19106-1611

Mercedes-Benz Financial Services
Attn: Bankruptcy
P.O. Box 685
Roanoke, TX 76262

Navient
Attn: Bankruptcy
Po Box 9640
Wiles-Barr, PA 18773

Pennsylvania Dept. of Revenue
Bankruptcy Division
Dept. 280946
Harrisburg, PA 17128

The Bancorp Bank
PO Box 77404
Ewing, NJ 08628

PNC Bank, NA
222 Delaware Avenue
Wilmington, DE 19801

Tdrcs/Ethan Allen
Ethan Allen Drive
Danbury, CT 06811

Volkswagen Credit, Inc
Attn: Bankruptcy
PO Box 3
Hillsboro, OR 97123