# Local Rule 3021-1 Post-Confirmation Distribution Report

**Debtors:**  Richard W. Johnson and Alyse M. Johnson

**Case No.:**  21-10054

**Reporting Period:**  Q3 2022

**Summary of Plan Distributions:**

The Debtors' Second Amended Plan of Reorganization, dated August 2, 2022 (the "Plan") vests the Debtors with responsibility for disbursing all Plan payments to creditors. Generally, the Plan provides for prescribed quarterly payments to the following: (i) Administrative Expense Claims; (ii) Priority Tax Claims; (iii) the secured claim of The Bancorp Bank; and (iv) the secured claim of Allegro Credit. The Plan further provides that once the Administrative Expense Claims are paid in full, which will occur by 2Q 2023, non-priority unsecured debt will receive payments from the Debtors' Disposable Income commencing 3Q 2023. Accordingly, the Debtors will report prescribed payments through 2Q 2023 and then Disposable Income calculations commencing 3Q 2023.

**Debtors' Depository Accounts:**[1]

- PNC Bank, personal checking, account no. x9832 (RWJ & AMJ)
- PNC Bank, business checking, account no. x1228 (RWJ only)
- TD Bank, DIP checking, account no. x1383 (RWJ & AMJ)

**Creditor Class Distributions:**

| Class | Quarterly Payments | Cumulative Payments |
|---|---:|---:|
| Administrative Expense Claims | $25,201.43 | $54,971.43 |
| Priority Tax Claims: | | |
|     IRS | $0.00 | $36,790.00 |
|     PA Dep't of Revenue | $0.00 | $9,210.00 |
|     Council Rock School District | $0.00 | $880.00 |
|     Township of Wrightstown | $0.00 | $1,180.00 |
| Class 2A (Bancorp arrears) | $4,500.00 | $7,500.00 |
| Class 2B (Allegro arrears) | $841.29 | $2,523.87 |
| Class 3 (non-priority unsecured claims) | $0.00 | $0.00 |

By: /s/ *Richard W. Johnson*                                                                                    Date: 10/20/2022

---

[1] Account funds are not invested in any instruments.