# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| RICHARD W. JOHNSON, JR. and ALYSE M. JOHNSON | : | Case No. 21-10054 (AMC) |
| Debtors | : | |

## CERTIFICATE OF SERVICE

I, Nicholas M. Engel, Esquire, do hereby certify that on this 21st day of October, 2022, the forgoing Local Rule 3021-1 Post-Confirmation Distribution Report, filed by the Debtors for the third quarter of 2022, was served via first-class mail postage pre-paid upon the parties below and via email upon all counsel of record by operation of the Court's ECF filing system.

Daimler Trust
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113

                                                                                */s/ Nicholas M. Engel*
                                                                              Nicholas M. Engel, Esquire