UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: : CHAPTER 11

RICHARD W. JOHNSON, JR. and
ALYSE M. JOHNSON : Case No. 21-10054 (AMC)

          Debtors

## CERTIFICATE OF NO OBJECTION

The undersigned, counsel for the Debtors, certifies as follows:

1. On October 6, 2022, the undersigned filed with this Court the Second and Final Fee Application of Smith Kane Holman, LLC as Counsel to Richard W. Johnson, Jr. and Alyse M. Johnson, for the Period January 1, 2022 through August 4, 2022 (the "Application"), notice or a copy of which was sent to all parties entitled to same on October 6, 2022.

2. Any answers, objections or responses to the Application were due on or before October 20, 2022.

3. To date, the undersigned has not been served with any answer, objection or other response to the Application, nor, to the best of the undersigned's knowledge, information and belief has the Court been served with any answer, objection or response to the Application.

4. Pursuant to the foregoing, the undersigned certifies that the Application is uncontested.

WHEREFORE, the undersigned respectfully requests that this Court enter an order approving the Application.

                                                SMITH KANE HOLMAN, LLC

Dated: October 21, 2022                 By: /s/ Nicholas M. Engel
                                                Nicholas M. Engel, Esquire
                                                112 Moores Road, Suite 300
                                                Malvern, PA 19355
                                                (610) 407-7216 Phone
                                                (610) 407-7218 Fax
                                                *Attorney for Richard W. Johnson, Jr. and Alyse M. Johnson*