## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **RICHARD W. JOHNSON, JR. and ALYSE M. JOHNSON, h/w** | **Case No. 21-10054-AMC** |
| **Debtors.** | |

### CERTIFICATE OF NO RESPONSE

On September 29, 2022, Jami B. Nimeroff, Esquire, the Subchapter V Trustee (the "Subchapter V Trustee") for the above-captioned case of the debtor (the "Debtor") filed the Subchapter V Trustee's Second Interim Fee Application for Compensation for the Period of January 1, 2022 through August 19, 2022 (the "Application"). On September 29, 2022, the Subchapter V Trustee also filed the Notice of the Application. Responses to the Application were due on or before October 13, 2022. This Court's docket reflects that no objections were filed to the Application. Additionally, no objections to the Application have been received by the Subchapter V Trustee. Accordingly, the Subchapter V Trustee respectfully requests that the Order attached to the Application be entered at the Court's earliest convenience.

Date: October 21, 2022

BROWN MCGARRY NIMEROFF LLC

*/s/ Jami B. Nimeroff*
Jami B. Nimeroff, Esquire
1500 John F. Kennedy Blvd, Suite 610
Philadelphia, PA 19102
Phone: (267) 861-5330
jnimeroff@bmnlayers.com
*Subchapter V Trustee*