UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: | : | CHAPTER 11 |
|  | : |  |
| RICHARD W. JOHNSON, JR. and | : |  |
| ALYSE M. JOHNSON | : | Case No. 21-10054 (AMC) |
|  | : |  |
| Debtors | : |  |
|  | : |  |

### ORDER

AND NOW, this ____ day of _____, 2022, upon consideration of the Second and Final Fee Application of Smith Kane Holman, LLC as Counsel to Richard W. Johnson, Jr. and Alyse M. Johnson, for the Period January 1, 2022 through August 4, 2022 (the "Application"), it is hereby ORDERED AND DECREED that:

1. The Application is GRANTED.

2. Smith Kane Holman, LLC, counsel to Richard W. Johnson, Jr. and Alyse M. Johnson (the "Debtors"), is allowed compensation in the amount of $13,770.00 for services rendered and reimbursement of expenses in the amount of $92.66.

3. The Debtors are authorized to pay Smith Kane Holman, LLC the amounts allowed forthwith from funds in the bankruptcy estate.

**Date: October 26, 2022**

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

Copies Sent To:
David B. Smith, Esquire
112 Moores Road, Suite 300
Malvern, PA 19355
(610) 407-7217 Phone
(610) 407-7218 Fax
Attorneys for Richard W. Johnson, Jr.
and Alyse M. Johnson