IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>**RICHARD W. JOHNSON, JR. and ALYSE M. JOHNSON, h/w**<br><br>**Debtors.** | Chapter 11<br><br>Bankruptcy No. 21-10054-AMC |

Upon consideration of the Second Interim Application for Compensation and Reimbursement of Expenses of Jami B. Nimeroff, Esquire as Subchapter V Trustee for the Period of January 1, 2022 through August 19, 2022 (the "Application"), it is hereby ORDERED that:

1. The Application is APPROVED; and

2. Compensation to Jami B. Nimeroff, Esquire shall be allowed and authorized as a Chapter 11 administrative expense claim for services rendered as Subchapter V Trustee in the sum of $840.00 for a total allowance of $840.00.

3. The Debtors are authorized to pay Jami B. Nimeroff, Esquire the amounts allowed forthwith as provided for in the Debtor's confirmed Second Amended Plan.

Date:
**Date: October 26, 2022**

_____
ASHELY M. CHAN
United States Bankruptcy Judge