IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:**<br><br>**RICHARD W. JOHNSON, JR. and ALYSE M. JOHNSON, h/w**<br><br>**Debtors.** | **Chapter 11**<br><br>**Bankruptcy No. 21-10054-AMC** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date set forth below, I caused a true and correct copy of the foregoing *Order Approving the Second Interim Application of Jami B. Nimeroff, Esquire for Compensation* to be served via first class mail on those parties listed on the attached service list who do not receive ECF notices.

Date:  October 26, 2022                    */s/ Jami B. Nimeroff*
                                            Jami B. Nimeroff, Esquire

## SERVICE LIST

David B. Smith, Esquire
Smith Kane Holman, LLC
*Served via ECF*

Martin T. Sullivan
13 Summit Square Center #225
Langhorne, PA 19047

George M. Conway, Esquire
United States Trustee
*Served via ECF*

William E. Craig, Esquire
Morton & Craig, LLC
*Served via ECF*

United States Trustee
Office of United States Trustee
*Served via ECF*

Matthew E. K. Howatt
Assistant United States Attorney
*Served via ECF*

Commonwealth of Pennsylvania
Department of Revenue
c/o Carol E. Momjian, Esquire
*Served via ECF*

AmeriCredit/GM Financial
Attn: Bankruptcy
P.O. Box 183853
Arlington, TX 76096

Richard and Alyse Johnson, Jr.
5 Sarah Drive
Newtown, PA 18940

Internal Revenue Service
600 Arch Street
Philadelphia, PA 19106-1611

ACAR Leasing Ltd. d/b/a GM
Financial Leasing
PO Box 183853
Arlington, TX 76096

Mercedes-Benz Financial Services
Attn: Bankruptcy
P.O. Box 685
Roanoke, TX 76262

Rebecca Ann Solarz, Esquire
KML Law Group, P.C.
*Served via ECF*

Navient
Attn: Bankruptcy
Po Box 9640
Wiles-Barr, PA 18773

Daimler Trust
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113

Pennsylvania Dept. of Revenue
Bankruptcy Division
Dept. 280946
Harrisburg, PA 17128

PNC Bank, NA
222 Delaware Avenue
Wilmington, DE 19801

The Bancorp Bank
PO Box 77404
Ewing, NJ 08628

Volkswagen Credit, Inc
Attn: Bankruptcy
PO Box 3
Hillsboro, OR 97123

Tdrcs/Ethan Allen
Ethan Allen Drive
Danbury, CT 06811