*Form 167* (1/25)–doc 156 – 155

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Richard W. Johnson Jr. ) | Case No. 21–10054–amc |
| ) | |
| ) | |
|    Alyse M. Johnson ) | Chapter: 11 |
| ) | |
|   Debtor(s). ) | |

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor The Bancorp Bank

on: 4/30/25

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107


Date: March 24, 2025

For The Court

Timothy B. McGrath
Clerk of Court