# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: § | Chapter 11 |
| § | |
| Richard W. Johnson, Jr. and § | Case No. 21-10054-AMC |
| Alyse M. Johnson, § | |
| § | |
| Debtors. § | |

## CERTIFICATION OF SERVICE

I, John Schanne, certify that on July 22, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion of the United States Trustee to Dismiss Debtors' Case or Convert to Chapter 7 for Failure To File Post-Confirmation Distribution Reports and attachments thereto

- Notice of Motion

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

By: /s/ *John Schanne*
John Schanne, Trial Attorney
Office of The United States Trustee
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Phone: 202.934.4154
John.Schanne@usdoj.gov

Date: July 22, 2025

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

**NICHOLAS M. ENGEL, ESQ**
Smith Kane Holman, LLC
112 Moores Road
Suite 300
Malvern, PA 19355
Email: nengel@skhlaw.com
Debtor
**Via:     X CM/ECF  X 1st Class Mail    ___ Certified Mail  X e-mail  ___ Other**

**JAMI B. NIMEROFF, ESQ.**
Brown McGarry Nimeroff LLC
Subchapter V Trustee
Two, Five Penn Center, 1500 John F Kennedy Blvd # 610
Philadelphia, PA 19102
Email: jnimeroff@brownnimeroff.com
**Sub-V Trustee**
**Via:     X CM/ECF ___1st Class Mail    ___ Certified Mail  X e-mail  ___ Other:**