United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                          Case No. 21-10054-amc

Richard W. Johnson, Jr.                                                                      Chapter 11

Alyse M. Johnson

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jul 24, 2025 | Form ID: pdf900 | Total Noticed: 38 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor is advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Richard W. Johnson, Jr., Alyse M. Johnson, 5 Sarah Drive, Newtown, PA 18940-4129 |
| acc | + | Martin T. Sullivan, 13 Summit Square Center, #225, Langhorne, PA 19047-1078 |
| 14574974 | + | Allegro Credit, 1111 Bayhill Drive, Suite 450, San Bruno, CA 94066-3054 |
| 14920660 | + | Commonwealth of Pennsylvania Department of Revenue, Office of the Attorney General, The Phoenix Building, 1600 Arch Street, Suite 300, Philadelphia, PA 19103-2016 |
| 14576358 | + | Commonwealth of Pennsylvania Department of Revenue, c/o Carol E. Momjian,Esquire, The Phoenix Building., 1600 Arch Street, Suite 300, Philadelphia, PA 19103-2016 |
| 14585168 | + | PNC Bank, National Association, c/o Joe Horton, 201 East 5th Street, Mailstop: B1-BM01-03-5, Cincinnati, OH 45202-4152 |
| 14574985 | | Tdrcs/Ethan Allen, Ethan Allen Drive, Danbury, CT 06811 |
| 14574986 | + | The Bancorp Bank, PO Box 77404, Ewing, NJ 08628-6404 |
| 14574989 | | Wrightown Township, c/o Keystone Collections Group, PO Box 529, Irwin, PA 15642-0529 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 25 2025 00:33:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 25 2025 00:32:00 | ACAR Leasing Ltd. d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096, US 76096-3853 |
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 25 2025 00:33:00 | Commonwealth of Pennsylvania Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 14576847 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 25 2025 00:32:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 14628922 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 25 2025 00:32:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 14578616 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 25 2025 00:32:00 | ACAR Leasing Ltd., d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 14578607 | | Email/PDF: bncnotices@becket-lee.com | Jul 25 2025 00:48:55 | Allegro Credit, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 14574975 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 25 2025 00:32:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, P.O. Box 183853, Arlington, TX 76096-3853 |
| 14582272 | | Email/Text: notices@bkservicing.com | Jul 25 2025 00:32:00 | Daimler Trust, c/o BK Servicing, LLC, PO Box |

District/off: 0313-2 | User: admin | Page 2 of 4
Date Rcvd: Jul 24, 2025 | Form ID: pdf900 | Total Noticed: 38

| | | | | |
|---|---|---|---|---|
| | | | | 131265, Roseville, MN 55113-0011 |
| 14588005 | | Email/Text: BKelectronicnotices@cenlar.com | Jul 25 2025 00:32:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 14614459 | + | Email/Text: Bankruptcy@keystonecollects.com | Jul 25 2025 00:32:00 | Council Rock School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14574977 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 25 2025 00:36:04 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14584797 | | Email/Text: FWBankruptcyTeam@mercedes-benz.com | Jul 25 2025 00:32:00 | Daimler Trust, c/o BK Servicing, LLC, PO Box5209, Carol Stream IL 60197-5209 |
| 14574978 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 25 2025 00:32:00 | Internal Revenue Service, 600 Arch Street, Philadelphia, PA 19106-1695 |
| 14574979 | + | Email/Text: FWBankruptcyTeam@mercedes-benz.com | Jul 25 2025 00:32:00 | Mercedes-Benz Financial Services, Attn: Bankruptcy, P.O. Box 685, Roanoke, TX 76262-0685 |
| 14574981 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Jul 25 2025 00:36:50 | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 14574983 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 25 2025 00:32:00 | PNC Bank, NA, 222 Delaware Avenue, Wilmington, DE 19801 |
| 14575587 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 25 2025 00:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14574982 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 25 2025 00:33:00 | Pennsylvania Dept. of Revenue, Bankruptcy Division, Dept. 280946, Harrisburg, PA 17128-0001 |
| 14574984 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 25 2025 00:49:27 | Synch/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14585083 | ^ | MEBN | Jul 25 2025 00:26:59 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14794750 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 25 2025 00:35:29 | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14794751 | | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 25 2025 00:35:33 | Synchrony Bank by AIS InfoSource, LP as agent, Dept 888 PO BOX 4457, Houston TX 77210-4457 |
| 14585726 | + | Email/Text: tdebn@credbankserv.com | Jul 25 2025 00:32:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14578657 | ^ | MEBN | Jul 25 2025 00:26:50 | The Bancorp Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14614463 | + | Email/Text: Bankruptcy@keystonecollects.com | Jul 25 2025 00:32:00 | Township of Wrightstown, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14575314 | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Jul 25 2025 00:33:00 | United States Trustee, c/o GEORGE M. CONWAY,ESQUIRE, United States Trustee, 200 Chestnut Street, Suite 502, U S Customs House, Philadelphia, PA 19106-2908 |
| 14579415 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Jul 25 2025 00:32:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 14574987 | + | Email/Text: vci.bkcy@vwcredit.com | Jul 25 2025 00:33:00 | Volkswagen Credit, Inc, Attn: Bankruptcy, Po Box 3, Hillsboro, OR 97123-0003 |

TOTAL: 29

District/off: 0313-2                      User: admin                      Page 3 of 4
Date Rcvd: Jul 24, 2025                   Form ID: pdf900                   Total Noticed: 38

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | ACAR Leasing LTD d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | *P++ | BK SERVICING LLC, PO BOX 131265, ROSEVILLE MN 55113-0011, address filed with court:, Daimler Trust, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14578390 | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| 14574976 | *+ | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14579307 | *+ | Internal Revenue Service, P O BOX 7317, Philadelphia PA 19101-7317 |
| 14580807 | *+ | Internal Revenue Service, P O BOX 7317, Philadelphia PA 19101-7317 |
| 14577550 | *+ | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 14599230 | *+ | Internal Revenue Service, 600 Arch Street, Philadelphia PA 19106-1695 |
| 14574980 | *+ | Mercedes-Benz Financial Services, Attn: Bankruptcy, Po Box 685, Roanoke, TX 76262-0685 |
| 14621671 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14574988 | *+ | Volkswagen Credit, Inc., Attn: Bankruptcy, P.O. Box 3, Hillsboro, OR 97123-0003 |
| 14629115 | ##+ | ACAR Leasing LTD d/b/a GM Financial Leasing, c/o William E. Craig, Esquire, Morton & Craig, LLC, 110 Marter Ave., Suite 301, Moorestown, NJ 08057-3125 |

TOTAL: 0 Undeliverable, 13 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2025                    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER R. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov |
| DAVID B. SMITH | on behalf of Debtor Alyse M. Johnson dsmith@skhlaw.com  b.dr70286@notify.bestcase.com |
| DAVID B. SMITH | on behalf of Debtor Richard W. Johnson  Jr. dsmith@skhlaw.com, b.dr70286@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor The Bancorp Bank bkgroup@kmllawgroup.com |
| George M Conway, III | on behalf of U.S. Trustee United States Trustee gmconwayiii@gmail.com |
| JAMI B. NIMEROFF, ESQ. | on behalf of Trustee JAMI B. NIMEROFF  ESQ. jnimeroff@brownnimeroff.com, cjones@bmnlawyers.com;cblatt@bmnlawyers.com;cjn11@trustesolutions.net |
| JAMI B. NIMEROFF, ESQ. | jnimeroff@brownnimeroff.com  cjones@bmnlawyers.com;cblatt@bmnlawyers.com;cjn11@trustesolutions.net |
| JOHN HENRY SCHANNE | on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov |

MATTHEW E. K. HOWATT
on behalf of Creditor United States of America on behalf of IRS matthew.howatt@usdoj.gov
Sherri.Tiller-Nikazy@usdoj.gov;CaseView.ECF@usdoj.gov

NICHOLAS M. ENGEL
on behalf of Debtor Richard W. Johnson  Jr. nengel@skhlaw.com

NICHOLAS M. ENGEL
on behalf of Debtor Alyse M. Johnson nengel@skhlaw.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing wcraig@egalawfirm.com
mortoncraigecf@gmail.com;alapinski@egalawfirm.com


TOTAL: 13

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In Re: | § |
| | § |
| Richard W. Johnson, Jr. and | § |
| Alyse M. Johnson, | § |
| | § |
| Debtors. | § |

§ Chapter 11

§ Case No. 21-10054-AMC

### NOTICE OF MOTION, RESPONSE DEADLINE
### AND IN-PERSON HEARING DATE

*The United States Trustee has filed the Motion of the United States Trustee to Dismiss Debtor's Case or Convert to Chapter 7 for Failure To File Post-Confirmation* <u>*Distribution Reports*</u>

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

1. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then on or before **August 5, 2025** you or your attorney must file a response to the Motion. *(see Instructions on next page).*

2. A hearing on the Motion is scheduled to be held on **Wednesday, September 3, 2025, at 12:30 p.m. at the United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Building 900 Market Street, Courtroom #4 Philadelphia, PA 19107.** Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing. Requests for participation other than in person must be made pursuant to Local Bankruptcy Rule 9076-1.

3. **If you do not file a response to the Motion,** the court may cancel the hearing and enter an order granting the relief requested in the Motion.

4. You may contact the Bankruptcy Clerk's Office for Philadelphia cases at (215) 408-2800 and for Reading cases at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

5. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

**Filing Instructions**

1. If you are required to file documents electronically by Local Bankruptcy Rule 5005-2, you must file your response electronically.

2. If you are not required to file electronically, you must file your response at

   **United States Bankruptcy Court**
   **Eastern District of Pennsylvania**
   **Robert N.C. Nix Sr. Federal Building**
   **900 Market Street, Suite 400**
   **Philadelphia, PA 19107**
   **Telephone: (215)408-2840**

3. If you mail your response to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

4. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

   By: /s/ John Schanne
   John Schanne, Trial Attorney
   Office of The United States Trustee
   Robert NC Nix, Sr. Federal Building
   900 Market Street, Suite 320
   Philadelphia, PA 19107
   Phone: 202.934.4154
   John.Schanne@usdoj.gov

Date: July 22, 2025