# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | § Chapter 11 |
| Richard W. Johnson, Jr. and Alyse M. Johnson, | § Case No. 21-10054-AMC |
| | § Related Docket No. 160 |
| Debtors. | § |

## NOTICE OF WITHDRAWAL, WITHOUT PREJUDICE, OF MOTION OF THE UNITED STATES TRUSTEE TO DISMISS DEBTOR'S CASE OR CONVERT TO CHAPTER 7 FOR FAILURE TO FILE POST-CONFIRMATION DISTRIBUTION REPORTS

PLEASE TAKE NOTICE that Andrew R. Vara, the United States Trustee for Region 3, by and through his undersigned counsel, hereby withdraws, without prejudice, the *Motion of the United States Trustee to Dismiss Debtor's Case or Convert to Chapter 7 for Failure to File Post-Confirmation Distribution Reports* (Docket No. 160). The reports have now been filed.

Dated: July 30, 2025

Respectfully submitted,

**ANDREW R. VARA**
**UNITED STATES TRUSTEE**
**For Region 3**

By: /s/ *John Schanne*
John Schanne, Trial Attorney
Office of The United States Trustee
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Phone: 202.934.4154
John.Schanne@usdoj.gov