# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| RICHARD W. JOHNSON, JR. and | : | |
| ALYSE M. JOHNSON | : | Case No. 21-10054 (AMC) |
| | : | |
| Debtors | : | |

## ORDER

AND NOW, this 4th day of September 2025, upon consideration of the Certification of Default filed by The Bancorp Bank ("Bancorp"), the Debtors' Objection thereto, after notice and an initial hearing held on August 6, 2025 and the Court's entry of limited stay relief Order dated August 8, 2025 (*Dkt. No. 169*), and after a continued hearing held on September 3, 2025 at which counsel for Bancorp was not present, it is hereby ORDERED and DECREED that:

1. The limitation of the stay relief granted to Bancorp on August 8, 2025, which limitation prevented Bancorp from conducting a Sheriff's sale on the Debtors' real property at 5 Sarah Drive, Newtown, PA ("Property") on or before September 3, 2025, is hereby ***extended*** until lifted by the Court.

2. Bancorp shall not sell, schedule, or otherwise cause the Property to be listed for Sheriff's sale prior to further authorization of the Court.

3. A further hearing on this matter is scheduled for October 1, 2025, at 12:30 p.m.

BY THE COURT:

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge