United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                          Case No. 21-10054-amc
Richard W. Johnson, Jr.                                                                         Chapter 11
Alyse M. Johnson
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2              User: admin              Page 1 of 2
Date Rcvd: Sep 04, 2025           Form ID: pdf900           Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard W. Johnson, Jr., Alyse M. Johnson, 5 Sarah Drive, Newtown, PA 18940-4129 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2025          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2025 at the address(es) listed below:

**Name**      **Email Address**

CHRISTOPHER R. MOMJIAN
     on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov

DAVID B. SMITH
     on behalf of Debtor Richard W. Johnson  Jr. dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

DAVID B. SMITH
     on behalf of Joint Debtor Alyse M. Johnson dsmith@skhlaw.com  b.dr70286@notify.bestcase.com

DENISE ELIZABETH CARLON
     on behalf of Creditor The Bancorp Bank bkgroup@kmllawgroup.com

George M Conway, III
     on behalf of U.S. Trustee United States Trustee gmconwayiii@gmail.com

JAMI B. NIMEROFF, ESQ.

District/off: 0313-2 — User: admin — Page 2 of 2
Date Rcvd: Sep 04, 2025 — Form ID: pdf900 — Total Noticed: 1

| | |
|---|---|
| | on behalf of Trustee JAMI B. NIMEROFF ESQ. jnimeroff@brownnimeroff.com, cjones@bmnlawyers.com;cblatt@bmnlawyers.com;cjn11@trustesolutions.net |
| JAMI B. NIMEROFF, ESQ. | jnimeroff@brownnimeroff.com cjones@bmnlawyers.com;cblatt@bmnlawyers.com;cjn11@trustesolutions.net |
| JOHN HENRY SCHANNE | on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov |
| MATTHEW E. K. HOWATT | on behalf of Creditor United States of America on behalf of IRS matthew.howatt@usdoj.gov Sherri.Tiller-Nikazy@usdoj.gov;CaseView.ECF@usdoj.gov |
| MATTHEW K. FISSEL | on behalf of Creditor The Bancorp Bank bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| NICHOLAS M. ENGEL | on behalf of Debtor Richard W. Johnson Jr. nengel@skhlaw.com |
| NICHOLAS M. ENGEL | on behalf of Joint Debtor Alyse M. Johnson nengel@skhlaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 14

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 11 |
| RICHARD W. JOHNSON, JR. and ALYSE M. JOHNSON | Case No. 21-10054 (AMC) |
| Debtors | |

### ORDER

AND NOW, this 4th day of September 2025, upon consideration of the Certification of Default filed by The Bancorp Bank ("Bancorp"), the Debtors' Objection thereto, after notice and an initial hearing held on August 6, 2025 and the Court's entry of limited stay relief Order dated August 8, 2025 (*Dkt. No. 169*), and after a continued hearing held on September 3, 2025 at which counsel for Bancorp was not present, it is hereby ORDERED and DECREED that:

1.  The limitation of the stay relief granted to Bancorp on August 8, 2025, which limitation prevented Bancorp from conducting a Sheriff's sale on the Debtors' real property at 5 Sarah Drive, Newtown, PA ("Property") on or before September 3, 2025, is hereby ***extended*** until lifted by the Court.

2.  Bancorp shall not sell, schedule, or otherwise cause the Property to be listed for Sheriff's sale prior to further authorization of the Court.

3.  A further hearing on this matter is scheduled for October 1, 2025, at 12:30 p.m.

BY THE COURT:

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge