# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| RICHARD W. JOHNSON, JR. and | : | |
| ALYSE M. JOHNSON | : | Case No. 21-10054 (AMC) |
| | : | |
| Debtors | : | |
| | : | |

## ORDER

AND NOW, upon consideration of the Certification of Default filed by The Bancorp Bank ("Bancorp"), the Debtors' Objection thereto, after notice and hearings and the Court's entry of limited stay relief Orders dated August 8, 2025 and September 4, 2025 (*Dkt. Nos. 169, 173*), it is hereby ORDERED and DECREED that:

1. The Automatic Stay of all proceedings, as provided under 11 U.S.C. § 362(a), is modified with respect to the subject premises located at 5 Sarah Drive, Newtown, PA 18940 ("Property"), so as to allow Bancorp, and its successors or assignees, to proceed with its rights and remedies under the terms of the subject mortgage and pursue its in rem state court remedies including, but not limited to, taking the Property to Sheriff's Sale and/or pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale, or deed-in-lieu of foreclosure. Any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

2. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

3. All obligations owed to Bancorp pursuant to the Debtors' confirmed Plan of Reorganization (*Dkt. Nos. 116, 120*) (the "Plan"), including completed payments and present and future obligations, shall be treated as owed, addressed, and to be satisfied outside of the Plan;

therefore, (i) the Bancorp Plan obligations will have no bearing or impact on the Debtors' ability to request a discharge pursuant to 11 U.S.C. § 1192 upon completion of all payments due under their Plan, and (ii) the treatment of the Bancorp Plan obligations outside of the Plan will be without effect upon or alteration of any of the other Plan payments.

BY THE COURT:

Date: Oct. 9, 2025

_____
Honorable Ashely M. Chan
Chief United States Bankruptcy Judge