United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 21-10054-amc

Richard W. Johnson, Jr.                                                              Chapter 11

Alyse M. Johnson

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 10, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Richard W. Johnson, Jr., Alyse M. Johnson, 5 Sarah Drive, Newtown, PA 18940-4129 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2025                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTOPHER R. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov |
| DAVID B. SMITH | on behalf of Debtor Richard W. Johnson  Jr. dsmith@skhlaw.com, b.dr70286@notify.bestcase.com |
| DAVID B. SMITH | on behalf of Joint Debtor Alyse M. Johnson dsmith@skhlaw.com  b.dr70286@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor The Bancorp Bank bkgroup@kmllawgroup.com |
| George M Conway, III | on behalf of U.S. Trustee United States Trustee gmconwayiii@gmail.com |
| JAMI B. NIMEROFF, ESQ. | |

|  |  |
|---|---|
|  | on behalf of Trustee JAMI B. NIMEROFF ESQ. jnimeroff@brownnimeroff.com, cjones@bmnlawyers.com;cblatt@bmnlawyers.com;cjn11@trustesolutions.net |
| JAMI B. NIMEROFF, ESQ. | jnimeroff@brownnimeroff.com  cjones@bmnlawyers.com;cblatt@bmnlawyers.com;cjn11@trustesolutions.net |
| JOHN HENRY SCHANNE | on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov |
| MATTHEW E. K. HOWATT | on behalf of Creditor United States of America on behalf of IRS matthew.howatt@usdoj.gov Sherri.Tiller-Nikazy@usdoj.gov;CaseView.ECF@usdoj.gov |
| MATTHEW K. FISSEL | on behalf of Creditor The Bancorp Bank bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| NICHOLAS M. ENGEL | on behalf of Debtor Richard W. Johnson  Jr. nengel@skhlaw.com |
| NICHOLAS M. ENGEL | on behalf of Joint Debtor Alyse M. Johnson nengel@skhlaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 14

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| RICHARD W. JOHNSON, JR. and | : | |
| ALYSE M. JOHNSON | : | Case No. 21-10054 (AMC) |
| | : | |
| Debtors | : | |

## <u>ORDER</u>

AND NOW, upon consideration of the Certification of Default filed by The Bancorp Bank ("Bancorp"), the Debtors' Objection thereto, after notice and hearings and the Court's entry of limited stay relief Orders dated August 8, 2025 and September 4, 2025 (*Dkt. Nos. 169, 173*), it is hereby ORDERED and DECREED that:

1.    The Automatic Stay of all proceedings, as provided under 11 U.S.C. § 362(a), is modified with respect to the subject premises located at 5 Sarah Drive, Newtown, PA 18940 ("Property"), so as to allow Bancorp, and its successors or assignees, to proceed with its rights and remedies under the terms of the subject mortgage and pursue its in rem state court remedies including, but not limited to, taking the Property to Sheriff's Sale and/or pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale, or deed-in-lieu of foreclosure.  Any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

2.    The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

3.    All obligations owed to Bancorp pursuant to the Debtors' confirmed Plan of Reorganization (*Dkt. Nos. 116, 120*) (the "Plan"), including completed payments and present and future obligations, shall be treated as owed, addressed, and to be satisfied outside of the Plan;

therefore, (i) the Bancorp Plan obligations will have no bearing or impact on the Debtors' ability

to request a discharge pursuant to 11 U.S.C. § 1192 upon completion of all payments due under

their Plan, and (ii) the treatment of the Bancorp Plan obligations outside of the Plan will be

without effect upon or alteration of any of the other Plan payments.

BY THE COURT:

Date: Oct. 9, 2025

_____
Honorable Ashely M. Chan
Chief United States Bankruptcy Judge

2