**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| RICHARD W. JOHNSON, JR. and | : | |
| ALYSE M. JOHNSON | : | Case No. 21-10054 (AMC) |
| | : | |
| Debtors | : | |
| | : | |

### CERTIFICATE OF SERVICE

I, Nicholas M. Engel, Esquire, do hereby certify that on this day, I caused the Debtors'

Motion for (I) Entry of Discharge Pursuant to 11 U.S.C. § 1192, and (II) Entry of a Final Decree

(the "Motion"), as well as notice thereof, to be served upon all counsel of record by operation of

the Court's ECF filing system, and via first-class mail, postage pre-paid, upon those on the

Clerk's Service List.  In addition, the notice of motion has also been served via first-class mail

on those on the Matrix List of Creditors.


Date: April 3, 2026                              */s/ Nicholas M. Engel*
                                                       Nicholas M. Engel, Esquire

## Service List

(CM/ECF – as of 4.3.26)

- **WILLIAM EDWARD CRAIG**    wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com
- **George M Conway**    gmconwayiii@gmail.com
- **NICHOLAS M. ENGEL**    nengel@skhlaw.com
- **MATTHEW K. FISSEL**    bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com
- **MATTHEW E. K. HOWATT**    matthew.howatt@usdoj.gov, Sherri.Tiller-Nikazy@usdoj.gov;CaseView.ECF@usdoj.gov
- **CHRISTOPHER R. MOMJIAN**    crmomjian@attorneygeneral.gov, jhuiet@attorneygeneral.gov
- **JAMI B. NIMEROFF, ESQ.**    jnimeroff@brownnimeroff.com, cjones@bmnlawyers.com;cblatt@bmnlawyers.com;cjn11@trustesolutions.net
- **JOHN HENRY SCHANNE**    John.Schanne@usdoj.gov
- **DAVID B. SMITH**    dsmith@skhlaw.com, b.dr70286@notify.bestcase.com
- **United States Trustee**    USTPRegion03.PH.ECF@usdoj.gov

## Service List

(first-class mail)

**(Clerk's Service List)**

ACAR Leasing Ltd. d/b/a GM Financial Leasing
PO Box 183853
Arlington, TX 76096

Daimler Trust
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113

Martin T. Sullivan
13 Summit Square Center
#225
Langhorne, PA 19047

Synchrony Bank by AIS InfoSource, LP as agent.
4515 N Santa Fe Ave
Oklahoma City, OK 73118

**(Matrix List of Creditors)**

Allegro Credit
1111 Bayhill Drive
Suite 450
San Bruno, CA 94066

AmeriCredit/GM Financial
Attn: Bankruptcy
P.O. Box 183853
Arlington, TX 76096

Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193

Internal Revenue Service
600 Arch Street
Philadelphia, PA 19106-1611

Mercedes-Benz Financial Services
Attn: Bankruptcy
P.O. Box 685
Roanoke, TX 76262

Navient
Attn: Bankruptcy
Po Box 9640
Wiles-Barr, PA 18773

Pennsylvania Dept. of Revenue
Bankruptcy Division
Dept. 280946
Harrisburg, PA 17128

PNC Bank, NA
222 Delaware Avenue
Wilmington, DE 19801

PNC Bank, NA
c/o Joe Horton
201 East 5th Street
Mailstop: B1-BM01-03-5
Cincinnati, OH 45202

Syncb/PPC
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Tdrcs/Ethan Allen
Ethan Allen Drive
Danbury, CT 06811

The Bancorp Bank
PO Box 77404
Ewing, NJ 08628

Volkswagen Credit, Inc
Attn: Bankruptcy
PO Box 3
Hillsboro, OR 97123

Volkswagen Credit, Inc.
Attn:  Bankruptcy
P.O. Box 3
Hillsboro, OR 97123

Rebecca Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

Carol E. Momjian, Esquire
Senior Deputy Attorney General
The Phoenix Building
1600 Arch Street, Suite 300
Philadelphia, PA 19103

Internal Revenue Services
PO Box 7346
Philadelphia, PA 19101

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Council Rock School District
c/o Keystone Collections Group
546 Wendel Road
Irwin, PA 15642

TD Retail Card Services
c/o Creditors Bankruptcy
PO Box 800849
Dallas, TX 75380

Cenlar FSB
Attention Bankruptcy Dept.
425 Phillips Boulevard
Ewing, NJ 08618

VW Leasing
PO Box 9013
Addison, TX 75001

Township of Wrightstown
c/o Keystone Collections Group
546 Wendel Road
Irwin, Pa 15642