**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | : | |
| In re: | : | CHAPTER 11 |
| | : | |
| RICHARD W. JOHNSON, JR. and | : | |
| ALYSE M. JOHNSON | : | Case No. 21-10054 (AMC) |
| | : | |
| Debtors | : | |
| | : | |

**CERTIFICATE OF NO OBJECTION**

The undersigned, counsel for the Debtors, certifies as follows:

1.      On April 3, 2026, the undersigned filed with this Court the Debtors' Motion for (I) Entry of Discharge Pursuant to 11 U.S.C. § 1192, and (II) Entry of a Final Decree (the "Motion"), a copy of which was sent to all parties entitled to same on April 3, 2026.

2.      To date, the undersigned has not been served with any answer, objection, or other response to the Motion, nor, to the best of the undersigned's knowledge, information, and belief has any answer, objection, or response to the Motion been filed with the Court.

3.      Accordingly, the undersigned certifies that the Motion is uncontested.

WHEREFORE, the undersigned respectfully requests that this Court enter an order granting the Motion.


SMITH KANE HOLMAN, LLC

Date: April 20, 2026                    By: /s/ Nicholas M. Engel
                                        Nicholas M. Engel, Esquire
                                        112 Moores Road, Suite 300
                                        Malvern, PA 19355
                                        (610) 407-7216 Phone
                                        (610) 407-7218 Fax
                                        *Counsel to Debtors*