## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: | : | CHAPTER 11 |
|  | : |  |
| RICHARD W. JOHNSON, JR. and | : |  |
| ALYSE M. JOHNSON | : | Case No. 21-10054 (AMC) |
|  | : |  |
| Debtors | : |  |
|  | : |  |

### ORDER GRANTING DEBTORS' MOTION FOR
### (I) ENTRY OF DISCHARGE PURSUANT TO 11 U.S.C. § 1192,
### AND (II) ENTRY OF A FINAL DECREE

AND NOW, upon consideration of the Debtors' Motion for (I) Entry of Discharge Pursuant to 11 U.S.C. § 1192, and (II) Entry of a Final Decree (the "Motion"), and any responses thereto, and after notice and a hearing, and the Court having found that the Debtors have completed all Plan Payments[1] required under the confirmed Second Amended Plan of Reorganization dated August 2, 2022 (*Dkt. No. 116*), it is hereby **ORDERED** that:

1.      The Motion is **GRANTED**.

2.      Pursuant to 11 U.S.C. § 1192, a discharge is hereby **GRANTED** in favor of the Debtors, discharging the Debtors from all debts provided in 11 U.S.C. § 1141(d)(1)(A), and all other debts allowed under section 503 of this title and provided for in the Plan, except any debts that are not dischargeable under applicable law.

3.      Pursuant to 11 U.S.C. § 524(a), the discharge entered herein, *inter alia*, operates as an injunction against the commencement or continuation of any action, the employment of process, or any act to collect, recover, or offset any discharged debt as a personal liability of the Debtors.

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

4.      The Court will separately enter an Order of Discharge in the form required by

Official Form 3180RV2, and the Clerk of Court is directed to serve a copy of that Order of

Discharge upon all creditors and parties in interest in this case.

5.      A Final Decree is also entered in the above-captioned matter.

6.      Subject only to the completion of the mailings directed herein, the chapter 11 case

of the Debtors is hereby CLOSED.

BY THE COURT:

Date: April 30, 2026

_____
The Honorable Ashely M. Chan
Chief United States Bankruptcy Judge

2