United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Richard W. Johnson, Jr.

Alyse M. Johnson
  Debtors

Case No. 21-10054-amc

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 30, 2026 | Form ID: 3180RI | Total Noticed: 29 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard W. Johnson, Jr., Alyse M. Johnson, 5 Sarah Drive, Newtown, PA 18940-4129 |
| 14574974 | + | Allegro Credit, 1111 Bayhill Drive, Suite 450, San Bruno, CA 94066-3054 |
| 14585168 | + | PNC Bank, National Association, c/o Joe Horton, 201 East 5th Street, Mailstop: B1-BM01-03-5, Cincinnati, OH 45202-4152 |
| 14574985 | | Tdrcs/Ethan Allen, Ethan Allen Drive, Danbury, CT 06811 |
| 14574986 | + | The Bancorp Bank, PO Box 77404, Ewing, NJ 08628-6404 |
| 14574989 | | Wrightown Township, c/o Keystone Collections Group, PO Box 529, Irwin, PA 15642-0529 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 01 2026 02:57:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14576847 | + | EDI: PHINAMERI.COM | May 01 2026 06:36:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 14578607 | | Email/PDF: bncnotices@becket-lee.com | May 01 2026 03:02:09 | Allegro Credit, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 14574975 | + | EDI: PHINAMERI.COM | May 01 2026 06:36:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, P.O. Box 183853, Arlington, TX 76096-3853 |
| 14582272 | | Email/Text: notices@bkservicing.com | May 01 2026 02:57:00 | Daimler Trust, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 14588005 | | Email/Text: BKelectronicnotices@cenlar.com | May 01 2026 02:57:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 14614459 | + | Email/Text: Bankruptcy@keystonecollects.com | May 01 2026 02:57:00 | Council Rock School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14574977 | + | Email/PDF: creditonebknotifications@resurgent.com | May 01 2026 03:02:11 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14584797 | | EDI: MERCEDES | May 01 2026 06:36:00 | Daimler Trust, c/o BK Servicing, LLC, PO Box5209, Carol Stream IL 60197-5209 |
| 14574978 | + | EDI: IRS.COM | May 01 2026 06:36:00 | Internal Revenue Service, 600 Arch Street, Philadelphia, PA 19106-1695 |
| 14574979 | + | EDI: MERCEDES | May 01 2026 06:36:00 | Mercedes-Benz Financial Services, Attn: Bankruptcy, P.O. Box 685, Roanoke, TX 76262-0685 |
| 14574981 | + | Email/PDF: Bankruptcy_Prod@mohela.com | May 01 2026 03:02:58 | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 14574983 | | Email/Text: Bankruptcy.Notices@pnc.com | May 01 2026 02:57:00 | PNC Bank, NA, 222 Delaware Avenue, Wilmington, DE 19801 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 30, 2026 | Form ID: 3180RI | Total Noticed: 29 |

| | | | |
|---|---|---|---|
| 14575587 | EDI: PENNDEPTREV | May 01 2026 06:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14574982 | + EDI: PENNDEPTREV | May 01 2026 06:36:00 | Pennsylvania Dept. of Revenue, Bankruptcy Division, Dept. 280946, Harrisburg, PA 17128-0001 |
| 14574984 | + EDI: SYNC | May 01 2026 06:36:00 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14585083 | + EDI: PRA.COM | May 01 2026 06:36:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14794750 | + EDI: AISACG.COM | May 01 2026 06:36:00 | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14794751 | EDI: AISACG.COM | May 01 2026 06:36:00 | Synchrony Bank by AIS InfoSource, LP as agent, Dept 888 PO BOX 4457, Houston TX 77210-4457 |
| 14585726 | + EDI: CBSTDR | May 01 2026 06:36:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14614463 | + Email/Text: Bankruptcy@keystonecollects.com | May 01 2026 02:57:00 | Township of Wrightstown, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14579415 | + Email/Text: VWBKNotices@nationalbankruptcy.com | May 01 2026 02:57:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 14574987 | + EDI: G2RSVOLKSWGN | May 01 2026 06:36:00 | Volkswagen Credit, Inc, Attn: Bankruptcy, Po Box 3, Hillsboro, OR 97123-0003 |

TOTAL: 23

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14578390 | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| 14574976 | *+ | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14579307 | *+ | Internal Revenue Service, P O BOX 7317, Philadelphia PA 19101-7317 |
| 14580807 | *+ | Internal Revenue Service, P O BOX 7317, Philadelphia PA 19101-7317 |
| 14577550 | *+ | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 14599230 | *+ | Internal Revenue Service, 600 Arch Street, Philadelphia PA 19106-1695 |
| 14574980 | *+ | Mercedes-Benz Financial Services, Attn: Bankruptcy, Po Box 685, Roanoke, TX 76262-0685 |
| 14621671 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14574988 | *+ | Volkswagen Credit, Inc., Attn: Bankruptcy, P.O. Box 3, Hillsboro, OR 97123-0003 |

TOTAL: 0 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2026          Signature:          /s/Gustava Winters

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 30, 2026 | Form ID: 3180RI | Total Noticed: 29 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTOPHER R. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov jhuiet@attorneygeneral.gov |
| DAVID B. SMITH | on behalf of Debtor Richard W. Johnson  Jr. dsmith@skhlaw.com, b.dr70286@notify.bestcase.com |
| DAVID B. SMITH | on behalf of Joint Debtor Alyse M. Johnson dsmith@skhlaw.com  b.dr70286@notify.bestcase.com |
| George M Conway, III | on behalf of U.S. Trustee United States Trustee gmconwayiii@gmail.com |
| JAMI B. NIMEROFF, ESQ. | jnimeroff@brownnimeroff.com  cjones@bmnlawyers.com;cblatt@bmnlawyers.com;cjn11@trustesolutions.net |
| JAMI B. NIMEROFF, ESQ. | on behalf of Trustee JAMI B. NIMEROFF  ESQ. jnimeroff@brownnimeroff.com, cjones@bmnlawyers.com;cblatt@bmnlawyers.com;cjn11@trustesolutions.net |
| JOHN HENRY SCHANNE | on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov |
| MATTHEW E. K. HOWATT | on behalf of Creditor United States of America on behalf of IRS matthew.howatt@usdoj.gov Sherri.Tiller-Nikazy@usdoj.gov;CaseView.ECF@usdoj.gov |
| MATTHEW K. FISSEL | on behalf of Creditor The Bancorp Bank bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| NICHOLAS M. ENGEL | on behalf of Joint Debtor Alyse M. Johnson nengel@skhlaw.com |
| NICHOLAS M. ENGEL | on behalf of Debtor Richard W. Johnson  Jr. nengel@skhlaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 13

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Richard W. Johnson Jr. | Social Security number or ITIN   xxx–xx–9411 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Alyse M. Johnson | Social Security number or ITIN   xxx–xx–9545 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    Eastern District of Pennsylvania

Case number:   21–10054–amc

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1141(d)(5) is granted to:

Richard W. Johnson Jr.                    Alyse M. Johnson


4/30/26                                **By the court:**  Ashely M. Chan
                                       United States Bankruptcy Judge


### Explanation of Bankruptcy Discharge in an Individual Chapter 11 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 11 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

**For more information, see page 2 >**

| | | |
|---|---|---|
| Form 3180RI | **Individual Chapter 11 Discharge** | page 1 |

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of an individual chapter 11 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---