United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10054-amc |
| Richard W. Johnson, Jr. | Chapter 11 |
| Alyse M. Johnson | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 30, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
           regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2026:**

**Recip ID                    Recipient Name and Address**
db/jdb                    +  Richard W. Johnson, Jr., Alyse M. Johnson, 5 Sarah Drive, Newtown, PA 18940-4129

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTOPHER R. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov jhuiet@attorneygeneral.gov |
| DAVID B. SMITH | on behalf of Debtor Richard W. Johnson  Jr. dsmith@skhlaw.com, b.dr70286@notify.bestcase.com |
| DAVID B. SMITH | on behalf of Joint Debtor Alyse M. Johnson dsmith@skhlaw.com  b.dr70286@notify.bestcase.com |
| George M Conway, III | on behalf of U.S. Trustee United States Trustee gmconwayiii@gmail.com |
| JAMI B. NIMEROFF, ESQ. | jnimeroff@brownnimeroff.com  cjones@bmnlawyers.com;cblatt@bmnlawyers.com;cjn11@trustesolutions.net |
| JAMI B. NIMEROFF, ESQ. | |

District/off: 0313-2

User: admin

Page 2 of 2

Date Rcvd: Apr 30, 2026

Form ID: pdf900

Total Noticed: 1

on behalf of Trustee JAMI B. NIMEROFF  ESQ. jnimeroff@brownnimeroff.com, cjones@bmnlawyers.com;cblatt@bmnlawyers.com;cjn11@trustesolutions.net

JOHN HENRY SCHANNE

on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

MATTHEW E. K. HOWATT

on behalf of Creditor United States of America on behalf of IRS matthew.howatt@usdoj.gov Sherri.Tiller-Nikazy@usdoj.gov;CaseView.ECF@usdoj.gov

MATTHEW K. FISSEL

on behalf of Creditor The Bancorp Bank bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

NICHOLAS M. ENGEL

on behalf of Joint Debtor Alyse M. Johnson nengel@skhlaw.com

NICHOLAS M. ENGEL

on behalf of Debtor Richard W. Johnson  Jr. nengel@skhlaw.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG

on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 13

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____
                                          :
In re:                                    :        CHAPTER 11
                                          :
RICHARD W. JOHNSON, JR. and               :
ALYSE M. JOHNSON                          :        Case No. 21-10054 (AMC)
                                          :
                    Debtors               :
                                          :
_____:

**ORDER GRANTING DEBTORS' MOTION FOR**
**(I) ENTRY OF DISCHARGE PURSUANT TO 11 U.S.C. § 1192,**
**AND (II) ENTRY OF A FINAL DECREE**

AND NOW, upon consideration of the Debtors' Motion for (I) Entry of Discharge

Pursuant to 11 U.S.C. § 1192, and (II) Entry of a Final Decree (the "Motion"), and any responses

thereto, and after notice and a hearing, and the Court having found that the Debtors have

completed all Plan Payments[1] required under the confirmed Second Amended Plan of

Reorganization dated August 2, 2022 (_Dkt. No. 116_), it is hereby **ORDERED** that:

1.      The Motion is **GRANTED**.

2.      Pursuant to 11 U.S.C. § 1192, a discharge is hereby **GRANTED** in favor of the

Debtors, discharging the Debtors from all debts provided in 11 U.S.C. § 1141(d)(1)(A), and all

other debts allowed under section 503 of this title and provided for in the Plan, except any debts

that are not dischargeable under applicable law.

3.      Pursuant to 11 U.S.C. § 524(a), the discharge entered herein, _inter alia_, operates

as an injunction against the commencement or continuation of any action, the employment of

process, or any act to collect, recover, or offset any discharged debt as a personal liability of the

Debtors.

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

4. The Court will separately enter an Order of Discharge in the form required by

Official Form 3180RV2, and the Clerk of Court is directed to serve a copy of that Order of

Discharge upon all creditors and parties in interest in this case.

5. A Final Decree is also entered in the above-captioned matter.

6. Subject only to the completion of the mailings directed herein, the chapter 11 case

of the Debtors is hereby CLOSED.

BY THE COURT:

Date: April 30, 2026

_____
The Honorable Ashely M. Chan
Chief United States Bankruptcy Judge

2