**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

RICHARD W. JOHNSON, JR. and ALYSE
M JOHNSON, h/w

                    Debtors.

Chapter 11

Bankruptcy No. 21-10054-AMC

**CHAPTER 11 SUBCHAPTER V TRUSTEE'S REPORT OF NO DISTRIBUTION**

I, Jami B. Nimeroff, having been appointed trustee of the estate of the above-named debtor(s), report I collected funds totaling: $0.00. A non-consensual plan was confirmed on August 4, 2022. No plan payments were made to the trustee. According to the debtor, the plan substantially was consummated, and on April 30, 2026 the court entered a final decree. Pursuant to 11 U.S.C. § 330(a), on February 1, 2022 the Court ordered compensation of $7,427.55 be awarded to the trustee. These funds have been paid by the debtor to the trustee. I hereby certify that my administration of the estate of the above-named debtor(s) has been completed. I request that I be discharged from any further duties as trustee.

Date:  May 12, 2026

*/s/ Jami B. Nimeroff*
Jami B. Nimeroff
Subchapter V Trustee
1515 Market Street, Suite 1200
Philadelphia, PA 19102
Phone: (267) 861-5330
jnimeroff@snbhlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I, Jami B. Nimeroff, hereby certify that on this 12th day of May, 2026, I caused a true and correct copy of the foregoing to be electronically filed using the Court's CM/ECF System and served upon those parties requesting service therefrom.  The document is available for viewing and downloading.

<i>/s/ Jami B. Nimeroff</i>
Jami B. Nimeroff
